UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MDL No. 15-2599
Master File No. 15-02599-CIV-Moreno
S.D. Fla. Case No. _____

IN RE:

**TAKATA AIRBAG PRODUCTS LIABILITY
LITIGATION,**

_____

THIS DOCUMENT RELATES TO ALL CASES

_____/

## SCHEDULING CONFERENCE AGENDA

To facilitate a manageable and productive scheduling conference, the parties shall be

prepared to discuss at the status hearing the items on the following proposed agenda.  The Court

is interested in any other items that counsel believe should be added to the Proposed Agenda.

## PROPOSED AGENDA

1.     **COUNSEL** - the appointment of lead counsel, liaison counsel, and trial counsel

to insure that the interests of all parties are fairly, efficiently, and economically

represented.

2.     **RELATED LITIGATION** - the Court has been apprised of numerous other

actions that may be related to this multi-district litigation.  Accordingly, the Court

will devise a plan for the efficient integration of all other related cases into this

multi-district litigation, including the filing of an Amended Consolidated

Complaint(s), and the use of one case number for simplicity.

3. **CLASS ACTION** - the Court will set up a discovery and briefing schedule for the prompt determination of class action questions and possible sub-classes.

4. **RULES** - the Court will discuss the applicability of the Manual for Complex Litigation and the Local Rules to such matters as admissions *pro hac vice*, length of briefs, and discovery limitations.

5. **DISCOVERY** - the Court will impose a discovery schedule and discuss discovery issues such as confidentiality, preservation of documents, avoidance of multiple requests, expert witnesses, and other discovery limitations.

6. **SCHEDULING** - the Court shall discuss and impose a briefing schedule for a motion to dismiss, motions for summary judgment, and other pretrial motions.

7. **ISSUES REQUIRING PROMPT RESOLUTION** - the Court will address all other issues requiring prompt resolution including issues of conflict and the filing of motions requiring prompt disposition.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of February, 2015.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record