**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MDL No. 2599
Master File No. 15-02599-CIV-Moreno

IN RE:

**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

_____

THIS DOCUMENT RELATES TO ALL CASES
_____

**AUTOMAKER DEFENDANTS' JOINT PRELIMINARY REPORT**

Defendants American Honda Motor Co., Inc., Honda of America Mfg., Inc., BMW of North America, LLC, BMW Manufacturing Co., LLC, FCA US LLC, Ford Motor Company, Mazda Motor of America, Inc., Nissan North America, Inc., Subaru of America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., (collectively, the Automaker Defendants) submit this preliminary report.[1]

This MDL begins against the backdrop of nearly unprecedented regulatory activity by the National Highway Traffic Safety Administration (NHTSA) and ongoing efforts by the Automaker Defendants to replace airbag inflators in millions of vehicles across the country. Customers have been and are continuing to bring their cars to dealers to obtain free replacement inflators, and the Automaker Defendants are making tremendous efforts to ensure the continued safety and satisfaction of their customers. All of these activities will continue as the litigation proceeds. Meanwhile, Takata, NHTSA, and the Automaker Defendants are working collaboratively to investigate the root cause of inflator ruptures.

The cases now pending before this Court fall into two categories: a small number of personal injury cases (not all of which involve inflator ruptures and which should be on a separate track[2]) and numerous economic loss class actions. (*See* Ex. C.) The latter involve no claims of personal injury or indeed of any unusual airbag deployment, and the airbag inflators in the recalled vehicles are already being replaced at no cost to the consumer. In other words, the class actions are an effort to obtain compensation for some sort of economic damages due to an alleged defect that is already being fixed. One critical question in the class actions will be whether, in light of the steps the Automaker Defendants have already taken, there is anything left

---

[1] As required by the Court's Order Setting Status Hearing (Doc. 9), attached are a list of affiliated companies and counsel (Exhibit A), a list of pending motions (Exhibit B), and a list of related cases (Exhibit C).

[2] *Rideout v. Takata et al.*, E.D. Pa. Case No. 14-cv-07000-TON, is a putative personal injury class action. BMW NA and BMW MC (the only Automaker Defendants in this suit) maintain that *Rideout* should not be included in any consolidated amended class action complaint.

1

to litigate. *See*, *e.g.*, *Winzler v. Toyota Motor Sales U.S.A., Inc*., 681 F.3d 1208, 1211 (10th Cir. 2012) (finding automotive class action moot in wake of recall).

A key issue early in this litigation will be whether Plaintiffs can state a claim against any Defendant. Motions to dismiss are expected following the filing of a Consolidated Amended Complaint in the class actions and in the putative personal injury class action, including likely challenges to jurisdiction. FCA US LLC expects to file a motion to sever and transfer to the bankruptcy court.

Another critical issue will be whether a class may be certified under Fed. R. Civ. P. 23. The class actions involve millions of putative class members, scores of different vehicle models and model years, multiple types of driver or passenger airbags, and varying manufacturing conditions in different Takata factories. They present questions under the laws of all fifty states. The trial court must make a rigorous inquiry at the class certification stage, including *Daubert* reviews, and will need to delve into the merits of the claims to determine if each can be certified. *See Comcast Corp. v. Behrend*, 133 S. Ct. 1426 (2012); *Wal-Mart Stores, Inc. v. Dukes*, 131 S. Ct. 2541 (2011); *In re Toyota Motor Corp. Hybrid Brake Mktg.*, 288 F.R.D. 445, 449-450 (C.D. Cal. 2013) (denying class certification in part because defendant had already provided a remedy).

Discovery will likely involve both merits and class certification issues, but it will take time to accomplish this because the investigation and recalls are ongoing, and the root cause of the inflator ruptures may turn out to vary from inflator to inflator, vehicle to vehicle, region to region, and one manufacturing timeframe or factory to another. A proposed order of events for the early phase of the litigation is attached as Exhibit D. The Automaker Defendants believe they can reach agreement on many discovery and scheduling-related issues with Plaintiffs' leadership team, once appointed, and request the Court to allow such negotiations before setting related deadlines.

Dated: February 19, 2015                                    Respectfully submitted,

                                              By:    */s/ Marty L. Steinberg*

                                                    Michael L. Mallow
                                                    mmallow@sidley.com
                                                    Sidley Austin LLP
                                                    555 West Fifth Street
                                                    Los Angeles, CA 90013
                                                    T: (213) 896-6000
                                                    F: (213) 896-6600
                                                    (*admitted pro hac vice*)

                                                    Eric S. Mattson
                                                    emattson@sidley.com
                                                    Michael C. Andolina
                                                    mandolina@sidley.com
                                                    Sidley Austin LLP
                                                    One South Dearborn Street
                                                    Chicago, IL 60603
                                                    T: (312) 853-7000
                                                    F: (312) 853-7036
                                                    (*admitted pro hac vice*)

                                                    Marty L. Steinberg
                                                    msteinberg@bilzin.com
                                                    Mitchell Widom
                                                    mwidom@bilzin.com
                                                    Bilzin Sumberg Baena Price & Axelrod LLP
                                                    1450 Brickell Avenue, 23rd Floor
                                                    Miami, FL 33131
                                                    T: (305) 374-7580
                                                    F: (305) 374-7593

