# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO** Presiding

Case No. **15-02599-MD-MORENO**  Date: **February 20, 2015**

Clerk: **Shirley Christie**  Reporter: **Gilda Pastor-Hernandez**

**IN RE:  Takata Airbag Products Liability Litigation**


Reason for hearing: **Status Hearing**


TIME:  1 hour 53 minutes