**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MDL No.: 2599
Master File No.: 15-02599-CIV-Moreno

IN RE:

**TAKATA AIRBAG PRODUCTS LIABILITY**
**LITIGATION**

_____

THIS DOCUMENT RELATES TO ALL CASES
_____

**MOTION TO VACATE CERTAIN DEADLINES PENDING**
**CASE MANAGEMENT ORDER**

Defendants American Honda Motor Co., Inc.; Honda of America Mfg., Inc.; BMW of North America, LLC; BMW Manufacturing Co., LLC; FCA US LLC; Ford Motor Company; Mazda Motor of America, Inc.; Nissan North America, Inc.; Subaru of America, Inc.; Toyota Motor Sales, U.S.A., Inc.; and Toyota Motor Engineering & Manufacturing North America, Inc. (collectively, the Automaker Defendants) submit this administrative motion to vacate certain deadlines in anticipation of a Case Management Order.

## I.      RELIEF REQUESTED

The Automaker Defendants respectfully move pursuant to Local Rule 7.1 for an order vacating all existing deadlines to file responsive pleadings in the matters that are now part of this multi-district litigation, in anticipation of a Case Management Order that presumably will include a deadline for the filing of a Consolidated Amended Complaint and otherwise clarify coordination of the transferred class action and personal injury matters.

## II.     REASONS FOR SEEKING REQUESTED RELIEF

On February 5, 2015, the Judicial Panel on Multidistrict Litigation ordered that all related cases be transferred to this Court for centralization. On February 24, 2015, this Court indicated that it would enter a Case Management Order within 30 days. *See* Doc. 136, at 2 (Order Regarding Representation and Organization). Several of the class action and personal injury matters now in this MDL have deadlines for defendants to file responsive pleadings in the next few weeks, but it makes little sense to file those papers when the Court will soon issue a Case Management Order that presumably will set a deadline for plaintiffs to file a Consolidated Amended Complaint and will otherwise clarify coordination in the transferred class action and personal injury matters.

MDL No.: 2599
Master File No.: 15-02599-CIV-Moreno

### III.    CONCLUSION

For the foregoing reasons, the Automaker Defendants respectfully request that this Court vacate all existing deadlines in all class action and personal injury matters consolidated in these MDL proceedings.

Respectfully submitted,

By: */s/ Marty L. Steinberg*
**Marty L. Steinberg** (FBN: 187293)
msteinberg@bilzin.com
**Mitchell E. Widom** (FBN: 473911
mwidom@bilzin.com
Bilzin Sumberg Baena
Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
T: (305) 374-7580
F: (305) 374-7593

**Michael L. Mallow**
mmallow@sidley.com
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
T: (213) 896-6000
F: (213) 896-6600
(*admitted pro hac vice*)

**Eric S. Mattson**
emattson@sidley.com
**Michael C. Andolina**
mandolina@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
T: (312) 853-7000
F: (312) 853-7036
(*admitted pro hac vice*)

*Counsel for American Honda Motor Co., Inc. and Honda of America Mfg., Inc.*

By: */s/ Jeffrey A. Mowers*
**Eric Y. Kizirian**
eric.kizirian@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
T: (213) 250-1800
F: (213) 250-7900
(*admitted pro hac vice*)

**Jeffrey A. Mowers**
Jeffrey.mowers@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
T: (954) 728-1280
F: (954) 728-1282

*Counsel for BMW of North America, LLC and BMW Manufacturing Co., LLC*


By: */s/ Scott M. Sarason*
**John W. Rogers**
jwrogers@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
T: (314) 552-6257
F: (314) 552-7257
(*admitted pro hac vice*)

**Scott M. Sarason**
Florida Bar No. 0394718
ssarason@rumberger.com
**Armando G. Hernandez**
Florida Bar No. 85042
ahernandez@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Miami, FL 33101
T: (305) 358-5577
F: (305) 371-7580

*Counsel for FCA US LLC*

MDL No.: 2599
Master File No.: 15-02599-CIV-Moreno

By: /s/ E. Colin Thompson
**Joel A. Dewey**
joel.dewey@dlapiper.com
**Jeffrey M. Yeatman**
jeffrey.yeatman@dlapiper.com
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
T: (410) 580-3000
F: (410) 580-3001
(*admitted pro hac vice*)

