MDL No. 2599
Master File No. 15-2599-MD-MORENO

IN RE:

TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

## ORDER APPOINTING PLAINTIFFS' COUNSEL AND SETTING SCHEDULE

THIS CAUSE came before the Court at a status conference on February 20, 2015. After having considered the comments and proposals of the parties, the Court ORDERS:

**I  DUAL TRACKS**—To allow this action to proceed in a manageable and streamlined fashion all actions brought under this multidistrict litigation shall be assigned to either the Personal Injury Track or the Economic Damages Track.

**(A)  Personal Injury Track**—This track shall include all actions brought by individual plaintiffs claiming personal injuries as a result of the alleged defective airbags. Actions assigned to the Personal Injury Track shall travel under a single Personal Injury Track consolidated amended complaint under one case name and number of any of the cases originally filed in the Southern District of Florida. This amended complaint shall include all plaintiffs from all of the personal injury cases and shall be filed no later than April 30, 2015.

Discovery on the underlying products liability cases shall be coordinated with the Economic Damages Track. However, discovery on the personal injury damages unrelated to the products liability cases shall also proceed with each individual attorney representing those

1

individual plaintiffs participating in that discovery process without delay. At the end of the discovery process, barring summary judgment, the personal injury plaintiffs shall be severed and proceed to separate trials. The Southern District of Florida cases shall be tried by the undersigned in early 2016. The plaintiffs from other districts shall be transferred back for trial to those districts.

**(B) Economic Damages Track**—This track shall include all actions where only economic damages without personal injuries are claimed by plaintiffs. An amended class action complaint shall be filed no later than April 30, 2015 under one of the case numbers originally opened in the Southern District of Florida. Discovery on the products liability component of these cases shall be coordinated with the Personal Injury Track.

**II. PRETRIAL CONSOLIDATION**—Upon the filing of the two amended complaints in both tracks, all other cases shall be placed in "civil suspense" and provisionally closed, with leave to reopen after all pre-trial proceedings have concluded. It is the Court's expectation that it will try the cases originally filed in the Southern District of Florida in early 2016, barring any appeal on the class certification issue. Of course, those cases that have been transferred from other districts will be transferred back for trial, if necessary, at that time.

**III. MASTER DOCKET AND FILE**—All documents filed in this case shall bear a caption similar to that of this Order and shall include the MDL No. 2599 as well as the Master File No. 15-2599-MD-MORENO. Documents generally applicable to all consolidated actions shall include in their caption "THIS DOCUMENT RELATES TO ALL CASES." Documents applicable to only the Personal Injury Track shall include in their caption "THIS DOCUMENT RELATES TO PERSONAL INJURY TRACK CASES" and include the Southern District of Florida case number of the amended complaint. Documents applicable to only the Economic

Damages Track shall include in their caption "THIS DOCUMENT RELATES TO ECONOMIC DAMAGES TRACK CASES."

IV. **ORGANIZATION OF COUNSEL**—Plaintiffs' counsel shall include a "Chair Lead Counsel," separate lead counsel for each track, and a plaintiffs' steering committee.

(A) **Duties and Responsibilities of Lead Counsel**—Plaintiffs' Lead Counsel shall be generally responsible for coordinating the activities of plaintiffs during pretrial proceedings and shall:

(1) determine (after such consultation with other members of Plaintiffs' Steering Committee and other co-counsel) and present in briefs, oral argument, or such other fashion as may be appropriate, to the court and opposing parties, the position of the plaintiffs on all matters arising during pretrial proceedings;

(2) coordinate the initiation and conduct of discovery on behalf of plaintiffs consistent with the requirements of Fed. R. Civ. P. 26(b)(1) and (2), and (g), including the preparation of joint interrogatories and requests for production of documents and examination of witnesses in depositions;

(3) conduct settlement negotiations on behalf of plaintiffs, but not enter binding agreements except to the extent expressly authorized;

(4) delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for the plaintiffs is conducted effectively, efficiently, and economically;

(5) enter into stipulations, with opposing counsel, necessary for the conduct of the litigation;

(6) prepare and distribute to the parties periodic status reports;

(7) maintain adequate time and disbursement records covering services as lead counsel;

(8) monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

(9) perform such other duties as may be incidental to proper coordination of plaintiffs' pretrial activities or authorized by further order of this Court.

