**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

MDL No. 2599
Master File No. 15-2599-MD-MORENO

IN RE:

**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

---

THIS DOCUMENT RELATES TO ALL CASES

---

**DEFENDANTS' JOINT REPORT ON ORGANIZATION**

Defendants TK Holdings, Inc. and Highland Industries, Inc. ("Takata Defendants") and American Honda Motor Co., Inc., Honda of America Mfg., Inc., BMW of North America, LLC, BMW Manufacturing Co., LLC, FCA US LLC, Ford Motor Company, Mazda Motor of America, Inc., Nissan North America, Inc., Subaru of America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., (collectively the "Automaker Defendants") submit this joint report in response to the Court's Orders Regarding Representation and Organization [Dkt. Nos. 136 and 393] as follows:

In response to the Court's Orders Regarding Representation and Organization encouraging all defendants to form their own Defense Leadership Team, counsel for each defendant have conferred and recommend the following as a structure to aid in communication and resolution of case management issues that arise:

**Lead Counsel**

Each defendant has identified a single lead counsel. Lead counsel are as follows:

| Counsel | Party |
|---|---|
| David Bernick<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10036<br>(212) 698-3551<br>david.bernick@dechert.com | TK Holdings, Inc.<br>Highland Industries, Inc. |
| Michael L. Mallow<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>(213) 896-6000<br>mmallow@sidley.com | American Honda Motor Co., Inc.<br>Honda of America Mfg., Inc. |

| Counsel | Party |
|---|---|
| Rosemary J. Bruno<br>Buchanan Ingersoll & Rooney, PC<br>550 Broad Street<br>Suite 810<br>Newark, NJ 07102<br>(973) 273-9800<br>rosemary.bruno@bipc.com | BMW of North America, LLC<br>BMW Manufacturing Co., LLC |
| John W. Rogers<br>Thompson Coburn LLP<br>One US Bank Plaza<br>St. Louis, MO 63101<br>(314) 552-6257<br>jwrogers@thompsoncoburn.com | FCA US LLC |
| Joel A. Dewey<br>DLA Piper LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>(410) 580-3000<br>joel.dewey@dlapiper.com | Ford Motor Company |
| Cari K. Dawson<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000<br>cari.dawson@alston.com | Mazda Motor of America, Inc. |
| E. Paul Cauley, Jr.<br>Sedgwick LLP<br>1717 Main Street, Suite 5400<br>Dallas, TX 75201<br>(469) 227-4603<br>paul.cauley@sedgwicklaw.com | Nissan North America, Inc. |
| Jeffrey L. Chase<br>Herzfeld & Rubin, P.C.<br>125 Broad Street<br>New York, New York 10004<br>(212) 471-8460<br>jchase@herzfeld-rubin.com | Subaru of America, Inc. |

| Counsel | Party |
| --- | --- |
| Terri S. Reiskin<br>Dykema Gossett PLLC<br>1300 I Street, N.W., Suite 300 West<br>Washington, DC 20005<br>(202) 906-8609<br>treiskin@dykema.com | Toyota Motor Sales, U.S.A., Inc.<br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Local Liaison Counsel**

Counsel for each of these parties who can appear in court on short notice if necessary are:

| Counsel | Party |
| --- | --- |
| Stephen J. Krigbaum<br>Thomas J. Meeks<br>Carlton Fields Jorden Burt, P.A.<br>CityPlace Tower – Suite 1200<br>525 Okeechobee Boulevard<br>West Palm Beach, FL 33401<br>(561) 659-7070<br>skrigbaum@cfjblaw.com<br>tmeeks@cfjblaw.com | TK Holdings, Inc.<br>Highland Industries, Inc. |
| Marty L. Steinberg<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, FL 33131<br>(305) 374-7580<br>msteinberg@bilzin.com | American Honda Motor Co., Inc.<br>Honda of America Mfg., Inc. |
| Jesse H. Diner<br>Buchanan Ingersoll & Rooney PC<br>1200 East Las Olas Boulevard<br>Suite 500<br>Fort Lauderdale, FL 33301<br>(954) 703-3900<br>jesse.diner@bipc.com | BMW of North America, LLC<br>BMW Manufacturing Co., LLC |

