UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MDL No. 2599
Master File No. 15-02599

IN RE: TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION

*THIS DOCUMENT RELATES TO: All Cases*

## NOTICE OF STRIKING DOCKET ENTRY

Plaintiffs, Hassan Ahmadi d/b/a Southeast Enterprises and John Henry Ellis, III on behalf of themselves and all those similarly situated, by and through undersigned counsel, hereby gives notice of striking docket entry 471 that was inadvertently electronically filed in error.

Date: April 2, 2015

Respectfully submitted,

Jordan R. Wagner
Florida Bar No. 0014852
Kibbey | Wagner
416 Camden Avenue
Stuart, Florida 34994
Phone: (772) 286-0023
Facsimile: (772) 221-8888
*Counsel for Plaintiffs Hassan Ahmadi d/b/a Southeast Enterprises and John Henry Ellis, III on behalf of themselves and all those similarly situated.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____
Jordan R. Wagner