UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MDL No. 2599
Master File No.: 15-02599-MD-Moreno

IN RE:

**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**,

_____

THIS DOCUMENT RELATES TO ALL CASES

_____/

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER OF APPOINTMENT OF SPECIAL MASTER

Plaintiffs, through undersigned counsel, respectfully request a seven-day extension of the deadline established in the Court's Order of Appointment of Special Master [Dkt. 453] to file objections to the Court's specific appointment based on conflicts that would preclude the appointment under Fed. R. Civ. P. 53 and 28 U.S.C. § 455, and in support assert as follows:

1. On March 25, 2015, the Court entered an Order of Appointment of Special Master, pursuant to Fed. R. Civ. P. 53(a)(1)(C), appointing John Delionado, a partner at the law firm of Hunton & Williams in Miami, as the Special Master, identifying the Special Master's duties, and providing that Counsel may, within 10 days of the Order, file an objection to the appointment if there are specific conflicts that would preclude the appointment of this Special Master. [Dkt. 453.]

2. Later that day, Mr. Delionado electronically filed an affidavit, pursuant to Fed. R. Civ. P. 53(b)(3)(A), attesting that his firm, Hunton & Williams, had performed a search of all parties and litigants in this matter, and that although the firm discovered no conflicts and that no lawyer in the firm had represented any party regarding the matters in this controversy, the firm

did find other lawyers in the firm who are: "a. Advising Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering and Manufacturing North America, Inc. in unrelated environmental matters; and b. Serving as counsel for Marty Steinberg, Esq. as Court-appointed Receiver for Lancer Management Group, LLC, et al." [Dkt. 461-1.]

3. Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering and Manufacturing North America, Inc., are named Defendants in several of the actions pending in this MDL, and Mr. Steinberg represents the Honda Defendants in this MDL.

4. By all accounts, Mr. Delionado is a skilled and highly-regarded attorney, and undersigned counsel have the utmost respect for him and his firm.

5. In light of the disclosures made in Mr. Delionado's affidavit, however, Plaintiffs' counsel need a modest amount of additional time to gather more information on his firm's current representation of Toyota and Honda's counsel in this matter, and confer and consider whether any objection should be filed to the appointment of Mr. Delionado based on those relationships.

6. Pursuant to Fed. R. Civ. P. 6(a)(1), the deadline for filing objections is presently Monday, April 6, 2015. Thus, an extension of the deadline by seven days would change the deadline to Monday, April 13, 2015.

7. This motion is not being made for the purpose of undue delay. No party will be prejudiced by the granting of this motion, nor will it require the adjustment of any other deadlines in this case.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and extend the deadline for Plaintiffs to file objections to the Court's appointment of a special master, as

permitted by the Court's Order of Appointment of Special Master, through and including April 13, 2015. A proposed order granting this Motion is attached as Exhibit A.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Undersigned counsel has attempted to confer with counsel for Defendants regarding this motion, and has been authorized to represent that the Takata and Honda Defendants do not oppose the relief requested herein; Plaintiffs are awaiting a response from the other Defendants regarding whether or not they oppose the relief requested herein.

DATED: April 3, 2015  **PODHURST ORSECK, P.A.**

 /s/ Peter Prieto
Peter Prieto (FBN 501492)
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
John Gravante  (FBN 617113)
Matthew P. Weinshall (FBN 84783)
25 West Flagler Street, Suite 800
Miami, Florida 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com
apodhurst@podhurst.com
srosenthal@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com

*Chair Lead Counsel for Plaintiffs*

| | |
|---|---|
| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>By: /s/ Curtis Bradley Miner<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **POWER ROGERS & SMITH, P.C.**<br>Todd A. Smith<br>tsmith@prslaw.com<br>70 West Madison St., 55th Floor<br>Chicago, IL 60602<br>T: 312-236-9381<br><br>By: /s/ Todd A. Smith<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shuhnan, Esq. (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>Fax: (914) 749-8300<br>dboies@bsfllp.com<br>mshulman@bsfllp.com<br><br>Stephen N. Zack, Esq. (Fla. Bar. No. 145215)<br>Mark J. Heise, Esq. (Fla. Bar No. 771090)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: (305) 539-8400<br>Fax: (305) 539-1307<br>szack@bsfllp.com<br>mheise@bsfllp.com<br><br>Richard B. Drubel, Esq.<br>Jonathan R. Voegele, Esq.<br>26 South Main Street<br>Hanover, NH 03755<br>Tel: (603) 643-9090<br>Fax: (603) 643-9010<br>rdrubel@bsfllp.com<br>jvoegele@bsfllp.com<br><br>By: /s/ David Boies, Esq.<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **BARON & BUDD, PC**<br>Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@bardonbudd.com<br>Mark Pifko<br>mpifko@baronbudd.com<br>15910 Ventura Blvd.,<br>Suite 1600<br>Encino, CA 91436<br>T: 818-839-2333<br><br>J.Burton LeBlanc<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>T: 225-761-6463<br><br>By: /s/ Roland Tellis<br><br>*Plaintiffs' Steering Committee* |

| | |
|---|---|
| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO,PC**<br>James E. Cecchi<br>jcecchi@carellabyrne.com<br>5 Becker Farm Road<br>Roseland, NJ   07068-1739<br>T: 973 994-1700<br>f: 973 994-1744<br><br>By: /s/ James E. Cecchi<br><br>*Plaintiffs' Steering Committee* | **LIEFF CABRASER HEIMANN AND BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>Phong-Chau Gia Nguyen<br>pgnguyen@lchb.com<br>Todd Walburg<br>twalburg@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T: 415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>NY, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br><br>By: /s/ Elizabeth Cabraser<br><br>*Plaintiffs' Steering Committee* |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

    By: /s/Peter Prieto
          Peter Prieto