UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-2599-MD-MORENO

IN RE:

TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

### ORDER ON FCA US LLC'S OBJECTION TO MEDIATOR

THIS CAUSE came before the Court on FCA US LLC's Objection to the appointment of Paul C. Huck, Jr. as Special Mediator [D.E. 483]. Being duly advised, it is hereby

ORDERED that FCA US LLC is excluded from the Court's Order Appointing Mediator [D.E. 470]. FCA US LLC need not participate in mediation and is exempt from any mediation requirements in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17 day of April, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

1