# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| IN RE:<br><br>**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO PERSONAL INJURY TRACK CASES | MDL No. 2599<br><br>Master File No. 15-2599-MD-Moreno<br><br>S.D. Fl. Case No. 1:15-cv-20664-Moreno |
| ANGELINA C. SUJATA, *et al.*<br><br>       Plaintiffs,<br>vs.<br><br>TAKATA CORPORATION,<br>TK HOLDINGS, INC.,<br>HONDA MOTOR CO., LTD.,<br>AMERICAN HONDA MOTOR CO., INC.,<br>HONDA OF AMERICA MFG INC.,<br>HONDA R&D CO. LTD.,<br>BAYERISCHE MOTOREN WERKE AG,<br>BMW OF NORTH AMERICA, LLC,<br>BMW MANUFACTURING CO., LLC,<br>NISSAN MOTOR COMPANY, LTD.,<br>NISSAN NORTH AMERICA, INC., *et al.*,<br><br>       Defendants. | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISSMISSAL WITHOUT PREJUDICE OF DEFENDANT BMW MANUFACTURING CO., LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiffs hereby dismiss without prejudice Defendant BMW Manufacturing Co., LLC, and that Defendant only, in Plaintiffs' Second Amended Consolidated Personal Injury Track Complaint [Doc. 71], with each party is to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| PODHURST ORSECK, P.A. | COLSON HICKS EIDSON, P.A. |
| 25 West Flagler Street, Suite 800 | 255 Alhambra Circle, PH |
| Miami, Florida 33130 | Coral Gables, Florida 33134 |
| Tel: 305-385-2800 | Tel: 305-476-7400 |

By: /s/ *Peter Prieto*_____  By: /s/ *Curtis Miner*_____ _____
    Peter Prieto                                             Curtis Miner
    Florida Bar No. 501492                 Florida Bar No. 885681
    pprieto@podhurst.com                  curt@colson.com

*Chair Lead Counsel*                                       *Lead Counsel – Personal Injury Track*

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | POWER ROGERS & SMITH P.C. |
| David Boies | Todd Smith |
| 333 Main Street | 70 W. Madison Street, Suite 5500 |
| Armonk, New York 10504 | Chicago, Illinois |
| Tel: 914-749-8200 | Tel: 312-236-9381 |

*Co-Lead Counsel – Economic Damages Track*

| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | BARON AND BUDD, P.C. |
| Elizabeth J. Cabraser | Roland Tellis |
| 275 Battery Street, 29th Floor | 15910 Ventura Boulevard, Suite 1600 |
| San Francisco, CA 94111-3339 | Encino, CA 91436 |
| Tel: 415-956-1000 | Tel: 818-839-2320 |

CARELLA, BYRNE, CECCHI,
   OLSTEIN, BRODY & AGNELLO
James E. Cecchi
5 Becker Farm Road
Roseland, New Jersey 07068-1739
Tel: 973-994-1700

*Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/ *Curtis B. Miner*_____
                                                Curtis B. Miner
                                                *Lead Counsel – Personal Injury Track*

