UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-02599-MD-MORENO

IN RE: TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ECONOMIC
DAMAGES TRACK CASES
_____/

**FUJI HEAVY INDUSTRIES, LTD.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT, MOTION TO DISMISS THE AUTOMOTIVE RECYCLERS ASSOCIATION'S CLAIMS AND MOTION TO STAY THIS ACTION BASED UPON THE PRIMARY JURISDICTION OF THE NHTSA**

Pursuant to the Order entered August 28, 2015 (Dkt. No. 666), Defendant Fuji Heavy Industries, Ltd. ("FHI") respectfully joins in and adopts the following Motions and requests the same relief on its behalf: (1) the Motion by Defendant Subaru of America, Inc. ("SOA") to dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) (Dkt. Nos. 615, 617), (2) the Automotive Defendants' Motion to Dismiss the Automotive Recyclers Association's claims pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) (Dkt. No. 609), and (3) the Motion to Stay this Action Based on the Primary Jurisdiction of the National Highway Traffic Safety Administration (Dkt. No. 610). As stated in SOA's Motion (Dkt. No. 615), FHI, a Japanese corporation with its principal place of business in Tokyo, manufactured the Subaru Plaintiffs' vehicles and sold them to SOA, the United States importer and distributor of the subject Subaru vehicles. In accordance with the Court's Order, and for the sake of brevity, FHI respectfully adopts and incorporates herein by reference all of the grounds,

arguments and documents submitted in support of SOA's Motion to Dismiss, the Automotive Defendants' Motion to Dismiss the Automotive Recyclers Association's claims and the Motion to Stay this Action Based on the Primary Jurisdiction of the National Highway Traffic Safety Administration, and requests that the same relief be afforded to FHI.

Dated:  September 4, 2015.	Respectfully submitted,

*/s/ Stanley H. Wakshlag*
Jeffrey L. Chase
jchase@herzfeld-rubin.com
Michael B. Gallub
mgallub@herzfeld-rubin.com
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004
T: (212) 471-8500
F: (212) 344-3333
(*admitted pro hac vice*)

Stanley H. Wakshlag
shw@knpa.com
Robert D.W. Landon III
rdl@knpa.com
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Phone: (305) 373-1000
Fax: (305) 372-1861

***Counsel for Fuji Heavy Industries, Ltd.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this on September 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Stanley H. Wakshlag*
Stanley H. Wakshlag