UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>SABRA M. WILSON AND WILLIAM R. WILSON<br><br>Plaintiffs,<br><br>v.<br><br>TAKATA CORPORATION, TK HOLDINGS, INC., NISSAN MOTOR CO., LTD., NISSAN NORTH AMERICA, INC.<br><br>Defendants. | MDL No. 2599<br><br>Master File No. 15-MD 2599-MD-Moreno<br><br>S.D. Fla. Case No. 1:15-cv-21430-Moreno<br><br><br><br>**JURY TRIAL DEMANDED** |

## NISSAN MOTOR CO., LTD.'S
## FEDERAL RULE OF CIVIL PROCEDURE 12(b) MOTION

Pursuant to the Order of August 27, 2015 [Dkt. 666] Defendant Nissan Motor Co., Ltd. moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss all claims asserted against it in Plaintiffs' Second Amended Consolidated Personal Injury Track Complaint [Dkt. 578].

Plaintiffs have asserted the same facts and causes of action against NML as they asserted against Nissan North America, Inc. ("NNA"). Therefore, in the interest of efficiency, NML hereby adopts and incorporates the grounds, arguments and authorities and evidence in NNA's Federal Rule of Civil Procedure 12(b) Motion [Dkt. 611].

Respectfully Submitted,


By: /s/ Kimberly A. Cook
Kimberly A. Cook
Kimberly.cook@sedgwicklaw.com
Ramon A. Abadin
Ramon.abadin@sedgwicklaw.com
Sedgwick LLP
One Biscayne Tower, Suite 1500
Two South Biscayne Boulevard
Miami, Florida 33131
T: (305) 670-4777
F: (305) 397-2698

E. Paul Cauley, Jr.
paul.cauley@sedgwicklaw.com
S. Vance Wittie
vance.wittie@sedgwicklaw.com
Sedgwick LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367
T: (469) 227-8200
F: (469) 227-8004
(*admitted pro hac vice*)


*Counsel for Nissan Motor Co., Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2015, a true and correct copy of the attached Nissan Motor Co., Ltd.'s Corporate Disclosure was served via Electronic Case filing.

/s/ Kimberly A. Cook
Kimberly A. Cook