UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-2599-MD-MORENO

IN RE:

**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

_____

THIS DOCUMENT RELATES TO ALL CASES
_____

**NISSAN MOTOR CO., LTD'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND JOINDER IN MOTION TO DISMISS AUTOMOTIVE RECYCLER PLAINTIFFS' CLAIMS AND JOINT MOTION TO STAY ACTION**

Pursuant to the Order of August 27, 2015 [Dkt. 666] Defendant Nissan Motor Co., Ltd. (1) moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss all claims asserted against it in Plaintiffs' Second Amended Consolidated Class Action Complaint [Dkt. 579]; (2) joins in the Joint Motion to Dismiss the Automotive Recycler Plaintiff's claims pursuant to Rules 12(b)(6) and 9(b) and Incorporated Memorandum of Law [Dkt. 609]; and (3) joins in the Joint Motion to Stay Action on the Grounds of the Primary Jurisdiction of the National Highway Traffic Safety Administration and Incorporated Memorandum of Law [Dkt 610].

Plaintiffs have asserted the same facts and causes of action against NML, which did not distribute, sell or warrant vehicles in the United States, as they asserted against Nissan North America, Inc. ("NNA"). Therefore, in the interest of efficiency, NML hereby adopts and incorporates the grounds, arguments and authorities and evidence in NNA's Amended Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action [Dkt. 627]. NML also hereby adopts and incorporates the grounds, arguments, authorities and evidence in the Joint Motion to

1

81970589v1

Dismiss the Automotive Recycler Plaintiff's claims pursuant to Rules 12(b)(6) and 9(b) and Incorporated Memorandum of Law  [Dkt. 609]; and the Joint Motion to Stay Action on the Grounds of the Primary Jurisdiction of the National Highway Traffic Safety Administration and Incorporated Memorandum of Law [Dkt 610].

DATED: September 4, 2015

                                           Respectfully Submitted,

By: /s/ Kimberly A. Cook
    Kimberly A. Cook
    Kimberly.cook@sedgwicklaw.com
    Ramon A. Abadin
    Ramon.abadin@sedgwicklaw.com
    Sedgwick LLP
    One Biscayne Tower, Suite 1500
    Two South Biscayne Boulevard
    Miami, Florida 33131
    T: (305) 670-4777
    F: (305) 397-2698

    E. Paul Cauley, Jr.
    paul.cauley@sedgwicklaw.com
    S. Vance Wittie
    vance.wittie@sedgwicklaw.com
    Sedgwick LLP
    1717 Main Street, Suite 5400
    Dallas, TX 75201-7367
    T: (469) 227-8200
    F: (469) 227-8004
    (*admitted pro hac vice*)

    ***Counsel for Nissan Motor Co, Ltd.***

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                            */s/ Kimberly A. Cook*
                                            Kimberly A. Cook

81970589v1