IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ECONOMIC DAMAGES TRACK CASES | MDL No. 2599<br>Master File No. 15-2599-MD-MORENO/McALILEY |

**TOYOTA MOTOR CORPORATION'S
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT
AND ADOPTION OF MEMORANDUM OF LAW**

Pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, defendant Toyota Motor Corporation ("TMC") hereby respectfully moves to dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint ("Second Amended Complaint" or "SAC") (Dkt. No. 579) for failure to state a claim upon which relief can be granted. As grounds therefor, TMC adopts and incorporates by reference, as if set forth fully herein, the Motion to Dismiss and Incorporated Memorandum of Law filed by Toyota Motor Sales, U.S.A., Inc. ("TMS") and Toyota Motor Engineering & Manufacturing North America, Inc. "(TEMA") (Dkt. No. 614), and the Automotive Defendants' Motion to Dismiss Automotive Recyclers Association's Claims and Incorporated Memorandum of Law (Dkt. No. 609).

Respectfully submitted,

*/s/ Robert M. Brochin*

Terri S. Reiskin
treiskin@dykema.com
Dykema Gossett PLLC
1300 I Street, N.W., Suite 300 West
Washington, D.C.  2005
T: (202) 906-8609
F: (855) 216-7884
(admitted *pro hac vice*)

        John C. Seipp, Jr.
jseipp@seippflick.com
Donald A. Blackwell
dblackwell@seippflick.com
Seipp Flick & Hosley
Two Alhambra Plaza, Suite 800
Miami, FL 33134
T: (305) 995-5600
F: (305) 995-6100

Robert M. Brochin
rbrochin@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
T: (305) 415-3456
F: (305) 415-3001

*Counsel for Toyota Motor Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being serviced this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.


By:  */s/ Robert M. Brochin*

Robert M. Brochin