# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# Miami Division

| | |
|---|---|
| IN RE:<br><br>TAKATA AIRBAG PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2599<br>Master File No. 15-2599-MD-MORENO |
| THIS DOCUMENT RELATES TO:<br><br>PERSONAL INJURY TRACK CASES | HONDA MOTOR CO., LTD. AND<br>HONDA R&D CO., LTD.'S JOINDER IN,<br>AND ADOPTION OF, HONDA<br>DEFENDANTS' RULE 12(b) MOTION TO<br>DISMISS |
| CLYDE K. CHAPMAN, *et al.*,<br>    Plaintiff,<br>  v.<br>AMERICAN HONDA, *et al.*,<br>    Defendants. | S.D. Fla. Case No. 1:15-cv-22133-FAM |
| RAQUEL HUDSON, *et al.*,<br>    Plaintiff,<br>  v.<br>AMERICAN HONDA, *et al.*,<br>    Defendants. | S.D. Fla. Case No. 1:15-cv-20666-FAM |
| DIANE L. MOULTON,<br>    Plaintiff,<br>  v.<br>AMERICAN HONDA, *et al.*,<br>    Defendants. | S.D. Fla. Case No. 1:15-cv-20898-FAM |
| AMY C. PATTERSON,<br>    Plaintiff,<br>  v.<br>AMERICAN HONDA, *et al.*,<br>    Defendants. | S.D. Fla. Case No. 1:15-cv-21572-FAM |
| MIGUEL A. MORALES RAMOS,<br>    Plaintiff,<br>  v.<br>AMERICAN HONDA, *et al.*,<br>    Defendants. | S.D. Fla. Case No. 1:15-cv-20264-FAM |

| | |
|---|---|
| ANGELINA C. SUJATA, | **S.D. Fla. Case No. 1:15-cv-20664-FAM** |
|     Plaintiff, | |
|   v. | |
| AMERICAN HONDA, *et al.*, | |
|     Defendants. | |
| DIAZ VEGA, | **S.D. Fla. Case No. 1:14-cv-24931-FAM** |
|     Plaintiff, | |
|   v. | |
| AMERICAN HONDA, *et al.*, | |
|     Defendants. | |
| CEDRIC WALTON, | **S.D. Fla. Case No. 1:15-cv-21543-FAM** |
|     Plaintiff, | |
|   v. | |
| AMERICAN HONDA, *et al.*, | |
|     Defendants. | |
| MARY LYON WOLFE, | **S.D. Fla. Case No. 1:15-cv-20665-FAM** |
|     Plaintiff, | |
|   v. | |
| AMERICAN HONDA, *et al.*, | |
|     Defendants. | |

In accordance with the Stipulation Regarding Waiver of Service and Time to Respond to Complaint and Discovery (ECF 635), which was filed on July 28, 2015, Honda Motor Co., Ltd. and Honda R&D Co., Ltd. respond to the plaintiffs' Second Amended Consolidated Personal Injury Track Complaint (ECF 578) by adopting and joining in the Honda Defendants' Rule 12(b) Motion to Dismiss and Incorporated Memorandum of Law (ECF 621), which was filed on July 17, 2015.

\\MI - 024173/000003 - 303394 v1

Dated: September 4, 2015

                                                   Respectfully submitted,

                                          By: */s/ Marty Steinberg*

| | |
|---|---|
| Paul G. Cereghini<br>BOWMAN AND BROOKE LLP<br>2901 N. Central Avenue, Suite 1600<br>Phoenix, AZ  85012<br>T: (612) 643-2400<br>F: (602) 248-0947<br>E: paul.cereghini@bowmanandbrooke.com | Joel H. Smith<br>BOWMAN AND BROOKE LLP<br>1441 Main Street, #1200<br>Columbia, SC  29201<br>T: (803) 726-7420<br>F: (803) 726-7421<br>E: joel.smith@bowmanandbrooke.com |
| Mitchell E. Widom<br>BILZIN SUMBERG BAENA PRICE &<br>AXLEROD LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, FL  33131<br>T: (305) 375-6127<br>F: (305) 374-7593<br>E: mwidom@bilzin.com | Marty Steinberg<br>HOGAN LOVELLS LLP<br>600 Brickell Avenue, Suite 2700<br>Miami, FL  33131<br>T: (305) 459-6629<br>F: (305) 459-6550<br>E: marty.steinberg@hoganlovells.com |

**Attorneys for Defendants,**
**Honda Motor Co., Ltd., Honda R&D Co., Ltd.,**
**American Honda Motor Co., Inc., and Honda of America Manufacturing Inc.**

## CERTIFICATE OF SERVICE

     I hereby certify that on September 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of a Notice of Electronic Filing generated by CM/ECF.

                                                   */s/ Marty Steinberg*
                                                   Marty Steinberg