UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-2599-MD-MORENO
Case No. 14-24009-CV-MORENO

IN RE:

**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**

_____

THIS DOCUMENT RELATES TO ALL
ECONOMIC LOSS CLASS ACTIONS
_____/

## ORDER DENYING MOTION TO ADOPT MOTION TO STAY

THIS CAUSE comes before the Court upon Defendant Toyota Motor Corp.'s Motion to Stay ("Motion") [D.E. 686], entered September 4, 2015. Defendant seeks to adopt the motion to stay in docket entry 610. The Court considers Defendant's Motion to be a motion to adopt docket entry 610. The Court has reviewed the Motion and is otherwise duly advised. Accordingly, it is hereby

ORDERED that the motion to adopt is **DENIED** as moot because the Court has denied the motion to stay in docket entry 610.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 21 day of September, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record