IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No.: 2599
Master File No.: 1:15-md-02599-FAM
S.D. Fla. Case No.: 1:15-cv-21416-FAM

| |
|---|
| **IN RE:**<br><br>**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>JOEL BRIGHTBILL, ON BEHALF OF HIMSELF AND ALL THOSE SIMILARLY SITUATED, *et al.*<br><br>    Plaintiffs,<br>  vs.<br><br>GENERAL MOTORS CORPORATION, *et al.*<br><br>    Defendants. |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLAINTIFFS, by and through their attorneys, hereby give notice of their voluntary dismissal <u>without prejudice</u> of all claims asserted against Defendants in the above-entitled action (and only that action), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 6, 2015                  Respectfully Submitted,

/s/*Charles A. Bonner*
CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070; FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, PH
Coral Gables, Florida 33134
Tel: 305-476-7400


By: /s/ *Curtis Miner*
    Curtis Miner
    Florida Bar No. 885681
    curt@colson.com

*Lead Counsel – Personal Injury Track*

## MDL NO. 2599 SERVICE LIST

| **Lead Counsel** | |
|---|---|
| David Bernick<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10036<br>212-698-3551<br>Email: david.bernick@dechert.com<br><br>*Lead Counsel for Takata Corporation and TK Holdings, Inc.*<br>Rosemary J. Bruno<br>Buchanan Ingersoll & Rooney, PC<br>550 Broad Street, Suite 810<br>Newark, NJ 07102<br>973-273-9800<br>Email: rosmary.bruno@bipc.com<br><br>*Lead Counsel BMW of North America, LLC, BMW Manufacturing Co., LLC*<br>Joel A. Dewey<br>DLA Piper LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>410-580-4289<br>Email: jeffrey.yeatman@dlapiper.com<br><br>*Lead Counsel for Ford Motor Company*<br>E. Paul Cauley, Jr.<br>Sedgwick, LLP<br>1717 Main Street, Suite 5400<br>Dallas, TX 75201<br>469-227-8200<br>Email: paul.cauley@sedgwicklaw.com<br><br>*Lead Counsel for Nissan North America*<br>Terri S. Reiskin<br>Dykema Gossett PLLC<br>1300 I Street NW, Suite 300 West<br>Washington, DC 20005<br>202-906-8600<br>Email: treiskin@dykema.com<br><br>*Lead Counsel for Toyota Motor Sales, U.S.A., Inc. Toyota Motor Engineering, Manufacturing North America, Inc.* | Michael L. Mallow<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>213-896-6000<br>Email: mmallow@sidley.com<br><br>*Lead Counsel for American Honda Co., Inc., Honda of America Mfg., Inc.*<br>John W. Rogers<br>Thomson Coburn, LLP<br>One U.S. Bank Plaza<br>St. Louis, MO 63101<br>314-552-6257<br>Email:jrogers@thompsoncoburn.com<br><br>*Lead Counsel for FCA US LLC*<br><br>Cari K. Dawson<br>Alston & Bird, LLP<br>1201 W Peachtree Street<br>1 Atlantic Center<br>Atlanta, GA 30309<br>404-881-7766<br>Email: cari.dawson@alston.com<br><br>*Lead Counsel Mazda Motor America*<br>Jeffrey L. Chase<br>Herzfeld & Rubin, P.C.<br>125 Broad Street<br>New York, New York 10004<br>212-471-8460<br>Email: jchase@herzfeld-rubin.com<br><br>*Lead Counsel for Subaru of America, Inc.* |

| | |
|---|---|
| **Local Liaison Counsel** | |
| Stephen J. Krigbaum<br>Thomas J. Meeks<br>Carlton Fields Jorden Burt, P.A.<br>525 Okeechobee Blvd., Suite 1200<br>West Palm Beach, FL 33402-0150<br>561-659-7070<br>Email: skrigbaum@cfjblaw.com<br>Email: tmeeks@cfjblaw.com<br><br>*Local Liaison Counsel TK Holdings, Inc., Highland Industries, Inc.*<br>John C. Seipp, Jr.<br>Seipp, Flick & Hosley, LLP<br>2 Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>305 995-5600<br>Email: jseipp@seippflick.com<br><br>*Local Liaison Counsel for Toyota Motor Engineering, Manufacturing North America, Inc.*<br>Scott M. Sarson<br>Rumberger, Kirk & Caldwell, P.A.<br>80 S.W. 8th Street<br>Miami, FL 33101<br>305-358-5577<br>Email: ssarason@rumberger.com<br><br>*Local Liaison Counsel for FCA US LLC*<br>Michael R. Tein<br>Lewis Tein<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, FL 33133<br>305-442-1101<br>Email: tein@lewistein.com<br><br>*Local Liaison Counsel for Mazda of America, Inc.*<br><br>Stanley Howard Wakshlag<br>Kenny Nachwalter, P.A.<br>1100 Miami Center<br>201 S Biscayne Boulevard<br>Miami, FL 33131-4327<br>305-373-1000<br>Email: swakshlag@knpa.com<br><br>*Local Liaison Counsel for Subaru of America, Inc.* | Martin L. Steinberg<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, FL 33131<br>Tel: 305-350-7310<br>Email: msteinberg@bilzin.com<br><br>*Local Liaison Counsel for American Honda Motor Co., Inc.; Honda of America Mfg., Inc.*<br><br>Jesse H. Diner<br>Buchanan Ingersoll & Rooney, PC<br>1200 East Las Olas Boulevard, Suite 500<br>Fort Lauderdale, FL 33301<br>954-703-3900<br>Email: jesse.diner@bipc.com<br><br>*Local Liaison Counsel for BMW of North America, LLC; BMW Manufacturing*<br>Edward Colin Thompson<br>DLA Piper LLP<br>100 North Tampa Street, Suite 2200<br>Tampa, FL 33602<br>813-229-2111<br>Email: colin.thompson@dlapiper.com<br><br>*Local Liaison Counsel for Ford Motor Company*<br>Kimberly A. Cook<br>Sedgwick LLP<br>One Biscayne Tower<br>Two South Biscayne Boulevard, Suite 1500<br>Miami, FL 33131-1822<br>305-670-4777<br>Email: kimberly.cook@sedgwicklaw.com<br><br>*Local Liaison Counsel for Nissan North America, Inc.*<br>Laurie Michele Riley<br>Jones Walker LLP<br>201 Biscayne Blvd., Suite 2600<br>Miami, FL 33131<br>305-679-5700<br>Email: lriley@joneswalker.com<br><br>*Counsel for General Motors, LLC.* |