# Proximate Causation



# Proximate Causation



- Privileged and Confidential -