**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MDL No.: 2599
Master File No. 15-md-2599-MORENO
S.D. Fla. Case No.: 14-cv-24009-MORENO
S.D. Fla. Case No.: 15-cv-20664-MORENO

| | |
|---|---|
| IN RE:<br><br>**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO ALL CASES | |

**JOINT REPORT ON RELATED CASES**

Defendants Takata Corporation and TK Holdings, Inc. (collectively, "Takata Defendants") and American Honda Motor Co., Inc., Honda of America Mfg., Inc., Honda Motor Co., Ltd., Honda R&D Co. Ltd., BMW of North America, LLC, BMW Manufacturing Co., LLC, Ford Motor Company, Mazda Motor of America, Inc., Mazda Motor Corporation, Nissan North America, Inc., Nissan Motor Co., Ltd., Subaru of America, Inc., Fuji Heavy Industries, Ltd., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Corporation (collectively, the "Automotive Defendants"), and Plaintiffs' Chair Lead Counsel and Lead Counsel, Personal Injury Track, submit this Joint Report in response to the Court's Order requiring a periodic update of the status of cases related to this multidistrict litigation. The Joint Report consists of the information in this report as well as Exhibit A, which is attached.

There have been several developments in state court proceedings related to the MDL since the Parties filed the fourth Joint Report on Related Cases on October 15, 2015.[1] Two new cases have been filed in state courts: *Cox v. American Honda Motor Co., Inc., et al.*, 15-ca-6349 (Fla. 4th Jud. Cir., Duval Cty) and *Johnston v. Takata Corp., et al.*, (Dist. Ct. for Salt Lake Cty., Utah).

The defendant-parties to this report named in *Mincey v. American Honda Motor Co., et al.*, 15-ca-000377 (Fla. 4th Jud. Cir., Duval Cty.), *Sprouse v. American Honda Motor Co., et al.*, No. SC-15-CV-324 (Muscogee Cty., GA), and *Louch v. Takata Corp., et al.*, No. 14-ca-015477 (Fla. 15th Cir., Palm Beach Cty.), report that Plaintiffs in these cases have cross-noticed certain depositions for November and December 2015 and January 2016. The defendant-parties to this report named in *Brangman v. American Honda Motor Co., Inc., et al.*, BC579411 (Central Dist., Los Angeles Cty., CA), report that a settlement has been reached in that case.

With regard to federal cases and the status of MDL consolidation, the defendant-parties to this report named in *Snyder's LTD v. Takata Corp, et al.*, 15-cv-00875 (W.D. Tex.), *Hodge v. Takata Corp., et al.*, 15-cv-01427 (C.D. Cal.), and *Falcon-Cosme v. Takata Corp. et al.*, 15-cv-02235 (D.P.R.), report that these cases have been transferred to the MDL. The defendant-parties to this report named in *Rodriguez v. Takata Corp., et al.*, 15-cv-24116 (S.D. Fla.), report that this matter has been identified as a tag-along case in the MDL. The defendant-party to this report named in *Roberts v. American Honda Motor Co., Inc.*, 15-cv-04064 (D.S.D.), reports that it has filed a motion to transfer the case to the MDL, which the Plaintiff opposes and which is currently being briefed before the JPML.

---

[1] The status updates provided in this report and the attached exhibit are based on information provided by the defendants in those cases, not Plaintiffs' Chair Lead Counsel, Lead Counsel, Personal Injury Track, or other Plaintiffs' MDL counsel. Unless otherwise noted, representations about the positions taken by plaintiffs' counsel in those cases are likewise provided by the defendants in those cases.

Status updates are detailed further in Exhibit A in bolded text.

The parties also continue to discuss the possibility of a Joint Coordination Order to encourage coordination with state courts presiding over related cases.

