UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-2599-MD-MORENO
14-24009-CV-MORENO
15-20664-CV-MORENO

IN RE:

**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

## NOTICE RESETTING STATUS CONFERENCE

PLEASE TAKE NOTICE that the status conference scheduled for Thursday, February 18, 2016 at 9:00 a.m. is hereby reset for **Tuesday, February 16, 2016 at 2:30 p.m.** before the Honorable Federico A. Moreno, United States District Judge, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 3, Miami, Florida. The topics will include: 1) objections to the Special Master's report and recommendations regarding the document production protocol and electronically stored information and 2) standing issues related to claims brought by the Automotive Recycler Association. **Counsel for all parties are not required to attend; it is sufficient if lead counsel are present.**

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of January, 2016.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record