UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 2599
Master File No. 15-2599-MD-Moreno
S.D. Fl. Case No. 1: 15-cv-20664-Moreno

| | |
|---|---|
| IN RE:<br><br>TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br>PERSONAL INJURY TRACK CASES | |
| SUMATEE RAMROOP,<br><br>                           Plaintiff,<br><br>vs.<br><br>TAKATA CORPORATION,<br>TK HOLDINGS INC.,<br>HONDA MOTOR CO., LTD.,<br>AMERICAN HONDA MOTOR CO., INC.,<br><br>                           Defendants. | |

**AMERICAN HONDA MOTOR CO., INC.'S NOTICE OF ADOPTION
OF AMERICAN HONDA MOTOR CO., INC.'S ANSWER TO PLAINTIFF'S
SECOND AMENDED CONSOLIDATED PERSONAL INJURY TRACK COMPLAINT**

In response to Plaintiff's Notice of Adoption of Second Amended Consolidated Personal Injury Track Complaint [DE 1177] ("Plaintiff's Notice of Adoption"), the Defendant, AMERICAN HONDA MOTOR CO., INC. ("AHM"), denies each matter alleged against AHM in Plaintiff's Notice of Adoption except those matters specifically admitted or qualifiedly answered below.

1

2

Pursuant to the Stipulation Regarding Additional Transferred Personal Injury Track Cases [DE 1054] and the Court's Order Adopting Stipulation [DE 1164], AHM adopts and incorporates herein American Honda Motor Co., Inc.'s Answer To Plaintiffs' Second Amended Consolidated Personal Injury Track Complaint including its affirmative defenses [DE 901].

AHM hereby serves its Answer and additional Affirmative Defense to Plaintiff's Notice of Adoption and states as follows:

## CASE-SPECIFIC ALLEGATIONS

**Plaintiff**

1. AHM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of Plaintiff's Notice of Adoption.

**Accident and Injuries**

2. AHM admits that Plaintiff was involved in an incident on November 14, 2013 involving a 2001 Honda Civic, VIN 1HGES26771L010591, that occurred in Gwinnett County, Georgia ("subject incident"). AHM denies those matters which paragraph 2 incompletely, inaccurately, or out-of-context quotes, infers, or concludes from or about the subject incident. AHM denies all remaining allegations in paragraph 2 of Plaintiff's Notice of Adoption.

3. AHM denies the allegations in paragraph 3 of Plaintiff's Notice of Adoption.

4. AHM admits, on present information and belief, that Plaintiff was transported from the scene of the subject incident to Gwinnett Medical Center by Gwinnett County Fire and Emergency Services personnel. AHM denies all remaining allegations in paragraph 4 of Plaintiff's Notice of Adoption.

5. AHM is without knowledge or information sufficient to form a belief as to the truth of the allegations pertaining to Plaintiff's injuries in paragraph 5 of Plaintiff's Notice of

Adoption. AHM denies all remaining allegations in paragraph 5 of Plaintiff's Notice of Adoption.

## AFFIRMATIVE DEFENSE

For a defense herein, AHM contends that Plaintiff may have failed to utilize or, alternatively, failed to properly utilize the available and operational seatbelt which, if utilized, would have prevented or mitigated Plaintiff's injuries. Accordingly, the jury should be permitted to reduce the amount of damages awarded, if any.

**COLE, SCOTT & KISSANE, P.A.**

/s/ Daniel J. Kissane
Daniel J. Kissane (FB #771287)
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, FL 32257
(904) 672-4090 (telephone)
(904) 672-4050 (facsimile)
Daniel.Kissane@csklegal.com
Rachel.Chewning@csklegal.com
Laura.Kennington@csklegal.com
Theresa.Tippins@csklegal.com

SIDLEY AUSTIN LLP
ERIC S. MATTSON, ESQ.
MICHAEL C. ANDOLINA, ESQ.
1 South Dearborn Street, Suite 900
Chicago, IL 60603
emattson@sidley.com
mandolina@sidley.com

SIDLEY AUSTIN LLP
MICHAEL L. MALLOW, ESQ.
555 W. Fifth Street
Los Angeles, CA 90013
mmallow@sidley.com

**Counsel for American Honda Motor Co., Inc.,
Honda Motor Co., Ltd,
Honda of America Mfg., Inc., and
Honda R&D Co., Ltd.**

3

16606571v1

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 6th day of October, 2016, the foregoing was filed with the Court via CM/ECF, which will automatically send notice and a copy of same to counsel of record via electronic mail.

**COLE, SCOTT & KISSANE, P.A.**

/s/ Daniel J. Kissane
Daniel J. Kissane (FB #771287)
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, FL  32257
(904) 672-4090 (telephone)
(904) 672-4050 (facsimile)
Daniel.Kissane@csklegal.com
Rachel.Chewning@csklegal.com
Laura.Kennington@csklegal.com
Theresa.Tippins@csklegal.com

SIDLEY AUSTIN LLP
ERIC S. MATTSON, ESQ.
MICHAEL C. ANDOLINA, ESQ.
1 South Dearborn Street
Chicago, IL 60603
emattson@sidley.com
mandolina@sidley.com

SIDLEY AUSTIN LLP
MICHAEL L. MALLOW, ESQ.
555 W. Fifth Street
Los Angeles, CA  90013
mmallow@sidley.com

**Counsel for American Honda Motor Co., Inc.,
Honda Motor Co., Ltd,
Honda of America Mfg., Inc., and
Honda R&D Co., Ltd.**