**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**MDL No. 2599**
**Master File No. 15-2599-MD-Moreno**
**S.D. Fl. Case No. 1: 15-cv-20664-Moreno**

| |
|---|
| IN RE: |
| **TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION** |
| THIS DOCUMENT RELATES TO: PERSONAL INJURY TRACK CASES |
| KELLY R. DENNY, <br><br> Plaintiff, <br><br> vs. <br><br> TAKATA CORPORATION, <br> TK HOLDINGS, INC., <br> HONDA MOTOR CO., LTD., <br> AMERICAN HONDA MOTOR CO., INC., <br> HONDA OF AMERICA MFG., INC., and <br> HONDA R & D CO., LTD., <br><br> Defendants. |

**NOTICE OF ADOPTION OF AMERICAN HONDA MOTOR CO., INC.'S**
**NOTICE OF ADOPTION OF AMERICAN HONDA MOTOR CO., INC.'S**
**ANSWER TO PLAINTIFFS' SECOND AMENDED CONSOLIDATED PERSONAL**
**INJURY TRACK COMPLAINT BY HONDA MOTOR CO., LTD., HONDA OF**
**AMERICA MFG., INC., AND HONDA R&D CO., LTD.**

In response to Plaintiff's Notice of Adoption of Second Amended Consolidated Personal

Injury Track Complaint [DE 1184], Defendants Honda Motor Co., Ltd.; Honda of America Mfg.,

Inc.; and Honda R&D Co., Ltd. hereby adopt Notice of Adoption of American Honda Motor Co.,

16667984v1

Inc.'s Notice of Adoption of American Honda Motor Co., Inc.'s Answer to Plaintiffs' Second

Amended Consolidated Personal Injury Track Complaint.

**COLE, SCOTT & KISSANE, P.A.**

/s/ Daniel J. Kissane
Daniel J. Kissane (FB #771287)
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, FL  32257
(904) 672-4090 (telephone)
(904) 672-4050 (facsimile)
Daniel.Kissane@csklegal.com
Rachel.Chewning@csklegal.com
Laura.Kennington@csklegal.com
Theresa.Tippins@csklegal.com

SIDLEY AUSTIN LLP
ERIC S. MATTSON, ESQ.
MICHAEL C. ANDOLINA, ESQ.
1 South Dearborn Street, Suite 900
Chicago, IL 60603
emattson@sidley.com
mandolina@sidley.com

SIDLEY AUSTIN LLP
MICHAEL L. MALLOW, ESQ.
555 W. Fifth Street
Los Angeles, CA  90013
mmallow@sidley.com

**Counsel for American Honda Motor Co., Inc.,**
**Honda Motor Co., Ltd,**
**Honda of America Mfg., Inc., and**
**Honda R&D Co., Ltd.**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 6th day of October, 2016, the foregoing was filed

with the Court via CM/ECF, which will automatically send notice and a copy of same to counsel

of record via electronic mail.

**COLE, SCOTT & KISSANE, P.A.**

16667984v1

/s/ Daniel J. Kissane
Daniel J. Kissane (FB #771287)
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, FL  32257
(904) 672-4090 (telephone)
(904) 672-4050 (facsimile)
Daniel.Kissane@csklegal.com
Rachel.Chewning@csklegal.com
Laura.Kennington@csklegal.com
Theresa.Tippins@csklegal.com

SIDLEY AUSTIN LLP
ERIC S. MATTSON, ESQ.
MICHAEL C. ANDOLINA, ESQ.
1 South Dearborn Street
Chicago, IL 60603
emattson@sidley.com
mandolina@sidley.com

SIDLEY AUSTIN LLP
MICHAEL L. MALLOW, ESQ.
555 W. Fifth Street
Los Angeles, CA  90013
mmallow@sidley.com

**Counsel for American Honda Motor Co., Inc.,
Honda Motor Co., Ltd,
Honda of America Mfg., Inc., and
Honda R&D Co., Ltd.**