CLAIM # JOG1LDZG

FILED by ___ D.C.
DEC 19 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

HONORABLE JUDGE       12-12-2017

    ENCLOSED IS A CARD I RECIEVED SENT TO MY OLD ADDRESS, AND ONLY AS OF RECENT ITS CAUGHT UP TO ME. I WAS TOLD BY THE AUTO AIRBAG SETTLEMENT REP THAT IT WOULD BE A GOOD IDEA TO MAIL IT IN TO YOU CAUSE IT HAD PASSED THE DEADLINE BY A COUPLE WEEKS THO I COULD STILL MOVE FORWARD WITH MY CLAIM. THIS CLAIM IS IN REGUARDS TO A 2008 MAZDA 6 THAT I BOUGHT AND PAID FOR. VIN # 1YVHP80C885M39625 THANKS FOR YOUR TIME IN THIS MATTER.

RESPECTFULLY,
RICHARD J. PALAMARA
*R. Palamara*

CURRENT ADDRESS    79 S. 500 E. #A
CLEARFIELD UT,
84015

PHONE # 951-591-3941