UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION | MDL No. 2599 |

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −75)

On February 5, 2015, the Panel transferred 3 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 84 F.Supp.3d 1371 (J.P.M.L. 2015). Since that time, 198 additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Federico A. Moreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Moreno.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of February 5, 2015, and, with the consent of that court, assigned to the Honorable Federico A. Moreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION                                              MDL No. 2599

### SCHEDULE CTO−75 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| | | | |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 18−01613 | Michael Allegretti v. Ford Motor Company et al |
| CAC | 2 | 18−01614 | Ali K. Alshatti v. Ford Motor Company et al |
| CAC | 2 | 18−01615 | Said Almoradi v. Ford Motor Company et al |
| CAC | 2 | 18−01617 | Richard A. Bartleman v. Ford Motor Company et al |
| CAC | 2 | 18−01618 | Sam Jaffal v. Ford Motor Company et al |
| CAC | 2 | 18−01620 | Michael Salazar v. Ford Motor Company et al |
| CAC | 2 | 18−01623 | Jerry A. Schmidt et al v. Ford Motor Company et al |
| CAC | 2 | 18−01624 | Cedric Schwab v. Ford Motor Company et al |
| CAC | 2 | 18−01626 | Randy Sid v. Ford Motor Company et al |
| CAC | 2 | 18−01627 | Vincent Van Aagten v. Ford Motor Company et al |
| CAC | 2 | 18−01628 | Peter Gargas v. Ford Motor Company et al |
| CAC | 2 | 18−01629 | Sam Siggson et al v. Ford Motor Company et al |
| CAC | 2 | 18−01630 | Mario Lozano et al v. Ford Motor Company et al |
| CAC | 2 | 18−01631 | Sylvester Sybilski v. Ford Motor Company et al |
| CAC | 2 | 18−01632 | Ron Townsend v. Ford Motor Company et al |
| CAC | 2 | 18−01633 | Juan Velarde v. Ford Motor Company et al |
| CAC | 2 | 18−01634 | Patricia Hernandez v. Ford Motor Company et al |
| CAC | 2 | 18−01635 | Todd Dwyer v. Ford Motor Company et al |
| CAC | 2 | 18−01636 | Brian Bartling v. Ford Motor Company et al |
| CAC | 2 | 18−01637 | Westley Farmer v. Ford Motor Company et al |
| CAC | 2 | 18−01638 | Cynthia Foster v. Ford Motor Company et al |
| CAC | 2 | 18−01639 | Andy Madrigal v. Ford Motor Company et al |
| CAC | 2 | 18−01641 | Michelle Brooks v. Ford Motor Company et al |
| CAC | 2 | 18−01643 | Rafael Guerrero v. Ford Motor Company et al |
| CAC | 2 | 18−01644 | Imelda Ganiban et al v. Ford Motor Company et al |
| CAC | 2 | 18−01645 | Andy Madrigal et al v. Ford Motor Company et al |
| CAC | 2 | 18−01649 | Gerald Cox v. Ford Motor Company et al |
| CAC | 2 | 18−01651 | Vivek Goyal v. Ford Motor Company |
| CAC | 2 | 18−01652 | Ryan Davis v. Ford Motor Company et al |
| CAC | 2 | 18−01653 | Pedro M Melendrez et al v. Ford Motor Company et al |
| CAC | 2 | 18−01654 | Adam Weber v. Ford Motor Company et al |
| CAC | 2 | 18−01655 | Jerome Mostero v. Ford Motor Company et al |

| | | | |
|---|---|---|---|
| CAC | 2 | 18−01657 | Danielle Dismone v. Ford Motor Company et al |
| CAC | 2 | 18−01660 | Michael Nevieus v. Ford Motor Company et al |
| CAC | 2 | 18−01663 | James Roy Niskanen et al v. Ford Motor Company et al |
| CAC | 2 | 18−01666 | Alexander Estrada v. Ford Motor Company et al |
| CAC | 2 | 18−01667 | Dorian Roberts v. Ford Motor Company et al |
| CAC | 2 | 18−01668 | Higinio Llamas v. Ford Motor Company, et al |
| CAC | 2 | 18−01673 | Carissa Lozano v. Ford Motor Company et al |
| CAC | 2 | 18−01675 | Derrick Fenley v. Ford Motor Company et al |
| CAC | 2 | 18−01676 | Rose Flores et al v. Ford Motor Company et al |
| CAC | 2 | 18−01678 | Steve Parker v. Ford Motor Company, et al |
| CAC | 2 | 18−01680 | Nannette Gogoshian v. Ford Motor Company et al |
| CAC | 2 | 18−01681 | Kenneth Jones v. Ford Motor Company et al |
| CAC | 2 | 18−01682 | Jaime Morales v. Ford Motor Company et al |
| CAC | 2 | 18−01683 | Morales v. Ford Motor Company et al |
| CAC | 2 | 18−01684 | Mi Sook Lee Kim v. Ford Motor Company et al |
| CAC | 2 | 18−01689 | Derek Mostero v. Ford Motor Company et al |
| CAC | 2 | 18−01692 | Jeffrey L. Orr v. Ford Motor Company et al |
| CAC | 2 | 18−01693 | Vanessa Latimer v. Ford Motor Company et al |
| CAC | 2 | 18−01694 | Sean Poffenbarger v. Ford Motor Company et al |
| CAC | 2 | 18−01698 | Michael Sanford v. Ford Motor Company et al |
| CAC | 2 | 18−01699 | Norma Longoria v. Ford Motor Company et al |
| CAC | 2 | 18−01701 | Rezuan Shaik v. Ford Motor Company et al |
| CAC | 2 | 18−01704 | Noah V Siegel v. Ford Motor Company et al |
| CAC | 2 | 18−01706 | Patrick McNamara v. Ford Motor Company et al |
| CAC | 2 | 18−01707 | Donna C. Sousa v. Ford Motor Company et al |
| CAC | 2 | 18−01708 | Keith Marsden v. Ford Motor Company et al |
| CAC | 2 | 18−01710 | Donald Stains v. Ford Motor Company et al |
| CAC | 2 | 18−01712 | David Yuan v. Ford Motor Company et al |
| CAC | 2 | 18−01713 | Gary Lane et al v. Ford Motor Company et al |

CALIFORNIA EASTERN

| | | | |
|---|---|---|---|
| CAE | 1 | 18−00289 | Molina v. Ford Motor Company |

GEORGIA NORTHERN

| | | | | |
|---|---|---|---|---|
| ~~GAN~~ | ~~1~~ | ~~18−01070~~ | ~~Maestri v. Mercedes−Benz USA, LLC et al~~ | Opposed 3/23/18 |

MICHIGAN EASTERN

| | | | | |
|---|---|---|---|---|
| MIE | 2 | 18−10848 | Dwinnells v. FCA USA LLC | |
| ~~MIE~~ | ~~2~~ | ~~18−10852~~ | ~~Brugaletta v. General Motors Company et al~~ | Opposed 3/23/18 |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 1 | 18−00284 | Mcbride v. Audi of America, LLC et al |