UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 2599
MASTER CASE NO. 1:15-md-02599-FAM
S.D. Fla. Case No. 14-cv-24009-MORENO

IN RE:

**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

THIS DOCUMENT RELATES TO ECONOMIC LOSS ACTIONS AGAINST FORD MOTOR COMPANY

## ORDER SETTING HEARING ON PLAIINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF FORD CLASS SETTLEMENT

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion for Preliminary Approval of Ford Class Settlement, Preliminary Certification of Settlement Class, and Approval of Class Notice **(D.E. 2909 in 15-02599)**, filed on **July 16, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that a hearing on this motion shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **September 5, 2018, at 9:30 a.m.** Counsel shall be prepared to address all relevant matters.

DONE AND ORDERED in Chambers at Miami, Florida, this ___5___ of August 2018.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record