UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-cv-02599-MD-MORENO

IN RE:

**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**

THIS DOCUMENT RELATES TO
ECONOMIC LOSS AND
PERSONAL INJURY TRACK CASES

**ORDER DENYING CERTAIN PENDING MOTIONS AS MOOT WITHOUT
PREJUDICE AND ADMINISTRATIVELY TERMINATING
<u>CERTAIN PREVIOUSLY RULED ON MOTIONS</u>**

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and being otherwise fully advised in the premises, it is

**ADJUDGED** that the following motions are **DENIED AS MOOT** without prejudice:

- Plaintiffs' Motion to Compel Autoliv Inc. to Designate & Produce a Fed. R. Civ. P. 30(b)(6) Designee(s) for Deposition **(D.E. 1655 in 15-02599)**, filed on <u>**May 3, 2017**</u>;

- Plaintiff's Motion for Leave to File Documents Under Seal **(D.E. 1832 in 15-02599)**, filed on <u>**June 19, 2017**</u>;

- Plaintiffs' Motion to File Documents Under Seal **(D.E. 1871 in 15-02599)**, filed on <u>**July 5, 2017**</u>;

- Plaintiffs' Motion for Clarification Or, in the Alternative, Reconsideration of the Court's Order Dismissing Certain Amended and Additional Counts in Plaintiffs' Third Amended Consolidated Class Action Complaint **(D.E. 1964 in 15-02599)**, filed on <u>**August 3, 2017**</u>;

- Plaintiff Patrick F. Calhoune's Motion to Reassign Case **(D.E. 2357 in 15-02599)**, filed on **February 9, 2018**, following the Order Transferring Case **(D.E. 10 in 17-61702)**, entered on **April 6, 2018**; and

- Defendant FCA US LLC's Motion for Telephonic Appearance for Status Hearing on Cases in the Personal Injury Track **(D.E. 3156)**, filed on **December 7, 2018**, following the Hearing on December 11, 2018 (*see* **D.E. 3179**).

It is also

**ADJUDGED** that the following motions are administratively **TERMINATED** as previously ruled on:

- Plaintiff's Motion to Exclude Plaintiff from Class Settlement **(D.E. 2632 in 15-02599)**, filed on **May 23, 2018**, following the Order of Dismissal With Prejudice **(D.E. 3174 in 15-02599)**, entered on **December 11, 2018**;

- Motion for Suggestion of Remand in *McKeehan*, Case No. 17-24186 **(D.E. 2822 in 15-02599)**, filed on **June 1, 2018**, following the Order Granting Motion for Suggestion of Remand **(D.E. 2874 in 15-02599)**, entered on **June 15, 2018**;

- Motion for Suggestion of Remand in *Simarano*, Case No. 16-23427 **(D.E. 2823 in 15-02599)**, filed on **June 1, 2018**, following the Order Granting Motion for Suggestion of Remand **(D.E. 2876 in 15-02599)**, entered on **June 15, 2018**;

- Plaintiffs' Motion for Clarification or Reconsideration, and Request for Personal Injury Track Status Conference **(D.E. 2824 in 15-02599)**, filed on **June 1, 2018**, following the Hearing on the Motion for Clarification or Reconsideration on June 12, 2018 (*see* **D.E. 2932 in 15-02599**);

- Plaintiffs' Unopposed Motion for Preliminary Approval of Ford Class Settlement, Preliminary Certification of Settlement Class, and Approval of Class Notice **(D.E. 2909 in 15-02599)**, filed on **July 16, 2018**, following the Court's Order Preliminarily Approving Class Settlement and Certifying Settlement Class **(D.E. 2998 in 15-02599)**, entered on **September 5, 2018**;

- Plaintiffs' and Ford Motor Company's Joint Motion to Sever Automotive-Recycler Claims and to Defer Ruling on Motion to Dismiss and Incorporated Memorandum of Law **(D.E. 2922 in 15-02599)**, filed on **July 25, 2018**, following the Court's Paperless Order **(D.E. 2969 in 15-02599)**, entered on **August 15, 2018**;

- Defendant BMW of North America, LLC's Request For Hearing **(D.E. 3047 in 15-02599)**, filed on **October 17, 2018**, following the Order Granting Motion for Suggestion of Remand **(D.E. 3050 in 15-02599)**, entered on **October 18, 2018**;

2

- Plaintiff's Motion to Quash Objector Elder-Johnson's Subpoena to Lead Counsel or in the Alternative Motion for a Protective Order **(D.E. 3161 in 15-02599)**, filed on **December 7, 2018**, following the Final Order Approving Class Settlement and Certifying Settlement Class **(D.E. 3182 in 15-02599)**, entered on **December 20, 2018**; and

- Plaintiffs' Opposition to and Motion to Strike Objector Wright's Notice of Supplement to Objection to the Ford Settlement **(D.E. 3162 in 15-02599)**, filed on **December 10, 2018**, following the Final Order Approving Class Settlement and Certifying Settlement Class **(D.E. 3182 in 15-02599)**, entered on **December 20, 2018**.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of March 2019.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record