UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-2599-MD-MORENO
S.D. Fla. No. 14-24009-CV-MORENO

IN RE:

**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**

THIS DOCUMENT RELATES TO
ALL ECONOMIC LOSS CLASS
ACTIONS and:
_____/

DAVID WHITAKER, *et al.*,
individually and on behalf of all
others similarly situated,

        Plaintiffs,

vs.

GENERAL MOTORS COMPANY,
GENERAL MOTORS HOLDINGS
LLC, and GENERAL MOTORS
LLC,
        Defendants.
_____/

**ORDER DENYING AS MOOT
GENERAL MOTORS LLC'S MOTION TO STAY**

THIS CAUSE came before the Court upon Defendant General Motors LLC's Motion to Stay **(D.E. 2980 in 15-02599 and D.E. 1020 & 1021 in 14-24009)**, filed on **August 20, 2018**.

THE COURT has considered the motion, the response, the reply, oral argument, the pertinent portions of the record, and is otherwise fully advised in the premises. In August 2018, Defendant requested that the Court "enter an order staying this case against New GM in its entirety

for six months, subject to a request to modify or extend the stay subject to NHTSA's ruling on the petition." *Id.* at 17. Now that six months have passed since the Motion to Stay was filed, it is

**ORDERED AND ADJUDGED** that Defendant General Motors LLC's Motion to Stay **(D.E. 2980 in 15-02599 and D.E. 1020 & 1021 in 14-24009)** is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Miami, Florida, this 14th day of March 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record