## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION** | MDL No. 2599 |
| This Document Relates to All Economic Loss Class Actions and: | Master File No.15- MD 2599-FAM |
| Stephanie Puhalla, *et al.*, individually and on behalf of all others similarly situated, | S.D. Fla. Case No. 1:14-cv-24009-FAM |
| Plaintiffs, | |
| v. | |
| VOLKSWAGEN GROUP OF AMERICA, INC., *et al.* | |
| Defendants. | |

## ANSWER TO THE AMENDED
## CONSOLIDATED CLASS ACTION COMPLAINT

Defendants Volkswagen Group of America, Inc. and Audi of America, LLC (together "VWGoA"), [1] by and through its undersigned counsel, hereby answers Plaintiffs' amended complaint dated May 18, 2018 (the "Complaint") as follows.

VWGoA provides this Answer based on a reasonable inquiry and its knowledge to date. Investigations into the matters that are the subject of the Complaint are ongoing. Accordingly, VWGoA reserves the right to amend, supplement, revise, clarify or correct the responses set forth below after those investigations have concluded. Moreover, consistent with

---

[1]     Audi of America, LLC, a wholly owned subsidiary of VWGoA, is an entity primarily used for accounting purposes and is not engaged in the import, distribution, or manufacturing of cars.

the subject of this litigation, VWGoA is limiting its responses herein to the cars at issue in the Complaint.

VWGoA denies that the table of contents, headings and sub-headings of the Complaint constitute allegations requiring a response. To the extent that any response is required to the table of contents, headings and sub-headings of the Complaint, VWGoA denies any allegations purportedly set forth therein.  For the avoidance of doubt, VWGoA further denies each and every other allegation or purported allegation of the Complaint except as specifically addressed and admitted herein.

VWGoA denies that Plaintiffs are entitled to the relief sought in the Complaint, or to any other relief from VWGoA.

1.      Paragraph 1 consists of explanatory statements and characterizations by Plaintiffs to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1.

2.      VWGoA will construe the term "Defendants" as used throughout the complaint, to refer to defendants VWGoA and Audi of America, LLC that are currently named parties in the litigation, and does not answer these allegations to the extent they relate to Volkswagen Aktiengesellschaft ("VW AG") and Audi Aktiengesellschaft ("Audi AG"), which have been dismissed from the litigation, *see In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019), or Mercedes entities.  VWGoA admits that certain makes and models of Volkswagen and Audi-branded cars distributed by VWGoA in the United States contained airbags supplied by Takata.  VWGoA denies the remaining allegations of Paragraph 2.

3.      Paragraph 3 consists of explanatory statements and characterizations by Plaintiffs to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 3.

4.      VWGoA denies the allegations in the first and second sentences of Paragraph 4, except admits that the airbags of certain makes and models of Volkswagen and Audi-branded cars distributed by VWGoA in the United States were supplied by Takata and contain phase-stabilized ammonium nitrate. The remaining portions of Paragraph 4 contain no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the remaining allegations of Paragraph 4.

5.      VWGoA denies the allegations in the first and second sentences of Paragraph 5. The remaining portions of Paragraph 5 contain no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations therein, and avers that no Volkswagen or Audi-branded car distributed by VWGoA in the United States containing airbags supplied by Takata has been confirmed to have ruptured on the road, and no person has been injured by a Takata airbag in a VWGoA car.

6.      Paragraph 6 contains no factual allegations concerning VWGoA requiring a response; to the extent any response is required, VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6, and denies the allegations contained therein to the extent they purport that VWGoA engaged in any actionable misconduct.

7.      VWGoA denies the allegations of Paragraph 7.

8.      VWGoA will construe the term "Volkswagen" as used throughout the complaint to refer to defendant VWGoA, and does not (and need not) answer these allegations to the extent they

relate to VW AG and Audi AG, which have been dismissed from the litigation.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  VWGoA denies the allegations of Paragraph 8.

9.      VWGoA denies the allegations of Paragraph 9.

10.      Paragraph 10 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 10.

11.      Paragraph 11 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 11.

12.      VWGoA denies the allegations of Paragraph 12.

13.      VWGoA denies the allegations of Paragraph 13.

14.      The third and fourth sentences of Paragraph 14 contain no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of the third sentence and fourth sentences of Paragraph 14.  VWGoA refers to the Defect Information Reports referenced in Paragraph 14 for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 14. VWGoA denies the remaining allegations of Paragraph 14.

15.      VWGoA denies the allegations of Paragraph 15.

16.      VWGoA denies the allegations of Paragraph 16, except admits that, consistent with NHTSA's Coordinated Remedy Order, certain interim replacement airbags were "like-for-like." NHTSA determined that these "like-for-like" replacements were an adequate interim remedy and

safe for interim use.  *See* Third Amendment to the Coordinated Remedy Order, *In re Docket No. NHTSA-2015-055 Coordinated Remedy Program Proceeding* at 6.

 17. VWGoA denies the allegations of Paragraph 17.

 18. VWGoA denies the allegations of Paragraph 18.

 19. VWGoA denies the allegations of Paragraph 19.

 20. VWGoA denies the allegations of Paragraph 20.

 21. Paragraph 21 consists of legal conclusions to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 21.  Defendants further aver that Plaintiffs' RICO and Magnuson-Moss Warranty Act claims have been dismissed from this litigation, and Plaintiffs do not assert a Lanham Act claim in the Complaint.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019); *In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).

 22. Paragraph 22 consists of legal conclusions to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 22.  VW AG and Audi AG have been dismissed from this action for lack of personal jurisdiction and the Court found that it lacked specific personal jurisdiction over VWGoA in Florida.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

 23. Paragraph 23 consists of legal conclusions to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 23.  VW AG and Audi AG have been dismissed from this action for lack of personal jurisdiction and the Court found that it lacked specific personal jurisdiction over VWGoA in Florida.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

24.     Paragraph 24 consists of legal conclusions to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 24.  VW AG and Audi AG have been dismissed from this action for lack of personal jurisdiction and refers to the Court's opinion on personal jurisdiction for a complete and accurate statement of its contents.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

25.     Paragraph 25 consists of legal conclusions to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 25.  VW AG and Audi AG have been dismissed from this action for lack of personal jurisdiction and the Court found that it lacked specific personal jurisdiction over VWGoA in Florida.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

26.     Paragraph 26 contains no factual allegations concerning VWGoA that require a response; VW AG and Audi AG have been dismissed from this action.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

27.     VWGoA denies the allegations of Paragraph 27, except admits it is a corporation organized under the laws of the State of New Jersey with its principal place of business in Herndon, Virginia, and is a wholly owned subsidiary of VW AG.

28.      Paragraph 28 contains no factual allegations concerning VWGoA that require a response; VW AG and Audi AG have been dismissed from this action.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

29.     VWGoA denies the allegations of Paragraph 29 except admits that Audi of America, LLC is a Delaware limited liability company, and avers that Audi of America, LLC is a wholly owned subsidiary of VWGoA and is primarily an entity used for accounting purposes and is not engaged in the import, distribution, or manufacturing of cars.

30.     Paragraph 30 contains no factual allegations concerning VWGoA requiring a response; to the extent a response is required, VWGoA denies the allegations of Paragraph 30.

31.     VWGoA denies the allegations of Paragraph 31, except admits that Volkswagen Group of America Chattanooga Operations, LLC, a wholly owned subsidiary of VWGoA, manufactured model years 2012 through 2015 Volkswagen Passats, and that VWGoA marketed, advertised and distributed certain makes and models of Volkswagen and Audi-branded cars in the United States containing airbags supplied by Takata.

32.     Paragraph 32 contains no factual allegations concerning VWGoA requiring a response; to the extent a response is required, VWGoA denies the allegations of Paragraph 32.

33.     Paragraph 33 contains no factual allegations concerning VWGoA requiring a response; to the extent a response is required, VWGoA denies the allegations of Paragraph 33.

34.     The first sentence of Paragraph 34 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegation in the first sentence of Paragraph 34, and therefore denies the allegations contained therein.  VWGoA denies the remaining allegations of Paragraph 34.

35.     VWGoA denies the allegations of Paragraph 35.

36.     VWGoA denies the allegations of Paragraph 36.

37.     VWGoA denies the allegations of Paragraph 37.

38.     VWGoA denies the allegations of Paragraph 38.

39.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 39, and therefore denies the allegations

contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

40.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 40, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

41.     Paragraph 41 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 41.

42.     Paragraph 42 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 42.

43.     Paragraph 43 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 43.

44.     Paragraph 44 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 44.

45.     Paragraph 45 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 45.

46.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 46, and therefore denies the allegations

contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

47.   VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 47, and therefore denies the allegations contained therein. In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.  VWGoA avers that Plaintiff Busto's claims have been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

48.   Paragraph 48 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 48.

49.   VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 49, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.  VWGoA avers that Plaintiff Byrd's claims have been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

50.   Paragraph 50 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 50.

51.   Paragraph 51 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 51.

52.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 52, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.  VWGoA avers that Plaintiff Carrillo's claims have been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

53.     Paragraph 53 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 53.

54.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 54, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.  VWGoA avers that Plaintiff Cobb's claims haves been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

55.     Paragraph 55 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 55.

56.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 56, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.  VWGoA avers that Plaintiff Cook's claims have

been dismissed from this Action. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

57.     Paragraph 57 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 57.

58.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 58, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

59.     Paragraph 59 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 59.

60.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 60, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

61.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 61, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.  VWGoA avers that Plaintiff Dean's claims have been dismissed from this Action. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

62.     Paragraph 62 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 62.

63.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 63, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.   VWGoA avers that Plaintiff Dickie's claims have been dismissed from this Action.   *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

64.     Paragraph 64 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 64.

65.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 65, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

66.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 66, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.   VWGoA avers that Plaintiff Dowling's claims have been dismissed from this Action.   *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

67.     Paragraph 67 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 67.

68.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

69.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 69, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.  VWGoA avers that Plaintiff Ferrer's claims have been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

70.     Paragraph 70 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 70.

71.     Paragraph 71 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 71.

72.     Paragraph 72 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 72.

73.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.   VWGoA avers that Plaintiff Gil's claims have been dismissed from this Action.   *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

74.     Paragraph 74 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 74.

75.     Paragraph 75 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 75.

76.     Paragraph 76 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 76.

77.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 77, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.   VWGoA avers that Plaintiff Harris's claims have been dismissed from this Action.   *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

78.     Paragraph 78 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 78.

79.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 79, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

80.     Paragraph 80 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 80.

81.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 81, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.  VWGoA avers that Plaintiff Ignacio's claims have been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

82.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 82, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA. VWGoA avers that Plaintiff Jackson's claims have been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

83.     Paragraph 83 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 83.

84.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 84, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

85.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 85, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

86.     Paragraph 86 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 86.

87.     Paragraph 87 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 87.

88.     Paragraph 88 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 88.

89.     Paragraph 89 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 89.

90.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 90, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA. VWGoA avers that Plaintiff Levin's claims have been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

91.     Paragraph 91 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 91.

92.     Paragraph 92 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 92.

93.     Paragraph 93 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 93.

94.     Paragraph 94 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 94.

95.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 95, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

96.     Paragraph 96 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 96.

97.     Paragraph 97 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 97.

98.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 98, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

99.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 99, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.   VWGoA avers that Plaintiff McGinity's claims have been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

100.     Paragraph 100 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 100.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

101.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 101, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been

diminished as a result of any acts of VWGoA.  VWGoA avers that Plaintiff Miller's claims have been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

102.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 102, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

103.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 103, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

104.    Paragraph 104 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 104.

105.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 105, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

106.    Paragraph 106 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 106.

107.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 107, and therefore denies the allegations

contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

108.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 108, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

109.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 109, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

110.    Paragraph 110 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 110.

111.    Paragraph 111 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 111.

112.    Paragraph 112 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 112.

113.    Paragraph 113 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 113.

114.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 114, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.   VWGoA avers that Plaintiff Puhalla's claims have been dismissed from this Action.   *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

115.    Paragraph 115 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 115.

116.    Paragraph 116 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 116.

117.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 117, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.   VWGoA avers that Plaintiff Riddick's claims have been dismissed from this Action.   *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

118.    Paragraph 118 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 118.

119.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 119, and therefore denies the allegations

contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.  VWGoA avers that Plaintiff Sakolsky's claims have been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

120.    Paragraph 120 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 120.

121.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 121, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.

122.    Paragraph 122 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 122.

123.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 123, and therefore denies the allegations contained therein.  In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.  VWGoA avers that Plaintiff Tucker's claims have been dismissed from this Action.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

124.    Paragraph 124 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 124.

125.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 125, and therefore denies the allegations contained therein.   In particular, VWGoA denies that the value of Plaintiff's car has been diminished as a result of any acts of VWGoA.   VWGoA avers that Plaintiff Wallace's claims have been dismissed from this Action.   *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

126.     Paragraph 126 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 126.

127.     Paragraph 127 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 127.

128.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 128, and therefore denies the allegations contained therein.

129.     Paragraph 129 consists of legal conclusions to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 129.

130.     Paragraph 130 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 130.

131.     Paragraph 131 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA refers to the documents and

materials referenced in Paragraph 131 for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 131.

132.    VWGoA denies the allegations of Paragraph 132.

133.    VWGoA admits that it has recalled cars of certain makes and model years. VWGoA refers to Part 573 Safety Recall Reports numbered 16E-005, 16E-006, 16V-078, 16V-079, 16V-382, 16V-078, 16V-079, 17V-032, 18E-001, 18E-002, 18E-003, and 18V-148 for a complete and accurate statement of their contents. The remaining portions of Paragraph 133 do not concern VWGoA and do not require a response; to the extent a response is required, VWGoA denies the remaining allegations of Paragraph 133.

134.    VWGoA admits that certain Audi-branded cars were recalled in Part 573 Safety Recall Reports numbered 18E-002 and 18E-003.  VWGoA refers to Part 573 Safety Recall Reports numbered 18E-001, 18E-002 and 18E-003 for a complete and accurate statement of their contents.

