UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No.: 15-MD-02599-MORENO
S.D. Fla. Case No. 1:14-cv-24009-MORENO

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
ALL CASES

### ORDER GRANTING
### THE PARTIES' JOINT MOTION TO CONTINUE PRETRIAL DEADLINES AND MODIFY THE SCEDULING ORDER

THIS CAUSE having come before the Court on the Parties' Joint Motion to Continue Pretrial Deadlines and Modify the Scheduling Order, and having found good cause therein for such relief, it is hereby **ORDERED AND ADJUDGED**:

The Parties' Joint Motion is **GRANTED**. THIS COURT modifies the Scheduling Order (ECF No. 3840) as follows:

THIS COURT issues this Amended Scheduling Order in accordance with Local Rule 16.1. The Parties shall comply with the following deadlines.

| Deadline to complete fact discovery | 12/13/2020 |
|---|---|
| Deadline for Plaintiffs to serve expert reports | 1/15/2021 |
| Deadline to complete discovery as Plaintiffs' expert reports | 2/12/2021 |
| Deadline for Defendants to serve expert reports | 3/5/2021 |
| Deadline to complete discovery as to Defense expert reports | 3/26/2021 |

| Deadline for Plaintiffs to serve rebuttal expert reports[1] | 4/2/2021 |
|---|---|
| Deadline to complete discovery as to Plaintiffs' rebuttal expert reports | 4/16/2021 |
| Deadline for the filing of all Motions Summary Judgment, Motions for Class Certification, and *Daubert* Motions | 5/14/2021 |
| Deadline for filing oppositions to Motions Summary Judgment, Motions for Class Certification, and *Daubert* Motions | 6/25/2021 |
| Deadline for filing replies to Motions Summary Judgment, Motions for Class Certification, and *Daubert* Motions | 7/23/2021 |
| Deadline for the filing of all Pretrial Motions (including Motions *in Limine*) | 8/27/2021 |
| Mediation must be completed no later than | 6/11/2021 |
| Trial to be set by the Transferor District Court (assuming summary judgment has not disposed of the case) | To Be Determined |

Pursuant to Federal Rule of Civil Procedure 40, this action is at issue. It is **ADJUDGED** that the parties shall comply with the following pretrial management procedures:

(1) **Continuance / Settlement** – To the extent the parties request modification of any date in this Scheduling Order, the parties must file a *Motion to Continue Pretrial Deadlines*. A stipulation of settlement must also be filed in writing. See Local Rule 7.1.4.

(2) **Motions** – When submitting motions, the parties must submit a proposed order only for those motions listed in Local Rule 7.1.A.1.

**DONE and ORDERED** in Chambers at Miami, Florida, this ___ day of September, 2020.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Cc: All counsel of record.

---

[1] Any Plaintiffs' rebuttal reports will be confined to subject matter newly raised in Defendants' expert reports, in accordance with the scope of rebuttal disclosures under Fed. R. Civ. P. 26(a)(2)(D)(ii) ("solely to contradict or rebut evidence on the same subject matter identified by another party [in an expert disclosure]").