UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-02599-MD-MORENO
Economic Loss No. 14-24009-CV-MORENO

IN RE:

**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**

_____/

BUTLER AUTO RECYCLING,
INC., *et. al.*, *individually and on behalf
of all others similarly situated*,

        Plaintiffs,

    v.

HONDA MOTOR CO., LTD., *et. al.*,[1]

        **Defendants.**

_____/

<u>**NOTICE OF UPCOMING RULING**</u>

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

The Court is prepared to rule on the Defendants' pending motions to dismiss the *Butler* and

*Sinclair*[2] Complaints filed by the Recycler Plaintiffs. The Court assumes that the version of the

---

[1] Audi Aktiengesellschaft, Audi of America, LLC, BMW of North America, LLC, BMW Manufacturing Co., LLC, FCA US LLC, Ford Motor Company, General Motors Company, General Motors Holdings LLC, General Motors LLC, Honda Motor Co., Ltd., American Honda Motor Co., Inc., Honda R&D Co., Ltd, American Honda Motor Co., Inc., Mazda Motor Corporation, Mazda Motor of America, Inc., Mercedes-Benz USA, LLC, Daimler AG, Nissan Motor Co., Ltd., Nissan North America, Inc., Fuji Heavy Industries, Ltd. *n/k/a* Subaru of America, Inc., Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Volkswagen Aktiengesellschaft, Volkswagen Group of America.

[2] The Court previously severed the claims asserted against Ford Motor Company by the Automotive Recycler Plaintiffs in the *Sinclair* Complaint (D.E. 2670), and consolidated them for pretrial purposes with the claims asserted against all other defendants in the *Butler* Complaint (D.E. 2781).

*Butler* complaint that is filed on the docket (D.E. 2781) is the operative version of the complaint, despite the redacted material. **Should the Plaintiffs believe the redacted material would change the Court's ruling, they are ordered to file an unredacted version of the complaint by November 30th.** Otherwise, the Court will rule based on what is presently filed on the docket.

**DONE AND ORDERED** in Chambers at Miami, Florida, this /9 of November 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

- 2 -