UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-02599-MD-MORENO
Economic Loss No. 14-24009-CV-MORENO

IN RE

**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

_____/

STEPHANIE PUHALLA, *et. al.*,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.

MERCEDES-BENZ USA, LLC,
AUDI OF AMERICA, LLC, and
VOLKSWAGEN GROUP OF AMERICA,

      Defendants.

_____/

DAVID WHITAKER, *et. al.*, individually
and on behalf of all others similarly situated,

      Plaintiffs,

v.

GENERAL MOTORS LLC,
GENERAL MOTORS COMPANY, and
GENERAL MOTORS HOLDINGS LLC,

      Defendants.

_____/

BRIDGET BOYD, *et. al.*, individually and
on behalf of all others similarly situated,

      Plaintiffs,

v.

FCA US LLC,

      Defendant.

_____/

**ORDER DENYING MOTION TO APPOINT SPECIAL MASTER**

THIS CAUSE came before the Court upon Plaintiffs' Motion to Appoint a Special Master (D.E. 3960) filed on March 3, 2021. The Court has considered the motion, the response, the reply, oral argument, and pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **denied** as follows:

Plaintiffs' Motion for a Special Master is **DENIED** for the reasons stated in open court. In lieu of a Special Master, the Court will host monthly phone conferences beginning on April 20th at 10:30 AM Eastern Standard Time. On the Friday before the Tuesday of each conference, any party that has a discovery matter they would like the Court to hear shall submit it in writing by 5:00 PM. Any party that wishes to respond shall do so by noon on the Monday before the conference.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 of March 2021.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record