UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No.: 15-MD-02599-MORENO
S.D. Fla. Case No. 1:14-cv-24009-MORENO

IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ECONOMIC LOSS TRACK CASES AGAINST GENERAL MOTORS, LLC

**DECLARATION OF PETER PRIETO
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

PETER PRIETO declares as follows:

1. I am Chair Lead Counsel for the Plaintiffs in these coordinated proceedings against General Motors, LLC. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification. Based on personal knowledge of the matters stated herein, I could and would testify competently to them if called upon to do so.

2. Attached hereto are true and correct copies of the following documents:

| Exhibit | Document |
|---|---|
| 1 | GM Responses to First RFA |
| 2 | GM-MDL2599-001461886—To Be Filed Under Seal |
| 3 | Avery Deposition—To Be Filed Under Seal |
| 4 | Exemplar Monroney Labels (including Exhibits 3-5 and 14-37 to Avery Deposition) |
| 5 | GM-MDL2599-001479615—To Be Filed Under Seal |

| | | |
|---|---|---|
| 6 | 2011 Chevrolet Tahoe Buyer's Guide -- https://www.auto-brochures.com/makes/Chevrolet/Tahoe/Chevrolet_US%20Tahoe_2011.pdf | |
| 7 | 2010 GMC Sierra Brochure -- See https://www.auto-brochures.com/makes/GMC/Sierra/GMC_US%20Sierra_2010.pdf. | |
| 8 | Marketing 30(b)(6) Deponent—To Be Filed Under Seal | |
| 9 | May 18, 2015 DIR (NHTSA 15E-040) | |
| 10 | May 18, 2015 DIR (NHTSA 15E-041) | |
| 11 | May 18, 2015 DIR (NHTSA 15E-042) | |
| 12 | May 18, 2015 DIR (NHTSA 15E-043) | |
| 13 | General Motors LLC's First Petition For Inconsequentiality | |
| 14 | May 4, 2016 NHTSA Amendment to November 3, 2015 Consent Order | |
| 15 | Oct. 20, 2017, NHTSA 16V-063 Part 573 Safety Recall Report | |
| 16 | Oct. 20, 2017 NHTSA 15V-324 Part 573 Safety Recall Report | |
| 17 | NHTSA's Denial of GM's Consolidated Petition for Decision of Inconsequential Defect. 85 F.R. 229 at 76161 (Nov. 27, 2020) | |
| 18 | 2020 Blomquist Report | |
| 19 | Renz Deposition Transcript—To Be Filed Under Seal | |
| 20 | Baglini Deposition Transcript—To Be Filed Under Seal | |
| 21 | Hanks Deposition Transcript—To Be Filed Under Seal | |
| 22 | Wardle Deposition Transcript—To Be Filed Under Seal | |
| 23 | Oxley Rebuttal Report—To Be Filed Under Seal | |
| 24 | Stram Deposition Transcript—To Be Filed Under Seal | |
| 25 | USCAR Specification Draft (Exhibit 10 to Stram Deposition) | |

| | | |
|---|---|---|
| 26 | GM-MDL2599-000432899—To Be Filed Under Seal | |
| 27 | GM-MDL2599-000432988—To Be Filed Under Seal | |
| 28 | FORDTK 00000034331—To Be Filed Under Seal | |
| 29 | TKH-MDL-0000163537—To Be Filed Under Seal | |
| 30 | Knowlden 7/14/20 Deposition Transcript—To Be Filed Under Seal | |
| 31 | GM-MDL2599-001345668—To Be Filed Under Seal | |
| 32 | USCAR Inflator Technical Specifications and Validation, SAE International, issued 2004-06 | |
| 33 | Raju Dhoop 8/6/21 Deposition Transcript—To Be Filed Under Seal | |
| 34 | TKPOD00936967—To Be Filed Under Seal | |
| 35 | TKH-MDL-0002691662—To Be Filed Under Seal | |
| 36 | TKH-MDL-0002691663—To Be Filed Under Seal | |
| 37 | TKPOD00257157—To Be Filed Under Seal | |
| 38 | TKH-MDL-0003983823—To Be Filed Under Seal | |
| 39 | GM-MDL2599-000785935—To Be Filed Under Seal | |
| 40 | TKH-MDL-0005012524—To Be Filed Under Seal | |
| 41 | GM-MDL2599-000178918—To Be Filed Under Seal | |
| 42 | Bowser Deposition Transcript—To Be Filed Under Seal | |
| 43 | TKPOD00257901—To Be Filed Under Seal | |
| 44 | TKH-MDL-0001810229—To Be Filed Under Seal | |
| 45 | TKH-MDL-0001803527—To Be Filed Under Seal | |
| 46 | TKPOD00258352—To Be Filed Under Seal | |
| 47 | TKPOD00681626—To Be Filed Under Seal | |
| 48 | TKH-MDL-0001809709—To Be Filed Under Seal | |
| 49 | TKH-MDL-0001852837—To Be Filed Under Seal | |

