**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION** | MDL No. 2599<br><br>Master File No. 15-MD-02599-MORENO |
| This Document Relates to All Economic Loss Cases | S.D. Fla. Case No. 1:14-cv-24009-MORENO (Economic Loss Track) |

## ORDER GRANTING JOINT MOTION TO EXTEND REMAINING PRETRIAL DEADLINES FOR CONSUMER CLAIMS AND MODIFYING THE SCHEDULING ORDER

THIS CAUSE came before the Court on the Parties' Joint Motion to Extend Pretrial Deadlines for Consumer Claims and Modifying the Scheduling Order **(D.E. 4216 in 15-02599, 1910 in 14-24009)** filed on **April 6, 2022.**

THIS COURT has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that for good cause shown the Motion is **GRANTED.**

THIS COURT issues this Amended Scheduling Order in accordance with Local Rule 16.1. The Parties shall comply with the following deadlines:

| Event | Date |
|---|---|
| Deadline for filing oppositions to Motions for Summary Judgment, Motions for Class Certification, and *Daubert* Motions | April 25, 2022 |
| Deadline for filing replies to Motions for Summary Judgment, Motions for Class Certification, and *Daubert* Motions | May 16, 2022 |
| Deadline for filing of all Pretrial Motions (including Motions in Limine) | May 31, 2022 |
| Mediation must be completed no later than | April 29, 2022 |
| Trial to be set by the Transferor District Court (assuming summary judgment has not disposed of the case) | To Be Determined |

DONE AND ORDERED in Chambers at Miami, Florida, this 13ᵗʰ of April 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE


Copies furnished to:

All Counsel of
Record