# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**IN RE TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**

THIS DOCUMENT RELATES TO ECONOMIC LOSS TRACK CASES:

MDL No. 2599
Master File No. 15-MD-02599-FAM
S.D. Fla. Case No. 1:14CV-24009-FAM

---

**Expedited Motion:** Ruling Needed By October 14, 2022

Pursuant to L.R. 7.1(d), an expedited ruling is needed by October 14, 2022 because the current deadline for filing responses to motions *in limine* is rapidly approaching on October 18, 2022. As such, delayed resolution of this joint motion will materially affect the Parties' ability to meet the current deadline.

---

## JOINT EXPEDITED MOTION TO MODIFY BRIEFING SCHEDULE FOR MOTIONS *IN LIMINE*

Plaintiffs and Defendants jointly and respectfully request that the Court modify the briefing schedule for the Parties' motions in *limine* by providing the Parties with one additional week to prepare their responses and replies. In support, the Parties assert:

1. On October 4, 2022, the Parties filed 24 motions in *limine* in total. (ECF Nos. 4379; 4380; 4382; 4384; 4386; 4388; 4389; 4390; 4392; 4393; 4395; 4397; 4398; 4399; 4400; 4401; 4402; 4404; 4405; 4406; 4407; 4408; 4409; 4410.)

2. Under the current, default briefing schedule, responses to all 24 motions will be on October 18, and replies will be due one week later, on October 25.

3. Given the large number of motions at issue, the Parties respectfully submit that an additional week is necessary to adequately prepare their responses and replies, and to coordinate in an effort to attempt to narrow disputes.

4.     The Parties therefore respectfully request that the Court modify the briefing schedule for the Parties' motions *in limine* by providing the Parties an additional week to prepare their responses and replies.  Under this modified briefing schedule, responses to the motions *in limine* would be due on October 25, 2022, and replies would be due on November 8, 2022.

5.     As explained, good cause exists for this request, which will not prejudice any party or require any other modifications of the case schedule.

WHEREFORE, the Parties respectfully request that the Court modify the briefing schedule for motions *in limine* such that responses will be due on October 25, 2022, and replies will be due on November 8, 2022.

Dated: October 13, 2022

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
John Gravante (FBN 617113)
Matthew P. Weinshall (FBN 84783)
Alissa Del Riego (FBN 99742)
SunTrust International Center
One S.E. Third Ave., Suite 2300
Miami, Florida 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
Email:  pprieto@podhurst.com
         apodhurst@podhurst.com
         srosenthal@podhurst.com
         jgravante@podhurst.com
         mweinshall@podhurst.com
         adelriego@podhurst.com

*Chair Lead Counsel for Plaintiffs*

| | |
|---|---|
| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **SMITH LACIEN LLP**<br>Todd A. Smith<br>tsmith@smithlacien.com<br>70 W Madison St Suite 5770,<br>Chicago, IL 60602<br>(312) 509-8900<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel:  (914) 749-8200<br>Fax:  (914) 749-8300<br>Email:  dboies@bsfllp.com<br>            mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>James Lee (Fla. Bar No.: 67558)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel:  (305) 539-8400<br>Fax:  (305) 539-1307<br>Email:  szack@bsfllp.com<br>            mheise@bsfllp.com<br><br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>Phong-Chau Gia Nguyen<br>pgnguyen@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T:     415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br>*Plaintiffs' Steering Committee* |

| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC** <br> James E. Cecchi <br> jcecchi@carellabyrne.com <br> 5 Becker Farm Road <br> Roseland, NJ 07068-1739 <br> T: 973 994-1700 <br> f: 973 994-1744 <br><br> *Plaintiffs' Steering Committee* | **BARON & BUDD, PC** <br> Roland Tellis <br> rtellis@baronbudd.com <br> David Fernandes <br> dfernandes@bardonbudd.com <br> Mark Pifko <br> mpifko@baronbudd.com <br> 15910 Ventura Blvd., <br> Suite 1600 <br> Encino, CA 91436 <br> T: 818-839-2333 <br><br> J. Burton LeBlanc <br> 9015 Bluebonnet Blvd. <br> Baton Rouge, LA 70810 <br> T: 225-761-6463 <br><br> *Plaintiffs' Steering Committee* |
|---|---|

| | |
|---|---|
| Scott M. Sarason<br>Florida Bar No. 0394718<br>ssarason@rumberger.com<br>**RUMBERGER KIRK & CALDWELL**<br>Brickell City Tower, Suite 3000<br>80 Southwest 8th Street<br>Miami, Florida 33130<br>Tel: (305) 995-5422<br>Fax: (786) 536-3446<br><br>John E. Berg (*pro hac vice*)<br>Jay M. Berger (*pro hac vice*)<br>**CLARK HILL PLC**<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, MI 48226<br>Email: jberg@clarkhill.com<br>Email: jberger@clarkhill.com<br><br>Daniel T. Graham (*pro hac vice*)<br>Michael P. Croghan (*pro hac vice*)<br>Jeffrey M. Sniadanko (*pro hac vice*)<br>**CLARK HILL PLC**<br>130 E. Randolph Street Suite 3900<br>Chicago, IL 60601<br>Email: dgraham@clarkhill.com<br>Email: mcroghan@clarkhill.com<br>Email: jsniadanko@clarkhill.com<br><br>*Counsel for FCA US LLC* | Raoul G. Cantero<br>(Florida Bar No. 552356)<br>rcantero@whitecase.com<br>Jaime A. Bianchi<br>(Florida Bar No. 908533)<br>jbianchi@whitecase.com<br>**WHITE & CASE LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br><br>and:<br><br>/s/ Eric Knapp<br>Troy M. Yoshino (admitted pro hac vice)<br>troy.yoshino@squirepb.com<br>Eric Knapp (admitted pro hac vice)<br>eric.knapp@squirepb.com<br>**SQUIRE PATTON BOGGS (US) LLP**<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br><br>*Counsel for Mercedes-Benz USA, LLC* |

| | |
|---|---|
| Renee D. Smith (pro hac vice)<br>renee.smith@kirkland.com<br>R. Allan Pixton (pro hac vice)<br>allan.pixton@kirkland.com<br>Sam Ikard (pro hac vice)<br>sam.ikard@kirkland.com<br>Nadia Abramson<br>Florida Bar No. 121763<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, IL 60654-3406<br>Telephone: 312 862-2000<br><br><br>Laurie M. Riley, Esq.<br>Florida Bar No. 657751<br>lriley@joneswalker.com<br>**JONES WALKER LLP**<br>201 South Biscayne Boulevard, Suite 2600<br>Miami, FL 33131<br>T: 305 679-5728<br>F: 305 679-5818<br><br>*Attorneys for Defendants General Motors Company, General Motors Holdings LLC, and General Motors LLC* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF and served on all counsel of record via electronic notices generated by CM/ECF on October 13, 2022.

By: */s/ Peter Prieto*
Peter Prieto