UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No.: 15-MD-02599-MORENO
S.D. Fla. Case No. 1:14-cv-24009-MORENO

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: ECONOMIC LOSS TRACK CASES AGAINST GENERAL MOTORS, LLC AND MERCEDES-BENZ USA, LLC | |

## **SECONDARY ORDER REQUIRING BRIEFING AND SCHEDULING HEARING ON THE PREDOMINANCE REQUIREMENT OF RULE 23 (b)(3)**

This CAUSE came before the Court upon a *sua sponte* review of the record. As outlined in this Court's Order Requiring Briefing and Scheduling Hearing on the Predominance Requirement of Rule 23 (b)(3) (the "Order"), the Court will hold oral argument on **August 8, 2023, at 10:30 a.m.** to address (1) whether Georgia law permits the use of a class-wide presumption or inference of reliance; (2) if so, under what circumstances may the reliance element be presumed; and (3) if the Court agrees that Georgia law requires individualized reliance, what remains of the case?

Because these issues impact the cases brought against Defendants General Motors, LLC and Mercedes-Benz USA, LLC, Defendants shall file briefs addressing these issues in accordance with the briefing schedule outlined in the Court's Order. And Defendants shall also prepare to address these issues at the Court's hearing on **August 8, 2023 at 10:30 a.m.**

DONE AND ORDERED in Chambers in Miami, Florida this 11th day of July 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record