UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| IN RE:<br><br>**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to *Whitaker et al. v. General Motors Co. et al.* | MDL No. 2599<br><br>Master File No. 15-MD-2599-MORENO<br><br>S.D. Fla. Case No. 1:14-CV-24009-FAM (Economic Loss Track) |

**DEFENDANT GENERAL MOTORS LLC'S NOTICE
OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
ITS MOTIONS FOR SUMMARY JUDGMENT**

Dated: July 28 2023

Laurie M. Riley, Esq. (FL Bar No. 657751)
JONES WALKER LLP
201 South Biscayne Boulevard, Ste. 3000
Miami, FL 33131
Telephone: (305) 679-5728
Facsimile: (305) 679-5710
Email: lriley@joneswalker.com

Sam Ikard (*pro hac vice*)
MCAFEE & TAFT
211 N. Robinson Ave., 8th Floor
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Email: sam.ikard@mcafeetaft.com

Renee D. Smith (*pro hac vice*)
Nadia Abramson (FL Bar No. 121763)
KIRKLAND & ELLIS LLP
300 North LaSalle St.
Chicago, IL 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: renee.smith@kirkland.com
         nadia.abramson@kirkland.com

R. Allan Pixton (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Ste 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Email: allanpixton@quinnemanuel.com

*Attorneys for Defendants General Motors Company, General Motors Holdings LLC,
and General Motors LLC*

The decision in *Solak v. Ford Motor Co.*, --- F. Supp. 3d ---, 2023 WL 4628456 (E.D. Mich. July 19, 2023) (attached as Exhibit 1), is additional authority supporting GM's summary judgment motions. D.E. 4489 at 7-8; D.E. 4542 at 6.

The *Solak* plaintiffs alleged they overpaid for Ford trucks equipped with allegedly defective airbags. 2023 WL 4628456, at *3. The court dismissed the entire case as prudentially moot, because Ford initiated a NHTSA-coordinated safety recall offering to "repair the vehicles free of charge." *Id.* at *1. The court rejected plaintiffs' argument that "the recall does not moot the claims for money damages." *Id.* at *4. Relying on *Hadley*, *Pacheco*, and *Sharp*, the court agreed the recall prudentially mooted any cognizable injury, both because it would remedy "the *very same* defect" upon which plaintiffs' damages claims were based and because "the cost of repairing a defect is the generally accepted measure of overpayment damages." *Id.* at *5. The application of prudential mootness here is even stronger, where the mature record confirms that GM's free repair is effective and available to any plaintiff. *Solak* confirms the entire case should be dismissed as prudentially moot. *See also* D.E. 4611, 4594, 4428.

Dated: July 28, 2023                                              Respectfully submitted,

<u>/s/Laurie M. Riley</u>                                                     <u>/s/Nadia Abramson</u>
Laurie M. Riley, Esq. (FL Bar No. 657751)         Renee D. Smith (*pro hac vice*)
JONES WALKER LLP                                              Nadia Abramson (FL Bar No. 121763)
201 South Biscayne Boulevard, Suite 3000      KIRKLAND & ELLIS LLP
Miami, FL 33131                                                     300 North LaSalle St.
Telephone: (305) 679-5728                                   Chicago, IL 60654-3406
Facsimile: (305) 679-5710                                     Telephone: (312) 862-2000
Email: lriley@joneswalker.com                           Facsimile: (312) 862-2200
                                                                               Email: renee.smith@kirkland.com
                                                                                          nadia.abramson@kirkland.com
R. Allan Pixton (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Ste 2700                             Sam Ikard (*pro hac vice*)
Chicago, IL 60606                                                   MCAFEE & TAFT
Telephone: (312) 705-7400                                   211 N. Robinson Ave., 8th Floor
Facsimile: (312) 705-7401                                     Oklahoma City, OK 73102
Email: allanpixton@quinnemanuel.com            Telephone: (405) 235-9621
                                                                               Facsimile: (405) 235-0439
                                                                               Email: sam.ikard@mcafeetaft.com

                                                                               *Attorneys for Defendants General Motors*
                                                                               *Company, General Motors Holdings LLC,*
                                                                               *and General Motors LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I electronically filed the foregoing Notice using the CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action.

By: */s/Nadia Abramson*