UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates to All Economic Loss Class Actions and:<br><br>STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MERCEDES-BENZ USA, LLC<br><br>　　　　　Defendant. | MDL No. 2599<br><br>Master File No. 15-MD- 2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**NOTICE OF DEFENDANT MERCEDES-BENZ USA, LLC's JOINDER IN GENERAL MOTORS LLC'S AND FCA US LLC'S NOTICES OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Raoul G. Cantero
Jaime A. Bianchi
WHITE & CASE LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino
Eric J. Knapp
WINSTON & STRAWN LLP
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

## NOTICE OF JOINDER

Defendant Mercedes-Benz USA, LLC ("MBUSA") hereby joins and incorporates by reference the arguments and authorities set forth in defendant General Motors LLC's ("GM") *Notice of Supplemental Authority in Support of its Motions for Summary Judgment* (D.E. 4675) and defendant FCA US LLC's ("FCA") *Notice of Supplemental Authority* (D.E. 4677).

For the reasons set forth in GM's and FCA's notice of supplemental authority,[1] as well as those in MBUSA's summary judgment motions (D.E. 4495; D.E. 4546), the Court should grant summary judgment in MBUSA's favor because the free and effective replacement airbag offered through MBUSA's NHTSA-coordinated recall program adequately remedied the alleged defect and moots plaintiffs' claims.

Dated: July 28, 2023

Respectfully submitted,

 */s/ Raoul G. Cantero*
Raoul G. Cantero (Florida Bar No. 552356)
raoul.cantero@whitecase.com
Jaime A. Bianchi (Florida Bar No. 908533)
jbianchi@whitecase.com
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino (*admitted pro hac vice*)
TYoshino@winston.com
EKnapp@winston.com (*admitted pro hac vice*)
**WINSTON & STRAWN LLP**
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

---

[1] *See Solak v. Ford Motor Co.*, --- F. Supp. 3d ---, 2023 WL 4628456 (E.D. Mich. July 19, 2023).

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Raoul G. Cantero*
Raoul G. Cantero