# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO** Presiding

Case No. 15-2599-MD-MORENO    Date: November 3, 2023

Clerk: **Shirley Christie**    Reporter: **Gilda Pastor-Hernandez**

**In Re: Takata Airbag Products Liability Litigation**

Reason for hearing: **Fairness Hearing**

TIME: 15 minutes