**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**MDL No. 2599
Master File No.: 15-MD-02599-MORENO
S.D. Fla. Case No. 15-cv-20664-MORENO
S.D. Fla. Case No. 14-cv-MORENO**

| | |
|---|---|
| In re | ) |
| | ) |
| **TAKATA AIRBAG PRODUCT LIABILITY** | ) |
| **LITIGATION** | ) |
| | ) |
| | ) |
| _____ | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| ALL CASES | ) |
| | ) |
| | ) |

<u>**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS**</u>

Siobhan E. P. Grant, Esq., of the law firm of Hinshaw & Culbertson LLP, notifies all parties

that she is appearing as counsel in this action on behalf of  VERISTAR, LLC.

All parties are requested to forward copies of all pleadings and other pertinent forms and

correspondence to Siobhan E.P. Grant, Esquire, at the address and e-mail listed below.

**HINSHAW & CULBERTON LLP**
2811 Ponce de Leon Blvd.
Suite 1000, 10th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063

**Primary Email Address:**     sgrant@hinshawlaw.com
**Secondary Email Address:** lleon@hinshawlaw.com
**Secondary Email Address:** kcongdon@hinshawlaw.com

HINSHAW & CULBERTSON LLP

*/s/ Siobhan E. P. Grant*
**SIOBHAN E. P. GRANT**
Florida Bar No. 68892
Primary: sgrant@hinshawlaw.com
Secondary: lleon@hinshawlaw.com
kcongdon@hinshawlaw.com
Hinshaw & Culbertson
2811 Ponce de Leon Blvd.
Suite 1000,  10th Floor
Coral Gables, FL 33134
Tel: 305-358-7747 / Fax: 305-577-1063
*Attorneys for Veristar, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*Siobhan E. P. Grant*
Siobhan E. P. Grant
Florida Bar No. 68892
sgrant@hinshawlaw.com