IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

MDL No. 2599

Master File No. 15-MD-02599-FAM

This Document Relates to:
*All Cases*

## MOTION TO WITHDRAW AS ATTORNEY

COMES NOW, Courtney M. King of the law firm of McDonald Toole Wiggins, P.A., and hereby gives notice of withdrawal from electronic service in the above captioned cases and as specifically identified below.

*Hallman v. Ford, et al.*, Case No. 18cv21041 – The undersigned served as counsel for Walker Ford. This matter was transferred out of the MDL and closed on June 26, 2018.

Based on the foregoing, the undersigned seeks withdrawal from electronic service in the MDL docket. The undersigned is not counsel of record for any other cases currently pending in the MDL.

DATED: March 5, 2024                    Respectfully submitted,

                                        */s/ Courtney M. King*
                                        COURTNEY M. KING, ESQ.
                                        Florida Bar No. 0069389
                                        MCDONALD TOOLE WIGGINS, P.A.
                                        111 N. Magnolia Avenue, Suite 1200
                                        Orlando, FL 32801
                                        Telephone: (407) 246-1800
                                        Facsimile: (407) 246-1895
                                        cking@mtwlegal.com
                                        *Attorney for Defendant, Ford Motor Company and Walker Ford*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Courtney M. King*
COURTNEY M. KING, ESQ.
Florida Bar No. 0069389
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
cking@mtwlegal.com
e.service@mtwlegal.com
*Attorneys for Defendant, Ford Motor Company*