UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Master File No.: 15-MD-02599-MORENO

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ALL CASES

## ORDER GRANTING ARC LEADERSHIP'S MOTION FOR RELIEF FROM THE COURT ORDER AUTHORIZING DESTRUCTION OF CERTAIN HARD DRIVES

THIS CAUSE came before the Court upon the ARC Leadership's Motion to Intervene and for Relief from the Court Order Authorizing Destruction of Certain Hard Drives (**D.E. 4751**), filed on **January 9, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Motion for Relief from the Court Order Authorizing the Destruction of Certain Hard Drives is GRANTED. The Court grants the ARC Committee's request for partial relief under Rule 60 from this Court's Order authorizing the destruction of the Original Drives, to allow for the preservation, at the ARC Committee's expense, of the four specified hard drives that are likely to contain information that is both relevant and discoverable in the *ARC* litigation, but which may no longer be available from any other sources absent their preservation in this litigation.

DONE AND ORDERED in Chambers at Miami, Florida, this ___6___ of March 2024.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record