UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Master File No.: 15-MD-02599-MORENO

IN RE:

**TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**

This Document Relates to:
*All* Cases

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY BY COURTNEY M. KING

THIS CAUSE came before the Court upon a Motion to Withdraw as Attorney by Courtney M. King for Walker Ford Co. Inc. **(D.E. 4761)**, filed on **March 5, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is Granted.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of March 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record