UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No.: 15-MD-02599-MORENO**

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ECONOMIC LOSS TRACK CASES
AGAINST MERCEDES-BENZ USA, LLC

**ORDER TO SHOW CAUSE AND ORDER SETTING ORAL ARGUMENT**

THIS CAUSE came before the Court upon Plaintiff's Motion to Certify Class Against Defendant Mercedes-Benz USA, LLC (**D.E. 4610**) on **April 8, 2023**.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Defendant must file a pleading indicating why the Court should not maintain consistent rulings with its previous Orders Granting Class Certification in favor of Plaintiffs against Defendants FCA (**D.E. 4659**) on **June 20, 2023**, and General Motors (**D.E. 4689**) on **August 23, 2023**, respectively.[1] Defendant must file this pleading by **April 19, 2024**, and Plaintiffs must respond by **April 26, 2024**. Each pleading must not exceed 20 pages. The Court recognizes that the Defendant preserves all rights because it has fully briefed the issue. Further, it is

---

[1] The Court recognizes that Ralph Waldo Emerson once wrote, "A foolish consistency is the hobgoblin of little minds." The Defendants may agree with Emerson. Nevertheless, the Court requires the Defendant to specifically indicate the alleged "foolish mistake" that the Court has made—or what the difference is between the Mercedes-Benz case and that of FCA and GM.

**ADJUDGED** that oral argument on this matter shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **May 29, 2024, at 9:30 A.M**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___5th___ of April 2024.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record