UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: TAKATA AIRBAG PRODUCT      MDL NO. 2599
LIABILITY LITIGATION     Case NO. 15-MD-02599-MORENO

_____/

## NOTICE OF CHANGE OF ADDRESS

Pursuant to S.D. Fla. Local Rule 11.1(g), PLEASE TAKE NOTICE that the contact information for attorney Evan Ribot (admitted *pro hac vice*) has changed, effective as of April 17, 2024. Please update Evan Ribot's information on this matter and direct all future pleadings and correspondence as follows:

Evan Ribot
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Email: evan.ribot@kirkland.com
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

All future pleadings, notices, and correspondence pertaining to this action should be sent to the new address stated above. Please update all records and service lists.

Dated: April 22, 2024     Respectfully submitted,

By: */s/ Laurie M. Riley*
Laurie M. Riley, Esq. (FL Bar No. 657751)
Jones Walker LLP
201 South Biscayne Boulevard, Suite 3000
Miami, FL 33131
Telephone: (305) 679-5728
Facsimile: (305) 679-5710
Email: lriley@joneswalker.com
*Attorney for Defendants General Motors Company, General Motors Holding LLC, and General Motors LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Laurie M. Riley*
      Laurie M. Riley