UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION

MDL NO. 2599
Case NO. 15-MD-02599-MORENO

_____/

**NOTICE OF STRIKING NOTICE OF CHANGE OF ADDRESS (D.E. 4767)**

Pursuant to the Clerk's Notice (D.E. 4772), Defendants General Motors Company, General Motors Holdings LLC, and General Motors LLC hereby give notice of striking the Notice of Change of Address (D.E. 4767), and respectfully request that it be stricken from the docket. Pursuant to the Clerk's Notice, a corrected Notice of Change of Address will be filed on the docket separately.

Dated: April 22, 2024

Respectfully submitted,

By: */s/ Nadia Abramson*

Nadia Abramson (FL Bar No. 121763)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza, Chicago, IL 60654
Telephone: (312) 862-2484
Facsimile: (312) 862-2200
Email: nadia.abramson@kirkland.com

*Attorney for Defendants General Motors Company, General Motors Holdings LLC, and General Motors LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Nadia Abramson*
Nadia Abramson