UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION | MDL NO. 2599<br>Case NO. 15-MD-02599-MORENO |

_____/

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to S.D. Fla. Local Rule 11.1(g), PLEASE TAKE NOTICE that the contact information for attorney Nadia Abramson has changed, effective as of April 17, 2024. Please update Nadia Abramson's information on this matter and direct all future pleadings and correspondence as follows:

Nadia Abramson
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL  60654
Email: nadia.abramson@kirkland.com
Telephone: (312) 862-2484
Facsimile:  (312) 862-2200

All future pleadings, notices, and correspondence pertaining to this action should be sent to the new address stated above. Please update all records and service lists.

Dated: April 22, 2024

Respectfully submitted,

By: */s/ Nadia Abramson*
Nadia Abramson (FL Bar No. 121763)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza, Chicago, IL 60654
Telephone: (312) 862-2484
Facsimile: (312) 862-2200
Email: nadia.abramson@kirkland.com

*Attorney for Defendants General Motors Company, General Motors Holdings LLC, and General Motors LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Nadia Abramson*
Nadia Abramson