**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

MDL No. 2599
Master File No.: 15-MD-02599-MORENO

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ECONOMIC LOSS TRACK CASES

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO
EXTEND DEADLINE FOR RESPONSE TO MBUSA'S CLASS CERTIFICATION
BRIEF**

THIS CAUSE is before the Court upon Plaintiffs' April 23, 2024 Unopposed Motion to

Extend Deadline for Response to MBUSA's Class Certification Brief (the "Motion").  The Court

has carefully considered the Motion and is otherwise fully advised of the grounds for this Motion.

Accordingly, it is ORDERED AND ADJUDGED that the Motion is hereby GRANTED.

The deadline for Plaintiffs to file a response to MBUSA's class certification brief is extended to

May 1, 2024.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this _____ day

of_____, 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Cc: All counsel of record.