# EXHIBIT C

| | |
|---|---|
| **Subject:** | Aktualisiert: RE: Daimler CBU North America Weekly GN / BN Report |
| **Location:** | Telco |
| **Start:** | Tue 04/08/2014 1:10:00 PM |
| **End:** | Tue 04/08/2014 2:00:00 PM |
| **Required Attendees:** | Martinez Jose; Bahmer Stefan; Abel, Stefan; Besprechungszimmer W01 Jundiai; Reher, Uwe |

Hallo,

wie vorangekündigt, anbei Einladung, um Themen unten zu besprechen.

Gruß
José

........................................................................................................................
An Onlinebesprechung teilnehmen <https://meet.eu.takata.com/jose.martinez/7Y16G3X4>
https://meet.eu.takata.com/jose.martinez/7Y16G3X4

Per Telefon teilnehmen
+49 6021 65 690000
+81 34 5209751
Lokale Rufnummer suchen <https://dialin.eu.takata.com>

Konferenzkennung: 831527

PIN für Einwahl vergessen? <https://dialin.eu.takata.com> | Erste Onlinebesprechung? <http://w01ablyam01.eu.takatacorp.com/help/#>
[!OC([0407])!]
........................................................................................................................


------------
Von: Martinez Jose
Gesendet: Dienstag, 1. April 2014 11:18
An: Reher, Uwe
Cc: Bahmer Stefan; Abel, Stefan
Betreff: RE: Daimler CBU North America Weekly GN / BN Report

Hallo Uwe,


zunächst Mal danke für die ausführliche Antwort. Zu einigen allg. Problemen habe ich unten Anmerkungen gemacht.

Gruß

José

From: Reher, Uwe
Sent: Monday, March 31, 2014 9:40 PM
To: Martinez Jose
Cc: Bahmer Stefan; Abel, Stefan
Subject: RE: Daimler CBU North America Weekly GN / BN Report

Hallo Jose,

Anbei sind die Besuchsberichte aus Torreon und Monterrey.

Wir haben uns schlichtweg blamiert !

Es ist sehr deutlich geworden, daß die Kommunikation zwischen TKAG and TKH nicht funktioniert. Das betrifft sowohl Engineering, als auch Produktion und Qualitätsplanung.

Hier die konkreten Probleme:

DAB

1) Die Generatorträgerzeichnung 307873210 wurde am 20.9.2013 mit dem Index AD5 ausgegeben. Weder im EO 3002292-BQ, noch in der Änderungsbeschreibung auf der Zeichnung findet sich irgendein Hinweis, daß das bisher vorhandene Loch für die Adaptivität geschlossen wurde. Außerdem wurde Torreon im EO nicht als betroffenes Werk aufgenommen. Da niemand in Auburn Hills oder in Torreon von dieser Änderung informiert wurde, ist die Werkzeugänderung nicht eingeleitet worden.

Das darf natürlich nicht sein, bei den EOs müßtet Ihr im Info-Loop sein.

2) Das Erdungskabel und dessen Steckkontakt am Generator stehen zu weit ab. Die Zeichnung hat zwar ein Maß von 11 -3 mm für den Überstand des Steckkontaktes. Das Erdungskabel ist jedoch so dargestellt, als ob es über dieses Maß heraussteht. Laut Herrn Schade wird bei TKAG der Steckkontakt und das Erdungskabel soweit nach unten gedrückt, daß sie unterhalb der zwei gelben Generatorstecker liegen. Dies war jedoch niemandem in Torreon bekannt. Außerdem ist das Maß kein Prüfmerkmal.

Das ist schon in der V2 so gewesen. Die Darstellung ist bedingt durch die CAD Modelle, es gibt nicht den

Case 1:15-md-02599-FAM CONFIDENTIAL - PSAN Data - Outside Counsel Eyes Only Page 4 of 9
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)
TKPSAN0019001

PSDI-X mit gedrückter Lasche. Daß es kein Prüfmerkmal ist, bedeutet nicht, daß es nicht eingehalten werden muß.

