# EXHIBIT D

## Contact

www.linkedin.com/in/steve-wood-aa04407 (LinkedIn)

# Steve Wood

Supplier Quality at Mercedes Benz USI
Birmingham, Alabama, United States

## Experience

Mercedes Benz USI
Supplier Quality

---

## Education

Ball State University
 · (1983 - 1984)