# EXHIBIT E

Page 1

1             UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF FLORIDA
2                      MDL No. 2599
3            Master File No. 15-2599-MDMORENO
           S.D. Fla. Case No. 15-20664-CV-MORENO
4                  (Personal Injury Track)
           S.D. Fla. Case No. 14-24009-CV-MORENO
5                  (Economic Loss Track)
6    IN RE:
7    TAKATA AIRBAG PRODUCTS
8    LIABILITY LITIGATION
9    _____/
10
11                      Remote Proceeding
                        Fort Lauderdale, Florida
12                      September 24, 2020
                        9:02 a.m. - 2:25 p.m.
13
14            VIDEO DEPOSITION OF THOMAS BRUNNER
15                  (via teleconference)
16      Taken before SUZANNE VITALE, R.P.R., F.P.R.
17    and Notary Public for the State of Florida at Large,
18    pursuant to Notice of Taking Deposition filed in the
19    above cause.
20
21
22
23
24
25

Page 2

```
 1        APPEARANCES:
 2
    On behalf of Plaintiffs:
 3
    CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, PC
 4  5 Becker Farm Road
    Second Floor
 5  Roseland, New Jersey 07068-1762
    BY:  ZACHARY S. BOWER, ESQ. (via Zoom)
 6
 7
    COLSON HICKS EIDSON
 8  255 Alhambra Circle
    Penthouse
 9  Coral Gables, Florida 33134
    BY:  CURTIS MINER, ESQ. (via Zoom)
10  On behalf of Mercedes-Benz U.S.A.:
11  SQUIRE PATTON BOGGS
    275 Battery Street
12  Suite 2600
    San Francisco, California 94111-3356
13  BY:  ERIC J. KNAPP, ESQ. (via Zoom)
    BY:  ALFREDO AMOEDO, ESQ. (via Zoom)
14
    MERCEDES-BENZ U.S.A.
15  Lillian Caudle, Esq. (via Zoom)
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1           I N D E X
 2
    Examination              Page
 3  Direct     By Mr. Miner:      5
 4
 5        PLAINTIFF EXHIBITS
 6  No.                       Page
 7  Exhibit 25   TKH-MDL-0003214060 - 62    36
    Exhibit 26   Excel Spreadsheet       63
 8  Exhibit 27   MBUSA 30(b)(6) Depo Excerpts   88
             Aikman
 9  Exhibit 28   MBUSA_00031109       102
    Exhibit 29   MBUSA_00041308       106
10  Exhibit 30   MBUSA_00031355       112
    Exhibit 31   MBUSA_00050890       119
11  Exhibit 32   FCA_US_LLC_00079145    126
    Exhibit 33   MBUSA_00000103       140
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1  Thereupon the following proceedings were had:
 2        THE VIDEOGRAPHER:  Good morning.  We're
 3  going on the record at 9:02 a.m. on
 4  September 24, 2020.  This deposition is being
 5  taken remotely of Mr. Thomas Brunner in the
 6  matter Takata Products Liability Litigation.
 7        My name is Marcelo Rivera from Veritext
 8  Legal Solutions, and I am the videographer.
 9  The court reporter is Suzanne Vitale in
10  association with Veritext Legal Solutions.  I
11  am not related to any party in this action, nor
12  am I financially interested in the outcome.
13        Counsel and all present remotely will now
14  state their appearances and affiliations for
15  the record.  If there are any objections to the
16  proceeding, please state them at the time of
17  your appearance, beginning with the noticing
18  attorney.
19        MR. MINER:  Curtis Miner from Colson Hicks
20  Eidson for the plaintiffs.  Also from my firm
21  is Robert Mayer.
22        MR. KNAPP:  Eric Knapp with Squire Patton
23  Boggs for Mercedes-Benz U.S.A., LLC.
24        MR. BOWER:  Good morning.  Zach Bower of
25  Carella Byrne, also for plaintiffs.
```

Page 5

```
 1        MS. CAUDLE:  Good morning.  Lillian
 2  Caudle, in-house attorney for Mercedes-Benz
 3  U.S.A., LLC.
 4        MR. AMOEDO:  And Alfredo Amoedo also of
 5  Squire Patton Boggs on behalf of Mercedes-Benz
 6  U.S.A., LLC.
 7  Thereupon:
 8           THOMAS BRUNNER
 9  a witness named in the notice heretofore filed,
10  being of lawful age and having been first duly
11  sworn, testified on his oath as follows:
12        THE WITNESS:  I do.
13        DIRECT EXAMINATION
14  BY MR. MINER:
15    Q.  Good morning, sir.  Could you please state
16  your name?
17    A.  Good morning.  My name is Thomas Brunner.
18    Q.  Mr. Brunner, my name is Curtis Miner, and
19  I'll be the one asking questions on behalf of the
20  plaintiffs today.
21        Can I ask you, where are you physically
22  located for this remote deposition?
23    A.  I'm in Park Ridge, New Jersey.
24    Q.  Are you in your office?
25    A.  Yes, I am.
```

2 (Pages 2 - 5)

Page 6

1     Q.  Is there anyone else there with you, or
2 are you just there alone?
3     A.  I'm here alone.
4     Q.  Let's start with your educational
5 background.  I took a look at your LinkedIn profile,
6 and it looks like you went to the Stevens Institute
7 of Technology, correct?
8     A.  Correct.
9     Q.  Graduated in 1987 with a bachelor's in
10 mechanical engineering?
11    A.  Correct.
12    Q.  Are you a licensed engineer?
13    A.  No, but I have my EA certificate.
14    Q.  I'm sorry.  Did you say "EA certificate"?
15    A.  Yeah, EA.
16    Q.  I'm not -- what is EA?
17    A.  It's engineering in training.  It's the
18 preliminary certificate to the PE.
19    Q.  Okay.  And do you get -- have you ever
20 been licensed with an EA certificate in any state?
21    A.  No.  I haven't.
22    Q.  Any postgraduate education after Stevens
23 Institute of Technology?
24    A.  No.  I don't.
25    Q.  And when did you first join Mercedes-Benz?

Page 7

1     A.  In 1994.
2     Q.  What was your first job at Mercedes-Benz?
3     A.  I was a staff engineer.
4     Q.  And in between the time -- prior to
5 joining Mercedes-Benz in 1994, had you had any other
6 experience in the automotive industry?
7     A.  Not specifically, no.
8     Q.  Any experience -- any work experience
9 generally in the automotive industry?
10    A.  Just do-it-yourself-type work, enjoyed
11 autos and mechanical things.
12    Q.  So your first position at Mercedes was
13 staff engineer in safety engineering, correct?
14    A.  Correct.
15    Q.  What sort of work did you do as a staff
16 engineer?
17    A.  We worked on current and future
18 regulations, safety regulations, and informed the
19 manufacturer, Daimler, of what was coming on new
20 safety regulations and monitor the current ones.
21    Q.  These are the Federal Motor Vehicle Safety
22 Standards?
23    A.  They were part of it, yes.
24    Q.  How long did you have that position as
25 staff engineer?

Page 8

1     A.  That was just a few months.  Then I got
2 promoted to senior staff engineer.
3     Q.  Did your job responsibilities change?
4     A.  Not specifically that I remember.
5     Q.  Still involved in safety regulations and
6 communicating with Daimler?
7     A.  Correct.
8     Q.  Did any of your work involve safety
9 regulations dealing with airbags?
10    A.  It also included airbags, yes.
11    Q.  Remind me.  Was that -- I'm forgetting
12 which FMVSS, Federal Motor Vehicle Safety Standard,
13 relates to airbags.  Do you remember?
14    A.  There are a few of them.
15    Q.  Is it 208?
16    A.  208 is occupant protection, yes.  There's
17 some others.
18    Q.  Is that -- is it around that period of
19 time when those were first rolled out?
20    A.  I don't understand your question.
21    Q.  In the history of airbags, I'm trying to
22 recall whether that's around the time when those --
23 the Federal Motor Vehicle Safety Standards involving
24 airbags were rolled out in the late 1990s.
25    A.  It's my recollection 208 was -- was around

Page 9

1 for a while after the passage of the Motor Vehicle
2 Safety Act.  It was before the '90s where some of
3 the airbag development was included.  And it's my
4 recollection, yeah, it continued to evolve.
5     Q.  What sort of communications did you have
6 with Daimler on any of the Federal Motor Vehicle
7 Safety Standards relating to airbags?
8     A.  To my recollection, we would just inform
9 them, again, of any new changes, what was being
10 proposed in new rule-making.  I can't remember
11 anything specific.
12    Q.  What were the significant changes during
13 that period of time in what was required as far as
14 airbags?
15        MR. KNAPP:  Object to form.
16        THE WITNESS:  Can you repeat the question,
17      please?  I didn't follow it.
18 BY MR. MINER:
19    Q.  What -- during the period of time that you
20 were a staff engineer, what changes came about in
21 the Federal Motor Vehicle Safety Standards as they
22 related to airbags?
23    A.  I don't recall specifically during that
24 time.
25    Q.  Was that around the time when airbags were

3 (Pages 6 - 9)

Page 10

1  first mandated in any motor vehicle sold in the
2  United States?
3      A.  I don't remember specifically when the
4  mandate came.  I know Mercedes-Benz introduced
5  airbags in series production during that time, in
6  the '90s.
7      Q.  I had trouble hearing you.  You said in
8  something production.  I missed the word.
9      A.  Sorry.  In series production.
10     Q.  In series production?
11     A.  Series production.
12     Q.  What does that mean?
13     A.  That means made it available in its
14  vehicles during that period of time.
15     Q.  When was sort of the dividing point when
16  Mercedes first began using airbags in series
17  production, around what year?
18     A.  I don't recall specifically.
19     Q.  Sometime in the late '90s?
20     A.  I believe it was earlier, but I can't
21  recall specifically.
22     Q.  And who was Mercedes using initially as
23  its airbag supplier when it began using airbags in
24  series production?
25         MR. KNAPP:  Object to form.

Page 11

1         THE WITNESS:  I don't recall specifically
2     who the suppliers were.
3  BY MR. MINER:
4     Q.  Do you recall any of the initial
5  suppliers?
6     A.  Autoliv comes to mind.
7     Q.  Any others?
8     A.  Not that I remember.
9     Q.  Was Takata one of the initial suppliers of
10  airbags to Mercedes for vehicles sold in the United
11  States?
12     A.  I don't remember.  It doesn't sound
13  familiar.
14     Q.  In your communications with Mercedes --
15  with Daimler regarding safety regulations and
16  developments regarding requirements for airbags,
17  what sort of information did you provide to Daimler
18  about what the changes were in the U.S. regulatory
19  landscape?
20     A.  That was a long time ago.  I really can't
21  remember specifics during the '90s, from the '90s.
22     Q.  Do you remember anything generally?
23     A.  I remember the introduction of an airbag
24  label required for the visors, had something in it.
25  That seems to come to mind.

Page 12

1     Q.  Anything else?
2     A.  Not specifically.
3     Q.  How long did you hold that position as
4  staff -- senior staff engineer?
5     A.  Until approximately 1998, I believe --
6  '96, '97, '98, somewhere in there.  I was product
7  analysis engineer.
8     Q.  When you were senior staff engineer, where
9  physically were you located?  What Mercedes office
10  did you work out of?
11     A.  That was in the Montvale corporate office.
12     Q.  New Jersey?
13     A.  Correct.
14     Q.  Who was your supervisor or your boss
15  during that period of time?
16     A.  His name was Tom Baloga.
17     Q.  During that period of time -- that is,
18  1994 to 1998 -- was there anyone in your department
19  who was specifically tasked with being knowledgeable
20  about safety regulations that related to airbags?
21     A.  To my recollection, we shared the
22  responsibilities of the different Federal Motor
23  Vehicle Safety Standards.
24     Q.  In other words, was there anyone who was
25  an airbag specialist?

Page 13

1     A.  Not that I remember.
2     Q.  And what entity was your employer?  Was it
3  Mercedes-Benz U.S.A., LLC?
4     A.  No.  At the time, it was Mercedes-Benz
5  North America.
6     Q.  Did that change at some point in time?
7     A.  Yes, it did.
8     Q.  When did the change happen?
9     A.  To my recollection, around 1999-ish.
10     Q.  And who did your employer become at that
11  point in time?
12     A.  To my recollection, the name changed to
13  Mercedes-Benz U.S.A., Incorporated, I believe.
14     Q.  At any point in 1999, did the name of
15  your employer change?
16     A.  Yes, it did.
17     Q.  When?
18     A.  2000, 2001 maybe, somewhere around there.
19     Q.  What did it change to?
20     A.  Mercedes-Benz U.S.A., LLC, became a
21  limited liability corporation.
22     Q.  After 2000 or 2001, at any point in time,
23  did the name of your employer change?
24     A.  No, it has not.
25     Q.  Is it your understanding that these

4 (Pages 10 - 13)

Page 14

1 changes from Mercedes-Benz North America to
2 Mercedes-Benz U.S.A., Inc., to Mercedes-Benz,
3 U.S.A., LLC, were -- these were each successor
4 corporations of the prior name?
5      A.  I don't know the details on that.
6      Q.  In other words, did your employer change
7 in any way other than in name?
8      A.  Not for me specifically, no.
9      Q.  I think you told me that in 1998 you
10 became a product analysis engineer?
11      A.  Correct.
12      Q.  Did you still work in Montvale,
13 New Jersey?
14      A.  Yes, I did.
15      Q.  For how long did you hold the position as
16 product analysis engineer?
17      A.  Until approximately 2009.
18      Q.  What sort of work did you do as a product
19 analysis engineer?
20      A.  We would perform vehicle inspections that
21 could potentially end up in litigation.  It was
22 addressing customer complaints where there were
23 allegations of serious or fatal injuries.
24      Q.  Did you personally conduct vehicle
25 inspections related to litigation?

Page 15

1      A.  Yes.  I did.
2      Q.  Did you personally respond to customer
3 complaints that involved allegations or reports of
4 injuries?
5      A.  No.  I would not personally respond, no.
6      Q.  Let me phrase that differently.
7          Were you personally involved in
8 investigating, regardless of whether you responded
9 to the customer, of complaints from customers of
10 accidents involving injuries?
11      A.  Yes.  I was -- I was involved with
12 personally inspecting vehicles that were potential
13 litigation at the request of the legal department.
14      Q.  Did you have any sort -- was there any
15 sort of aspect of vehicles that you specialized in,
16 passive restraints, active restraints, that sort of
17 thing?
18      A.  No.  We handled -- sorry.
19          We handled all matters relating to -- to
20 vehicles.  We weren't specialists.
21      Q.  And I want to -- I'm going to ask you
22 about some of your experiences doing that in
23 particular.  First, I want to get a sense of the
24 department.
25          How many people -- what was the name of

Page 16

1 your department at that point in time?
2      A.  The name of the department was product
3 analysis.
4      Q.  And was that a department within a larger
5 department of Mercedes?
6      A.  Yes.  It was.
7      Q.  What was the larger department that it
8 fell under?
9      A.  To my recollection, it fell under service
10 engineering.
11      Q.  Were there any departments or
12 sub-departments below product analysis or within
13 product analysis?
14      A.  No.  It was its own department, no
15 sub-departments.
16      Q.  During the period of time, 1998 to 2009
17 that you were there, who was the head of the product
18 analysis department?
19      A.  At the time I was hired, it was
20 Axel Stehle.
21      Q.  Can you spell the last name for the court
22 reporter?
23      A.  Sure.  S-T-E-H-L-E.
24      Q.  During your tenure in that department, did
25 the head of the department change?

Page 17

1      A.  Yes.  It did.
2      Q.  Who else served as the head of the
3 department?
4      A.  Gary Bowne, B-O-W-N-E, was the successor
5 to Axel.
6      Q.  Was there a successor to Mr. Bowne?
7      A.  Not specifically.  The department was
8 merged with some others, and management changed.
9      Q.  How many people worked in the product
10 analysis department along with you?
11      A.  During which period of time?
12      Q.  I'm sorry.  Could you repeat your answer?
13      A.  During which period of time?
14      Q.  1998 to 2009.
15      A.  I believe, to my recollection, the number
16 of engineers varied between two to three, I believe.
17      Q.  And did they each have sort of the same
18 responsibilities as you, to do vehicle inspections
19 related to litigation issues?
20      A.  Yes.  We shared responsibilities.
21      Q.  Who were the other engineers who worked in
22 the product analysis department with you from --
23 during the period 1998 to 2009?
24      A.  To my recollection, Frank Pritzl,
25 P-R-I-T-Z-L; Eric Erdenberger,

5 (Pages 14 - 17)

Page 18

1 E-R-D-E-N-B-E-R-G-E-R; Tim Lowery, L-O-W-E-R-Y.
2 That's all that comes to mind. I can't remember.
3      Oh, Jim Wiseman. I'm sorry.
4 W-I-S-E-M-A-N.
5      Q. In connection with the vehicle inspections
6 that you'd do, did Mercedes have any sort of written
7 protocols or procedures in place?
8      MR. KNAPP: Object to form.
9      THE WITNESS: I don't follow your
10     question. Sorry.
11 BY MR. MINER:
12     Q. For the vehicle inspections that you would
13 do as a product analysis engineer, did Mercedes-Benz
14 have any sort of written protocols or procedures in
15 place?
16     MR. KNAPP: Same objection.
17     THE WITNESS: To the extent I understand
18     your question, we had a typical routine that we
19     would follow when inspecting vehicles,
20     depending on what the allegation might be.
21 BY MR. MINER:
22     Q. For example, did you have any sort of
23 checklist that you would use?
24     A. Not necessarily a checklist but a routine
25 you'd follow to be able to make sure that you

Page 19

1 addressed those -- the customer concerns that may be
2 there.
3      Q. And how would you refer to these
4 internally at Mercedes-Benz? Would you call them
5 field incidents? Field reports? Vehicle
6 inspections? Different automakers seem to use
7 different terminology.
8      A. Yeah. For product analysis engineers, it
9 was just product investigations.
10     Q. Product investigations?
11     A. Yes.
12     Q. And when you did a product investigation,
13 was there any particular type of reports that you
14 would prepare. Again, different automakers seem to
15 use different terminology for reports of field
16 incidents.
17     A. Yeah. At the request of the legal
18 department, a summary would be provided to the legal
19 department with a summary of the observations that
20 were noted during the inspection.
21     Q. Were -- these summaries of observations,
22 did those reports have any particular title or name
23 or form that Mercedes used?
24     A. Nothing particular. It was -- it was a
25 report that was addressed to the legal department in

Page 20

1 anticipation of the litigation.
2      Q. Did -- as a result of the product
3 investigations, did you report to any other
4 departments? In other words, did you -- I'll leave
5 it at that.
6      Did you provide reports on your findings
7 to any other departments other than the legal
8 department?
9      A. Not to my recollection, no.
10     Q. During your tenure as a product analysis
11 engineer, how many product investigations did you
12 do?
13     A. I have no idea.
14     Q. Can you give me an estimate?
15     A. I can't.
16     Q. I'm just trying to get a sense -- is this
17 the sort of thing where it would be you'd do one a
18 month? One a quarter? One a week? How frequently
19 would you involved in a product investigation?
20     A. It depended on what came in from -- either
21 on legal claims or from customers. I don't think it
22 had any specific cadence.
23     Q. Were you ever involved in any product
24 investigations where there was an allegation that an
25 airbag had malfunctioned in any way?

Page 21

1      A. I do recall having been involved in
2 inspections where customers had claimed that their
3 airbags didn't perform as they anticipated.
4      Q. How many of those?
5      A. No idea.
6      Q. Can you give me an approximation?
7      A. Not as I sit here, no.
8      Q. I want to break down the types of
9 malfunctions that can be alleged in an airbag.
10     Were you involved in any product
11 investigations where the allegation was that an
12 airbag failed to deploy, a non-deployment?
13     A. I would have been involved in those, yes,
14 but no specific cases come to mind.
15     Q. Were you involved in any product
16 investigations where the allegation was that the
17 airbag had spontaneously deployed or an uncommanded
18 deployment?
19     A. That would also be a topic that we would
20 investigate, yes.
21     Q. Were you involved in any investigations
22 where the allegation was that the airbag had
23 deployed overly aggressively?
24     A. Not to my recollection, no.
25     Q. Were you involved in any investigations

6 (Pages 18 - 21)

Page 22

1  where the allegation was that the airbag had
2  expelled fragments or shrapnel or pieces?
3      A.   Not to my recollection, no.
4      Q.   Are you familiar with what an airbag
5  inflator rupture is?
6      A.   I do have an understanding of that phrase,
7  yes.
8      Q.   Were you involved in any product
9  investigations where the allegation was that an
10 airbag inflator had ruptured?
11     A.   Not to my recollection during that time,
12 no.
13     Q.   During your tenure as a product analysis
14 engineer, were you involved in any investigations
15 where an allegation involved a Takata airbag?
16     A.   Not specifically, no.
17     Q.   Generally in any way?
18     A.   Not that related specifically to a Takata
19 inflator, no.
20     Q.   And I'm just -- you're saying specifically
21 related to a Takata inflator.  I just want to make
22 sure it's not something that generally related to a
23 Takata product that -- that you had in mind.
24     A.   Can you go back to your original question,
25 please?  I want to make sure I have it in context.

Page 23

1      Q.   At any point in time when you served as a
2  product analysis engineer, were you involved in any
3  product investigations where there was an allegation
4  that related to a Takata airbag?
5      A.   No, not that I recall, no.
6      Q.   Would you ever -- did you ever testify in
7  litigation matters?
8      A.   Yes.
9      Q.   During the period of time you were a
10 product analysis engineer?
11     A.   Yes.  I did.
12     Q.   And subsequent to that as well or just
13 during the time you were a product analysis
14 engineer?
15     A.   I have provided deposition testimony after
16 I left the product analysis area.
17     Q.   How many times have you been deposed?
18     A.   I can't recall a number.
19     Q.   Can you give me an approximation?
20     A.   It's been quite a few, but I don't have a
21 specific number.  I lost track.
22     Q.   More than 10?
23     A.   Probably more than ten, yes.
24     Q.   More than 20?
25     A.   Probably more than 20.

Page 24

1      Q.   Does Mercedes keep a record of the matters
2  that you've testified in, in some place?
3      A.   I don't know.
4      Q.   Have you ever testified as a -- do you
5  know what it means to testify as a corporate
6  representative for Mercedes?
7      A.   Yes.  I understand that phrase.
8      Q.   Have you ever testified as a corporate rep
9  for Mercedes?
10     A.   Yes.  I have.
11     Q.   How many times?
12     A.   I don't have a number there either, sorry.
13     Q.   More than 10?
14     A.   Probably more than 10, yes.
15     Q.   More than 20?
16     A.   I'm not sure.
17     Q.   Have you ever testified in any matter
18 where there was an allegation that an airbag had
19 malfunctioned in any way?
20     A.   I do recall -- nothing specific.  But that
21 there were cases that involved allegations of
22 improper airbag deployment or not as desired.
23     Q.   That you provided testimony in?
24     A.   Correct.
25     Q.   Can you give me an estimate of how many

Page 25

1  cases you've testified in where there was an
2  allegation that an airbag had malfunctioned in some
3  way?
4      A.   I don't have a recollection of how many,
5  no.
6      Q.   Is it more than 10?
7      A.   I don't know.  I don't remember.
8      Q.   Have you ever testified in a case where
9  there was an allegation that a Takata airbag
10 malfunctioned in any way?
11     A.   Not to my recollection, no.
12     Q.   What were the -- what were the types of
13 airbags that had -- where there was an allegation
14 that there had been a malfunction?
15          MR. KNAPP:  Object to form.
16 BY MR. MINER:
17     Q.   Let me break it down.
18          Did you provide testimony in any cases
19 where there was an allegation that a passenger-side
20 airbag had malfunctioned?
21     A.   None specifically come to mind, no.
22     Q.   To the best of your recollection, were
23 they all driver-side airbag malfunction allegations?
24     A.   Either driver-side or side-impact airbag
25 or window bag.  I don't recall any specific

7 (Pages 22 - 25)

Page 26

1 passenger airbag.
2     Q.   And in the cases where you testified where
3 there was an allegation of an airbag malfunction,
4 who was the supplier of the airbag to Mercedes?
5     A.   It's been a while.  I don't recall those
6 specifics.
7     Q.   Do you recall any of the suppliers that
8 were involved in cases where you testified?
9     A.   Autoliv comes to mind.
10    Q.   Any other suppliers?
11    A.   Not that I remember.
12    Q.   Did you ever testify in any of these cases
13 as an expert witness?
14    A.   I have testified as an expert witness
15 before, yes.
16    Q.   On what subject matters?
17    A.   It's been awhile.  It was a frontal airbag
18 case, so a vehicle dynamics case.  I don't remember
19 the others specifically.
20    Q.   When you say "vehicle dynamics," what
21 aspect of vehicle dynamics?
22    A.   It was an allegation of the vehicle's
23 electronic stability program.
24    Q.   In the frontal airbag case where you
25 testified as an expert, what was the nature of the

Page 27

1 allegation?
2     A.   To my recollection, it was an improper
3 airbag deployment as in it didn't protect the
4 occupant as they anticipated.
5     Q.   Who was the manufacturer of the airbag in
6 that case?
7     A.   I don't remember.
8     Q.   And in these cases where you testified as
9 an expert witness, did you prepare a traditional
10 expert report that gets provided to the other side?
11    A.   If it was requested of me, I believe so,
12 yes.
13    Q.   How many times did you prepare written
14 expert reports for litigation matters?
15    A.   I don't recall.
16    Q.   Again, more than 10, less than 10?
17    A.   I don't believe it was more than 10, as I
18 recall.
19    Q.   In any of the product investigations you
20 did during the time you were a product analysis
21 engineer, did you ever make a determination that an
22 airbag had, in fact, malfunctioned in any form?
23    A.   Not that I remember.
24    Q.   In any of the product investigations you
25 did during your time as a product analysis engineer,

Page 28

1 did you ever make a determination that any aspect of
2 a Mercedes vehicle had malfunctioned in any form?
3     A.   Sorry.  Can you repeat that again?  I want
4 to make sure I understand the question.
5     Q.   In any of the product investigations you
6 did as a product analysis engineer, did you ever
7 find that any aspect of a Mercedes vehicle had
8 malfunctioned in any form?
9     A.   It's been awhile.  Not that I recall.
10    Q.   Now, I guess during the time that you were
11 a product analysis engineer, from 1998 to 2009, that
12 overlapped with the period of time when the entity
13 DaimlerChrysler existed, correct?
14    A.   During a period of time, yes, it did.
15    Q.   DaimlerChrysler was in existence from 1998
16 to 2007, right?
17    A.   Sounds about right.
18    Q.   During that period of time, did -- who was
19 your employer of the three different entities you
20 had mentioned earlier?
21    A.   During that time, it would have been
22 MB U.S.A., LLC.
23    Q.   During the period of time that
24 DaimlerChrysler existed, did you ever report up to
25 anyone at DaimlerChrysler?

Page 29

1     A.   No.
2     Q.   Did you ever do any product investigations
3 that involved Chrysler vehicles?
4     A.   No.
5     Q.   Did you ever do any product investigations
6 that involved the Chrysler Crossfire?
7     A.   No.  I did not.
8     Q.   Did anyone within your product analysis
9 department do product investigations that involved
10 Chrysler vehicles?
11    A.   No.  Again, we were strictly responsible
12 for Mercedes-Benz products, passenger vehicles.
13    Q.   Anyone ever do any product investigations
14 involving the Dodge Sprinter vehicle?
15    A.   No.
16    Q.   And I singled those two vehicles out
17 because it's my understanding that the
18 Chrysler Crossfire is actually manufactured in
19 Germany, correct?
20    A.   My understanding was it was manufactured
21 at a contractor in Germany, yes.
22    Q.   And the Dodge Sprinter was also
23 manufactured in Germany?
24    A.   I don't know the details of the Sprinter
25 manufacturing during that time.

Veritext Legal Solutions
800-726-7007                                                                  305-376-8800

Page 30

1    Q.   What was the next position you held at
2  Mercedes-Benz after 2009?
3    A.   After 2009, I was promoted to the manager
4  of product compliance, analysis, safety, and
5  emissions department.
6    Q.   I had a little trouble hearing you.
7         Did you say -- could you just repeat your
8  title?
9    A.   Sure.  It was the department manager for
10  product compliance, analysis, safety, and emissions.
11    Q.   Product compliance, analysis, safety, and
12  emissions, did you say?
13    A.   Emissions, yes.
14    Q.   How long did you hold that position for?
15    A.   Until 2017.
16    Q.   And when you were in -- when you were in
17  that product safety department, how did your job
18  responsibilities -- what were your job
19  responsibilities?
20    A.   So I became the manager and oversaw
21  different areas, including the product compliance
22  side, product analysis, the emissions reporting, and
23  safety regulatory aspects of MB U.S.A.
24  responsibilities.
25    Q.   What did the product compliance department

Page 31

1  do?
2    A.   That was similar to the safety engineering
3  area that I had been in when I first started with
4  the company, so monitoring current, future
5  regulatory requirements and obligations, safety
6  compliance titles.
7    Q.   What did the product analysis department
8  do?
9    A.   Again, that was the area I had come from
10  and would investigate customer complaints relating
11  to Mercedes-Benz vehicles in the U.S.
12    Q.   I think you said the other department you
13  oversaw was safety regulatory?
14    A.   Safety reporting, yes, so reporting.  So
15  those were obligations that we have for reporting
16  safety topics and obligations to the government.
17    Q.   Does that include TREAD Act reporting?
18    A.   During that time, it included TREAD Act,
19  correct.
20    Q.   Did it include any other type of safety
21  reporting?
22    A.   There were other state reports, to my
23  recollection, during that time, environmental-type
24  reports.
25    Q.   Any other federal reporting?

Page 32

1    A.   Just those that related to the
2  requirements of the NHTSA.
3    Q.   And in any of the state -- did any of the
4  state reports involve reporting comparable to what
5  you do in the TREAD Act where you have to report
6  accidents or incidents or do early warning reports?
7    A.   No.  Nothing like that.  It related to
8  certain reports for automotive refrigerants and
9  contents of mercury.  They're environmental topics.
10    Q.   So the product analysis department, did
11  you continue -- when you became department manager,
12  did you continue to have any personal involvement in
13  investigations or vehicle inspections related to
14  litigation matters?
15    A.   Sorry.  Can you repeat that, please?  I
16  want to make sure I understood it.
17    Q.   When you became a department manager and
18  oversaw the product analysis department, did you
19  continue to have any personal involvement in vehicle
20  inspections related to litigation matters?
21    A.   Yes.  A few cases that I was still
22  handling at the time I was promoted that I finished,
23  and that was pretty much the extent of the personal
24  involvement after that.
25    Q.   Did you oversee the people who handled the

Page 33

1  type of things that you had done in the past once
2  you became department manager?
3    A.   Yes.  They reported to me then, yes.
4    Q.   Who was the head of the product analysis
5  department during your tenure as department manager
6  or who were the heads?
7    A.   There was no head.  Initially when I took
8  on the role, there was no -- no supervisor or head
9  of the area.
10         The different areas were merged into one
11  department, and I oversaw that.  Eventually, I was
12  able to create a supervisor for product analysis.
13    Q.   Who was that supervisor?
14    A.   That was Tim Lowery.
15    Q.   During what period of time did he serve as
16  the supervisor for product analysis?
17    A.   I believe we created that position in
18  2011, and that position still exists.
19    Q.   So I'm going to ask you the same sort of
20  series of questions I asked you about your tenure as
21  a product analysis engineer.
22         During your tenure as department manager
23  overseeing product analysis, did the product
24  analysis department do any investigations of
25  vehicles where there was an allegation that an

9 (Pages 30 - 33)

Page 34

1 airbag had malfunctioned?
2    A.  Yes.  Still the roles continued during
3 that time, so they were handling those types of
4 allegations.
5    Q.  Were there any product investigations
6 where the allegation involved an allegation that an
7 airbag had ruptured?
8    A.  Not to my recollection, no.
9    Q.  Were there any -- during the time you were
10 department manager in product safety and overseeing
11 product analysis, were there any investigations that
12 involved an allegation relating to a Takata airbag
13 in any way?
14    A.  Not to my recollection, no.
15    Q.  During this period of time that you were
16 the department manager in product safety, did your
17 responsibilities include preparing part 573 reports
18 for submission to NHTSA?
19    A.  Yes.  It did include that.
20    Q.  During your tenure as department manager,
21 were any part 573 reports ever submitted to NHTSA
22 related to Takata?
23    A.  Yes, there were.
24    Q.  When was the first one submitted?
25    A.  To my recollection, in early 2016 after

Page 35

1 Takata filed their defect information report.
2    Q.  So that would be the part 573 report
3 relating to Mercedes' first recall of Takata
4 inflators?
5    A.  That's correct, in early 2016, yes.
6    Q.  Any part 573 reports submitted related to
7 Takata for any reason prior to 2016?
8    MR. KNAPP:  Object to form.
9    THE WITNESS:  Rephrase your question for
10 me please again.
11 BY MR. MINER:
12    Q.  Prior to 2016, did Mercedes-Benz U.S.A.
13 ever submit any sort of Part 57 -- any part 573
14 report to NHTSA related to Takata in any way?
15    A.  There may have been one recall that may
16 have included a Takata inflator but for
17 manufacturing purposes and not related to the
18 context of the -- the significant Takata recall.
19    Q.  Let's take a look at that one.
20    MR. MINER:  I'm going to upload -- I'm
21 going to introduce as -- I believe we're on
22 Exhibit 25, correct?
23    IT SUPPORT:  So you're going to continue
24 from --
25    MR. MINER:  Sequential numbering, yeah.

Page 36

1    IT SUPPORT:  Yeah, the last exhibit in
2 Ms. Analil was 24.
3 BY MR. MINER:
4    Q.  Are you able to see that exhibit,
5 Mr. Brunner?
6    A.  It's not up yet.  Do I need to refresh
7 that at all?
8    IT SUPPORT:  Yeah.
9    MR. KNAPP:  Click on "marked exhibits,"
10 Tom, again, down at the bottom, over on the
11 left.
12    IT SUPPORT:  Just -- he's in "marked
13 exhibits," I think.
14    So if you just refresh it, it will pop up.
15    THE WITNESS:  Okay.  It's coming up.
16    (Thereupon, the referred-to document was
17 marked for Identification as Plaintiffs'
18 Exhibit 25.)
19 BY MR. MINER:
20    Q.  Let me know when you've had a chance it
21 look it over.
22    A.  Yeah, I will.  Thank you.
23    Okay.  I reviewed it.
24    Q.  This is a part 573 report submitted -- or
25 signed by you and submitted to NHTSA in July of

Page 37

1 2014, correct?
2    A.  That's correct.
3    Q.  And it relates to a safety defect in
4 Takata airbags, correct?
5    A.  It's a potential safety defect, yes.
6    Q.  What was the nature of the defect?
7    A.  As it states in the document, there were
8 fasteners that secure the gas diffuser to the front
9 passenger airbag housing that may not have been
10 properly press-fitted into that diffuser frame.
11    Q.  In the document you signed, you say,
12 quote, "This may lead to improper airbag function
13 and may result in an increased risk of injury in the
14 event of a crash," end quote, correct?
15    A.  That's what the document states, yes.
16    Q.  What was your understanding of what type
17 of injury could be caused?
18    A.  Again, my understanding is that the airbag
19 may not be able to afford the proper protection
20 during inflation and could result in injuries to the
21 occupant based on the inflation.
22    Q.  How would it not afford proper inflation?
23 Would it underinflate?
24    A.  To my recollection, it just would not --
25 it might not afford the protection, depending on its

10 (Pages 34 - 37)

Page 38

1 inflation properties. I don't know the specifics,
2 whether it would be underinflation or not.
3    Q.  Did you communicate with anyone at Takata
4 regarding this issue?
5    A.  No. As Mercedes-Benz is the distributor,
6 marketer of Mercedes-Benz vehicles, we generally
7 don't have direct interaction with suppliers
8 regarding recalls.
9    Q.  Did Mercedes-Benz conduct any sort of
10 investigation about how this issue came about in one
11 of its suppliers of airbags?
12    A.  No. Again, as the marketer and
13 distributor of Mercedes-Benz vehicles in the United
14 States, that responsibility falls onto the
15 manufacturer of the vehicle, which is Daimler AG.
16    Q.  Did you have any communications with
17 Daimler AG about whether they had done any sort of
18 investigation about how this came about at one of
19 its airbag suppliers?
20    A.  No. Nothing specifically. Again,
21 Daimler, as the manufacturer, is the entity
22 responsible for compiling the information around any
23 potential recall.
24    Q.  Did you communicate with someone at
25 Daimler about those issues?

