# EXHIBIT F

| | |
|---|---|
| From: | Freeman Chris (FCA) <chris.freeman@fcagroup.com> |
| To: | R-Thomas.Brunner@mbusa.com |
| Sent: | 17-Feb-16 4:00:55 PM |
| Subject: | Re: Contact Info - T. Brunner(MBUSA) MY06 -MY07 Crossfirepotentially contains PSDI-5 Inflator |

Tom,
To confirm, are saying that the best and only info we have and will get is that the plant was shipped 5,283 parts?

We really need to have the VINs. There must be a way to identify which vehicles incorporated a Takata PSDI-5 bag.

Without VINs I can't identify vehicles, find customers, send letters or fix vehicles. Without VINs we would likely have to recall all ViNs in those model years unnecessarily.

Appreciate you working on this already and asking the questions.

Thank you.
Chris

Sent from my iPhone

On Feb 16, 2016, at 6:02 PM, "R-Thomas.Brunner@mbusa.com" <R-Thomas.Brunner@mbusa.com> wrote:

Hello Chris,
I learned today the 5283 number came from Takata – this is the number of driver airbags they supplied to the plant (I believe the Karmann plant, Osnabrueck, Germany). After that, there are no other Daimler systems that include the VINs for these vehicles.

Kind Regards/MfG,
Tom

R. Thomas Brunner
Department Manager,
Vehicle Compliance and Analysis
Mercedes-Benz USA, LLC

W 201-573-2622
C  201-888-6988
F  201-822-6187

From: Freeman Chris (FCA) [mailto:chris.freeman@fcagroup.com]
Sent: Tuesday, February 16, 2016 8:34 AM
To: Brunner, R-Thomas (171)
Subject: RE: Contact Info - T. Brunner(MBUSA) MY06 -MY07 Crossfire potentially contains PSDI-5 Inflator

Understood… One question I have relating to the 5,283 number…. You guys had indicated that we had been shipped that many. I am wondering if those were service parts and not production. We produced ~13,000 Crossfires in the '06 – '07 MYs. Not sure how to tease out the ~5,200 number.

I'll wait for your guidance to identify these vehicles.

Thank you.

CONFIDENTIAL
MBUSA_00031893

*Chris Freeman*
Manager - Campaign Responsible
Vehicle Safety and Regulatory Compliance
Desk: 248-512-4168     Mobile: 248-736-5087
chris.freeman@fcagroup.com


**From:** R-Thomas.Brunner@mbusa.com [mailto:R-Thomas.Brunner@mbusa.com]
**Sent:** Tuesday, February 16, 2016 8:20 AM
**To:** Freeman Chris (FCA)
**Subject:** RE: Contact Info - T. Brunner(MBUSA) MY06 -MY07 Crossfire potentially contains PSDI-5 Inflator

Hello Chris,
My German colleagues are struggling with this – really having trouble finding data. I'll keep you posted but doubt they will have anything today.

Kind Regards/MfG,
Tom

R. Thomas Brunner
Department Manager,
Vehicle Compliance and Analysis
Mercedes-Benz USA, LLC

W 201-573-2622
C  201-888-6988
F  201-822-6187

**From:** Freeman Chris (FCA) [mailto:chris.freeman@fcagroup.com]
**Sent:** Monday, February 15, 2016 2:38 PM
**To:** Brunner, R-Thomas (171)
**Subject:** RE: Contact Info - T. Brunner(MBUSA) MY06 -MY07 Crossfire potentially contains PSDI-5 Inflator

Tom,
Thank you. Appreciate you looking into it.  Would really like to be able to communicate the exact number tomorrow around COB if you can support that.  We have our regular Regulatory Meeting tomorrow at 4pm eastern.   Would be good to be able to tell them at that time.

Thank you.

*Chris Freeman*
Manager - Campaign Responsible
Vehicle Safety and Regulatory Compliance
Desk: 248-512-4168     Mobile: 248-736-5087
chris.freeman@fcagroup.com


**From:** R-Thomas.Brunner@mbusa.com [mailto:R-Thomas.Brunner@mbusa.com]
**Sent:** Monday, February 15, 2016 1:02 PM
**To:** Freeman Chris (FCA)
**Subject:** RE: Contact Info - T. Brunner(MBUSA) MY06 -MY07 Crossfire potentially contains PSDI-5 Inflator

Hello Chris,
We're still having trouble with this, and hope to have something in the next day or two.

Kind Regards/MfG,
Tom

R. Thomas Brunner
Department Manager,

Vehicle Compliance and Analysis
Mercedes-Benz USA, LLC

W 201-573-2622
C  201-888-6988
F  201-822-6187

**From:** Freeman Chris (FCA) [mailto:chris.freeman@fcagroup.com]
**Sent:** Monday, February 15, 2016 7:57 AM
**To:** Brunner, R-Thomas (171)
**Subject:** RE: Contact Info - T. Brunner(MBUSA) MY06 -MY07 Crossfire potentially contains PSDI-5 Inflator

Tom,
Wondering if you have been able to identify the Crossfire VINs yet on your end.   We are waiting to start working on it here until we can identify the exact VINs.

Thank you.

*Chris Freeman*
Manager - Campaign Responsible
Vehicle Safety and Regulatory Compliance
Desk: 248-512-4168     Mobile: 248-736-5087
chris.freeman@fcagroup.com


**From:** R-Thomas.Brunner@mbusa.com [mailto:R-Thomas.Brunner@mbusa.com]
**Sent:** Monday, February 01, 2016 10:59 AM
**To:** Freeman Chris (FCA)
**Subject:** Contact Info - T. Brunner(MBUSA) MY06 -MY07 Crossfire potentially contains PSDI-5 Inflator

Hello Chris,
As just discussed, below is my contact info.

I'm sure we'll talk soon.

Kind Regards/MfG,
Tom

R. Thomas Brunner
Department Manager,
Vehicle Compliance and Analysis
Mercedes-Benz USA, LLC
r-thomas.brunner@mbusa.com

W 201-573-2622
C  201-888-6988


If you are not the addressee, please inform us immediately that you have received this e-mail by mistake, and delete it. We thank you for your support.



If you are not the addressee, please inform us immediately that you have received this e-mail by mistake, and delete it. We thank you for your support.



If you are not the addressee, please inform us immediately that you have received this e-mail by mistake, and delete it. We thank you for your support.

CONFIDENTIAL             MBUSA_00031895

If you are not the addressee, please inform us immediately that you have received this e-mail by mistake, and delete it. We thank you for your support.

CONFIDENTIAL                                                                                                                                        MBUSA_00031896