# EXHIBIT G

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | YEAR | MONTH | WEEK # | WEEK DATES | BUSINESS AREA | MODEL CLASS | MODEL | Model CATEGORY | SR_NUM | SR_AREA | SR_CAT_TYPE_CD |
| 9019 | 2016 | 11-Nov | 44 | 10/31/16 - 11/06/16 | PRODUCT | C-Class | C203 | PASSENGER CAR | 1-513742653 | Customer Advocacy | Inquiry |

| | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SR_SUBTYPE_CD | X_TYPE | X_PARENT_CODE | X_CODE_DESC | ACT_OPEN_DT | ACT_CLOSE_DT | SR_STAT_ID | ASSET_NUM | SERIAL_NUM | ENGINE TYPE CODE | MODEL_CD |
| 9019 | Vehicle | Vehicle | Recall Campaign | Airbag/Takata | 11/1/2016 16:48 | blank | In Progress | WDBRF52H37F924248 | 2030521F924248 | 27292030579615 | C230WZ |

| | W | X | Y | Z | AA | AB | AC |
|---|---|---|---|---|---|---|---|
| 1 | MODEL_YR | METER_CNT (MILEAGE) | WARRANTY_START_DT | X_DEALER_CODE | NAME | X_REPORT_SOURCE | SOURCE_TYP_CD |
| 9019 | 2007 | 105446 | 2007-06-26-00.00.00.000000 | blank | blank | Siebel - CAC | CAC |

| | AD | AE | AF | AG | AH | AI | AJ |
|---|---|---|---|---|---|---|---|
| 1 | SR_NOTES | OPEN_AGENT | OWNER | GROUP | RESOLUTION_CD | REGION | MARKET_TYPE_CD |
| 9019 | summary of allegations:  airbag deployment  Questionnaire sent: Yes  Photos requested: Yes  property damage: no  severe or fatal injury: no  cust claims fragment from airbag left scar over eye- related to Takata  Date: sometime in 2013 | ASHLAMB | T7595KM | Product Analysis | blank | blank | blank |