UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION | MDL No. 2599<br><br>Master File No. 15-MD- 2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |
| STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, AUDI OF AMERICA, LLC, and MERCEDES-BENZ USA, LLC,<br><br>            Defendants. | |

## NOTICE OF ELEVENTH CIRCUIT'S DECISION
## DISMISSING PLAINTIFFS' APPEAL

> Raoul G. Cantero
> Jaime A. Bianchi
> WHITE & CASE LLP
> 200 South Biscayne Blvd., Suite 4900
> Miami, FL 33131-2352
> Telephone: (305) 371-2700
> Facsimile: (305) 358-5744
>
> Troy M. Yoshino
> Eric J. Knapp
> WINSTON & STRAWN LLP
> 101 California Street, Suite 3500
> San Francisco, CA 94111-5840
> Telephone: (415) 591-1000
> Facsimile: (415) 591-1400
>
> *Attorneys for Defendant*
> *Mercedes-Benz USA, LLC*

On April 27, 2023, plaintiffs filed two notices of appeal with the United States Court of Appeals for the Eleventh Circuit (ECF No. 4621; ECF No. 4622) seeking review of four orders of this Court: (1) a June 21, 2019, order that, in relevant part, dismissed all claims against Daimler AG for lack of personal jurisdiction (ECF No. 3406); (2) a May 6, 2021, order that denied a motion for clarification in which plaintiffs had sought to amend their personal jurisdiction allegations concerning Daimler AG (ECF No. 4039); (3) a November 10, 2022, order that partially granted motions for summary judgment by MBUSA and other defendants and dismissed all claims brought under the laws of 14 specific states (ECF No. 4471); and (4) a March 30, 2023, order that granted plaintiffs' motion for entry of judgment under Federal Rule of Civil Procedure 54(b) in favor of Daimler AG on all claims against it and in favor of MBUSA and other defendants under the same 14 states' laws (ECF No. 4597) (collectively, the "**Orders**").

On April 22, 2024, the Eleventh Circuit dismissed plaintiffs' appeal for lack of jurisdiction, concluding that the Orders were not immediately appealable judgments under Federal Rule of Civil Procedure 54(b), and that plaintiffs had not identified a pressing need for an immediate appeal of the Orders (attached as **Exhibit A**).  The Eleventh Circuit issued its mandate on May 21, 2024 (attached as **Exhibit B**).

1

2

Dated: May 22, 2024

Respectfully submitted,

/s/ *Raoul G. Cantero*
Raoul G. Cantero (Florida Bar No. 552356)
rcantero@whitecase.com
Jaime A. Bianchi (Florida Bar No. 908533)
jbianchi@whitecase.com
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino (*admitted pro hac vice*)
tyoshino@winston.com
Eric Knapp (*admitted pro hac vice*)
eknapp@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

             By: */s/ Raoul G. Cantero*
                Raoul G. Cantero