# EXHIBIT B

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11402

_____

IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION

_____

MICHAEL C. KAUFMAN,
MARY JACKSON ROBINSON,
DIANA MYERS,
CHERYL BUTLER-ADAMS,
DEBRAH HENRY, et al.,

                              Plaintiffs-Appellants,

*versus*

FCA US LLC,
GENERAL MOTORS, LLC,
DAIMLER AG,
MERCEDES-BENZ USA, LLC,
GENERAL MOTORS HOLDING LLC, et al.,

2                                                                                          23-11402

Defendants-Appellees,

INFLATION SYSTEMS INC, et al.,

Defendants.

_____

Appeals from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:15-md-02599-FAM

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 22, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: May 21, 2024