## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## Miami Division

| | |
|---|---|
| IN RE:<br><br>**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to Automotive Recyclers' Cases: | MDL No. 2599<br><br>Master File No. 15-MD-2599-MORENO<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM (Economic Loss Track) |
| BUTLER AUTO RECYCLING, INC., *et al.*, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>HONDA MOTOR CO., LTD., *et al.*,<br><br>Defendants. | |

### STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41

Plaintiff Butler Auto Recycling, Inc. ("Plaintiff") and defendant FCA US LLC ("FCA US") stipulate to a Voluntary Dismissal with Prejudice of Plaintiff's claims. On September 21, 2022, the Court issued an order dismissing Plaintiff's claims for lack of jurisdiction. For the avoidance of doubt, Plaintiff hereby voluntarily dismisses with prejudice all claims by Plaintiff against FCA US in this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to this stipulation, Plaintiff takes nothing from FCA US and the parties agree to bear their own fees and costs incurred in this matter.

Dated: May 29, 2024

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
Matthew P. Weinshall (FBN 84783)
SunTrust International Center
One S.E. Third Ave., Suite 2300
Miami, Florida 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: pprieto@podhurst.com
  apodhurst@podhurst.com
  srosenthal@podhurst.com
  mweinshall@podhurst.com

***Chair Lead Counsel for Plaintiffs***

| | |
|---|---|
| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **SMITH LACIEN LLP**<br>Todd A. Smith<br>tsmith@smithlacien.com<br>70 W Madison St Suite 5770,<br>Chicago, IL 60602<br>(312) 509-8900<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel:  (914) 749-8200<br>Fax: (914) 749-8300<br>Email: dboies@bsfllp.com<br>           mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>James Lee (Fla. Bar No.: 67558)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel:  (305) 539-8400<br>Fax:  (305) 539-1307<br>Email: szack@bsfllp.com<br>           mheise@bsfllp.com<br><br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>Phong-Chau Gia Nguyen<br>pgnguyen@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T:    415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br>*Plaintiffs' Steering Committee* |

| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC** | **BARON & BUDD, PC** |
|---|---|
| James E. Cecchi<br>jcecchi@carellabyrne.com<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>T: 973 994-1700<br>f: 973 994-1744<br><br>*Plaintiffs' Steering Committee* | Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@bardonbudd.com<br>Mark Pifko<br>mpifko@baronbudd.com<br>15910 Ventura Blvd.,<br>Suite 1600<br>Encino, CA 91436<br>T: 818-839-2333<br><br>J. Burton LeBlanc<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>T: 225-761-6463<br><br><br>*Plaintiffs' Steering Committee* |

| | |
|---|---|
| By: /s/ Scott M. Sarason<br>Scott M. Sarason<br>Florida Bar No. 0394718<br>ssarason@rumberger.com<br>RUMBERGER KIRK & CALDWELL<br>Brickell City Tower, Suite 3000<br>80 Southwest 8th Street<br>Miami, Florida 33130<br>Tel: (305) 995-5422<br>Fax: (786) 536-3446 | By: /s/ Daniel T. Graham<br>Daniel T. Graham (*pro hac vice*)<br>dgraham@clarkhill.com<br>Michael P. Croghan (*pro hac vice*)<br>mcroghan@clarkhill.com<br>Jeffrey M. Sniadanko (*pro hac vice*)<br>jsniadanko@clarkhill.com<br>Paul C. Do (*pro hac vice*)<br>pdo@clarkhill.com<br>CLARK HILL PLC<br>130 E. Randolph Street, Suite 3900<br>Chicago, Illinois 60601<br>Tel: (312) 985-5945 (Graham)<br>Fax: (312) 985-5954 (Graham) |

*Attorneys for FCA US LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF and served on all counsel of record via electronic notices generated by CM/ECF on May 29, 2024.

By: /s/ Peter Prieto
Peter Prieto