UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| IN RE:<br><br>**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to Automotive Recyclers' Cases:<br><br>BUTLER AUTO RECYCLING, INC., *et al.*, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>HONDA MOTOR CO., LTD., *et al.*,<br><br>Defendants. | MDL No. 2599<br><br>Master File No. 15-MD-2599-MORENO<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM<br>(Economic Loss Track) |

**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41**

Plaintiff Butler Auto Recycling, Inc. ("Plaintiff") and defendants General Motors Company, General Motors Holdings LLC, and General Motors LLC ("Defendants") stipulate to a Voluntary Dismissal with Prejudice of Plaintiff's claims. On September 21, 2022, the Court issued an order dismissing Plaintiff's claims for lack of jurisdiction. For the avoidance of doubt, Plaintiff hereby voluntarily dismisses with prejudice all claims by Plaintiff against Defendants in this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to this stipulation, Plaintiff takes nothing from Defendants and the parties agree to bear their own fees and costs incurred in this matter.

Dated: May 29, 2024

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
Matthew P. Weinshall (FBN 84783)
SunTrust International Center
One S.E. Third Ave., Suite 2300
Miami, Florida 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: pprieto@podhurst.com
       apodhurst@podhurst.com
       srosenthal@podhurst.com
       mweinshall@podhurst.com

*Chair Lead Counsel for Plaintiffs*

| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **SMITH LACIEN LLP**<br>Todd A. Smith<br>tsmith@smithlacien.com<br>70 W Madison St Suite 5770,<br>Chicago, IL 60602<br>(312) 509-8900<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
|---|---|
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel:  (914) 749-8200<br>Fax: (914) 749-8300<br>Email: dboies@bsfllp.com<br>          mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>James Lee (Fla. Bar No.: 67558)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel:  (305) 539-8400<br>Fax: (305) 539-1307<br>Email: szack@bsfllp.com<br>          mheise@bsfllp.com<br><br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>Phong-Chau Gia Nguyen<br>pgnguyen@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T:    415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br>*Plaintiffs' Steering Committee* |

| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC** <br> James E. Cecchi <br> jcecchi@carellabyrne.com <br> 5 Becker Farm Road <br> Roseland, NJ 07068-1739 <br> T: 973 994-1700 <br> f: 973 994-1744 <br><br> *Plaintiffs' Steering Committee* | **BARON & BUDD, PC** <br> Roland Tellis <br> rtellis@baronbudd.com <br> David Fernandes <br> dfernandes@bardonbudd.com <br> Mark Pifko <br> mpifko@baronbudd.com <br> 15910 Ventura Blvd., <br> Suite 1600 <br> Encino, CA 91436 <br> T: 818-839-2333 <br><br> J. Burton LeBlanc <br> 9015 Bluebonnet Blvd. <br> Baton Rouge, LA 70810 <br> T: 225-761-6463 <br><br> *Plaintiffs' Steering Committee* |
|---|---|

By: */s/ Nadia Abramson*
Renee D. Smith (pro hac vice)
Sam Ikard (pro hac vice)
Nadia Abramson (FL Bar No. 121763)
KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza
Chicago, IL  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email: renee.smith@kirkland.com
sam.ikard@kirkland.com
nadia.abramson@kirkland.com

R. Allan Pixton (pro hac vice)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 North Wacker Dr., Suite 2700
Chicago, IL  60606
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401
Email: allanpixton@quinnemanuel.com

*Attorneys for Defendants General Motors Company, General Motors Holding LLC, and General Motors LLC*

By: */s/ Laurie M. Riley*
Laurie M. Riley, Esq. (FL Bar No. 657751)
Jones Walker LLP
201 South Biscayne Boulevard, Suite 3000
Miami, FL 33131
Telephone: (305) 679-5728
Facsimile: (305) 679-5710
Email: lriley@joneswalker.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF and served on all counsel of record via electronic notices generated by CM/ECF on May 29, 2024.

By: */s/ Peter Prieto*
Peter Prieto