UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Master File No.: 15-MD-02599-MORENO

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ECONOMIC LOSS TRACK CASES
AGAINST MERCEDES-BENZ USA, LLC

## ORDER SETTING BRIEFING DEADLINES FOLLOWING ORAL ARGUMENT

THIS CAUSE came before the Court during Oral Argument on **May 29, 2024**.

THE COURT has considered the pertinent potions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Plaintiffs have until **June 14, 2024, at 2:00 P.M. EST.** to submit supplemental briefing responding to new items addressed in Court.  It is further

**ADJUDGED** that Defendant's Motion for Summary Judgment is due **July 12, 2024, at 2:00 P.M. EST.**  Plaintiffs' responses are due **August 2, 2024, at 2:00 P.M. EST**.  Replies are due **August 9, 2024, at 2:00 P.M. EST**.

DONE AND ORDERED in Open Court in Miami, Florida, this __29th__ day of May 2024.

*Federico A. Moreno*
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record