# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HONORABLE___**FEDERICO A. MORENO**_____ Presiding

Case No. ___15-2599-MD-MORENO_____ Date: __May 29, 2024_____

Clerk: _____**Iris Alexander**_____ Reporter: ___**Gilda Pastor-Hernandez**___

**RE: Takata Airbag Products Liability Litigation**

Reason for hearing:__**Motion Hearing**_____

TIME:  2 hours and 10 minutes