UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Master File No.: 15-MD-02599-MORENO

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

AUTOMOTIVE RECYCLERS' CASES:

---

BUTLER AUTO RECYCLING, INC., *et al.,*
*individually and on behalf of all others similarly situated,*

         Plaintiff,

         v.

HONDA MOTOR CO., LTD., *et al.*,

         Defendants.

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff Butler Auto Recycling, Inc.'s Stipulations of Dismissal under Fed. R. Civ. P. 41 **(D.E. 4783, 4784, and 4787)**, filed on **May 29, 2024, and May 31, 2024.**

THE COURT has considered the notices and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that the Causes related to the automotive recyclers' cases are **DISMISSED** with prejudice as to FCA US LLC, General Motors, and Mercedes-Benz USA, LLC, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court reserves

jurisdiction for six months to enforce the terms of the settlement. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th of June 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record