# EXHIBIT 1

Theresa Radican
September 17, 2020

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                     MIAMI DIVISION
                        MDL No. 2599
 3           Master File No. 15-MD-02599-FAM
           S.D. Fla. Case No. 14-CV-24009-FAM
 4
     IN RE TAKATA AIRBAG PRODUCTS
 5   LIABILITY LITIGATION

 6   THIS DOCUMENT RELATES TO:
     ECONOMIC LOSS TRACK CASES
 7
     and
 8
     STEPHANIE PUHALLA, et al.,
 9   individually and on behalf of
     all others similarly situated,
10
                      Plaintiffs,
11   vs.

12   VOLKSWAGEN AKTIENGESELLSCHAFT,
     VOLKSWAGEN GROUP OF AMERICA,
13   AUDI AKTIENGESELLSCHAFT, AUDI OF
     AMERICA, LLC MERCEDES-BENZ USA,
14   LLC, and DAIMLER AG,

15                    Defendants.
     _____/
16

17

18        REMOTE VIDEOTAPED DEPOSITION OF

19          THERESA MARIE FUSCO RADICAN

20   APPEARING REMOTELY FROM MARTIN COUNTY, FLORIDA

21              Pages 1 through 197

22          Thursday, September 17, 2020
                10:01 a.m. - 3:56 p.m.
23          Stenographically Reported By:
            Denise Sankary, RPR, RMR, CRR
24
     APPEARING REMOTELY FROM PINELLAS COUNTY, FLORIDA
25
```

U.S. LEGAL SUPPORT
www.uslegalsupport.com

Theresa Radican
September 17, 2020                                              61

1      BY MS. DAKER:
2          Q.   Okay.  And why did you -- I'm sorry.  Go
3      ahead.
4          A.   No.  That -- that was the reason why we --
5      we were ready for another car to have here in
6      Florida, and that was the one that we decided to
7      have here.
8          Q.   Okay.  And why did you want a Mercedes?
9          A.   Well, it has a good -- very good
10     reputation, and I was happy with the other two that
11     I had purchased.
12         Q.   Did you or your husband do any research
13     online about the car before you went to the
14     dealership?
15         A.   No.
16         Q.   You were -- how were you familiar with
17     this car before you went to the dealership, if you
18     were?
19         A.   Well, I had a C280, so I pretty much knew
20     what the car was.  And the reason we bought a 2008
21     was because that was the year that they changed the
22     design, and I liked the design much better than the
23     previous one.
24         Q.   Did you -- did you or your husband review
25     any marketing materials or advertisements for this

1   car before you bought it?
2        A.   No.
3        Q.   Okay.  And back to the -- the purchase
4   agreement, the document we marked as Exhibit 6, it
5   says there was a $5,000 deposit.  Was the car
6   financed or no?
7        A.   No.  I -- I don't -- I don't know if it
8   was financed or not.
9        Q.   Okay.  Well, if you look -- let's see.  If
10  you look --
11       A.   It doesn't say so on here.
12       Q.   Do you see below where it says, "Cash
13  Deposit," it says, "Trade-in Allowance," and there's
14  11,000 there.
15       A.   Yes.
16       Q.   That was the Subaru we talked about
17  earlier?
18       A.   Yes.
19       Q.   Okay.  And you see where Number 9, a
20  couple lines below there, it says, "Cash due on
21  delivery, 25,200," and I can't tell whether that's
22  an 8 or 9, but -- and 20 cents.
23            Do you see that?
24       A.   Yes, I do.
25       Q.   And then for 10, do you see where it says,

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF MARTIN

      I, the undersigned authority, certify that THERESA MARIE FUSCO RADICAN appeared remotely before me and was duly sworn on the 17th day of September, 2020.

      Signed this 28th day of September, 2020.

*Denise Sankary*
_____
DENISE SANKARY, RPR, RMR, CRR
Notary Public, State of Florida
My Commission No. GG 944837
Expires: 1/27/24

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF PINELLAS

       I, DENISE SANKARY, Registered Merit Reporter, do hereby certify that I was authorized to and did stenographically report the foregoing videotaped deposition of THERESA MARIE FUSCO RADICAN; pages 1 through 195; that a review of the transcript was not requested; and that the transcript is a true record of my stenographic notes.

       I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

       Dated this 28th day of September, 2020.

       _____
       DENISE SANKARY, RPR, RMR, CRR