# EXHIBIT 2

```
 1
                      UNITED STATES DISTRICT COURT
 2                    SOUTHERN DISTRICT OF FLORIDA
                             Miami Division
 3

 4    IN RE:  TAKATA AIRBAG PRODUCTS    MDL No. 2599
      LIABILITY LITIGATION              Master File No.
 5                                      15-MD-02599-FAM
      THIS DOCUMENT RELATES TO:         S.D. Fla. Case No.
 6    ECONOMIC LOSS TRACK CASES         14-CV-24009-FAM

 7    and

 8    STEPHANIE PUHALLA, et al.,
      individually and on behalf of
 9    all others similarly situated,

10                          Plaintiffs,

11    vs.

12    VOLKSWAGEN AKTIENGESELLSCHAFT,
      VOLKSWAGEN GROUP OF AMERICA,
13    AUDI AKTIENGESELLSCHAFT, AUDI
      OF AMERICA, LLC, MERCEDES-BENZ
14    USA, LLC, and DAIMLER AG,

15                          Defendants.

16    _____

17

18    REMOTE VIDEOTAPED            CHARLES F. HUDSON
      DEPOSITION OF:
19
      DATE TAKEN:                  October 14, 2020
20
      TIME:                        9:30 a.m. to 4:29 p.m.
21
      PLACE:                       Witness appeared remotely from
22                                 Oakland County, Michigan

23    BEHALF OF:                   The Defendant(s)

24    REPORTER:                    Michelle R. Hordinski, RMR,
                                   CRR, appearing remotely from
25                                 Lee County, Florida
```

```
                         Charles Hudson
                       October 14, 2020                          55

1        A.    I'm sorry.  I missed that.
2        Q.    Did you look into repair rates for the
3  vehicles?
4        A.    Repairing?
5        Q.    Repair rates.
6        A.    Rates of repair?
7        Q.    Yes.
8        A.    No.
9        Q.    Did you look at Consumer Reports?
10       A.    Not that I remember, no.
11       Q.    Did you research the vehicles on any
12 government websites?
13       A.    No.
14       Q.    Did you review any marketing material or
15 advertisements?
16       A.    Yes.
17       Q.    Could you describe those for me, please?
18       A.    I'm sorry.  You're kind of breaking up a
19 little.
20       Q.    Can you -- what type of marketing materials --
21 sorry -- or advertisements did you review with respect
22 to the Mercedes-Benz vehicle?
23       A.    There was a typical marketing pamphlet from
24 the dealer that Kimberly gave us.
25       Q.    Did you keep the marketing pamphlet?
```

Charles Hudson
October 14, 2020                                                56

1    A.   Yeah.
2    Q.   Other than the marketing pamphlet, did you
3    review any other marketing or advertising materials for
4    the Mercedes-Benz?
5    A.   Not that I recall.
6    Q.   All right.  I'm going to mark something as an
7    exhibit, so it'll just take a moment.
8         (Exhibit 5 was marked for identification.)
9    BY MS. SULLIVAN:
10   Q.   All right, Mr. Hudson.  I've marked as
11   Exhibit 5 to your deposition your document production in
12   this case and specifically pulled up the first page onto
13   my screen.
14        MS. DALEY:  Seara, I'm just going to object.
15   These are all sideways.  Can you rotate them so he
16   can look at them if you're going to ask him
17   questions about these documents?  I don't know if
18   you can make your screen any bigger.  I mean, I
19   can't -- I can't even read the print on this.
20        I don't know what you're planning on asking,
21   but, I mean, they're all sideways, too.
22        MS. SULLIVAN:  Yeah.  Not all of the documents
23   are sideways.  This first page is.  That's correct.
24        I'm not asking anything specific.  How about I
25   ask him my questions and you can go from there if

CERTIFICATE OF REPORTER

STATE OF FLORIDA           )

COUNTY OF LEE              )

      I, Michelle R. Hordinski, Registered Merit Reporter and Certified Realtime Reporter, do hereby certify that I was authorized to and did stenographically report and electronically record the remote deposition of CHARLES F. HUDSON; that a review of the transcript was requested; and that the foregoing transcript, consisting of pages 1 to 170 inclusive, is a true record of the testimony given by the witness.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in this action.

      Dated October 19, 2020.


................................
Michelle R. Hordinski, RMR, CRR

CERTIFICATE OF OATH

STATE OF FLORIDA              )

COUNTY OF LEE                 )

    I, the undersigned authority, certify that CHARLES F. HUDSON personally appeared before me on the 14th of October, 2020 and was duly sworn.

    WITNESS my hand and official seal October 19, 2020.

..............................
Michelle R. Hordinski, RMR, CRR
Notary Public, State of Florida
Commission #GG 196403
Expires 6-5-22