# EXHIBIT D

## DECLARATION OF MICHAEL R. WADE

I, Michael R. Wade, hereby declare:

1. I am over the age of 21 and have personal knowledge of the facts set forth herein. I make this declaration in accordance with 28 U.S.C. § 1746, for use in the MDL Plaintiffs' response to Veristar, LLC's Application for Payment of Fees and Expenses.

2. I worked as the Chief Technology Officer ("CTO") and Executive Vice President at Planet Data Solutions, Inc. from approximately August 2008 through November 2020.

3. In 2018, Planet Data began negotiating with counsel representing Plaintiffs in the Takata MDL ("Takata MDL Counsel") regarding a protocol for accessing a large amount of unprocessed data then possessed by the bankrupt Takata entities (the "Unprocessed Takata Data"). As Planet Data's CTO, I was familiar with these negotiations and the technical aspects of the protocol.

4. In general, the protocol called for the bankrupt Takata entities to transfer to Planet Data hard drives containing the Unprocessed Takata Data, after which parties to the Takata litigation could submit requests to Planet Data ("Requesting Parties"), through a "Statement of Work" form, for specified subsets of the Unprocessed Takata Data to be processed, produced, and stored on Planet Data's Exego platform. Due to the large volume of data, Planet Data pre-processed the full data set and stored it in the Exego platform so that Planet Data would be able to quickly respond to requests for data from the parties on a timely basis.

5. To the best of my recollection Planet Data agreed to accept an initial payment from the bankrupt Takata entities and then subsequent payments from Requesting Parties for the subsets of data that they requested, according to the terms set forth in the Statement of Work, as compensation for its services with respect to the Takata Data.

6. Planet Data's compensation was directly linked to the actual data that the parties specifically requested. The Statement of Work detailed the data storage client searchable dataset and the associated costs for producing that data. I am not aware of any charges for storage that were ever made to the MDL or parties for the general storage of data beyond what is outlined in the Statement of Work.

I declare and certify under penalty of perjury that the foregoing is true and correct to the best of my recollection.

Dated: June 02, 2024

Michael R. Wade