UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No.: 15-MD-02599-MORENO
S.D. Fla. Case No. 15-cv-20664-MORENO
S.D. Fla. Case No. 14-cv-MORENO

| | |
|---|---|
| In re | ) |
| | ) |
| **TAKATA AIRBAG PRODUCT LIABILITY LITIGATION** | ) ) ) |
| | ) |
| | ) |
| | ) |
| _____ | ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL CASES | ) ) ) ) |

### NOTICE OF WITHDRAWAL

Veristar LLC ("Veristar") hereby gives notice that it is withdrawing (D.N. 4790), its Motion for Application for Payment of Fees without prejudice to its ability to file an amended Application.

HINSHAW & CULBERTSON LLP

/s/ Siobhan E. P. Grant
**SIOBHAN E. P. GRANT**
Florida Bar No. 68892
Primary: sgrant@hinshawlaw.com
Secondary: lleon@hinshawlaw.com
kcongdon@hinshawlaw.com
Hinshaw & Culbertson
2811 Ponce de Leon Blvd.
Suite 1000, 10th Floor
Coral Gables, FL 33134
Tel: 305-358-7747 / Fax: 305-577-1063
*Attorneys for Veristar, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*Siobhan E. P. Grant*
Siobhan E. P. Grant
Florida Bar No. 68892
sgrant@hinshawlaw.com