# EXHIBIT 1

07/10/2024 Declaration of Christopher Freeman

FCA US LLC'S RULE 56.1 STATEMENT OF MATERIAL FACTS FOR MOTION FOR SUMMARY JUDGMENT AGAINST ALL ECONOMIC LOSS PLAINTIFFS IN GEORGIA AND NORTH CAROLINA AND UNDER THE LAWS OF COLORADO, UTAH, WEST VIRGINIA AND WISCONSIN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# Miami Division

| | |
|---|---|
| IN RE:<br><br>**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION** | MDL No. 2599 |
| THIS DOCUMENT RELATES TO ALL ECONOMIC LOSS TRACK CASES and:<br><br>BRIDGET BOYD, et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>      Defendant. | Master File No. 15-MD-2599-MORENO<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM<br>(Economic Loss Track) |

## DECLARATION OF CHRISTOPHER FREEMAN

I, CHRISTOPHER FREEMAN, being duly sworn hereby deposes and states the following:

1. My name is Christopher Freeman. I am over the age of 18.

2. I make this declaration of my own personal knowledge and if called to testify in Court on these matters, I could do so competently.

3. I am employed as the Director of Government Investigations and Advocacy with FCA US LLC ("FCA"). I have been employed in this position for one year. Prior to that, I was employed for six years as Campaign Responsible Manager at FCA. In both positions, my responsibilities have included the Takata recall campaigns, including managing a team of people dedicated to maximizing completion rates for FCA's Takata-related recalls, which includes notifying vehicle owners that their vehicle is subject to a safety recall.

4. Having served in these roles at FCA, I am knowledgeable of FCA's methods of communicating with vehicle owners regarding safety recalls, including the initial letters FCA mails

to vehicle owners to notify them of the safety recall affecting their vehicle, and of the availability of a repair.

### Inflator Ruptures

5. As of the date of this declaration, FCA is not aware of any inflator rupture in a Takata air bag recall replacement inflator in any Chrysler or FCA vehicle.

### Recall Completion

6. As of July 5, 2024, FCA's completion rate is 93.0% of the Takata airbags with the total population of 10,984,858 inflators in FCA vehicles.

Pursuant to 28 USC § 1746, 1 declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2024            By: *CFreeman*

                                _____
                                Christopher Freeman