**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION** | MDL No. 2599 |
| This Document Relates to All Economic Loss Class Actions and: | Master File No. 15-MD-2599-FAM |
| | S.D. Fla. Case No. 1:14-cv-24009-FAM |
| STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |

**DECLARATION OF RAOUL G. CANTERO IN SUPPORT OF DEFENDANT MERCEDES-BENZ, USA LLC'S MOTION FOR SUMMARY JUDGMENT**

I, RAOUL G. CANTERO, declare as follows:

1. I am an attorney admitted to practice in this Court. I am a partner at the law firm of White & Case LLP, counsel of record for Defendant Mercedes-Benz USA, LLC in the above-entitled action. Based on personal knowledge of the matters stated herein, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Deposition Transcript (excerpts) of Mark Aikman dated November 7, 2019 |
| Exhibit 2 | Deposition Transcript (excerpts) of Thomas Brunner dated September 24, 2020 |
| Exhibit 3 | Report of Mark Warner dated October 31, 2021 |
| Exhibit 4 | Deposition Transcript (excerpts) of David Tait dated July 29, 2021 |
| Exhibit 5 | MBUSA's Responses and Objections to Plaintiffs' Interrogatories Numbers 1–2, 5, 8–12 dated November 19, 2018 |
| Exhibit 6 | Deposition Transcript (excerpts) of Greg Gunther dated July 28, 2021 |

1

| | |
|---|---|
| Exhibit 7 | MBUSA's Responses and Objections to Plaintiffs' Interrogatories Numbers 3, 4,6, 7, 13, 14, and 15 dated January 3, 2019 |
| Exhibit 8 | Deposition Transcript (excerpts) of Timothy Lowery dated February 3, 2021 |
| Exhibit 9 | Deposition Transcript (excerpts) of Bibi Analil dated September 23, 2020 |
| Exhibit 10 | Declaration of Thomas Brunner dated April 19, 2022 |
| Exhibit 11 | Declaration of Thomas Brunner dated March 14, 2022 |
| Exhibit 12 | Radican's Responses and Objections to MBUSA's Interrogatories dated February 5, 2019 |
| Exhibit 13 | Declaration of Theresa Radican dated September 17, 2020 |
| Exhibit 14 | Radican's Responses and Objections to MBUSA's Requests for Admission dated February 5, 2019 |
| Exhibit 15 | Radican's Responses and Objections to MBUSA's Requests for Production dated February 5, 2019 |
| Exhibit 16 | Bridges' Responses and Objections to MBUSA's Interrogatories dated March 1, 2019 |
| Exhibit 17 | Deposition of Daphne Bridges dated October 22, 2020 |
| Exhibit 18 | Bridges' Responses and Objections to MBUSA's Requests for Admission dated February 5, 2019 |
| Exhibit 19 | Phillips' Responses and Objections to MBUSA's Interrogatories dated January 22, 2019 |
| Exhibit 20 | Deposition of John Phillips dated September 11, 2020 |
| Exhibit 21 | Phillips' Responses and Objections to MBUSA's Requests for Admission dated January 22, 2019 |
| Exhibit 22 | Notice of Deposition of Nancy Phillips dated August 10, 2020 |
| Exhibit 23 | Knapp's Responses and Objections to MBUSA's Interrogatories dated March 1, 2019 |
| Exhibit 24 | Deposition of Susan Terry Knapp dated September 18, 2020 |
| Exhibit 25 | Deposition of William Goldberg dated September 23, 2020 |
| Exhibit 26 | Goldberg's Responses and Objections to MBUSA's Interrogatories dated March 1, 2019 |
| Exhibit 27 | Goldberg's Responses and Objections to MBUSA's Requests for Admission dated March 1, 2019 |
| Exhibit 28 | GOLDBERG_000044 |
| Exhibit 29 | Taylor's Responses and Objections to MBUSA's Interrogatories dated February 5, 2019 |
| Exhibit 30 | Deposition of Bettie Taylor dated September 14, 2020 |
| Exhibit 31 | TAYLOR_000024 |
| Exhibit 32 | Taylor's Responses and Objections to MBUSA's Requests for Admission dated February 5, 2019 |
| Exhibit 33 | TAYLOR_000005 |
| Exhibit 34 | Calhoun's Responses and Objections to MBUSA's Interrogatories dated January 22, 2019 |
| Exhibit 35 | Deposition of Paulette Calhoun dated September 24, 2020 |
| Exhibit 36 | CALHOUN_000010 |
| Exhibit 37 | CALHOUN_000052 |

| Exhibit 38 | Calhoun's Responses and Objections to MBUSA's Requests for Admission dated January 22, 2019 |
|---|---|
| Exhibit 39 | Deposition Transcript (excerpts) of James Baglini dated October 8, 2021 |
| Exhibit 40 | Deposition Transcript (excerpts) of Robert Renz dated October 11, 2021 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and cored.  Executed this 12th day of July 2024 at Miami Florida.

*/s/ Raoul G. Cantero*
Raoul G. Cantero

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:  */s/ Raoul G. Cantero*
       Raoul G. Cantero