# Exhibit 1

CONFIDENTIAL

Page 1

1           UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
2
                    MDL No. 2599
3         Master File No. 15-2599-MD-MORENO
4
5    IN RE:
6    TAKATA AIRBAG PRODUCTS
     LIABILITY LITIGATION,
7    _____
8
     THIS DOCUMENT RELATED TO
9    ALL CASES,
10   _____
11
12
               VIDEO 30(b)(6) DEPOSITION OF
13                MERCEDES-BENZ USA, LLC
                         THROUGH
14                MARK DANIEL AIKMAN
15
16
17              November 7, 2019
18                 9:08 a.m.
19
20
21                 Suite 1700
              1230 Peachtree Street, NE
22                Atlanta, Georgia
23
24
25        S. Julie Friedman, CCR-B-1476

CONFIDENTIAL

Page 14
1  employee, correct?
2     A.   Correct.
3     Q.   And Mr. Coratekin, did you say?
4     A.   Correct.
5     Q.   Also a MBUSA employee?
6     A.   Correct.
7     Q.   Did I miss it?  Was there anyone else that
8  you met with?
9     A.   Dara.
10    Q.   Other than your -- Other than your
11 counsel.
12    A.   Yeah.  Yeah.  None that was --
13    Q.   And what sort of information did you
14 gather from Mr. Brunner?
15    A.   I --
16         MR. KNAPP:  Just going to object.  Let me
17 make a quick object.
18         Object to form and overbroad, too.
19         Go ahead.
20         THE WITNESS:  I asked him about Takata.
21    Q.   (By Mr. Miner)  What -- What in
22 particular did you ask him about Takata?
23    A.   Just confirming knowledge of vehicles are
24 manufactured, designed, engineered by Daimler; and
25 MBUSA is responsible -- is not responsible for -- for

Page 15
1  those components of it.
2         I asked about if MBUSA has any contact
3  with Takata, only to find that we only have contact
4  with them in the disposal of airbags, which is a
5  program that Takata offers to all manufacturers in
6  the U.S.
7         And then I believe those are the major
8  topics.
9     Q.   Okay.  And since we're -- Let's make sure
10 using some common terminology.  I think both you and
11 I have referred to MBUSA.  Whenever we use that
12 during this deposition, we can both understand
13 that that refers to Mercedes-Benz USA, LLC, the
14 Delaware limited liability company, correct?
15    A.   Correct.
16    Q.   And you referred to Daimler.  And I assume
17 when you refer to Daimler, you'll be referring to
18 Daimler AG --
19    A.   Correct.
20    Q.   -- the ultimate parent corporation of
21 MBUSA?
22    A.   Correct.
23    Q.   Okay.  And Mr. Brunner told you that you
24 do have contact with Takata regarding disposal of
25 airbags.  Is that in connection with the recalls or

Page 16
1  field service actions that have gone on since the
2  Takata airbag inflators have been recalled?
3     A.   Correct.  That is what he confirmed.
4  After the airbag recall, the only contact that we
5  have with Takata from a MBUSA perspective is a
6  disposal program that Takata offers to all
7  manufacturers on how to dispose of airbags.
8     Q.   Did you receive any documents from Mr.
9  Brunner?
10    A.   I did not.
11    Q.   And you also spoke to Mr. Coratekin, who I
12 think you said was in parts logistics; is that
13 correct?
14    A.   Correct.
15    Q.   What did talk to Mr. Coratekin about?
16    A.   Just about who -- the structure of that
17 department over years, who the general manager
18 predecessors of Turan Coratekin were.
19    Q.   Okay.  So when we get to looking at the
20 organizational charts that MBUSA has provided, are
21 these individuals who won't appear on the charts
22 because they predate whoever the -- whoever currently
23 fills that position?
24    A.   Correct.
25    Q.   All right.  Well, we'll get to that

