# Exhibit 2

Page 1

1                  UNITED STATES DISTRICT COURT FOR THE
                      SOUTHERN DISTRICT OF FLORIDA
2                          MDL No. 2599
3               Master File No. 15-2599-MDMORENO
             S.D. Fla. Case No. 15-20664-CV-MORENO
4                     (Personal Injury Track)
             S.D. Fla. Case No. 14-24009-CV-MORENO
5                      (Economic Loss Track)
6        IN RE:
7        TAKATA AIRBAG PRODUCTS
8        LIABILITY LITIGATION
9        _____/
10
11                               Remote Proceeding
                                 Fort Lauderdale, Florida
12                               September 24, 2020
                                 9:02 a.m. - 2:25 p.m.
13
14                  VIDEO DEPOSITION OF THOMAS BRUNNER
15                       (via teleconference)
16          Taken before SUZANNE VITALE, R.P.R., F.P.R.
17       and Notary Public for the State of Florida at Large,
18       pursuant to Notice of Taking Deposition filed in the
19       above cause.
20
21
22
23
24
25

Page 10

1 first mandated in any motor vehicle sold in the
2 United States?
3     A. I don't remember specifically when the
4 mandate came. I know Mercedes-Benz introduced
5 airbags in series production during that time, in
6 the '90s.
7     Q. I had trouble hearing you. You said in
8 something production. I missed the word.
9     A. Sorry. In series production.
10    Q. In series production?
11    A. Series production.
12    Q. What does that mean?
13    A. That means made it available in its
14 vehicles during that period of time.
15    Q. When was sort of the dividing point when
16 Mercedes first began using airbags in series
17 production, around what year?
18    A. I don't recall specifically.
19    Q. Sometime in the late '90s?
20    A. I believe it was earlier, but I can't
21 recall specifically.
22    Q. And who was Mercedes using initially as
23 its airbag supplier when it began using airbags in
24 series production?
25        MR. KNAPP: Object to form.

Page 11

1        THE WITNESS: I don't recall specifically
2     who the suppliers were.
3 BY MR. MINER:
4     Q. Do you recall any of the initial
5 suppliers?
6     A. Autoliv comes to mind.
7     Q. Any others?
8     A. Not that I remember.
9     Q. Was Takata one of the initial suppliers of
10 airbags to Mercedes for vehicles sold in the United
11 States?
12    A. I don't remember. It doesn't sound
13 familiar.
14    Q. In your communications with Mercedes --
15 with Daimler regarding safety regulations and
16 developments regarding requirements for airbags,
17 what sort of information did you provide to Daimler
18 about what the changes were in the U.S. regulatory
19 landscape?
20    A. That was a long time ago. I really can't
21 remember specifics during the '90s, from the '90s.
22    Q. Do you remember anything generally?
23    A. I remember the introduction of an airbag
24 label required for the visors, had something in it.
25 That seems to come to mind.

Page 12

1     Q. Anything else?
2     A. Not specifically.
3     Q. How long did you hold that position as
4 staff -- senior staff engineer?
5     A. Until approximately 1998, I believe --
6 '96, '97, '98, somewhere in there. I was product
7 analysis engineer.
8     Q. When you were senior staff engineer, where
9 physically were you located? What Mercedes office
10 did you work out of?
11    A. That was in the Montvale corporate office.
12    Q. New Jersey?
13    A. Correct.
14    Q. Who was your supervisor or your boss
15 during that period of time?
16    A. His name was Tom Baloga.
17    Q. During that period of time -- that is,
18 1994 to 1998 -- was there anyone in your department
19 who was specifically tasked with being knowledgeable
20 about safety regulations that related to airbags?
21    A. To my recollection, we shared the
22 responsibilities of the different Federal Motor
23 Vehicle Safety Standards.
24    Q. In other words, was there anyone who was
25 an airbag specialist?

Page 13

1     A. Not that I remember.
2     Q. And what entity was your employer? Was it
3 Mercedes-Benz U.S.A., LLC?
4     A. No. At the time, it was Mercedes-Benz
5 North America.
6     Q. Did that change at some point in time?
7     A. Yes, it did.
8     Q. When did the change happen?
9     A. To my recollection, around 1999-ish.
10    Q. And who did your employer become at that
11 point in time?
12    A. To my recollection, the name changed to
13 Mercedes-Benz U.S.A., Incorporated, I believe.
14    Q. At any point after 1999, did the name of
15 your employer change?
16    A. Yes, it did.
17    Q. When?
18    A. 2000, 2001 maybe, somewhere around there.
19    Q. What did it change to?
20    A. Mercedes-Benz U.S.A., LLC, became a
21 limited liability corporation.
22    Q. After 2000 or 2001, at any point in time,
23 did the name of your employer change?
24    A. No, it has not.
25    Q. Is it your understanding that these

4 (Pages 10 - 13)

Page 14

1 changes from Mercedes-Benz North America to
2 Mercedes-Benz U.S.A., Inc., to Mercedes-Benz,
3 U.S.A., LLC, were -- these were each successor
4 corporations of the prior name?
5     A.  I don't know the details on that.
6     Q.  In other words, did your employer change
7 in any way other than in name?
8     A.  Not for me specifically, no.
9     Q.  I think you told me that in 1998 you
10 became a product analysis engineer?
11    A.  Correct.
12    Q.  Did you still work in Montvale,
13 New Jersey?
14    A.  Yes, I did.
15    Q.  For how long did you hold the position as
16 product analysis engineer?
17    A.  Until approximately 2009.
18    Q.  What sort of work did you do as a product
19 analysis engineer?
20    A.  We would perform vehicle inspections that
21 could potentially end up in litigation.  It was
22 addressing customer complaints where there were
23 allegations of serious or fatal injuries.
24    Q.  Did you personally conduct vehicle
25 inspections related to litigation?