                                                    ***Counsel for American Honda Motor Co.,
                                                    Inc. and Honda of America Mfg., Inc.***

*/s/ Jeffrey A. Mowers*

Eric Y. Kizirian
eric.kizirian@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
633 W. 5th Street
Suite 4000
Los Angeles, CA 90071
T: (213) 250-1800
F: (213) 250-7900
(*pro hac vice forthcoming*)

Jeffrey A. Mowers
Jeffrey.mowers@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
T: (954) 728-1280
F: (954) 728-1282

***Counsel for BMW of North America, LLC and BMW Manufacturing Co., LLC***

       */s/ Scott M. Sarason*

Kathy A. Wisniewski
kwisniewski@thompsoncoburn.com
John W. Rogers
jwrogers@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
T: (314) 552-6257
F: (314) 552-7257
(*pro hac vice forthcoming*)

Scott M. Sarason
Florida Bar No. 0394718
ssarason@rumberger.com
Armando G. Hernandez
Florida Bar No. 85042
ahernandez@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Miami, FL 33101
T: (305) 358-5577
F: (305) 371-7580

***Counsel for FCA US LLC***

*/s/ E. Colin Thompson*

Joel A. Dewey
joel.dewey@dlapiper.com
Jeffrey M. Yeatman
jeffrey.yeatman@dlapiper.com
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
T: (410) 580-3000
F: (410) 580-3001
(*pro hac vice forthcoming*)

E. Colin Thompson
Florida Bar No. 684929
colin.thompson@dlapiper.com
J. Trumon Phillips
Florida Bar No. 0084568
trumon.phillips@dlapiper.com
DLA Piper LLP (US)
100 North Tampa Street, Suite 2200
Tampa, FL 33602
T: (813) 229-2111
F: (813) 229-1447

***Counsel for Ford Motor Company***

6

*/s/ Michael Tein*

Cari K. Dawson
cari.dawson@alston.com
Scott A. Elder
scott.elder@alston.com
Daniel C. Norris
daniel.norris@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
T: (404) 881-7000
F: (404) 881-7777
(*pro hac vice forthcoming*)

Michael R. Tein
mtein@lewistein.com
Guy A. Lewis
glewis@lewistein.com
Lewis Tein PL
3059 Grand Ave., Suite 340
Coconut Grove, FL 33133
T: (305) 442-1101

**Counsel for Mazda Motor of America, Inc.**

7

/s/ Kimberly A. Cook

E. Paul Cauley, Jr.
paul.cauley@sedgwicklaw.com
Sedgwick LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367
T: (469) 227-8200
F: (469) 227-8004
(*pro hac vice forthcoming*)

Kimberly A. Cook
kimberly.cook@sedgwicklaw.com
Sedgwick LLP
One Biscayne Tower, Suite 1500
Two South Biscayne Boulevard
Miami, FL 33131
T: (305) 670-4777
F: (305) 670-7007

***Counsel for Nissan North America, Inc.***

*/s/ Stanley H. Wakshlag*

Jeffrey L. Chase
jchase@herzfeld-rubin.com
Michael Gallub
mgallub@herzfeld-rubin.com
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004
T: (212) 471-8500
F: (212) 344-3333
(*pro hac vice forthcoming*)

Stanley H. Wakshlag
shw@knpa.com
Robert D.W. Landon III
rdl@knpa.com
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
T: (305) 373-1000
F: (305) 372-1861

**Counsel for Subaru of America, Inc.**

      */s/ John C. Seipp, Jr.*

Terri S. Reiskin
treiskin@dykema.com
Dykema Gossett PLLC
1300 I Street, N.W., Suite 300 West
Washington, D.C. 20005
T: (202) 906-8600
F: (855) 216-7884
*(admitted pro hac vice)*

John C. Seipp, Jr.
jseipp@seippflick.com
Donald A. Blackwell
dblackwell@seippflick.com
Seipp Flick & Hosley
Two Alhambra Plaza, Suite 800
Miami, FL 33134
T: (305) 995-5600
F: (305) 995-6100

***Counsel for Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Engineering & Manufacturing North America, Inc.***

**ATTESTATION REGARDING SIGNATURES**

Pursuant to the CM/ECF Administrative Procedures for the United States District Court, Southern District of Florida, I, Marty L. Steinberg, counsel for defendant American Honda Motor Co., Inc. and Honda of America Mfg., Inc., hereby attest that American Honda Motor Co., Inc. and Honda of America Mfg., Inc., along with BMW of North America, LLC, BMW Manufacturing Co., LLC, FCA US LLC, Ford Motor Company, Mazda Motor of America, Inc., Nissan North America, Inc., Subaru of America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. (collectively, the Automaker Defendants), and on whose behalf this filing is submitted, concur in the content and have authorized the filing of the AUTOMAKER DEFENDANTS' JOINT PRELIMINARY REPORT.

Dated: February 19, 2015                    Respectfully submitted,

By:    */s/ Marty L. Steinberg*

Marty L. Steinberg
msteinberg@bilzin.com
Mitchell Widom
mwidom@bilzin.com
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
T: (305) 374-7580
F: (305) 374-7593

*Counsel for American Honda Motor Co., Inc. and Honda of America Mfg., Inc.*