**E. Colin Thompson**
Florida Bar No. 684929
colin.thompson@dlapiper.com
**J. Trumon Phillips**
Florida Bar No. 0084568
trumon.phillips@dlapiper.com
DLA Piper LLP (US)
100 North Tampa Street, Suite 2200
Tampa, FL 33602
T: (813) 229-2111
F: (813) 229-1447

*Counsel for Ford Motor Company*


By: /s/ Michael Tein
**Cari K. Dawson**
cari.dawson@alston.com
**Scott A. Elder**
scott.elder@alston.com
**Daniel C. Norris**
daniel.norris@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
T: (404) 881-7000
F: (404) 881-7777
(*admitted pro hac vice*)

**Michael R. Tein**
mtein@lewistein.com
**Guy A. Lewis**
glewis@lewistein.com
Lewis Tein PL
3059 Grand Ave., Suite 340
Coconut Grove, FL 33133
T: (305) 442-1101

*Counsel for Mazda Motor of America, Inc.*


By: */s/ Kimberly A. Cook*
**E. Paul Cauley, Jr.**
paul.cauley@sedgwicklaw.com
**S. Vance Wittie**
vance.wittie@sedgwicklaw.com
Sedgwick LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367
T: (469) 227-8200
F: (469) 227-8004
(*admitted pro hac vice*)

**Kimberly A. Cook**
kimberly.cook@sedgwicklaw.com
Sedgwick LLP
One Biscayne Tower, Suite 1500
Two South Biscayne Boulevard
Miami, FL 33131
T: (305) 670-4777
F: (305) 670-7007

*Counsel for Nissan North America, Inc.*

By: */s/ Stanley H. Wakshlag*
**Jeffrey L. Chase**
jchase@herzfeld-rubin.com
**Michael Gallub**
mgallub@herzfeld-rubin.com
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004
T: (212) 471-8500
F: (212) 344-3333
(*admitted pro hac vice*)

6

MDL No.: 2599
Master File No.: 15-02599-CIV-Moreno

**Stanley H. Wakshlag**
shw@knpa.com
**Robert D.W. Landon III**
rdl@knpa.com
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
T: (305) 373-1000
F: (305) 372-1861

*Counsel for Subaru of America, Inc.*


By: */s/ John C. Seipp, Jr.*
**Terri S. Reiskin**
treiskin@dykema.com
Dykema Gossett PLLC
1300 I Street, N.W., Suite 300 West
Washington, D.C. 20005
T: (202) 906-8600
F: (855) 216-7884
(*admitted pro hac vice*)

**John C. Seipp, Jr.**
jseipp@seippflick.com
**Donald A. Blackwell**
dblackwell@seippflick.com
Seipp Flick & Hosley
Two Alhambra Plaza, Suite 800
Miami, FL 33134
T: (305) 995-5600
F: (305) 995-6100

*Counsel for Toyota Motor Sales, U.S.A., Inc.
and Toyota Motor Engineering &
Manufacturing North America, Inc.*

7

MDL No.: 2599
Master File No.: 15-02599-CIV-Moreno

# **ATTESTATION REGARDING SIGNATURES**

Pursuant to the CM/ECF Administrative Procedures for the United States District Court, Southern District of Florida, I, Marty L. Steinberg, counsel for defendant American Honda Motor Co., Inc. and Honda of America Mfg., Inc., hereby attest that American Honda Motor Co., Inc. and Honda of America Mfg., Inc., along with BMW of North America, LLC, BMW Manufacturing Co., LLC, FCA US LLC, Ford Motor Company, Mazda Motor of America, Inc., Nissan North America, Inc., Subaru of America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. (collectively, the Automaker Defendants), and on whose behalf this filing is submitted, concur in the content and have authorized the filing of the AUTOMAKER DEFENDANTS' MOTION TO VACATE CERTAIN DEADLINES PENDING CASE MANAGEMENT ORDER.

Dated: March 12, 2015

Respectfully submitted,

By:   */s/ Marty L. Steinberg*
**Marty L. Steinberg** (FBN: 187293)
msteinberg@bilzin.com
**Mitchell E. Widom** (FBN: 473911)
mwidom@bilzin.com
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
T: (305) 374-7580
F: (305) 374-7593

*Counsel for American Honda Motor Co., Inc. and Honda of America Mfg., Inc.*