Counsel for plaintiffs who disagree with lead counsel or who have individual or divergent positions may act separately on behalf of their clients only with prior authorization of this Court.

**(B)** The Court appoints the following:

(1) **Chair Lead Counsel**: Peter Prieto of Podhurst Orseck (Florida)

(2) **Personal Injury Track Lead Counsel**: Curtis Miner of Colson Hicks Eidson (Florida)

(3) **Economic Damages Track Co-Lead Counsel**: David Boies of Boies, Schiller, and Flexner (New York) and Todd A. Smith of Power, Rogers, and Smith (Illinois)

**(C) Plaintiffs' Steering Committee**—Plaintiffs' Steering Committee for both tracks shall coordinate the pretrial activity in consultation with lead counsel. Lead counsel shall determine the particular duties to assign to individual members of the Steering Committee, including service as Liaison Counsel with federal agencies and with the numerous state courts handling airbag litigation. To act on behalf of plaintiffs in both tracks as determined by lead counsel, the following are appointed to the Plaintiffs' Steering Committee:

> JAMES CECCHI of Carella, Byrne, Cecchi, Olstein, Brody & Agnello (New Jersey)

ELIZABETH CABRASER of Lieff, Cabraser, Heimann & Bernstein (California)

ROLAND TELLIS of Baron & Budd (Texas)

The Court shall appoint, if Lead Counsel determines there is a need, additional members of the Plaintiffs' Steering Committee. Chair Lead Counsel may propose up to three additional members to the Court for its approval. In considering that proposal the Court will again take into account the class action expertise of the suggested attorneys and their financial ability to litigate the claims. The Court will also consider geographic diversity in appointing suggested counsel.

V. SCHEDULE—The Court enters the following deadlines:

    (A)    Consolidated Amended Complaints to be filed by April 30, 2015.

    (B)    Motions to Dismiss to be filed by June 19, 2015.

    (C)    Discovery shall not be stayed during the pendency of the motions but shall commence immediately.

    (D)    Answers, if case is not dismissed, to be filed by July 24, 2015.

    (E)    Discovery, both written and through depositions, to conclude by November 20, 2015.

    (F)    Motions for Class Certification to be filed by December 18, 2015.

    (G)    Motions for Summary Judgment, *Daubert* hearings, and all pre-trial motions to be filed by January 15, 2016.

    (H)    Trial shall be set for March and April 2016.

    (I)    Motions to extend deadlines shall be considered by the Court, but only if filed by Co-Lead Counsel, or, if not agreed to by Co-Lead Counsel, with a

certification by the filing attorney of consulting with Co-Lead Counsel but not being able to reach agreement.

(J) A status hearing shall be tentatively set, during 2015, for the first Friday of the months of May, July, October, November, and December to address any issues related to the case. Counsel who desire to present any argument shall file, 5 working days before the hearing, a pleading indicating the relief being requested. The Court will also schedule hearings on pending motions on other dates.

(K) As previously ordered, Defendants shall submit the names and contact information of their Defense Leadership Team by March 23, 2015. Plaintiffs' counsel shall coordinate all discovery with the members of this Defense Team.

## VI  COURT'S ASSISTANTS

**(A)** The Court will obtain the services of a law clerk assigned to another judge to assist the Court in disposing of all motions.

**(B)** The Court intends to appoint a Special Master to recommend to the Court resolution of discovery disputes.

**(C)** The Court invites Lead Counsel and the Defense Team to suggest several names of potential mediators.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of March, 2015.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

6

<u>Copies furnished to:</u>
Counsel of record