| Counsel | Party |
|---|---|
| Scott M. Sarason<br>RUMBERGER, KIRK & CALDWELL, P.A.<br>Brickell Bayview Centre, Suite 3000<br>80 S.W. 8th Street (33130-3037)<br>Miami, FL 33101<br>(305) 358-5577<br>ssarason@rumberger.com | FCA US LLC |
| E. Colin Thompson<br>DLA Piper LLP (US)<br>100 North Tampa Street, Suite 2200<br>Tampa, FL 33602<br>(813) 229-2111<br>colin.thompson@dlapiper.com | Ford Motor Company |
| Michael R. Tein<br>Lewis Tein PL<br>3059 Grand Ave., Suite 340<br>Coconut Grove, FL 33133<br>(305) 442-1101<br>mtein@lewistein.com | Mazda Motor of America, Inc. |
| Kimberly A. Cook<br>Sedgwick LLP<br>One Biscayne Tower, Suite 1500<br>Two South Biscayne Boulevard<br>Miami, FL 33131<br>(305) 670-4777<br>kimberly.cook@sedgwicklaw.com | Nissan North America, Inc. |
| Stanley H. Wakshlag<br>Kenny Nachwalter, P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>(305) 373-1000<br>shw@knpa.com | Subaru of America, Inc. |
| John C. Seipp, Jr.<br>Seipp Flick & Hosley<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134-5214<br>(305) 995-5611<br>jseipp@seippflick.com | Toyota Motor Sales, U.S.A., Inc.<br>Toyota Motor Engineering & Manufacturing North America, Inc. |

Depending on the issues requiring an appearance on short notice, the Automaker Defendants may coordinate and authorize certain of these counsel to appear on behalf of other Automaker Defendants having similar positions on those issues.

**Working Groups**

The Defendants are in the process of forming smaller working groups to coordinate with Plaintiffs’ Lead Counsel on various issues as they arise, and are ready to engage with Plaintiffs' leadership as needed.

Dated: March 23, 2015

Respectfully submitted,

By: */s/ Stephen J. Krigbaum*

David M. Bernick
david.bernick@dechert.com
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-6797
T: (212) 698-3500
F: (212) 698-3599
(*admitted pro hac vice*)

Stephen J. Krigbaum
skrigbaum@cfjblaw.com
Carlton Fields Jorden Burt, P.A.
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401
T: (561) 659-7070
F: (561) 659-7368

***Attorneys for TK Holdings, Inc. and Highland Industries, Inc.***

*/s/ Marty L. Steinberg*
Michael L. Mallow
mmallow@sidley.com
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
T: (213) 896-6000
F: (213) 896-6600
(*admitted pro hac vice*)

Eric S. Mattson
emattson@sidley.com
Michael C. Andolina
mandolina@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
T: (312) 853-7000
F: (312) 853-7036
(*admitted pro hac vice*)

Marty L. Steinberg
msteinberg@bilzin.com
Mitchell Widom
mwidom@bilzin.com
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
T: (305) 374-7580
F: (305) 374-7593

***Counsel for American Honda Motor Co., Inc. and Honda of America Mfg., Inc.***

/s/ *Jesse H. Diner*
Jesse H. Diner
jesse.diner@bipc.com
Buchanan Ingersoll & Rooney PC
1200 East Las Olas Boulevard
Suite 500
Fort Lauderdale, FL 33301
(954) 703-3900

Rosemary J. Bruno
rosemary.bruno@bipc.com
Buchanan Ingersoll & Rooney, PC
550 Broad Street
Suite 810
Newark, NJ 07102
(973) 273-9800
(*pro hac vice admission pending)*

Eric Y. Kizirian
eric.kizirian@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
633 W. 5th Street
Suite 4000
Los Angeles, CA 90071
T: (213) 250-1800
F: (213) 250-7900
(*admitted pro hac vice*)

***Counsel for BMW of North America, LLC and BMW Manufacturing Co., LLC***

*/s/ Scott M. Sarason*
John W. Rogers
jwrogers@thompsoncoburn.com
Kathy A. Wisniewski
kwisniewski@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
T: (314) 552-6257
F: (314) 552-7257
(*admitted pro hac vice*)

Scott M. Sarason
Florida Bar No. 0394718
ssarason@rumberger.com
Armando G. Hernandez
Florida Bar No. 85042
ahernandez@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Miami, FL 33101
T: (305) 358-5577
F: (305) 371-7580