## MDL NO. 2599 SERVICE LIST

| **Lead Counsel** | |
|---|---|
| David Bernick<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10036<br>212-698-3551<br>Email: david.bernick@dechert.com<br><br>*Lead Counsel for Takata Corporation and TK Holdings, Inc.* | Michael L. Mallow<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>213-896-6000<br>Email: mmallow@sidley.com<br><br>*Lead Counsel for American Honda Co., Inc., Honda of America Mfg., Inc.* |
| Rosemary J. Bruno<br>Buchanan Ingersoll & Rooney, PC<br>550 Broad Street, Suite 810<br>Newark, NJ 07102<br>973-273-9800<br>Email: rosmary.bruno@bipc.com<br><br>*Lead Counsel BMW of North America, LLC, BMW Manufacturing Co., LLC* | John W. Rogers<br>Thomson Coburn, LLP<br>One U.S. Bank Plaza<br>St. Louis, MO 63101<br>314-552-6257<br>Email:jrogers@thompsoncoburn.com<br><br>*Lead Counsel for FCA US LLC* |
| Joel A. Dewey<br>DLA Piper LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>410-580-4289<br>Email: jeffrey.yeatman@dlapiper.com<br><br>*Lead Counsel for Ford Motor Company* | Cari K. Dawson<br>Alston & Bird, LLP<br>1201 W Peachtree Street<br>1 Atlantic Center<br>Atlanta, GA 30309<br>404-881-7766<br>Email: cari.dawson@alston.com<br><br>*Lead Counsel Mazda Motor America* |
| E. Paul Cauley, Jr.<br>Sedgwick, LLP<br>1717 Main Street, Suite 5400<br>Dallas, TX 75201<br>469-227-8200<br>Email: paul.cauley@sedgwicklaw.com<br><br>*Lead Counsel for Nissan North America* | Jeffrey L. Chase<br>Herzfeld & Rubin, P.C.<br>125 Broad Street<br>New York, New York 10004<br>212-471-8460<br>Email: jchase@herzfeld-rubin.com<br><br>*Lead Counsel for Subaru of America, Inc.* |
| Terri S. Reiskin<br>Dykema Gossett PLLC<br>1300 I Street NW, Suite 300 West<br>Washington, DC 20005<br>202-906-8600<br>Email: treiskin@dykema.com<br><br>*Lead Counsel for Toyota Motor Sales, U.S.A., Inc.*<br>*Toyota Motor Engineering, Manufacturing North America, Inc.* | |

| **Local Liaison Counsel** | |
|---|---|
| Stephen J. Krigbaum<br>Thomas J. Meeks<br>Carlton Fields Jorden Burt, P.A.<br>525 Okeechobee Blvd., Suite 1200<br>West Palm Beach, FL 33402-0150<br>561-659-7070<br>Email: skrigbaum@cfjblaw.com<br>Email: tmeeks@cfjblaw.com<br><br>*Local Liaison Counsel TK Holdings, Inc., Highland Industries, Inc.* | Martin L. Steinberg<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, FL 33131<br>Tel: 305-350-7310<br>Email: msteinberg@bilzin.com<br><br>*Local Liaison Counsel for American Honda Motor Co., Inc.; Honda of America Mfg., Inc.* |
| John C. Seipp, Jr.<br>Seipp, Flick & Hosley, LLP<br>2 Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>305 995-5600<br>Email: jseipp@seippflick.com<br><br>*Local Liaison Counsel for Toyota Motor Engineering, Manufacturing North America, Inc.* | Jesse H. Diner<br>Buchanan Ingersoll & Rooney, PC<br>1200 East Las Olas Boulevard, Suite 500<br>Fort Lauderdale, FL 33301<br>954-703-3900<br>Email: jesse.diner@bipc.com<br><br>*Local Liaison Counsel for BMW of North America, LLC; BMW Manufacturing* |
| Scott M. Sarson<br>Rumberger, Kirk & Caldwell, P.A.<br>80 S.W. 8th Street<br>Miami, FL 33101<br>305-358-5577<br>Email: ssarason@rumberger.com<br><br>*Local Liaison Counsel for FCA US LLC* | Edward Colin Thompson<br>DLA Piper LLP<br>100 North Tampa Street, Suite 2200<br>Tampa, FL 33602<br>813-229-2111<br>Email: colin.thompson@dlapiper.com<br><br>*Local Liaison Counsel for Ford Motor Company* |
| Michael R. Tein<br>Lewis Tein<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, FL 33133<br>305-442-1101<br>Email: tein@lewistein.com<br><br>*Local Liaison Counsel for Mazda of America, Inc.* | Kimberly A. Cook<br>Sedgwick LLP<br>One Biscayne Tower<br>Two South Biscayne Boulevard, Suite 1500<br>Miami, FL 33131-1822<br>305-670-4777<br>Email: kimberly.cook@sedgwicklaw.com<br><br>*Local Liaison Counsel for Nissan North America, Inc.* |
| Stanley Howard Wakshlag<br>Kenny Nachwalter, P.A.<br>1100 Miami Center<br>201 S Biscayne Boulevard<br>Miami, FL 33131-4327<br>305-373-1000<br>Email: swakshlag@knpa.com<br><br>*Local Liaison Counsel for Subaru of America, Inc.* | |