Respectfully submitted,

By: */s/ Mitchell E. Widom*
**Michael L. Mallow** (*admitted pro hac vice*)
mmallow@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013
T: 213 896-6000
F: 213 896-6600

**Eric S. Mattson** (*admitted pro hac vice*)
emattson@sidley.com
**Michael C. Andolina** (*admitted pro hac vice*)
mandolina@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
T: 312 853-7000
F: 312 853-7036

**Marty Steinberg**
marty.steinberg@hoganlovells.com
**HOGAN LOVELLS LLP**
600 Brickell Avenue, Suite 2700
Miami, FL 33131
T: 305 459-6629
F: 305 459-6550

**Mitchell E. Widom**
mwidom@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
T: 305 374-7580
F: 305 374-7593

*Counsel for American Honda Motor Co., Inc., Honda of America Mfg., Inc., Honda Motor Co., Ltd., and Honda R&D Co. Ltd.*

| | |
|---|---|
| */s/ Jesse H. Diner*<br>**Rosemary J. Bruno**<br>rosmary.bruno@bipc.com<br>(*admitted pro hac vice*)<br>**Christopher Dalton**<br>christopher.dalton@bipc.com<br>(*admitted pro hac vice*)<br>**Jesse H. Diner**<br>jesse.diner@bipc.com<br>**BUCHANAN INGERSOLL & ROONEY, PC**<br>550 Broad Street, Suite 810<br>Newark, NJ 07102<br>T: 973 273-9800<br>**BUCHANAN INGERSOLL & ROONEY, PC**<br>1200 East Las Olas Blvd., Suite 500<br>Fort Lauderdale, FL 33301<br>T: 954-703-3900<br><br>**Eric Kizirian**<br>eric.kizirian@lewisbrisbois.com<br>(*admitted pro hac vice*)<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>T: 213-250-1800<br><br>***Lead Counsel for BMW of North America, LLC and BMW Manufacturing Co., LLC*** | */s/ E. Colin Thompson*<br>**Joel A. Dewey**<br>joel.dewey@dlapiper.com<br>**Jeffrey M. Yeatman**<br>jeffrey.yeatman@dlapiper.com<br>**DLA PIPER LLP (US)**<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>T: 410 580-3000<br>F: 410 580-3001<br>(*pro hac vice forthcoming*)<br>**E. Colin Thompson**<br>Florida Bar No. 684929<br>colin.thompson@dlapiper.com<br>**J. Trumon Phillips**<br>Florida Bar No. 0084568<br>trumon.phillips@dlapiper.com<br>**DLA PIPER LLP (US)**<br>100 North Tampa Street, Suite 2200<br>Tampa, FL 33602<br>T: 813 229-2111<br>F: 813 229-1447<br><br>***Counsel for Ford Motor Company*** |

- 4 -

| | |
|---|---|
| */s/ Michael Tein*<br>**Cari K. Dawson**<br>cari.dawson@alston.com<br>**Scott A. Elder**<br>scott.elder@alston.com<br>**Daniel C. Norris**<br>daniel.norris@alston.com<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>T: 404 881-7000<br>F: 404 881-7777<br>(*pro hac vice forthcoming*)<br>**Michael R. Tein**<br>mtein@lewistein.com<br>**Guy A. Lewis**<br>glewis@lewistein.com<br>**LEWIS TEIN PL**<br>3059 Grand Ave., Suite 340<br>Coconut Grove, FL 33133<br>T: 305 442-1101<br><br>**Counsel for Mazda Motor of America, Inc. and Mazda Motor Corporation** | */s/ Kimberly A. Cook*<br>**E. Paul Cauley, Jr.**<br>paul.cauley@sedgwicklaw.com<br>**SEDGWICK LLP**<br>1717 Main Street<br>Suite 5400<br>Dallas, TX 75201-7367<br>T: 469 227-8200<br>F: 469 227-8004<br>(*pro hac vice forthcoming*)<br>**Kimberly A. Cook**<br>kimberly.cook@sedgwicklaw.com<br>**SEDGWICK LLP**<br>One Biscayne Tower, Suite 1500<br>Two South Biscayne Boulevard<br>Miami, FL 33131<br>T: 305 670-4777<br>F: 305 670-7007<br><br>**Counsel for Nissan North America, Inc. and Nissan Motor Co., Ltd.** |
| */s/ Stanley H. Wakshlag*<br>**Jeffrey L. Chase**<br>jchase@herzfeld-rubin.com<br>**Michael Gallub**<br>mgallub@herzfeld-rubin.com<br>**HERZFELD & RUBIN, P.C.**<br>125 Broad Street<br>New York, NY 10004<br>T: 212 471-8500<br>F: 212 344-3333<br>(*pro hac vice forthcoming*)<br>**Stanley H. Wakshlag**<br>shw@knpa.com<br>**Robert D.W. Landon III**<br>rdl@knpa.com<br>**KENNY NACHWALTER, P.A.**<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>T: 305 373-1000 | */s/ John C. Seipp, Jr.*<br>**Terri S. Reiskin**<br>treiskin@dykema.com<br>**DYKEMA GOSSETT PLLC**<br>1300 I Street, N.W., Suite 300 West<br>Washington, D.C. 20005<br>T: 202 906-8600<br>F: 855 216-7884<br>(*admitted pro hac vice*)<br>**John C. Seipp, Jr.**<br>jseipp@seippflick.com<br>**Donald A. Blackwell**<br>dblackwell@seippflick.com<br>**SEIPP FLICK & HOSLEY**<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>T: 305 995-5600<br>F: 305 995-6100<br>**Robert M. Brochin**<br>rbrochin@morganlewis.com |