135.    Paragraph 135 consists of explanatory statements and characterizations by Plaintiffs to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 135.

136.    Paragraph 136 consists of a diagram and explanatory statements and characterizations by Plaintiffs to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 136.

137.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 137, and therefore denies the allegations contained therein.

138.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 138, and therefore denies the allegations contained therein.

139.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 139, and therefore denies the allegations contained therein.

140.    The first three sentences of Paragraph 140 consist of explanatory statements and characterizations by Plaintiffs to which no response is required; to the extent that any response is required, VWGoA denies the allegations in the first three sentences of Paragraph 140.

141.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 141, and therefore denies the allegations contained therein.

142.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 142, and therefore denies the allegations contained therein.

143.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 143, refers to the patent referenced in Paragraph 143 for a complete and accurate statement of its contents, and otherwise denies the allegations contained therein.

144.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 144, refers to the patent referenced in Paragraph 144 for a complete and accurate statement of its contents, and otherwise denies the allegations contained therein.

145.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 145, and therefore denies the allegations contained therein.

146.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 146, and therefore denies the allegations contained therein.

147.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 147, and therefore denies the allegations contained therein.

148.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 148, and therefore denies the allegations contained therein.

149.     VWGoA denies the allegations of Paragraph 149, except admits that certain makes and models of Volkswagen and Audi-branded cars distributed in the United States at issue in the Complaint contained airbags, inflators and components thereof manufactured at the Takata plants in Monclova, Mexico and Moses Lake, Washington.

150.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 150, and therefore denies the allegations contained therein.

151.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegation in the first sentence of Paragraph 151, and therefore denies the allegations contained therein.   VWGoA denies the allegation in the second sentence of Paragraph 151.

152.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 152, and therefore denies the allegations contained therein.

153.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 153, and therefore denies the allegations contained therein.

154.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 154, and therefore denies the allegations contained therein.

155.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 155, and therefore denies the allegations contained therein.

156.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 156, and therefore denies the allegations contained therein.

157.    VWGoA denies the allegations of Paragraph 157.

158.    VWGoA denies the allegations of Paragraph 158, except admits that suppliers are required to meet certain specifications before supplying parts for Volkswagen and Audi-branded cars, including airbags.

159.    VWGoA denies the allegations of Paragraph 159, except admits that suppliers of Volkswagen and Audi-branded cars were subject to certain specifications and approval standards.

160.    VWGoA denies the allegations of Paragraph 160.

161.    VWGoA denies the allegations of Paragraph 161.

162.    VWGoA denies the allegations of Paragraph 162, except admits that it purchased airbag modules containing PSAN and steering wheels from Takata for model years 2012 through 2015 Volkswagen Passats and distributed certain makes and models of Volkswagen and Audi-branded cars in the United States which were equipped with airbags supplied by Takata containing PSAN.

163.    VWGoA denies the allegations of Paragraph 163.

164.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 164, and therefore denies the allegations contained therein.

165.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 165, and therefore denies the allegations contained therein.

166.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 166, and therefore denies the allegations contained therein.

167.    VWGoA denies the allegations of Paragraph 167.

168.    VWGoA denies the allegations of Paragraph 168, except admits that it distributed certain makes and models of Volkswagen-branded cars in the United States which were equipped with Takata airbags containing desiccant.

169.    VWGoA denies the allegations of Paragraph 169 except admits that Honda's 2011 recall was announced publicly.

170.    VWGoA denies the allegations of Paragraph 170, except with respect to the first sentence, avers that it subsequently recalled Takata SSI-20 airbags that may be affected by a

manufacturing defect unrelated to this litigation, and with respect to the second sentence, refers to the referenced news articles for a complete and accurate statement of their contents.

171.    VWGoA denies the allegations in Paragraph 171, except admits that it has issued recalls of certain Volkswagen and Audi cars.

172.    VWGoA denies the allegations in Paragraph 172, except admits that airbags of model year 2016 and 2017 Volkswagen CC and Audi TT cars, and model year 2017 Audi R8 cars, were supplied by Takata and contained non-desiccated, phase-stabilized ammonium nitrate.

173.    VWGoA denies the allegation in the first sentence of Paragraph 173.  In response to the remaining allegations of Paragraph 173, VWGoA avers that on or about January 11, 2017, non-party VW AG entered into a Rule 11 Plea Agreement with the United States of America, by and through the Department of Justice, Criminal Division, Fraud Section, the United States Attorney's Office for the Eastern District of Michigan, and the Department of Justice, Environment and Natural Resources Division, Environmental Crimes Section, and refers to the plea agreement for a complete and accurate statement of its contents.

174.    Paragraph 174 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 174.

175.    Paragraph 175 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 175.

176.    Paragraph 176 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 176.

177.    Paragraph 177 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 177.

178.    Paragraph 178 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 178.

179.    Paragraph 179 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 179.

180.    Paragraph 180 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 180.

181.    Paragraph 181 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 181.

182.    Paragraph 182 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 182.

183.    Paragraph 183 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 183.

184.    Paragraph 184 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 184.

185.    Paragraph 185 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 185.

186.    Paragraph 186 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 186.

187.    Paragraph 187 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 187.

188.    Paragraph 188 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 188.

189.    Paragraph 189 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 189.

190.    Paragraph 190 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 190.

191.     Paragraph 191 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 191.

192.     Paragraph 192 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 192.

193.     Paragraph 193 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 193.

194.     Paragraph 194 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 194.

195.     Paragraph 195 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 195.

196.     Paragraph 196 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 196.

197.     Paragraph 197 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 197.

198.    Paragraph 198 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 198.

199.    Paragraph 199 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 199.

200.    VWGoA denies the allegations of Paragraph 200.

201.    VWGoA denies the allegations of Paragraph 201, except admits that certain standards and testing requirements were applied to all airbags before being installed into Volkswagen and Audi-branded cars.

202.    VWGoA denies the allegations of Paragraph 202.

203.    VWGoA denies the allegations of Paragraph 203.

204.    VWGoA denies the allegations of Paragraph 204.

205.    VWGoA denies the allegations of Paragraph 205.

206.    Paragraph 206 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 206.

207.    VWGoA denies the allegations of  the first, second and fourth sentences of Paragraph 207.  In response to the third sentence of Paragraph 207, VWGoA refers to the November 2008 Honda Recall documents referenced in Paragraph 207 for a complete and accurate statement of their contents, and otherwise denies the allegations.

208.    VWGoA denies the allegations of Paragraph 208.

209.    In response to Paragraph 209, VWGoA refers to the April 11, 2013 Takata DIR referenced in Paragraph 209 for a complete and accurate statement of its contents, and otherwise denies the allegations.

210.    VWGoA denies the allegations of Paragraph 210.

211.    Paragraph 211 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 211.

212.    VWGoA denies the allegations of Paragraph 212.

213.    Paragraph 213 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA refers to the Takata DIRs referenced in Paragraph 213 for a complete and accurate statement of their contents, and otherwise denies the allegations.

214.    VWGoA denies the allegation in the first sentence of Paragraph 214. The second sentence of Paragraph 214 does not contain factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA refers to the Takata DIRs referenced in Paragraph 214 for a complete and accurate statement of their contents, and otherwise denies the allegations.

215.    VWGoA denies the allegations of Paragraph 215, except admits that it sent a letter to NHTSA in February 2016 concerning that recall of certain makes and models of cars and refers to that letter for a complete and accurate description of its contents, and admits that certain Volkswagen and Audi-branded cars were included in the Third Amended Coordinated Remedy Order, and refers to that document for a complete and accurate description of its contents.

216.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 216, and therefore denies the allegations contained therein.

217.    VWGoA denies the allegations of Paragraph 217.

218.    VWGoA denies the allegations of Paragraph 218.

219.    In response to the first sentence of Paragraph 219, VWGoA refers to the advertisements and promotional materials referenced in Paragraph 219 for the at-issue vehicles for a complete and accurate statement of their contents, and otherwise denies the allegations.  VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegation in the second sentence of Paragraph 219, and therefore denies the allegations contained therein.  The third sentence of Paragraph 219 consists of a legal conclusion to which no response is required; to the extent that any response is required, VWGoA denies the allegation in the third sentence of Paragraph 219.

220.    In response to Paragraph 220, VWGoA refers to the documents and materials referenced in Paragraph 220 for a complete and accurate statement of their contents, and otherwise denies the allegations.

221.    Paragraph 221 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 221.

222.    VWGoA denies the allegations of Paragraph 222.

223.    VWGoA denies the allegations of Paragraph 223, except admits that it has recalled certain Volkswagen and Audi-branded cars containing airbags supplied by Takata and refers to the Part 573 Safety Recall Reports for a complete and accurate description of their contents.

224.     VWGoA denies the allegation in the first sentence of Paragraph 224.  In response to the second sentence of Paragraph 224, VWGoA refers to the Coordinated Remedy Order, and all amendments thereto, for a complete and accurate statement of its contents, and otherwise denies the allegations.

225.     Paragraph 225 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 225.

226.     VWGoA denies the fourth sentence of Paragraph 226.  The remaining portions of Paragraph 226 contain no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the remaining allegations of Paragraph 226.

227.     Paragraph 227 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 227.

228.     Paragraph 228 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 228.

229.     Paragraph 229 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 229.

230.     Paragraph 230 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA refers to the letter from Senators Blumenthal and Markey for a complete and accurate statement of its contents.

231.     VWGoA denies the allegations of Paragraph 231.

232.     Paragraph 232 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA refers to the letter from Senators Blumenthal and Markey for a complete and accurate statement of its contents.

233.     VWGoA denies the allegation in the first sentence of Paragraph 233.  The second sentence of Paragraph 233 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegation in the second sentence of Paragraph 233.

234.     VWGoA denies the allegations of Paragraph 234, except admits that, consistent with NHTSA's Coordinated Remedy Order, certain interim replacement airbags were "like-for-like."   NHTSA determined that these "like-for-like" replacements were an adequate interim remedy and safe for interim use.  *See* Third Amendment to the Coordinated Remedy Order, *In re Docket No. NHTSA-2015-055 Coordinated Remedy Program Proceeding* at 6.

235.     VWGoA denies the allegations of Paragraph 235.

236.     Paragraph 236 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA refers to the November 2015 Consent Order for a complete and accurate statement of its contents.

237.     VWGoA denies the allegation in the first sentence of Paragraph 237, except admits that it has recalled certain Volkswagen and Audi-branded cars model year 2013 and newer. VWGoA denies the allegation in the second sentence of Paragraph 237, except admits that, consistent with NHTSA's Coordinated Remedy Order, certain interim replacement airbags were "like-for-like."   NHTSA determined that these "like-for-like" replacements were an adequate interim remedy and safe for interim use.  *See* Third Amendment to the Coordinated Remedy Order, *In re Docket No. NHTSA-2015-055 Coordinated Remedy Program Proceeding* at 6.

238.     VWGoA denies the allegations of Paragraph 238.

239.     VWGoA denies the allegations of Paragraph 239.

240.     Paragraph 240 consists of a legal conclusion to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 240.

241.     VWGoA denies the allegations of Paragraph 241.

242.     Paragraph 242 consists of a legal conclusion to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 242.

243.     VWGoA denies the allegations of Paragraph 243.

244.     Paragraph 244 consists of legal conclusions to which no response is required.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 244.

245.     Paragraph 245 consists of legal conclusions to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 245.

246.     Paragraph 246 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.  To the extent that any response is required, VWGoA denies the allegations of paragraph 246.

247.     Paragraph 247 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.   To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 247.

248.     Paragraph 248 purports to characterize Plaintiffs' claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 248.

249.     Paragraph 249 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 249.

250.     Paragraph 250 purports to characterize Plaintiffs' claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 250.

251.     Paragraph 251 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.    To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 251.

252.     Paragraph 252 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.    To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 252.

253.     Paragraph 253 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.    To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 253.

254.     Paragraph 254 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.    To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 254.

255.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 255, and therefore denies the allegations contained therein.

256.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 256, and therefore denies the allegations contained therein.

257.    Paragraph 257 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.    To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 257.

258.    Paragraph 258 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.    To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 258.

259.    Paragraph 259 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.    To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 259.

260.    Paragraph 260 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.    To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 260.

261.    Paragraph 261 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.   To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 261.

262.    Paragraph 262 purports to characterize Plaintiffs' claims in this action and consists of legal conclusions to which no response is required.   To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 262.

263.    Paragraph 263 contains no factual allegations requiring a response.  To the extent that any response is required, VWGoA incorporates by reference its responses to each allegation of the preceding paragraphs.

264.    Paragraph 264 purports to characterize Plaintiffs' RICO claims in the action, which have been dismissed.  Paragraph 264 therefore does not require a response.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 264.

265.    Paragraph 265 consists of a legal conclusion concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to 18 U.S.C. § 1961(3) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 265.

266.    Paragraph 266 consists of a legal conclusion concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products*

*Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to 18 U.S.C. § 1962(c) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 266.

267.   Paragraph 267 consists of a legal conclusion concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to 18 U.S.C. § 1964(c) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 267.

268.   Paragraph 268 consists of a legal conclusion concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA denies the allegations of Paragraph 268.

269.   Paragraph 269 consists of legal conclusions concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to 18 U.S.C. § 1961(4) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 269.

270.   VWGoA denies the allegations of Paragraph 270, and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

271.   VWGoA denies the allegations of Paragraph 271, and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

272.   VWGoA denies the allegations of Paragraph 272, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

273.   Paragraph 273 consists of legal conclusions concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to 18 U.S.C. §§ 1341 and 1343 for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 273.

274.   VWGoA denies the allegations of Paragraph 274, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

275.   VWGoA denies the allegations of Paragraph 275, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

276.   VWGoA denies the allegations of Paragraph 276, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

277.   VWGoA denies the allegations of Paragraph 277, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

278.   VWGoA denies the allegations of Paragraph 278, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

279.     Paragraph 279 consists of legal conclusions concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to 18 U.S.C. §§ 1341 and 1343 for a complete and accurate statement of their contents, and denies the allegations of Paragraph 279.