| | |
|---|---|
| 50 | TKH-MDL-0001853642—To Be Filed Under Seal |
| 51 | TKPOD00749232—To Be Filed Under Seal |
| 52 | GM-MDL2599-001480568—To Be Filed Under Seal |
| 53 | GM-MDL2599-001490711—To Be Filed Under Seal |
| 54 | TKH-MDL-0001621331—To Be Filed Under Seal |
| 55 | TKH-MDL-0004704418—To Be Filed Under Seal |
| 56 | TKPOD00422200—To Be Filed Under Seal |
| 57 | TKH-MDL-0003984107—To Be Filed Under Seal |
| 58 | FORDTK 00000070468—To Be Filed Under Seal |
| 59 | GM-MDL2599-000506624—To Be Filed Under Seal |
| 60 | GM-MDL2599-000586855—To Be Filed Under Seal |
| 61 | Whitaker CarFax—To Be Filed Under Seal |
| 62 | Whitaker Deposition Transcript—To Be Filed Under Seal |
| 63 | Whitaker Declaration—To Be Filed Under Seal |
| 64 | Brugaletta Deposition Transcript—To Be Filed Under Seal |
| 65 | Condon Declaration—To Be Filed Under Seal |
| 66 | Cox Deposition Transcript—To Be Filed Under Seal |
| 67 | Dominick Deposition Transcript—To Be Filed Under Seal |
| 68 | Fugazzi Deposition Transcript—To Be Filed Under Seal |
| 69 | Giddings Deposition Transcript—To Be Filed Under Seal |
| 70 | Gross Deposition Transcript—To Be Filed Under Seal |
| 71 | Holmes Declaration—To Be Filed Under Seal |
| 72 | Hughes-Cox Deposition Transcript—To Be Filed Under Seal |
| 73 | Jacobs Deposition Transcript—To Be Filed Under Seal |

| | | |
|---|---|---|
| 74 | Karu Deposition Transcript—To Be Filed Under Seal |
| 75 | Keen Deposition Transcript—To Be Filed Under Seal |
| 76 | Lodge Deposition Transcript—To Be Filed Under Seal |
| 77 | McFarland Deposition Transcript—To Be Filed Under Seal |
| 78 | Morgan Deposition Transcript—To Be Filed Under Seal |
| 79 | Muehl Deposition Transcript—To Be Filed Under Seal |
| 80 | Nemes Jr. Deposition Transcript—To Be Filed Under Seal |
| 81 | Paleno Deposition Transcript—To Be Filed Under Seal |
| 82 | Riojas Deposition Transcript—To Be Filed Under Seal |
| 83 | Rivers Deposition Transcript—To Be Filed Under Seal |
| 84 | Sibley Deposition Transcript—To Be Filed Under Seal |
| 85 | Whitaker Deposition Transcript—To Be Filed Under Seal |
| 86 | Willis Deposition Transcript—To Be Filed Under Seal |
| 87 | Law Firms Resumes |
| 88 | Dr. Dubé Report |
| 89 | GM-MDL2599-001467943—To Be Filed Under Seal |
| 90 | GM-MDL2599-001460356—To Be Filed Under Seal |
| 91 | GM-MDL2599-001461886—To Be Filed Under Seal |

3. Attached to Appendix B submitted in support of Plaintiffs' motion are true and correct copies of the documents described in Appendix B.

I declare under penalty of perjury of the laws of Florida and the United States that the foregoing is true and correct, and that this declaration was executed in Miami, Florida on March 16, 2022.

/s/ Peter Prieto
Peter Prieto