3) In der letzten Lieferung von TKAG hatten 14 der bestellten 25 braunen Kappen den alten Index AD. Die lackierte Kappe weist zwar ein maschinenlesbares Data-Matrix-Label auf. Dieses Label kennzeichnet jedoch nur die lackierte Kappe, nicht jedoch den Zusammenbau Kappe mit Emblem. Außerdem enthält das Data-Matrix-Label, nach Aussage der Fertigung in Torreon, nur die Sachnummer, aber nicht den Index. Damit ist eine eindeutige Erkennung an der DAB Montagelinie nicht möglich. Hier wäre ein zweites Barcode-Label mit der Teilenummer des Zusammenbaus hilfreich und notwendig.

Das ist nicht richtig. Data-Matrix-Barcode beinhaltet die volle Teilenummer, d.h. Teileindex ist dabei. Was natürlich möglich wäre ist, daß die Anlage in Mexico den Index nicht liest. Das ist aber nicht richtig, die Anlage muß umprogrammiert werden.

4) Die Kartons mit den montierten Kappen von TKAG tragen einen Aufkleber, das sogenannte Masterlabel. Die darauf gezeigte Sachnummer ist für die montierte Kappe inklusive Verpackung. Die Dokumente der Wareneingangskontrolle sind jedoch für die montierte Kappe. Ein Label für diese Sachnummer ist weder auf den Kartons, noch auf den Kappen vorhanden. Eine Rückverfolgung ist nicht garantiert.

Welche Rückverfolgung ist nicht garantiert? Bei Takata(-Petri) ist (leider) so, daß die Verpackungsstufe mit in die Teilenummer implementiert ist. Die Stamm-Teilenummer (inkl. Index) bleibt aber doch gleich. Hinzu kommt, daß wenn sowas zu Probleme führt, daß man nicht vorher fragt.

5) Herr Schade hat gefragt, ob in Torreon Farbmessungen an den Kappen durchgeführt werden, oder ob sie sich darauf verlassen, daß TKAG dies macht. Torreon hat die technischen Möglichkeiten, aber es ist nicht im Inspection Standard gefordert. Und wie die Farb- und Glanzmessungen durchzuführen sind, ist nicht definiert. Außerdem sind keine Farburmuster und Grenzmuster in Torreon vorhanden.

Farb- und Glanzgradmessung ist immer ein Thema. Das es nicht im Kontrollplan ist, verstehe ich nicht. Oder prüft Torreon nie die Farbe? Weder von Eigenfertigung noch Zulieferteile? Wir (TAKATA) haben doch selber Festlegungen, wie oft welche Teile geprüft werden und wann skip-lot gemacht werden kann. Zu diesen Thema habe ich übrigens gerade vor meinem Besuch im letzten Jahr sehr viel Druck gemacht, daß solche Sachen im Wareneingangsbereich geprüft wird. Gilt für Torreon genauso.

6) Für die montierten Kappen gibt es noch keinen Grenzmusterkatalog, der zulässige und unzulässige Fehler an den Kappen, an den Emblemen und an den Verschweißungen definieren.

Wurde der Bedarf schon bei uns gemeldet?

7) Laut Herrn Heiss und Herrn Schade schreibt Daimler einen Außendurchmesser des Luftsacks von 720 mm vor. Unsere Zeichnung zeigt dagegen 715 mm.

Diese Aussage ist uns auch bekannt, allerdings ist das im LH nicht enthalten.

8) Beim Vernähen des Luftsackoberteils mit dem Unterteil kann es zu Ausrichtungsfehlern kommen, sowohl Verdrehungen, als auch Verschiebungen. Dazu gibt es keinen Erfahrungsaustausch zwischen den Werken.

Müssen wir uns klug machen. Alle Werke fertigen nach dem gleichen Zeichnungssatz.