Page 39

1    A.  Regarding the specific text in the
2 part 573s and a general understanding of what's
3 contained in there, yes.
4    Q.  Who did you communicate with at Daimler AG
5 about this Takata recall?
6    A.  I don't specifically remember who was
7 the -- my counterpart at the time.
8    Q.  Did anyone at Daimler AG tell you they
9 conducted any sort of investigation or follow-up
10 after learning about this safety issue in a Takata
11 airbag?
12    MR. KNAPP:  Object to form.
13    THE WITNESS:  Sorry. Repeat the question,
14    please.
15 BY MR. MINER:
16    Q.  Did anyone at Daimler AG ever communicate
17 to you that Daimler had conducted any sort of
18 follow-up or investigation of how this safety issue
19 had come about in Takata airbag products?
20    MR. KNAPP:  Same objection.
21    THE WITNESS:  Nothing specifically that I
22    recall. The chronology of how it developed is
23    included in the document. That speaks for
24    itself.
25 BY MR. MINER:

Page 40

1    Q.  By the way, did you -- ever during your
2 tenure as department manager in product safety, did
3 you ever file a Part 573 report related to any other
4 airbag manufacturer other than Takata?
5    A.  I can't recall anything specifically
6 regarding another airbag supplier.
7    Q.  During the period of time that you were
8 department manager in product safety, who were the
9 other airbag suppliers to Mercedes-Benz?
10    A.  To my recollection, the modules were
11 supplied by Autoliv and TRW. That's what comes to
12 mind.
13    Q.  During your time as department manager in
14 product safety, did you ever have to file a Part 573
15 report for an Autoliv product?
16    A.  I can't recall specifically during that
17 time.
18    Q.  At any point in time when you've been at
19 Mercedes-Benz U.S.A., are you aware of Mercedes
20 having to file a part 573 report related to an
21 Autoliv airbag product?
22    A.  Nothing comes to mind specifically.  I
23 don't recall.
24    Q.  At any point in time while you have been
25 with Mercedes-Benz U.S.A., have you had to file a

Page 41

1 part 573 report related to any TRW airbag product?
2    A.  I can't recall specifically, no.
3    Q.  Takata is the only one?
4    MR. KNAPP:  Object to form.
5    THE WITNESS:  That comes to mind, yes.
6 BY MR. MINER:
7    Q.  During your tenure as department manager
8 in product safety, I think you told me that one of
9 the departments you oversaw was product compliance,
10 correct?
11    A.  Correct.
12    Q.  Who was -- was there a supervisor or head
13 of the product compliance department during that
14 period of time?
15    A.  The department structure changed a little
16 bit where eventually we did -- were able to create a
17 position for supervisor of safety engineering.
18    Q.  Who did that person -- who is that person?
19    A.  That person was Bibi Analil.
20    Q.  And tell me again, what was the scope of
21 the product compliance department's responsibility?
22    A.  To handle the safety compliance topics,
23 potential topics, reporting for safety topics as
24 required under certain regulations, things of those
25 nature.

11 (Pages 38 - 41)

Page 42

1    Q.   TREAD Act reporting?
2    A.   TREAD Act was included in that, yes.
3    Q.   And just for the record, why don't you
4 give us a description of what TREAD Act reporting
5 involves?
6    A.   Sure.  Well, the TREAD Act involves
7 reporting by manufacturers to the National Highway
8 Traffic Safety Administration on, in essence, early
9 warning reporting, what they called it, in addition
10 to death and injury claims of certain of the
11 manufacturers -- of these distributors, warranty
12 data.  It was a collection of different things that
13 is required under the TREAD Act to be reported to
14 NHTSA.
15    Q.   During your tenure as department manager
16 in product safety, did NHTSA ever audit
17 Mercedes-Benz U.S.A.?
18    A.   Yes.  To my recollection, they had.
19    Q.   How many times?
20    A.   One time that I recall.
21    Q.   Was that in 2018?
22    A.   That's correct.
23    Q.   What prompted that audit by NHTSA?
24       MR. KNAPP:  Object to form.
25       THE WITNESS:  To my recollection, there

Page 43

1    were some concerns that the agency had, which
2    is described in the formal inquiry that was
3    sent to MB U.S.A., on a few different topics.
4    The document states what those are.
5 BY MR. MINER:
6    Q.   What were the concerns that NHTSA had that
7 they expressed to MB U.S.A.?
8    A.   There are some what appeared to be, in
9 their eyes, as gaps in some of the reporting
10 obligations.  There was a concern regarding the
11 VIN lookup tool.  And they just had certain concerns
12 regarding some missed deadlines on some housekeeping
13 topics.
14    Q.   And some of the concerns they had related
15 to how Mercedes-Benz U.S.A. was handling recalls,
16 safety recalls, correct?
17    A.   Not that specific, no.  I think the
18 document outlines what their concerns were, and
19 those were then addressed and to the satisfaction of
20 the agency at this time.
21    Q.   The concerns involved things like timing
22 of owner notification letters of recalls, right?
23    A.   Regarding that with respect to the 60-day
24 notification, whether they're interim letters or
25 not, that's one of the topics that was included,

Page 44

1 yes.
2    Q.   And some of the recalls at issue in their
3 audit were recalls involving the Takata airbags,
4 correct?
5    A.   There were a few recalls in that audit
6 period that did involve Takata, correct.
7    Q.   And when you say the issues were addressed
8 by Mercedes-Benz, are you referring to the
9 $20 million civil penalty that Mercedes agreed to
10 pay?
11       MR. KNAPP:  Object to form.
12       THE WITNESS:  Well, the fine was actually
13    $13 million with 7 million in abeyance.  The
14    company did agree to settle that with no
15    admission of the liability there and very
16    quickly also addressed those open points with
17    the agency.
18       It was actually a very favorable response
19    to how we reacted to and resolved those issues
20    that they had raised as gaps.
21 BY MR. MINER:
22    Q.   So it's the $13 million civil penalty that
23 Mercedes paid in settlement with NHTSA as part of
24 the audit query, correct?
25    A.   That -- that payment was tied to the audit

Page 45

1 query, yes.
2    Q.   And there was $7 million held in abeyance,
3 and it looked like you had to conduct various
4 assessment meetings periodically with NHTSA, right?
5    A.   That's correct.  That was part of the
6 criteria, yes.
7    Q.   And did those assessment meetings take
8 place?
9    A.   They continued to take place, yes.
10    Q.   Did you say continued to take place?
11    A.   They continued to take place, yes.
12    Q.   As in they're still taking place to this
13 date?
14    A.   They have this year, yes, and there appear
15 to be some to be scheduled through the remainder of
16 the year.
17    Q.   Is that $7 million of civil penalty that
18 was held in abeyance, is it still in abeyance?  Or
19 has any portion of that had to be paid?
20    A.   No.  To my knowledge, that's still in
21 abeyance.
22    Q.   Do you participate in these assessment
23 meetings?
24    A.   Yes.  I have.
25    Q.   How many have taken place since the

12 (Pages 42 - 45)

Page 46

1 settlement was entered into?
2   A.   I believe we've had one so far.
3   Q.   Only one so far?
4   A.   This past year, to my recollection, yeah.
5   Q.   Who participated in it?
6   A.   I participated in it, a representative
7 from the MB U.S.A. legal department, some personnel
8 from Mercedes-Benz -- sorry, from Daimler legal
9 department, as well as in the engineering area.
10   Q.   Can you tell me their names, please?
11   A.   So the MB U.S.A. legal department, that
12 was Anthony Zepf, Z-E-P-F.  From MB U.S.A.,
13 Greg Gunther, G-U-N-T-H-E-R.  From Daimler legal
14 department, I don't recall who was present there.
15 And an additional manager, Christiane Netzker,
16 N-E-T-Z-K-E-R.  And outside counsel for MB U.S.A.
17   Q.   Who participated from NHTSA?
18   A.   In the assessment meeting, I believe
19 Attorney Tom Healy, Josh Neff and maybe one other
20 engineer from NHTSA.
21   Q.   Did Mercedes have to prepare any sort of
22 reports or materials for NHTSA for that assessment
23 meeting?
24   A.   Yes.  To my recollection, they had a few
25 points that they asked the company to address, and

Page 47

1 those were addressed satisfactorily by the --
2 according to the agency.
3   Q.   Was some sort of written submission made
4 by Mercedes to NHTSA?
5   A.   I believe there was a submission made
6 under confidentiality, yes.
7   Q.   When you say NHTSA responded
8 satisfactorily, did NHTSA give any sort of written
9 response or formal response?
10   A.   Not to my recollection.
11   Q.   When did this assessment meeting take
12 place?
13   A.   First assessment meeting was earlier this
14 year, I believe.
15   Q.   Where did it take place?
16   A.   In Washington, D.C., at the NHTSA office.
17   Q.   When is the next one scheduled?
18   A.   We don't have a firm date at the moment,
19 but we're looking at dates.  Likely sometime in
20 October.
21   Q.   What does Mercedes-Benz still need to do
22 pursuant to the settlement agreement?  In other
23 words, what is NHTSA still expecting from Mercedes
24 as part of this next assessment?
25   A.   To my knowledge, it's follow-ups on some

Page 48

1 of the open points they had just summarizing the
2 different reporting obligations.
3       There wasn't much specific.  Matter of
4 fact, it seems like they were kind of searching for
5 topics to come up with.
6   Q.   During your entire time at Mercedes,
7 has -- to your knowledge, has Mercedes ever been the
8 subject of an audit by NHTSA on any other topic
9 other than this one in 2018?
10   A.   That's all I recall.
11   Q.   Has Mercedes entered into any other
12 settlements with NHTSA on any matter?
13       MR. KNAPP:  Object to form.
14       THE WITNESS:  Not to my recollection.
15 BY MR. MINER:
16   Q.   You said you were department manager in
17 product safety up until 2017.
18       Did I get the date correct, the year
19 correct?
20   A.   That's correct.
21   Q.   Did your job at Mercedes-Benz U.S.A.
22 change at that point in time?
23   A.   Yes.  It did.
24   Q.   What did it change to?
25   A.   So I was promoted to senior manager,

Page 49

1 regulatory and government compliance.  So I took on
2 more compliance topics, including still maintaining
3 government inquiries and investigations specifically
4 related to NHTSA.
5   Q.   Is that a position you continue to hold
6 today?
7   A.   The role is similar.  My title has changed
8 since.  But as far as the actual function and role,
9 that stays the same, yes.
10   Q.   How has your title changed?
11   A.   My title has changed to senior principal,
12 technical compliance.
13   Q.   And is this -- is your job within the
14 engineering services department at Mercedes-Benz
15 U.S.A.?
16   A.   No.  I no longer am under engineering
17 services.
18   Q.   When we deposed Mr. Aikman -- I apologize.
19 I'm blanking on his first name -- he mentioned that
20 since February --
21   A.   Mark.
22   Q.   Is it Mark Aikman?
23   A.   Yes.
24   Q.   He said that since February of 2019, that
25 you were part of the legal team.

13 (Pages 46 - 49)

1      Is that what this -- is that related to
2  the change in title?
3      A.  That's correct, yes.
4      Q.  Explain how your reporting or the team you
5  worked with changed, then.
6      A.  So there's been a greater focus on
7  technical compliance within the organization.  And
8  together with that, I was brought underneath the
9  legal department and work now on technical
10  compliance topics.  That also includes the inquiries
11  and investigations by, for example, NHTSA.
12      Q.  What does that mean, "technical
13  compliance," that there was an increased focus on
14  technical compliance?
15      A.  Just that.  As far as technical compliance
16  and working with the manufacturer to ensure that
17  timely and proper information is shared back and
18  forth, in particular to vehicle design, safety
19  topics, just in general, those types of things.
20      Q.  Let's take a look at the exhibit that was
21  already in the folder.  It's been previously marked
22  as Exhibit 3.
23      A.  Got it.
24      Q.  This -- Exhibit 3 is an org chart that was
25  used during the deposition of Mr. Aikman.

1      Is this the -- still the current state of
2  affairs?  Is this org chart accurate for the current
3  labeling?
4      A.  No.  There's some -- been some changes in
5  reorganization.
6      Q.  Have you always -- have you always worked
7  within the engineering services department in the
8  various roles you've had?
9      A.  I don't follow your question.  Sorry.
10      Q.  Looking at this -- this particular
11  organization chart, it looks like you would report
12  up to the general manager of engineering services,
13  right?
14      A.  That's what the org chart shows, yes.
15      Q.  Is that accurate?  Is that correct?
16      A.  On this org chart, it shows that I had
17  reported up to engineering services, correct.
18      Q.  And did you -- I'm just trying to tell
19  from your hesitancy, is there anything -- is the org
20  chart inaccurate in any way?
21      A.  It's no longer some of the personnel that
22  is shown there or some of the departments.
23      There's -- like I mentioned, there's been
24  some reorganization on efficiencies.  And some of
25  the folks have retired, some have left the company,

1  and there's been some consolidations of some of
2  those areas.
3      Q.  I guess, going back as far in time in your
4  career as when you were a product analysis engineer
5  through the time that you were department manager of
6  product safety, have you always been within this
7  engineering services department?
8      A.  I've always been within the engineering
9  area.  It always has -- it has not always been
10  engineering services.  Again, there was areas over
11  time had morphed into different things.  There are
12  consolidations, efficiencies.
13      Q.  I'd like to get a sense of who the -- was
14  the general manager -- regardless of what the title
15  of the engineering department was, did you always
16  have -- was there always a general manager of the
17  department?
18      A.  No.  It changed.  It's -- I think when it
19  started, I think there was a director, and then it
20  changed to general manager.  That's probably where
21  it's been for a few years.
22      Q.  Your tenure at Mercedes-Benz, who have
23  been the different directors or general managers of
24  the engineering department that you would report up
25  to?

1      A.  So let's see.  Initially, I think there
2  was Harold Polz.
3      Q.  If can you give me -- if you can give me
4  rough periods of time.
5      A.  Yeah.  That was early, mid '90s when I
6  started.  Then it changed to Klaus Drexel and to
7  Rudolf Errand (phonetic).  Something between there.
8  I can't remember.  And then Frank Diertl, Julian
9  Soell, then David Tait.  So roughly that's the
10  transition.
11      Q.  For how long a period of time has Mr. Tait
12  been the general manager of the engineering services
13  department?
14      A.  It's been a few years now.
15      Q.  Can you give me an approximate time frame?
16      A.  I believe since 2017, late 2016, somewhere
17  in there.
18      MR. MINER:  We've been going a little over
19  an hour.  How about we take our first morning
20  break?
21      MR. KNAPP:  Sounds great.
22      THE VIDEOGRAPHER:  The time is 10:11 a.m.
23  We're going off the record.
24      (Short recess taken.)
25      THE VIDEOGRAPHER:  The time is 10:23 a.m.

1    We're back on the record.
2  BY MR. MINER:
3    Q.  Mr. Brunner, you described for me how
4  during the period of time that you were product
5  analysis engineer, you would be involved in vehicle
6  inspections in litigation-related matters.
7        Does Mercedes-Benz U.S.A. ever do field
8  investigations or vehicle inspections based on
9  customer complaints or issues in cars -- issues in
10 its cars not related to litigation matters?
11   A.  So Mercedes-Benz takes customer complaints
12 very seriously.  And if there's an allegation of an
13 injury or fatality, those in general will be
14 investigated at the request of the legal department.
15       There are other types of customer
16 complaints that may come in that will generally be
17 addressed just to be able to resolve a customer's
18 concern.
19   Q.  So there are situations where Mercedes
20 investigates customer complaints where there is an
21 allegation of injury but not necessarily a lawsuit
22 or a claim made; is that correct?
23       MR. KNAPP:  Object to form.
24       THE WITNESS:  Sorry.  Can you either
25   repeat that or rephrase that, please?

1  BY MR. MINER:
2    Q.  I'll try to break it down.
3        As I understand it, sometimes people have
4  accidents with Mercedes cars.  They allege that
5  there was a defective product.  They make a claim,
6  either a lawsuit or a demand letter.  And those were
7  situations where you, as a product analysis
8  engineer, got involved in vehicle inspections, fair
9  to say?
10   A.  Correct.  In anticipation of litigation.
11   Q.  Right.  I'm just trying to understand, is
12 there another universe or -- of investigations or
13 vehicle inspections that Mercedes does just as a
14 result of a customer complaint, where there's no
15 lawsuit or claim made?
16       MR. KNAPP:  Object to form.
17       THE WITNESS:  Yes.  Again, Mercedes takes
18   any customer complaint seriously and will try
19   to gather facts, make observations in order to
20   address those concerns.
21       Sometimes those -- that information
22   collection may involve the dealer to do --
23   collect certain information on that.  So in
24   essence, yes.
25 BY MR. MINER:

1    Q.  What department at Mercedes-Benz handles
2  responses to those sort of complaints?  And again,
3  I'm sort of segregating out litigation matters where
4  there are lawsuits or demand letters filed.  I'm
5  trying to just focus on customer complaints that
6  aren't -- don't involve litigation.
7        MR. KNAPP:  Object to form.
8        Curtis, real quick, I think the confusion
9  is, are you talking about complaints that don't
10 involve injuries, claims of injuries?
11       MR. MINER:  Just complaints where there's
12 claims of injuries.  Not -- I'm not interested
13 in warranty claims for now.
14       MR. KNAPP:  So just in -- complaints about
15 injuries?
16       MR. MINER:  Correct.
17       MR. KNAPP:  Okay.  Thank you for the
18 clarification.
19       THE WITNESS:  Yeah.  Again, so those are
20 all taken very seriously and also routed to the
21 product analysis area in order to be able to
22 collect information to be able to address those
23 concerns.
24       Ultimately, the customer assistance center
25 is the entity or the group that replies back to

1    the customer with -- yeah, in order to
2    alleviate any concerns that we have, but it's
3    all routed through the product analysis area.
4  BY MR. MINER:
5    Q.  So it's the same department.  The same
6  product analysis engineers would do the field
7  investigation, regardless of whether there's
8  litigation involved or not?
9    A.  That's correct.
10   Q.  And how do those customer complaints that
11 involve injury -- and I just want to focus on
12 customer complaints involving injury for now.  How
13 do they get gathered or collected by Mercedes-Benz?
14   A.  So they're routed through the customer
15 assistance center.  That's the first point of
16 contact.  And then from there, the customer
17 assistance center will involve the different
18 entities, product analysis, if there's an allegation
19 of injury, for them then to handle.  So that's
20 generally how that type of complaint is routed.
21   Q.  What's the database called that the
22 customer assistance center records customer
23 complaints about injuries in?
24   A.  The customer assistance center database in
25 general is called Compass, C-O-M-P-A-S-S.

Page 58

1    Q.   And is there some protocol or procedure
2 that's followed if a customer complaint comes in to
3 the customer assistance center and there is an
4 allegation of an injury?
5    A.   Yes.  They have a general protocol that,
6 to my recollection, those types of complaints will
7 be routed to a different referral manager.  And they
8 will then, in general, take that type of complaint
9 and route it accordingly.
10    Q.   Where do those types of complaints -- that
11 is, complaints involving injury -- get routed?
12    A.   They get routed to the legal department
13 and then product analysis as well.
14    Q.   And how is a determination made whether
15 there should be a field investigation or not in
16 response to the complaint?
17    A.   That generally depends on the -- on the
18 type of complaint that's managed by the product
19 analysis department in conjunction with the legal
20 department.
21    Q.   And does the reporting that's done when
22 it's a complaint not involving litigation differ in
23 any way?
24    A.   So repeat that, please.
25    Q.   Does the reporting that's done differ in

Page 59

1 any way when there is just a claim by a customer of
2 an injury but no litigation involved?
3    A.   The collection of that information is the
4 same and also is accounted for within Compass.
5    Q.   I'm talking about the sort of reporting
6 that the product analysis engineers would do who
7 conduct the field investigation.
8    A.   So a claim comes in from a customer.  A
9 complaint gets routed to product analysis.  The
10 determination is made how to -- how to collect the
11 best information in order to address a customer's
12 concern.
13        That's then worked with the MB U.S.A.
14 legal department.  And then it's given back -- the
15 information is given back to the customer assistance
16 center in order to reply back to the customer.
17        The information that's collected by the
18 product analysis then is shared with the legal
19 department.  And it's contained within the
20 information that they then compile for the legal
21 department.
22    Q.   So the same sort of reports would go to
23 the legal department as if there had been
24 litigation, the sort of summaries -- summaries that
25 you described earlier?

Page 60

1    A.   To my knowledge, the summary of the
2 information that's collected is provided to the
3 legal department, regardless of whether it is
4 existing litigation or not.
5    Q.   Let's take a look at -- I'm going to show
6 you Exhibit 23 from Ms. Analil's deposition
7 yesterday.
8    A.   Nothing has come up yet.
9        IT SUPPORT:  I don't have it either.
10        MR. MINER:  Got it yet?
11        THE WITNESS:  Yep.  There it is.
12 BY MR. MINER:
13    Q.   Take a moment to read this e-mail and let
14 me know when you've had a chance.  One of the things
15 in these remote depositions, it's hard to -- when
16 you're not seeing the person read the document, it's
17 always hard to tell when they've had a chance to
18 read it.
19        MR. KNAPP:  What is the exhibit number,
20    Curtis?
21        MR. MINER:  This is 23 from Ms. Analil's
22    deposition.
23        MR. KNAPP:  Got it.  Thank you.
24 BY MR. MINER:
25    Q.   There's some PDF -- yeah, I can see you

Page 61

1 looking sideways.  There are some PDF pages of the
2 attached Excel spreadsheet that are attached to this
3 email.  You can ignore those.  I'm going to attempt
4 to upload the actual Excel spreadsheet and see if we
5 can make that work in a moment.
6    A.   Okay.
7    Q.   I just wanted to show you this e-mail to
8 give you context for where this spreadsheet came
9 from.
10    A.   Understood.
11        Okay.
12    Q.   Exhibit 23 is an e-mail in which you are
13 copied, correct?
14    A.   That's correct.
15    Q.   It was sent by a Kimberly Philburn to you,
16 among other people, on March 6th of 2017, correct?
17    A.   I was copied, yes.
18    Q.   And we'll take a look at the Excel
19 spreadsheet.  But correct me if I'm wrong, but it
20 appears that this is a spreadsheet that contains
21 complaints from customers relating to timing of
22 availability of Takata airbags?
23        MR. KNAPP:  Object to form.
24        THE WITNESS:  Based on how it's phrased in
25    the e-mail is customers who had complaints

Page 62

1    regarding airbag availability specific to the
2    campaign that was already launched.
3 BY MR. MINER:
4    Q.  And this would be -- is this something
5 that would be generated from your Compass database?
6    A.  Based on the response from Ms. Philburn,
7 it appears to be based on the database at that time
8 which was Siebel, not Compass, but yes.
9    Q.  One question I have, Siebel was the
10 predecessor database to Compass; is that right?
11   A.  Correct.
12   Q.  Is Compass -- in Compass, its predecessor
13 databases -- in other words, was the data from the
14 predecessor databases migrated into Compass?
15   A.  To my recollection, yes, certain
16 information was uploaded into the predecessor, yes,
17 to my knowledge.
18   Q.  Uploaded into Compass, you mean?
19   A.  Yes.
20   Q.  In other words, if it's Compass, would
21 Compass contain a complete log over time of customer
22 complaints that were received?
23   A.  I don't know specifically.  I haven't been
24 involved in the more recent Compass topics.
25      MR. MINER:  I'm going to introduce as

Page 63

1    exhibit -- I think we're on 27 -- 26, the Excel
2    spreadsheet.
3      (Thereupon, the referred-to document was
4 marked for Identification as Plaintiffs'
5 Exhibit 26.)
6 BY MR. MINER:
7    Q.  Let me know when you have that on the
8 screen.
9    A.  It says the file is too large to be
10 previewed.  Let me try to download it.
11   Q.  It is a large file, and I'm told -- we'll
12 just have to see how agile the system is with an
13 Excel spreadsheet.
14   A.  It's open.  I have it open now.
15   Q.  Go to line number 9019, if you would.
16   A.  Which tab?
17   Q.  Go to "All Data," first tab.
18      And starting at the top, are you familiar
19 with this type of report from the --
20      MR. KNAPP:  Curtis, if you could just give
21 me a second because mine is having a little
22 trouble opening here, too.
23      MR. MINER:  Sure.
24      MR. KNAPP:  I've downloaded it, but just
25 give me a second.

Page 64

1    Okay.
2 BY MR. MINER:
3    Q.  Mr. Brunner, are you familiar with this
4 type of report?
5    A.  Just in general, yes.
6    Q.  You've seen these before?
7    A.  Variations of it, yes.
8    Q.  If you start at the top, I have some
9 questions for you about certain of the columns.
10      You're able -- I can't see your screen,
11 obviously, but you're able to view this like a
12 traditional Excel?  You're able to scroll all the
13 way across to the right?
14   A.  Yes, I can.  I show column AJ as the last
15 column.
16   Q.  Do these reflect data that are input by
17 your customer assistance center?
18   A.  My understanding is, looking at this
19 report, is that it's based on information that
20 relates to certain customer inquiries, yes.
21   Q.  Go to column AE, if you would.  It's
22 titled "Open Agent."
23      Can you tell me what that refers to?
24   A.  It appears to be the username of CAC
25 agent, but I'm not fully clear on what "Open Agent"

Page 65

1 signifies.
2    Q.  Can you tell me what column AF means,
3 "Owner"?
4    A.  No.  I'm not sure exactly what that
5 represents.
6    Q.  Can you tell me what column AH means,
7 "Resolution_CD"?  Does that refer to "Resolution
8 Code"?
9    A.  I don't know.  I'm not that familiar with
10 this.
11   Q.  Go down to row number 9019, if you would.
12   A.  Which one, Curtis?
13   Q.  9019.  Let me know when you're there.
14   A.  Okay.
15   Q.  Are you there?
16   A.  I'm here.
17   Q.  If you go to column AD, the notes, you'll
18 see it says, quote, "Summary of allegations:  Airbag
19 deployment.
20      "Questionnaire sent?  Yes.
21      "Photos requested?  Yes.
22      "Property damage?  No.
23      "Severe fatal injury?  No."
24      And it says, "Customer claims fragment
25 from airbag left scar over eye related to Takata.

17 (Pages 62 - 65)

Page 66

1    "Date:  Sometime in 2013."
2        First, let me ask you, are you familiar
3  with this allegation from a customer related to a
4  Takata airbag?
5    A.  No.  I'm not familiar with this one that I
6  can remember.
7    Q.  It says, "Questionnaire sent?  Yes."
8        What's the questionnaire that's being
9  referred to?
10   A.  There is a questionnaire that is sent to
11  customers to help summarize any concerns that they
12  have when they call the customer assistance center
13  so that their information can be summarized, in
14  particular when it relates to some type of
15  allegation of vehicle performance.
16   Q.  How does it get sent to them?  By e-mail?
17  Traditional mail?
18   A.  At the time -- I don't know when this
19  report was run.
20       At the time, it was generally sent via
21  e-mail or -- it would generally be e-mail, I
22  believe.
23   Q.  And when those questionnaires are
24  returned, where do they go at Mercedes?
25   A.  To my knowledge, they become part of the

Page 67

1  product analysis summary, and that is then part
2  of -- again, their summary that is provided to the
3  legal department.
4    Q.  And that summary, they would attach the
5  questionnaire that came back from the customer?
6    A.  If the customer sent one, I believe, to my
7  knowledge, yes.
8    Q.  And who keeps those?  Do they get kept
9  by -- do they get kept by anyone in the customer
10  assistance center?
11   A.  Not to my knowledge, no.
12   Q.  Do they get kept by anyone in product
13  analysis?
14   A.  To my knowledge, there's no individual
15  that holds on to these, no.
16   Q.  In other words, if I wanted to take a look
17  at questionnaires that were returned by particular
18  customers, where would I go in Mercedes -- at
19  Mercedes?
20   A.  I don't know where they are currently
21  being stored.
22   Q.  Where historically have they been stored?
23   A.  It's my recollection within a secured
24  server.
25   Q.  What do you mean by a "secured server"?

Page 68

1    A.  Secured computer server that is restricted
2  to certain individuals or groups.
3    Q.  Why does it go to -- why are the
4  individuals who have access to it restricted?
5    A.  In general, like I mentioned, many of the
6  matters are in anticipation of litigation; and,
7  therefore, they contain some either privileged or
8  confidential information.
9    Q.  Who within Mercedes-Benz has access to
10  those servers?
11   A.  I don't know that list.
12   Q.  Does that server have a particular name?
13  Is it known within Mercedes as the "fill in the
14  blank" server?
15   A.  I don't know.  I don't even have access to
16  that server at the moment.
17   Q.  Going back to the notes in the column AD,
18  next it says, "Photos requested:  Yes."
19       When customers return -- send in photos
20  with their questionnaires, where do those get
21  stored?
22   A.  My understanding is on that same server
23  under that -- together with the information for that
24  specific matter.
25   Q.  Is there a way from -- if I wanted to

Page 69

1  figure out whether this particular customer had sent
2  in a questionnaire or had sent in photos that had
3  been requested, how would I go about doing that?
4        Let's start, is there any way on this
5  Excel spreadsheet to see what the -- whether that
6  would -- those materials were received?
7    A.  I don't see anything specifically on the
8  spreadsheet that would indicate whether any
9  photographs were received.
10   Q.  If I wanted to figure out if they were, in
11  fact -- setting aside the spreadsheet, if I wanted
12  to figure out whether the questionnaire was received
13  or the photos were received, how would I go about
14  doing that at Mercedes?
15   A.  I've been too far removed from this type
16  of topic.  I don't know the details of that.
17   Q.  Who would know at Mercedes?
18   A.  I don't know specifically.
19   Q.  What department?
20   A.  Likely product analysis.
21   Q.  If photos are received along with the
22  questionnaire, do those also get attached to the
23  summary reports prepared by the product analysis
24  engineers?
25   A.  I don't know if they're necessarily

Page 70

1 attached based on sometimes they can be quite
2 voluminous in size, but I believe they are all
3 contained within certain folder matter, matter
4 folder.
5    Q.  Is there any way from this Excel
6 spreadsheet we can determine how this customer
7 complaint about fragment coming out of her airbag
8 was handled?
9       MR. KNAPP:  Object to form.
10       THE WITNESS:  I just see the customer
11    claims a fragment -- claims fragment from
12    airbag.  I'm not familiar enough with the
13    spreadsheet that I see anything as I sit here.
14 BY MR. MINER:
15    Q.  And if I wanted to go to Mercedes and try
16 to figure out how they responded to this customer
17 complaint, what they did, if anything, how would you
18 determine that?
19    A.  I believe the request would have to be
20 made to the legal department.
21    Q.  Sometimes customer assistance centers will
22 assign, like, a ticket number or a claim number.
23       Is there anything in this report that
24 would indicate to you that there's sort of a unique
25 claim number or matter number that would be

Page 71

1 assigned?  Or was that -- is that a practice that
2 Mercedes followed?
3       MR. KNAPP:  Object to form.
4       THE WITNESS:  I am familiar that a matter
5    number is assigned.
6       For the Siebel system, there was an
7    SR number.  And I believe somewhere on this
8    spreadsheet is a reference to an SR number
9    somewhere.
10 BY MR. MINER:
11    Q.  Can you show me where that is?
12    A.  I'm looking as we speak.
13       It appears to be column I, as in indigo.
14    Q.  And just so I don't lose my place in the
15 spreadsheet, what does the heading of that column
16 say?
17    A.  It says -- column I has a header of
18 "SR_NUM," N-U-M.
19    Q.  Okay.  What does that -- what does "SR"
20 stand for?
21    A.  To my recollection, it stands for service
22 request.
23    Q.  And if you wanted to track at Mercedes
24 what happened with any particular service request,
25 how would you do that?

Page 72

1    A.  If one had access to the Siebel system,
2 one could look up that number and see what materials
3 are associated with it, what information is
4 associated with it.
5    Q.  Have you done that in the past?  Not on
6 this particular one, but have you looked up SR
7 numbers to see what is available in the Siebel
8 system?
9    A.  Many years ago.  I no longer have access
10 to the system.
11    Q.  What type of things would be stored in the
12 Siebel system?  In other words, are there -- is it a
13 file storage system as well?
14       MR. KNAPP:  Object to form.
15       THE WITNESS:  I'm not sure of the format
16    or structure.  But in general, it will contain
17    a vehicle VIN, vehicle identification number.
18    It will contain the Daimler vehicle
19    identification number.  It will contain the
20    customer's name and address, contact
21    information.  In general, what other contacts
22    the customer has had to Mercedes.
23       Again, it's been awhile.
24 BY MR. MINER:
25    Q.  Would it reflect whether a product

Page 73

1 analysis engineer did any sort of field
2 investigation?
3    A.  To my recollection, it may if that's
4 captured by the agent who is documenting or handling
5 the case.
6    Q.  Would it -- would it contain the
7 questionnaire if it was returned by the customer?
8    A.  Not to my knowledge.  I don't believe the
9 questionnaires can be attached to that.  Like I
10 mentioned, it would be contained within the matter
11 within that server.
12    Q.  Looking to column J, you see a number of
13 these say "Customer Care."  But this one appears to
14 come from "Customer Advocacy."
15       What's the difference?
16    A.  To my knowledge, there are different areas
17 within the customer assistance center.  So customer
18 care being one, customer advocacy being another,
19 roadside being another.  It's just who's that --
20 that SR number would be associated with in the area
21 of who may be entering information or working that
22 matter.
23    Q.  Give me a moment.  I'm just moving to a
24 different part of the Excel.  It's just going to
25 take me a moment to navigate it.