Page 17
1  when we -- when we get to the organizational charts.
2         Did you gather any other information from
3  Mr. Coratekin?
4     A.   Yes.
5     Q.   What else?
6     A.   Just who is responsible for ordering
7  replacement parts, so in particular for this, who
8  orders replacement parts from Daimler.
9     Q.   Okay.  And who is it?
10    A.   It's the -- It's Lawrence DuPreez, and it
11 is the supply chain management team.
12    Q.   And when you're talking about ordering
13 replacement parts, you're talking about replacement
14 parts to replace the Takata inflators that have been
15 subject to the -- the recalls?
16    A.   Correct.
17    Q.   We'll -- We'll get it to more when we get
18 to that topic.
19         But who's -- who is -- Who's making the
20 replacement inflators that MBUSA is having
21 replaced -- is using to replace the Takata inflators?
22         MR. KNAPP:  Object to form.  That's beyond
23    the scope of this notice.
24         In his personal capacity only, if you
25    know.

Veritext Legal Solutions
800-726-7007                                                                  305-376-8800

Page 18

```
 1        THE WITNESS:  Yeah.  I guess I'm not sure
 2    who makes the replacement inflators, but we
 3    would order those parts from Daimler.
 4    Q.   (By Mr. Miner) Other that Mr. Brunner and
 5  Mr. Coratekin, anyone else within MBUSA that you
 6  spoke to, to get prepared for this deposition?
 7    A.   Audra --
 8    Q.   And --
 9    A.   -- and Mark.
10    Q.   -- other than your legal counsel?
11    A.   Yeah.
12    Q.   Nobody else?
13    A.   That was it.
14    Q.   Did you speak to anyone at Daimler?
15    A.   No.
16    Q.   And I think you said you looked at some
17  documents --
18    A.   Correct.
19    Q.   -- correct?
20         What documents did you look at?
21    A.   There's the deposition notice that was
22  sent.
23    Q.   Anything else?
24    A.   That's all that I can recall.
25    Q.   Did you look at the org -- organizational
```

Page 19

```
 1  charts?
 2    A.   No.
 3    Q.   And how many times did you meet with your
 4  counsel to get prepared?
 5    A.   Maybe five or six times.
 6    Q.   Okay.  Over what period of time?
 7    A.   Over the past six weeks.
 8    Q.   And --  And I'm not interested and won't
 9  ask you anything about what you discussed with your
10  counsel.  But can you let me know approximately how
11  long total you spent meeting with them to prepare for
12  this deposition.
13    A.   Maybe --  Between five and ten hours.
14         MR. MINER:  And let's mark as Exhibit 1
15    the notice of deposition that you referred to.
16    I'm sorry.
17         THE COURT REPORTER:  You need a stapler?
18         MR. MINER:  Yeah.  That'd be great.
19         THE COURT REPORTER:  Hold on for a second.
20         MR. MINER:  Do y'all need copies?
21    Unfortunately, I don't seem to have stapled
22    copies, so I wasn't --
23         MR. KNAPP:  We're good.
24         MR. MINER:  I figured you would have this
25    one.
```

Page 20

```
 1         (Plaintiff's Exhibit 1 was marked for
 2    identification.)
 3         MR. KNAPP:  Can I enter this now, Curt,
 4    unless you want to do some preparatory.
 5         MR. MINER:  Yeah.
 6         MR. KNAPP:  Sure.
 7    Q.   (By Mr. Miner) Exhibit 1 that I've handed
 8  you the notice of Rule 30(b)(6) deposition for
 9  Mercedes-Benz US, (sic) LLC, that's the -- the
10  document you've reviewed before as part of your
11  preparation to testify here today, correct?
12    A.   Yes.
13    Q.   And you reviewed each of the topics under
14  the -- the subject topics?
15    A.   Correct.
16    Q.   And you -- you've been authorized by MBUSA
17  to testify on its behalf on each of these topics,
18  subject to MBUSA's objections, which we'll mark as an
19  exhibit as well?
20    A.   Yes.
21         MR. MINER:  Okay.  Why don't we just mark
22    as Exhibit 2 then, MBUSA's objections.
23         MR. KNAPP:  Thank you.
24         THE COURT REPORTER:  You're welcome.
25  ///
```