Page 15

1     A.  Yes.  I did.
2     Q.  Did you personally respond to customer
3 complaints that involved allegations or reports of
4 injuries?
5     A.  No.  I would not personally respond, no.
6     Q.  Let me phrase that differently.
7         Were you personally involved in
8 investigating, regardless of whether you responded
9 to the customer, of complaints from customers of
10 accidents involving injuries?
11    A.  Yes.  I was -- I was involved with
12 personally inspecting vehicles that were potential
13 litigation at the request of the legal department.
14    Q.  Did you have any sort -- was there any
15 sort of aspect of vehicles that you specialized in,
16 passive restraints, active restraints, that sort of
17 thing?
18    A.  No.  We handled -- sorry.
19        We handled all matters relating to -- to
20 vehicles.  We weren't specialists.
21    Q.  And I want to -- I'm going to ask you
22 about some of your experiences doing that in
23 particular.  First, I want to get a sense of the
24 department.
25        How many people -- what was the name of

Page 16

1 your department at that point in time?
2     A.  The name of the department was product
3 analysis.
4     Q.  And was that a department within a larger
5 department of Mercedes?
6     A.  Yes.  It was.
7     Q.  What was the larger department that it
8 fell under?
9     A.  To my recollection, it fell under service
10 engineering.
11    Q.  Were there any departments or
12 sub-departments below product analysis or within
13 product analysis?
14    A.  No.  It was its own department, no
15 sub-departments.
16    Q.  During the period of time, 1998 to 2009
17 that you were there, who was the head of the product
18 analysis department?
19    A.  At the time I was hired, it was
20 Axel Stehle.
21    Q.  Can you spell the last name for the court
22 reporter?
23    A.  Sure.  S-T-E-H-L-E.
24    Q.  During your tenure in that department, did
25 the head of the department change?

Page 17

1     A.  Yes.  It did.
2     Q.  Who else served as the head of the
3 department?
4     A.  Gary Bowne, B-O-W-N-E, was the successor
5 to Axel.
6     Q.  Was there a successor to Mr. Bowne?
7     A.  Not specifically.  The department was
8 merged with some others, and management changed.
9     Q.  How many people worked in the product
10 analysis department along with you?
11    A.  During which period of time?
12    Q.  I'm sorry.  Could you repeat your answer?
13    A.  During which period of time?
14    Q.  1998 to 2009.
15    A.  I believe, to my recollection, the number
16 of engineers varied between two to three, I believe.
17    Q.  And did they each have sort of the same
18 responsibilities as you, to do vehicle inspections
19 related to litigation issues?
20    A.  Yes.  We shared responsibilities.
21    Q.  Who were the other engineers who worked in
22 the product analysis department with you from --
23 during the period 1998 to 2009?
24    A.  To my recollection, Frank Pritzl,
25 P-R-I-T-Z-L; Eric Erdenberger,

5 (Pages 14 - 17)

Page 18

1 E-R-D-E-N-B-E-R-G-E-R; Tim Lowery, L-O-W-E-R-Y.
2 That's all that comes to mind. I can't remember.
3     Oh, Jim Wiseman. I'm sorry.
4 W-I-S-E-M-A-N.
5     Q. In connection with the vehicle inspections
6 that you'd do, did Mercedes have any sort of written
7 protocols or procedures in place?
8     MR. KNAPP: Object to form.
9     THE WITNESS: I don't follow your
10     question. Sorry.
11 BY MR. MINER:
12     Q. For the vehicle inspections that you would
13 do as a product analysis engineer, did Mercedes-Benz
14 have any sort of written protocols or procedures in
15 place?
16     MR. KNAPP: Same objection.
17     THE WITNESS: To the extent I understand
18     your question, we had a typical routine that we
19     would follow when inspecting vehicles,
20     depending on what the allegation might be.
21 BY MR. MINER:
22     Q. For example, did you have any sort of
23 checklist that you would use?
24     A. Not necessarily a checklist but a routine
25 you'd follow to be able to make sure that you

Page 19

1 addressed those -- the customer concerns that may be
2 there.
3     Q. And how would you refer to these
4 internally at Mercedes-Benz? Would you call them
5 field incidents? Field reports? Vehicle
6 inspections? Different automakers seem to use
7 different terminology.
8     A. Yeah. For product analysis engineers, it
9 was just product investigations.
10     Q. Product investigations?
11     A. Yes.
12     Q. And when you did a product investigation,
13 was there any particular type of reports that you
14 would prepare. Again, different automakers seem to
15 use different terminology for reports of field
16 incidents.
17     A. Yeah. At the request of the legal
18 department, a summary would be provided to the legal
19 department with a summary of the observations that
20 were noted during the inspection.
21     Q. Were -- these summaries of observations,
22 did those reports have any particular title or name
23 or form that Mercedes used?
24     A. Nothing particular. It was -- it was a
25 report that was addressed to the legal department in

Page 20

1 anticipation of the litigation.
2     Q. Did -- as a result of the product
3 investigations, did you report to any other
4 departments? In other words, did you -- I'll leave
5 it at that.
6     Did you provide reports on your findings
7 to any other departments other than the legal
8 department?
9     A. Not to my recollection, no.
10     Q. During your tenure as a product analysis
11 engineer, how many product investigations did you
12 do?
13     A. I have no idea.
14     Q. Can you give me an estimate?
15     A. I can't.
16     Q. I'm just trying to get a sense -- is this
17 the sort of thing where it would be you'd do one a
18 month? One a quarter? One a week? How frequently
19 would you involved in a product investigation?
20     A. It depended on what came in from -- either
21 on legal claims or from customers. I don't think it
22 had any specific cadence.
23     Q. Were you ever involved in any product
24 investigations where there was an allegation that an
25 airbag had malfunctioned in any way?

Page 21

1     A. I do recall having been involved in
2 inspections where customers had claimed that their
3 airbags didn't perform as they anticipated.
4     Q. How many of those?
5     A. No idea.
6     Q. Can you give me an approximation?
7     A. Not as I sit here, no.
8     Q. I want to break down the types of
9 malfunctions that can be alleged in an airbag.
10     Were you involved in any product
11 investigations where the allegation was that an
12 airbag failed to deploy, a non-deployment?
13     A. I would have been involved in those, yes,
14 but no specific cases come to mind.
15     Q. Were you involved in any product
16 investigations where the allegation was that the
17 airbag had spontaneously deployed or an uncommanded
18 deployment?
19     A. That would also be a topic that we would
20 investigate, yes.
21     Q. Were you involved in any investigations
22 where the allegation was that the airbag had
23 deployed overly aggressively?
24     A. Not to my recollection, no.
25     Q. Were you involved in any investigations

6 (Pages 18 - 21)

Page 22

1  where the allegation was that the airbag had
2  expelled fragments or shrapnel or pieces?
3      A.  Not to my recollection, no.
4      Q.  Are you familiar with what an airbag
5  inflator rupture is?
6      A.  I do have an understanding of that phrase,
7  yes.
8      Q.  Were you involved in any product
9  investigations where the allegation was that an
10  airbag inflator had ruptured?
11      A.  Not to my recollection during that time,
12  no.
13      Q.  During your tenure as a product analysis
14  engineer, were you involved in any investigations
15  where an allegation involved a Takata airbag?
16      A.  Not specifically, no.
17      Q.  Generally in any way?
18      A.  Not that related specifically to a Takata
19  inflator, no.
20      Q.  And I'm just -- you're saying specifically
21  related to a Takata inflator.  I just want to make
22  sure it's not something that generally related to a
23  Takata product that -- that you had in mind.
24      A.  Can you go back to your original question,
25  please?  I want to make sure I have it in context.