***Counsel for FCA US LLC***

*/s/ E. Colin Thompson*
Joel A. Dewey
joel.dewey@dlapiper.com
Jeffrey M. Yeatman
jeffrey.yeatman@dlapiper.com
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
T: (410) 580-3000
F: (410) 580-3001
(*admitted pro hac vice*)

E. Colin Thompson
Florida Bar No. 684929
colin.thompson@dlapiper.com
J. Trumon Phillips
Florida Bar No. 0084568
trumon.phillips@dlapiper.com
DLA Piper LLP (US)
100 North Tampa Street, Suite 2200
Tampa, FL 33602
T: (813) 229-2111
F: (813) 229-1447

***Counsel for Ford Motor Company***

*/s/ Michael Tein*
Cari K. Dawson
cari.dawson@alston.com
Scott A. Elder
scott.elder@alston.com
Daniel C. Norris
daniel.norris@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
T: (404) 881-7000
F: (404) 881-7777
(*admitted pro hac vice*)

Michael R. Tein
mtein@lewistein.com
Guy A. Lewis
glewis@lewistein.com
Lewis Tein PL
3059 Grand Ave., Suite 340
Coconut Grove, FL 33133
T: (305) 442-1101

***Counsel for Mazda Motor of America, Inc.***

*/s/ Kimberly A. Cook*
E. Paul Cauley, Jr.
paul.cauley@sedgwicklaw.com
S. Vance Wittie
vance.wittie@sedgwicklaw.com
Sedgwick LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367
T: (469) 227-8200
F: (469) 227-8004
(*admitted pro hac vice*)

Kimberly A. Cook
kimberly.cook@sedgwicklaw.com
Ramon A. Abadin
ramon.abadin@sedgwicklaw.com
David DePiano
david.depiano@sedgwicklaw.com
Sedgwick LLP
One Biscayne Tower, Suite 1500
Two South Biscayne Boulevard
Miami, FL 33131
T: (305) 670-4777
F: (305) 670-7007

***Counsel for Nissan North America, Inc.***

*_/s/ Stanley H. Wakshlag_*
Jeffrey L. Chase
jchase@herzfeld-rubin.com
Michael Gallub
mgallub@herzfeld-rubin.com
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004
T: (212) 471-8500
F: (212) 344-3333
(*admitted pro hac vice*)

Stanley H. Wakshlag
shw@knpa.com
Robert D.W. Landon III
rdl@knpa.com
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
T: (305) 373-1000
F: (305) 372-1861

***Counsel for Subaru of America, Inc.***

/s/ John C. Seipp, Jr.
Terri S. Reiskin
treiskin@dykema.com
Dykema Gossett PLLC
1300 I Street, N.W., Suite 300 West
Washington, D.C. 20005
T: (202) 906-8600
F: (855) 216-7884
(*admitted pro hac vice*)

John C. Seipp, Jr.
jseipp@seippflick.com
Donald A. Blackwell
dblackwell@seippflick.com
Seipp Flick & Hosley
Two Alhambra Plaza, Suite 800
Miami, FL 33134
T: (305) 995-5600
F: (305) 995-6100

Robert M. Brochin
rbrochin@morganlewis.com
MORGAN LEWIS
200 South Biscayne Blvd., Suite 5300
Miami, FL 33131
T: (305) 415-3000
F: (305) 415-3001

***Counsel for Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Engineering & Manufacturing North America, Inc.***

**ATTESTATION REGARDING SIGNATURES**

Pursuant to the CM/ECF Administrative Procedures for the United States District Court, Southern District of Florida, I, Kimberly A. Cook, counsel for defendant Nissan North America, Inc., hereby attest that Nissan North America, Inc. along with defendants TK Holdings, Inc., Highland Industries, Inc., American Honda Motor Co., Inc., Honda of America Mfg., Inc., BMW of North America, LLC, BMW Manufacturing Co., LLC, FCA US LLC, Ford Motor Company, Mazda Motor of America, Inc., Subaru of America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. and on whose behalf this filing is submitted, concur in the content and have authorized the filing of the DEFENDANTS' JOINT REPORT ON ORGANIZATION.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 23, 2015, I electronically filed the foregoing document with the Clerk of the Curt using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Kimberly A. Cook*
Kimberly A. Cook