ACTIVE 210911892v.4

| | |
|---|---|
| F: 305 372-1861<br><br>*Counsel for Subaru of America, Inc. and Fuji Heavy Industries, Ltd.* | **MORGAN LEWIS & BOCKIUS LLP**<br>200 S. Biscayne Blvd., Suite 5300<br>Miami, FL 33131<br>T: 305 415 3456<br>F: 305 415 3001<br><br>*Counsel for Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Corporation* |
| */s/ David Bernick*<br>**David Bernick**<br>david.bernick@dechert.com<br>**DECHERT LLP**<br>1095 Avenue of the Americas<br>New York, NY 10036<br>T: (212) 698-3551<br>F: (212) 698-3599<br>(*admitted pro hac vice*)<br><br>**Stephen J. Krigbaum**<br>Florida Bar No. 978019<br>skrigbaum@cfjblaw.com<br>**Thomas Meeks**<br>Florida Bar No. 314323<br>tmeeks@cfjblaw.com<br>**CARLTON FIELDS JORDEN BURT, P.A.**<br>CityPlace Tower – Suite 1200<br>525 Okeechobee Boulevard<br>West Palm Beach, FL 33401<br>T: (561) 659-7070<br>F: (561) 659-7368<br><br><br>*Counsel for Takata Corporation and TK Holdings, Inc.* | |

- 6 -

| | |
|---|---|
| */s/ Peter Prieto*<br>**Peter Prieto**<br>Florida Bar No. 501492<br>pprieto@podhurst.com<br>**PODHURST ORSECK, P.A.**<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130<br>T: (305) 358-2800<br>F: (305) 358-2382<br><br>***Plaintiffs' Chair Lead Counsel*** | */s/ Curtis Miner*<br>**Curtis Bradley Miner**<br>curt@colson.com<br>**Lewis S. "Mike" Eidson**<br>mike@colson.com<br>**COLSON HICKS EIDSON, P.A.**<br>255 Alhambra Circle, PH<br>Coral Gables, Florida 33134<br>T: (305) 476-7400<br>F: (305) 476-7444<br><br>***Plaintiffs' Lead Counsel, Personal Injury Track*** |

## ATTESTATION REGARDING SIGNATURES

Pursuant to the CM/ECF Administrative Procedures for the United States District Court, Southern District of Florida, I, Mitchell E. Widom, counsel for defendants American Honda Motor Co., Inc., Honda of America Mfg., Inc., Honda Motor Co., Ltd., and Honda R&D Co. Ltd., hereby attest that American Honda Motor Co., Inc., Honda of America Mfg., Inc., Honda Motor Co., Ltd., and Honda R&D Co. Ltd., along with defendants BMW of North America, LLC, BMW Manufacturing Co., LLC, Ford Motor Company, Mazda Motor of America, Inc., Mazda Motor Corporation, Nissan North America, Inc., Nissan Motor Co., Ltd., Subaru of America, Inc., Fuji Heavy Industries, Ltd., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Corporation, and defendants Takata Corporation and TK Holdings, Inc., and Plaintiffs' Chair Lead Counsel and Lead Counsel, Personal Injury Track, on whose behalf this filing is submitted, concur in the content and have authorized the filing of the JOINT REPORT ON RELATED CASES.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

                                               */s/ Mitchell E. Widom*
                                               Mitchell E. Widom