280.     VWGoA denies the allegations of Paragraph 280, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

281.     VWGoA denies the allegations of Paragraph 281, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

282.     VWGoA denies the allegations of Paragraph 282, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

283.     VWGoA denies the allegations of Paragraph 283, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

284.     VWGoA denies the allegations of Paragraph 284, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

285.     Paragraph 285 consists of legal conclusions concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any

response is required, VWGoA refers to 18 U.S.C. §§ 1962(c), 1964(a) and 1964(c) for a complete and accurate statement of their contents, and denies the allegations of Paragraph 285.

286.     Paragraph 286 purports to characterize Plaintiffs' RICO claims in the action, which have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  Paragraph 286 therefore does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 286.

287.     Paragraph 287 contains no factual allegations requiring a response.  To the extent that any response is required, VWGoA incorporates by reference its responses to each allegation of the preceding paragraphs.

288.     Paragraph 288 consists of legal conclusions concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to 18 U.S.C. § 1962(c) and (d) for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 288.

289.     VWGoA denies the allegations of Paragraph 289, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

290.     VWGoA denies the allegations of Paragraph 290 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

291.     Paragraph 291 contains no factual allegations concerning VWGoA requiring a response, and VWGoA further avers that Plaintiffs' RICO claims have been dismissed. *See In re*

*Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 291, and therefore denies the allegations contained therein.

292.   Paragraph 292 consists of legal conclusions concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 292.

293.   Paragraph 293 consists of legal conclusions concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to 18 U.S.C. § 1962(d) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 293.

294.   VWGoA denies the allegations of Paragraph 294, and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

295.   Paragraph 295 consists of legal conclusions concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to 18 U.S.C. § 1964(c) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 295.

296.   Paragraph 296 consists of legal conclusions concerning Plaintiffs' RICO claims which have been dismissed and to which no response is required. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any

response is required, VWGoA refers to 18 U.S.C. § 1964(a), (c) and (d) for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 296.

297. Paragraph 297 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 297 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

298. Paragraph 298 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 298 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

299. Paragraph 299 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 299 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

300. Paragraph 300 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 300 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

301. Paragraph 301 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 301 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

302.     Paragraph 302 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 302 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

303.     Paragraph 303 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 303 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

304.     Paragraph 304 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 304 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

305.     Paragraph 305 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 305 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

306.     Paragraph 306 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 306 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

307.     Paragraph 307 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph

307 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

308.    Paragraph 308 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 308 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

309.    Paragraph 309 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 309 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

310.    Paragraph 310 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 310 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

311.    Paragraph 311 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 311 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

312.    Paragraph 312 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 312 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

313.    Paragraph 313 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 313 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

314.    Paragraph 314 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 314 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

315.    Paragraph 315 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 315 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

316.    Paragraph 316 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 316 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

317.    Paragraph 317 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 317 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

318.    Paragraph 318 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph

318 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

319.     Paragraph 319 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 319 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

320.     Paragraph 320 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 320 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

321.     Paragraph 321 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 321 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

322.     Paragraph 322 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 322 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

323.     Paragraph 323 contains no factual allegations concerning VWGoA requiring a response. To the extent that any response is required, VWGoA denies the allegations of Paragraph 323 and avers that Plaintiffs' RICO claims have been dismissed. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

324.     Paragraph 324 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 324 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

325.     Paragraph 325 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 325 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

326.     Paragraph 326 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 326 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

327.     Paragraph 327 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 327 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

328.     Paragraph 328 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 328 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

329.     Paragraph 329 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph

329 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

330.    Paragraph 330 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 330 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

331.    Paragraph 331 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 331 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

332.    Paragraph 332 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 332 and avers that Plaintiffs' RICO claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

333.    Paragraph 333 purports to characterize Plaintiffs' Magnuson-Moss Warranty Act claims in the action, which have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  Paragraph 333 therefore does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 333.

334.    Paragraph 334 consists of a legal conclusion concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA refers to 15 U.S.C. § 2301 and 28 U.S.C. §

1332 (a)-(d) for a complete and accurate statement of their contents, and denies the allegations of Paragraph 334.

335.    Paragraph 335 consists of a legal conclusion concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020). To the extent that any response is required, VWGoA refers to 15 U.S.C. § 2301(1) for a complete and accurate statement of its contents, and denies the allegations of Paragraph 335.

336.    Paragraph 336 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA refers to 15 U.S.C. § 2301(3) for a complete and accurate statement of its contents, and denies the allegations of Paragraph 336.

337.    Paragraph 337 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA refers to 15 U.S.C. § 2301(4)-(5) for a complete and accurate statement of their contents, and denies the allegations of Paragraph 337.

338.    Paragraph 338 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA refers to 15 U.S.C. § 2310(d)(1) for a complete and accurate statement of its contents, and denies the allegations of Paragraph 338.

339.     Paragraph 339 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA refers to 15 U.S.C. § 2301(7) and the relevant implied warranty law of each state for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 339.

340.     Paragraph 340 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA refers to 15 U.S.C. § 2310(d)(1) for a complete and accurate statement of its contents, and denies the allegations of Paragraph 340.

341.     Paragraph 341 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 341.

342.     Paragraph 342 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 342.

343.     Paragraph 343 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 343.

344.    Paragraph 344 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 344.

345.    Paragraph 345 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 345.

346.    Paragraph 346 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA refers to 15 U.S.C. § 2310(e) for a complete and accurate statement of its contents, and denies the allegations of Paragraph 346.

347.    Paragraph 347 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 347.

348.    VWGoA avers that Plaintiffs' Magnuson-Moss Warranty Act claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 348.

349.    VWGoA avers that Plaintiffs' Magnuson-Moss Warranty Act claims have been dismissed and states that it is without knowledge or information sufficient to form a belief as to

the truth of the first sentence of Paragraph 349, and therefore denies the allegations contained therein.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  VWGoA denies the allegation in the second sentence of Paragraph 349.

350.    Paragraph 350 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA refers to 15 U.S.C. § 2310(d)(2) for a complete and accurate statement of its contents, and denies the allegations of Paragraph 350.

351.    VWGoA denies the allegations of Paragraph 351, and avers that Plaintiffs' Magnuson-Moss Warranty Act claims have been dismissed.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).

352.    Paragraph 352 consists of legal conclusions concerning Plaintiffs' Magnuson-Moss Warranty Act claims which have been dismissed and to which no response is required.  *See In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action and otherwise denies the allegations of Paragraph 352.

353.    Paragraph 353 purports to characterize Plaintiffs' claims in the action and does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 353.

354.    VWGoA denies the allegations of Paragraph 354.

355.    VWGoA denies the allegations of Paragraph 355.

356.    VWGoA denies the allegations of Paragraph 356.

357.    VWGoA denies the allegations of Paragraph 357.

358.    VWGoA denies the allegations of Paragraph 358.

359.    VWGoA denies the allegations of Paragraph 359.

360.    VWGoA denies the allegations of Paragraph 360.

361.    VWGoA denies the allegations of Paragraph 361.

362.    VWGoA denies the allegations of Paragraph 362.

363.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 363, and therefore denies the allegations contained therein.

364.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegation in the first sentence of Paragraph 364, and therefore denies the allegation contained therein.   VWGoA denies the allegation in the second sentence of Paragraph 364.

365.    VWGoA denies the allegations of Paragraph 365.

366.    VWGoA denies the allegations of Paragraph 366.

367.    VWGoA denies the allegations of Paragraph 367.

368.    VWGoA denies the allegations of Paragraph 368.

369.    Paragraph 369 purports to characterize Plaintiffs' claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, avers that many of the claims referenced in Paragraph 369 have been dismissed, and otherwise denies the allegations of Paragraph 369.  *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019); *In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).

370.     Paragraph 370 consists of a legal conclusion to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 370.

371.     Paragraph 371 consists of legal conclusions to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 371.

372.     Paragraph 372 consists of legal conclusions to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 372.

373.     VWGoA denies the allegations of Paragraph 373.

374.     VWGoA denies the allegations of Paragraph 374.

375.     VWGoA denies the allegations of Paragraph 375.

376.     Paragraph 376 purports to characterize Plaintiffs' claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, avers that unjust enrichment claims have been dismissed as to Indiana, New Jersey and Virginia Plaintiffs and as to Holly Stotler, Delola Nelson-Reynolds, Malia Moore, Trevor MacLeod, Michael McBride, Maureen Dowds, Deloris Jones and Michael Farriss, and otherwise denies the allegations of Paragraph 376.  *In re Takata Airbag Products Liability Litigation*, 2020 WL 2764196 (S.D. Fla. May 27, 2020).

377.     Paragraph 377 consists of legal conclusions to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 377.

378.     Paragraph 378 consists of legal conclusions to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 378.

379.     Paragraph 379 consists of a legal conclusion to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 379.

380.     Paragraph 380 consists of a legal conclusion to which no response is required; to the extent that any response is required, VWGoA denies the allegations of Paragraph 380.

381.     VWGoA denies the allegations of Paragraph 381.

382.     Paragraph 382 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 382.

383.     Paragraph 383 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 383.

384.     Paragraph 384 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 384.

385.     Paragraph 385 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 385.

386.     Paragraph 386 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 386.

387.     Paragraph 387 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 387.

388.     Paragraph 388 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 388.

389.     Paragraph 389 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 389.

390.     Paragraph 390 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 390.

391.     Paragraph 391 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 391.

392.     Paragraph 392 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 392.

393.     Paragraph 393 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 393.

394.     Paragraph 394 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 394.

395.    Paragraph 395 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 395.

396.    Paragraph 396 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 396.

397.    Paragraph 397 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 397.

398.    Paragraph 398 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 398.

399.    Paragraph 399 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 399.

400.    Paragraph 400 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 400.

401.    Paragraph 401 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 401.

402.     Paragraph 402 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 402.

403.     Paragraph 403 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 403.

404.     Paragraph 404 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 404.

405.     Paragraph 405 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 405.

406.     Paragraph 406 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 406.

407.     Paragraph 407 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 407.

408.     Paragraph 408 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 408.

409.    Paragraph 409 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 409.

410.    Paragraph 410 contains no factual allegations concerning VWGoA requiring a response.  To the extent that any response is required, VWGoA denies the allegations of Paragraph 410.

411.    Paragraph 411 purports to characterize Plaintiffs' Alabama Deceptive Trade Practices Act claims in this action.  But as set forth in Plaintiff's  Renewed Motion for Leave to File an Amended Consolidated Complaint, the sole Alabama Plaintiff asserting claims against VWGoA, Sandra Herrell, no longer purports to assert those claims.  (*See* ECF No. 3850 at 7.) Paragraph 411 therefore does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 411.

412.    Paragraph 412 consists of a legal conclusion concerning Plaintiffs' Alabama Deceptive Trade Practices Act claims, which Plaintiffs no longer purport to assert against VWGoA, and to which no response is required.  To the extent that any response is required, VWGoA refers to Ala. Code § 8-19-3(2) for a complete and accurate statement of its contents, and denies the allegations of Paragraph 412.

413.    Paragraph 413 consists of a legal conclusion concerning Plaintiffs' Alabama Deceptive Trade Practices Act claims, which Plaintiffs no longer purport to assert against VWGoA, and to which no response is required.  To the extent that any response is required, VWGoA refers to Ala. Code § 8-19-3(5) for a complete and accurate statement of its contents, and denies the allegations of Paragraph 413.

414.    Paragraph 414 consists of a legal conclusion concerning Plaintiffs' Alabama Deceptive Trade Practices Act claims, which Plaintiffs no longer purport to assert against VWGoA, and to which no response is required.  To the extent that any response is required, VWGoA refers to Ala. Code § 8-19-3(3) for a complete and accurate statement of its contents, and denies the allegations of Paragraph 414.

415.    Paragraph 415 consists of a legal conclusion concerning Plaintiffs' Alabama Deceptive Trade Practices Act claims, which Plaintiffs no longer purport to assert against VWGoA, and to which no response is required.  To the extent that any response is required, VWGoA refers to Ala. Code § 8-19-3(8) for a complete and accurate statement of its contents, and denies the allegations of Paragraph 415.

416.    In response to Paragraph 416, VWGoA states that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA, refers to Ala. Code § 8-19-5 for a complete and accurate statement of its contents, and denies Paragraph 416 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.

417.    VWGoA denies the allegations of Paragraph 417 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

418.    VWGoA denies the allegations of Paragraph 418 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

419.    VWGoA denies the allegations of Paragraph 419 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

420.    VWGoA denies the allegations of Paragraph 420 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

421.   VWGoA denies the allegations of Paragraph 421 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

422.   VWGoA denies the allegations of Paragraph 422 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

423.   VWGoA denies the allegations of Paragraph 423  and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

424.   VWGoA denies the allegations of Paragraph 424 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

425.   VWGoA denies the allegations of Paragraph 425 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

426.   VWGoA denies the allegations of Paragraph 426 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

427.   VWGoA denies the allegations of Paragraph 427 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

428.   VWGoA denies the allegations of Paragraph 428 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

429.   VWGoA denies the allegations of Paragraph 429 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

430.   VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 430 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

431.   VWGoA denies the allegations of Paragraph 431 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

432.   VWGoA denies the allegations of Paragraph 432 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

433.   VWGoA denies the allegations of Paragraph 433, avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA, and refers to Ala. Code § 8-19-10 for a complete and accurate statement of its contents.

434.   Paragraph 434 consists of a legal conclusion concerning Plaintiffs' Alabama Deceptive Trade Practices Act claims, which Plaintiffs no longer purport to assert against VWGoA, and to which no response is required.  To the extent that any response is required, VWGoA refers to Ala. Code § 8-19-10 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 434.