9) Keines der Einzelteile, aus dem der Luftsack zusammengenäht wird, ist mit Sachnummern gekennzeichnet. Das Vertauschen durch die Werker kann nicht ausgeschlossen werden. Ist das in Europa genauso ?

Ja, ist auch so. Ist aber schon traurig, daß ein Werk nicht erklären kann, wie er die Produktion seiner Produkte sicher stellt.

10) Beim Verschrauben der Muttern wird das Drehmoment gemessen, aber nicht der Drehwinkel. Das ist Herrn Heiss und Herrn Schade zu wenig.

Hier ist alles Drehmoment und Drehwinkel gesteuert.


Lenkräder

1) Das Auftragen des Lackes auf die Schäumform ist Herrn Schade zu ungleichmäßig. Dazu gibt es in Monterrey zwar eine Verfahrensanweisung, aber es war nicht klar, ob diese mit der europäischen identisch ist.

2) Das Entgraten der Schäumlinge sollte verbessert und in einer Arbeitsanweisung definiert werden.

3) An der Belederungslinie wurde schwarzes Leder mit blauen Schäumlingen verarbeitet.

4) Die Stoßnähte waren bei mehreren Lenkrädern wellig und der Nutüberstand zu groß, siehe Bilder in der angehängten E-Mail. Bei einigen Lenkrädern war das Leder auf der Rückseite der Speichen (C-Bereich) zu kurz.

5) Die Schlitze auf der Rückseite des Korpus (zur Einführung eines Werkzeuges zur Entriegelung des DABs) wurde halbkreisförmig ausgeführt, nicht linienförmig, wie von Mercedes gefordert.

6) Die Werker, die die Blenden und Schalter montieren, trugen keine Handschuhe. Die daraus resultierenden Fingerabdrücke wurden in der Endkontrolle nicht beanstandet.


Mein Eindruck war, daß das Bewußtsein für die Qualitätserwartung von Mercedes in Monterrey noch nicht vorhanden ist. Außerdem besteht dringender Schulungsbedarf in der Belederung, als auch für das Supplier Quality Management System, um die Fehler, die bei der Bereitstellung der PPAP-Bemusterungsunterlagen gemacht wurden, zu beseitigen.


Zu guter Letzt muß ich daran erinnern, daß es unser (von dem Verteiler in dieser Mail) Job ist, und insbesondere von Dir und Stefan, für dieses Projekt eben für eine reibungslose Kommunikation zwischen TKAG und TKH zu sorgen, mit Schwerpunkt Engineering, aber auch bzgl. Projektübergabe an die Werke. So gesehen werde ich demnächst eine Einladung schicken, um solche Themen in Zukunft vermeiden bzw. zumindest reduzieren zu können.


Gruß,

Uwe

From: Martinez Jose
Sent: Monday, March 31, 2014 10:40 AM
To: Abel, Stefan; Reher, Uwe
Cc: Bahmer Stefan
Subject: RE: Daimler CBU North America Weekly GN / BN Report

Hallo,

K. Schumacher hat mich angerufen und mir mitgeteilt, daß die Audits in Torreon und Monterrey letzte Woche „unter aller Kanone" waren (original Ton). Zum einem beim DAB wären EOs bei Euch nicht bekannt, zum anderen falsche Kappen verbaut (was ich bis heute nicht verstehe: wenn über die Anlage montiert wird, wird der Index der Kappe gelesen, normalerweise kann man gar nicht diese Module bauen). In Monterrey gab es aus Problemen mit den Flügen kein Audit, aber es ist wohl aufgefallen, daß ein LR mit schwarzem Korpus mit tiefseeblauen Leder beledert wurde. Ein Grund, ein Audit umgehend zu beenden.

Am Mittwoch sind M. Schade und K. Schumacher hier in AB und wollen das Thema ansprechen. Könnt Ihr bitte bis morgen Abend einen Bericht mit Details und vor allem, mit den Punkten, die Daimler bemängelt hat, schicken?