19 (Pages 70 - 73)

Page 74

1    Actually, we can move on from the Excel.
2    Let me ask you, have you ever done any
3 sort of search of Compass or any of the other
4 Mercedes-Benz databases to look to see whether there
5 had been complaints by customers of malfunctions of
6 any sort in Takata airbags?
7    A.  In general, I -- it's not something I
8 would do.  That would be generally something we
9 would request either the IT department or the
10 customer assistance center to run a report, for
11 example.
12    Q.  Have you ever requested anyone to run such
13 a report?
14    A.  A report for?
15    Q.  To see what sort of complaints Mercedes
16 has received of malfunctions in Takata airbags.
17    A.  Not specifically that I remember.  But as
18 far as the complaints when they do come in, they get
19 routed to product analysis and the legal department.
20 I also get copied on those.  So I'm very familiar
21 with any types of complaints that come in from
22 customers that could relate to these type of topics
23 that you mentioned.
24    Q.  But you weren't familiar with the
25 complaint we just looked at that involved a customer

Page 75

1 complaining that a fragment had come out of their
2 Takata airbag, right?
3    A.  I'm not saying I wasn't familiar with it.
4 I just don't recall that specifically.
5    Q.  To your knowledge, has anyone done any
6 sort of -- run any sort of report from Mercedes
7 databases to determine what complaints it has
8 received over the years from customers related to
9 Takata airbags?
10    A.  I don't know.  But I do know that, again,
11 as they come in, it's something that's reviewed by
12 me and others.  So had anything come in, I would be
13 aware of it.
14    Q.  Has anything come in?
15    A.  Over the years, to my recollection, there
16 have been a few where a customer may claim that
17 their vehicle with an alleged Takata airbag may have
18 malfunctioned.  And then looking into this a little
19 bit further, many times it turns out that the
20 vehicle doesn't even have a Takata airbag in it.
21    Q.  So you've had a few of these complaints
22 come across your desk; is that right?
23    A.  That's correct.
24    Q.  In what form do they come to you?  How do
25 they get reported to you?

Page 76

1    A.  Like I mentioned, when these SRs are
2 created, they are forwarded to the product analysis
3 engineers and the legal department, and I am also on
4 that e-mail chain.
5    Q.  So it's an e-mail that comes -- who does
6 the e-mail come from?  Customer service center?
7 Customer assistance center?
8    A.  It's directed to the customer assistance
9 center.
10    Q.  Who is on the chain?
11    A.  I don't know specifically.  I believe it's
12 sent to a group.
13    Q.  Who do you know of who is on the group?
14    A.  I don't know specific names.
15    Q.  You're one of the people on the group,
16 right?
17    A.  I am.
18    Q.  Do these e-mails get a particular subject
19 line so you know that you're receiving a report
20 related to a customer complaint about an injury?
21    MR. KNAPP:  Object to form.
22    THE WITNESS:  It references the SR number.
23 BY MR. MINER:
24    Q.  What's the -- what's the typical content
25 of one of these e-mails?

Page 77

1    A.  It just provides a few sentences regarding
2 the vehicle identification number, what the general
3 complaint is of the customer.  It's very short
4 information, very short summary.
5    Q.  Any attachments?
6    A.  No.
7    Q.  And does it task anyone -- does the
8 sending of that e-mail task anyone to do anything?
9    A.  No.  It's just a summary of information.
10    Q.  How many of those e-mails have you
11 received that related to Takata airbags?
12    A.  I don't have a number.  I don't think it's
13 many.
14    Q.  Can you give me an approximation?
15    A.  I don't want to guess.  I don't have a
16 number.
17    Q.  Have you been -- in response to any of
18 those e-mails that related to Takata airbags, have
19 you done anything?
20    A.  Yes.  I have.
21    Q.  What have you done?
22    A.  If there was text or a complaint that
23 would have referenced some type of allegation on a
24 Takata inflator malfunction or reference to that, I
25 would dig deeper and try and find out more

Page 78

1 information with respect to what the product
2 analysis engineers may have collected.
3     Q.   Would you task anyone to help you with
4 that, or is that something you just did personally?
5     A.   No.  I would work with the product
6 analysis engineers and the legal department to -- to
7 request information along those lines of what they
8 ultimately find in their search for information.
9     Q.   And what do you do with the information?
10    A.   I review the information.  And if it's --
11 it fits the criteria that needs to be forwarded to
12 the NHTSA based on the order that they have, then
13 it's something that is then done.
14    Q.   Is anything -- in any of these e-mails
15 that you received relating to allegations involving
16 Takata airbags, has anything been forwarded on to
17 NHTSA?
18    A.   There's been one incident that fit the
19 criteria for the order that was -- that was sent
20 to -- or we informed the NHTSA on the details of
21 that and fulfilled our reporting obligations.
22    Q.   Tell me about that incident.
23    A.   It was an allegation of a driver in
24 California who made an allegation that his inflator
25 in his C-Class had ruptured.  Subsequent inspection

Page 79

1 and collection of information showed that the airbag
2 was in absolute working order.  The vehicle and
3 airbag functioned as designed.  There was absolutely
4 no reference or no indication of any inflator
5 rupture whatsoever.
6     Q.   What model year C-Class was it?
7     A.   I don't remember specifically.
8     Q.   Where in -- where in California did the
9 complaint originate from?
10    A.   I believe in the Los Angeles area.
11    Q.   Was it an allegation relating to a
12 driver-side airbag or a passenger-side airbag?
13    A.   Driver-side airbag.
14    Q.   Did the car contain a Takata airbag
15 inflator?
16    A.   Yes.  It did.
17    Q.   Was it a PSDI-5?
18    A.   Yes.  It was.
19    Q.   Is that one of the airbag inflators that
20 Takata has found defect information reports saying
21 that they contain a potential safety defect?
22    A.   That's correct.
23    Q.   And was the customer's vehicle a vehicle
24 that was subject to a safety recall?
25    A.   Yes.  It was.

Page 80

1     Q.   What type of accident or incident had the
2 car been in?
3     A.   It was a collision where the acceleration
4 forces were sufficient to deploy the driver-side
5 airbag.
6     Q.   And what sort of injuries did the customer
7 have?
8     A.   They claimed facial injuries.
9     Q.   What type of facial injuries?
10    A.   Sorry.  I didn't hear the question.
11    Q.   What type of facial injuries?
12    A.   I don't remember if there were specifics
13 on the injury.
14    Q.   Did they claim lacerations?
15    A.   Yes.  Possibly.
16    Q.   Did Mercedes make any determination as to
17 how the customer had received the cuts or
18 lacerations in the accident?
19        MR. KNAPP:  Object to form.
20        THE WITNESS:  Based on the facts available
21    to us and the inspection of the airbag and
22    vehicle, it appears that the claimed injuries
23    were a result of abrasions from the airbag
24    material.
25 BY MR. MINER:

Page 81

1     Q.   Were you -- were you personally involved
2 in any of the field investigations of this
3 particular incident?
4     A.   Yes.  I was.
5     Q.   Did you go out and inspect the car?
6     A.   I did.
7     Q.   If I want to -- I have not seen the
8 information on this, the incident or anything that
9 was produced by Mercedes.
10        Is there a particular -- if I want to find
11 the information on this so I can look at it myself,
12 how do you identify it?  Does the complainant have a
13 particular name?  Is it a -- did it -- how is it --
14    A.   Yes.  The -- the complaint would be
15 associated with a customer's name.
16    Q.   How would you identify it internally?
17    A.   Likely by the customer's name.
18    Q.   What was the customer's name?
19    A.   I don't remember the last name.  I don't
20 remember.
21    Q.   Did you keep any sort of file on this
22 particular customer's complaint?
23    A.   Not me personally, no.
24    Q.   Did someone else?
25    A.   Not that I'm aware.

21 (Pages 78 - 81)

Page 82

1    Q.   What sort of information was generated by
2  or data was -- let me back up.
3        What sort of information was gathered or
4  collected by Mercedes, such as accident reports,
5  inspection photographs, physical evidence, as part
6  of this complaint?
7    A.   Yeah.  So in general, as much information
8  about the vehicle history would be looked into,
9  including any type of warranty claims, any type of
10  customer pay.
11        We look into a general CARFAX report.  Any
12  information we can collect on the -- like you
13  mentioned, on the police accident report, anything
14  that relates -- then, of course, on photographs
15  from -- that were taken during the inspection to
16  make the observations.  That's the general
17  information that is normally collected for such an
18  inspection.
19    Q.   Any physical evidence get collected,
20  including the Takata airbag inflator itself?
21    A.   I don't follow your question.
22    Q.   Did you -- did you take the inflator out?
23  Did you collect the inflator?
24    A.   So we did remove the inflator for further
25  photography and documentation.

Page 83

1    Q.   Did you keep the inflator itself?
2    A.   I did not, no.
3    Q.   Did anyone at Mercedes?
4    A.   Not at Mercedes, no.
5    Q.   Was it returned to the customer?
6    A.   I don't believe so.  At that time, the
7  customer had sold the vehicle, I believe.
8    Q.   What happened to the inflator, then?
9    A.   I don't know.
10    Q.   And what sort of -- I'd asked you, first,
11  what sort of materials you collect, the CARFAX,
12  inspection photos.
13        What sort of materials did Mercedes
14  generate?  What sort of reports or information did
15  it generate as part of this claim?
16    A.   A short summary of the observations was --
17  was documented.  And then as far as the requirements
18  from NHTSA, there was a form that needed to be
19  completed and submitted to them, which was done.
20  And to my recollection, that -- the form or that
21  process was then closed by the NHTSA.
22    Q.   Was this an EWR, early warning report,
23  submitted to NHTSA?
24    A.   No.  Under the standing order, this is a
25  form that was created by NHTSA and required of OEMs

Page 84

1  to submit, and that was the form that then was
2  populated and submitted.
3    Q.   Is this part of the coordinated remedy
4  order?
5    A.   It is part of the order, yes.
6    Q.   What's that form called?
7    A.   I don't know if it has a specific name.
8  I'm sure it has a file name, but I don't recall.
9    Q.   Who prepared it for submission to NHTSA?
10    A.   I prepared it.
11    Q.   And when did you submit it to NHTSA?
12    A.   Within a time frame that they required.  I
13  believe it was a requirement within five days to
14  notify them.  And then we collected our information
15  and then submitted, once we had in enough
16  information to populate.
17        I believe there was a follow-up that we
18  needed to provide based on when more information was
19  collected.  I don't remember the time frame exactly.
20    Q.   What year was this submitted to NHTSA?
21    A.   I believe in 2019, to the best of my
22  recollection.
23    Q.   Last year?
24    A.   I believe so.
25    Q.   And I didn't quite follow you.

Page 85

1        Was there more than one submission to
2  NHTSA?
3    A.   I only recall this single one.
4    Q.   I guess let me ask a better question.  You
5  submitted the form that's required by the
6  coordinated remedy order.
7        And then did I understand you to say that
8  there was some -- when follow-up information was
9  obtained, that was also submitted?
10    A.   There are obligations that are outlined in
11  the form that until a conclusion can be made on
12  whether there was a rupture or not, that information
13  needs to be populated and provided to the NHTSA at a
14  certain cadence.  But we did end up collecting all
15  the information and closed that matter.
16    Q.   And we started down this path when I was
17  asking you about these e-mails that had come across
18  your desk alerting you to complaints by customers of
19  injuries involving Takata airbags, and you described
20  this one being one where it fit the criteria under
21  the coordinated remedy order for a submission to
22  NHTSA.
23        Let me set that one aside for the moment.
24        Were any of these other complaints that
25  came across your desk, were field investigations of

22 (Pages 82 - 85)

Page 86

1 any sort done to investigate the customer's
2 complaint?
3        MR. KNAPP:  Object to form.
4        THE WITNESS:  To my recollection, there
5    have been additional inspections based on our
6    typical protocol to investigate allegations,
7    again, where there are customer complaints
8    of -- of anything with their vehicle.
9        There had been, to my recollection, a few
10   where a customer may have alleged that they
11   were injured by an airbag that may be Takata.
12   But again, those were investigated or at least
13   information collected by the product analysis
14   department in conjunction with legal.
15 BY MR. MINER:
16   Q.  Backing up for a moment, the investigation
17   that resulted in the form being submitted to NHTSA
18   for the driver out in California, did that case --
19   was there any sort of claim, demand letter, or
20   lawsuit made against Mercedes in connection with
21   that accident?
22   A.  I don't remember the specifics of the form
23   of complaint.  The customer made a big deal of it,
24   but it was blatantly clear that there was not
25   anything remotely involved with the inflator or a

Page 87

1 rupture on his car.
2   Q.  What do you mean by the "customer made a
3    big deal of it"?
4   A.  He contacted the customer assistance
5    center and again, just based on how it was phrased
6    in the complaint that he had with the customer
7    assistance center, that he was making a big deal of
8    it, that he was concerned about his airbag.
9   Q.  Was he ever represented by counsel?
10       MR. KNAPP:  Object to form.
11       THE WITNESS:  Not to my recollection.
12 BY MR. MINER:
13   Q.  And to your recollection, was any sort of
14   demand letter, claim, or lawsuit filed against
15   Mercedes by this customer?
16       MR. KNAPP:  Object to form.
17       THE WITNESS:  Not to my knowledge.
18       MR. MINER:  I'm going to show you -- I'm
19   going to mark an exhibit as -- I think we're on
20   27.
21       Madam Court Reporter, am I correct that we
22   are on 27?
23       THE COURT REPORTER:  Yeah.  It looks like
24   26 was the Excel spreadsheet.
25       MR. MINER:  Okay.

Page 88

1        (Thereupon, the referred-to document was
2    marked for Identification as Plaintiffs'
3    Exhibit 27.)
4 BY MR. MINER:
5   Q.  Do you have that on your screen,
6 Mr. Brunner?
7   A.  27, yes.  Just came up.
8   Q.  Okay.  What this is -- and these are just
9 some pages from the deposition of Mr. Aikman.  Just
10 take a minute to read them.  He references an
11 incident that he learned of from you, and I'm just
12 trying to track it down.  I think if you read these
13 excerpts, it will sort of frame the issue.
14   A.  The second page that you have up is --
15 has -- half of it is blue and is sort of distorted.
16 Is that something that I should --
17   Q.  You mean pages 39, 40, and 41?  Oh, did
18 it -- I did some of my highlighting on there.  Did
19 that make it unreadable?
20   A.  No.  39, I have a big blue bar across
21 half, in the column across the document.
22       There's purple highlighting on pages 40
23 and 41.
24   Q.  Mine is -- on my Exhibit Share, it's
25 showing fine, which shows the highlighting.  It

Page 89

1 doesn't have the bar.
2       MR. MINER:  I don't know if -- Madam Court
3    Reporter, do you have a suggestion?  Is there a
4    way to --
5       THE WITNESS:  Let me back out and come
6    back in again.
7       MR. KNAPP:  Yeah, try that, Tom.  I was
8    having trouble, but it resolved.
9       IT SUPPORT:  I can see it fine also.
10      THE WITNESS:  It just got worse.
11 BY MR. MINER:
12   Q.  I can read it to you, but --
13   A.  Let me take a look and see if it comes
14 back up.
15      Okay.  Now we're good.
16      Okay.  I've reviewed it.
17   Q.  Can you tell me what the incident is or
18 the matter is that Mr. Aikman is referring to there?
19      MR. KNAPP:  Object to form.
20      THE WITNESS:  I don't remember that.  It
21 appears he mentions an allegation where an
22 airbag didn't deploy.  I don't have a specific
23 recollection of that specific one.
24 BY MR. MINER:
25   Q.  To further frame it, Mr. Aikman was

23 (Pages 86 - 89)

Page 90

1 testifying as a corporate representative. And one
2 of the things you do at those types of depositions
3 is you ask the person who they spoke with at
4 Mercedes-Benz U.S.A. to get prepared for their
5 deposition.
6        He said he had spoken to you, which is
7 perfectly normal. And he was relaying something
8 that you had told him. I guess it would have been
9 at or around the time of his deposition in November
10 of 2019, if that helps further jog your memory.
11    Q. Nothing specific other than if he was
12 mistaken that it -- that it related to a
13 non-deployment versus a deployment, alleged rupture.
14    Q. Do you remember investigating any
15 allegation by a customer or anyone regarding
16 non-deployment of a Takata airbag?
17    A. No. I don't. The non-deployment wouldn't
18 necessarily be something I would get involved in
19 as it doesn't relate to any type of alleged rupture.
20    Q. Are there any other complaints that you've
21 received from customers or otherwise of Takata
22 airbag ruptures that you have gotten involved with,
23 other than this gentleman in California?
24    A. I haven't inspected any other vehicles
25 with alleged ruptures, only worked through the

Page 91

1 product analysis engineers, if there had been any,
2 to get them to assist in collecting information.
3    Q. Which product analysis engineers have been
4 involved in inspections of allegations of rupture
5 by -- involving a Takata airbag?
6    A. I don't recall specifically which engineer
7 handled which ones. Generally, they're assigned by
8 the supervisor. Nothing specifically I recall.
9    Q. Is that Tim Lowery?
10    A. Tim Lowery is the supervisor, yes.
11    Q. What were the results or outcomes -- let
12 me back up.
13        What -- what information do you recall
14 about the other allegations of rupture of Takata
15 airbags in Mercedes vehicles, for example, make or
16 model of the car, location of the accident, nature
17 of the injuries?
18        MR. KNAPP: Object to form.
19        THE WITNESS: I remember specifically
20    those details as it relates to, again,
21    customers with alleged ruptures. The ones that
22    I vaguely recall relate to allegations where it
23    may have been a vehicle affected by a Takata
24    recall and the customer did not specifically
25    mention a rupture, rather mentioned that they

Page 92

1    may have been injured by the airbag material or
2    during airbag deployment.
3 BY MR. MINER:
4    Q. And what details do you remember about
5 those -- those customer complaints?
6    A. That none confirmed any type of rupture.
7 Some cases, the vehicle was no longer available or
8 had already been gone to salvage.
9        Those are the details that I specifically
10 remember.
11    Q. And would each of those incidents, would
12 they have a unique SR number?
13    A. I believe, yes, to my recollection, they
14 would.
15    Q. If I wanted to -- if I wanted to see what
16 was done with each of those complaints and what the
17 outcome was, where would I go in Mercedes?
18    A. Again, those matters are saved on that
19 server that I previously mentioned.
20    Q. The restricted server?
21    A. That's a server with -- yes, with access
22 for certain individuals, as far as I know.
23    Q. When I say -- generally, as you sit here
24 today, are you aware of any lawsuits that had been
25 filed against Mercedes in which someone alleges that

Page 93

1 they suffered an injury as a result of a malfunction
2 by a Takata airbag?
3    A. Nothing specific comes to mind other than
4 I believe there have been claims that -- that allege
5 something similar. I don't have any names.
6    Q. You don't know of any filed law- -- as you
7 sit here today, are you aware of any filed lawsuits?
8 Now -- I'm not going to ask you about other types of
9 claims but any filed lawsuits?
10    A. Nothing specific comes to mind.
11    Q. Are you aware of any demand letters that
12 had been written by counsel to Mercedes alleging
13 that a client was injured as a result of a
14 malfunction of a Takata airbag in a Mercedes
15 vehicle?
16    A. Nothing specific.
17    Q. Anything general?
18    A. There may have been, but again, I -- I don't know.
19    Q. Do you get advised of those? Is that
20 something you would be aware of?
21    A. I may. If the legal department is looking
22 for assistance, I'll contribute where I can.
23    Q. Mr. Aikman testified that one of the
24 things he had spoken to you about is whether there
25 had been any confirmed rupture -- we're not talking

Page 94

1  about allegations anymore -- any confirmed rupture
2  of a Takata airbag in any Mercedes-Benz vehicle, and
3  he testified that you told him there had not.
4       Is that still the same state of affairs as
5  you sit here today?  Has there been a rupture of a
6  Takata airbag in any Mercedes-Benz vehicle anywhere
7  in the world?
8    A.  That's still very accurate, that there has
9  been no confirmed rupture of a Takata inflator in
10  any Mercedes-Benz vehicle worldwide.
11    Q.  And does that include both passenger and
12  commercial vehicles?
13    A.  To my knowledge, yes.
14    Q.  Has there been a confirmed rupture in any
15  Chrysler Crossfire vehicle containing a Takata
16  airbag anywhere in the world?
17       MR. KNAPP:  Object to form.
18       THE WITNESS:  I don't know.
19  BY MR. MINER:
20    Q.  Has there been a confirmed rupture of any
21  Dodge Sprinter van containing -- containing a Takata
22  airbag anywhere in the world?
23       MR. KNAPP:  Same objection.
24       THE WITNESS:  Not to my knowledge.
25       MR. MINER:  All right.  I'm about to move

Page 95

1  to a new topic.  We've been going about another
2  hour.  We'll take our second morning break for
3  about 10 minutes.
4       THE WITNESS:  Sounds good.
5       MR. KNAPP:  That will be great.
6       THE VIDEOGRAPHER:  The time is 11:23 a.m.,
7  and we're going off the record.
8       (Short recess taken.)
9       THE VIDEOGRAPHER:  The time is 11:42 a.m.,
10  and we're back on the record.
11  BY MR. MINER:
12    Q.  Mr. Brunner, when did you first become
13  aware that there were potential problems with Takata
14  airbags generally?
15       MR. KNAPP:  I'm just going to object to
16  form.  And Curtis, are you talking for
17  Mercedes-Benz or just in any way?
18       MR. MINER:  In any way.
19  BY MR. MINER:
20    Q.  Did you understand that question?
21    A.  No.  Sorry.  Can you repeat that, please?
22       MR. MINER:  Mr. Brunner is frozen on my
23  screen.
24       MR. KNAPP:  We may have to -- is the
25  concierge available?

Page 96

1       THE COURT REPORTER:  Off the record?
2       MR. KNAPP:  Thank you.
3       THE VIDEOGRAPHER:  The time is 11:43 a.m.
4  We're going off the record.
5       (Short recess taken.)
6       THE VIDEOGRAPHER:  The time is 11:54 a.m.,
7  and we're back on the record.
8  BY MR. MINER:
9    Q.  Mr. Brunner, when did you first become
10  aware that there may be problems with Takata
11  inflators in general?
12    A.  In general, based on what was going on in
13  the media, probably in the 2014-2015 time frame with
14  respect to the Takata ruptures that were occurring
15  in other manufacturers' vehicles.
16    Q.  What was going on in the media?
17    A.  There would have been articles regarding
18  Takata -- I don't have any specific recollection of
19  any of those articles, but during that time frame is
20  when -- that I can recall I first learned about what
21  was going on.
22    Q.  And what did you learn that was going on?
23    A.  That there were inquiries of Takata from
24  the NHTSA regarding certain types of inflators that
25  they had produced.

Page 97

1    Q.  What types of inflators?
2    A.  I don't recall what it would have been at
3  that time.  I later learned of the different types
4  of propellants in inflators that Takata was using
5  and other OEMs had installed in their vehicles.
6    Q.  Did those news media articles get
7  circulated within Mercedes-Benz?
8    A.  Not that I recall, no.
9    Q.  Did you ever share -- when you read them,
10  did you ever share them with anyone?
11    A.  Not that I remember.  Again, the topic was
12  an industry topic.  Nothing that, to our knowledge,
13  we had any involvement or were included in.
14    Q.  You knew you used Takata airbags in
15  Mercedes vehicles, right?
16    A.  Not specifically, no.
17    Q.  What do you mean "not specifically"?
18    A.  From the recall part 573 that we showed
19  before, that supplier was identified at Takata.  But
20  in general, as the distributor and marketer of the
21  vehicles, we didn't have specific knowledge as to
22  what airbags were being used in our vehicles.
23    Q.  Well, you knew from the early -- from the
24  2014 part 573 report that you do use some Takata
25  airbags in vehicles, correct?

25 (Pages 94 - 97)

Page 98

1    A.  Yes.  As I referenced.
2    Q.  As a result of what you learned from what
3 was going on in the media in 2014 and 2015, did you
4 take any steps at Mercedes to see how it would
5 impact Mercedes?
6    A.  Again, as Daimler is the manufacturer of
7 the vehicles, they have the responsibility for
8 following those topics.  There wasn't anything that
9 I remember would have been any kind of dialogue at
10 the time since we had not been informed from Daimler
11 that there were any vehicles that were included in
12 what was going on in the industry.
13    Q.  Did you have any conversations with
14 Daimler about what you were reading in the media?
15    A.  Not that I remember, no.
16    Q.  Well, this was U.S. media that you were
17 reading, correct?
18    A.  That's correct.
19    Q.  Did you share any of what you were reading
20 in the U.S. with Daimler in Germany?
21    A.  Not generally, no.  They have access to
22 world news as well.
23    Q.  What do you mean by "not generally"?  Were
24 there specific instances where you did?
25    A.  Over the years, there may have been topics

Page 99

1 that we may have discussed based on what was going
2 on in the industry, but nothing specific comes to
3 mind.
4    Q.  When did you first become aware that other
5 automakers were recalling their vehicles that had
6 Takata airbag inflators?
7    A.  I believe the same time frame, 2014, 2015?
8    Q.  How did you become aware?
9    A.  I don't remember specifically.  I believe
10 it would have been through some of the media reports
11 in the U.S., Automotive News maybe.
12    Q.  Did you track any of the recalls through
13 NHTSA that other automakers were undertaking?
14    A.  I can't say I would have tracked them, no.
15 They have been made aware of them through the weekly
16 NHTSA notifications that they -- that you can
17 subscribe to.  But other than that, no.
18    Q.  What are the weekly NHTSA notifications?
19    A.  So you can sign up on the NHTSA portal to
20 be informed of which new recalls are filed by
21 manufacturers, and that e-mail gets sent
22 out on a weekly basis.
23    Q.  Were you signed up to that?
24    A.  I'm not sure when they started, when they
25 started with that automated e-mail.  I don't know if

Page 100

1 it was back then already, but I know I am subscribed
2 to it now.
3    Q.  What information do you get in that weekly
4 e-mail from NHTSA?
5    A.  It's information that lists new recalls
6 filed by automobile and vehicle manufacturers.  It
7 lists briefly what models are involved, who the
8 manufacturer of the vehicle is, and a -- like, where
9 you can -- certain more details if you want to
10 follow up on that.
11    Q.  Did you ever take any steps at Mercedes in
12 response to information you learned about recalls
13 that other automakers are undertaking?
14    A.  Sometimes there may be certain topics that
15 may be of interest, just in general, that -- just
16 kind of keep in the back of my mind.
17    Q.  What topics?
18    A.  Nothing comes to mind specifically, but
19 you're looking at those types of things which other
20 manufacturers are -- are reporting on.  You just
21 want to keep in the back of your mind understanding
22 the types of topics that may -- that may come up on
23 anybody's vehicles.
24    Q.  When did you first become aware that
25 people had been injured or killed as a result of the

Page 101

1 rupture of Takata airbag inflators in vehicles?
2        MR. KNAPP:  Object to form.
3        THE WITNESS:  I don't recall any specific
4     time frame.  Again, likely, when there would
5     have been any media articles and such, 2015
6     time frame maybe.
7 BY MR. MINER:
8    Q.  At any point in time, did you do anything
9 in response to what you had learned in the media or
10 what you had learned from NHTSA about other
11 automakers' recalls at Mercedes?
12    A.  I don't recall anything specific of not
13 doing.  Just in the normal course of collecting and
14 understanding what's going on in the industry, just
15 understanding, you know, what's going on.
16        I can't remember any specific actions that
17 I took other than understanding, okay, there are
18 other vehicles with Takata inflators that appear to
19 be having some inflator issues.
20    Q.  Did you ever take any steps to determine
21 whether Mercedes vehicles used Takata inflators?
22    A.  Not specifically, no.  Again, with Daimler
23 being the manufacturer of the Mercedes-Benz
24 vehicles, we rely on them to also follow what's
25 going on in the industry.  And they have the

26 (Pages 98 - 101)

Page 102

1 relationship with the suppliers to understand if
2 there is anything going on.
3    Q.  Did you ever talk to anyone at Daimler as
4 a result of what you read in the media and what you
5 learned from other recalls about whether this would
6 impact Mercedes?
7       MR. KNAPP:  Object to form.
8       THE WITNESS:  I don't recall anything
9    specific but again, understanding that Daimler
10   is the one who has the relationship with the
11   suppliers and information from the suppliers
12   would work its way back to Daimler.
13      MR. MINER:  Let's take a look at some
14   exhibits.  I'm going to introduce Exhibit 28.
15      (Thereupon, the referred-to document was
16   marked for Identification as Plaintiffs'
17 Exhibit 28.)
18 BY MR. MINER:
19   Q.  Exhibit 28 is an e-mail chain with the
20 Bates number MBUSA_31109.
21   A.  Right.  Got it.
22   Q.  Mr. Brunner, this is an e-mail you
23 authored and sent to -- at least the original e-mail
24 is an e-mail you authored and sent to a Stephen
25 Kraitz on May 21, 2015, correct?

Page 103

1    A.  That's what the e-mail shows, yes.
2    Q.  Who is Mr. Kraitz?
3    A.  Mr. Kraitz was an engineer within the
4 department that I was department manager for.
5    Q.  And you asked him to prepare an NCU.  Is
6 that a news channel update?
7    A.  That's correct.
8    Q.  What is a news channel update at
9 Mercedes-Benz?
10   A.  News channel update is the means for
11 MB U.S.A., as a company, to communicate with its
12 dealers, its franchise dealers.
13   Q.  How does it get communicated to its
14 franchise dealers?
15   A.  Generally, an NCU will be posted to the
16 Netstar platform and dealers have access to it and
17 will check that for information that is shared from
18 MB U.S.A. to its dealers.
19   Q.  You also say you will send a field
20 notification as well.
21      What is a field notification?
22   A.  A field notification is generally an
23 e-mail that is sent from the department manager from
24 the -- at the time vehicle compliance analysis
25 department to MB U.S.A. field representatives to

Page 104

1 inform them of certain topics.
2    Q.  Who are MBS -- MB U.S.A. field
3 representatives?
4    A.  Those are the folks that work for
5 MB U.S.A. who are located in our regions and are
6 generally those who interact more frequently with
7 the dealers.
8    Q.  And you send him some text to circulate
9 through the NCU and that you put in the field
10 notification.
11      Who came up with that text?
12   A.  I don't remember who came up with that.
13   Q.  You say, and I quote, "You have likely
14 seen the recent media coverage on the Takata airbag
15 recall that involves vehicles from various
16 manufacturers.  Should customers inquire, we have
17 been informed by Daimler that none of us -- none of
18 our U.S. Mercedes-Benz vehicles are affected by this
19 recall.  This should address any concerns on the
20 part of customers."
21      That's what went into the news channel
22 update?
23   A.  That was the suggestion, yes.
24   Q.  Did you come up with that language?
25   A.  With a topic like this, no, I wouldn't

Page 105

1 come up with this by myself.  It generally would be
2 something received from the PR department at MB
3 U.S.A.
4    Q.  You say "We have been informed by
5 Daimler."
6       Who at Daimler informed you?
7    A.  Again, having come through the PR
8 department, it was -- it would have been informed
9 through that channel.
10   Q.  Who would you expect at Daimler to be the
11 one informing Mercedes-Benz U.S.A. about whether its
12 vehicles were affected by a recall?
13   A.  Again, in this context and how this is
14 written, the press department at Daimler would be
15 involved.  I don't recall who was there at the time.
16   Q.  Before sending this out, did you take any
17 steps to determine whether Mercedes-Benz vehicles
18 would be affected by the Takata recalls?
19   A.  Not specifically, no.  Only because it's
20 not information that MB U.S.A. would have and we
21 rely on Daimler to determine that and, as the
22 statement says, Daimler validates that there are no
23 U.S. vehicles affected by the recall that's
24 referenced.
25   Q.  Do you do anything to check the accuracy

27 (Pages 102 - 105)

Page 106

1 of this statement you get from Daimler?
2    A.  No reason to check the accuracy.
3        Again, they're the ones who have the
4 information on what's built in and provided to the
5 vehicles that are -- that we sell so I wouldn't see
6 a need to challenge that.
7    Q.  I'm going to introduce Exhibit 29.
8        (Thereupon, the referred-to document was
9 marked for Identification as Plaintiffs' Exhibit
10 29.)
11 BY MR. MINER:
12    Q.  Exhibit 21 is an e-mail chain with a Bates
13 stamps beginning MBUSA_41308.
14    A.  Just one second.  It's downloading.  Okay.
15 Got it.
16    Q.  You see this e-mail chain begins with a
17 link to a U.S. news article with a headline "Takata
18 airbag recalls could expand to seven more companies"
19 and a question from someone in your customer care
20 center, "Can we confirm 100 percent that we do not
21 use Takata parts?"
22    A.  Yes, I see that.
23    Q.  And that query got forwarded to you by
24 Mustafa Ramani, correct?
25    A.  That's correct.

Page 107

1    Q.  When you got that inquiry from him, "Can
2 we confirm 100 percent that we do not use Takata
3 parts?" what did you do?
4    A.  I don't follow the question.  Sorry.
5    Q.  You received this e-mail from Mr. Ramani
6 with the question "Can we confirm 100 percent that
7 we do not use Takata parts?"
8        What did you do when you got that e-mail?
9    A.  I think, based on what I've written here
10 in my response, I would have reached out to our PR
11 department if I didn't already have a statement that
12 we can provide and compile it such that we could
13 give a response to the customer assistance center to
14 answer the question.
15    Q.  You did use Takata parts, correct?
16    A.  Based on what's written here, yes, we have
17 used Takata airbags but again, none of those that
18 have been subject of the controversy or recall at
19 that time.
20        The engineering department referring to
21 the Daimler engineers.
22    Q.  Who crafted -- who crafted this statement
23 for use by the customer assistance center?
24    A.  Again, as it states here, our PR
25 department ultimately would have created this

Page 108

1 statement to use.
2    Q.  Did your PR department have technical
3 knowledge about what type of airbags Mercedes use or
4 don't use?
5    A.  Generally, no.  They rely on also the
6 Daimler PR department and then Daimler relies on
7 their engineers on what's installed and provided it
8 in our vehicles.
9    Q.  Does Mercedes-Benz U.S.A.'s PR department
10 rely on anybody at Mercedes-Benz U.S.A. for
11 technical assistance?
12        MR. KNAPP:  Objection to form,
13 argumentative.
14        THE WITNESS:  We do have a relationship
15 with PR in that they can reach out to the MB
16 U.S.A. engineers, particularly in the vehicle
17 compliance analysis area, if they have
18 questions on technical matters that they don't
19 have answers to.  So they do rely on the
20 engineers within MB U.S.A.
21 BY MR. MINER:
22    Q.  In this statement that you provided back
23 to Mr. Ramani, was that intended to be used by your
24 customer assistance center in response to questions
25 by Mercedes-Benz customers?