Page 21

```
 1         (Plaintiff's Exhibit 2 was marked for
 2    identification.)
 3    Q.   (By Mr. Miner) All right.  So let's start
 4  with -- by talking about MBUSA's corporate structure.
 5         MBUSA is a Delaware limited liability
 6  company, correct?
 7    A.   Correct.
 8    Q.   And who or what is its parent corporation?
 9    A.   It's Daimler North American Corporation,
10  DNAC.
11    Q.   Okay.  And does DNAC, in turn, have a
12  parent corporation?
13    A.   Yes.
14    Q.   And what is that?
15    A.   It's Daimler.
16    Q.   Daimler AG, the German --
17    A.   Yes.
18    Q.   -- corporate -- German Aktiengesellschaft?
19         MR. MINER:  We'll give you the spelling
20    later, a common spelling.
21    Q.   (By Mr. Miner) Does DNAC have any
22  business function, or is it essentially just a -- a
23  holding company for MBUSA?
24         MR. KNAPP:  Object to form.
25         THE WITNESS:  I'm --  I'm not aware.
```

Page 22

1  Q.  (By Mr. Miner) Does DNAC have any
2 employees?
3  A.  I'm not aware.
4  Q.  Do you know whether DNAC has any other
5 subsidiaries?
6  A.  I'm not aware.
7  Q.  Does MBUSA have any subsidiaries?
8  A.  Yes.
9  Q.  And what are they?
10  A.  Daimler Vans, and Mercedes-Benz Manhattan.
11  Q.  Mercedes-Benz Manhattan is the one
12 dealership that MBUSA directly owns, correct?
13  A.  Correct.  It's --
14  Q.  And --
15  A.  -- a legacy.
16  Q.  What does Daimler Vans do?
17  A.  They're responsible for Freightliner
18 commercial vehicles.
19  Q.  All right.  Does MBUSA have any affiliates
20 in the United States?
21      MR. KNAPP:  Object to form.
22      THE WITNESS:  I'm not sure.
23  Q.  (By Mr. Miner) And how long has the
24 entity MBUSA been in existence?
25  A.  I'm not sure.

Page 23

1  Q.  All right.  So the timeframe that this
2 deposition's going to cover is from January 2003 to
3 the present, so I want to get an understanding of
4 whether there's been any changes in the corporate
5 structure over that time period.
6      Has MBUSA existed since January 2003?
7  A.  To the best of my knowledge, yes.
8  Q.  Has it ever had a different parent
9 corporation --
10  A.  Not --
11  Q.  -- during that timeframe?
12  A.  I'm not aware.  I'm not sure.
13  Q.  Has it ever had any different or other
14 subsidiaries other than Daimler Vans and the
15 Manhattan dealership during that timeframe?
16  A.  I'm not sure.
17  Q.  Now you're familiar with what Daimler
18 Chrysler, LLC was, correct?
19  A.  I -- I've heard of it.  I don't know the
20 structure of it.
21  Q.  All right.  Well, Daimler -- Daimler
22 Chrysler existed from 1998 to some point in time in
23 2007, correct?
24      MR. KNAPP:  Object to form.
25      THE WITNESS:  I -- I'm not sure.

Page 24

1  Q.  (By Mr. Miner) Do you know how Daimler
2 Chrysler fit into the MBUSA corporate structure?
3  A.  I do not.
4  Q.  Did MBUSA have any ownership interest in
5 Daimler Chrysler?
6  A.  I don't know.
7  Q.  Or if we looked at a -- a corporate org
8 chart or a corporate tree of the Daimler group, did
9 Daimler Chrysler fall under MBUSA or did it fall
10 directly under Daimler AG?
11  A.  I'm not sure.
12  Q.  Can you give me a general description of
13 what MBUSA's business is.
14  A.  Yeah.  It's the sales, marketing, and
15 distribution of Mercedes-Benz vehicles in the U.S.
16  Q.  I'd like to get an understanding of where
17 it's physical locations are.  Its headquarters is
18 currently located in a suburb of Atlanta, Georgia,
19 correct?
20  A.  Correct.  In Sandy Springs.
21  Q.  Sandy Springs.  And up until, is it, 2015
22 its headquarters with were in Montvale, New Jersey?
23  A.  Correct.
24  Q.  Does it still have any physical plant or
25 physical location in -- in New Jersey, or has it all