Page 23

1      Q.  At any point in time when you served as a
2  product analysis engineer, were you involved in any
3  product investigations where there was an allegation
4  that related to a Takata airbag?
5      A.  No, not that I recall, no.
6      Q.  Would you ever -- did you ever testify in
7  litigation matters?
8      A.  Yes.
9      Q.  During the period of time you were a
10  product analysis engineer?
11      A.  Yes.  I did.
12      Q.  And subsequent to that as well or just
13  during the time you were a product analysis
14  engineer?
15      A.  I have provided deposition testimony after
16  I left the product analysis area.
17      Q.  How many times have you been deposed?
18      A.  I can't recall a number.
19      Q.  Can you give me an approximation?
20      A.  It's been quite a few, but I don't have a
21  specific number.  I lost track.
22      Q.  More than 10?
23      A.  Probably more than ten, yes.
24      Q.  More than 20?
25      A.  Probably more than 20.

Page 24

1      Q.  Does Mercedes keep a record of the matters
2  that you've testified in, in some place?
3      A.  I don't know.
4      Q.  Have you ever testified as a -- do you
5  know what it means to testify as a corporate
6  representative for Mercedes?
7      A.  Yes.  I understand that phrase.
8      Q.  Have you ever testified as a corporate rep
9  for Mercedes?
10      A.  Yes.  I have.
11      Q.  How many times?
12      A.  I don't have a number there either, sorry.
13      Q.  More than 10?
14      A.  Probably more than 10, yes.
15      Q.  More than 20?
16      A.  I'm not sure.
17      Q.  Have you ever testified in any matter
18  where there was an allegation that an airbag had
19  malfunctioned in any way?
20      A.  I do recall -- nothing specific.  But that
21  there were cases that involved allegations of
22  improper airbag deployment or not as desired.
23      Q.  That you provided testimony in?
24      A.  Correct.
25      Q.  Can you give me an estimate of how many

Page 25

1  cases you've testified in where there was an
2  allegation that an airbag had malfunctioned in some
3  way?
4      A.  I don't have a recollection of how many,
5  no.
6      Q.  Is it more than 10?
7      A.  I don't know.  I don't remember.
8      Q.  Have you ever testified in a case where
9  there was an allegation that a Takata airbag
10  malfunctioned in any way?
11      A.  Not to my recollection, no.
12      Q.  What were the -- what were the types of
13  airbags that had -- where there was an allegation
14  that there had been a malfunction?
15          MR. KNAPP:  Object to form.
16  BY MR. MINER:
17      Q.  Let me break it down.
18          Did you provide testimony in any cases
19  where there was an allegation that a passenger-side
20  airbag had malfunctioned?
21      A.  None specifically come to mind, no.
22      Q.  To the best of your recollection, were
23  they all driver-side airbag malfunction allegations?
24      A.  Either driver-side or side-impact airbag
25  or window bag.  I don't recall any specific

7 (Pages 22 - 25)

Page 34

1 airbag had malfunctioned?
2    A.  Yes.  Still the roles continued during
3 that time, so they were handling those types of
4 allegations.
5    Q.  Were there any product investigations
6 where the allegation involved an allegation that an
7 airbag had ruptured?
8    A.  Not to my recollection, no.
9    Q.  Were there any -- during the time you were
10 department manager in product safety and overseeing
11 product analysis, were there any investigations that
12 involved an allegation relating to a Takata airbag
13 in any way?
14    A.  Not to my recollection, no.
15    Q.  During this period of time that you were
16 the department manager in product safety, did your
17 responsibilities include preparing part 573 reports
18 for submission to NHTSA?
19    A.  Yes.  It did include that.
20    Q.  During your tenure as department manager,
21 were any part 573 reports ever submitted to NHTSA
22 related to Takata?
23    A.  Yes, there were.
24    Q.  When was the first one submitted?
25    A.  To my recollection, in early 2016 after

Page 35

1 Takata filed their defect information report.
2    Q.  So that would be the part 573 report
3 relating to Mercedes' first recall of Takata
4 inflators?
5    A.  That's correct, in early 2016, yes.
6    Q.  Any part 573 reports submitted related to
7 Takata for any reason prior to 2016?
8    MR. KNAPP:  Object to form.
9    THE WITNESS:  Rephrase your question for
10 me please again.
11 BY MR. MINER:
12    Q.  Prior to 2016, did Mercedes-Benz U.S.A.
13 ever submit any sort of Part 57 -- any part 573
14 report to NHTSA related to Takata in any way?
15    A.  There may have been one recall that may
16 have included a Takata inflator but for
17 manufacturing purposes and not related to the
18 context of the -- the significant Takata recall.
19    Q.  Let's take a look at that one.
20    MR. MINER:  I'm going to upload -- I'm
21 going to introduce as -- I believe we're on
22 Exhibit 25, correct?
23    IT SUPPORT:  So you're going to continue
24 from --
25    MR. MINER:  Sequential numbering, yeah.