435.   VWGoA denies the allegations of Paragraph 435 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

436.   VWGoA denies the allegations of Paragraph 436 and avers that Plaintiffs no longer purport to assert Alabama Deceptive Trade Practices Act claims against VWGoA.

437.   Paragraph 437 purports to characterize Plaintiffs' Arizona Consumer Fraud Act claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 437.

438.   Paragraph 438 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Ariz. Rev. Stat. § 44-1521(6) for a

complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 438.

439.    Paragraph 439 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Ariz. Rev. Stat. § 44-1521(5) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 439.

440.    In response to Paragraph 440, VWGoA refers to Ariz. Rev. Stat. § 44-1522(A) for a complete and accurate statement of its contents, and denies Paragraph 440 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.

441.    VWGoA denies the allegations of Paragraph 441.

442.    VWGoA denies the allegations of Paragraph 442.

443.    VWGoA denies the allegations of Paragraph 443.

444.    VWGoA denies the allegations of Paragraph 444.

445.    VWGoA denies the allegations of Paragraph 445.

446.    VWGoA denies the allegations of Paragraph 446.

447.    VWGoA denies the allegations of Paragraph 447.

448.    VWGoA denies the allegations of Paragraph 448.

449.    VWGoA denies the allegations of Paragraph 449.

450.    VWGoA denies the allegations of Paragraph 450.

451.    VWGoA denies the allegations of Paragraph 451.

452.    VWGoA denies the allegations of Paragraph 452.

453.    VWGoA denies the allegations of Paragraph 453.

454.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 454.

455.     VWGoA denies the allegations of Paragraph 455.

456.     VWGoA denies the allegations of Paragraph 456.

457.     VWGoA denies the allegations of Paragraph 457.

458.     VWGoA denies the allegations of Paragraph 458.

459.     Paragraph 459 purports to characterize Plaintiffs' Arkansas Implied Warranty Act claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 459.

460.     Paragraph 460 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Ark. Code §§ 4-2-104(1), 4-2-103(1)(d) and 4-2A-103(3) for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 460.

461.     Paragraph 461 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Ark. Code § 4-2A-103(1)(p) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 461.

462.     Paragraph 462 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Ark. Code §§ 4-2A-105(1) and 4-2A-103(1)(h) for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 462.

463.     Paragraph 463 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Ark. Code §§ 4-2-314 and 4-2A-212 for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 463.

464.     VWGoA denies the allegations of Paragraph 464.

465.     VWGoA denies the allegations of Paragraph 465.

466.     VWGoA denies the allegations of Paragraph 466.

467.     Paragraph 467 purports to characterize Plaintiffs' Arkansas Deceptive Trade Practices Act claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 467.

468.     Paragraph 468 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Ark. Code Ann. § 4-88-102(5) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 468.

469.     Paragraph 469 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Ark. Code Ann. § 4-88-102(4) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 469.

470.     In response to Paragraph 470, VWGoA refers to Ark. Code Ann. § 4-88-107 for a complete and accurate statement of its contents, and denies Paragraph 470 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.

471.     VWGoA denies the allegations of Paragraph 471.

472.    VWGoA denies the allegations of Paragraph 472.

473.    VWGoA denies the allegations of Paragraph 473.

474.    VWGoA denies the allegations of Paragraph 474.

475.    VWGoA denies the allegations of Paragraph 475.

476.    VWGoA denies the allegations of Paragraph 476.

477.    VWGoA denies the allegations of Paragraph 477.

478.    VWGoA denies the allegations of Paragraph 478.

479.    VWGoA denies the allegations of Paragraph 479.

480.    VWGoA denies the allegations of Paragraph 480.

481.    VWGoA denies the allegations of Paragraph 481.

482.    VWGoA denies the allegations of Paragraph 482.

483.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 483.

484.    VWGoA denies the allegations of Paragraph 484.

485.    VWGoA denies the allegations of Paragraph 485.

486.    In response to Paragraph 486, VWGoA refers to Ark. Code Ann. § 4-88-113(f) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 486.

487.    VWGoA denies the allegations of Paragraph 487.

488.    Paragraph 488 purports to characterize Plaintiffs' Song-Beverly Warranty Act claims in this action and, as there is no remaining California named Plaintiff who purchased or leased a Volkswagen or Audi car, these claims are no longer asserted against VWGoA and

Paragraph 488 does not require a response. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 488.

489.    Paragraph 489 purports to characterize Plaintiffs' Song-Beverly Warranty Act claims in this action and, as there is no remaining California named Plaintiff who purchased or leased a Volkswagen or Audi car, these claims are no longer asserted against VWGoA and Paragraph 489 does not require a response. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 489.

490.    Paragraph 490 consists of a legal conclusion concerning Plaintiffs' Song-Beverly Warranty Act claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to Cal. Civ. Code § 1791(b) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 490.

491.    Paragraph 491 consists of a legal conclusion concerning Plaintiffs' Song-Beverly Warranty Act claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to Cal. Civ. Code § 1791(a) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 491.

492.     Paragraph 492 consists of a legal conclusion concerning Plaintiffs' Song-Beverly Warranty Act claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Cal. Civ. Code § 1791(j) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 492.

493.     Paragraph 493 consists of a legal conclusion concerning Plaintiffs' Song-Beverly Warranty Act claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Cal. Civ. Code §§ 1791.1(a) and 1792 for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 493.

494.     In response to Paragraph 494, VWGoA states that Plaintiffs' Song-Beverly Warranty Act claims are no longer asserted against VWGoA, refers to Cal. Civ. Code § 1791.1(a) for a complete and accurate statement of its contents, and denies Paragraph 494 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

495.     VWGoA denies the allegations of Paragraph 495 and avers that Plaintiffs' Song-Beverly Warranty Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

496.     VWGoA denies the allegations of Paragraph 496 and avers that Plaintiffs' Song-Beverly Warranty Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

497.   VWGoA denies the allegations of Paragraph 497 and avers that Plaintiffs' Song-Beverly Warranty Act claims are no longer asserted against VWGoA.   *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

498.   The first sentence of Paragraph 498 consists of a legal conclusion concerning Plaintiffs' Song-Beverly Warranty Act claims, which are no longer asserted against VWGoA, and to which no response is required.   *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).   To the extent that any response is required, VWGoA denies the allegation in the first sentence of Paragraph 498, and otherwise denies the allegations of Paragraph 498.

499.   VWGoA denies the allegations of Paragraph 499 and avers that Plaintiffs' Song-Beverly Warranty Act claims are no longer asserted against VWGoA.   *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

500.   VWGoA denies the allegations of Paragraph 500 and avers that Plaintiffs' Song-Beverly Warranty Act claims are no longer asserted against VWGoA.   *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

501.   Paragraph 501 consists of legal conclusions concerning Plaintiffs' Song-Beverly Warranty Act claims, which are no longer asserted against VWGoA, and to which no response is required.   *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).   To the extent that any response is required, VWGoA refers to Cal. Civ. Code §§ 1791.1(d) and 1794 for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 501.

502.   Paragraph 502 consists of a legal conclusion concerning Plaintiffs' Song-Beverly Warranty Act claims, which are no longer asserted against VWGoA, and to which no response is

required. *See In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to Cal. Civ. Code § 1794 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 501.

503.    Paragraph 503 purports to characterize Plaintiffs' California Unfair Competition Law claims in this action and, as there is no remaining California named Plaintiff who purchased or leased a Volkswagen or Audi car, these claims are no longer asserted against VWGoA and Paragraph 503 does not require a response. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 503.

504.    In response to Paragraph 504, VWGoA states that Plaintiffs' California Unfair Competition Law claims are no longer asserted against VWGoA, refers to Cal. Bus. & Prof. Code § 17200 for a complete and accurate statement of its contents, and denies Paragraph 504 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

505.    Paragraph 505 consists of legal conclusions concerning Plaintiffs' California Unfair Competition Law claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to Cal. Bus. & Prof. Code § 17200 and Cal. Civ. Code § 1750 for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 505.

506.    Paragraph 506 consists of legal conclusions concerning Plaintiffs' California Unfair Competition Law claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to 49 U.S.C. §§ 30101, *et seq.*, and its accompanying regulations for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 506.

507.    In response to Paragraph 507, VWGoA states that Plaintiffs' California Unfair Competition Law claims are no longer asserted against VWGoA, refers to 49 C.F.R. § 573.6 for a complete and accurate statement of its contents, and denies Paragraph 507 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

508.    Paragraph 508 consists of legal conclusions concerning Plaintiffs' California Unfair Competition Law claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 508.

509.    Paragraph 509 consists of legal conclusions concerning Plaintiffs' California Unfair Competition Law claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 509.

510.    Paragraph 510 consists of legal conclusions concerning Plaintiffs' California Unfair Competition Law claims, which are no longer asserted against VWGoA, and to which no

response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Cal. Bus. & Prof. Code § 17200 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 510.

511.    The first sentence of Paragraph 511 consists of legal conclusions concerning Plaintiffs' California Unfair Competition Law claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Cal. Bus. & Prof. Code § 17200 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 511.

512.    Paragraph 512 consists of legal conclusions concerning Plaintiffs' California Unfair Competition Law claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Cal. Bus. & Prof. Code § 17200 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 512.

513.    The first sentence of Paragraph 513 consists of legal conclusions concerning Plaintiffs' California Unfair Competition Law claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Cal. Bus. & Prof. Code § 17200 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 513.

514.    The first sentence of Paragraph 514 consists of legal conclusions concerning Plaintiffs' California Unfair Competition Law claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Cal. Bus. & Prof. Code § 17200 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 514.

515.    VWGoA denies the allegation in the first sentence of Paragraph 515 and avers that Plaintiffs' California Unfair Competition Law claims are no longer asserted against VWGoA. VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second and third sentences of Paragraph 515, and therefore denies the allegations contained therein.

516.    VWGoA denies the allegations of Paragraph 516 and avers that Plaintiffs' California Unfair Competition Law claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

517.    VWGoA denies the allegations of Paragraph 517 and avers that Plaintiffs' California Unfair Competition Law claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

518.    VWGoA denies the allegations of Paragraph 518, refers to Cal. Bus. & Prof. Code § 17203 for a complete and accurate statement of its contents, and avers that Plaintiffs' Unfair Competition Law claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

519.    Paragraph 519 purports to characterize Plaintiffs' Consumer Legal Remedies Act claims in this action and, as there is no remaining California named Plaintiff who purchased or

leased a Volkswagen or Audi car, these claims are no longer asserted against VWGoA and Paragraph 519 does not require a response. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 519.

520.    Paragraph 520 consists of a legal conclusion concerning Plaintiffs' Consumer Legal Remedies Act claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to Cal. Civ. Code § 1761(a) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 520.

521.    Paragraph 521 consists of a legal conclusion concerning Plaintiffs' Consumer Legal Remedies Act claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to Cal. Civ. Code § 1761(c) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 521.

522.    Paragraph 522 consists of a legal conclusion concerning Plaintiffs' Consumer Legal Remedies Act claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to Cal. Civ. Code § 1761(d) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 522.

523.   In response to Paragraph 523, VWGoA states that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA, refers to Cal. Civ. Code § 1750, *et seq.* for a complete and accurate statement of its contents, and denies Paragraph 523 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

524.   Paragraph 524 consists of legal conclusions concerning Plaintiffs' Consumer Legal Remedies Act claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Cal. Civ. Code § 1750, *et seq.* for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 524.

525.   VWGoA denies the allegations of Paragraph 525 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

526.   Paragraph 526 consists of legal conclusions concerning Plaintiffs' Consumer Legal Remedies Act claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 526.

527.   VWGoA denies the allegations of Paragraph 527 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

528.     The first sentence of Paragraph 528 consists of a legal conclusion concerning Plaintiffs' Consumer Legal Remedies Act claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA denies the allegation in the first sentence of Paragraph 528, and otherwise denies the allegations of Paragraph 528.

529.     VWGoA denies the allegations of Paragraph 529 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

530.     VWGoA denies the allegations of Paragraph 530 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

531.     VWGoA denies the allegations of Paragraph 531 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

532.     VWGoA denies the allegations of Paragraph 532 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

533.     VWGoA denies the allegations of Paragraph 533 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

534.     VWGoA denies the allegations of Paragraph 534 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

535.     Paragraph 535 consists of a legal conclusion concerning Plaintiffs' Consumer Legal Remedies Act claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 535.

536.     Paragraph 536 consists of legal conclusions concerning Plaintiffs' Consumer Legal Remedies Act claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to 49 U.S.C. §§ 30101, *et seq*., and its accompanying regulations for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 536.

537.     In response to Paragraph 537, VWGoA states that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA, refers to 49 U.S.C. § 30118(c)(1) and (2) for a complete and accurate statement of their contents, and denies Paragraph 537 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

538.     In response to Paragraph 538, VWGoA states that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA, refers to 49 U.S.C. § 30118(b)(2)(A) and (B) for a complete and accurate statement of their contents, and denies Paragraph 538 to the

extent that it asserts or suggests that VWGoA engaged in wrongdoing. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

539. In response to Paragraph 539, VWGoA states that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA, refers to 49 C.F.R. § 573.6(a)-(b) and 49 C.F.R. § 276.6(b)-(c)(1), (c)(2), (c)(5) for a complete and accurate statement of their contents, and denies Paragraph 539 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

540. In response to Paragraph 540, VWGoA states that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA, refers to 49 C.F.R. § 276.6(b) and (c) for a complete and accurate statement of their contents, and denies Paragraph 540 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

541. In response to Paragraph 541, VWGoA states that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA, refers to 49 U.S.C. § 30166 and 49 C.F.R. § 578.6(c) for a complete and accurate statement of their contents, and denies Paragraph 541 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

542. Paragraph 542 consists of a legal conclusion concerning Plaintiffs' Consumer Legal Remedies Act claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to Cal. Civ. Code § 1750,

*et seq.* for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 542.