Danke. Gruß

José

From: Abel, Stefan
Sent: Friday, March 28, 2014 6:41 PM
To: Haupt Matthias
Cc: Fink Dirk; Heinle Josef; Martinez Jose; Wang Xin; McDonnell, Jon; Reher, Uwe; Shaver, Bryan; Kotikovsky, Alex; Nagel Klaus
Subject: Daimler CBU North America Weekly GN / BN Report

Case 1:15-md-02599-FAM Document 4175-4 Entered on FLSD Docket 05/01/2023 Page 7 of 9
CONFIDENTIAL PSAN DATA - ATTORNEYS' EYES ONLY - TK-PD 0019001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

Daimler CBU North America Weekly GN / BN Report

Term: CW13 3/24/14 – 3/28/14

Good News:

· For the Mack P7605 steering wheel project TKH received a revised switch prices from the Korean supplier Daedong and a quotation from a new supplier Tee-Tronic out of Germany. Quote will be finalized during next week.

· A new DTNA supplier code has been established for Monterrey Plant 2. The seat belt supplier code is KM09.

· The P3 steering wheel AAR samples were signed and approved by TKH Appearance Group. The wheels were shipped to Monterrey and will be used as master samples.

· DTNA agreed to our plan to send the Western Star cover mold tool cavity for graining and in parallel make the improvements on the core side to remove sink marks. This compressed timing will enable us to have grained covers on time.

· DTNA proposed during our South Africa transfer meeting that we can ship our South Africa surplus inventory of P3 steering wheels to Monterrey too ease the phase out.

· Mercedes Benz Steven Wood (MBUSI SQE), Michael Heiss (Daimler AG) and Michael Schade (Daimler AG) visited Torreon to witness the W205 DAB Run@Rate and perform a VDA Audit 6.3 on both sewing and assembly lines. The Run@Rate was successfully completed. 58 parts were assembled for the upcoming PT3 event during this run. The VDA audit result is 86% (B).

· Daimler RFQ BR167 HSAB and SAB were updated with the latest volumes and BOM versions provided by TKAG.

* A costing review meeting was held with DTNA to review and discuss the delta between Europe and North America. Daimler would like local NA switch production, which will involve a larger invest, but remove the

Case 1:15-md-02599-FAM Document 4175-8 Entered on FLSD Docket 05/01/2023 Page 8 of 9
CONFIDENTIAL- PSAN DATA- ATTORNEYS EYES ONLY  TK-PSAN0019001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

exchange rate risk. Takata agreed to use a $1.25 exchange rate for the quote and clearly state that an exchange rate adjustment / actual at this time will be required 3 month before SOP.

Bad News:

· Validation testing for the Freightliner P3 steering wheels is delayed due to test set up uncertainties. TKAG provided the test set up instruction allowing TKH to proceed with the tests. The Torsional Rigidity test will be completed on April 4th . Hub breaking, breaking torque and natural frequency were successfully completed. The delay will not impact program timing.

· During the Mercedes VDA audit Mercedes rated the maturity level / risk condition red. Mercedes will visit Torreon by the end of June again to review improvements on the open items. (Engineering change notifications..)

* TKH submitted our DTNA P3 steering wheel quote to DTNA. Average negative impact per steering wheel is $4.89.

Please let me know if you have any questions.

Thank you

Stefan

_____

The information in this email and attachments hereto may contain legally privileged, proprietary or confidential information that is intended for a particular recipient. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this e-mail information is prohibited and may be unlawful. When addressed to Takata customers or vendors, any information contained in this e-mail is subject to the terms and conditions in the governing contract, if applicable. If you have received this communication in error, please immediately notify us by return e-mail, permanently delete any electronic copies of this communication and destroy any paper copies.

CONFIDENTIAL-NISSAN DATA-ATTORNEYS' EYES ONLY  
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

P Think Green - Please consider the environment before printing this email.