Page 109

1    A.  Yes.  As it states here, CAC should have
2 already received a response from our PR department
3 and this statement was always intended to be shared
4 within the customer assistance center to address any
5 customer concerns.
6    Q.  Part of the statement is to tell customers
7 who have customer concerns, quote, "We have used
8 Takata airbags but not those that have been the
9 subject of the controversy," end quote, correct?
10    A.  That's what it states, yes.
11    Q.  What was the subject of the controversy?
12    A.  To my recollection at the time, it would
13 have been what was contained in that news article
14 where -- yeah, where there was additional
15 information being provided to the press based on
16 Takata.
17    Q.  And the controversy was that Takata had
18 used ammonium nitrate in its propellant in its
19 inflators, correct?
20        MR. KNAPP:  Object to form.
21        THE WITNESS:  I don't recall the contents
22 of that specific article at the time.  I'd have
23 to look at that article again to see if that is
24 what the controversy was characterized as.
25 BY MR. MINER:

28 (Pages 106 - 109)

Page 110

1     Q.  In any event, Mercedes did use Takata
2  inflators that contained ammonium nitrate as its
3  propellant, right?
4     A.  It doesn't say that in the statement.
5     Q.  I know it doesn't say it in the statement
6  but the fact is that Mercedes-Benz, in fact, used
7  Takata inflators that used ammonium nitrate as a
8  propellant?
9     A.  That's correct.  Takata airbags that
10  contained ammonium nitrate were used in
11  Mercedes-Benz vehicles, yes.
12     Q.  They were used on driver-side airbags,
13  correct?
14     A.  Correct.  They're used on driver-side
15  airbags, yes, for a certain period of time.
16     Q.  And they were used on passenger-side
17  airbags, correct?
18     A.  Correct.  Not all models but certain
19  models did have them.
20     Q.  In fact, over a million vehicles, close to
21  1.5 million Mercedes vehicles used either Takata
22  passenger-side or driver-side airbags that used
23  ammonium nitrate, correct?
24        MR. KNAPP:  Object to form.
25        THE WITNESS:  Well, again the specific

Page 111

1     type of inflator propellant that was included
2     in the Takata DIR is what has been recalled and
3     those were inflators that contained the
4     ammonium nitrate and were identified in our
5     Part 573 filings.
6  BY MR. MINER:
7     Q.  It's close to 1.5 million Mercedes
8  vehicles, correct?
9     A.  No, it's 1.5 inflator -- million
10  inflators.  It's about 1.1 million vehicles.
11     Q.  Thank you.  So over a million vehicles
12  either way?
13     A.  That's correct, certain models, certain
14  model years.
15     Q.  I'm going to introduce Exhibit 30.
16        (Thereupon, the referred-to document was
17     marked for Identification as Plaintiffs' Exhibit
18     30.)
19  BY MR. MINER:
20     Q.  Exhibit 30, while you're looking at it,
21  appears to be a calendar invite or appointment with
22  a Bates stamp MBUSA_31355.
23     A.  I see that header, yes.  I just see an
24  e-mail header.  Doesn't appear to be anything in it.
25     Q.  Who is -- do you think this is an e-mail

Page 112

1  or is this a calendar invite?
2     A.  I guess it could be either.  Yeah.  I
3  can't identify this e-mail.
4     Q.  Either way, who is Rodolfo Schoeneburg?
5     A.  Rodolfo Schoeneburg is the employee at
6  Daimler responsible for passive safety.
7     Q.  Did you say passage safety or passenger
8  safety?
9     A.  Passive safety.
10     Q.  Passive safety?
11     A.  Passive, yes.
12     Q.  Who is Holger Boehme?
13     A.  Holger Boehme was the department manager
14  within the global service and parts area that
15  handled product regulation.
16     Q.  At Daimler?
17     A.  Yes.  At Daimler.  Sorry.
18     Q.  Who is Hermann Rosenstiel?
19     A.  Hermann Rosenstiel is a Daimler employee
20  responsible for the global service and parts area.
21     Q.  Who is Ulrich Schick?
22     A.  Ulrich Schick, to my knowledge, is an
23  engineer at Daimler.
24     Q.  Who is Ulrich -- and I won't attempt to
25  pronounce the last name.

Page 113

1     A.  Ulrich Tschaschke is also an engineer at
2  Daimler.
3     Q.  Who is -- is it Henry Matthias or Matthias
4  Henry?
5     A.  Matthias Henry.
6     Q.  Who is he?
7     A.  He was a Daimler manager that oversaw the
8  global service and parts product regulation area.
9     Q.  And the subject of this e-mail or calendar
10  invite, whichever one it is, on January 24th of 2016
11  is, quote, "PSDI-5 failures in the U.S. - next
12  steps!"
13        What were the PSDI-5 failures that were
14  referred to?
15     A.  To my recollection, that was strictly the
16  subject topic.  I don't remember what was discussed
17  in this meeting.  It appears to be prior to the time
18  that the first Takata DIR was filed by Takata and
19  again, not having any failures in the U.S. in any of
20  our vehicles worldwide, to my recollection, this was
21  just a discussion on what to -- what information is
22  available regarding the PSDI-5 inflator at that
23  time.
24     Q.  What are the PSDI-5 failures that are
25  being referred to?

Page 114

1    A.  I don't know.  Again, it's just the
2  subject of this document in the subject line.
3       Not having had any PSDI-5 failures in any
4  of our vehicles worldwide, all I can relate it to is
5  that's the subject line of this document.
6    Q.  What were the next steps that you
7  discussed?
8    A.  I don't recall what that refers to.
9  Again, given the time of this and the timing of that
10 topic and when Takata filed their first DIR that
11 would have involved Mercedes-Benz-used inflators, to
12 my recollection, it just outlined the type of
13 communication and information that was known at the
14 time.
15   Q.  Did you have a meeting with the
16 individuals on this document?
17   A.  I don't recall specifics about this.  We
18 likely would have had a phone call since those are
19 Daimler employees and they were not in the U.S.
20   Q.  Do you recall having a phone call or a
21 conference call with them?
22   A.  Not specifically, no, but given there was
23 an invite, I may have participated on it.  I don't
24 know.  I was on the copy line.
25   Q.  The Daimler individuals are located in

Page 115

1  Germany.
2       At any point in time from 2014 to the
3  present, have you met in person with anyone from
4  Daimler to discuss issues related to the Takata
5  airbags or the Takata airbag recalls?
6    A.  There have been times where we have met
7  with respect to information that was shared with
8  NHTSA.  That's what I can recall having met with any
9  individual.
10   Q.  Have you ever gone over to Germany to meet
11 with anyone from Daimler in connection with the
12 Takata airbags or Takata recalls?
13   A.  Not specifically, no.
14   Q.  Well, was there something you went over
15 for generally but it also -- among other things, you
16 met regarding Takata airbags?
17   A.  Nothing specific comes to mind but if I
18 had been in Germany during that time, it's likely
19 that the Takata topic would have also been brought
20 up.
21   Q.  Did any of the individuals from Daimler
22 come to the United States and meet with you or
23 others to discuss the Takata airbags or Takata
24 airbag recalls?
25       MR. KNAPP:  Objection, asked and answered.

Page 116

1       THE WITNESS:  Not specifically to come to
2    visit me to discuss this.  Again, no.
3  BY MR. MINER:
4    Q.  And I'm not talking about a specific
5    meeting with you.
6       Did you participate in any meetings where
7  Daimler AG individuals came to the United States and
8  discussed Takata airbags or Takata airbag recalls?
9       MR. KNAPP:  Same objection.
10      Go ahead, Tom.
11      THE WITNESS:  I participated in meetings
12   where Daimler employees came to the U.S. to
13   discuss the information that NHTSA had either
14   requested or had intended to be shared with
15   NHTSA.
16 BY MR. MINER:
17   Q.  When did those meetings take place?
18   A.  I believe there was a meeting in early
19 January -- I'm sorry.  Excuse me.  Strike that --
20 February time frame, 2016, and there were subsequent
21 meetings over the years where updates were shared
22 with NHTSA personnel to provide status of the
23 involvement of Daimler in the Takata recall.
24   Q.  Were these in-person meetings with NHTSA
25 personnel?

Page 117

1    A.  I'm sorry.  Repeat that, please.
2    Q.  You referred to subsequent meetings to
3  provide follow-up information to NHTSA personnel, I
4  think I heard you say.
5       Were these in-person meetings with NHTSA?
6    A.  Yes.  Correct.  That was with NHTSA in
7  Washington, D.C.
8    Q.  And individuals from Daimler in Germany
9  came over to attend those meetings?
10   A.  Certain individuals did, yes, correct.
11   Q.  How many of those meetings had taken
12 place?
13   A.  There were a few.  I don't have an exact
14 count.
15   Q.  When did they take place, time frame?
16   A.  I know there was approximately two in
17 2016, another in 2017.  Probably at least one or two
18 in 2018, maybe one more in there.
19   Q.  Did you participate in those meetings?
20   A.  Yes.  I did.
21   Q.  Who are the people who came over from
22 Daimler AG?
23   A.  It varied at times depending on the
24 meeting.
25   Q.  Who came over for the February 2016

30 (Pages 114 - 117)

Page 118

1 meeting?
2     A.  It would have been a representative from
3 the Daimler legal department.  Mr. Boehme had come
4 over and I believe Professor Schoeneburg.
5     Q.  Who came over from Daimler AG for the
6 subsequent meetings with NHTSA?
7     A.  I don't recall specifically.  It would
8 have been probably a mix of some of those folks as
9 well but not necessarily all of them.
10     Q.  Did Mercedes prepare any sort of
11 presentations or materials for NHTSA for those
12 subsequent meetings in 2017 and 2018?
13     A.  Yes.  I recall that Daimler had prepared
14 some information shared.
15     Q.  What information was prepared to be
16 shared?
17     A.  It's my recollection some of information
18 contained the strategy for Daimler to roll out the
19 recall, the development plans for developing a new
20 inflator to be used in the recall, time lines, basic
21 overview of status of Mercedes-Benz and the recall
22 in the U.S., giving us just a basic update of what
23 the status was.
24     Q.  Was it in the form of a PowerPoint or
25 something like that?

Page 119

1     A.  I believe, yes, there were some PowerPoint
2 slides created, yes.
3     Q.  I'm going to introduce Exhibit 31.
4         (Thereupon, the referred-to document was
5 marked for Identification as Plaintiffs' Exhibit
6 31.)
7 BY MR. MINER:
8     Q.  Exhibit 31, while you're looking at it, it
9 is an e-mail chain with the Bates number
10 MBUSA_50890.
11     A.  Yes.  I do see that.
12     Q.  It starts as an e-mail from David Tait to
13 you on June 30, 2016.
14         Mr. Tait, I think we saw from -- we heard
15 from your earlier testimony, he was your boss?
16     A.  Yes.  At the time.  Correct.  At the time.
17     Q.  And he forwarded you an alert that says,
18 quote, "U.S. tells certain 2001 to 2003 Honda owners
19 to stop driving because of high-risk Takata
20 airbags," end quote.
21         And your response to him was "Wow.  Had
22 not seen this yet."
23         Why was this a "wow"?
24     A.  Simply because it's not generally a topic
25 that NHTSA will require a stop drive for recalls.

Page 120

1 Again, it was specific to the high-risk Takata
2 inflators -- the alpha inflators as they're called
3 for the oldest Honda vehicles.
4         Again, it was just interesting information
5 that Takata -- strike that -- that NHTSA had taken
6 the approach to issue a stop drive but that was,
7 again, the only group of vehicles that NHTSA had
8 issued a stop drive for.
9     Q.  A stop drive order from NHTSA is a rare
10 occurrence, right?
11         MR. KNAPP:  Object to form.
12         THE WITNESS:  Yeah.  It doesn't occur very
13     often, to my knowledge.
14 BY MR. MINER:
15     Q.  Can you think of any other recall where
16 NHTSA has issued a do not drive order?
17     A.  Nothing comes to mind, no.
18     Q.  When you learned of this information, did
19 you take any steps to determine what types of
20 inflators were in Mercedes vehicles in the United
21 States?
22     A.  This was in 2016 and it would have had
23 a -- the general idea of the affected Mercedes-Benz
24 U.S. population at that time so no, I don't recall
25 taking any additional steps.

Page 121

1     Q.  You referred to these as alpha inflators.
2         How did you come to learn of the term
3 "alpha inflators"?
4     A.  Just having been involved in the different
5 Takata topics that have been covered by the
6 industry.  That was specifically referenced, to my
7 recollection, in some of the news articles that they
8 called these being alpha inflators.
9     Q.  At any point in time from 2014 onward, did
10 you ever communicate directly with anyone at Takata?
11     A.  Yes.  There have been times, not
12 necessarily related to specific topics other than
13 disposal and collection of the inflators during the
14 Takata bankruptcy phase.  They specifically related
15 to processes for returning the recalled airbags to
16 Takata.
17     Q.  Other than the inflator disposal issues,
18 did you ever communicate directly with anyone at
19 Takata regarding the scope of the recall, the
20 process of the recall or --
21     A.  No.  Not to my recollection.  Again, as
22 Daimler is the manufacturer of the Mercedes-Benz
23 vehicles, they have the relationship with the
24 suppliers.  There wouldn't be generally anything
25 that MB U.S.A or I would be included in

31 (Pages 118 - 121)

Page 122

1 specifically.
2    Q.  Did you ever participate in any meetings
3 in which anyone from Takata -- got with
4 Mercedes-Benz regarding anything related to the
5 recalls?
6    A.  Repeat that, please.  You broke up a
7 little bit.
8    Q.  I first asked you about whether you had
9 any direct communications and I wanted to ask a
10 slightly different question, whether you ever
11 participated in any meetings with anyone from
12 Takata?
13    A.  Not specifically unless they participated
14 in any industry meetings or such.
15    Q.  Are you aware of any times when any
16 individuals from Takata came to Mercedes-Benz U.S.A.
17 for meetings?
18    A.  No.  To my recollection, we have not had
19 any Takata visitors from -- at Mercedes-Benz in the
20 U.S., no.
21    Q.  Has Mercedes recalled any of its vehicles
22 that contained Takata inflators in foreign markets?
23    MR. KNAPP:  Object to form.
24    THE WITNESS:  So Daimler, as the
25 manufacturer, has also issued recalls in the

Page 123

1    rest of the world, in general, at the request
2    of either of those country agencies but yes,
3    Daimler has.
4 BY MR. MINER:
5    Q.  When was the first recall that Daimler
6 conducted or initiated anywhere else in the world
7 outside of the United States?
8    A.  I don't recall which country followed the
9 U.S.  I don't remember which country that was.
10    Q.  Now, the scope of recalls in the U.S. on
11 the driver side is the PSDI-5 Takata airbag
12 inflator, correct?
13    A.  For the driver side, correct.
14    Q.  Has Daimler, to your knowledge, done
15 recalls anywhere else in the world that involve any
16 driver-side airbag other than a PSDI-5?
17    A.  Not to my recollection, no.
18    Q.  Let me put it differently.
19       To your knowledge, do any Mercedes-Benz
20 vehicles outside of the U.S. use any Takata airbag
21 inflator other than the PSDI-5?
22    A.  Not that I have knowledge of, no.
23    Q.  On the passenger side, the airbag
24 inflators that have been recalled in the United
25 States are the PSPI-2, correct?

Page 124

1    A.  That's correct.
2    Q.  Anywhere else in the world has Daimler
3 recalled a passenger-side airbag other than a
4 PSPI-2?
5    A.  Not to my knowledge.
6    Q.  To your knowledge, has Daimler recalled
7 any other airbag other than a driver-side airbag or
8 a passenger-side airbag that uses a Takata inflator?
9    A.  Not to my knowledge, if it refers to
10 ammonium nitrate.
11    Q.  Now, during the course of the Takata
12 recall, you have had communications with FCA, right?
13    A.  There have been times, yes, where I've had
14 to reach out to certain individuals at FCA.
15    Q.  And explain that to me.  Why was there the
16 need to reach out to individuals at FCA?
17    A.  Let me turn that around.  It's more so
18 that they reached out to me.  And that relates to
19 the fact that Chrysler Crossfire also contained a
20 PSDI-5 driver-side module and at the time of
21 DaimlerChrysler, there was -- I don't know the
22 specifics but similar to a joint manufacture or
23 production of that vehicle and they had questions
24 based on that.
25    Q.  What sort of questions did Chrysler have

Page 125

1 for you regarding Chrysler Crossfire?
2    A.  To my recollection, it was having to do
3 with the identification of the population of
4 vehicles.
5    Q.  Why would they need that?  Why would they
6 need to get that information from you?
7    A.  It wouldn't be specifically from me.  It
8 was -- it would be a request from Daimler.  They
9 didn't have any contacts at the time and thought
10 they could utilize me for that.  But the
11 understanding was that at the time of the demerger,
12 all of the information had already been shared with
13 Chrysler and there really wasn't any additional
14 information that Daimler had or would have regarding
15 the affected Crossfire events.
16    Q.  It looked like -- and I can introduce an
17 exhibit if you want, but it looked like that there
18 was a weekly or biweekly call arranged with FCA.
19       Do you recall those?
20    A.  Not specifically, no.
21    Q.  I'm introducing Exhibit 32.
22       (Thereupon, the referred-to document was
23 marked for Identification as Plaintiffs' Exhibit
24 32.)
25    THE WITNESS:  Okay.  Got it.

32 (Pages 122 - 125)

Page 126

BY MR. MINER:

1 BY MR. MINER:
2    Q.   For the record, Exhibit 32 is an e-mail
3 chain with the Bates number FCA_US_796145.
4        It appears from this e-mail chain, doesn't
5 it, that a weekly or biweekly conference call was
6 set up between FCA and Daimler that included you,
7 correct?
8    A.   I was included on the e-mail chain, yes,
9 in that a meeting was set up.  It looks to be at the
10 request of the vans' colleagues.  I do recall there
11 were more detailed topics between vans and Chrysler
12 since the Dodge merger was also included in that.  I
13 didn't have much involvement since it was a vans
14 topic but, yes, it appears that this references a
15 weekly call.
16   Q.   Did you participate in the weekly calls or
17 biweekly calls?
18   A.   I may have on occasion.  Again, because it
19 was a vans topic, I was only involved in the
20 periphery.
21   Q.   Do you recall on the ones you participated
22 in whether agendas were prepared for the calls?
23   A.   Not specifically, no.
24   Q.   When was the first recall -- let me
25 correct that.

Page 127

1        When was the first defect information
2 report filed by Takata that expressly referenced
3 Takata inflators in Mercedes vehicles?
4    A.   To my recollection, that was in the end of
5 January 2016 where they referenced the PSDI-5
6 inflator used in Mercedes-Benz passenger vehicles.
7    Q.   And Mercedes' first recall of PSDI-5
8 inflators followed shortly after that, correct?
9    A.   That's correct, early February, yes.
10   Q.   And you're familiar with what -- you're
11 familiar with the coordinated remedy order we
12 referred to earlier in this deposition, correct?
13   A.   I understand of the coordinated remedy
14 order and some of the amendments, yes.
15   Q.   And what one of the amendments to the
16 coordinated remedy order did is it set up a rolling
17 recall time frame, correct?
18   A.   With regards to expected launch dates, to
19 my recollection, yes.
20   Q.   In other words -- and this related to the
21 PSPI-2 passenger-side airbag, correct?
22   A.   That included the PSPI-2, yeah.  One of
23 the amended CROs, yes.
24   Q.   And in effect, it divided the vehicle
25 population into zones.

Page 128

1        Are you familiar with that, zone A, zone
2 B, zone C?
3    A.   Yeah.  More so it clarified NHTSA's
4 approach compared to the PSPD-5, yes.
5    Q.   And in the rolling recalls, what NHTSA
6 required is that Takata would issue defect
7 information reports in January of subsequent years
8 for different populations based on different zones
9 in the United States, right?
10       MR. KNAPP:  Object to form.
11       THE WITNESS:  To my recollection, it was
12   in December of certain years where certain
13   phases would then have to be -- yeah, Takata
14   would have to file their DIRs with respect to,
15   you know, certain population of where those
16   inflators were, yeah.
17 BY MR. MINER:
18   Q.   And those future DIRs, or defect
19 information reports, would impact inflators in
20 Mercedes-Benz vehicles, too, correct?
21   A.   So we were made aware that, yes, there
22 were additional populations of models that contained
23 the PSPI-2 that would be recalled in the future,
24 yes.
25   Q.   So as you -- when the coordinated remedy

Page 129

1 order was entered or amended in 2016, you knew that
2 in 2017, 2018, 2019 that you would have additional
3 vehicles that would need to be recalled, right?
4        MR. KNAPP:  Object to form.
5        THE WITNESS:  That's correct.  We were
6    aware that additional populations would be
7    identified and then submitted through those
8    subsequent DIRs.
9 BY MR. MINER:
10   Q.   Does it go all the way through 2020?
11   A.   Does what?
12   Q.   The rolling recalls.  What's the end date?
13   A.   Phase 4, I don't recall when that was
14 required to be filed.
15   Q.   Was there a period in time when Daimler
16 was still manufacturing vehicles that contained
17 Takata inflators that would be subject to recalls in
18 the future?
19       MR. KNAPP:  Object to form.
20       THE WITNESS:  Can you repeat that, please?
21   I want to make sure I understand your question.
22 BY MR. MINER:
23   Q.   We were talking about how with the
24 amendment of the coordinated remedy order, you knew
25 that in 2017, 2018, 2019 there were additional

33 (Pages 126 - 129)

Page 130

1 Mercedes vehicles that were going to have to be
2 recalled because they contained PSPI-2 inflators,
3 correct?
4    A. Yes, that's correct.
5    Q. Was there a point in time when Daimler was
6 still manufacturing vehicles that would be subject
7 to these future recalls?
8    MR. KNAPP: Object to form.
9    THE WITNESS: To my recollection, based on
10    the availability of the inflators, I believe
11    there are PSPI-2 inflators, modules that were
12    installed in vehicles in production, I believe
13    so, yes.
14 BY MR. MINER:
15    Q. What models of vehicle?
16    A. I believe that to be the E-Class Coupe and
17 Cabrio.
18    Q. What years?
19    A. I believe the last year, that would have
20 been model year '17.
21    Q. How many vehicles?
22    A. I don't have that off the top of my head.
23 Relatively small, though.
24    Q. Was there a period of time when MB U.S.A
25 in the United States was distributing vehicles to

Page 131

1 its dealers that it knew would be subject to future
2 recalls?
3    MR. KNAPP: Objection to form.
4    THE WITNESS: There was a period of time
5    where vehicles had not been submitted under the
6    DIR that were still continuing to be sold, yes.
7 BY MR. MINER:
8    Q. Vehicles that you knew would be subject to
9 the future defect information reports, correct?
10    A. Yes. We were aware that there would be
11 future DIRs, but at that time, those inflators were
12 not included in any DIR and therefore, not
13 potentially defective.
14    Q. Did Mercedes-Benz U.S.A. do anything to
15 alert its dealers that it was distributing vehicles
16 that would be subject to future -- knew it would be
17 subject to future recalls?
18    A. I believe we had informed dealers of
19 future -- the status of the PSPI-2 inflators and
20 that subsequent phases would be included at some
21 point in time.
22    Q. How did you notify them?
23    A. If we did, it would have been through a
24 news channel update.
25    Q. Did Mercedes-Benz U.S.A. do anything to

Page 132

1 alert its customers that it was distributing
2 Mercedes vehicles in the United States that would be
3 subject to future recalls?
4    A. I believe we had included at some point in
5 time a disclosure -- recommended to dealers to
6 include a disclosure to owners of vehicles who
7 purchased those E-Class Coupes and Cabrios.
8    Q. When did you encourage dealers to include
9 that disclosure?
10    A. I'm sorry. I didn't hear the question.
11    Q. When did you encourage dealers to include
12 that disclosure to your customers?
13    A. I don't recall when we informed them of
14 that. I believe there was a news channel update on
15 it.
16    Q. For how long a period of time were
17 Mercedes-Benz vehicles being sold to customers in
18 the United States without including that disclosure?
19    A. Again, without -- I don't remember when
20 that was done, what period of time that was in
21 relationship to when there would have been the
22 respective phased DIR that corresponded to that.
23    Q. Did Mercedes-Benz U.S.A. ever do anything
24 to try to determine how many customers that they
25 sold vehicles to that would be subject to recalls

Page 133

1 where they didn't include a disclosure?
2    A. It was the dealer's responsibility to
3 include a disclosure as they have the direct contact
4 with anybody purchasing the vehicles. The sale is
5 between the dealership and the customer. I'm not
6 aware of any such information being collected.
7    Q. In a recall, correct me if I am
8 understanding incorrectly but if a Mercedes customer
9 has a vehicle that's subject to one of the Takata
10 recalls, they go to their local dealer and they get
11 it replaced with a replacement inflator and there's
12 no charge to the customer, correct?
13    A. I'm not following your question. Sorry.
14    Q. When a Mercedes customers brings in a
15 vehicle that's subject to a Takata recall to a
16 dealer to get the Takata inflator replaced, the
17 customer is not charged for the replacement inflator
18 or the work performed, correct?
19    A. That's correct. Recall remedy is free of
20 charge to the customer.
21    Q. But the dealership does get paid for the
22 work -- the service work it performs by
23 Mercedes-Benz U.S.A.; is that right?
24    A. That's correct. The dealership is
25 reimbursed for their parts and labor to complete a

34 (Pages 130 - 133)

Page 134

1 recall.
2     Q.   And Mercedes-Benz U.S.A. determines what
3 the parts and labor -- what the permitted parts or
4 authorized parts and labor charge is going to be for
5 performing a replacement, right?
6         MR. KNAPP:  Object to form.
7         THE WITNESS:  No.  The information
8         regarding repair time and parts, that's
9         determined by Daimler AG.
10 BY MR. MINER:
11    Q.   Who communicates it to the dealers?
12    A.   I don't follow your question.  Who
13 communicates what?
14    Q.   Who communicates what the authorized time
15 and parts and labor charges are to the dealers?
16    A.   So labor times are included in the work
17 instructions which the dealers obtain when the
18 campaign is launched, so that's communicated via the
19 work instructions in the campaign bulletin.
20    Q.   And who distributes the campaign bulletin?
21 Is that Mercedes-Benz U.S.A.?
22    A.   So the campaign bulletin is posted to the
23 Netstar portal for dealers to then access when the
24 campaign is launched.
25    Q.   To your knowledge, has Mercedes-Benz

Page 135

1 U.S.A. done anything to determine what the cost of
2 replacing the Takata inflators are that are subject
3 to the recalls?
4     A.   I don't follow your question.  Can you
5 clarify that, please?
6     Q.   Yeah, I'll try to ask it better.
7         I started by asking what the individual --
8 what the dealerships are authorized for time and
9 service parts and labor to replace an individual
10 customer's airbag.  Set that aside.  I'm trying to
11 ask a broader question.
12        To your knowledge, has Mercedes-Benz
13 U.S.A. done anything to try to determine what the
14 overall cost for all of the replacements that have
15 been done will be?
16    A.   Not to my knowledge, no.  Again, those
17 costs are borne by Daimler AG.
18    Q.   Are they submitted directly to Daimler?
19 They don't pass through Mercedes-Benz U.S.A.?
20    A.   Are what submitted?
21    Q.   The dealer costs, the dealer
22 reimbursements?
23        MR. KNAPP:  Object to form.
24        THE WITNESS:  My understanding of the
25        process is the dealer performs the recall.

Page 136

1     They'll submit the claim based on a certain
2     damage code that is associated with that
3     campaign.
4         The dealer is then reimbursed by MB U.S.A.
5     for that warranty cost.
6 BY MR. MINER:
7     Q.   Who do they submit the claim to at MB
8 U.S.A.?
9     A.   It's no specific individual.  It's
10 submitted through a warranty system.
11    Q.   You said MB U.S.A reimburses them for that
12 claim cost; is that correct?
13    A.   That's my understanding, yes.
14    Q.   What department within MB U.S.A would do
15 that?
16    A.   That system is within the warranty
17 services group.
18    Q.   I'm sorry.  I sort of lost track of time.
19 I see it's almost 1:00.
20        Did you want to take a lunch break?
21    A.   Lunch would be great, please.
22    Q.   I leave it to you how long you want to
23 take.  When do you want us back?
24    A.   Probably 45 minutes, if that's okay.
25        MR. MINER:  1:45 to make it easy?

Page 137

1         THE WITNESS:  That's a great round number,
2     yes.
3         MR. MINER:  Pick a round number, that's
4     what I meant.
5         THE VIDEOGRAPHER:  The time is 12:53 p.m.
6     We're off the record.
7         (Lunch recess taken.)
8         THE VIDEOGRAPHER:  The time is 1:47 p.m.
9     We're back on the record.
10 BY MR. MINER:
11    Q.   Mr. Brunner, in 2014 after the first wave
12 of Takata recalls began, a number of the automakers
13 got together and formed something called the
14 Independent Testing Coalition.
15        Are you familiar with that organization or
16 group?
17    A.   I had heard about the name but we were not
18 part of that.
19    Q.   How did you hear about it?
20    A.   I don't know specifically.  It was a term
21 that came up probably at one of the Takata forums or
22 something of that nature.
23    Q.   Was Mercedes-Benz U.S.A. invited to join?
24    A.   I don't know.  MB U.S.A being the
25 distributor, I don't know if we would have been

35 (Pages 134 - 137)

Page 138

1 included in that.
2    Q.  Did you have any discussions with anyone
3 regarding why Mercedes was or was not part of the
4 Independent Testing Coalition?
5    A.  No.  I didn't.
6    Q.  To your knowledge, has Mercedes at any
7 point in time hired any third party or independent
8 testing facility to do any testing of returned
9 Takata inflators?
10    A.  No.  Not to my knowledge.  MB U.S.A has
11 not.
12    Q.  I'm sorry.  I missed the tail end of your
13 answer.
14    A.  MB U.S.A -- Mercedes-Benz U.S.A. has not,
15 to my knowledge.
16    Q.  To your knowledge, has Daimler ever
17 retained anyone to do any testing of returned Takata
18 inflators?
19    A.  I don't know specifically, no.
20    Q.  Do you know generally?
21    A.  Not generally, no.
22    Q.  Are you familiar with what the Fraunhofer
23 Institute for Chemical Technology is?
24    A.  I have heard of the Fraunhofer Institute,
25 yes.

Page 139

1    Q.  How have you heard of them?
2    A.  During some of the discussions with the
3 NHTSA, the Fraunhofer Institute name had come up.
4    Q.  Did Daimler and MB U.S.A ever use the
5 Fraunhofer Institute for any form of testing?
6    A.  MB U.S.A has not.  I don't know
7 specifically if Daimler has done that specifically.
8 I suspect so.
9    Q.  What makes you suspect so?
10    A.  Just in general, I know Daimler has used
11 the Fraunhofer Institute for different things over
12 the years.
13    Q.  What sort of things?
14    A.  I don't have any specifics but namely the
15 name had come up that Fraunhofer Institute is a
16 well-known chemical testing facility.
17    Q.  What sort of chemicals was Daimler having
18 Fraunhofer test?
19    A.  That, I don't know.
20    Q.  I'm going to introduce Exhibit 33.
21        (Thereupon, the referred-to document was
22 marked for Identification as Plaintiffs' Exhibit
23 33.)
24 BY MR. MINER:
25    Q.  Exhibit 33, while you look at it, is an

Page 140

1 e-mail with the Bates number MBUSA_103.
2    A.  It's still coming up.  One second.  Okay.
3 It's up and I have seen it.
4    Q.  This is an e-mail from Susan McAuliffe to
5 Scott Yon at NHTSA, correct?
6    A.  That's correct.
7    Q.  You're copied on it?
8    A.  Correct.
9    Q.  Who is Susan McAuliffe?
10    A.  Susan McAuliffe is an attorney with an
11 outside counsel that was -- had been used by
12 Daimler.
13    Q.  Sort of your regulatory counsel?
14    A.  They had -- yeah, they supported
15 Daimler/MB U.S.A in regulatory topics.
16    Q.  And she communicates with Mr. Yon at NHTSA
17 regarding MB U.S.A.'s testing program for desiccated
18 Takata inflators.
19        What is she talking about?
20    A.  She's talking about a conversation with
21 Scott Yon from MB U.S.A that reviewed the strategy
22 for the collection of desiccated Takata inflators
23 per the requirement in the ACRO -- I forget which
24 paragraph it was, but in order to conform to
25 their -- the requirements in that paragraph.

Page 141

1    Q.  ACRO, you mean the amended coordinated
2 remedy order?
3    A.  That's correct, yes.
4    Q.  And you participated -- did you
5 participate in that call that she's referring to?
6    A.  Yes.  I did as well.
7    Q.  What was MB U.S.A.'s testing program?
8    A.  MB U.S.A didn't have a testing program.
9 Per the paragraph, there was a requirement to
10 collect and have tested what Takata and the industry
11 referred to as the healthy inflators.  These are the
12 desiccated inflators.  And we had set up a process
13 so that we could comply with that in that we were
14 able to collect the desiccated airbags out of two
15 models so that we could fulfill their requirement.
16    Q.  Why were those two models chosen?
17    A.  To my recollection, those were the
18 first -- that model was the first with those model
19 years to contain the desiccated inflators, to my
20 recollection.
21    Q.  Have you ever seen any sort of document or
22 spreadsheet that delineates which Mercedes vehicles
23 contain desiccated Takata inflators versus
24 undesiccated?
25    A.  Not that I recall.  I only recall seeing

36 (Pages 138 - 141)

Page 142

1 models that contained the PSDI-5 or PSPI-2.
2    Q.   Just generally whether it contained?
3    A.   Yes.  Generally.
4    Q.   Whether it had the dessicated propellant
5 or the non-desiccated?
6    A.   To my recollection, yes, it related to the
7 PSPI-5 and the PSPI-2.
8    Q.   So Mercedes-Benz U.S.A. end up gathering
9 the inflators as part of this testing program?
10    A.   Mercedes-Benz U.S.A. helped facilitate the
11 collection and the transfer to the testing facility,
12 yes.
13    Q.   What testing facility were they sent to?
14    A.   To my recollection, it was sent to the
15 Takata Armada facility in Michigan.
16    Q.   Who conducted the testing on the returned
17 inflators?
18    A.   I don't know.
19    Q.   Do you know what sort of testing they did?
20    A.   I don't recall what kind of testing they
21 did, no.
22    Q.   Do you know anything about what sort of
23 testing was conducted?
24    A.   Live dissections seem to -- seem to ring a
25 bell but I can't remember what else was done beyond

Page 143

1 that.
2    Q.   Was ballistic testing done?
3    A.   I don't recall.
4    Q.   Was aging done or heat aging?
5    A.   I don't remember.
6    Q.   Did Takata report to Mercedes-Benz what
7 the results of its testing was?
8    A.   I don't remember.
9    Q.   Did NHTSA report to Mercedes-Benz U.S.A.
10 what the result of the testing was?
11    A.   Not that I recall.
12    Q.   Was anyone else at Mercedes-Benz U.S.A,
13 other than you, involved in the testing program for
14 the desiccated Takata inflators?
15    A.   It would have been some folks who were
16 involved in coordinating the shipping of the
17 inflators or modules to the requested area.  It
18 would have been folks in the warehouse and then the
19 team of folks who would have coordinated the
20 campaign around the collection of these vehicles so
21 the vehicles could have airbags replaced.
22    Q.   Was anyone from Daimler involved in any
23 way in the testing program?
24    A.   Not to my knowledge, no.
25    Q.   Setting aside this testing program for the

Page 144

1 desiccated inflators, has Mercedes-Benz U.S.A. -- or
2 as the recalls were implemented in 2016 onwards,
3 Mercedes was returning Takata inflators to Takata,
4 correct?
5    A.   Repeat that please.  I want to make sure I
6 understand your question.
7    Q.   As the recalls were implemented for
8 Mercedes vehicles from 2016 onwards, the returned
9 inflators were getting returned by the Mercedes
10 dealerships to Takata, correct?
11    A.   No.  That's not correct.
12    Q.   Okay.  Correct me.
13          Where did they go?
14    A.   So the recalled inflators were being
15 returned from the dealerships back to the MB U.S.A
16 quality evaluation center so they can be collected
17 and then -- for disposal and a portion of those were
18 then allocated to be sent to Takata.
19    Q.   So they would get returned to the MB U.S.A
20 evaluation center did you say?
21    A.   It was at quality evaluation center in
22 Jacksonville.  It's an area where returned parts can
23 be collected.
24    Q.   And the shipment of inflators is
25 complicated and the storage of inflators is

Page 145

1 complicated because there's all sorts of department
2 of transportation rules and regulations, right?
3    A.   Between hazmat and -- yes, there's certain
4 criteria that need to be followed for shipping those
5 type of devices, yes.
6    Q.   And would the MB U.S.A quality evaluation
7 center, was it logging the serial numbers and the
8 source of the inflators it was getting back?
9    A.   I don't know.
10    Q.   And I think -- were a certain portion of
11 them were destroyed?
12    A.   They were sent for disposal, yes.
13    Q.   Where were they sent for disposal?
14    A.   We finally came up with an agreement with
15 TK Services so that the recalled airbags could be
16 sent and they would take care of the disposal.
17    Q.   Then I think you said a portion of the
18 ones that made their way to MB U.S.A's quality
19 evaluation center in Jacksonville got sent to
20 Takata; is that correct?
21    A.   They were rerouted, yes.
22    Q.   What do you mean they were rerouted?
23    A.   Again, some were intended for disposal and
24 scrappage, while the others were then sent to
25 Takata.