Page 25

1 been moved to Sandy Springs?
2  A.  So the headquarters building, not a plant
3 in Montvale has transitioned from Montvale.  Part of
4 that headquarters facility moved here to Sandy
5 Springs.  Part of that headquarters facility moved to
6 Jacksonville, Florida, where we also have an
7 operation facilities.
8      And then we still have a regional office
9 in Montvale, New -- New Jersey.  Our northeast region
10 is located in Montvale still.
11  Q.  When you first started with MBUSA, were
12 you working in Montvale, New Jersey?
13  A.  Yes.
14  Q.  You work in Sandy Springs, Georgia now?
15  A.  Yes.
16  Q.  Can you give me an understanding of what
17 responsibilities are still handled by the Montvale,
18 New Jersey office as opposed to what's handled by the
19 headquarters in Sandy Springs?
20  A.  Montvale, New Jersey is our northeast
21 region, so they work specifically with the northeast
22 dealers.
23  Q.  What states would that cover?
24  A.  From Washington, D.C. to Maine and
25 probably as far west as Pennsylvania.

Page 70

1  Q. If it's helpful to you, I'll tell you
2  which one, I'm going to -- you know, the order I'm
3  going to do them in; but I'm going to start with
4  small Roman numeral vii.
5      Does any part of MBUSA have any
6  involvement in the design and development process for
7  airbag inflators for Mercedes-Benz vehicles?
8  A. No. All that's done by Daimler.
9  Q. Are there any individuals who are employed
10 by MBUSA who have any involvement in the design and
11 development process for airbag inflators?
12 A. No. All that's done by Daimler.
13 Q. And how is it that you know all that is
14 done by Daimler?
15 A. 'Cause MBUSA is just a sales, marketing,
16 and distribution arm. I mean, that's what we do.
17 Q. And the scope of this deposition covers
18 January 2003 to the present, so I want to make sure
19 we go back a little to fit in time and history.
20     At any point in time since January of 2003
21 to the present, has MBUSA had any involvement in the
22 design and development process for airbag inflators?
23 A. No.
24 Q. And at any point in time from 2003 to the
25 present, have any individuals employed by MBUSA had

Page 71

1  any involvement in the design and development process
2  for airbag inflators?
3  A. No.
4  Q. And I have a sort -- sort of slightly
5  different line of questioning for you --
6  A. Sure.
7  Q. -- about the relationship between MBUSA
8  and -- and Daimler.
9  A. All right.
10 Q. Is there any part of MBUSA that is
11 involved in communications with Daimler regarding the
12 design and development process for airbag inflators?
13 A. Not that I'm aware of.
14 Q. And I want to make sure you --
15 A. Yeah.
16 Q. -- understood my question.
17 A. Yeah.
18 Q. You've -- You've told me.
19 A. Yeah.
20 Q. And I understand your answers.
21 A. Yeah.
22 Q. Like MBUSA and no individuals --
23 A. Yeah.
24 Q. -- employed by MBUSA have any involvement
25 in that.

Page 72

1  A. Correct.
2  Q. What I'm trying to make sure we're clear
3  on is whether MBUSA or any individuals by -- at MBUSA
4  have any communications with Daimler about that
5  subject matter.
6      You understand my question?
7  A. Yes. Yeah.
8  Q. So had -- Are any individuals who have
9  been employed by MBUSA from 2003 to the present have
10 any involvement in communications with Daimler
11 regarding the design and development process for
12 airbag inflators?
13 A. Not that I'm aware of.
14 Q. And to be clear, this is an area where you
15 are testifying in your capacity as a corporate
16 representative.
17 A. Yeah.
18 Q. You've done whatever --
19 A. Yes.
20 Q. -- MBUSA feels is necessary to confirm the
21 accuracy of these answers, correct?
22 A. Correct.
23 Q. All right. Take a look at Topic 1. You
24 see small Roman numeral i)?
25 A. Yes.