Page 36

1    IT SUPPORT:  Yeah, the last exhibit in
2 Ms. Analil was 24.
3 BY MR. MINER:
4    Q.  Are you able to see that exhibit,
5 Mr. Brunner?
6    A.  It's not up yet.  Do I need to refresh
7 that at all?
8    IT SUPPORT:  Yeah.
9    MR. KNAPP:  Click on "marked exhibits,"
10 Tom, again, down at the bottom, over on the
11 left.
12    IT SUPPORT:  Just -- he's in "marked
13 exhibits," I think.
14    So if you just refresh it, it will pop up.
15    THE WITNESS:  Okay.  It's coming up.
16    (Thereupon, the referred-to document was
17 marked for Identification as Plaintiffs'
18 Exhibit 25.)
19 BY MR. MINER:
20    Q.  Let me know when you've had a chance it
21 look it over.
22    A.  Yeah, I will.  Thank you.
23    Okay.  I reviewed it.
24    Q.  This is a part 573 report submitted -- or
25 signed by you and submitted to NHTSA in July of

Page 37

1 2014, correct?
2    A.  That's correct.
3    Q.  And it relates to a safety defect in
4 Takata airbags, correct?
5    A.  It's a potential safety defect, yes.
6    Q.  What was the nature of the defect?
7    A.  As it states in the document, there were
8 fasteners that secure the gas diffuser to the front
9 passenger airbag housing that may not have been
10 properly press-fitted into that diffuser frame.
11    Q.  In the document you signed, you say,
12 quote, "This may lead to improper airbag function
13 and may result in an increased risk of injury in the
14 event of a crash," end quote, correct?
15    A.  That's what the document states, yes.
16    Q.  What was your understanding of what type
17 of injury could be caused?
18    A.  Again, my understanding is that the airbag
19 may not be able to afford the proper protection
20 during inflation and could result in injuries to the
21 occupant based on the inflation.
22    Q.  How would it not afford proper inflation?
23 Would it underinflate?
24    A.  To my recollection, it just would not --
25 it might not afford the protection, depending on its

10 (Pages 34 - 37)

Page 38

1 inflation properties. I don't know the specifics,
2 whether it would be underinflation or not.
3     Q.   Did you communicate with anyone at Takata
4 regarding this issue?
5     A.   No. As Mercedes-Benz is the distributor,
6 marketer of Mercedes-Benz vehicles, we generally
7 don't have direct interaction with suppliers
8 regarding recalls.
9     Q.   Did Mercedes-Benz conduct any sort of
10 investigation about how this issue came about in one
11 of its suppliers of airbags?
12     A.   No. Again, as the marketer and
13 distributor of Mercedes-Benz vehicles in the United
14 States, that responsibility falls onto the
15 manufacturer of the vehicle, which is Daimler AG.
16     Q.   Did you have any communications with
17 Daimler AG about whether they had done any sort of
18 investigation about how this came about at one of
19 its airbag suppliers?
20     A.   No. Nothing specifically. Again,
21 Daimler, as the manufacturer, is the entity
22 responsible for compiling the information around any
23 potential recall.
24     Q.   Did you communicate with someone at
25 Daimler about those issues?

Page 39

1     A.   Regarding the specific text in the
2 part 573s and a general understanding of what's
3 contained in there, yes.
4     Q.   Who did you communicate with at Daimler AG
5 about this Takata recall?
6     A.   I don't specifically remember who was
7 the -- my counterpart at the time.
8     Q.   Did anyone at Daimler AG tell you they
9 conducted any sort of investigation or follow-up
10 after learning about this safety issue in a Takata
11 airbag?
12     MR. KNAPP:  Object to form.
13     THE WITNESS:  Sorry. Repeat the question,
14     please.
15 BY MR. MINER:
16     Q.   Did anyone at Daimler AG ever communicate
17 to you that Daimler had conducted any sort of
18 follow-up or investigation of how this safety issue
19 had come about in Takata airbag products?
20     MR. KNAPP:  Same objection.
21     THE WITNESS:  Nothing specifically that I
22     recall. The chronology of how it developed is
23     included in the document. That speaks for
24     itself.
25 BY MR. MINER:

Page 40

1     Q.   By the way, did you -- ever during your
2 tenure as department manager in product safety, did
3 you ever file a Part 573 report related to any other
4 airbag manufacturer other than Takata?
5     A.   I can't recall anything specifically
6 regarding another airbag supplier.
7     Q.   During the period of time that you were
8 department manager in product safety, who were the
9 other airbag suppliers to Mercedes-Benz?
10     A.   To my recollection, the modules were
11 supplied by Autoliv and TRW. That's what comes to
12 mind.
13     Q.   During your time as department manager in
14 product safety, did you ever have to file a Part 573
15 report for an Autoliv product?
16     A.   I can't recall specifically during that
17 time.
18     Q.   At any point in time when you've been at
19 Mercedes-Benz U.S.A., are you aware of Mercedes
20 having to file a part 573 report related to an
21 Autoliv airbag product?
22     A.   Nothing comes to mind specifically. I
23 don't recall.
24     Q.   At any point in time while you have been
25 with Mercedes-Benz U.S.A., have you had to file a

Page 41

1 part 573 report related to any TRW airbag product?
2     A.   I can't recall specifically, no.
3     Q.   Takata is the only one?
4     MR. KNAPP:  Object to form.
5     THE WITNESS:  That comes to mind, yes.
6 BY MR. MINER:
7     Q.   During your tenure as department manager
8 in product safety, I think you told me that one of
9 the departments you oversaw was product compliance,
10 correct?
11     A.   Correct.
12     Q.   Who was -- was there a supervisor or head
13 of the product compliance department during that
14 period of time?
15     A.   The department structure changed a little
16 bit where eventually we did -- were able to create a
17 position for supervisor of safety engineering.
18     Q.   Who did that person -- who is that person?
19     A.   That person was Bibi Analil.
20     Q.   And tell me again, what was the scope of
21 the product compliance department's responsibility?
22     A.   To handle the safety compliance topics,
23 potential topics, reporting for safety topics as
24 required under certain regulations, things of those
25 nature.