543.     VWGoA denies the allegations of Paragraph 543 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

544.     Paragraph 542 consists of a legal conclusion concerning Plaintiffs' Consumer Legal Remedies Act claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA denies the allegations of Paragraph 544.

545.     VWGoA denies the allegations of Paragraph 545 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

546.     VWGoA denies the allegations of Paragraph 546 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

547.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 547 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

548.     VWGoA denies the allegations of Paragraph 548 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

549.     VWGoA denies the allegations of Paragraph 549 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

550.     VWGoA denies the allegations of Paragraph 550 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

551.     VWGoA denies the allegations of Paragraph 551 and avers that Plaintiffs' Consumer Legal Remedies Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

552.     Paragraph 552 purports to characterize Plaintiffs' Connecticut Unlawful Trade Practices Act claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 552.

553.     In response to Paragraph 553, VWGoA refers to Conn. Gen. Stat. § 42-110b(a) for a complete and accurate statement of its contents, and denies Paragraph 553 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.

554.     Paragraph 554 consists of legal conclusions to which no response is required.  To the extent that any response is required, VWGoA refers to Conn. Gen. Stat. § 42-110a(3)-(4) for a complete and accurate statement of their contents and otherwise denies the allegations of Paragraph 554.

555.    VWGoA denies the allegations of Paragraph 555.

556.    VWGoA denies the allegations of Paragraph 556.

557.    VWGoA denies the allegations of Paragraph 557.

558.    VWGoA denies the allegations of Paragraph 558.

559.    VWGoA denies the allegations of Paragraph 559.

560.    VWGoA denies the allegations of Paragraph 560.

561.    VWGoA denies the allegations of Paragraph 561.

562.    VWGoA denies the allegations of Paragraph 562.

563.    VWGoA denies the allegations of Paragraph 563.

564.    VWGoA denies the allegations of Paragraph 564.

565.    VWGoA denies the allegations of Paragraph 565.

566.    VWGoA denies the allegations of Paragraph 566.

567.    VWGoA denies the allegations of Paragraph 567.

568.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 568.

569.    VWGoA denies the allegations of Paragraph 569.

570.    VWGoA denies the allegations of Paragraph 570.

571.    Paragraph 571 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Conn. Gen. Stat. § 42-110g for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 571.

572.    VWGoA denies the allegations of Paragraph 572.

573.    Paragraph 573 purports to characterize Plaintiffs' Florida Deceptive and Unfair Trade Practices Act claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 573.

574.    Paragraph 574 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Fla. Stat. § 501.203(7) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 574.

575.    Paragraph 575 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Fla. Stat. § 501.203(8) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 575.

576.    In response to Paragraph 576, VWGoA refers to Fla. Stat. § 501.204(1) for a complete and accurate statement of its contents, and denies Paragraph 576 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.

577.    VWGoA denies the allegations of Paragraph 577.

578.    VWGoA denies the allegations of Paragraph 578.

579.    VWGoA denies the allegations of Paragraph 579.

580.    VWGoA denies the allegations of Paragraph 580.

581.    VWGoA denies the allegations of Paragraph 581.

582.    VWGoA denies the allegations of Paragraph 582.

583.    VWGoA denies the allegations of Paragraph 583.

584.    VWGoA denies the allegations of Paragraph 584.

585.    VWGoA denies the allegations of Paragraph 585.

586.    VWGoA denies the allegations of Paragraph 586.

587.    VWGoA denies the allegations of Paragraph 587.

588.    VWGoA denies the allegations of Paragraph 588.

589.    VWGoA denies the allegations of Paragraph 589.

590.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 590.

591.    VWGoA denies the allegations of Paragraph 591.

592.    VWGoA denies the allegations of Paragraph 592.

593.    Paragraph 593 consists of legal conclusions to which no response is required.  To the extent that any response is required, VWGoA refers to Fla. Stat. § 501.211(2), 2105(1) for a complete and accurate statement of their contents and otherwise denies the allegations of Paragraph 593.

594.    VWGoA denies the allegations of Paragraph 594.

595.    Paragraph 595 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 595.

596.    Paragraph 596 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 596.

597.    Paragraph 597 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning

VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 597.

598.     Paragraph 598 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 598.

599.     Paragraph 599 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 599.

600.     Paragraph 600 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 600.

601.     Paragraph 601 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 601.

602.     Paragraph 602 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 602.

603.     Paragraph 603 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 603.

604.     Paragraph 604 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 604.

605.     Paragraph 605 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 605.

606.     Paragraph 606 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 606.

607.     Paragraph 607 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 607.

608.     Paragraph 608 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning

VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 608.

609.    Paragraph 609 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 609.

610.    Paragraph 610 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 610.

611.    Paragraph 611 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 611.

612.    Paragraph 612 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 612.

613.    Paragraph 613 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 613.

614. Paragraph 614 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 614.

615. Paragraph 615 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 615.

616. Paragraph 616 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 616.

617. Paragraph 617 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 617.

618. Paragraph 618 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 618.

619.   Paragraph 619 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 619.

620.   Paragraph 620 purports to characterize Plaintiffs' Illinois Consumer Fraud and Deceptive Business Practices Act claims in this action and, as such, does not require a response. To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 620.

621.   Paragraph 621 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to 815 ILCS 505/1(c) for a complete and accurate statement of their contents and otherwise denies the allegations of Paragraph 621.

622.   Paragraph 622 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to 815 ILCS 505/1(e) for a complete and accurate statement of their contents and otherwise denies the allegations of Paragraph 622.

623.   In response to Paragraph 623, VWGoA refers to 815 ILCS 505/2 for a complete and accurate statement of its contents, and denies Paragraph 623 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.

624.   VWGoA denies the allegations of Paragraph 624.

625.   VWGoA denies the allegations of Paragraph 625.

626.   VWGoA denies the allegations of Paragraph 626.

627.   VWGoA denies the allegations of Paragraph 627.

628.   VWGoA denies the allegations of Paragraph 628.

629.   VWGoA denies the allegations of Paragraph 629.

630.     VWGoA denies the allegations of Paragraph 630.

631.     VWGoA denies the allegations of Paragraph 631.

632.     VWGoA denies the allegations of Paragraph 632.

633.     VWGoA denies the allegations of Paragraph 633.

634.     VWGoA denies the allegations of Paragraph 634.

635.     VWGoA denies the allegations of Paragraph 635.

636.     VWGoA denies the allegations of Paragraph 636.

637.     VWGoA denies the allegations of Paragraph 637.

638.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 638.

639.     VWGoA denies the allegations of Paragraph 639.

640.     VWGoA denies the allegations of Paragraph 640.

641.     In response to Paragraph 641, VWGoA refers to 815 ILCS 505/10a(a) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 641.

642.     In response to Paragraph 642, VWGoA refers to 815 ILCS 505/1, et seq. for a complete and accurate statement of their contents and otherwise denies the allegation of Paragraph 642.

643.     Paragraph 643 purports to characterize Plaintiffs' Indiana implied warranty claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 643.

644. Paragraph 644 consists of a legal conclusion to which no response is required. To the extent that any response is required, VWGoA refers to Ind. Code § 26-1-2-104(1) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 644.

645. Paragraph 645 consists of a legal conclusion to which no response is required. To the extent that any response is required, VWGoA refers to Ind. Code § 26-1-2-314 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 645.

646. VWGoA denies the allegations of Paragraph 646.

647. VWGoA denies the allegations of Paragraph 647.

648. VWGoA denies the allegations of Paragraph 648.

649. Paragraph 649 purports to characterize Plaintiffs' Deceptive Consumer Sales Act claims in this action and, as such, does not require a response. To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 649.

650. Paragraph 650 consists of legal conclusions to which no response is required. To the extent that any response is required, VWGoA refers to Ind. Code § 24-5-0.5-2(2), (2)(a)(3) for a complete and accurate statement of their contents and otherwise denies the allegations of Paragraph 650.

651. Paragraph 651 consists of legal conclusions to which no response is required. To the extent that any response is required, VWGoA refers to Ind. Code § 24-5-0.5-2(2)(1) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 651.

652.     In response to Paragraph 652, VWGoA refers to Ind. Code § 24-5-0.5-3 for a complete and accurate statement of its contents, and denies Paragraph 652 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.

653.     VWGoA denies the allegations of Paragraph 653.

654.     VWGoA denies the allegations of Paragraph 654.

655.     VWGoA denies the allegations of Paragraph 655.

656.     VWGoA denies the allegations of Paragraph 656.

657.     VWGoA denies the allegations of Paragraph 657.

658.     VWGoA denies the allegations of Paragraph 658.

659.     VWGoA denies the allegations of Paragraph 659.

660.     VWGoA denies the allegations of Paragraph 660.

661.     VWGoA denies the allegations of Paragraph 661.

662.     VWGoA denies the allegations of Paragraph 662.

663.     VWGoA denies the allegations of Paragraph 663.

664.     VWGoA denies the allegations of Paragraph 664.

665.     VWGoA denies the allegations of Paragraph 665.

666.     VWGoA denies the allegations of Paragraph 666.

667.     VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 667.

668.     VWGoA denies the allegations of Paragraph 668.

669.     VWGoA denies the allegations of Paragraph 669.

670.     In response to Paragraph 670, VWGoA refers to Ind. Code § 24-5-0.5-4 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 670.

671.     VWGoA denies the allegations of Paragraph 671.

672.     In response to Paragraph 672, VWGoA refers to Ind. Code § 24-5-0.5-5(a) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 672.

673.     Paragraph 673 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 673.

674.     Paragraph 674 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 674.

675.     Paragraph 675 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 675.

676.     Paragraph 676 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 676.

677.     Paragraph 677 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 677.

678.     Paragraph 678 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 678.

679.     Paragraph 679 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 679.

680.     Paragraph 680 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 680.

681.     Paragraph 681 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 681.

682.     Paragraph 682 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA

requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 682.

683.     Paragraph 683 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 683.

684.     Paragraph 684 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 684.

685.     Paragraph 685 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 685.

686.     Paragraph 686 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 686.

687.     Paragraph 687 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 687.

688.    Paragraph 688 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 688.

689.    Paragraph 689 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 689.

690.    Paragraph 690 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 690.

691.    Paragraph 691 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 691.

692.    Paragraph 692 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 692.

693.    Paragraph 693 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA

requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 693.

694.    Paragraph 694 concerns Plaintiffs' Iowa Consumer Frauds Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 694.

695.    Paragraph 695 purports to characterize Plaintiffs' Kentucky implied warranty claims in this action and, as there is no remaining Kentucky named Plaintiff who purchased or leased a Volkswagen or Audi car, these claims are no longer asserted against VWGoA and Paragraph 695 does not require a response. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 695.

696.    Paragraph 696 consists of a legal conclusion concerning Plaintiffs' Kentucky implied warranty claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to Kentucky Rev. Stat. §§ 355.2-105(1) and 355.2A-103(h) for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 696.

697.    Paragraph 697 consists of legal conclusions concerning Plaintiffs' Kentucky implied warranty claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to Kentucky Rev. Stat.

§§ 355.2-103 and 355.2-104 for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 697.

698.    Paragraph 698 consists of legal conclusions concerning Plaintiffs' Kentucky implied warranty claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Kentucky Rev. Stat. §§ 355.2-103(1) and 355.2A-103(n) for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 698.

699.    Paragraph 699 consists of legal conclusions concerning Plaintiffs' Kentucky implied warranty claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Kentucky Rev. Stat. §§ 355.2-314 and Ark. Code §§ 4-2-314 and 4-2A-212 for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 699.

700.    VWGoA denies the allegations of Paragraph 700 and avers that Plaintiffs' Kentucky implied warranty claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

701.    VWGoA denies the allegations of Paragraph 701 and avers that Plaintiffs' Kentucky implied warranty claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

702.    VWGoA denies the allegations of Paragraph 702 and avers that Plaintiffs' Kentucky implied warranty claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

703.    Paragraph 703 consists of a legal conclusion concerning Plaintiffs' Kentucky implied warranty claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Kentucky Rev. Stat. §§ 355.2-314 and 355.2A-212 for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 703.

704.    VWGoA denies the allegations of Paragraph 704 and avers that Plaintiffs' Kentucky implied warranty claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

705.    Paragraph 705 consists of a legal conclusion concerning Plaintiffs' Kentucky implied warranty claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Kentucky Rev. Stat. § 355.2-316 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 705.

706.    VWGoA denies that the allegations of Paragraph 706 and avers that Plaintiffs' Kentucky implied warranty claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019)

707.    VWGoA denies the allegations of Paragraph 707 and avers that Plaintiffs' Kentucky implied warranty claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

708.     Paragraph 708 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 708.

709.     Paragraph 709 concerns Plaintiffs' Louisiana implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 709.

710.     Paragraph 710 concerns Plaintiffs' Louisiana implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 710.

711.     Paragraph 711 concerns Plaintiffs' Louisiana implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 711.

712.     Paragraph 712 concerns Plaintiffs' Louisiana implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 712.

713.     Paragraph 713 concerns Plaintiffs' Louisiana implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 713.

714.    Paragraph 714 concerns Plaintiffs' Louisiana implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 714.

715.    Paragraph 715 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 715.

716.    Paragraph 716 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 716.

717.    Paragraph 717 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 717.

718.    Paragraph 718 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 718.

719.    Paragraph 719 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 719.

720.     Paragraph 720 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 720.

721.     Paragraph 721 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 721.

722.     Paragraph 722 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 722.

723.     Paragraph 723 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 723.

724.     Paragraph 724 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 724.

725.     Paragraph 725 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual

allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 725.

726.    Paragraph 726 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 726.

727.    Paragraph 727 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 727.

728.    Paragraph 728 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 728.

729.    Paragraph 729 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 729.

730.    Paragraph 730 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 730.

731.     Paragraph 731 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 731.

732.     Paragraph 732 concerns Plaintiffs' Georgia Fair Business Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 732.