37 (Pages 142 - 145)

Page 146

1   Q.   And how was it determined which ones were
2   sent to Takata?
3   A.   I believe it was based on model and model
4   year.
5   Q.   Who made the determination which model and
6   model year to sent?
7   A.   Daimler is my recollection.
8   Q.   What was the reason they were being sent
9   to Takata?
10  A.   To my recollection, it was to basically
11  perform field monitoring on the returned airbag
12  parts modules.
13  Q.   What does that mean "field monitoring"?
14  A.   To find just the statuses of the inflators
15  with respect to the model, model year and the
16  location from which they were returned.
17  Q.   They were also sent to Takata's facility
18  in Armada, Michigan, correct?
19  A.   That's correct, yes.
20  Q.   And Takata at that facility was performing
21  testing on returned inflators, correct?
22  A.   Yes.  To my knowledge, yes.
23  Q.   Do you know what type of testing they were
24  doing?
25  A.   My understanding was live dissections, CT

Page 147

1   scans and I believe some ballistic testing as well.
2   Q.   Did Mercedes-Benz U.S.A. get any sort of
3   reporting back from Takata on the results of that
4   testing?
5   A.   MB U.S.A. did not, no.
6   Q.   Did Daimler?
7   A.   My understanding is they did, yes.
8   Q.   Who at Daimler?
9   A.   That, I don't know.
10  Q.   Were you involved in any discussions or
11  meetings at which the results of the testing
12  performed on field return inflators were discussed?
13  A.   I was present when some of those results
14  were discussed with the NHTSA.
15  Q.   Were these in-person meetings or
16  conference calls?
17  A.   They were in-person meetings.
18  Q.   How many?
19  A.   I don't follow your question.
20  Q.   How many meetings?
21  A.   Two or three maybe.
22  Q.   When did they take place?
23  A.   To my recollection, 2018, maybe 2019.
24  Q.   And who participated in the meetings?
25  A.   The representative from NHTSA.  I was

Page 148

1   present.  A representative from MB U.S.A legal
2   department, a representative from Daimler legal
3   department and likely an engineer or two from
4   Daimler.
5   Q.   Who were the engineers from Daimler?
6   A.   I believe Professor Schoeneburg
7   participated in those and was the main speaker.  I
8   can't recall the other ones.
9   Q.   Was there someone there from Takata as
10  well?
11  A.   No.
12  Q.   Who was presenting and who was -- who had
13  the results of Takata testing data at these
14  meetings?  Was it NHTSA or did Daimler have it?
15  A.   I recall Daimler presenting the -- some
16  information to NHTSA.
17  Q.   And in what form did they present it?
18  A.   There were some PowerPoint slides and --
19  yeah, verbal.
20  Q.   What was contained in the PowerPoint
21  slides?
22  A.   An overview of the type of testing that
23  was being conducted, I think a summary of how many
24  inflators to that point in time and to my
25  recollection, just test data on how some of the

Page 149

1   tests compared to certain thresholds, from my
2   recall.
3   Q.   Were these ballistic curves -- charts of
4   ballistic curves?
5   A.   No.  They were -- to my recollection, they
6   were a graph with certain clusters of where the --
7   where those inflators that were tested fell in
8   relationship to certain values on the chart.  I
9   don't remember what they were.
10  Q.   Did you review any of these PowerPoints in
11  advance of them being presented to NHTSA?
12  A.   Not except maybe seeing very shortly
13  before being presented so had no input into them.
14  Q.   What were the results of the testing that
15  was done on the returned inflators from
16  Mercedes-Benz vehicles?
17  A.   So they were positive results,
18  particularly in the scatter of the PSPI-5 inflators.
19  Q.   Were there any negative results?
20  A.   No.  I wouldn't consider negative.  There
21  were some results which appeared to have been some
22  anomalies that still haven't been able to be
23  explained, but I won't call them negative results.
24  Q.   What sort of anomalies?
25  A.   Anomalies where the -- all the components

38 (Pages 146 - 149)

Page 150

1 of the inflator weren't necessarily or couldn't
2 necessarily be accounted for.
3    Q.  I'm not sure I follow.
4       What do you mean?
5    A.  So it appeared that either during
6 assembly -- there was one inflator, I believe, where
7 the retaining spring was not evident or couldn't be
8 located.
9    Q.  Okay.  What other anomalies?
10   A.  I wouldn't call them anomalies.  There
11 were, I believe, some references to measurements of
12 the propellant.  A specific cite, I can't remember
13 without seeing the presentation.
14   Q.  What type of measurements of the
15 propellant?
16   A.  Integrated burn rate.  That's all I can
17 remember.
18   Q.  Did any of the live dissections of the
19 returned inflators show any evidence of degradation
20 of the propellant?
21   A.  To my recollection, it did show some in
22 the PSDI-5 but nothing that was of concern, to my
23 recollection.
24   Q.  There were live dissections of returned
25 PSDI-5 inflators from Mercedes-Benz' vehicles that

Page 151

1 didn't show signs of degradation?
2      MR. KNAPP:  Object to form.
3      THE WITNESS:  Slight signs of degradation,
4 yeah.
5 BY MR. MINER:
6    Q.  In any of the ballistic testing that was
7 done on the returned inflators, was there ever an
8 indication of a testing result that was out of
9 specification?
10   A.  I'd have to see the data again.  I don't
11 recall.
12   Q.  In any of the ballistic testing of the
13 returned inflators, was there ever a rupture of an
14 inflator?
15   A.  The time back to the reference from before
16 with the missing component, that inflator had
17 resulted in what appeared to be an overpressure.
18   Q.  What do you mean by an overpressure?
19   A.  Where the gas created -- then eventually
20 breached the canister of the inflator.
21   Q.  The inflator canister ruptured, correct?
22   A.  The inflator canister did come apart, yes.
23   Q.  What model vehicle Mercedes did this come
24 from, this inflator?
25   A.  To my recollection, the passenger-side

Page 152

1 airbag of a C-Class 204 platform.
2    Q.  What year C-Class?
3    A.  I don't recall off the top of my head.
4    Q.  Do you recall where it came from, what
5 zone?
6    A.  Not specifically, no, I don't recall.
7    Q.  So this PSDI-2 from a C 204 Mercedes
8 vehicle experienced a rupture when the ballistic
9 testing was done by Takata, correct?
10      MR. KNAPP:  Object to form.
11      THE WITNESS:  Appears to have such with
12 the root cause still not determined.
13 BY MR. MINER:
14   Q.  Were any photographs taken of this
15 inflator after it ruptured?
16   A.  My understanding is yes.
17   Q.  Have you seen those photographs?
18   A.  Yes.  I have.
19   Q.  What do they show?
20   A.  They were shared with NHTSA and to my
21 recollection, they show the pieces of the inflator
22 and I believe the test setup.
23   Q.  What was the test setup?
24   A.  The inflator was clamped within metal --
25 to metal brackets and the components of the inflator

Page 153

1 were then laid out on a table or a flat surface.
2    Q.  Would the deployments -- was the ballistic
3 testing filmed?  In other words, do you have the
4 film of the actual deployment of the airbag?
5    A.  I don't believe so.  Not that I recall.
6    Q.  You described that you believe that there
7 was a component part missing from this inflator; is
8 that correct?
9    A.  That's correct.  It was not found.
10   Q.  It was not found after the inflator had
11 ruptured?
12   A.  Correct.
13   Q.  What exactly is the component part you're
14 referring to?
15   A.  I believe it was a retaining spring that
16 provides pressure against the propellant wafers.
17   Q.  So this is a retaining spring inside the
18 inflator canister?
19   A.  This would be inside the inflator canister
20 which would be assembled during the production of
21 the inflator.
22   Q.  At which meeting with NHTSA was this
23 anomaly reported?
24   A.  I don't recall the date.  I believe it was
25 in 2019.

Page 154

1    Q.  Did NHTSA request any follow-up as a
2  result of the information?
3    A.  They requested if any additional
4  information became available, that it be shared with
5  them at that time.
6    Q.  Did any additional information become
7  available?
8    A.  Not that I remember.
9    Q.  You said the root cause has not been
10 determined.
11      Is there some sort of root cause analysis
12 on that particular inflator that was conducted?
13   A.  My understanding is the Fraunhofer
14 Institute who conducted the test had been looking
15 into other possible root causes of whether, in fact,
16 it was some type of manufacturing process type of
17 issue or something else.
18   Q.  Did the Fraunhofer Institute issue a
19 report of any sort of their findings?
20   A.  I don't know.
21   Q.  Do you know what the results of the root
22 cause analysis were?
23   A.  No.  I don't.
24   Q.  Was this something you're going to report
25 back to NHTSA on?

Page 155

1    A.  My understanding, if there's more
2  information that becomes available beyond what was
3  already shared with NHTSA, any more information that
4  may come from the testing results, that would then
5  be shared once it becomes available.
6    Q.  Other than this rupture of a PSPI-2
7  inflator from a Mercedes C 204 vehicle, were there
8  any other anomalies that resulted from ballistic
9  testing by Takata?
10   A.  I believe there was one other -- at least
11 one other ballistic test that may have been close to
12 certain pressures.  I don't have those details.
13   Q.  Did anything happen to the inflator itself
14 or are you referring to the ballistic curve results?
15   A.  I'm referring to the ballistic curve
16 results.
17   Q.  Did the inflator itself disassemble?
18   A.  Not that I remember.
19   Q.  And what was it about the inflator curve
20 results that was anomalous?
21   A.  My recollection, it approached the -- I
22 can't remember the relative term but it approached a
23 certain threshold.
24   Q.  Was that a PSDI-5 or a PSPI-2?
25   A.  My recollection is a PSPI-2.

Page 156

1    Q.  What type of Mercedes vehicle did that
2  PSPI-2 come from?
3    A.  I don't recall.
4    Q.  Any other anomalies that resulted from the
5  testing conducted by Takata on returned inflators?
6    A.  Not that remember without seeing the
7  document.
8    Q.  Where is that document?
9    A.  This document was shared with NHTSA.
10   Q.  Do you have it?
11   A.  Personally, no.
12   Q.  Do you have it at the office?
13   A.  I believe we have a copy of it someplace,
14 yeah.
15   Q.  Do you have copies of all the PowerPoints
16 that were presented to NHTSA?
17   A.  I believe MB U.S.A does, yes.
18   Q.  In the testing that was done of returned
19 inflators, were there any inflators that experienced
20 a bulge in the inflator canister?
21   A.  I don't remember.
22   Q.  Did any of the inflators that were tested
23 by Takata that were returned from the field, did the
24 airbag tear or comb?
25   A.  Not that I'm aware.

Page 157

1    Q.  Is this testing -- are returned inflators
2  for Mercedes vehicles still being sent to Takata for
3  testing?
4    A.  My understanding is certain inflators are
5  still being returned.  I don't know if they're going
6  to Takata or not.
7    Q.  Inflators from which make or model or
8  zone?
9    A.  I don't know the specifics.  It has to do
10 with a different vehicle type.
11   Q.  What do you mean a different vehicle type?
12   A.  Not a passenger vehicle.
13   Q.  Which vehicle?
14   A.  I believe a van.
15   Q.  Which van?
16   A.  Sprinter van.
17   Q.  Sprinter van.
18      And why are the -- why are returned
19 inflators from Sprinter vans still being tested?
20   A.  I don't know.  I haven't been involved in
21 that anymore.
22   Q.  Who has been involved?
23   A.  Daimler has been.
24   Q.  Anyone from MB U.S.A?
25   A.  No.

40 (Pages 154 - 157)

Page 158

1    Q.  Let's take a short break.  Let me check
2  with my team and organize my notes and we'll wrap
3  this up, Mr. Brunner.
4         THE VIDEOGRAPHER:  The time is 2:17 p.m.
5     We're going off the record.
6         (Short recess taken.)
7         THE VIDEOGRAPHER:  The time is 2:22 p.m.
8     and we're back on the record.
9  BY MR. MINER:
10    Q.  Mr. Brunner, I just have a few more
11  questions for you.
12        I think you were explaining when we were
13  going through your various job positions at MB
14  U.S.A. that you acted -- one of your jobs is
15  reporting to NHTSA and compliance with NHTSA.
16        I'm just trying to understand how the
17  communication flow works.  Does NHTSA ever contact
18  Daimler directly or do they always go through MB
19  U.S.A as the U.S. entity?
20    A.  So MB U.S.A is the designated agent for
21  Daimler to the agency and communications will flow
22  through MB U.S.A. and then back to Daimler.
23    Q.  What does that mean to be the designated
24  agent?
25    A.  Designated agent is a regulatory term that

Page 159

1  identifies, in the case of the U.S., a U.S. entity
2  that is the agent for the manufacturing in another
3  country to the National Highway Traffic Safety
4  Administration.
5    Q.  As a designated agent, what are MB U.S.A's
6  responsibilities when NHTSA makes a request?
7    A.  With a NHTSA request and with regulatory
8  reporting, those are submitted on -- excuse me -- by
9  MB U.S.A on behalf of Daimler to NHTSA.
10    Q.  So NHTSA -- if NHTSA wants something that
11  would be in the possession of Daimler in Germany, by
12  virtue of having MB U.S.A as its designated agent,
13  it's able to get it from you, essentially, is that
14  the way it works?
15        MR. KNAPP:  Object to form.
16        THE WITNESS:  Sorry.  It can -- the agency
17    can request it and MB U.S.A will ask.
18  BY MR. MINER:
19    Q.  Have you ever had a situation where MB
20  U.S.A asked -- and by asked, I assume you mean asked
21  Daimler?
22    A.  Request of Daimler, that's right.
23    Q.  Has MB U.S.A ever had a situation where it
24  requested information from Daimler and Daimler
25  refused to give it?

Page 160

1    A.  I can't think of any.
2    Q.  In other words, any time you request
3  information from Daimler, you have received it?
4    A.  I can't think of an instance where it
5  hasn't but it doesn't necessarily mean that it
6  hasn't occurred.
7    Q.  Well, let's talk about the Takata airbag
8  issues that we're here about.
9        Any instance where you've asked for
10  information from Daimler AG related to Takata
11  airbags, has Daimler refused to give the
12  information?
13    A.  With respect to a NHTSA inquiry or
14  requests, again, I can't think of any instance where
15  they haven't.
16    Q.  Let's take it a little bit broader.  Let's
17  take it broader than a NHTSA inquiry.
18        Any inquiry that you've made of Daimler
19  that relates to Takata airbags or Takata airbags in
20  Mercedes vehicles, has Daimler ever refused to give
21  you the information?
22        MR. KNAPP:  Objection to form.
23        THE WITNESS:  I don't know if MB U.S.A has
24    gotten to the point where it's asked for
25    something that hasn't come from a request from

Page 161

1    NHTSA that hasn't been responded to.  Aside
2    from that, I don't know.
3  BY MR. MINER:
4    Q.  For example, when you were having
5  communications with FCA about those Chrysler
6  vehicles, you went to Daimler to get information to
7  help FCA, correct?
8    A.  I had reached out to Daimler to assist FCA
9  which was really at the request of NHTSA at that
10  point.
11    Q.  Did Daimler give you the information you
12  requested?
13    A.  Daimler was able to answer FCA's question,
14  yes.
15    Q.  Okay.  Mr. Brunner, thank you for your
16  time today.  I don't have any further questions.
17        MR. KNAPP:  Thank you.  We will read and
18    sign.
19        MR. MINER:  I would like to order the
20    transcript.
21        As we did yesterday, about stopping asking
22    any questions now, I'm not expressing -- not
23    closing the deposition because there appear to
24    be a number of documents, among others, the
25    PowerPoints that were presented to NHTSA that

41 (Pages 158 - 161)

Page 162

1  reported anomalies, the materials relating to
2  the gentleman who complained in California that
3  resulted in a form being submitted to NHTSA
4  that we have not seen being produced.  But we
5  can cross that bridge when we come to it.
6      MR. KNAPP:  And we'll also order a rough
7  for now and final transcript in the regular
8  course.
9      (Concluded at 2:25 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 164

1              ERRATA SHEET
2  TAKATA AIRBAGS
   Deponent:  THOMAS BRUNNER
3  Date of :  September 24, 2020
4
5  PAGE  LINE     REMARKS
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20
21    _____
22         Signature of Witness
   _____
23 (Notary Public)
24 Dated this _____ day of _____, _____.
   My Commission Expires: _____
25

Page 163

1           AFFIDAVIT
2
   STATE OF FLORIDA      )
3  COUNTY OF _____ )
4
   I, _____, being
5  first duly sworn, do hereby acknowledge that I did
   read a true and certified copy of my deposition
6  which was taken in the case of TAKATA AIRBAGS, taken
   on the 24th day of September, 2020, and the
7  corrections I desire to make are as indicated on the
   attached Errata Sheet.
8      _____
            (Deponent)
9
10   + + + + + + + + + + + + + + + + +
11          CERTIFICATE
12
13 STATE OF FLORIDA      )
   COUNTY OF _____ )
14
15    Before me personally appeared
16 _____,
   to me well known / known to me to be the person
17 described in and who executed the foregoing
   instrument and acknowledged to and before me that he
18 executed the said instrument in the capacity and for
   the purpose therein expressed.
19
20    Witness my hand and official seal, this
   _____ day of _____, _____.
21
22
23    _____
            (Notary Public)
24
   My Commission Expires:
25

Page 165

1
2         CERTIFICATE OF OATH
3
4  STATE OF FLORIDA   )
5  COUNTY OF BROWARD  )
6
7      I, the undersigned authority, certify
8  that THOMAS BRUNNER personally appeared before me
9  and was duly sworn.
10     WITNESS my hand and official seal this
11 30th day of September, 2020.
12
13     Suzanne Vitale
14 _____
15    SUZANNE VITALE, R.P.R., F.P.R.
   Notary Public, State of Florida
16    My Commission No. DD179981
   Expires: 5/24/2024
17
18
19
20
21
22
23
24
25

42 (Pages 162 - 165)

Page 166

```
 1
 2                CERTIFICATE
 3
 4  STATE OF FLORIDA  )
 5  COUNTY OF BROWARD )
 6
 7        I, SUZANNE VITALE, R.P.R., F.P.R. do
 8  hereby certify that I was authorized to and did
 9  stenographically report the foregoing deposition
10  of THOMAS BRUNNER; that a review of the
11  transcript was requested; and that the transcript
12  is a true record of my stenographic notes.
13        I FURTHER CERTIFY that I am not a
14  relative, employee, attorney, or counsel of any
15  of the parties, nor am I a relative or employee
16  of any of the parties' attorney or counsel
17  connected with the action, nor am I financially
18  interested
19        Da                            nber, 2020.
20
21
            SUZANNE VITALE, R.P.R., F.P.R.
22          My Commission No. DD179981
            Expires: 5/24/2024
23
24
25
```

Page 167

```
 1        VERITEXT FLORIDA, LLC
          Two South Biscayne Blvd., Suite 2250
 2          MIAMI, FL  33131
            305-376-8800
 3
 4  Thomas Brunner c/o
    SQUIRE PATTON BOGGS
 5  275 Battery Street
    Suite 2600
 6  San Francisco, California 94111-3356
    ATTENTION:  ERIC J. KNAPP, ESQ.
 7
 8              October 15, 2020
 9  RE:  Takata Airbags
    CASE NO.
10  AVAILABLE FOR READING UNTIL:  30 days
11  Thomas Brunner:
12        This letter is to advise you that the
    transcript of your deposition is available for
13  reading and signing.
14        PLEASE CALL THE ABOVE NUMBER TO MAKE AN
    APPOINTMENT to come to the Veritext office closest
15  to you to read and sign the transcript.  Our office
    hours are 8:30 a.m. to 4:30 p.m., Monday through
16  Friday.
          In the event other arrangements are
17  made, please send us a notarized list of any and all
    corrections and/or changes, noting page and line
18  numbers, and the reason for such changes, so that we
    can furnish respective counsel with a copy.
19        If the reading and signing has not been
    completed prior to the above-referenced date, we
20  shall conclude that you have waived the reading and
    signing of the deposition transcript.
21        Your prompt attention to this matter is
    appreciated.
22
            SUZANNE VITALE, R.P.R., F.P.R.
23
24
25
```

43 (Pages 166 - 167)

[& - 60]                                                                          Page 168

**&**

**&**   2:3

**0**

**00000103**   3:11
**00031109**   3:9
**00031355**   3:10
**0003214060**   3:7
**00041308**   3:9
**00050890**   3:10
**00079145**   3:11
**07068-1762**   2:5

**1**

**1.1**   111:10
**1.5**   110:21 111:7,9
**10**   23:22 24:13,14
  25:6 27:16,16,17
  95:3
**100**   106:20 107:2,6
**102**   3:9
**103**   140:1
**106**   3:9
**10:11**   53:22
**10:23**   53:25
**112**   3:10
**119**   3:10
**11:23**   95:6
**11:42**   95:9
**11:43**   96:3
**11:54**   96:6
**126**   3:11
**12:53**   137:5
**13**   44:13,22
**14-24009**   1:4
**140**   3:11
**15**   167:8
**15-20664**   1:3
**15-2599**   1:3
**17**   130:20
**1987**   6:9

**1990s**   8:24
**1994**   7:1,5 12:18
**1998**   12:5,18 14:9
  16:16 17:14,23
  28:11,15
**1999**   13:9,14
**1:00**   136:19
**1:45**   136:25
**1:47**   137:8

**2**

**2**   123:25 124:4
  127:21,22 128:23
  130:2,11 131:19
  142:1,7 152:7
  155:6,24,25 156:2
**20**   23:24,25 24:15
  44:9
**2000**   13:18,22
**2001**   13:18,22
  119:18
**2003**   119:18
**2007**   28:16
**2009**   14:17 16:16
  17:14,23 28:11
  30:2,3
**2011**   33:18
**2013**   66:1
**2014**   37:1 97:24
  98:3 99:7 115:2
  121:9 137:11
**2014-2015**   96:13
**2015**   98:3 99:7
  101:5 102:25
**2016**   34:25 35:5,7
  35:12 53:16 113:10
  116:20 117:17,25
  119:13 120:22
  127:5 129:1 144:2
  144:8
**2017**   30:15 48:17
  53:16 61:16 117:17

  118:12 129:2,25
**2018**   42:21 48:9
  117:18 118:12
  129:2,25 147:23
**2019**   49:24 84:21
  90:10 129:2,25
  147:23 153:25
**2020**   1:12 4:4
  129:10 163:6 164:3
  165:11 166:19
  167:8
**204**   152:1,7 155:7
**208**   8:15,16,25
**21**   102:25 106:12
**2250**   167:1
**23**   60:6,21 61:12
**24**   1:12 4:4 36:2
  164:3
**24th**   113:10 163:6
**25**   3:7 35:22 36:18
**255**   2:8
**2599**   1:2
**26**   3:7 63:1,5 87:24
**2600**   2:12 167:5
**27**   3:8 63:1 87:20
  87:22 88:3,7
**275**   2:11 167:5
**28**   3:9 102:14,17,19
**29**   3:9 106:7,10
**2:17**   158:4
**2:22**   158:7
**2:25**   1:12 162:9

**3**

**3**   50:22,24
**30**   3:8,10 111:15,18
  111:20 119:13
  167:10
**305-376-8800**
  167:2
**30th**   165:11 166:19

**31**   3:10 119:3,6,8
**31109**   102:20
**31355**   111:22
**32**   3:11 125:21,24
  126:2
**3249**   165:13 166:20
**33**   3:11 139:20,23
  139:25
**33131**   167:2
**33134**   2:9
**36**   3:7
**39**   88:17,20

**4**

**4**   129:13
**40**   88:17,22
**41**   88:17,23
**41308**   106:13
**45**   136:24
**4:30**   167:15

**5**

**5**   2:4 3:3 79:17
  113:11,13,22,24
  114:3 123:11,16,21
  124:20 127:5,7
  128:4 142:1,7
  149:18 150:22,25
  155:24
**5/24/2024**   165:16
  166:22
**50890**   119:10
**57**   35:13
**573**   34:17,21 35:2,6
  35:13 36:24 40:3
  40:14,20 41:1
  97:18,24 111:5
**573s**   39:2

**6**

**6**   3:8
**60**   43:23

**[62 - airbags]**

**62**   3:7
**63**   3:7
**6th**   61:16

**7**

**7**   44:13 45:2,17
**796145**   126:3

**8**

**88**   3:8
**8:30**   167:15

**9**

**9019**   63:15 65:11
  65:13
**90s**   9:2 10:6,19
  11:21,21 53:5
**94111-3356**   2:12
  167:6
**96**   12:6
**97**   12:6
**98**   12:6
**9:02**   1:12 4:3

**a**

**a.m.**   1:12 4:3 53:22
  53:25 95:6,9 96:3,6
  167:15
**abeyance**   44:13
  45:2,18,18,21
**able**   18:25 33:12
  36:4 37:19 41:16
  54:17 56:21,22
  64:10,11,12 141:14
  149:22 159:13
  161:13
**abrasions**   80:23
**absolute**   79:2
**absolutely**   79:3
**acceleration**   80:3
**access**   68:4,9,15
  72:1,9 92:21 98:21
  103:16 134:23

**accident**   80:1,18
  82:4,13 86:21
  91:16
**accidents**   15:10
  32:6 55:4
**accounted**   59:4
  150:2
**accuracy**   105:25
  106:2
**accurate**   51:2,15
  94:8
**acknowledge**   163:5
**acknowledged**
  163:17
**acro**   140:23 141:1
**act**   9:2 31:17,18
  32:5 42:1,2,4,6,13
**acted**   158:14
**action**   4:11 166:17
  166:18
**actions**   101:16
**active**   15:16
**actual**   49:8 61:4
  153:4
**ad**   65:17 68:17
**addition**   42:9
**additional**   46:15
  86:5 109:14 120:25
  125:13 128:22
  129:2,6,25 154:3,6
**address**   46:25
  55:20 56:22 59:11
  72:20 104:19 109:4
**addressed**   19:1,25
  43:19 44:7,16 47:1
  54:17
**addressing**   14:22
**administration**
  42:8 159:4
**admission**   44:15

**advance**   149:11
**advise**   167:12
**advised**   93:19
**advocacy**   73:14,18
**ae**   64:21
**af**   65:2
**affairs**   51:2 94:4
**affidavit**   163:1
**affiliations**   4:14
**afford**   37:19,22,25
**ag**   38:15,17 39:4,8
  39:16 116:7 117:22
  118:5 134:9 135:17
  160:10
**age**   5:10
**agencies**   123:2
**agency**   43:1,20
  44:17 47:2 158:21
  159:16
**agendas**   126:22
**agent**   64:22,25,25
  73:4 158:20,24,25
  159:2,5,12
**aggressively**   21:23
**agile**   63:12
**aging**   143:4,4
**agnello**   2:3
**ago**   11:20 72:9
**agree**   44:14
**agreed**   44:9
**agreement**   47:22
  145:14
**ah**   65:6
**ahead**   116:10
**aikman**   3:8 49:18
  49:22 50:25 88:9
  89:18,25 93:23
**airbag**   1:7 9:3
  10:23 11:23 12:25
  20:25 21:9,12,17
  21:22 22:1,4,10,15

23:4 24:18,22 25:2
  25:9,20,23,24 26:1
  26:3,4,17,24 27:3,5
  27:22 34:1,7,12
  37:9,12,18 38:19
  39:11,19 40:4,6,9
  40:21 41:1 62:1
  65:18,25 66:4 70:7
  70:12 75:2,17,20
  79:1,3,12,12,13,14
  79:19 80:5,21,23
  82:20 86:11 87:8
  89:22 90:16,22
  91:5 92:1,2 93:2,14
  94:2,6,16,22 99:6
  101:1 104:14
  106:18 115:5,24
  116:8 123:11,16,20
  123:23 124:3,7,7,8
  127:21 135:10
  146:11 152:1 153:4
  156:24 160:7
**airbags**   8:9,10,13
  8:21,24 9:7,14,22
  9:25 10:5,16,23
  11:10,16 12:20
  21:3 25:13 37:4
  38:11 44:3 61:22
  74:6,16 75:9 77:11
  77:18 78:16 85:19
  91:15 95:14 97:14
  97:22,25 107:17
  108:3 109:8 110:9
  110:12,15,17,22
  115:5,12,16,23
  116:8 119:20
  121:15 141:14
  143:21 145:15
  160:11,19,19 163:6
  164:2 167:9

**aj** 64:14
**alert** 119:17 131:15
  132:1
**alerting** 85:18
**alfredo** 2:13 5:4
**alhambra** 2:8
**allegation** 18:20
  20:24 21:11,16,22
  22:1,9,15 23:3
  24:18 25:2,9,13,19
  26:3,22 27:1 33:25
  34:6,6,12 54:12,21
  57:18 58:4 66:3,15
  77:23 78:23,24
  79:11 89:21 90:15
**allegations** 14:23
  15:3 24:21 25:23
  34:4 65:18 78:15
  86:6 91:4,14,22
  94:1
**allege** 55:4 93:4
**alleged** 21:9 75:17
  86:10 90:13,19,25
  91:21
**alleges** 92:25
**alleging** 93:12
**alleviate** 57:2
**allocated** 144:18
**alpha** 120:2 121:1
  121:3,8
**amended** 127:23
  129:1 141:1
**amendment** 129:24
**amendments**
  127:14,15
**america** 13:5 14:1
**ammonium** 109:18
  110:2,7,10,23
  111:4 124:10
**amoedo** 2:13 5:4,4

**analil** 36:2 41:19
**analil's** 60:6,21
**analysis** 12:7 14:10
  14:16,19 16:3,12
  16:13,18 17:10,22
  18:13 19:8 20:10
  22:13 23:2,10,13
  23:16 27:20,25
  28:6,11 29:8 30:4
  30:10,11,22 31:7
  32:10,18 33:4,12
  33:16,21,23,24
  34:11 52:4 54:5
  55:7 56:21 57:3,6
  57:18 58:13,19
  59:6,9,18 67:1,13
  69:20,23 73:1
  74:19 76:2 78:2,6
  86:13 91:1,3
  103:24 108:17
  154:11,22
**angeles** 79:10
**anomalies** 149:22
  149:24,25 150:9,10
  155:8 156:4 162:1
**anomalous** 155:20
**anomaly** 153:23
**answer** 17:12
  107:14 138:13
  161:13
**answered** 115:25
**answers** 108:19
**anthony** 46:12
**anticipated** 21:3
  27:4
**anticipation** 20:1
  55:10 68:6
**anybody** 108:10
  133:4
**anybody's** 100:23

**anymore** 94:1
  157:21
**apart** 151:22
**apologize** 49:18
**appear** 45:14
  101:18 111:24
  161:23
**appearance** 4:17
**appearances** 2:1
  4:14
**appeared** 43:8
  149:21 150:5
  151:17 163:15
  165:8
**appears** 61:20 62:7
  64:24 71:13 73:13
  80:22 89:21 111:21
  113:17 126:4,14
  152:11
**appointment**
  111:21 167:14
**appreciated** 167:21
**approach** 120:6
  128:4
**approached** 155:21
  155:22
**approximate** 53:15
**approximately**
  12:5 14:17 117:16
**approximation**
  21:6 23:19 77:14
**area** 23:16 31:3,9
  33:9 46:9 52:9
  56:21 57:3 73:20
  79:10 108:17
  112:14,20 113:8
  143:17 144:22
**areas** 30:21 33:10
  52:2,10 73:16
**argumentative**
  108:13

**armada** 142:15
  146:18
**arranged** 125:18
**arrangements**
  167:16
**article** 106:17
  109:13,22,23
**articles** 96:17,19
  97:6 101:5 121:7
**aside** 69:11 85:23
  135:10 143:25
  161:1
**asked** 33:20 46:25
  83:10 103:5 115:25
  122:8 159:20,20,20
  160:9,24
**asking** 5:19 85:17
  135:7 161:21
**aspect** 15:15 26:21
  28:1,7
**aspects** 30:23
**assembled** 153:20
**assembly** 150:6
**assessment** 45:4,7
  45:22 46:18,22
  47:11,13,24
**assign** 70:22
**assigned** 71:1,5
  91:7
**assist** 91:2 161:8
**assistance** 56:24
  57:15,17,22,24
  58:3 59:15 64:17
  66:12 67:10 70:21
  73:17 74:10 76:7,8
  87:4,7 93:22
  107:13,23 108:11
  108:24 109:4
**associated** 72:3,4
  73:20 81:15 136:2

[association - blue]                                                    Page 171

**association** 4:10
**assume** 159:20
**attach** 67:4
**attached** 61:2,2
69:22 70:1 73:9
163:7
**attachments** 77:5
**attempt** 61:3
112:24
**attend** 117:9
**attention** 167:6,21
**attorney** 4:18 5:2
46:19 140:10
166:14,16
**audit** 42:16,23 44:3
44:5,24,25 48:8
**authored** 102:23
102:24
**authority** 165:7
**authorized** 134:4
134:14 135:8 166:8
**autoliv** 11:6 26:9
40:11,15,21
**automakers** 19:6
19:14 99:5,13
100:13 101:11
137:12
**automated** 99:25
**automobile** 100:6
**automotive** 7:6,9
32:8 99:11
**autos** 7:11
**availability** 61:22
62:1 130:10
**available** 10:13
72:7 80:20 92:7
95:25 113:22 154:4
154:7 155:2,5
167:10,12
**aware** 40:19 75:13
81:25 92:24 93:7

93:11,20 95:13
96:10 99:4,8,15
100:24 122:15
128:21 129:6
131:10 133:6
156:25
**awhile** 26:17 28:9
72:23
**axel** 16:20 17:5