Page 73

1  Q. I'm going to have the same sort of series
2  of questions for you.
3  A. Sure.
4  Q. Has any part of MBUSA had any involvement
5  in the purchasing of Takata inflators?
6  A. No.
7  Q. Have any individuals employed by MBUSA had
8  any involvement in the purchasing of Takata
9  inflators?
10 A. No.
11 Q. That's all done by Daimler AG as well?
12 A. Correct.
13 Q. And I want to make sure we've covered the
14 historical period.
15     At any point in time from January 2003 to
16 the present, has any part of MBUSA had any
17 involvement in the purchasing of Takata inflators?
18 A. No.
19 Q. From 2000 and -- January of 2003 to the
20 present, have any individuals employed by MBUSA been
21 involved in the purchasing of Takata inflators?
22 A. No.
23 Q. Again, that's all Daimler AG --
24 A. Correct.
25 Q. -- during that period of time?

Page 106

1   MR. KNAPP: Well, I mean --
2   THE VIDEOGRAPHER: The time is 11:37 a.m.
3   We're off the record.
4   (Recess from 11:37 a.m. to 11:42 a.m.)
5   THE VIDEOGRAPHER: The time is 11:42 a.m.
6   We're back on the record.
7   MR. MINER: Mr. Aikman, I don't have any
8   further questions for you. Thank you for your
9   time today.
10  THE WITNESS: Thank you.
11  MR. KNAPP: And MBUSA wants to mark this
12  transcript as confidential pursuant to the
13  protective order entered in this case. Thank
14  you.
15  MR. MINER: Okay.
16  THE VIDEOGRAPHER: This concludes the
17  videotape deposition. The time is approximately
18  11:43 a.m., and we're off the record.
19  (Whereupon, the deposition was concluded
20  at 11:43 a.m.)
21  THE COURT REPORTER: So your order for a
22  transcript?
23  MR. MINER: We need a rough.
24  THE COURT REPORTER: And then do you want
25  electronic, paper?

Page 107

1   MR. MINER: We have a standing order.
2   THE COURT REPORTER: And on your side,
3   what do you need for a transcript.
4   MR. MINER: Rough.
5   THE COURT REPORTER: Okay. And paper,
6   electronic, both?
7   MS. MANN: We get an electronic and the
8   video.
9   (Whereupon, the deposition was concluded
10  at 11:44 p.m.)

Page 108

1
2
3   C E R T I F I C A T E
4
5
6   STATE OF GEORGIA:
7   COUNTY OF FULTON:
8
9       I hereby certify that the foregoing
10  transcript was taken down, as stated in the
11  caption, and the questions and answers thereto
12  were reduced to typewriting under my direction;
13  that the foregoing pages 1 through 107 represent
14  a true, complete, and correct transcript of the
15  evidence given upon said hearing, and I further
16  certify that I am not of kin or counsel to the
17  parties in the case; am not in the regular
18  employ of counsel for any of said parties; nor
19  am I in anywise interested in the result of said
20  case.
21      This, the 14th day of November, 2019.
22
23
24  *S. Julie Friedman*
25  S. JULIE FRIEDMAN, CCR-B-1476

Page 109

1   VERITEXT LEGAL SOLUTIONS
2
    FIRM CERTIFICATE AND DISCLOSURE
3
4
    Veritext represents that the foregoing transcript as
5   produced by our Production Coordinators, Georgia
    Certified Notaries, is a true, correct and complete
6   transcript of the colloquies, questions and answers
    as submitted by the certified court reporter in this
7   case. Veritext further represents that the attached
    exhibits, if any, are true, correct and complete
8   copy as submitted by the certified reporter,
    attorneys or witness in this case; and that the
9   exhibits were handled and produced exclusively
    through our Production Coordinators, Georgia
10  Certified Notaries. Copies of notarized production
    certificates related to this proceeding are available
11  upon request to litsup-ga@veritext.com.
12  Veritext is not taking this deposition
    under any relationship that is prohibited by
13  OCGA 15-14-37(a)and(b). Case-specific discounts are
    automatically applied to all parties, at such time as
14  any party receives a discount. Ancillary services
    such as calendar and financial reports are available
15  to all parties upon request.