11 (Pages 38 - 41)

Page 94

1 about allegations anymore -- any confirmed rupture
2 of a Takata airbag in any Mercedes-Benz vehicle, and
3 he testified that you told him there had not.
4       Is that still the same state of affairs as
5 you sit here today? Has there been a rupture of a
6 Takata airbag in any Mercedes-Benz vehicle anywhere
7 in the world?
8    A.  That's still very accurate, that there has
9 been no confirmed rupture of a Takata inflator in
10 any Mercedes-Benz vehicle worldwide.
11    Q.  And does that include both passenger and
12 commercial vehicles?
13    A.  To my knowledge, yes.
14    Q.  Has there been a confirmed rupture in any
15 Chrysler Crossfire vehicle containing a Takata
16 airbag anywhere in the world?
17       MR. KNAPP:  Object to form.
18       THE WITNESS:  I don't know.
19 BY MR. MINER:
20    Q.  Has there been a confirmed rupture of any
21 Dodge Sprinter van containing -- containing a Takata
22 airbag anywhere in the world?
23       MR. KNAPP:  Same objection.
24       THE WITNESS:  Not to my knowledge.
25       MR. MINER:  All right.  I'm about to move

Page 95

1 to a new topic.  We've been going about another
2 hour.  We'll take our second morning break for
3 about 10 minutes.
4       THE WITNESS:  Sounds good.
5       MR. KNAPP:  That will be great.
6       THE VIDEOGRAPHER:  The time is 11:23 a.m.,
7 and we're going off the record.
8       (Short recess taken.)
9       THE VIDEOGRAPHER:  The time is 11:42 a.m.,
10 and we're back on the record.
11 BY MR. MINER:
12    Q.  Mr. Brunner, when did you first become
13 aware that there were potential problems with Takata
14 airbags generally?
15       MR. KNAPP:  I'm just going to object to
16 form.  And Curtis, are you talking for
17 Mercedes-Benz or just in any way?
18       MR. MINER:  In any way.
19 BY MR. MINER:
20    Q.  Did you understand that question?
21    A.  No.  Sorry.  Can you repeat that, please?
22       MR. MINER:  Mr. Brunner is frozen on my
23 screen.
24       MR. KNAPP:  We may have to -- is the
25 concierge available?

Page 96

1       THE COURT REPORTER:  Off the record?
2       MR. KNAPP:  Thank you.
3       THE VIDEOGRAPHER:  The time is 11:43 a.m.
4 We're going off the record.
5       (Short recess taken.)
6       THE VIDEOGRAPHER:  The time is 11:54 a.m.,
7 and we're back on the record.
8 BY MR. MINER:
9    Q.  Mr. Brunner, when did you first become
10 aware that there may be problems with Takata
11 inflators in general?
12    A.  In general, based on what was going on in
13 the media, probably in the 2014-2015 time frame with
14 respect to the Takata ruptures that were occurring
15 in other manufacturers' vehicles.
16    Q.  What was going on in the media?
17    A.  There would have been articles regarding
18 Takata -- I don't have any specific recollection of
19 any of those articles, but during that time frame is
20 when -- that I can recall I first learned about what
21 was going on.
22    Q.  And what did you learn that was going on?
23    A.  That there were inquiries of Takata from
24 the NHTSA regarding certain types of inflators that
25 they had produced.

Page 97

1    Q.  What types of inflators?
2    A.  I don't recall what it would have been at
3 that time.  I later learned of the different types
4 of propellants in inflators that Takata was using
5 and other OEMs had installed in their vehicles.
6    Q.  Did those news media articles get
7 circulated within Mercedes-Benz?
8    A.  Not that I recall, no.
9    Q.  Did you ever share -- when you read them,
10 did you ever share them with anyone?
11    A.  Not that I remember.  Again, the topic was
12 an industry topic.  Nothing that, to our knowledge,
13 we had any involvement or were included in.
14    Q.  You knew you used Takata airbags in
15 Mercedes vehicles, right?
16    A.  Not specifically, no.
17    Q.  What do you mean "not specifically"?
18    A.  From the recall part 573 that we showed
19 before, that supplier was identified at Takata.  But
20 in general, as the distributor and marketer of the
21 vehicles, we didn't have specific knowledge as to
22 what airbags were being used in our vehicles.
23    Q.  Well, you knew from the early -- from the
24 2014 part 573 report that you do use some Takata
25 airbags in vehicles, correct?

25 (Pages 94 - 97)

Page 98

1    A.  Yes.  As I referenced.
2    Q.  As a result of what you learned from what
3  was going on in the media in 2014 and 2015, did you
4  take any steps at Mercedes to see how it would
5  impact Mercedes?
6    A.  Again, as Daimler is the manufacturer of
7  the vehicles, they have the responsibility for
8  following those topics.  There wasn't anything that
9  I remember would have been any kind of dialogue at
10  the time since we had not been informed from Daimler
11  that there were any vehicles that were included in
12  what was going on in the industry.
13    Q.  Did you have any conversations with
14  Daimler about what you were reading in the media?
15    A.  Not that I remember, no.
16    Q.  Well, this was U.S. media that you were
17  reading, correct?
18    A.  That's correct.
19    Q.  Did you share any of what you were reading
20  in the U.S. with Daimler in Germany?
21    A.  Not generally, no.  They have access to
22  world news as well.
23    Q.  What do you mean by "not generally"?  Were
24  there specific instances where you did?
25    A.  Over the years, there may have been topics

Page 99

1  that we may have discussed based on what was going
2  on in the industry, but nothing specific comes to
3  mind.
4    Q.  When did you first become aware that other
5  automakers were recalling their vehicles that had
6  Takata airbag inflators?
7    A.  I believe the same time frame, 2014, 2015?
8    Q.  How did you become aware?
9    A.  I don't remember specifically.  I believe
10  it would have been through some of the media reports
11  in the U.S., Automotive News maybe.
12    Q.  Did you track any of the recalls through
13  NHTSA that other automakers were undertaking?
14    A.  I can't say I would have tracked them, no.
15  They have been made aware of them through the weekly
16  NHTSA notifications that they -- that you can
17  subscribe to.  But other than that, no.
18    Q.  What are the weekly NHTSA notifications?
19    A.  So you can sign up on the NHTSA portal to
20  be informed of which new recalls are filed by
21  manufacturers, and that e-mail gets sent
22  out on a weekly basis.
23    Q.  Were you signed up to that?
24    A.  I'm not sure when they started, when they
25  started with that automated e-mail.  I don't know if

Page 100

1  it was back then already, but I know I am subscribed
2  to it now.
3    Q.  What information do you get in that weekly
4  e-mail from NHTSA?
5    A.  It's information that lists new recalls
6  filed by automobile and vehicle manufacturers.  It
7  lists briefly what models are involved, who the
8  manufacturer of the vehicle is, and a -- like, where
9  you can -- certain more details if you want to
10  follow up on that.
11    Q.  Did you ever take any steps at Mercedes in
12  response to information you learned about recalls
13  that other automakers are undertaking?
14    A.  Sometimes there may be certain topics that
15  may be of interest, just in general, that -- just
16  kind of keep in the back of my mind.
17    Q.  What topics?
18    A.  Nothing comes to mind specifically, but
19  you're looking at those types of things which other
20  manufacturers are -- are reporting on.  You just
21  want to keep in the back of your mind understanding
22  the types of topics that may -- that may come up on
23  anybody's vehicles.
24    Q.  When did you first become aware that
25  people had been injured or killed as a result of the