733.     Paragraph 733 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 733.

734.     Paragraph 734 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 734.

735.     Paragraph 735 concerns Plaintiffs' Louisiana Unfair Trade Practices and Consumer Protection Law claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 735.

736.    Paragraph 736 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 736.

737.    Paragraph 737 concerns Plaintiffs' Massachusetts implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 737.

738.    Paragraph 738 concerns Plaintiffs' Massachusetts implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 738.

739.    Paragraph 739 concerns Plaintiffs' Massachusetts implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 739.

740.    Paragraph 740 concerns Plaintiffs' Massachusetts implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies that the allegations of Paragraph 740.

741.    Paragraph 741 concerns Plaintiffs' Massachusetts implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 741.

742.    Paragraph 742 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 742.

743.    Paragraph 743 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 743.

744.    Paragraph 744 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 744.

745.    Paragraph 745 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 745.

746.    Paragraph 746 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 746.

747.    Paragraph 747 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 747.

748.     Paragraph 748 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 748.

749.     Paragraph 749 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 749.

750.     Paragraph 750 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 750.

751.     Paragraph 751 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 751.

752.     Paragraph 752 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 752.

753.     Paragraph 753 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations

concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 753.

754.    Paragraph 754 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 754.

755.    Paragraph 755 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 755.

756.    Paragraph 756 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 756.

757.    Paragraph 757 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 757.

758.    Paragraph 758 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 758.

759.     Paragraph 759 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 759.

760.     Paragraph 760 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 760.

761.     Paragraph 761 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 761.

762.     Paragraph 762 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 762.

763.     Paragraph 763 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 763.

764.    Paragraph 764 concerns Plaintiffs' Massachusetts Deceptive Acts or Practices claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 764.

765.    Paragraph 765 purports to characterize Plaintiffs' Michigan implied warranty claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 765.

766.    Paragraph 766 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Mich. Comp. Laws § 440.2314(1) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 766.

767.    Paragraph 767 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Mich. Comp. Laws § 440.2314 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 767.

768.    VWGoA denies the allegations of Paragraph 768.

769.    VWGoA denies the allegations of Paragraph 769.

770.    VWGoA denies the allegations of Paragraph 770.

771.    Paragraph 771 purports to characterize Plaintiffs' Michigan Consumer Protection Act claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 771.

772.     Paragraph 772 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Mich. Comp. Laws §  445.902(1)(d) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 772.

773.     Paragraph 773 consists of legal conclusions to which no response is required.  To the extent that any response is required, VWGoA refers to Mich. Comp. Laws § 445.902(1)(d), (g) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 773.

774.     In response to the first and second sentences of Paragraph 774, VWGoA refers to Mich. Comp. Laws § 445.903(1) for a complete and accurate statement of its contents, and denies the first and second sentences of Paragraph 774 to the extent that they assert or suggest that VWGoA engaged in wrongdoing, and otherwise denies the allegations of Paragraph 774.

775.     VWGoA denies the allegations of Paragraph 775.

776.     VWGoA denies the allegations of Paragraph 776.

777.     VWGoA denies the allegations of Paragraph 777.

778.     VWGoA denies the allegations of Paragraph 778.

779.     VWGoA denies the allegations of Paragraph 779.

780.     VWGoA denies the allegations of Paragraph 780.

781.     VWGoA denies the allegations of Paragraph 781.

782.     VWGoA denies the allegations of Paragraph 782.

783.     VWGoA denies the allegations of Paragraph 783.

784.     VWGoA denies the allegations of Paragraph 784.

785.     VWGoA denies the allegations of Paragraph 785.

786.    VWGoA denies the allegations of Paragraph 786.

787.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 787.

788.    VWGoA denies the allegations of Paragraph 788.

789.    VWGoA denies the allegations of Paragraph 789.

790.    In response to Paragraph 790, VWGoA refers to Mich. Comp. Laws § 445.911 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 790.

791.    VWGoA denies the allegations of Paragraph 791.

792.    Paragraph 792 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 792.

793.    Paragraph 793 concerns Plaintiffs' Mississippi implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 793.

794.    Paragraph 794 concerns Plaintiffs' Mississippi implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 794.

795.    Paragraph 795 concerns Plaintiffs' Mississippi implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA

requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 795.

796.    Paragraph 796 concerns Plaintiffs' Mississippi implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 796.

797.    Paragraph 797 concerns Plaintiffs' Mississippi implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 797.

798.    Paragraph 798 concerns Plaintiffs' Mississippi implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies that the allegations of Paragraph 798.

799.    Paragraph 799 concerns Plaintiffs' Mississippi implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 799.

800.    Paragraph 800 purports to characterize Plaintiffs' New Jersey implied warranty claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 800.

801.     Paragraph 801 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to N.J. Stat. Ann. § 12a:2-314 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 801.

802.     Paragraph 802 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to N.J. Stat. Ann. § 12a:2-314 for a complete an accurate statement of its contents, and otherwise denies the allegations of Paragraph 802.

803.     VWGoA denies the allegations of Paragraph 803.

804.     VWGoA denies the allegations of Paragraph 804.

805.     VWGoA denies the allegations of Paragraph 805.

806.     Paragraph 806 purports to characterize Plaintiffs' New Jersey Consumer Fraud Act claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 806.

807.     Paragraph 807 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to N.J. Stat. Ann. § 56:8-1(d) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 807.

808.     Paragraph 808 consists of legal conclusions to which no response is required.  To the extent that any response is required, VWGoA refers to N.J. Stat. Ann. § 56:8-1(c), (d) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 808.

809.    In response to the first sentence of Paragraph 809, VWGoA refers to N.J. Stat. Ann. § 56:8-2 for a complete and accurate statement of its contents, and denies the first sentence of Paragraph 809 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing, and otherwise denies the allegations of Paragraph 809.

810.    VWGoA denies the allegations of Paragraph 810.

811.    VWGoA denies the allegations of Paragraph 811.

812.    VWGoA denies the allegations of Paragraph 812.

813.    VWGoA denies the allegations of Paragraph 813.

814.    VWGoA denies the allegations of Paragraph 814.

815.    VWGoA denies the allegations of Paragraph 815.

816.    VWGoA denies the allegations of Paragraph 816.

817.    VWGoA denies the allegations of Paragraph 817.

818.    VWGoA denies the allegations of Paragraph 818.

819.    VWGoA denies the allegations of Paragraph 819.

820.    VWGoA denies the allegations of Paragraph 820.

821.    VWGoA denies the allegations of Paragraph 821.

822.    VWGoA denies the allegations of Paragraph 822.

823.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 823.

824.    VWGoA denies the allegations of Paragraph 824.

825.    VWGoA denies the allegations of Paragraph 825.

826.     Paragraph 826 consists of legal conclusions to which no response is required.  To the extent that any response is required, VWGoA refers to N.J. Stat. Ann. § 56:8-19 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 826.

827.     Paragraph 827 purports to characterize Plaintiffs' New York implied warranty claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 827.

828.     Paragraph 828 consists of legal conclusions to which no response is required.  To the extent that any response is required, VWGoA refers to N.Y. U.C.C. Law §§ 2-103(1)(d), 2-104(1), 2-A-103(3) for a complete and accurate statement of their contents and otherwise denies the allegations of Paragraph 828.

829.     Paragraph 829 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to N.Y. U.C.C. Law § 2-A-103(1)(p) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 829.

830.     Paragraph 830 consists of  a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to N.Y. U.C.C. Law §§ 2-103(1)(h), 2-105(1) for a complete and accurate statement of their contents and otherwise denies the allegations of Paragraph 830.

831.     Paragraph 831 consists of  a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to N.Y. U.C.C. Law §§ 2-315(1)(h), 2-A-213 for a complete and accurate statement of their contents and otherwise denies the allegations of Paragraph 831.

832.    VWGoA denies the allegations of Paragraph 832.

833.    VWGoA denies the allegations of Paragraph 833.

834.    VWGoA denies the allegations of Paragraph 834.

835.    Paragraph 835 purports to characterize Plaintiffs' New York General Business Law claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 835.

836.    Paragraph 836 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to N.Y. Gen. Bus. Law § 349(h) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 836.

837.    Paragraph 837 consists of legal conclusions to which no response is required.  To the extent that any response is required, VWGoA refers to N.Y. Gen. Bus. Law § 349 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 837.

838.    In response to the first sentence of Paragraph 838, VWGoA refers to N.Y. Gen. Bus. Law § 349 for a complete and accurate statement of its contents, and denies the first sentence of Paragraph 838 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing, and otherwise denies the allegations of Paragraph 838.

839.    VWGoA denies the allegations of Paragraph 839.

840.    VWGoA denies the allegations of Paragraph 840.

841.    VWGoA denies the allegations of Paragraph 841.

842.    VWGoA denies the allegations of Paragraph 842.

843.    VWGoA denies the allegations of Paragraph 843.

844.    VWGoA denies the allegations of Paragraph 844.

845.    VWGoA denies the allegations of Paragraph 845.

846.    VWGoA denies the allegations of Paragraph 846.

847.    VWGoA denies the allegations of Paragraph 847.

848.    VWGoA denies the allegations of Paragraph 848.

849.    VWGoA denies the allegations of Paragraph 849.

850.    VWGoA denies the allegations of Paragraph 850.

851.    VWGoA denies the allegations of Paragraph 851.

852.    VWGoA denies the allegations of Paragraph 852.

853.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 853.

854.    VWGoA denies the allegations of Paragraph 854.

855.    VWGoA denies the allegations of Paragraph 855.

856.    VWGoA denies the allegations of Paragraph 856.

857.    In response to Paragraph 857, VWGoA refers to N.Y. Gen. Bus. Law § 349 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 857.

858.    Paragraph 858 purports to characterize Plaintiffs' New York General Business Law claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 858.

859.    Paragraph 859 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to N.Y. Gen. Bus. Law § 350 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 859.

860.    In response to Paragraph 860, VWGoA refers to N.Y. Gen. Bus. Law § 350-a for a complete and accurate statement of its contents, and denies Paragraph 860 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.

861.    VWGoA denies the allegations of Paragraph 861.

862.    Paragraph 862 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to N.Y. Gen. Bus. Law § 350 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 862.

863.    VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 863.

864.    In response to Paragraph 864, VWGoA refers to N.Y. Gen. Bus. Law § 350-e for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 864.

865.    In response to Paragraph 865, VWGoA refers to N.Y. Gen. Bus. Law § 350 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 865.

866.    Paragraph 866 purports to characterize Plaintiffs' North Carolina Unfair and Deceptive Trade Practices Act claims in this action and, as such, does not require a response.  To

the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 866.

867.    Paragraph 867 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to N.C. Gen. Stat. § 75-1.1(b) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 867.

868.    In response to the first sentence of Paragraph 868, VWGoA refers to N.C. Gen. Stat. § 75-1.1(a) for a complete and accurate statement of its contents, and denies the first sentence of Paragraph 868 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing, and otherwise denies the allegations of Paragraph 868.

869.    VWGoA denies the allegations of Paragraph 869.

870.    VWGoA denies the allegations of Paragraph 870.

871.    VWGoA denies the allegations of Paragraph 871.

872.    VWGoA denies the allegations of Paragraph 872.

873.    VWGoA denies the allegations of Paragraph 873.

874.    VWGoA denies the allegations of Paragraph 874.

875.    VWGoA denies the allegations of Paragraph 875.

876.    VWGoA denies the allegations of Paragraph 876.

877.    VWGoA denies the allegations of Paragraph 877.

878.    VWGoA denies the allegations of Paragraph 878.

879.    VWGoA denies the allegations of Paragraph 879.

880.    VWGoA denies the allegations of Paragraph 880.

881.    VWGoA denies the allegations of Paragraph 881.

882. VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 882.

883. VWGoA denies the allegations of Paragraph 883.

884. VWGoA denies the allegations of Paragraph 884.

885. VWGoA denies the allegations of Paragraph 885.

886. VWGoA denies the allegations of Paragraph 886.

887. In response to Paragraph 887, VWGoA refers to N.C. Gen. Stat. § 75-16 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 887.

888. Paragraph 888 purports to characterize Plaintiffs' Ohio Consumer Sales Practices Act claims in this action and, as there is no remaining Ohio named Plaintiff who purchased or leased a Volkswagen or Audi car, these claims are no longer asserted against VWGoA and Paragraph 888 does not require a response. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 888.

889. Paragraph 889 consists of legal conclusions concerning Plaintiffs' Ohio Consumer Sales Practices Act claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to Ohio Rev. Code § 1345.01(A), (D) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 889.

890.     Paragraph 890 consists of legal conclusions concerning Plaintiffs' Ohio Consumer Sales Practices Act claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to Ohio Rev. Code §§ 1345.01(C), 1345.02 for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 890.

891.     VWGoA denies the allegations of Paragraph 891 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

892.     VWGoA denies the allegations of Paragraph 892 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

893.     VWGoA denies the allegations of Paragraph 893 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

894.     VWGoA denies the allegations of Paragraph 894 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

895.     VWGoA denies the allegations of Paragraph 895 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

896.    VWGoA denies the allegations of Paragraph 896 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

897.    VWGoA denies the allegations of Paragraph 897 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

898.    VWGoA denies the allegations of Paragraph 898 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

899.    VWGoA denies the allegations of Paragraph 899 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

900.    VWGoA denies the allegations of Paragraph 900 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

901.    VWGoA denies the allegations of Paragraph 901 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

902.    VWGoA denies the allegations of Paragraph 902 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

903.     VWGoA denies the allegations of Paragraph 903 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

904.     VWGoA denies the allegations of Paragraph 904 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

905.     VWGoA denies the allegations of Paragraph 905 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

906.     VWGoA avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA, and states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 906. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

907.     VWGoA denies the allegations of Paragraph 907 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

908.     VWGoA denies the allegations of Paragraph 908 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

909.     VWGoA denies the allegations of Paragraph 909 and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

910.     In response to Paragraph 910, VWGoA refers to Ohio Rev. Code §§ 1345.09, *et seq.*, for a complete and accurate statement of their contents, otherwise denies the allegations of Paragraph 910, and avers that Plaintiffs' Ohio Consumer Sales Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

911.     Paragraph 911 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 911.

912.     Paragraph 912 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 912.

913.     Paragraph 913 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 913.

914.     Paragraph 914 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 914.

915.     Paragraph 915 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning

VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 915.