**b**

**b** 3:8 17:4 18:1
128:2
**bachelor's** 6:9
**back** 22:24 50:17
52:3 54:1 56:25
59:14,15,16 67:5
68:17 82:2 89:5,6
89:14 91:12 95:10
96:7 100:1,16,21
102:12 108:22
136:23 137:9
144:15 145:8 147:3
151:15 154:25
158:8,22
**background** 6:5
**backing** 86:16
**bag** 25:25
**ballistic** 143:2
147:1 149:3,4
151:6,12 152:8
153:2 155:8,11,14
155:15
**baloga** 12:16
**bankruptcy** 121:14
**bar** 88:20 89:1
**based** 37:21 54:8
61:24 62:6,7 64:19
70:1 78:12 80:20
84:18 86:5 87:5
96:12 99:1 107:9
107:16 109:15

124:24 128:8 130:9
136:1 146:3
**basic** 118:20,22
**basically** 146:10
**basis** 99:22
**bates** 102:20
106:12 111:22
119:9 126:3 140:1
**battery** 2:11 167:5
**becker** 2:4
**began** 10:16,23
137:12
**beginning** 4:17
106:13
**begins** 106:16
**behalf** 2:2,10 5:5
5:19 159:9
**believe** 10:20 12:5
13:13 17:15,16
27:11,17 33:17
35:21 46:2,18 47:5
47:14 53:16 66:22
67:6 70:2,19 71:7
73:8 76:11 79:10
83:6,7 84:13,17,21
84:24 92:13 93:4
99:7,9 116:18
118:4 119:1 130:10
130:12,16,19
131:18 132:4,14
146:3 147:1 148:6
150:6,11 152:22
153:5,6,15,24
155:10 156:13,17
157:14
**bell** 142:25
**benz** 2:10,14 4:23
5:2,5 6:25 7:2,5
10:4 13:3,4,13,20
14:1,2,2 18:13 19:4
29:12 30:2 31:11

35:12 38:5,6,9,13
40:9,19,25 42:17
43:15 44:8 46:8
47:21 48:21 49:14
52:22 54:7,11 56:1
57:13 68:9 74:4
90:4 94:2,6,10
95:17 97:7 101:23
103:9 104:18
105:11,17 108:9,10
108:25 110:6,11
114:11 118:21
120:23 121:22
122:4,16,19 123:19
127:6 128:20
131:14,25 132:17
132:23 133:23
134:2,21,25 135:12
135:19 137:23
138:14 142:8,10
143:6,9,12 144:1
147:2 149:16
150:25
**best** 25:22 59:11
84:21
**better** 85:4 135:6
**beyond** 142:25
155:2
**bibi** 41:19
**big** 86:23 87:3,7
88:20
**biscayne** 167:1
**bit** 41:16 75:19
122:7 160:16
**biweekly** 125:18
126:5,17
**blank** 68:14
**blanking** 49:19
**blatantly** 86:24
**blue** 88:15,20

**blvd** 167:1
**boehme** 112:12,13
  118:3
**boggs** 2:11 4:23 5:5
  167:4
**borne** 135:17
**boss** 12:14 119:15
**bottom** 36:10
**bower** 2:5 4:24,24
**bowne** 17:4,6
**brackets** 152:25
**breached** 151:20
**break** 21:8 25:17
  53:20 55:2 95:2
  136:20 158:1
**bridge** 162:5
**briefly** 100:7
**brings** 133:14
**broader** 135:11
  160:16,17
**brody** 2:3
**broke** 122:6
**brought** 50:8
  115:19
**broward** 165:5
  166:5
**brunner** 1:14 4:5
  5:8,17,18 36:5 54:3
  64:3 88:6 95:12,22
  96:9 102:22 137:11
  158:3,10 161:15
  164:2 165:8 166:10
  167:4,11
**built** 106:4
**bulge** 156:20
**bulletin** 134:19,20
  134:22
**burn** 150:16
**byrne** 2:3 4:25

**c**

**c** 57:25 78:25 79:6
  128:2 152:1,2,7
  155:7 167:4
**cabrio** 130:17
**cabrios** 132:7
**cac** 64:24 109:1
**cadence** 20:22
  85:14
**calendar** 111:21
  112:1 113:9
**california** 2:12
  78:24 79:8 86:18
  90:23 162:2 167:6
**call** 19:4 66:12
  114:18,20,21
  125:18 126:5,15
  141:5 149:23
  150:10 167:14
**called** 42:9 57:21
  57:25 84:6 120:2
  121:8 137:13
**calls** 126:16,17,22
  147:16
**campaign** 62:2
  134:18,19,20,22,24
  136:3 143:20
**canister** 151:20,21
  151:22 153:18,19
  156:20
**capacity** 163:18
**captured** 73:4
**car** 79:14 80:2 81:5
  87:1 91:16
**care** 73:13,18
  106:19 145:16
**career** 52:4
**carella** 2:3 4:25
**carfax** 82:11 83:11
**cars** 54:9,10 55:4

**case** 1:3,4 25:8
  26:18,18,24 27:6
  73:5 86:18 159:1
  163:6 167:9
**cases** 21:14 24:21
  25:1,18 26:2,8,12
  27:8 32:21 92:7
**caudle** 2:15 5:1,2
**cause** 1:19 152:12
  154:9,11,22
**caused** 37:17
**causes** 154:15
**cd** 65:7
**cecchi** 2:3
**center** 56:24 57:15
  57:17,22,24 58:3
  59:16 64:17 66:12
  67:10 73:17 74:10
  76:6,7,9 87:5,7
  106:20 107:13,23
  108:24 109:4
  144:16,20,21 145:7
  145:19
**centers** 70:21
**certain** 32:8 41:24
  42:10 43:11 55:23
  62:15 64:9,20 68:2
  70:3 85:14 92:22
  96:24 100:9,14
  104:1 110:15,18
  111:13,13 117:10
  119:18 124:14
  128:12,12,15 136:1
  145:3,10 149:1,6,8
  155:12,23 157:4
**certificate** 6:13,14
  6:18,20 163:11
  165:2 166:2
**certified** 163:5
**certify** 165:7 166:8
  166:13

**chain** 76:4,10
  102:19 106:12,16
  119:9 126:3,4,8
**challenge** 106:6
**chance** 36:20 60:14
  60:17
**change** 8:3 13:6,8
  13:15,19,23 14:6
  16:25 48:22,24
  50:2
**changed** 13:12 17:8
  41:15 49:7,10,11
  50:5 52:18,20 53:6
**changes** 9:9,12,20
  11:18 14:1 51:4
  167:17,18
**channel** 103:6,8,10
  104:21 105:9
  131:24 132:14
**characterized**
  109:24
**charge** 133:12,20
  134:4
**charged** 133:17
**charges** 134:15
**chart** 50:24 51:2,11
  51:14,16,20 149:8
**charts** 149:3
**check** 103:17
  105:25 106:2 158:1
**checklist** 18:23,24
**chemical** 138:23
  139:16
**chemicals** 139:17
**chosen** 141:16
**christiane** 46:15
**chronology** 39:22
**chrysler** 29:3,6,10
  29:18 94:15 124:19
  124:25 125:1,13
  126:11 161:5

**circle**  2:8
**circulate**  104:8
**circulated**  97:7
**cite**  150:12
**civil**  44:9,22 45:17
**claim**  54:22 55:5,15
  59:1,8 70:22,25
  75:16 80:14 83:15
  86:19 87:14 136:1
  136:7,12
**claimed**  21:2 80:8
  80:22
**claims**  20:21 42:10
  56:10,12,13 65:24
  70:11,11 82:9 93:4
  93:9
**clamped**  152:24
**clarification**  56:18
**clarified**  128:3
**clarify**  135:5
**class**  78:25 79:6
  130:16 132:7 152:1
  152:2
**clear**  64:25 86:24
**click**  36:9
**client**  93:13
**close**  110:20 111:7
  155:11
**closed**  83:21 85:15
**closest**  167:14
**closing**  161:23
**clusters**  149:6
**coalition**  137:14
  138:4
**code**  65:8 136:2
**colleagues**  126:10
**collect**  55:23 56:22
  59:10 82:12,23
  83:11 141:10,14
**collected**  57:13
  59:17 60:2 78:2

**82**:4,17,19 84:14
  84:19 86:13 133:6
  144:16,23
**collecting**  85:14
  91:2 101:13
**collection**  42:12
  55:22 59:3 79:1
  121:13 140:22
  142:11 143:20
**collision**  80:3
**colson**  2:7 4:19
**column**  64:14,15
  64:21 65:2,6,17
  68:17 71:13,15,17
  73:12 88:21
**columns**  64:9
**comb**  156:24
**come**  11:25 21:14
  25:21 31:9 39:19
  48:5 54:16 60:8
  73:14 74:18,21
  75:1,11,12,14,22
  75:24 76:6 85:17
  89:5 100:22 104:24
  105:1,7 115:22
  116:1 118:3 121:2
  139:3,15 151:22,23
  155:4 156:2 160:25
  162:5 167:14
**comes**  11:6 18:2
  26:9 40:11,22 41:5
  58:2 59:8 76:5
  89:13 93:3,10 99:2
  100:18 115:17
  120:17
**coming**  7:19 36:15
  70:7 140:2
**commercial**  94:12
**commission**  163:24
  164:24 165:16
  166:22

**communicate**  38:3
  38:24 39:4,16
  103:11 121:10,18
**communicated**
  103:13 134:18
**communicates**
  134:11,13,14
  140:16
**communicating**  8:6
**communication**
  114:13 158:17
**communications**
  9:5 11:14 38:16
  122:9 124:12
  158:21 161:5
**companies**  106:18
**company**  31:4
  44:14 46:25 51:25
  103:11
**comparable**  32:4
**compared**  128:4
  149:1
**compass**  57:25 59:4
  62:5,8,10,12,12,14
  62:18,20,21,24
  74:3
**compile**  59:20
  107:12
**compiling**  38:22
**complainant**  81:12
**complained**  162:2
**complaining**  75:1
**complaint**  55:14,18
  57:20 58:2,8,16,18
  58:22 59:9 70:7,17
  74:25 76:20 77:3
  77:22 79:9 81:14
  81:22 82:6 86:2,23
  87:6
**complaints**  14:22
  15:3,9 31:10 54:9

**54**:11,16,20 56:2,5
  56:9,11,14 57:10
  57:12,23 58:6,10
  58:11 61:21,25
  62:22 74:5,15,18
  74:21 75:7,21
  85:18,24 86:7
  90:20 92:5,16
**complete**  62:21
  133:25
**completed**  83:19
  167:19
**compliance**  30:4,10
  30:11,21,25 31:6
  41:9,13,21,22 49:1
  49:2,12 50:7,10,13
  50:14,15 103:24
  108:17 158:15
**complicated**
  144:25 145:1
**comply**  141:13
**component**  151:16
  153:7,13
**components**  149:25
  152:25
**computer**  68:1
**concern**  43:10
  54:18 59:12 150:22
**concerned**  87:8
**concerns**  19:1 43:1
  43:6,11,14,18,21
  55:20 56:23 57:2
  66:11 104:19 109:5
  109:7
**concierge**  95:25
**conclude**  167:20
**concluded**  162:9
**conclusion**  85:11
**conduct**  14:24 38:9
  45:3 59:7

**conducted** 39:9,17
123:6 142:16,23
148:23 154:12,14
156:5
**conference** 114:21
126:5 147:16
**confidential** 68:8
**confidentiality**
47:6
**confirm** 106:20
107:2,6
**confirmed** 92:6
93:25 94:1,9,14,20
**conform** 140:24
**confusion** 56:8
**conjunction** 58:19
86:14
**connected** 166:17
**connection** 18:5
86:20 115:11
**consider** 149:20
**consolidations** 52:1
52:12
**contact** 57:16
72:20 133:3 158:17
**contacted** 87:4
**contacts** 72:21
125:9
**contain** 62:21 68:7
72:16,18,19 73:6
79:14,21 141:19,23
**contained** 39:3
59:19 70:3 73:10
109:13 110:2,10
111:3 118:18
122:22 124:19
128:22 129:16
130:2 142:1,2
148:20
**containing** 94:15
94:21,21

**contains** 61:20
**content** 76:24
**contents** 32:9
109:21
**context** 22:25
35:18 61:8 105:13
**continue** 32:11,12
32:19 35:23 49:5
**continued** 9:4 34:2
45:9,10,11
**continuing** 131:6
**contractor** 29:21
**contribute** 93:22
**controversy** 107:18
109:9,11,17,24
**conversation**
140:20
**conversations**
98:13
**coordinated** 84:3
85:6,21 127:11,13
127:16 128:25
129:24 141:1
143:19
**coordinating**
143:16
**copied** 61:13,17
74:20 140:7
**copies** 156:15
**copy** 114:24 156:13
163:5 167:18
**coral** 2:9
**corporate** 12:11
24:5,8 90:1
**corporation** 13:21
**corporations** 14:4
**correct** 6:7,8,11
7:13,14 8:7 12:13
14:11 24:24 28:13
29:19 31:19 35:5
35:22 37:1,2,4,14

41:10,11 42:22
43:16 44:4,6,24
45:5 48:18,19,20
50:3 51:15,17
54:22 55:10 56:16
57:9 61:13,14,16
61:19 62:11 75:23
79:22 87:21 97:25
98:17,18 102:25
103:7 106:24,25
107:15 109:9,19
110:9,13,14,17,18
110:23 111:8,13
117:6,10 119:16
123:12,13,25 124:1
126:7,25 127:8,9
127:12,17,21
128:20 129:5 130:3
130:4 131:9 133:7
133:12,18,19,24
136:12 140:5,6,8
141:3 144:4,10,11
144:12 145:20
146:18,19,21
151:21 152:9 153:8
153:9,12 161:7
**corrections** 163:7
167:17
**corresponded**
132:22
**cost** 135:1,14 136:5
136:12
**costs** 135:17,21
**counsel** 4:13 46:16
87:9 93:12 140:11
140:13 166:14,16
167:18
**count** 117:14
**counterpart** 39:7
**country** 123:2,8,9
159:3

**county** 163:3,13
165:5 166:5
**coupe** 130:16
**coupes** 132:7
**course** 82:14
101:13 124:11
162:8
**court** 1:1 4:9 16:21
87:21,23 89:2 96:1
**coverage** 104:14
**covered** 121:5
**crafted** 107:22,22
**crash** 37:14
**create** 33:12 41:16
**created** 33:17 76:2
83:25 107:25 119:2
151:19
**criteria** 45:6 78:11
78:19 85:20 145:4
**cros** 127:23
**cross** 162:5
**crossfire** 29:6,18
94:15 124:19 125:1
125:15
**ct** 146:25
**current** 7:17,20
31:4 51:1,2
**currently** 67:20
**curtis** 2:9 4:19 5:18
56:8 60:20 63:20
65:12 95:16
**curve** 155:14,15,19
**curves** 149:3,4
**customer** 14:22
15:2,9 19:1 31:10
54:9,11,15,20
55:14,18 56:5,24
57:1,10,12,14,16
57:22,22,24 58:2,3
59:1,8,15,16 62:21
64:17,20 65:24

[customer - deposed]

66:3,12 67:5,6,9
69:1 70:6,10,16,21
72:22 73:7,13,14
73:17,17,18 74:10
74:25 75:16 76:6,7
76:8,20 77:3 80:6
80:17 82:10 83:5,7
86:7,10,23 87:2,4,6
87:15 90:15 91:24
92:5 106:19 107:13
107:23 108:24
109:4,5,7 133:5,8
133:12,17,20
**customer's** 54:17
59:11 72:20 79:23
81:15,17,18,22
86:1 135:10
**customers** 15:9
20:21 21:2 61:21
61:25 66:11 67:18
68:19 74:5,22 75:8
85:18 90:21 91:21
104:16,20 108:25
109:6 132:1,12,17
132:24 133:14
**cuts** 80:17
**cv** 1:3,4

**d**

**d** 3:1 18:1
**d.c.** 47:16 117:7
**daimler** 7:19 8:6
9:6 11:15,17 38:15
38:17,21,25 39:4,8
39:16,17 46:8,13
72:18 98:6,10,14
98:20 101:22 102:3
102:9,12 104:17
105:5,6,10,14,21
105:22 106:1
107:21 108:6,6
112:6,16,17,19,23

113:2,7 114:19,25
115:4,11,21 116:7
116:12,23 117:8,22
118:3,5,13,18
121:22 122:24
123:3,5,14 124:2,6
125:8,14 126:6
129:15 130:5 134:9
135:17,18 138:16
139:4,7,10,17
140:12,15 143:22
146:7 147:6,8
148:2,4,5,14,15
157:23 158:18,21
158:22 159:9,11,21
159:22,24,24 160:3
160:10,11,18,20
161:6,8,11,13
**daimlerchrysler**
28:13,15,24,25
124:21
**damage** 65:22
136:2
**data** 42:12 62:13
63:17 64:16 82:2
148:13,25 151:10
**database** 57:21,24
62:5,7,10
**databases** 62:13,14
74:4 75:7
**date** 45:13 47:18
48:18 66:1 129:12
153:24 164:3
167:19
**dated** 164:24
166:19
**dates** 47:19 127:18
**david** 53:9 119:12
**day** 43:23 163:6,20
164:24 165:11
166:19

**days** 84:13 167:10
**dd179981** 165:16
166:22
**deadlines** 43:12
**deal** 86:23 87:3,7
**dealer** 55:22
133:10,16 135:21
135:21,25 136:4
**dealer's** 133:2
**dealers** 103:12,12
103:14,16,18 104:7
131:1,15,18 132:5
132:8,11 134:11,15
134:17,23
**dealership** 133:5
133:21,24
**dealerships** 135:8
144:10,15
**dealing** 8:9
**death** 42:10
**december** 128:12
**deeper** 77:25
**defect** 35:1 37:3,5,6
79:20,21 127:1
128:6,18 131:9
**defective** 55:5
131:13
**degradation**
150:19 151:1,3
**delineates** 141:22
**demand** 55:6 56:4
86:19 87:14 93:11
**demerger** 125:11
**department** 12:18
15:13,24 16:1,2,4,5
16:7,14,18,24,25
17:3,7,10,22 19:18
19:19,25 20:8 29:9
30:5,9,17,25 31:7
31:12 32:10,11,17
32:18 33:2,5,5,11

33:22,24 34:10,16
34:20 40:2,8,13
41:7,13,15 42:15
46:7,9,11,14 48:16
49:14 50:9 51:7
52:5,7,15,17,24
53:13 54:14 56:1
57:5 58:12,19,20
59:14,19,21,23
60:3 67:3 69:19
70:20 74:9,19 76:3
78:6 86:14 93:21
103:4,4,23,25
105:2,8,14 107:11
107:20,25 108:2,6
108:9 109:2 112:13
118:3 136:14 145:1
148:2,3
**department's**
41:21
**departments** 16:11
16:12,15 20:4,7
41:9 51:22
**depended** 20:20
**depending** 18:20
37:25 117:23
**depends** 58:17
**deploy** 21:12 80:4
89:22
**deployed** 21:17,23
**deployment** 21:12
21:18 24:22 27:3
65:19 90:13,13,16
90:17 92:2 153:4
**deployments** 153:2
**depo** 3:8
**deponent** 163:8
164:2
**deposed** 23:17
49:18

**deposition** 1:14,18
4:4 5:22 23:15
50:25 60:6,22 88:9
90:5,9 127:12
161:23 163:5 166:9
167:12,20
**depositions** 60:15
90:2
**described** 43:2
54:3 59:25 85:19
153:6 163:17
**description** 42:4
**desiccated** 140:17
140:22 141:12,14
141:19,23 142:5
143:14 144:1
**design** 50:18
**designated** 158:20
158:23,25 159:5,12
**designed** 79:3
**desire** 163:7
**desired** 24:22
**desk** 75:22 85:18
85:25
**dessicated** 142:4
**destroyed** 145:11
**detailed** 126:11
**details** 14:5 29:24
69:16 78:20 91:20
92:4,9 100:9
155:12
**determination**
27:21 28:1 58:14
59:10 80:16 146:5
**determine** 70:6,18
75:7 101:20 105:17
105:21 120:19
132:24 135:1,13
**determined** 134:9
146:1 152:12
154:10

**determines** 134:2
**developed** 39:22
**developing** 118:19
**development** 9:3
118:19
**developments**
11:16
**devices** 145:5
**dialogue** 98:9
**diertl** 53:8
**differ** 58:22,25
**difference** 73:15
**different** 12:22
19:6,7,14,15 28:19
30:21 33:10 42:12
43:3 48:2 52:11,23
57:17 58:7 73:16
73:24 97:3 99:21
121:4 122:10 128:8
128:8 139:11
157:10,11
**differently** 15:6
123:18
**diffuser** 37:8,10
**dig** 77:25
**dir** 111:2 113:18
114:10 131:6,12
132:22
**direct** 3:3 5:13 38:7
122:9 133:3
**directed** 76:8
**directly** 121:10,18
135:18 158:18
**director** 52:19
**directors** 52:23
**dirs** 128:14,18
129:8 131:11
**disassemble** 155:17
**disclosure** 132:5,6
132:9,12,18 133:1
133:3

**discuss** 115:4,23
116:2,13
**discussed** 99:1
113:16 114:7 116:8
147:12,14
**discussion** 113:21
**discussions** 138:2
139:2 147:10
**disposal** 121:13,17
144:17 145:12,13
145:16,23
**dissections** 142:24
146:25 150:18,24
**distorted** 88:15
**distributes** 134:20
**distributing** 130:25
131:15 132:1
**distributor** 38:5,13
97:20 137:25
**distributors** 42:11
**district** 1:1,1
**divided** 127:24
**dividing** 10:15
**document** 36:16
37:7,11,15 39:23
43:4,18 60:16 63:3
88:1,21 102:15
106:8 111:16 114:2
114:5,16 119:4
125:22 139:21
141:21 156:7,8,9
**documentation**
82:25
**documented** 83:17
**documenting** 73:4
**documents** 161:24
**dodge** 29:14,22
94:21 126:12
**doing** 15:22 69:3
69:14 101:13
146:24

**download** 63:10
**downloaded** 63:24
**downloading**
106:14
**drexel** 53:6
**drive** 119:25 120:6
120:8,9,16
**driver** 25:23,24
78:23 79:12,13
80:4 86:18 110:12
110:14,22 123:11
123:13,16 124:7,20
**driving** 119:19
**duly** 5:10 163:5
165:9
**dynamics** 26:18,20
26:21

**e**

**e** 3:1 16:23,23 17:4
18:1,1,1,1,1,4
46:12,13,16,16
60:13 61:7,12,25
66:16,21,21 76:4,5
76:6,18,25 77:8,10
77:18 78:14 85:17
99:21,25 100:4
102:19,22,23,24
103:1,23 106:12,16
107:5,8 111:24,25
112:3 113:9 119:9
119:12 126:2,4,8
130:16 132:7 140:1
140:4
**ea** 6:13,14,15,16,20
**earlier** 10:20 28:20
47:13 59:25 119:15
127:12
**early** 32:6 34:25
35:5 42:8 53:5
83:22 97:23 116:18
127:9

**easy**  136:25
**economic**  1:5
**education**  6:22
**educational**  6:4
**effect**  127:24
**efficiencies**  51:24
  52:12
**eidson**  2:7 4:20
**either**  20:20 24:12
  25:24 54:24 55:6
  60:9 68:7 74:9
  110:21 111:12
  112:2,4 116:13
  123:2 150:5
**electronic**  26:23
**email**  61:3
**emissions**  30:5,10
  30:12,13,22
**employee**  112:5,19
  166:14,15
**employees**  114:19
  116:12
**employer**  13:2,10
  13:15,23 14:6
  28:19
**encourage**  132:8
  132:11
**engineer**  6:12 7:3
  7:13,16,25 8:2 9:20
  12:4,7,8 14:10,16
  14:19 18:13 20:11
  22:14 23:2,10,14
  27:21,25 28:6,11
  33:21 46:20 52:4
  54:5 55:8 73:1 91:6
  103:3 112:23 113:1
  148:3
**engineering**  6:10
  6:17 7:13 16:10
  31:2 41:17 46:9
  49:14,16 51:7,12

51:17 52:7,8,10,15
  52:24 53:12 107:20
**engineers**  17:16,21
  19:8 57:6 59:6
  69:24 76:3 78:2,6
  91:1,3 107:21
  108:7,16,20 148:5
**enjoyed**  7:10
**ensure**  50:16
**entered**  46:1 48:11
  129:1
**entering**  73:21
**entire**  48:6
**entities**  28:19 57:18
**entity**  13:2 28:12
  38:21 56:25 158:19
  159:1
**environmental**
  31:23 32:9
**erdenberger**  17:25
**eric**  2:13 4:22
  17:25 167:6
**errand**  53:7
**errata**  163:7 164:1
**esq**  2:5,9,13,13,15
  167:6
**essence**  42:8 55:24
**essentially**  159:13
**estimate**  20:14
  24:25
**evaluation**  144:16
  144:20,21 145:6,19
**event**  37:14 110:1
  167:16
**events**  125:15
**eventually**  33:11
  41:16 151:19
**evidence**  82:5,19
  150:19
**evident**  150:7

**evolve**  9:4
**ewr**  83:22
**exact**  117:13
**exactly**  65:4 84:19
  153:13
**examination**  3:2
  5:13
**example**  18:22
  50:11 74:11 91:15
  161:4
**excel**  3:7 61:2,4,18
  63:1,13 64:12 69:5
  70:5 73:24 74:1
  87:24
**excerpts**  3:8 88:13
**excuse**  116:19
  159:8
**executed**  163:17,18
**exhibit**  3:7,7,8,9,9
  3:10,10,11,11
  35:22 36:1,4,18
  50:20,22,24 60:6
  60:19 61:12 63:1,5
  87:19 88:3,24
  102:14,17,19 106:7
  106:9,12 111:15,17
  111:20 119:3,5,8
  125:17,21,23 126:2
  139:20,22,25
**exhibits**  3:5 36:9,13
  102:14
**existed**  28:13,24
**existence**  28:15
**existing**  60:4
**exists**  33:18
**expand**  106:18
**expect**  105:10
**expected**  127:18
**expecting**  47:23
**expelled**  22:2

**experience**  7:6,8,8
**experienced**  152:8
  156:19
**experiences**  15:22
**expert**  26:13,14,25
  27:9,10,14
**expires**  163:24
  164:24 165:16
  166:22
**explain**  50:4
  124:15
**explained**  149:23
**explaining**  158:12
**expressed**  43:7
  163:18
**expressing**  161:22
**expressly**  127:2
**extent**  18:17 32:23
**eye**  65:25
**eyes**  43:9

## f

**f**  46:12
**f.p.r.**  1:16 165:15
  166:7,21 167:22
**facial**  80:8,9,11
**facilitate**  142:10
**facility**  138:8
  139:16 142:11,13
  142:15 146:17,20
**fact**  27:22 48:4
  69:11 110:6,6,20
  124:19 154:15
**facts**  55:19 80:20
**failed**  21:12
**failures**  113:11,13
  113:19,24 114:3
**fair**  55:8
**falls**  38:14
**familiar**  11:13 22:4
  63:18 64:3 65:9
  66:2,5 70:12 71:4

74:20,24 75:3
127:10,11 128:1
137:15 138:22
**far** 9:13 46:2,3 49:8
50:15 52:3 69:15
74:18 83:17 92:22
**farm** 2:4
**fasteners** 37:8
**fatal** 14:23 65:23
**fatality** 54:13
**favorable** 44:18
**fca** 3:11 124:12,14
124:16 125:18
126:3,6 161:5,7,8
**fca's** 161:13
**february** 49:20,24
116:20 117:25
127:9
**federal** 7:21 8:12
8:23 9:6,21 12:22
31:25
**fell** 16:8,9 149:7
**field** 19:5,5,15 54:7
57:6 58:15 59:7
73:1 81:2 85:25
103:19,21,22,25
104:2,9 146:11,13
147:12 156:23
**figure** 69:1,10,12
70:16
**file** 1:3 40:3,14,20
40:25 63:9,11
72:13 81:21 84:8
128:14
**filed** 1:18 5:9 35:1
56:4 87:14 92:25
93:6,7,9 99:20
100:6 113:18
114:10 127:2
129:14

**filings** 111:5
**fill** 68:13
**film** 153:4
**filmed** 153:3
**final** 162:7
**finally** 145:14
**financially** 4:12
166:17
**find** 28:7 77:25
78:8 81:10 146:14
**findings** 20:6
154:19
**fine** 44:12 88:25
89:9
**finished** 32:22
**firm** 4:20 47:18
**first** 5:10 6:25 7:2
7:12 8:19 10:1,16
15:23 31:3 34:24
35:3 47:13 49:19
53:19 57:15 63:17
66:2 83:10 95:12
96:9,20 99:4
100:24 113:18
114:10 122:8 123:5
126:24 127:1,7
137:11 141:18,18
163:5
**fit** 78:18 85:20
**fits** 78:11
**fitted** 37:10
**five** 84:13
**fl** 167:2
**fla** 1:3,4
**flat** 153:1
**floor** 2:4
**florida** 1:1,11,17
2:9 163:2,13 165:4
165:15 166:4 167:1
**flow** 158:17,21

**fmvss** 8:12
**focus** 50:6,13 56:5
57:11
**folder** 50:21 70:3,4
**folks** 51:25 104:4
118:8 143:15,18,19
**follow** 9:17 18:9,19
18:25 39:9,18
47:25 51:9 82:21
84:17,25 85:8
100:10 101:24
107:4 117:3 134:12
135:4 147:19 150:3
154:1
**followed** 58:2 71:2
123:8 127:8 145:4
**following** 4:1 98:8
133:13
**follows** 5:11
**forces** 80:4
**foregoing** 163:17
166:9
**foreign** 122:22
**forget** 140:23
**forgetting** 8:11
**form** 9:15 10:25
18:8 19:23 25:15
27:22 28:2,8 35:8
39:12 41:4 42:24
44:11 48:13 54:23
55:16 56:7 61:23
70:9 71:3 72:14
75:24 76:21 80:19
83:18,20,25 84:1,6
85:5,11 86:3,17,22
87:10,16 89:19
91:18 94:17 95:16
101:2 102:7 108:12
109:20 110:24
118:24 120:11
122:23 128:10

129:4,19 130:8
131:3 134:6 135:23
139:5 148:17 151:2
152:10 159:15
160:22 162:3
**formal** 43:2 47:9
**format** 72:15
**formed** 137:13
**fort** 1:11
**forth** 50:18
**forums** 137:21
**forwarded** 76:2
78:11,16 106:23
119:17
**found** 79:20 153:9
153:10
**fragment** 65:24
70:7,11,11 75:1
**fragments** 22:2
**frame** 37:10 53:15
84:12,19 88:13
89:25 96:13,19
99:7 101:4,6
116:20 117:15
127:17
**franchise** 103:12
103:14
**francisco** 2:12
167:6
**frank** 17:24 53:8
**fraunhofer** 138:22
138:24 139:3,5,11
139:15,18 154:13
154:18
**free** 133:19
**frequently** 20:18
104:6
**friday** 167:16
**front** 37:8
**frontal** 26:17,24

**frozen** 95:22
**fulfill** 141:15
**fulfilled** 78:21
**fully** 64:25
**function** 37:12 49:8
**functioned** 79:3
**furnish** 167:18
**further** 75:19
  82:24 89:25 90:10
  161:16 166:13
**future** 7:17 31:4
  128:18,23 129:18
  130:7 131:1,9,11
  131:16,17,19 132:3

**g**

**g** 18:1 46:13
**gables** 2:9
**gaps** 43:9 44:20
**gary** 17:4
**gas** 37:8 151:19
**gather** 55:19
**gathered** 57:13
  82:3
**gathering** 142:8
**general** 39:2 50:19
  51:12 52:14,16,20
  52:23 53:12 54:13
  57:25 58:5,8 64:5
  68:5 72:16,21 74:7
  77:2 82:7,11,16
  93:17 96:11,12
  97:20 100:15
  120:23 123:1
  139:10
**generally** 7:9 11:22
  22:17,22 38:6
  54:16 57:20 58:17
  66:20,21 74:8 91:7
  92:23 95:14 98:21
  98:23 103:15,22
  104:6 105:1 108:5

115:15 119:24
121:24 138:20,21
142:2,3
**generate** 83:14,15
**generated** 62:5
  82:1
**gentleman** 90:23
  162:2
**germany** 29:19,21
  29:23 98:20 115:1
  115:10,18 117:8
  159:11
**getting** 144:9 145:8
**give** 20:14 21:6
  23:19 24:25 42:4
  47:8 53:3,3,15 61:8
  63:20,25 73:23
  77:14 107:13
  159:25 160:11,20
  161:11
**given** 59:14,15
  114:9,22
**giving** 118:22
**global** 112:14,20
  113:8
**go** 22:24 59:22
  63:15,17 64:21
  65:11,17 66:24
  67:18 68:3 69:3,13
  70:15 81:5 92:17
  116:10 129:10
  133:10 144:13
  158:18
**going** 4:3 15:21
  33:19 35:20,21,23
  52:3 53:18,23 60:5
  61:3 62:25 68:17
  73:24 87:18,19
  93:8 95:1,7,15 96:4
  96:12,16,21,22
  98:3,12 99:1

101:14,15,25 102:2
102:14 106:7
111:15 119:3 130:1
134:4 139:20
154:24 157:5 158:5
158:13
**good** 4:2,24 5:1,15
  5:17 89:15 95:4
**gotten** 90:22
  160:24
**government** 31:16
  49:1,3
**graduated** 6:9
**graph** 149:6
**great** 53:21 95:5
  136:21 137:1
**greater** 50:6
**greg** 46:13
**group** 56:25 76:12
  76:13,15 120:7
  136:17 137:16
**groups** 68:2
**guess** 28:10 52:3
  77:15 85:4 90:8
  112:2
**gunther** 46:13

**h**

**h** 16:23 46:13
**half** 88:15,21
**hand** 163:20
  165:10
**handle** 41:22 57:19
**handled** 15:18,19
  32:25 70:8 91:7
  112:15
**handles** 56:1
**handling** 32:22
  34:3 43:15 73:4
**happen** 13:8
  155:13

**happened** 71:24
  83:8
**hard** 60:15,17
**harold** 53:2
**hazmat** 145:3
**head** 16:17,25 17:2
  33:4,7,8 41:12
  130:22 152:3
**header** 71:17
  111:23,24
**heading** 71:15
**headline** 106:17
**heads** 33:6
**healthy** 141:11
**healy** 46:19
**hear** 80:10 132:10
  137:19
**heard** 117:4 119:14
  137:17 138:24
  139:1
**hearing** 10:7 30:6
**heat** 143:4
**held** 30:1 45:2,18
**help** 66:11 78:3
  161:7
**helped** 142:10
**helps** 90:10
**henry** 113:3,4,5
**heretofore** 5:9
**hermann** 112:18,19
**hesitancy** 51:19
**hicks** 2:7 4:19
**high** 119:19 120:1
**highlighting** 88:18
  88:22,25
**highway** 42:7
  159:3
**hired** 16:19 138:7
**historically** 67:22
**history** 8:21 82:8

**hold** 12:3 14:15
30:14 49:5
**holds** 67:15
**holger** 112:12,13
**honda** 119:18
120:3
**hour** 53:19 95:2
**hours** 167:15
**house** 5:2
**housekeeping**
43:12
**housing** 37:9