Page 101

1  rupture of Takata airbag inflators in vehicles?
2        MR. KNAPP:  Object to form.
3        THE WITNESS:  I don't recall any specific
4      time frame.  Again, likely, when there would
5      have been any media articles and such, 2015
6      time frame maybe.
7  BY MR. MINER:
8    Q.  At any point in time, did you do anything
9  in response to what you had learned in the media or
10  what you had learned from NHTSA about other
11  automakers' recalls at Mercedes?
12    A.  I don't recall anything specific of not
13  doing.  Just in the normal course of collecting and
14  understanding what's going on in the industry, just
15  understanding, you know, what's going on.
16        I can't remember any specific actions that
17  I took other than understanding, okay, there are
18  other vehicles with Takata inflators that appear to
19  be having some inflator issues.
20    Q.  Did you ever take any steps to determine
21  whether Mercedes vehicles used Takata inflators?
22    A.  Not specifically, no.  Again, with Daimler
23  being the manufacturer of the Mercedes-Benz
24  vehicles, we rely on them to also follow what's
25  going on in the industry.  And they have the

26 (Pages 98 - 101)

Page 102

1 relationship with the suppliers to understand if
2 there is anything going on.
3    Q.  Did you ever talk to anyone at Daimler as
4 a result of what you read in the media and what you
5 learned from other recalls about whether this would
6 impact Mercedes?
7       MR. KNAPP:  Object to form.
8       THE WITNESS:  I don't recall anything
9 specific but again, understanding that Daimler
10 is the one who has the relationship with the
11 suppliers and information from the suppliers
12 would work its way back to Daimler.
13       MR. MINER:  Let's take a look at some
14 exhibits.  I'm going to introduce Exhibit 28.
15       (Thereupon, the referred-to document was
16 marked for Identification as Plaintiffs'
17 Exhibit 28.)
18 BY MR. MINER:
19    Q.  Exhibit 28 is an e-mail chain with the
20 Bates number MBUSA_31109.
21    A.  Right.  Got it.
22    Q.  Mr. Brunner, this is an e-mail you
23 authored and sent to -- at least the original e-mail
24 is an e-mail you authored and sent to a Stephen
25 Kraitz on May 21, 2015, correct?

Page 103

1    A.  That's what the e-mail shows, yes.
2    Q.  Who is Mr. Kraitz?
3    A.  Mr. Kraitz was an engineer within the
4 department that I was department manager for.
5    Q.  And you asked him to prepare an NCU.  Is
6 that a news channel update?
7    A.  That's correct.
8    Q.  What is a news channel update at
9 Mercedes-Benz?
10    A.  News channel update is the means for
11 MB U.S.A., as a company, to communicate with its
12 dealers, its franchise dealers.
13    Q.  How does it get communicated to its
14 franchise dealers?
15    A.  Generally, an NCU will be posted to the
16 Netstar platform and dealers have access to it and
17 will check that for information that is shared from
18 MB U.S.A. to its dealers.
19    Q.  You also say you will send a field
20 notification as well.
21       What is a field notification?
22    A.  A field notification is generally an
23 e-mail that is sent from the department manager from
24 the -- at the time vehicle compliance analysis
25 department to MB U.S.A. field representatives to

Page 104

1 inform them of certain topics.
2    Q.  Who are MBS -- MB U.S.A. field
3 representatives?
4    A.  Those are the folks that work for
5 MB U.S.A. who are located in our regions and are
6 generally those who interact more frequently with
7 the dealers.
8    Q.  And you send him some text to circulate
9 through the NCU and that you put in the field
10 notification.
11       Who came up with that text?
12    A.  I don't remember who came up with that.
13    Q.  You say, and I quote, "You have likely
14 seen the recent media coverage on the Takata airbag
15 recall that involves vehicles from various
16 manufacturers.  Should customers inquire, we have
17 been informed by Daimler that none of us -- none of
18 our U.S. Mercedes-Benz vehicles are affected by this
19 recall.  This should address any concerns on the
20 part of customers."
21       That's what went into the news channel
22 update?
23    A.  That was the suggestion, yes.
24    Q.  Did you come up with that language?
25    A.  With a topic like this, no, I wouldn't

Page 105

1 come up with this by myself.  It generally would be
2 something received from the PR department at MB
3 U.S.A.
4    Q.  You say "We have been informed by
5 Daimler."
6       Who at Daimler informed you?
7    A.  Again, having come through the PR
8 department, it was -- it would have been informed
9 through that channel.
10    Q.  Who would you expect at Daimler to be the
11 one informing Mercedes-Benz U.S.A. about whether its
12 vehicles were affected by a recall?
13    A.  Again, in this context and how this is
14 written, the press department at Daimler would be
15 involved.  I don't recall who was there at the time.
16    Q.  Before sending this out, did you take any
17 steps to determine whether Mercedes-Benz vehicles
18 would be affected by the Takata recalls?
19    A.  Not specifically, no.  Only because it's
20 not information that MB U.S.A. would have and we
21 rely on Daimler to determine that and, as the
22 statement says, Daimler validates that there are no
23 U.S. vehicles affected by the recall that's
24 referenced.
25    Q.  Do you do anything to check the accuracy

27 (Pages 102 - 105)

Page 118

1 meeting?
2    A.  It would have been a representative from
3 the Daimler legal department.  Mr. Boehme had come
4 over and I believe Professor Schoeneburg.
5    Q.  Who came over from Daimler AG for the
6 subsequent meetings with NHTSA?
7    A.  I don't recall specifically.  It would
8 have been probably a mix of some of those folks as
9 well but not necessarily all of them.
10    Q.  Did Mercedes prepare any sort of
11 presentations or materials for NHTSA for those
12 subsequent meetings in 2017 and 2018?
13    A.  Yes.  I recall that Daimler had prepared
14 some information shared.
15    Q.  What information was prepared to be
16 shared?
17    A.  It's my recollection some of information
18 contained the strategy for Daimler to roll out the
19 recall, the development plans for developing a new
20 inflator to be used in the recall, time lines, basic
21 overview of status of Mercedes-Benz and the recall
22 in the U.S., giving us just a basic update of what
23 the status was.
24    Q.  Was it in the form of a PowerPoint or
25 something like that?