916.    Paragraph 916 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 916.

917.    Paragraph 917 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 917.

918.    Paragraph 918 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 918.

919.    Paragraph 919 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 919.

920.    Paragraph 920 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 920.

921.     Paragraph 921 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 921.

922.     Paragraph 922 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 922.

923.     Paragraph 923 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 923.

924.     Paragraph 924 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 924.

925.     Paragraph 925 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 925.

926.     Paragraph 926 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning

VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 926.

927.     Paragraph 927 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 927.

928.     Paragraph 928 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 928.

929.     Paragraph 929 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 929.

930.     Paragraph 930 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 930.

931.     Paragraph 931 concerns Plaintiffs' Oregon Unlawful Trade Practices Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning

VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 931.

932.    Paragraph 932 purports to characterize Plaintiffs' implied warranty claims in this action.  But, as represented by Plaintiffs' counsel in an email on December 23, 2019 and in Plaintiffs' Renewed Motion for Leave to File an Amended Consolidated Complaint, the sole Pennsylvania Plaintiff asserting claims against VWGoA, Dave Battinieri, no longer purports to assert those claims.  (*See* ECF No. 3850 at 7-8.)  Paragraph 932 therefore does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 932.

933.    Paragraph 933 consists of a legal conclusion concerning Plaintiffs' Pennsylvania implied warranty claims, which Plaintiffs no longer purport to assert against VWGoA, and to which no response is required.  To the extent that any response is required, VWGoA refers to 13 Pa. Stat. and Cons. Stat. Ann. § 2104 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 933.

934.    Paragraph 934 consists of a legal conclusion concerning Plaintiffs' Pennsylvania implied warranty claims, which Plaintiffs no longer purport to assert against VWGoA, and to which no response is required.  To the extent that any response is required, VWGoA refers to 13 Pa. Stat. and Cons. Stat. Ann. § 2314 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 934.

935.    VWGoA denies the allegations of Paragraph 935 and avers that Plaintiffs no longer purport to assert Pennsylvania implied warranty claims against VWGoA.

936.    VWGoA denies the allegations of Paragraph 936 and avers that Plaintiffs no longer purport to assert Pennsylvania implied warranty claims against VWGoA.

937.     VWGoA denies the allegations of Paragraph 937 and avers that Plaintiffs no longer purport to assert Pennsylvania implied warranty claims against VWGoA.

938.     Paragraph 938 purports to characterize Plaintiffs' Pennsylvania Unfair Trade Practices and Consumer Protection Law claims in this action.  But, as represented by Plaintiffs' counsel in an email on December 23, 2019 and in Plaintiffs' Renewed Motion for Leave to File an Amended Consolidated Complaint, the sole Pennsylvania Plaintiff asserting claims against VWGoA, Dave Battinieri, no longer purports to assert those claims.  Paragraph 938 therefore does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 938.

939.     Paragraph 939 consists of a legal conclusion concerning Plaintiffs' Pennsylvania Unfair Trade Practices and Consumer Protection Law claims, which Plaintiffs no longer purport to assert against VWGoA, and to which no response is required.  To the extent that any response is required, VWGoA refers to 73 P.S. § 201-9.2 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 939.

940.     Paragraph 940 consists of a legal conclusion concerning Plaintiffs' Pennsylvania Unfair Trade Practices and Consumer Protection Law claims, which Plaintiffs no longer purport to assert against VWGoA, and to which no response is required.  To the extent that any response is required, VWGoA refers to 73 P.S. § 201-2(3) for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 940.

941.     In response to Paragraph 941, VWGoA states that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA, refers to 73 P.S. § 201-2(4) for a complete and accurate statement of its contents, and denies the

allegations of Paragraph 941 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.

942.    VWGoA denies the allegations of Paragraph 942 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

943.    VWGoA denies the allegations of Paragraph 943 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

944.    VWGoA denies the allegations of Paragraph 944 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

945.    VWGoA denies the allegations of Paragraph 945 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

946.    VWGoA denies the allegations of Paragraph 946 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

947.    VWGoA denies the allegations of Paragraph 947 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

948.    VWGoA denies the allegations of Paragraph 948 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

949.   VWGoA denies the allegations of Paragraph 949 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

950.   VWGoA denies the allegations of Paragraph 950 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

951.   VWGoA denies the allegations of Paragraph 951 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

952.   VWGoA denies the allegations of Paragraph 952 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

953.   VWGoA denies the allegations of Paragraph 953 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

954.   VWGoA denies the allegations of Paragraph 954 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

955.   VWGoA denies the allegations of Paragraph 955 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

956.   VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but

otherwise denies the allegations of Paragraph 956 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

957.    VWGoA denies the allegations of Paragraph 957 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

958.    VWGoA denies the allegations of Paragraph 958 and avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA.

959.    VWGoA denies the allegations of Paragraph 959, avers that Plaintiffs no longer purport to assert Pennsylvania Unfair Trade Practices and Consumer Protection Law claims against VWGoA, and refers to 73 P.S. § 201-9.2(a) for a complete and accurate statement of its contents.

960.    Paragraph 960 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 960.

961.    Paragraph 961 concerns Plaintiffs' Rhode Island implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 961.

962.    Paragraph 962 concerns Plaintiffs' Rhode Island implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 962.

963.     Paragraph 963 concerns Plaintiffs' Rhode Island implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 963.

964.     Paragraph 964 concerns Plaintiffs' Rhode Island implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 964.

965.     Paragraph 965 concerns Plaintiffs' Rhode Island implied warranty claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 965.

966.     Paragraph 966 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 966.

967.     Paragraph 967 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 967.

968.     Paragraph 968 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 968.

969.     Paragraph 969 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 969.

970.     Paragraph 970 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 970.

971.     Paragraph 971 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 971.

972.     Paragraph 972 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 972.

973.     Paragraph 973 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 973.

974.     Paragraph 974 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains

no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 974.

975.    Paragraph 975 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 975.

976.    Paragraph 976 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 976.

977.    Paragraph 977 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 977.

978.    Paragraph 978 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 978.

979.    Paragraph 979 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 979.

980.     Paragraph 980 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 980.

981.     Paragraph 981 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 981.

982.     Paragraph 982 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 982.

983.     Paragraph 983 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 983.

984.     Paragraph 984 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 984.

985.     Paragraph 985 concerns Plaintiffs' Rhode Island Unfair Trade Practices and Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 985.

986.     Paragraph 986 purports to characterize Plaintiffs' South Carolina Unfair Trade Practices Act claims in this action and, as there is no remaining South Carolina named Plaintiff who purchased or leased a Volkswagen or Audi car, these claims are no longer asserted against VWGoA and Paragraph 986 does not require a response. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 986.

987.     Paragraph 987 consists of legal conclusions concerning Plaintiffs' South Carolina Unfair Trade Practices Act claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to S.C. Code Ann. §§ 39-5-10, 5-20(a) for a complete and accurate statement of their contents, and otherwise denies the allegations of Paragraph 987.

988.     VWGoA denies the allegations of Paragraph 988 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

989.     VWGoA denies the allegations of Paragraph 989 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

990.    VWGoA denies the allegations of Paragraph 990 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

991.    VWGoA denies the allegations of Paragraph 991 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

992.    VWGoA denies the allegations of Paragraph 992 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

993.    VWGoA denies the allegations of Paragraph 993 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

994.    VWGoA denies the allegations of Paragraph 994 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

995.    VWGoA denies the allegations of Paragraph 995 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

996.    VWGoA denies the allegations of Paragraph 996 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

997. VWGoA denies the allegations of Paragraph 997 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

998. VWGoA denies the allegations of Paragraph 998 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

999. VWGoA denies the allegations of Paragraph 999 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1000. VWGoA avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA, and states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 1000. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1001. VWGoA denies the allegations of Paragraph 1001 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1002. VWGoA denies the allegations of Paragraph 1002 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1003. In response to Paragraph 1003, VWGoA refers to S.C. Code Ann. § 39-5-140(a) for a complete and accurate statement of its contents, otherwise denies the allegations of Paragraph 1003, and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer

asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1004.   VWGoA denies the allegations of Paragraph 1004 and avers that Plaintiffs' South Carolina Unfair Trade Practices Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1005.   Paragraph 1005 purports to characterize Plaintiffs' South Carolina Regulation of Manufacturers, Distributors, and Dealers Act claims in this action and, as there is no remaining South Carolina named Plaintiff who purchased or leased a Volkswagen or Audi car, these claims are no longer asserted against VWGoA and Paragraph 1005 does not require a response.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 1005.

1006.   Paragraph 1006 consists of a legal conclusion concerning Plaintiffs' South Carolina Regulation of Manufacturers, Distributors, and Dealers Act claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to S.C. Code Ann. § 56-15-10 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 1006.

1007.   Paragraph 1007 consists of a legal conclusion concerning Plaintiffs' South Carolina Regulation of Manufacturers, Distributors, and Dealers Act claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is

required, VWGoA refers to S.C. Code Ann. § 56-15-30 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 1007.

1008.   VWGoA denies the allegations of Paragraph 1008 and avers that Plaintiffs' South Carolina Regulation of Manufacturers, Distributors, and Dealers Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1009.   VWGoA denies the allegations of Paragraph 1009 and avers that Plaintiffs' South Carolina Regulation of Manufacturers, Distributors, and Dealers Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1010.   VWGoA denies the allegations of Paragraph 1010 and avers that Plaintiffs' South Carolina Regulation of Manufacturers, Distributors, and Dealers Act claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1011.   Paragraph 1011 consists of a legal conclusion concerning Plaintiffs' South Carolina Regulation of Manufacturers, Distributors, and Dealers Act claims, which are no longer asserted against VWGoA, and to which no response is required.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).  To the extent that any response is required, VWGoA refers to S.C. Code Ann. § 56-15-110(2) for a complete and accurate statement of its contents, denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 1011.

1012.   VWGoA denies the allegations of Paragraph 1012, avers that Plaintiffs no longer purport to assert South Carolina Regulation of Manufacturers, Distributors, and Dealers Act claims

against VWGoA, and refers to S.C. Code Ann. § 56-15-110 for a complete and accurate statement of its contents. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1013.   Paragraph 1013 purports to characterize Plaintiffs' South Carolina implied warranty claims in this action and, as there is no remaining South Carolina named Plaintiff who purchased or leased a Volkswagen or Audi car, these claims are no longer asserted against VWGoA and Paragraph 1013 does not require a response. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 1013.

1014.   Paragraph 1014 consists of a legal conclusion concerning Plaintiffs' South Carolina implied warranty claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to S.C. Code Ann. § 36-2-314 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 1014.

1015.   Paragraph 1015 consists of a legal conclusion concerning Plaintiffs' South Carolina implied warranty claims, which are no longer asserted against VWGoA, and to which no response is required. *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019). To the extent that any response is required, VWGoA refers to S.C. Code Ann. § 36-2-314 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 1015.

1016.   VWGoA denies the allegations of Paragraph 1016 and avers that Plaintiffs' South Carolina implied warranty claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1017.   VWGoA denies the allegations of Paragraph 1017 and avers that Plaintiffs' South Carolina implied warranty claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1018.   VWGoA denies the allegations of Paragraph 1018 and avers that Plaintiffs' South Carolina implied warranty claims are no longer asserted against VWGoA.  *In re Takata Airbag Products Liability Litigation*, 396 F. Supp. 3d 1101 (S.D. Fla. June 20, 2019).

1019.   Paragraph 1019 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1019.

1020.   Paragraph 1020 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1020.

1021.   Paragraph 1021 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1021.

1022.   Paragraph 1022 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning

VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1022.

1023.   Paragraph 1023 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1023.

1024.   Paragraph 1024 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1024.

1025.   Paragraph 1025 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1025.

1026.   Paragraph 1026 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1026.

1027.   Paragraph 1027 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1027.

1028.  Paragraph 1028 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1028.

1029.  Paragraph 1029 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1029.

1030.  Paragraph 1030 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1030.

1031.  Paragraph 1031 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1031.

1032.  Paragraph 1032 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1032.

1033.  Paragraph 1033 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning

VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1033.

1034.  Paragraph 1034 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1034.

1035.  Paragraph 1035 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1035.

1036.  Paragraph 1036 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 1036.

1037.  Paragraph 1037 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1037.

1038.  Paragraph 1038 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning

VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1038.

1039.  Paragraph 1039 concerns Plaintiffs' Tennessee Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1039.

1040.  Paragraph 1040 purports to characterize Plaintiffs' Texas implied warranty claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 1040.

1041.  Paragraph 1041 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Tex. Bus. & Com. Code Ann. § 2.104 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 1041.

1042.  Paragraph 1042 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Tex. Bus. & Com. Code Ann. § 2.314 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 1042.

1043.  VWGoA denies the allegations of Paragraph 1043.

1044.  VWGoA denies the allegations of Paragraph 1044.

1045.  VWGoA denies the allegations of Paragraph 1045.

1046.  Paragraph 1046 purports to characterize Plaintiffs' Texas Deceptive Trade Practices Act claims in this action and, as such, does not require a response.  To the extent that any

response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 1046.

1047.   Paragraph 1047 consists of legal conclusions to which no response is required.  To the extent that any response is required, VWGoA refers to Tex. Bus. & Com. Code Ann. § 17.41 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 1047.

1048.   In response to the first sentence of Paragraph 1048, VWGoA refers to Tex. Bus. & Com. Code §§ 17.45(5), 17.46(a), 17.50(a)(3) for a complete and accurate statement of their contents, and denies the first sentence of Paragraph 1048 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing, and otherwise denies the allegations of Paragraph 1048.