**i**

**idea** 20:13 21:5
120:23
**identification**
36:17 63:4 72:17
72:19 77:2 88:2
102:16 106:9
111:17 119:5 125:3
125:23 139:22
**identified** 97:19
111:4 129:7
**identifies** 159:1
**identify** 81:12,16
112:3
**ignore** 61:3
**impact** 25:24 98:5
102:6 128:19
**implemented** 144:2
144:7
**improper** 24:22
27:2 37:12
**inaccurate** 51:20
**incident** 78:18,22
80:1 81:3,8 88:11
89:17
**incidents** 19:5,16
32:6 92:11
**include** 31:17,20
34:17,19 94:11

132:6,8,11 133:1,3
**included** 8:10 9:3
31:18 35:16 39:23
42:2 43:25 97:13
98:11 111:1 121:25
126:6,8,12 127:22
131:12,20 132:4
134:16 138:1
**includes** 50:10
**including** 30:21
49:2 82:9,20
132:18
**incorporated** 13:13
**incorrectly** 133:8
**increased** 37:13
50:13
**independent**
137:14 138:4,7
**indicate** 69:8 70:24
**indicated** 163:7
**indication** 79:4
151:8
**indigo** 71:13
**individual** 67:14
115:9 135:7,9
136:9
**individuals** 68:2,4
92:22 114:16,25
115:21 116:7 117:8
117:10 122:16
124:14,16
**industry** 7:6,9
97:12 98:12 99:2
101:14,25 121:6
122:14 141:10
**inflation** 37:20,21
37:22 38:1
**inflator** 22:5,10,19
22:21 35:16 77:24
78:24 79:4,15
82:20,22,23,24

83:1,8 86:25 94:9
101:19 111:1,9
113:22 118:20
121:17 123:12,21
124:8 127:6 133:11
133:16,17 150:1,6
151:14,16,20,21,22
151:24 152:15,21
152:24,25 153:7,10
153:18,19,21
154:12 155:7,13,17
155:19 156:20
**inflators** 35:4
79:19 96:11,24
97:1,4 99:6 101:1
101:18,21 109:19
110:2,7 111:3,10
114:11 120:2,2,20
121:1,3,8,13
122:22 123:24
127:3,8 128:16,19
129:17 130:2,10,11
131:11,19 135:2
138:9,18 140:18,22
141:11,12,19,23
142:9,17 143:14,17
144:1,3,9,14,24,25
145:8 146:14,21
147:12 148:24
149:7,15,18 150:19
150:25 151:7,13
156:5,19,19,22
157:1,4,7,19
**inform** 9:8 104:1
**information** 11:17
35:1 38:22 50:17
55:21,23 56:22
59:3,11,15,17,20
60:2 62:16 64:19
66:13 68:8,23 72:3
72:21 73:21 77:4,9

78:1,7,8,9,10 79:1
79:20 81:8,11 82:1
82:3,7,12,17 83:14
84:14,16,18 85:8
85:12,15 86:13
91:2,13 100:3,5,12
102:11 103:17
105:20 106:4
109:15 113:21
114:13 115:7
116:13 117:3
118:14,15,17 120:4
120:18 125:6,12,14
127:1 128:7,19
131:9 133:6 134:7
148:16 154:2,4,6
155:2,3 159:24
160:3,10,12,21
161:6,11
**informed** 7:18
78:20 98:10 99:20
104:17 105:4,6,8
131:18 132:13
**informing** 105:11
**initial** 11:4,9
**initially** 10:22 33:7
53:1
**initiated** 123:6
**injured** 86:11 92:1
93:13 100:25
**injuries** 14:23 15:4
15:10 37:20 56:10
56:10,12,15 57:23
80:6,8,9,11,22
85:19 91:17
**injury** 1:4 37:13,17
42:10 54:13,21
57:11,12,19 58:4
58:11 59:2 65:23
76:20 80:13 93:1

**input** 64:16 149:13
**inquire** 104:16
**inquiries** 49:3
   50:10 64:20 96:23
**inquiry** 43:2 107:1
   160:13,17,18
**inside** 153:17,19
**inspect** 81:5
**inspected** 90:24
**inspecting** 15:12
   18:19
**inspection** 19:20
   78:25 80:21 82:5
   82:15,18 83:12
**inspections** 14:20
   14:25 17:18 18:5
   18:12 19:6 21:2
   32:13,20 54:6,8
   55:8,13 86:5 91:4
**installed** 97:5
   108:7 130:12
**instance** 160:4,9,14
**instances** 98:24
**institute** 6:6,23
   138:23,24 139:3,5
   139:11,15 154:14
   154:18
**instructions** 134:17
   134:19
**instrument** 163:17
   163:18
**integrated** 150:16
**intended** 108:23
   109:3 116:14
   145:23
**interact** 104:6
**interaction** 38:7
**interest** 100:15
**interested** 4:12
   56:12 166:18

**interesting** 120:4
**interim** 43:24
**internally** 19:4
   81:16
**introduce** 35:21
   62:25 102:14 106:7
   111:15 119:3
   125:16 139:20
**introduced** 10:4
**introducing** 125:21
**introduction** 11:23
**investigate** 21:20
   31:10 86:1,6
**investigated** 54:14
   86:12
**investigates** 54:20
**investigating** 15:8
   90:14
**investigation** 19:12
   20:19 38:10,18
   39:9,18 57:7 58:15
   59:7 73:2 86:16
**investigations** 19:9
   19:10 20:3,11,24
   21:11,16,21,25
   22:9,14 23:3 27:19
   27:24 28:5 29:2,5,9
   29:13 32:13 33:24
   34:5,11 49:3 50:11
   54:8 55:12 81:2
   85:25
**invite** 111:21 112:1
   113:10 114:23
**invited** 137:23
**involve** 8:8 32:4
   44:6 55:22 56:6,10
   57:11,17 123:15
**involved** 8:5 15:3,7
   15:11 20:19,23
   21:1,10,13,15,21
   21:25 22:8,14,15

23:2 24:21 26:8
   29:3,6,9 34:6,12
   43:21 54:5 55:8
   57:8 59:2 62:24
   74:25 81:1 86:25
   90:18,22 91:4
   100:7 105:15
   114:11 121:4
   126:19 143:13,16
   143:22 147:10
   157:20,22
**involvement** 32:12
   32:19,24 97:13
   116:23 126:13
**involves** 42:5,6
   104:15
**involving** 8:23
   15:10 29:14 44:3
   57:12 58:11,22
   78:15 85:19 91:5
**ish** 13:9
**issue** 38:4,10 39:10
   39:18 44:2 88:13
   120:6 128:6 154:17
   154:18
**issued** 120:8,16
   122:25
**issues** 17:19 38:25
   44:7,19 54:9,9
   101:19 115:4
   121:17 160:8

### j

**j** 2:13 73:12 167:6
**jacksonville** 144:22
   145:19
**january** 113:10
   116:19 127:5 128:7
**jersey** 2:5 5:23
   12:12 14:13
**jim** 18:3

**job** 7:2 8:3 30:17
   30:18 48:21 49:13
   158:13
**jobs** 158:14
**jog** 90:10
**join** 6:25 137:23
**joining** 7:5
**joint** 124:22
**josh** 46:19
**julian** 53:8
**july** 36:25
**june** 119:13

### k

**k** 46:16
**keep** 24:1 81:21
   83:1 100:16,21
**keeps** 67:8
**kept** 67:8,9,12
**killed** 100:25
**kimberly** 61:15
**kind** 48:4 98:9
   100:16 142:20
**klaus** 53:6
**knapp** 2:13 4:22,22
   9:15 10:25 18:8,16
   25:15 35:8 36:9
   39:12,20 41:4
   42:24 44:11 48:13
   53:21 54:23 55:16
   56:7,14,17 60:19
   60:23 61:23 63:20
   63:24 70:9 71:3
   72:14 76:21 80:19
   86:3 87:10,16 89:7
   89:19 91:18 94:17
   94:23 95:5,15,24
   96:2 101:2 102:7
   108:12 109:20
   110:24 115:25
   116:9 120:11
   122:23 128:10

129:4,19 130:8
131:3 134:6 135:23
151:2 152:10
159:15 160:22
161:17 162:6 167:6
**knew** 97:14,23
129:1,24 131:1,8
131:16
**know** 10:4 14:5
24:3,5 25:7 29:24
36:20 38:1 60:14
62:23 63:7 65:9,13
66:18 67:20 68:11
68:15 69:16,17,18
69:25 75:10,10
76:11,13,14,19
83:9 84:7 89:2
92:22 93:6,18
94:18 99:25 100:1
101:15 110:5 114:1
114:24 117:16
124:21 128:15
137:20,24,25
138:19,20 139:6,10
139:19 142:18,19
142:22 145:9
146:23 147:9
154:20,21 157:5,9
157:20 160:23
161:2
**knowledge** 45:20
47:25 48:7 60:1
62:17 66:25 67:7
67:11,14 73:8,16
75:5 87:17 94:13
94:24 97:12,21
108:3 112:22
120:13 123:14,19
123:22 124:5,6,9
134:25 135:12,16
138:6,10,15,16

143:24 146:22
**knowledgeable**
12:19
**known** 68:13
114:13 139:16
163:16,16
**kraitz** 102:25 103:2
103:3

**l**

**l** 16:23 17:25 18:1
**label** 11:24
**labeling** 51:3
**labor** 133:25 134:3
134:4,15,16 135:9
**lacerations** 80:14
80:18
**laid** 153:1
**landscape** 11:19
**language** 104:24
**large** 1:17 63:9,11
**larger** 16:4,7
**late** 8:24 10:19
53:16
**lauderdale** 1:11
**launch** 127:18
**launched** 62:2
134:18,24
**law** 93:6
**lawful** 5:10
**lawsuit** 54:21 55:6
55:15 86:20 87:14
**lawsuits** 56:4 92:24
93:7,9
**lead** 37:12
**learn** 96:22 121:2
**learned** 88:11
96:20 97:3 98:2
100:12 101:9,10
102:5 120:18
**learning** 39:10

**leave** 20:4 136:22
**left** 23:16 36:11
51:25 65:25
**legal** 4:8,10 15:13
19:17,18,25 20:7
20:21 46:7,8,11,13
49:25 50:9 54:14
58:12,19 59:14,18
59:20,23 60:3 67:3
70:20 74:19 76:3
78:6 86:14 93:21
118:3 148:1,2
**letter** 55:6 86:19
87:14 167:12
**letters** 43:22,24
56:4 93:11
**liability** 1:8 4:6
13:21 44:15
**licensed** 6:12,20
**lillian** 2:15 5:1
**limited** 13:21
**line** 63:15 76:19
114:2,5,24 164:5
167:17
**lines** 78:7 118:20
**link** 106:17
**linkedin** 6:5
**list** 68:11 167:17
**lists** 100:5,7
**litigation** 1:8 4:6
14:21,25 15:13
17:19 20:1 23:7
27:14 32:14,20
54:6,10 55:10 56:3
56:6 57:8 58:22
59:2,24 60:4 68:6
**little** 30:6 41:15
53:18 63:21 75:18
122:7 160:16
**live** 142:24 146:25
150:18,24

**llc** 3:11 4:23 5:3,6
13:3,20 14:3 28:22
167:1
**local** 133:10
**located** 5:22 12:9
104:5 114:25 150:8
**location** 91:16
146:16
**log** 62:21
**logging** 145:7
**long** 7:24 11:20
12:3 14:15 30:14
53:11 132:16
136:22
**longer** 49:16 51:21
72:9 92:7
**look** 6:5 35:19
36:21 50:20 60:5
61:18 67:16 72:2
74:4 81:11 82:11
89:13 102:13
109:23 139:25
**looked** 45:3 72:6
74:25 82:8 125:16
125:17
**looking** 47:19
51:10 61:1 64:18
71:12 73:12 75:18
93:21 100:19
111:20 119:8
154:14
**looks** 6:6 51:11
87:23 126:9
**lookup** 43:11
**los** 79:10
**lose** 71:14
**loss** 1:5
**lost** 23:21 136:18
**lowery** 18:1 33:14
91:9,10

**lunch** 136:20,21
137:7

**m**

**m** 18:4 57:25 71:18
**madam** 87:21 89:2
**mail** 60:13 61:7,12
61:25 66:16,17,21
66:21 76:4,5,6 77:8
99:21,25 100:4
102:19,22,23,24
103:1,23 106:12,16
107:5,8 111:24,25
112:3 113:9 119:9
119:12 126:2,4,8
140:1,4
**mails** 76:18,25
77:10,18 78:14
85:17
**main** 148:7
**maintaining** 49:2
**making** 9:10 87:7
**malfunction** 25:14
25:23 26:3 77:24
93:1,14
**malfunctioned**
20:25 24:19 25:2
25:10,20 27:22
28:2,8 34:1 75:18
**malfunctions** 21:9
74:5,16
**managed** 58:18
**management** 17:8
**manager** 30:3,9,20
32:11,17 33:2,5,22
34:10,16,20 40:2,8
40:13 41:7 42:15
46:15 48:16,25
51:12 52:5,14,16
52:20 53:12 58:7
103:4,23 112:13
113:7

**managers** 52:23
**mandate** 10:4
**mandated** 10:1
**manufacture**
124:22
**manufactured**
29:18,20,23
**manufacturer** 7:19
27:5 38:15,21 40:4
50:16 98:6 100:8
101:23 121:22
122:25
**manufacturers**
42:7,11 96:15
99:21 100:6,20
104:16
**manufacturing**
29:25 35:17 129:16
130:6 154:16 159:2
**marcelo** 4:7
**march** 61:16
**mark** 49:21,22
87:19
**marked** 36:9,12,17
50:21 63:4 88:2
102:16 106:9
111:17 119:5
125:23 139:22
**marketer** 38:6,12
97:20
**markets** 122:22
**master** 1:3
**material** 80:24 92:1
**materials** 46:22
69:6 72:2 83:11,13
118:11 162:1
**matter** 4:6 24:17
48:3,12 68:24 70:3
70:3,25 71:4 73:10
73:22 85:15 89:18
167:21

**matters** 15:19 23:7
24:1 26:16 27:14
32:14,20 54:6,10
56:3 68:6 92:18
108:18
**matthias** 113:3,3,5
**mayer** 4:21
**mb** 28:22 30:23
43:3,7 46:7,11,12
46:16 59:13 103:11
103:18,25 104:2,5
105:2,20 108:15,20
121:25 130:24
136:4,7,11,14
137:24 138:10,14
139:4,6 140:15,17
140:21 141:7,8
144:15,19 145:6,18
147:5 148:1 156:17
157:24 158:13,18
158:20,22 159:5,9
159:12,17,19,23
160:23
**mbs** 104:2
**mbusa** 3:8,9,9,10
3:10,11 102:20
106:13 111:22
119:10 140:1
**mcauliffe** 140:4,9
140:10
**mdl** 1:2 3:7
**mdmoreno** 1:3
**mean** 10:12 50:12
62:18 67:25 87:2
88:17 97:17 98:23
141:1 145:22
146:13 150:4
151:18 157:11
158:23 159:20
160:5

**means** 10:13 24:5
65:2,6 103:10
**meant** 137:4
**measurements**
150:11,14
**mechanical** 6:10
7:11
**media** 96:13,16
97:6 98:3,14,16
99:10 101:5,9
102:4 104:14
**meet** 115:10,22
**meeting** 46:18,23
47:11,13 113:17
114:15 116:5,18
117:24 118:1 126:9
153:22
**meetings** 45:4,7,23
116:6,11,17,21,24
117:2,5,9,11,19
118:6,12 122:2,11
122:14,17 147:11
147:15,17,20,24
148:14
**memory** 90:10
**mention** 91:25
**mentioned** 28:20
49:19 51:23 68:5
73:10 74:23 76:1
82:13 91:25 92:19
**mentions** 89:21
**mercedes** 2:10,14
4:23 5:2,5 6:25 7:2
7:5,12 10:4,16,22
11:10,14 12:9 13:3
13:4,13,20 14:1,2,2
16:5 18:6,13 19:4
19:23 24:1,6,9 26:4
28:2,7 29:12 30:2
31:11 35:3,12 38:5
38:6,9,13 40:9,19

40:19,25 42:17
43:15 44:8,9,23
46:8,21 47:4,21,23
48:6,7,11,21 49:14
52:22 54:7,11,19
55:4,13,17 56:1
57:13 66:24 67:18
67:19 68:9,13
69:14,17 70:15
71:2,23 72:22 74:4
74:15 75:6 80:16
81:9 82:4 83:3,4,13
86:20 87:15 90:4
91:15 92:17,25
93:12,14 94:2,6,10
95:17 97:7,15 98:4
98:5 100:11 101:11
101:21,23 102:6
103:9 104:18
105:11,17 108:3,9
108:10,25 110:1,6
110:11,21 111:7
114:11 118:10,21
120:20,23 121:22
122:4,16,19,21
123:19 127:3,6,7
128:20 130:1
131:14,25 132:2,17
132:23 133:8,14,23
134:2,21,25 135:12
135:19 137:23
138:3,6,14 141:22
142:8,10 143:6,9
143:12 144:1,3,8,9
147:2 149:16
150:25 151:23
152:7 155:7 156:1
157:2 160:20
**mercury**  32:9
**merged**  17:8 33:10

**merger**  126:12
**met**  115:3,6,8,16
**metal**  152:24,25
**miami**  167:2
**michigan**  142:15
146:18
**mid**  53:5
**migrated**  62:14
**million**  44:9,13,13
44:22 45:2,17
110:20,21 111:7,9
111:10,11
**mind**  11:6,25 18:2
21:14 22:23 25:21
26:9 40:12,22 41:5
93:3,10 99:3
100:16,18,21
115:17 120:17
**mine**  63:21 88:24
**miner**  2:9 3:3 4:19
4:19 5:14,18 9:18
11:3 18:11,21
25:16 35:11,20,25
36:3,19 39:15,25
41:6 43:5 44:21
48:15 53:18 54:2
55:1,25 56:11,16
57:4 60:10,12,21
60:24 62:3,25 63:6
63:23 64:2 70:14
71:10 72:24 76:23
80:25 86:15 87:12
87:18,25 88:4 89:2
89:11,24 92:3
94:19,25 95:11,18
95:19,22 96:8
101:7 102:13,18
106:11 108:21
109:25 111:6,19
116:3,16 119:7
120:14 123:4 126:1

128:17 129:9,22
130:14 131:7
134:10 136:6,25
137:3,10 139:24
151:5 152:13 158:9
159:18 161:3,19
**minute**  88:10
**minutes**  95:3
136:24
**missed**  10:8 43:12
138:12
**missing**  151:16
153:7
**mistaken**  90:12
**mix**  118:8
**model**  79:6 91:16
111:14 130:20
141:18,18 146:3,3
146:5,6,15,15
151:23 157:7
**models**  100:7
110:18,19 111:13
128:22 130:15
141:15,16 142:1
**module**  124:20
**modules**  40:10
130:11 143:17
146:12
**moment**  47:18
60:13 61:5 68:16
73:23,25 85:23
86:16
**monday**  167:15
**monitor**  7:20
**monitoring**  31:4
146:11,13
**month**  20:18
**months**  8:1
**montvale**  12:11
14:12

**moreno**  1:3,4
**morning**  4:2,24 5:1
5:15,17 53:19 95:2
**morphed**  52:11
**motor**  7:21 8:12,23
9:1,6,21 10:1 12:22
**move**  74:1 94:25
**moving**  73:23
**mustafa**  106:24

**n**

**n**  3:1 17:4 18:1,4
46:13,16 71:18
**name**  4:7 5:16,17
5:18 12:16 13:12
13:14,23 14:4,7
15:25 16:2,21
19:22 49:19 68:12
72:20 81:13,15,17
81:18,19 84:7,8
112:25 137:17
139:3,15
**named**  5:9
**names**  46:10 76:14
93:5
**national**  42:7 159:3
**nature**  26:25 37:6
41:25 91:16 137:22
**navigate**  73:25
**ncu**  103:5,15 104:9
**necessarily**  18:24
54:21 69:25 90:18
118:9 121:12 150:1
150:2 160:5
**need**  36:6 47:21
106:6 124:16 125:5
125:6 129:3 145:4
**needed**  83:18 84:18
**needs**  78:11 85:13
**neff**  46:19
**negative**  149:19,20
149:23

netstar 103:16
134:23
netzker 46:15
new 2:5 5:23 7:19
9:9,10 12:12 14:13
95:1 99:20 100:5
118:19
news 97:6 98:22
99:11 103:6,8,10
104:21 106:17
109:13 121:7
131:24 132:14
nhtsa 32:2 34:18,21
35:14 36:25 42:14
42:16,23 43:6
44:23 45:4 46:17
46:20,22 47:4,7,8
47:16,23 48:8,12
49:4 50:11 78:12
78:17,20 83:18,21
83:23,25 84:9,11
84:20 85:2,13,22
86:17 96:24 99:13
99:16,18,19 100:4
101:10 115:8
116:13,15,22,24
117:3,5,6 118:6,11
119:25 120:5,7,9
120:16 128:5 139:3
140:5,16 143:9
147:14,25 148:14
148:16 149:11
152:20 153:22
154:1,25 155:3
156:9,16 158:15,15
158:17 159:6,7,9
159:10,10 160:13
160:17 161:1,9,25
162:3
nhtsa's 128:3

nitrate 109:18
110:2,7,10,23
111:4 124:10
non 21:12 90:13,16
90:17 142:5
normal 90:7 101:13
normally 82:17
north 13:5 14:1
notarized 167:17
notary 1:17 163:23
164:23 165:15
noted 19:20
notes 65:17 68:17
158:2 166:12
notice 1:18 5:9
noticing 4:17
notification 43:22
43:24 103:20,21,22
104:10
notifications 99:16
99:18
notify 84:14 131:22
noting 167:17
november 90:9
num 71:18
number 17:15
23:18,21 24:12
60:19 63:15 65:11
70:22,22,25,25
71:5,7,8 72:2,17,19
73:12,20 76:22
77:2,12,16 92:12
102:20 119:9 126:3
137:1,3,12 140:1
161:24 167:14
numbering 35:25
numbers 72:7
145:7 167:18

**o**

o 17:4 18:1 57:25
167:4
oath 5:11 165:2
object 9:15 10:25
18:8 25:15 35:8
39:12 41:4 42:24
44:11 48:13 54:23
55:16 56:7 61:23
70:9 71:3 72:14
76:21 80:19 86:3
87:10,16 89:19
91:18 94:17 95:15
101:2 102:7 109:20
110:24 120:11
122:23 128:10
129:4,19 130:8
134:6 135:23 151:2
152:10 159:15
objection 18:16
39:20 94:23 108:12
115:25 116:9 131:3
160:22
objections 4:15
obligations 31:5,15
31:16 43:10 48:2
78:21 85:10
observations 19:19
19:21 55:19 82:16
83:16
obtain 134:17
obtained 85:9
obviously 64:11
occasion 126:18
occupant 8:16 27:4
37:21
occur 120:12
occurred 160:6
occurrence 120:10
occurring 96:14

october 47:20
167:8
oems 83:25 97:5
office 5:24 12:9,11
47:16 156:12
167:14,15
official 163:20
165:10
oh 18:3 88:17
okay 6:19 36:15,23
56:17 61:6,11 64:1
65:14 71:19 87:25
88:8 89:15,16
101:17 106:14
125:25 136:24
140:2 144:12 150:9
161:15
oldest 120:3
olstein 2:3
once 33:1 84:15
155:5
ones 7:20 91:7,21
106:3 126:21
145:18 146:1 148:8
onward 121:9
onwards 144:2,8
open 44:16 48:1
63:14,14 64:22,25
opening 63:22
order 55:19 56:21
57:1 59:11,16
78:12,19 79:2
83:24 84:4,5 85:6
85:21 120:9,16
127:11,14,16 129:1
129:24 140:24
141:2 161:19 162:6
org 50:24 51:2,14
51:16,19
organization 50:7
51:11 137:15

organize   158:2
original   22:24
  102:23
originate   79:9
outcome   4:12 92:17
outcomes   91:11
outlined   85:10
  114:12
outlines   43:18
outside   46:16 123:7
  123:20 140:11
overall   135:14
overlapped   28:12
overly   21:23
overpressure
  151:17,18
oversaw   30:20
  31:13 32:18 33:11
  41:9 113:7
oversee   32:25
overseeing   33:23
  34:10
overview   118:21
  148:22
owner   43:22 65:3
owners   119:18
  132:6

**p**

p   17:25 46:12 57:25
p.m.   1:12 137:5,8
  158:4,7 162:9
  167:15
page   3:2,6 88:14
  164:5 167:17
pages   61:1 88:9,17
  88:22
paid   44:23 45:19
  133:21
paragraph   140:24
  140:25 141:9

park   5:23
part   7:23 34:17,21
  35:2,6,13,13 36:24
  39:2 40:3,14,20
  41:1 44:23 45:5
  47:24 49:25 66:25
  67:1 73:24 82:5
  83:15 84:3,5 97:18
  97:24 104:20 109:6
  111:5 137:18 138:3
  142:9 153:7,13
participate   45:22
  116:6 117:19 122:2
  126:16 141:5
participated   46:5,6
  46:17 114:23
  116:11 122:11,13
  126:21 141:4
  147:24 148:7
particular   15:23
  19:13,22,24 50:18
  51:10 66:14 67:17
  68:12 69:1 71:24
  72:6 76:18 81:3,10
  81:13,22 154:12
particularly   108:16
  149:18
parties   166:15,16
parts   106:21 107:3
  107:7,15 112:14,20
  113:8 133:25 134:3
  134:3,4,8,15 135:9
  144:22 146:12
party   4:11 138:7
pass   135:19
passage   9:1 112:7
passenger   25:19
  26:1 29:12 37:9
  79:12 94:11 110:16
  110:22 112:7
  123:23 124:3,8

127:6,21 151:25
  157:12
passive   15:16 112:6
  112:9,10,11
path   85:16
patton   2:11 4:22
  5:5 167:4
pay   44:10 82:10
payment   44:25
pc   2:3
pdf   60:25 61:1
pe   6:18
penalty   44:9,22
  45:17
penthouse   2:8
people   15:25 17:9
  32:25 55:3 61:16
  76:15 100:25
  117:21
percent   106:20
  107:2,6
perfectly   90:7
perform   14:20 21:3
  146:11
performance   66:15
performed   133:18
  147:12
performing   134:5
  146:20
performs   133:22
  135:25
period   8:18 9:13,19
  10:14 12:15,17
  16:16 17:11,13,23
  23:9 28:12,14,18
  28:23 33:15 34:15
  40:7 41:14 44:6
  53:11 54:4 110:15
  129:15 130:24
  131:4 132:16,20

periodically   45:4
periods   53:4
periphery   126:20
permitted   134:3
person   41:18,18,19
  60:16 90:3 115:3
  116:24 117:5
  147:15,17 163:16
personal   1:4 32:12
  32:19,23
personally   14:24
  15:2,5,7,12 78:4
  81:1,23 156:11
  163:15 165:8
personnel   46:7
  51:21 116:22,25
  117:3
phase   121:14
  129:13
phased   132:22
phases   128:13
  131:20
philburn   61:15
  62:6
phone   114:18,20
phonetic   53:7
photographs   69:9
  82:5,14 152:14,17
photography   82:25
photos   65:21 68:18
  68:19 69:2,13,21
  83:12
phrase   15:6 22:6
  24:7
phrased   61:24 87:5
physical   82:5,19
physically   5:21
  12:9
pick   137:3
pieces   22:2 152:21

**place** 18:7,15 24:2 45:8,9,10,11,12,25 47:12,15 71:14 116:17 117:12,15 147:22
**plaintiff** 3:5
**plaintiffs** 2:2 4:20 4:25 5:20 36:17 63:4 88:2 102:16 106:9 111:17 119:5 125:23 139:22
**plans** 118:19
**platform** 103:16 152:1
**please** 4:16 5:15 9:17 22:25 32:15 35:10 39:14 46:10 54:25 58:24 95:21 117:1 122:6 129:20 135:5 136:21 144:5 167:14,17
**point** 10:15 13:6,11 13:14,22 16:1 23:1 40:18,24 48:22 57:15 101:8 115:2 121:9 130:5 131:21 132:4 138:7 148:24 160:24 161:10
**points** 44:16 46:25 48:1
**police** 82:13
**polz** 53:2
**pop** 36:14
**populate** 84:16
**populated** 84:2 85:13
**population** 120:24 125:3 127:25 128:15
**populations** 128:8 128:22 129:6

**portal** 99:19 134:23
**portion** 45:19 144:17 145:10,17
**position** 7:12,24 12:3 14:15 30:1,14 33:17,18 41:17 49:5
**positions** 158:13
**positive** 149:17
**possession** 159:11
**possible** 154:15
**possibly** 80:15
**posted** 103:15 134:22
**postgraduate** 6:22
**potential** 15:12 37:5 38:23 41:23 79:21 95:13
**potentially** 14:21 131:13
**powerpoint** 118:24 119:1 148:18,20
**powerpoints** 149:10 156:15 161:25
**pr** 105:2,7 107:10 107:24 108:2,6,9 108:15 109:2
**practice** 71:1
**predecessor** 62:10 62:12,14,16
**preliminary** 6:18
**prepare** 19:14 27:9 27:13 46:21 103:5 118:10
**prepared** 69:23 84:9,10 90:4 118:13,15 126:22
**preparing** 34:17

**present** 4:13 46:14 115:3 147:13 148:1 148:17
**presentation** 150:13
**presentations** 118:11
**presented** 149:11 149:13 156:16 161:25
**presenting** 148:12 148:15
**press** 37:10 105:14 109:15
**pressure** 153:16
**pressures** 155:12
**pretty** 32:23
**previewed** 63:10
**previously** 50:21 92:19
**principal** 49:11
**prior** 7:4 14:4 35:7 35:12 113:17 167:19
**pritzl** 17:24
**privileged** 68:7
**probably** 23:23,25 24:14 52:20 96:13 117:17 118:8 136:24 137:21
**problems** 95:13 96:10
**procedure** 58:1
**procedures** 18:7,14
**proceeding** 1:11 4:16
**proceedings** 4:1
**process** 83:21 121:20 135:25 141:12 154:16

**processes** 121:15
**produced** 81:9 96:25 162:4
**product** 12:6 14:10 14:16,18 16:2,12 16:13,17 17:9,22 18:13 19:8,9,10,12 20:2,10,11,19,23 21:10,15 22:8,13 22:23 23:2,3,10,13 23:16 27:19,20,24 27:25 28:5,6,11 29:2,5,8,9,13 30:4 30:10,11,17,21,22 30:25 31:7 32:10 32:18 33:4,12,16 33:21,23,23 34:5 34:10,11,16 40:2,8 40:14,15,21 41:1,8 41:9,13,21 42:16 48:17 52:4,6 54:4 55:5,7 56:21 57:3,6 57:18 58:13,18 59:6,9,18 67:1,12 69:20,23 72:25 74:19 76:2 78:1,5 86:13 91:1,3 112:15 113:8
**production** 10:5,8 10:9,10,11,17,24 124:23 130:12 153:20
**products** 1:7 4:6 29:12 39:19
**professor** 118:4 148:6
**profile** 6:5
**program** 26:23 140:17 141:7,8 142:9 143:13,23,25

**promoted** 8:2 30:3
  32:22 48:25
**prompt** 167:21
**prompted** 42:23
**pronounce** 112:25
**propellant** 109:18
  110:3,8 111:1
  142:4 150:12,15,20
  153:16
**propellants** 97:4
**proper** 37:19,22
  50:17
**properly** 37:10
**properties** 38:1
**property** 65:22
**proposed** 9:10
**protect** 27:3
**protection** 8:16
  37:19,25
**protocol** 58:1,5
  86:6
**protocols** 18:7,14
**provide** 11:17 20:6
  25:18 84:18 107:12
  116:22 117:3
**provided** 19:18
  23:15 24:23 27:10
  60:2 67:2 85:13
  106:4 108:7,22
  109:15
**provides** 77:1
  153:16
**psdi** 79:17 113:11
  113:13,22,24 114:3
  123:11,16,21
  124:20 127:5,7
  142:1 150:22,25
  152:7 155:24
**pspd** 128:4
**pspi** 123:25 124:4
  127:21,22 128:23

130:2,11 131:19
  142:1,7,7 149:18
  155:6,24,25 156:2
**public** 1:17 163:23
  164:23 165:15
**purchased** 132:7
**purchasing** 133:4
**purple** 88:22
**purpose** 163:18
**purposes** 35:17
**pursuant** 1:18
  47:22
**put** 104:9 123:18

**q**

**quality** 144:16,21
  145:6,18
**quarter** 20:18
**query** 44:24 45:1
  106:23
**question** 8:20 9:16
  18:10,18 22:24
  28:4 35:9 39:13
  51:9 62:9 80:10
  82:21 85:4 95:20
  106:19 107:4,6,14
  122:10 129:21
  132:10 133:13
  134:12 135:4,11
  144:6 147:19
  161:13
**questionnaire**
  65:20 66:7,8,10
  67:5 69:2,12,22
  73:7
**questionnaires**
  66:23 67:17 68:20
  73:9
**questions** 5:19
  33:20 64:9 108:18
  108:24 124:23,25
  158:11 161:16,22

**quick** 56:8
**quickly** 44:16
**quite** 23:20 70:1
  84:25
**quote** 37:12,14
  65:18 104:13 109:7
  109:9 113:11
  119:18,20

**r**

**r** 17:25 18:1,1,1,1
  46:13,16
**r.p.r.** 1:16 165:15
  166:7,21 167:22
**raised** 44:20
**ramani** 106:24
  107:5 108:23
**rare** 120:9
**rate** 150:16
**reach** 108:15
  124:14,16
**reached** 107:10
  124:18 161:8
**reacted** 44:19
**read** 60:13,16,18
  88:10,12 89:12
  97:9 102:4 161:17
  163:5 167:15
**reading** 98:14,17
  98:19 167:10,13,19
  167:20
**real** 56:8
**really** 11:20 125:13
  161:9
**reason** 35:7 106:2
  146:8 167:18
**recall** 8:22 9:23
  10:18,21 11:1,4
  21:1 23:5,18 24:20
  25:25 26:5,7 27:15
  27:18 28:9 35:3,15
  35:18 38:23 39:5

39:22 40:5,16,23
  41:2 42:20 46:14
  48:10 75:4 79:24
  84:8 85:3 91:6,8,13
  91:22,24 96:20
  97:2,8,18 101:3,12
  102:8 104:15,19
  105:12,15,23
  107:18 109:21
  114:8,17,20 115:8
  116:23 118:7,13,19
  118:20,21 120:15
  120:24 121:19,20
  123:5,8 124:12
  125:19 126:10,21
  126:24 127:7,17
  129:13 132:13
  133:7,15,19 134:1
  135:25 141:25,25
  142:20 143:3,11
  148:8,15 149:2
  151:11 152:3,4,6
  153:5,24 156:3
**recalled** 111:2
  121:15 122:21
  123:24 124:3,6
  128:23 129:3 130:2
  144:14 145:15
**recalling** 99:5
**recalls** 38:8 43:15
  43:16,22 44:2,3,5
  99:12,20 100:5,12
  101:11 102:5
  105:18 106:18
  115:5,12,24 116:8
  119:25 122:5,25
  123:10,15 128:5
  129:12,17 130:7
  131:2,17 132:3,25
  133:10 135:3
  137:12 144:2,7