Page 119

1    A.  I believe, yes, there were some PowerPoint
2 slides created, yes.
3    Q.  I'm going to introduce Exhibit 31.
4        (Thereupon, the referred-to document was
5 marked for Identification as Plaintiffs' Exhibit
6 31.)
7 BY MR. MINER:
8    Q.  Exhibit 31, while you're looking at it, it
9 is an e-mail chain with the Bates number
10 MBUSA_50890.
11    A.  Yes.  I do see that.
12    Q.  It starts as an e-mail from David Tait to
13 you on June 30, 2016.
14        Mr. Tait, I think we saw from -- we heard
15 from your earlier testimony, he was your boss?
16    A.  Yes.  At the time.  Correct.  At the time.
17    Q.  And he forwarded you an alert that says,
18 quote, "U.S. tells certain 2001 to 2003 Honda owners
19 to stop driving because of high-risk Takata
20 airbags," end quote.
21        And your response to him was "Wow.  Had
22 not seen this yet."
23        Why was this a "wow"?
24    A.  Simply because it's not generally a topic
25 that NHTSA will require a stop drive for recalls.

Page 120

1 Again, it was specific to the high-risk Takata
2 inflators -- the alpha inflators as they're called
3 for the oldest Honda vehicles.
4        Again, it was just interesting information
5 that Takata -- strike that -- that NHTSA had taken
6 the approach to issue a stop drive but that was,
7 again, the only group of vehicles that NHTSA had
8 issued a stop drive for.
9    Q.  A stop drive order from NHTSA is a rare
10 occurrence, right?
11        MR. KNAPP:  Object to form.
12        THE WITNESS:  Yeah.  It doesn't occur very
13    often, to my knowledge.
14 BY MR. MINER:
15    Q.  Can you think of any other recall where
16 NHTSA has issued a do not drive order?
17    A.  Nothing comes to mind, no.
18    Q.  When you learned of this information, did
19 you take any steps to determine what types of
20 inflators were in Mercedes vehicles in the United
21 States?
22    A.  This was in 2016 and it would have had
23 a -- the general idea of the affected Mercedes-Benz
24 U.S. population at that time so no, I don't recall
25 taking any additional steps.

Page 121

1    Q.  You referred to these as alpha inflators.
2        How did you come to learn of the term
3 "alpha inflators"?
4    A.  Just having been involved in the different
5 Takata topics that have been covered by the
6 industry.  That was specifically referenced, to my
7 recollection, in some of the news articles that they
8 called these being alpha inflators.
9    Q.  At any point in time from 2014 onward, did
10 you ever communicate directly with anyone at Takata?
11    A.  Yes.  There have been times, not
12 necessarily related to specific topics other than
13 disposal and collection of the inflators during the
14 Takata bankruptcy phase.  They specifically related
15 to processes for returning the recalled airbags to
16 Takata.
17    Q.  Other than the inflator disposal issues,
18 did you ever communicate directly with anyone at
19 Takata regarding the scope of the recall, the
20 process of the recall or --
21    A.  No.  Not to my recollection.  Again, as
22 Daimler is the manufacturer of the Mercedes-Benz
23 vehicles, they have the relationship with the
24 suppliers.  There wouldn't be generally anything
25 that MB U.S.A or I would be included in

31 (Pages 118 - 121)

Page 122

1 specifically.
2    Q.  Did you ever participate in any meetings
3 in which anyone from Takata -- got with
4 Mercedes-Benz regarding anything related to the
5 recalls?
6    A.  Repeat that, please.  You broke up a
7 little bit.
8    Q.  I first asked you about whether you had
9 any direct communications and I wanted to ask a
10 slightly different question, whether you ever
11 participated in any meetings with anyone from
12 Takata?
13    A.  Not specifically unless they participated
14 in any industry meetings or such.
15    Q.  Are you aware of any times when any
16 individuals from Takata came to Mercedes-Benz U.S.A.
17 for meetings?
18    A.  No.  To my recollection, we have not had
19 any Takata visitors from -- at Mercedes-Benz in the
20 U.S., no.
21    Q.  Has Mercedes recalled any of its vehicles
22 that contained Takata inflators in foreign markets?
23    MR. KNAPP:  Object to form.
24    THE WITNESS:  So Daimler, as the
25 manufacturer, has also issued recalls in the

Page 123

1    rest of the world, in general, at the request
2    of either of those country agencies but yes,
3    Daimler has.
4 BY MR. MINER:
5    Q.  When was the first recall that Daimler
6 conducted or initiated anywhere else in the world
7 outside of the United States?
8    A.  I don't recall which country followed the
9 U.S.  I don't remember which country that was.
10    Q.  Now, the scope of recalls in the U.S. on
11 the driver side is the PSDI-5 Takata airbag
12 inflator, correct?
13    A.  For the driver side, correct.
14    Q.  Has Daimler, to your knowledge, done
15 recalls anywhere else in the world that involve any
16 driver-side airbag other than a PSDI-5?
17    A.  Not to my recollection, no.
18    Q.  Let me put it differently.
19    To your knowledge, do any Mercedes-Benz
20 vehicles outside of the U.S. use any Takata airbag
21 inflator other than the PSDI-5?
22    A.  Not that I have knowledge of, no.
23    Q.  On the passenger side, the airbag
24 inflators that have been recalled in the United
25 States are the PSPI-2, correct?