1049.   VWGoA denies the allegations of Paragraph 1049.

1050.   VWGoA denies the allegations of Paragraph 1050.

1051.   VWGoA denies the allegations of Paragraph 1051.

1052.   VWGoA denies the allegations of Paragraph 1052.

1053.   VWGoA denies the allegations of Paragraph 1053.

1054.   VWGoA denies the allegations of Paragraph 1054.

1055.   VWGoA denies the allegations of Paragraph 1055.

1056.   VWGoA denies the allegations of Paragraph 1056.

1057.   VWGoA denies the allegations of Paragraph 1057.

1058.   VWGoA denies the allegations of Paragraph 1058.

1059.   VWGoA denies the allegations of Paragraph 1059.

1060.   VWGoA denies the allegations of Paragraph 1060.

1061.   VWGoA denies the allegations of Paragraph 1061.

1062.   VWGoA denies the allegations of Paragraph 1062.

1063.   VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 1063.

1064.   VWGoA denies the allegations of Paragraph 1064.

1065.   VWGoA denies the allegations of Paragraph 1065.

1066.   In response to Paragraph 1066, VWGoA refers to Tex. Bus. & Com. Code Ann. § 17.50(a)(1), (b) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 1066.

1067.   In response to Paragraph 1067, VWGoA refers to Tex. Bus. & Com. Code Ann. § 17.50(b)(4) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 1067.

1068.   In response to Paragraph 1068, VWGoA refers to Tex. Bus. & Com. Code Ann. § 17.50(d) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 1068.

1069.   In response to Paragraph 1069, VWGoA refers to Tex. Bus. & Com. Code Ann. § 17.505(a) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 1069.

1070.   Paragraph 1070 purports to characterize Plaintiffs' Virginia Consumer Protection Act claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 1070.

1071.   Paragraph 1071 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Va. Code Ann. § 59.1-198 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 1071.

1072.   Paragraph 1072 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Va. Code Ann. § 59.1-198 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 1072.

1073.   In response to Paragraph 1073, VWGoA refers to Va. Code Ann. § 59.1-200 for a complete and accurate statement of its contents, and denies the allegations of Paragraph 1073 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.

1074.   VWGoA denies the allegations of Paragraph 1074.

1075.   VWGoA denies the allegations of Paragraph 1075.

1076.   VWGoA denies the allegations of Paragraph 1076.

1077.   VWGoA denies the allegations of Paragraph 1077.

1078.   VWGoA denies the allegations of Paragraph 1078.

1079.   VWGoA denies the allegations of Paragraph 1079.

1080.   VWGoA denies the allegations of Paragraph 1080.

1081.   VWGoA denies the allegations of Paragraph 1081.

1082.   VWGoA denies the allegations of Paragraph 1082.

1083.   VWGoA denies the allegations of Paragraph 1083.

1084.   VWGoA denies the allegations of Paragraph 1084.

1085.   VWGoA denies the allegations of Paragraph 1085.

1086.   VWGoA denies the allegations of Paragraph 1086.

1087.   VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 1087.

1088.   VWGoA denies the allegations of Paragraph 1088.

1089.   VWGoA denies the allegations of Paragraph 1089.

1090.   In response to Paragraph 1090, VWGoA refers to Va. Code Ann. § 59.1-204 for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 1090.

1091.   In response to Paragraph 1091, VWGoA refers to Va. Code Ann. § 59.1-204, *et seq.* for a complete and accurate statement of their contents and otherwise denies the allegations of Paragraph 1091.

1092.   Paragraph 1092 purports to characterize Plaintiffs' Virginia implied warranty claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 1092.

1093.   Paragraph 1093 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Va. Code Ann. § 8.2-314 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 1093.

1094.   Paragraph 1094 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Va. Code Ann. § 8.2-314 for a complete and accurate statement of its contents, and otherwise denies the allegations of Paragraph 1094.

1095.   VWGoA denies the allegations of Paragraph 1095.

1096.   VWGoA denies the allegations of Paragraph 1096.

1097.   Paragraph 1097 contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1097.

1098.   Paragraph 1098 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1098.

1099.   Paragraph 1099 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1099.

1100.   Paragraph 1100 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1100.

1101.   Paragraph 1101 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1101.

1102.   Paragraph 1102 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning

VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1102.

1103.   Paragraph 1103 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1103.

1104.   Paragraph 1104 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1104.

1105.   Paragraph 1105 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1105.

1106.   Paragraph 1106 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1106.

1107.   Paragraph 1107 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1107.

1108.   Paragraph 1108 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1108.

1109.   Paragraph 1109 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1109.

1110.   Paragraph 1110 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1110.

1111.   Paragraph 1111 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1111.

1112.   Paragraph 1112 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 1112.

1113.   Paragraph 1113 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1113.

1114.   Paragraph 1114 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1114.

1115.   Paragraph 1115 concerns Plaintiffs' Washington Consumer Protection Act claims, which are not asserted against VWGoA, and therefore contains no factual allegations concerning VWGoA requiring a response; to the extent that any response is required, VWGoA denies the allegations of Paragraph 1115.

1116.   Paragraph 1116 purports to characterize Plaintiffs' Wisconsin Deceptive Trade Practices Act claims in this action and, as such, does not require a response.  To the extent that any response is required, VWGoA denies that this action may be maintained as a class action, and otherwise denies the allegations of Paragraph 1116.

1117.   Paragraph 1117 consists of a legal conclusion to which no response is required.  To the extent that any response is required, VWGoA refers to Wis. Stat. § 100.18(1) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 1117.

1118.   In response to Paragraph 1118, VWGoA refers to Wisc. Stat. §§ 100.18(1), *et seq.* for a complete and accurate statement of their contents, and denies Paragraph 1118 to the extent that it asserts or suggests that VWGoA engaged in wrongdoing.

1119.   VWGoA denies the allegations of Paragraph 1119.

1120.   VWGoA denies the allegations of Paragraph 1120.

1121.   VWGoA denies the allegations of Paragraph 1121.

1122.   VWGoA denies the allegations of Paragraph 1122.

1123.   VWGoA denies the allegations of Paragraph 1123.

1124.   VWGoA denies the allegations of Paragraph 1124.

1125.   VWGoA denies the allegations of Paragraph 1125.

1126.   VWGoA denies the allegations of Paragraph 1126.

1127.   VWGoA denies the allegations of Paragraph 1127.

1128.   VWGoA denies the allegations of Paragraph 1128.

1129.   VWGoA denies the allegations of Paragraph 1129.

1130.   VWGoA denies the allegations of Paragraph 1130.

1131.   VWGoA states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' purported purchase decision, but otherwise denies the allegations of Paragraph 1131.

1132.   VWGoA denies the allegations of Paragraph 1132.

1133.   VWGoA denies the allegations of Paragraph 1133.

1134.   In response to Paragraph 1134, VWGoA refers to Wis. Stat. § 100.18(11)(b)(2) for a complete and accurate statement of its contents and otherwise denies the allegations of Paragraph 1134.

1135.   VWGoA denies the allegations of Paragraph 1135.

VWGoA denies each and every allegation in the Prayer for Relief, and further denies that Plaintiffs and members of the putative class are entitled to the relief requested or any other relief.

## DEFENSES

VWGoA states the following defenses without assuming the burden of proof on such defenses that would otherwise rest with Plaintiffs.

## FIRST DEFENSE

The Court lacks personal jurisdiction over VWGoA.

## SECOND DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

## THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

## FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations and/or doctrine of laches.

## FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent they are moot.

## SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, acquiescence or ratification.

## SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of payment, release or accord and satisfaction.

## EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any damages they allegedly sustained were caused by the acts and/or omissions of persons other than VWGoA and over whom VWGoA had no control.

## NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, insofar as Plaintiffs would be unjustly enriched if they were permitted to obtain recovery in this action.

## TENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered any cognizable loss or damages under applicable law.

## ELEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any alleged misrepresentation or breach of contract or warranty by VWGoA was not the proximate cause of any alleged damages or losses.

## TWELFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of express and/or implied preemption and the primary jurisdiction of NHTSA.

## THIRTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because VWGoA did not make false or misleading statements or omissions to them.

## FOURTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any alleged false or misleading statements made by VWGoA are nonactionable puffery.

## FIFTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged misrepresentations are nonactionable statements that contain expressions of opinion that were truly held at the time they were made.

## SIXTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs did not rely on any alleged misrepresentation or omission made by VWGoA.

## SEVENTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged misrepresentations and/or omissions were not material.

## EIGHTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because VWGoA acted at all times in good faith, and neither had knowledge, nor were unreasonable in not knowing, that any alleged misrepresentation or omission was false or misleading.

## NINETEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because at all relevant times, VWGoA relied in good faith on the representations, reports, expert opinions and advice of others.

## TWENTIETH DEFENSE

If and to the extent the statements at issue herein are found to have been false or misleading (which VWGoA denies), Plaintiffs either knew or should have known about the matters alleged in the Complaint.

## TWENTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, due to the comparative negligence of Takata Corporation and its related entities, including TK Holdings, Inc.

### TWENTY-SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs lack privity.

### TWENTY-THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the cars in question were manufactured in a reasonably safe manner in full compliance with all applicable laws, statutes and regulations.

### TWENTY-FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the cars in question conformed to the existing state of the art and industry standard at the time they were designed and manufactured.

### TWENTY-FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to provide adequate notice of their claims as required by law.

### TWENTY-SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the cars in question were at all times merchantable.

### TWENTY-SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because none of Plaintiffs' cars have manifested an airbag defect due to phase-stabilized ammonium nitrate.

## TWENTY-EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because none of Plaintiffs' cars manifested an airbag defect due to phase-stabilized ammonium nitrate within the term of any implied warranties provided by VWGoA, the duration of which is limited to the term of the express warranties.

## TWENTY-NINTH DEFENSE

The claims of certain Plaintiffs' claims are barred, in whole or in part, because Plaintiffs purchased their cars after the expiration of any implied warranties provided by VWGoA.

## THIRTIETH DEFENSE

The claims of certain Plaintiffs may be barred, in whole or in part, to the extent any alleged injury was caused by their own negligent conduct, including but not limited to modification to the car resulting in the alleged defect, abuse or neglect of the car, failure to properly maintain the car, use of the car in a manner other than intended, and/or foreign objects and/or damage due to an accident that occurred after the car was purchased.

## THIRTY-FIRST DEFENSE

Any damages allegedly owed to Plaintiffs are subject to reduction, in whole or in part, because Plaintiffs failed to mitigate any damages or harm that might reasonably have been avoided.

## THIRTY-SECOND DEFENSE

Plaintiffs' damages, if any, are speculative, and thus are not recoverable.

## THIRTY-THIRD DEFENSE

VWGoA is entitled to a set-off for all settlements and compensation that Plaintiffs have received, or may receive, in connection with their claims, including but not limited to the value received from the purchased or leased cars.

## THIRTY-FOURTH DEFENSE

Plaintiffs are not entitled to recover attorneys' fees, experts' fees, or other costs or disbursements.

## THIRTY-FIFTH DEFENSE

The Complaint fails to state a claim for punitive damages as a matter of law.

## THIRTY-SIXTH DEFENSE

Plaintiffs' claims for punitive damages would violate VWGoA's rights under the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and similar provisions of applicable state constitutions, statutes and case law.

## THIRTY-SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the economic loss doctrine.

## THIRTY-EIGHTH DEFENSE

Plaintiffs' unjust enrichment claims are barred, in whole or in part, because Plaintiffs have an adequate legal remedy, including because their car had an express warranty.

## THIRTY-NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, insofar as Plaintiffs lack standing to assert those claims.

### FORTIETH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the absence of any knowledge, fraudulent intent or *scienter* on the part of VWGoA.

### FORTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, because VWGoA had no duty to disclose any facts allegedly not disclosed.

### FORTY-SECOND DEFENSE

VWGoA is informed and believes, and on that basis asserts, that (i) Plaintiffs do not meet the adequacy, typicality, superiority or predominance requirements of Rule 23 and (ii) the putative class is not certifiable under Rule 23 of the Federal Rules of Civil Procedure.

### FORTY-THIRD DEFENSE

The claims of certain Plaintiffs are barred, in whole or in part, because VWGoA's recalls were a sufficient offer of correction.

### FORTY-FOURTH DEFENSE

The purported claims against VWGoA and the allegations upon which they are based are improperly vague, ambiguous and confusing.  VWGoA reserves the right to request a more definite statement.

### FORTY-FIFTH DEFENSE

VWGoA hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during pretrial proceedings in this action and hereby reserves the right to amend this Answer to assert all such defenses.

## PRAYER FOR RELIEF

WHEREFORE, VWGoA respectfully requests that the Court: (1) dismissPlaintiffs' claims on the merits, in their entirety and with prejudice, (2) award the Defendants costs, expenses, attorneys' fees and disbursements incurred in defending this action, and (3) award such additional relief as the Court may deem just and appropriate.

## JURY TRIAL DEMANDED

VWGoA hereby demands a trial by jury on all claims so triable.

Dated: July 17, 2020

Respectfully submitted,

*/s/ Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
MIKAYLA ESPINOSA
Florida Bar No. 1008227
mikaylaespinosa@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com


ROBERT J. GIUFFRA JR. (*pro hac vice*)
giuffrar@sullcrom.com
SUHANA S. HAN (*pro hac vice*)
hans@sullcrom.com
CHRISTOPHER J. DUNNE (*pro hac vice*)
dunnec@sullcrom.com
SULLIVAN & CROMWELL LLP 125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000

JAMES H. CONGDON (*pro hac vice*)
congdonj@sullcrom.com
SULLIVAN & CROMWELL LLP 1700 New York
Ave NW Washington, DC 20006
Telephone: (202) 956-7500

*Counsel for Volkswagen Group of America, Inc. and*
*Audi of America, LLC*