**received** 62:22 69:6
69:9,12,13,21
74:16 75:8 77:11
78:15 80:17 90:21
105:2 107:5 109:2
160:3
**receiving** 76:19
**recess** 53:24 95:8
96:5 137:7 158:6
**recollection** 8:25
9:4,8 12:21 13:9,12
16:9 17:15,24 20:9
21:24 22:3,11 25:4
25:11,22 27:2
31:23 34:8,14,25
37:24 40:10 42:18
42:25 46:4,24
47:10 48:14 58:6
62:15 67:23 71:21
73:3 75:15 83:20
84:22 86:4,9 87:11
87:13 89:23 92:13
96:18 109:12
113:15,20 114:12
118:17 121:7,21
122:18 123:17
125:2 127:4,19
128:11 130:9
141:17,20 142:6,14
146:7,10 147:23
148:25 149:5
150:21,23 151:25
152:21 155:21,25
**recommended**
132:5
**record** 4:3,15 24:1
42:3 53:23 54:1
95:7,10 96:1,4,7
126:2 137:6,9
158:5,8 166:12

**records** 57:22
**refer** 19:3 65:7
**reference** 71:8
77:24 79:4 151:15
**referenced** 77:23
98:1 105:24 121:6
127:2,5 167:19
**references** 76:22
88:10 126:14
150:11
**referral** 58:7
**referred** 36:16 63:3
66:9 88:1 102:15
106:8 111:16
113:14,25 117:2
119:4 121:1 125:22
127:12 139:21
141:11
**referring** 44:8
89:18 107:20 141:5
153:14 155:14,15
**refers** 64:23 114:8
124:9
**reflect** 64:16 72:25
**refresh** 36:6,14
**refrigerants** 32:8
**refused** 159:25
160:11,20
**regarding** 11:15,16
38:4,8 39:1 40:6
43:10,12,23 62:1
77:1 90:15 96:17
96:24 113:22
115:16 121:19
122:4 125:1,14
134:8 138:3 140:17
**regardless** 15:8
52:14 57:7 60:3
**regards** 127:18
**regions** 104:5

**regular** 162:7
**regulation** 112:15
113:8
**regulations** 7:18,18
7:20 8:5,9 11:15
12:20 41:24 145:2
**regulatory** 11:18
30:23 31:5,13 49:1
140:13,15 158:25
159:7
**reimbursed** 133:25
136:4
**reimbursements**
135:22
**reimburses** 136:11
**relate** 74:22 90:19
91:22 114:4
**related** 4:11 9:22
12:20 14:25 17:19
22:18,21,22 23:4
32:1,7,13,20 34:22
35:6,14,17 40:3,20
41:1 43:14 49:4
50:1 54:6,10 65:25
66:3 75:8 76:20
77:11,18 90:12
115:4 121:12,14
122:4 127:20 142:6
160:10
**relates** 8:13 37:3
64:20 66:14 82:14
91:20 124:18
160:19
**relating** 9:7 15:19
31:10 34:12 35:3
61:21 78:15 79:11
162:1
**relationship** 102:1
102:10 108:14
121:23 132:21
149:8

**relative** 155:22
166:14,15
**relatively** 130:23
**relaying** 90:7
**relies** 108:6
**rely** 101:24 105:21
108:5,10,19
**remainder** 45:15
**remarks** 164:5
**remedy** 84:3 85:6
85:21 127:11,13,16
128:25 129:24
133:19 141:2
**remember** 8:4,13
9:10 10:3 11:8,12
11:21,22,23 13:1
18:2 25:7 26:11,18
27:7,23 39:6 53:8
66:6 74:17 79:7
80:12 81:19,20
84:19 86:22 89:20
90:14 91:19 92:4
92:10 97:11 98:9
98:15 99:9 101:16
104:12 113:16
123:9 132:19
142:25 143:5,8
149:9 150:12,17
154:8 155:18,22
156:6,21
**remind** 8:11
**remote** 1:11 5:22
60:15
**remotely** 4:5,13
86:25
**remove** 82:24
**removed** 69:15
**reorganization**
51:5,24
**rep** 24:8

**repair** 134:8
**repeat** 9:16 17:12
  28:3 30:7 32:15
  39:13 54:25 58:24
  95:21 117:1 122:6
  129:20 144:5
**rephrase** 35:9
  54:25
**replace** 135:9
**replaced** 133:11,16
  143:21
**replacement**
  133:11,17 134:5
**replacements**
  135:14
**replacing** 135:2
**replies** 56:25
**reply** 59:16
**report** 19:25 20:3
  27:10 28:24 32:5
  35:1,2,14 36:24
  40:3,15,20 41:1
  51:11 52:24 63:19
  64:4,19 66:19
  70:23 74:10,13,14
  75:6 76:19 82:11
  82:13 83:22 97:24
  127:2 143:6,9
  154:19,24 166:9
**reported** 33:3
  42:13 51:17 75:25
  153:23 162:1
**reporter** 4:9 16:22
  87:21,23 89:3 96:1
**reporting** 30:22
  31:14,14,15,17,21
  31:25 32:4 41:23
  42:1,4,7,9 43:9
  48:2 50:4 58:21,25
  59:5 78:21 100:20
  147:3 158:15 159:8

**reports** 15:3 19:5
  19:13,15,22 20:6
  27:14 31:22,24
  32:4,6,8 34:17,21
  35:6 46:22 59:22
  69:23 79:20 82:4
  83:14 99:10 128:7
  128:19 131:9
**representative** 24:6
  46:6 90:1 118:2
  147:25 148:1,2
**representatives**
  103:25 104:3
**represented** 87:9
**represents** 65:5
**request** 15:13
  19:17 54:14 70:19
  71:22,24 74:9 78:7
  123:1 125:8 126:10
  154:1 159:6,7,17
  159:22 160:2,25
  161:9
**requested** 27:11
  65:21 68:18 69:3
  74:12 116:14
  143:17 154:3
  159:24 161:12
  166:11
**requests** 160:14
**require** 119:25
**required** 9:13
  11:24 41:24 42:13
  83:25 84:12 85:5
  128:6 129:14
**requirement** 84:13
  140:23 141:9,15
**requirements**
  11:16 31:5 32:2
  83:17 140:25
**rerouted** 145:21,22

**resolution** 65:7,7
**resolve** 54:17
**resolved** 44:19 89:8
**respect** 43:23 78:1
  96:14 115:7 128:14
  146:15 160:13
**respective** 132:22
  167:18
**respond** 15:2,5
**responded** 15:8
  47:7 70:16 161:1
**response** 44:18
  47:9,9 58:16 62:6
  77:17 100:12 101:9
  107:10,13 108:24
  109:2 119:21
**responses** 56:2
**responsibilities** 8:3
  12:22 17:18,20
  30:18,19,24 34:17
  159:6
**responsibility**
  38:14 41:21 98:7
  133:2
**responsible** 29:11
  38:22 112:6,20
**rest** 123:1
**restraints** 15:16,16
**restricted** 68:1,4
  92:20
**result** 20:2 37:13
  37:20 55:14 80:23
  93:1,13 98:2
  100:25 102:4
  143:10 151:8 154:2
**resulted** 86:17
  151:17 155:8 156:4
  162:3
**results** 91:11 143:7
  147:3,11,13 148:13
  149:14,17,19,21,23

154:21 155:4,14,16
  155:20
**retained** 138:17
**retaining** 150:7
  153:15,17
**retired** 51:25
**return** 68:19
  147:12
**returned** 66:24
  67:17 73:7 83:5
  138:8,17 142:16
  144:8,9,15,19,22
  146:11,16,21
  149:15 150:19,24
  151:7,13 156:5,18
  156:23 157:1,5,18
**returning** 121:15
  144:3
**review** 78:10
  149:10 166:10
**reviewed** 36:23
  75:11 89:16 140:21
**ridge** 5:23
**right** 28:16,17
  43:22 45:4 51:13
  55:11 62:10 64:13
  75:2,22 76:16
  94:25 97:15 102:21
  110:3 120:10
  124:12 128:9 129:3
  133:23 134:5 145:2
  159:22
**ring** 142:24
**risk** 37:13 119:19
  120:1
**rivera** 4:7
**road** 2:4
**roadside** 73:19
**robert** 4:21
**rodolfo** 112:4,5

**role** 33:8 49:7,8
**roles** 34:2 51:8
**roll** 118:18
**rolled** 8:19,24
**rolling** 127:16
128:5 129:12
**root** 152:12 154:9
154:11,15,21
**roseland** 2:5
**rosenstiel** 112:18
112:19
**rough** 53:4 162:6
**roughly** 53:9
**round** 137:1,3
**route** 58:9
**routed** 56:20 57:3
57:14,20 58:7,11
58:12 59:9 74:19
**routine** 18:18,24
**row** 65:11
**rudolf** 53:7
**rule** 9:10
**rules** 145:2
**run** 66:19 74:10,12
75:6
**rupture** 22:5 79:5
85:12 87:1 90:13
90:19 91:4,14,25
92:6 93:25 94:1,5,9
94:14,20 101:1
151:13 152:8 155:6
**ruptured** 22:10
34:7 78:25 151:21
152:15 153:11
**ruptures** 90:22,25
91:21 96:14

**s**

**s** 2:5 16:23 18:4
57:25,25
**s.d.** 1:3,4

**safety** 7:13,18,20
7:21 8:5,8,12,23
9:2,7,21 11:15
12:20,23 30:4,10
30:11,17,23 31:2,5
31:13,14,16,20
34:10,16 37:3,5
39:10,18 40:2,8,14
41:8,17,22,23 42:8
42:16 43:16 48:17
50:18 52:6 79:21
79:24 112:6,7,8,9
112:10 159:3
**sale** 133:4
**salvage** 92:8
**san** 2:12 167:6
**satisfaction** 43:19
**satisfactorily** 47:1
47:8
**saved** 92:18
**saw** 119:14
**saying** 22:20 75:3
79:20
**says** 63:9 65:18,24
66:7 68:18 71:17
105:22 119:17
**scans** 147:1
**scar** 65:25
**scatter** 149:18
**scheduled** 45:15
47:17
**schick** 112:21,22
**schoeneburg** 112:4
112:5 118:4 148:6
**scope** 41:20 121:19
123:10
**scott** 140:5,21
**scrappage** 145:24
**screen** 63:8 64:10
88:5 95:23

**scroll** 64:12
**seal** 163:20 165:10
**search** 74:3 78:8
**searching** 48:4
**second** 2:4 63:21
63:25 88:14 95:2
106:14 140:2
**secure** 37:8
**secured** 67:23,25
68:1
**see** 36:4 53:1 60:25
61:4 63:12 64:10
65:18 69:5,7 70:10
70:13 72:2,7 73:12
74:4,15 89:9,13
92:15 98:4 106:5
106:16,22 109:23
111:23,23 119:11
136:19 151:10
**seeing** 60:16
141:25 149:12
150:13 156:6
**seen** 64:6 81:7
104:14 119:22
140:3 141:21
152:17 162:4
**segregating** 56:3
**sell** 106:5
**send** 68:19 103:19
104:8 167:17
**sending** 77:8
105:16
**senior** 8:2 12:4,8
48:25 49:11
**sense** 15:23 20:16
52:13
**sent** 43:3 61:15
65:20 66:7,10,16
66:20 67:6 69:1,2
76:12 78:19 99:21
102:23,24 103:23

142:13,14 144:18
145:12,13,16,19,24
146:2,6,8,17 157:2
**sentences** 77:1
**september** 1:12 4:4
163:6 164:3 165:11
166:19
**sequential** 35:25
**serial** 145:7
**series** 10:5,9,10,11
10:16,24 33:20
**serious** 14:23
**seriously** 54:12
55:18 56:20
**serve** 33:15
**served** 17:2 23:1
**server** 67:24,25
68:1,12,14,16,22
73:11 92:19,20,21
**servers** 68:10
**service** 16:9 71:21
71:24 76:6 112:14
112:20 113:8
133:22 135:9
**services** 49:14,17
51:7,12,17 52:7,10
53:12 136:17
145:15
**set** 85:23 126:6,9
127:16 135:10
141:12
**setting** 69:11
143:25
**settle** 44:14
**settlement** 44:23
46:1 47:22
**settlements** 48:12
**setup** 152:22,23
**seven** 106:18
**severe** 65:23

**share** 88:24 97:9,10
98:19
**shared** 12:21 17:20
50:17 59:18 103:17
109:3 115:7 116:14
116:21 118:14,16
125:12 152:20
154:4 155:3,5
156:9
**sheet** 163:7 164:1
**shipment** 144:24
**shipping** 143:16
145:4
**short** 53:24 77:3,4
83:16 95:8 96:5
158:1,6
**shortly** 127:8
149:12
**show** 60:5 61:7
64:14 71:11 87:18
150:19,21 151:1
152:19,21
**showed** 79:1 97:18
**showing** 88:25
**shown** 51:22
**shows** 51:14,16
88:25 103:1
**shrapnel** 22:2
**side** 25:19,23,24,24
27:10 30:22 79:12
79:12,13 80:4
110:12,14,16,22,22
123:11,13,16,23
124:3,7,8,20
127:21 151:25
**sideways** 61:1
**siebel** 62:8,9 71:6
72:1,7,12
**sign** 99:19 161:18
167:15

**signature** 164:22
165:13 166:20
**signed** 36:25 37:11
99:23
**significant** 9:12
35:18
**signifies** 65:1
**signing** 167:13,19
167:20
**signs** 151:1,3
**similar** 31:2 49:7
93:5 124:22
**simply** 119:24
**single** 85:3
**singled** 29:16
**sir** 5:15
**sit** 21:7 70:13 92:23
93:7 94:5
**situation** 159:19,23
**situations** 54:19
55:7
**size** 70:2
**slides** 119:2 148:18
148:21
**slight** 151:3
**slightly** 122:10
**small** 130:23
**soell** 53:9
**sold** 10:1 11:10
83:7 131:6 132:17
132:25
**solutions** 4:8,10
**someplace** 156:13
**sorry** 6:14 10:9
15:18 17:12 18:3
18:10 24:12 28:3
32:15 39:13 46:8
51:9 54:24 80:10
95:21 107:4 112:17
116:19 117:1
132:10 133:13

136:18 138:12
159:16
**sort** 7:15 9:5 10:15
11:17 14:18 15:14
15:15,16 17:17
18:6,14,22 20:17
33:19 35:13 38:9
38:17 39:9,17
46:21 47:3,8 56:2,3
59:5,22,24 70:24
73:1 74:3,6,15 75:6
75:6 80:6 81:21
82:1,3 83:10,11,13
83:14 86:1,19
87:13 88:13,15
118:10 124:25
136:18 139:13,17
140:13 141:21
142:19,22 147:2
149:24 154:11,19
**sorts** 145:1
**sound** 11:12
**sounds** 28:17 53:21
95:4
**source** 145:8
**south** 167:1
**southern** 1:1
**speak** 71:12
**speaker** 148:7
**speaks** 39:23
**specialist** 12:25
**specialists** 15:20
**specialized** 15:15
**specific** 9:11 20:22
21:14 23:21 24:20
25:25 39:1 43:17
48:3 62:1 68:24
76:14 84:7 89:22
89:23 90:11 93:3
93:10,16 96:18
97:21 98:24 99:2

101:3,12,16 102:9
109:22 110:25
115:17 116:4 120:1
121:12 136:9
150:12
**specifically** 7:7 8:4
9:23 10:3,18,21
11:1 12:2,19 14:8
17:7 22:16,18,20
25:21 26:19 38:20
39:6,21 40:5,16,22
41:2 49:3 62:23
69:7,18 74:17 75:4
76:11 79:7 91:6,8
91:19,24 92:9
97:16,17 99:9
100:18 101:22
105:19 114:22
115:13 116:1 118:7
121:6,14 122:1,13
125:7,20 126:23
137:20 138:19
139:7,7 152:6
**specification** 151:9
**specifics** 11:21 26:6
38:1 80:12 86:22
114:17 124:22
139:14 157:9
**spell** 16:21
**spoke** 90:3
**spoken** 90:6 93:24
**spontaneously**
21:17
**spreadsheet** 3:7
61:2,4,8,19,20 63:2
63:13 69:5,8,11
70:6,13 71:8,15
87:24 141:22
**spring** 150:7
153:15,17

**sprinter** 29:14,22
  29:24 94:21 157:16
  157:17,19
**squire** 2:11 4:22
  5:5 167:4
**sr** 71:7,8,18,19 72:6
  73:20 76:22 92:12
**srs** 76:1
**stability** 26:23
**staff** 7:3,13,15,25
  8:2 9:20 12:4,4,8
**stamp** 111:22
**stamps** 106:13
**stand** 71:20
**standard** 8:12
**standards** 7:22
  8:23 9:7,21 12:23
**standing** 83:24
**stands** 71:21
**start** 6:4 64:8 69:4
**started** 31:3 52:19
  53:6 85:16 99:24
  99:25 135:7
**starting** 63:18
**starts** 119:12
**state** 1:17 4:14,16
  5:15 6:20 31:22
  32:3,4 51:1 94:4
  163:2,13 165:4,15
  166:4
**statement** 105:22
  106:1 107:11,22
  108:1,22 109:3,6
  110:4,5
**states** 1:1 10:2
  11:11 37:7,15
  38:14 43:4 107:24
  109:1,10 115:22
  116:7 120:21 123:7
  123:25 128:9
  130:25 132:2,18

**status** 116:22
  118:21,23 131:19
**statuses** 146:14
**stays** 49:9
**stehle** 16:20
**stenographic**
  166:12
**stenographically**
  166:9
**stephen** 102:24
**steps** 98:4 100:11
  101:20 105:17
  113:12 114:6
  120:19,25
**stevens** 6:6,22
**stop** 119:19,25
  120:6,8,9
**stopping** 161:21
**storage** 72:13
  144:25
**stored** 67:21,22
  68:21 72:11
**strategy** 118:18
  140:21
**street** 2:11 167:5
**strictly** 29:11
  113:15
**strike** 116:19 120:5
**structure** 41:15
  72:16
**sub** 16:12,15
**subject** 26:16 48:8
  76:18 79:24 107:18
  109:9,11 113:9,16
  114:2,2,5 129:17
  130:6 131:1,8,16
  131:17 132:3,25
  133:9,15 135:2
**submission** 34:18
  47:3,5 84:9 85:1,21

**submit** 35:13 84:1
  84:11 136:1,7
**submitted** 34:21,24
  35:6 36:24,25
  83:19,23 84:2,15
  84:20 85:5,9 86:17
  129:7 131:5 135:18
  135:20 136:10
  159:8 162:3
**subscribe** 99:17
**subscribed** 100:1
**subsequent** 23:12
  78:25 116:20 117:2
  118:6,12 128:7
  129:8 131:20
**successor** 14:3 17:4
  17:6
**suffered** 93:1
**sufficient** 80:4
**suggestion** 89:3
  104:23
**suite** 2:12 167:1,5
**summaries** 19:21
  59:24,24
**summarize** 66:11
**summarized** 66:13
**summarizing** 48:1
**summary** 19:18,19
  60:1 65:18 67:1,2,4
  69:23 77:4,9 83:16
  148:23
**supervisor** 12:14
  33:8,12,13,16
  41:12,17 91:8,10
**supplied** 40:11
**supplier** 10:23 26:4
  40:6 97:19
**suppliers** 11:2,5,9
  26:7,10 38:7,11,19
  40:9 102:1,11,11
  121:24

**support** 35:23 36:1
  36:8,12 60:9 89:9
**supported** 140:14
**sure** 16:23 18:25
  22:22,25 24:16
  28:4 30:9 32:16
  42:6 63:23 65:4
  72:15 84:8 99:24
  129:21 144:5 150:3
**surface** 153:1
**susan** 140:4,9,10
**suspect** 139:8,9
**suzanne** 1:16 4:9
  165:15 166:7,21
  167:22
**sworn** 5:11 163:5
  165:9
**system** 63:12 71:6
  72:1,8,10,12,13
  136:10,16

**t**

**t** 16:23 17:25 46:13
  46:16
**tab** 63:16,17
**table** 153:1
**tail** 138:12
**tait** 53:9,11 119:12
  119:14
**takata** 1:7 4:6 11:9
  22:15,18,21,23
  23:4 25:9 34:12,22
  35:1,3,7,14,16,18
  37:4 38:3 39:5,10
  39:19 40:4 41:3
  44:3,6 61:22 65:25
  66:4 74:6,16 75:2,9
  75:17,20 77:11,18
  77:24 78:16 79:14
  79:20 82:20 85:19
  86:11 90:16,21
  91:5,14,23 93:2,14

94:2,6,9,15,21
95:13 96:10,14,18
96:23 97:4,14,19
97:24 99:6 101:1
101:18,21 104:14
105:18 106:17,21
107:2,7,15,17
109:8,16,17 110:1
110:7,9,21 111:2
113:18,18 114:10
115:4,5,12,12,16
115:19,23,23 116:8
116:8,23 119:19
120:1,5 121:5,10
121:14,16,19 122:3
122:12,16,19,22
123:11,20 124:8,11
127:2,3 128:6,13
129:17 133:9,15,16
135:2 137:12,21
138:9,17 140:18,22
141:10,23 142:15
143:6,14 144:3,3
144:10,18 145:20
145:25 146:2,9,20
147:3 148:9,13
152:9 155:9 156:5
156:23 157:2,6
160:7,10,19,19
163:6 164:2 167:9
**takata's** 146:17
**take** 35:19 45:7,9
45:10,11 47:11,15
50:20 53:19 58:8
60:5,13 61:18
67:16 73:25 82:22
88:10 89:13 95:2
98:4 100:11 101:20
102:13 105:16
116:17 117:15
120:19 136:20,23

145:16 147:22
158:1 160:16,17
**taken** 1:16 4:5
45:25 53:24 56:20
82:15 95:8 96:5
117:11 120:5 137:7
152:14 158:6 163:6
163:6
**takes** 54:11 55:17
**talk** 102:3 160:7
**talking** 56:9 59:5
93:25 95:16 116:4
129:23 140:19,20
**task** 77:7,8 78:3
**tasked** 12:19
**team** 49:25 50:4
143:19 158:2
**tear** 156:24
**technical** 49:12
50:7,9,12,14,15
108:2,11,18
**technology** 6:7,23
138:23
**teleconference** 1:15
**tell** 39:8 41:20
46:10 51:18 60:17
64:23 65:2,6 78:22
89:17 109:6
**tells** 119:18
**ten** 23:23
**tenure** 16:24 20:10
22:13 33:5,20,22
34:20 40:2 41:7
42:15 52:22
**term** 121:2 137:20
155:22 158:25
**terminology** 19:7
19:15
**test** 139:18 148:25
152:22,23 154:14
155:11

**tested** 141:10 149:7
156:22 157:19
**testified** 5:11 24:2
24:4,8,17 25:1,8
26:2,8,14,25 27:8
93:23 94:3
**testify** 23:6 24:5
26:12
**testifying** 90:1
**testimony** 23:15
24:23 25:18 119:15
**testing** 137:14
138:4,8,8,17 139:5
139:16 140:17
141:7,8 142:9,11
142:13,16,19,20,23
143:2,7,10,13,23
143:25 146:21,23
147:1,4,11 148:13
148:22 149:14
151:6,8,12 152:9
153:3 155:4,9
156:5,18 157:1,3
**tests** 149:1
**text** 39:1 77:22
104:8,11
**thank** 36:22 56:17
60:23 96:2 111:11
161:15,17
**thing** 15:17 20:17
**things** 7:11 33:1
41:24 42:12 43:21
50:19 52:11 60:14
72:11 90:2 93:24
100:19 115:15
139:11,13
**think** 14:9 20:21
31:12 36:13 41:8
43:17 52:18,19
53:1 56:8 63:1
77:12 87:19 88:12

107:9 111:25 117:4
119:14 120:15
145:10,17 148:23
158:12 160:1,4,14
**third** 138:7
**thomas** 1:14 4:5
5:8,17 164:2 165:8
166:10 167:4,11
**thought** 125:9
**three** 17:16 28:19
147:21
**threshold** 155:23
**thresholds** 149:1
**ticket** 70:22
**tied** 44:25
**tim** 18:1 33:14 91:9
91:10
**time** 4:16 7:4 8:19
8:22 9:13,19,24,25
10:5,14 11:20
12:15,17 13:4,6,11
13:22 16:1,16,19
17:11,13 22:11
23:1,9,13 27:20,25
28:10,12,14,18,21
28:23 29:25 31:18
31:23 32:22 33:15
34:3,9,15 39:7 40:7
40:13,17,18,24
41:14 42:20 43:20
48:6,22 52:3,5,11
53:4,11,15,22,25
54:4 62:7,21 66:18
66:20 83:6 84:12
84:19 90:9 95:6,9
96:3,6,13,19 97:3
98:10 99:7 101:4,6
101:8 103:24
105:15 107:19
109:12,22 110:15
113:17,23 114:9,14

115:2,18 116:20
117:15 118:20
119:16,16 120:24
121:9 124:20 125:9
125:11 127:17
129:15 130:5,24
131:4,11,21 132:5
132:16,20 134:8,14
135:8 136:18 137:5
137:8 138:7 148:24
151:15 154:5 158:4
158:7 160:2 161:16
**timely**  50:17
**times**  23:17 24:11
27:13 42:19 75:19
115:6 117:23
121:11 122:15
124:13 134:16
**timing**  43:21 61:21
114:9
**title**  19:22 30:8
49:7,10,11 50:2
52:14
**titled**  64:22
**titles**  31:6
**tk**  145:15
**tkh**  3:7
**today**  5:20 49:6
92:24 93:7 94:5
161:16
**told**  14:9 41:8
63:11 90:8 94:3
**tom**  12:16 36:10
46:19 89:7 116:10
**tool**  43:11
**top**  63:18 64:8
130:22 152:3
**topic**  21:19 48:8
69:16 95:1 97:11
97:12 104:25
113:16 114:10

115:19 119:24
126:14,19
**topics**  31:16 32:9
41:22,23,23 43:3
43:13,25 48:5 49:2
50:10,19 62:24
74:22 98:8,25
100:14,17,22 104:1
121:5,12 126:11
140:15
**track**  1:4,5 23:21
71:23 88:12 99:12
136:18
**tracked**  99:14
**traditional**  27:9
64:12 66:17
**traffic**  42:8 159:3
**training**  6:17
**transcript**  161:20
162:7 166:11,11
167:12,15,20
**transfer**  142:11
**transition**  53:10
**transportation**
145:2
**tread**  31:17,18 32:5
42:1,2,4,6,13
**trouble**  10:7 30:6
63:22 89:8
**true**  163:5 166:12
**trw**  40:11 41:1
**try**  55:2,18 63:10
70:15 77:25 89:7
132:24 135:6,13
**trying**  8:21 20:16
51:18 55:11 56:5
88:12 135:10
158:16
**tschaschke**  113:1
**turn**  124:17

**turns**  75:19
**two**  17:16 29:16
117:16,17 141:14
141:16 147:21
148:3 167:1
**type**  7:10 19:13
31:20,23 33:1
37:16 57:20 58:8
58:18 63:19 64:4
66:14 69:15 72:11
74:22 77:23 80:1,9
80:11 82:9,9 90:19
92:6 108:3 111:1
114:12 145:5
146:23 148:22
150:14 154:16,16
156:1 157:10,11
**types**  21:8 25:12
34:3 50:19 54:15
58:6,10 74:21 90:2
93:8 96:24 97:1,3
100:19,22 120:19
**typical**  18:18 76:24
86:6

**u**

**u**  46:13 71:18
**u.s.**  11:18 31:11
98:16,20 99:11
104:18 105:23
106:17 113:11,19
114:19 116:12
118:22 119:18
120:24 122:20
123:9,10,20 158:19
159:1,1
**u.s.a**  121:25 130:24
136:11,14 137:24
138:10,14 139:4,6
140:15,21 141:8
143:12 144:15,19
145:6 148:1 156:17

157:24 158:19,20
159:9,12,17,20,23
160:23
**u.s.a's**  145:18
159:5
**u.s.a.**  2:10,14 4:23
5:3,6 13:3,13,20
14:2,3 28:22 30:23
35:12 40:19,25
42:17 43:3,7,15
46:7,11,12,16
48:21 49:15 54:7
59:13 90:4 103:11
103:18,25 104:2,5
105:3,11,20 108:10
108:16,20 122:16
131:14,25 132:23
133:23 134:2,21
135:1,13,19 136:4
136:8 137:23
138:14 142:8,10
143:9 144:1 147:2
147:5 158:14,22
**u.s.a.'s**  108:9
140:17 141:7
**ulrich**  112:21,22,24
113:1
**ultimately**  56:24
78:8 107:25
**uncommanded**
21:17
**underinflate**  37:23
**underinflation**
38:2
**underneath**  50:8
**undersigned**  165:7
**understand**  8:20
18:17 24:7 28:4
55:3,11 85:7 95:20
102:1 127:13
129:21 144:6

158:16

**understanding**
13:25 22:6 29:17
29:20 37:16,18
39:2 64:18 68:22
100:21 101:14,15
101:17 102:9
125:11 133:8
135:24 136:13
146:25 147:7
152:16 154:13
155:1 157:4

**understood** 32:16
61:10

**undertaking** 99:13
100:13

**undesiccated**
141:24

**unique** 70:24 92:12

**united** 1:1 10:2
11:10 38:13 115:22
116:7 120:20 123:7
123:24 128:9
130:25 132:2,18

**universe** 55:12

**unreadable** 88:19

**update** 103:6,8,10
104:22 118:22
131:24 132:14

**updates** 116:21

**upload** 35:20 61:4

**uploaded** 62:16,18

**ups** 47:25

**use** 18:23 19:6,15
97:24 106:21 107:2
107:7,15,23 108:1
108:3,4 110:1
123:20 139:4

**username** 64:24

**uses** 124:8

**utilize** 125:10

**v**

**vaguely** 91:22

**validates** 105:22

**values** 149:8

**van** 94:21 157:14
157:15,16,17

**vans** 126:10,11,13
126:19 157:19

**variations** 64:7

**varied** 17:16
117:23

**various** 45:3 51:8
104:15 158:13

**vehicle** 7:21 8:12
8:23 9:1,6,21 10:1
12:23 14:20,24
17:18 18:5,12 19:5
26:18,20,21 28:2,7
29:14 32:13,19
38:15 50:18 54:5,8
55:8,13 66:15
72:17,17,18 75:17
75:20 77:2 79:2,23
79:23 80:22 82:8
83:7 86:8 91:23
92:7 93:15 94:2,6
94:10,15 100:6,8
103:24 108:16
124:23 127:24
130:15 133:9,15
151:23 152:8 155:7
156:1 157:10,11,12
157:13

**vehicle's** 26:22

**vehicles** 10:14
11:10 15:12,15,20
18:19 29:3,10,12
29:16 31:11 33:25
38:6,13 90:24
91:15 94:12 96:15

97:5,15,21,22,25
98:7,11 99:5
100:23 101:1,18,21
101:24 104:15,18
105:12,17,23 106:5
108:8 110:11,20,21
111:8,10,11 113:20
114:4 120:3,7,20
121:23 122:21
123:20 125:4 127:3
127:6 128:20 129:3
129:16 130:1,6,12
130:21,25 131:5,8
131:15 132:2,6,17
132:25 133:4
141:22 143:20,21
144:8 149:16
150:25 157:2
160:20 161:6

**verbal** 148:19

**veritext** 4:7,10
167:1,14

**versus** 90:13
141:23

**video** 1:14

**videographer** 4:2,8
53:22,25 95:6,9
96:3,6 137:5,8
158:4,7

**view** 64:11

**vin** 43:11 72:17

**virtue** 159:12

**visit** 116:2

**visitors** 122:19

**visors** 11:24

**vitale** 1:16 4:9
165:15 166:7,21
167:22

**voluminous** 70:2

**w**

**w** 17:4 18:1,4

**wafers** 153:16

**waived** 167:20

**want** 15:21,23 21:8
22:21,25 28:3
32:16 57:11 77:15
81:7,10 100:9,21
125:17 129:21
136:20,22,23 144:5

**wanted** 61:7 67:16
68:25 69:10,11
70:15 71:23 92:15
92:15 122:9

**wants** 159:10

**warehouse** 143:18

**warning** 32:6 42:9
83:22

**warranty** 42:11
56:13 82:9 136:5
136:10,16

**washington** 47:16
117:7

**wave** 137:11

**way** 14:7 20:25
22:17 24:19 25:3
25:10 34:13 35:14
40:1 51:20 58:23
59:1 64:13 68:25
69:4 70:5 89:4
95:17,18 102:12
111:12 112:4
129:10 143:23
145:18 159:14

**we've** 46:2 53:18
95:1

**week** 20:18

**weekly** 99:15,18,22
100:3 125:18 126:5
126:15,16

**went** 6:6 104:21
  115:14 161:6
**whatsoever** 79:5
**whichever** 113:10
**window** 25:25
**wiseman** 18:3
**witness** 5:9,12 9:16
  11:1 18:9,17 26:13
  26:14 27:9 35:9
  36:15 39:13,21
  41:5 42:25 44:12
  48:14 54:24 55:17
  56:19 60:11 61:24
  70:10 71:4 72:15
  76:22 80:20 86:4
  87:11,17 89:5,10
  89:20 91:19 94:18
  94:24 95:4 101:3
  102:8 108:14
  109:21 110:25
  116:1,11 120:12
  122:24 125:25
  128:11 129:5,20
  130:9 131:4 134:7
  135:24 137:1 151:3
  152:11 159:16
  160:23 163:20
  164:22 165:10
**word** 10:8
**words** 12:24 14:6
  20:4 47:23 62:13
  62:20 67:16 72:12
  127:20 153:3 160:2
**work** 7:8,10,15 8:8
  12:10 14:12,18
  50:9 61:5 78:5
  102:12 104:4
  133:18,22,22
  134:16,19
**worked** 7:17 17:9
  17:21 50:5 51:6

59:13 90:25
**working** 50:16
  73:21 79:2
**works** 158:17
  159:14
**world** 94:7,16,22
  98:22 123:1,6,15
  124:2
**worldwide** 94:10
  113:20 114:4
**worse** 89:10
**wow** 119:21,23
**wrap** 158:2
**written** 18:6,14
  27:13 47:3,8 93:12
  105:14 107:9,16
**wrong** 61:19

## x

**x** 3:1

## y

**y** 18:1
**yeah** 6:15 9:4 19:8
  19:17 35:25 36:1,8
  36:22 46:4 53:5
  56:19 57:1 60:25
  82:7 87:23 89:7
  109:14 112:2
  120:12 127:22
  128:3,13,16 135:6
  140:14 148:19
  151:4 156:14
**year** 10:17 45:14
  45:16 46:4 47:14
  48:18 79:6 84:20
  84:23 130:19,20
  146:4,6,15 152:2
**years** 52:21 53:14
  72:9 75:8,15 98:25
  111:14 116:21
  128:7,12 130:18

139:12 141:19
**yep** 60:11
**yesterday** 60:7
  161:21
**yon** 140:5,16,21

## z

**z** 17:25 46:12,16
**zach** 4:24
**zachary** 2:5
**zepf** 46:12
**zone** 128:1,1,2
  152:5 157:8
**zones** 127:25 128:8
**zoom** 2:5,9,13,13
  2:15

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of



the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.