Page 124

1    A.  That's correct.
2    Q.  Anywhere else in the world has Daimler
3 recalled a passenger-side airbag other than a
4 PSPI-2?
5    A.  Not to my knowledge.
6    Q.  To your knowledge, has Daimler recalled
7 any other airbag other than a driver-side airbag or
8 a passenger-side airbag that uses a Takata inflator?
9    A.  Not to my knowledge, if it refers to
10 ammonium nitrate.
11    Q.  Now, during the course of the Takata
12 recall, you have had communications with FCA, right?
13    A.  There have been times, yes, where I've had
14 to reach out to certain individuals at FCA.
15    Q.  And explain that to me.  Why was there the
16 need to reach out to individuals at FCA?
17    A.  Let me turn that around.  It's more so
18 that they reached out to me.  And that relates to
19 the fact that Chrysler Crossfire also contained a
20 PSDI-5 driver-side module and at the time of
21 DaimlerChrysler, there was -- I don't know the
22 specifics but similar to a joint manufacture or
23 production of that vehicle and they had questions
24 based on that.
25    Q.  What sort of questions did Chrysler have

Page 125

1 for you regarding Chrysler Crossfire?
2    A.  To my recollection, it was having to do
3 with the identification of the population of
4 vehicles.
5    Q.  Why would they need that?  Why would they
6 need to get that information from you?
7    A.  It wouldn't be specifically from me.  It
8 was -- it would be a request from Daimler.  They
9 didn't have any contacts at the time and thought
10 they could utilize me for that.  But the
11 understanding was that at the time of the demerger,
12 all of the information had already been shared with
13 Chrysler and there really wasn't any additional
14 information that Daimler had or would have regarding
15 the affected Crossfire events.
16    Q.  It looked like -- and I can introduce an
17 exhibit if you want, but it looked like that there
18 was a weekly or biweekly call arranged with FCA.
19    Do you recall those?
20    A.  Not specifically, no.
21    Q.  I'm introducing Exhibit 32.
22    (Thereupon, the referred-to document was
23 marked for Identification as Plaintiffs' Exhibit
24 32.)
25    THE WITNESS:  Okay.  Got it.

32 (Pages 122 - 125)

Page 162

1 reported anomalies, the materials relating to
2 the gentleman who complained in California that
3 resulted in a form being submitted to NHTSA
4 that we have not seen being produced.  But we
5 can cross that bridge when we come to it.
6     MR. KNAPP:  And we'll also order a rough
7 for now and final transcript in the regular
8 course.
9     (Concluded at 2:25 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 163

1        AFFIDAVIT
2
  STATE OF FLORIDA        )
3 COUNTY OF _____ )
4
   I, _____, being
5 first duly sworn, do hereby acknowledge that I did
   read a true and certified copy of my deposition
6 which was taken in the case of TAKATA AIRBAGS, taken
   on the 24th day of September, 2020, and the
7 corrections I desire to make are as indicated on the
   attached Errata Sheet.
8     _____
         (Deponent)
9
10     + + + + + + + + + + + + + + + +
11        CERTIFICATE
12
13 STATE OF FLORIDA        )
   COUNTY OF _____ )
14
15     Before me personally appeared
16 _____,
   to me well known / known to me to be the person
17 described in and who executed the foregoing
   instrument and acknowledged to and before me that he
18 executed the said instrument in the capacity and for
   the purpose therein expressed.
19
20     Witness my hand and official seal, this
   _____ day of _____, _____.
21
22
23     _____
         (Notary Public)
24
   My Commission Expires:
25

Page 164

1        ERRATA SHEET
2 TAKATA AIRBAGS
   Deponent:  THOMAS BRUNNER
3 Date of :  September 24, 2020
4
5 PAGE  LINE     REMARKS
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20
21     _____
22        Signature of Witness
         _____
23 (Notary Public)
24 Dated this _____ day of _____, _____.
   My Commission Expires: _____
25

Page 165

1
2        CERTIFICATE OF OATH
3
4 STATE OF FLORIDA   )
5 COUNTY OF BROWARD  )
6
7     I, the undersigned authority, certify
8 that THOMAS BRUNNER personally appeared before me
9 and was duly sworn.
10     WITNESS my hand and official seal this
11 30th day of September, 2020.
12
13     Suzanne Vitale
14     _____
15     SUZANNE VITALE, R.P.R., F.P.R.
       Notary Public, State of Florida
16     My Commission No. DD179981
       Expires: 5/24/2024
17
18
19
20
21
22
23
24
25

42 (Pages 162 - 165)

Page 166

```
 1
 2              CERTIFICATE
 3
 4  STATE OF FLORIDA   )
 5  COUNTY OF BROWARD )
 6
 7       I, SUZANNE VITALE, R.P.R., F.P.R. do
 8  hereby certify that I was authorized to and did
 9  stenographically report the foregoing deposition
10  of THOMAS BRUNNER; that a review of the
11  transcript was requested; and that the transcript
12  is a true record of my stenographic notes.
13       I FURTHER CERTIFY that I am not a
14  relative, employee, attorney, or counsel of any
15  of the parties, nor am I a relative or employee
16  of any of the parties' attorney or counsel
17  connected with the action, nor am I financially
18  interested
19       Da          Suzanne Vitale      nber, 2020.
20
                    _____
21
            SUZANNE VITALE, R.P.R., F.P.R.
22          My Commission No. DD179981
            Expires: 5/24/2024
23
24
25
```

Page 167

```
 1       VERITEXT FLORIDA, LLC
           Two South Biscayne Blvd., Suite 2250
 2         MIAMI, FL  33131
              305-376-8800
 3
 4  Thomas Brunner c/o
    SQUIRE PATTON BOGGS
 5  275 Battery Street
    Suite 2600
 6  San Francisco, California 94111-3356
    ATTENTION:  ERIC J. KNAPP, ESQ.
 7
 8             October 15, 2020
 9  RE:  Takata Airbags
    CASE NO.
10  AVAILABLE FOR READING UNTIL:  30 days
11  Thomas Brunner:
12       This letter is to advise you that the
    transcript of your deposition is available for
13  reading and signing.
14       PLEASE CALL THE ABOVE NUMBER TO MAKE AN
    APPOINTMENT to come to the Veritext office closest
15  to you to read and sign the transcript.  Our office
    hours are 8:30 a.m. to 4:30 p.m., Monday through
16  Friday.
             In the event other arrangements are
17  made, please send us a notarized list of any and all
    corrections and/or changes, noting page and line
18  numbers, and the reason for such changes, so that we
    can furnish respective counsel with a copy.
19       If the reading and signing has not been
    completed prior to the above-referenced date, we
20  shall conclude that you have waived the reading and
    signing of the deposition transcript.
21       Your prompt attention to this matter is
    appreciated.
22
           SUZANNE VITALE, R.P.R., F.P.R.
23
24
25
```

43 (Pages 166 - 167)