# Exhibit 4

Page 1

```
 1           UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF FLORIDA
 2                      MDL No. 2599
 3           Master File No. 15-2599-MD-MORENO
             S.D. Fla. Case No. 15-20664-CV-MORENO
 4                   (Personal Injury Track)
             S.D. Fla. Case No. 14-24009-CV-MORENO
 5                   (Economic Loss Track)
 6   IN RE:
 7   TAKATA AIRBAG PRODUCTS
 8   LIABILITY LITIGATION
 9   _____/
10
11                              Remote Proceeding
                                July 29, 2021
12                              10:20 a.m. - 5:51 p.m.
13
14            VIDEO DEPOSITION OF DAVID TAIT
15                   (via teleconference)
16                   (Marked Confidential)
17        Taken before SUZANNE VITALE, R.P.R., F.P.R.
18   and Notary Public for the State of Florida at Large,
19   pursuant to Notice of Taking Deposition filed in the
20   above cause.
21
22
23
24
25
```

Page 54

1  A. Not particularly, no. I may see one in
2 the parking lot. But, you know, they might do
3 product test -- not testing, but training or
4 something like that. We might have other vehicles
5 here. But our main concern is looking at Mercedes
6 vehicles that we are asked to help support the
7 dealers.
8  Q. Well, for example, if -- you know, is
9 there anyone at Mercedes-Benz USA that's monitoring,
10 you know, other German-manufactured cars for
11 safety-related concerns, things like that?
12  A. No, I don't know.
13  Q. Is there anyone at MB USA that would be
14 monitoring, specifically for Takata, would have been
15 looking for, you know, other manufacturers that had
16 Takata recalls to determine whether Mercedes had
17 similar problems?
18     MS. MANN: Object to form.
19     THE WITNESS: So I would say that -- that
20  in the very beginning of the Takata recall, I
21  think we're always concerned -- we're always
22  asking the question, who else is affected by
23  that?
24     Like you may read a headline in Automotive
25  News that says, "Takata does a big recall."

Page 55

1  And then my first call would be to Tom Brunner,
2  who is my expert. And I would say, "Does
3  that -- does that include us, you know?"
4     And that's -- that's really about the
5  limit to it. So we're focusing on our product
6  and our customer. And what happens to BMW or
7  another manufacturer may be interesting or may
8  be a good read in the press, or it may be an
9  indicator of, you know, something that may --
10  you know, if it affects our vehicles too, we
11  may ask the question of Daimler to say, you
12  know, "Is that something?"
13     But I don't specifically do it. That
14  would be one of our specialists that would
15  be -- that would be doing that, but ...
16 BY MR. BOWER:
17  Q. And Tom Brunner reports to you, correct,
18 sir?
19  A. No, he no longer does. So Tom Brunner is
20 the predecessor to Greg Gunther. And Tom Brunner
21 was the department manager for our vehicle
22 compliance department. He now reports in to Matt --
23 into our R&D department -- MBRDNA and -- and to our
24 legal -- legal folks.
25  Q. I'll come back to that in a moment.

Page 56

1     I entered Exhibit 2. So if you can just
2 pull that open. It may also be envelope one, if you
3 want a hard copy. We can try out and see how the
4 hard copy works if you want to --
5     MS. MANN: Which do you prefer, Zach? Do
6  you want him to open up the hard --
7     MR. BOWER: It's up to the witness.
8  That's why I said -- you know, this is just an
9  org chart.
10     MS. MANN: Okay.
11     MR. BOWER: So it's probably easy to see
12  on the screen. But if you have a hard copy, it
13  should be there in envelope one.
14     THE WITNESS: All right. So my
15  question -- and I don't know how to get back to
16  this.
17     MS. MANN: Yeah. I don't -- yeah. When
18  you say "envelope one" --
19     MR. BOWER: Okay. Here is one. Envelope
20  one in the hard copies of the box that we sent
21  to you.
22     MS. MANN: We found it. We found it.
23  He's pulling it up.
24     THE WITNESS: So Exhibit 2?
25     MS. MANN: Yeah.

Page 57

1     MR. BOWER: It's envelope one.
2     MS. MANN: We found it.
3     THE WITNESS: I found an org chart.
4     MS. MANN: Exhibit DT_0002-1 MB org chart,
5  correct?
6     MR. BOWER: Correct.
7     MS. MANN: Okay. That's what he's looking
8  at.
9     THE WITNESS: Okay.
10     MR. BOWER: Okay. And so --
11     MS. MANN: Can you read that -- hold on
12  one second.
13     Can you read that?
14 BY MR. BOWER:
15  Q. Take a moment to review it.
16  A. It's not the most current org chart
17 because there are a few changes that are on here.
18  Q. Okay. Does this look -- at some point,
19 this was an accurate org chart, correct?
20  A. At some point it was. It most likely was
21 during the transition of Tom and Greg. So there was
22 a point in which there was some knowledge transfer,
23 and Tom and Greg were working together with some
24 divided responsibilities.
25  Q. And when did Tom Brunner stop reporting to

15 (Pages 54 - 57)

Page 58

1  you?
2     A.  I don't recall the date, but it's been --
3  it was shortly after the relocation down here to
4  Jacksonville.
5     Q.  And when was that?
6     A.  So I'm trying to think. It was somewhere
7  around 2018, I believe, right after Hurricane
8  Matthew.
9     Q.  Okay. So Mr. Brunner reported to you
10 from --
11    A.  So it would have been 2016 in Montvale
12 until we -- we moved down here.
13       And then shortly thereafter, we started --
14 we hired Greg for the role and moved Tom into a more
15 senior role directly with our legal and R&D
16 department.
17    Q.  Has Tom only -- always kind of had the
18 expertise as far as the Takata matter goes?
19    A.  Yeah. And -- and we -- so Tom was
20 involved in the beginning part of the Takata
21 campaign, and there was so much stuff going on that
22 we decided that we wanted to keep that with Tom. So
23 he kept that responsibility.
24    Q.  And he was reporting to you while he was
25 in charge of that Takata campaign, correct?

Page 59

1     A.  In the beginning, yes.
2     Q.  And so just turning back for a moment to
3  your earlier testimony where you -- we were talking
4  about if you had noticed other issues in the field
5  from other manufacturers.
6     A.  Yeah.
7     Q.  And your answer was, "I would say in the
8  very beginning of Takata recall, I think we're
9  always concerned."
10       Then the answer, you say, "Then my first
11 call would be to Tom Brunner, who is my expert. And
12 I would say, 'Does this include us?'"
13       I just want to get a little more
14 information on that. What would you mean when you
15 make that call by, what does -- does this include
16 us? What would you have wanted to know?
17       MS. MANN: Object to form.
18       THE WITNESS: Well, specifically to
19    Takata, I mean, I think the first -- the first
20    indicators that we had was some incidents that
21    were happening with Honda vehicles. And -- and
22    so -- so I vaguely remember seeing a report on
23    that and then asking Tom, "Hey, what does that
24    mean for us?" Because I knew that Takata was
25    one of the manufacturers that we -- that we

Page 60

1  used in our vehicles, so that's what I meant by
2  that.
3  BY MR. BOWER:
4     Q.  And what did he tell you?
5     A.  That they -- that he had asked Daimler and
6  that we were looking into it at the time.
7     Q.  And that was when -- that was about the
8  time when Honda started issuing Takata recalls; is
9  that correct?
10    A.  I mean, there was Honda. There was other
11 manufacturers at the time that were using a specific
12 type of airbag that was manufactured by Takata
13 and -- yeah.
14       MS. MANN: Hey, Zach, I'm sorry. I'm
15    going to need about a quick, one-minute break.
16    So whenever you can take a quick break, just
17    let me know.
18       MR. BOWER: It's fine. We can do it now.
19       MS. MANN: All right. Thank you. Just a
20    quick break. Sorry.
21       MR. BOWER: Sure.
22       MS. MANN: Can we go off the record.
23       THE VIDEOGRAPHER: Off the record. The
24    time is 11:29 a.m.
25       (Short recess taken.)

Page 61

1        THE VIDEOGRAPHER: We're back on the
2     record. The time is 11:31 a.m.
3  BY MR. BOWER:
4     Q.  Mr. Tait, I just want to kind of wrap up
5  what we were talking about, and we can move on to a
6  different topic.
7        So Mr. Brunner tells you that he had asked
8  Daimler and they were looking into the Takata issue,
9  correct?
10    A.  Yes.
11    Q.  And then what was the next -- did you ever
12 hear back from Daimler about what they found?
13       MS. MANN: Object to the form.
14       THE WITNESS: I specifically didn't hear
15    anything back from Daimler. So Tom was the
16    expert.
17 BY MR. BOWER:
18    Q.  What was the next you heard from
19 Mr. Brunner on the topic?
20       MS. MANN: Object to the form.
21       THE WITNESS: So my recollection is that
22    we weren't affected by the initial wave.
23 BY MR. BOWER:
24    Q.  Did you have any follow-up questions for
25 him at the time?

Page 62

1  A. No.
2  Q. Did you say, hey, Tom, I know our vehicles
3  have Takata airbags. Is this something we should
4  look into?
5      MS. MANN: Object to form.
6      THE WITNESS: No. I mean, Tom is my
7      expert.
8  BY MR. BOWER:
9  Q. And at the time, did you have any
10 understanding as to what the issue of the Takata
11 airbags was?
12     MS. MANN: Object to form.
13     THE WITNESS: So I had an understanding of
14     what the anomaly was that Honda had reported.
15 BY MR. BOWER:
16 Q. Does it -- sorry.
17 A. Go ahead. I'm done.
18 Q. Yeah, okay. I just want to get a sense as
19 to what kind of -- if we could just get your best
20 kind of recollection as to what time period you're
21 talking about here as to the anomalies that were
22 being reported by Honda.
23 A. Yeah. So it was, I think, just prior to
24 Christmas around -- I believe the year was 2015,
25 somewhere around there.

Page 63

1  Q. And at that time, did you have an
2  understanding that people were being injured by the
3  Takata airbags?
4      MS. MANN: Object to form.
5      THE WITNESS: So that, I believe, was part
6      of the -- the initial, you know, like, the
7      press reports, that somebody was killed in a
8      Honda vehicle or injured.
9  BY MR. BOWER:
10 Q. At this point, how is it that Tom had had
11 the expertise of the Takata issue?
12 A. I mean, I won't say that he had-- that it
13 wasn't really an issue for us, right? But Tom is --
14 is the person that I rely on, you know, to get the
15 information that we need to -- or at least, you
16 know, interface between Daimler and NHTSA.
17 Q. Well, at this point in late 2015, does Tom
18 already have some type of particular expertise in
19 the Takata issue?
20     MS. MANN: Object to form.
21     THE WITNESS: I -- I don't know.
22 BY MR. BOWER:
23 Q. Okay. Well, in your prior answer, when I
24 asked, did you ever say to Tom, hey, I know our
25 vehicles have Takata airbags. Is this something we

Page 64

1  should look into?
2      Your answer was, no. I mean, Tom is my
3      expert.
4      What did you mean by that?
5  A. Well, I mean, Tom is the subject matter
6  expert for -- you know, for -- for things of that
7  nature. So his -- his background is engineering.
8  And Tom's role, as a department manager, is to
9  interface between the government agency and Daimler.
10     In this particular case, there were -- to
11 my knowledge, there wasn't any inquiry by NHTSA to
12 Daimler -- I mean, and to Mercedes-Benz USA in the
13 very beginning. And it was -- it was strictly a
14 Honda, you know, NHTSA type of thing, so -- yeah.
15     I mean, generally speaking, when anything
16 comes up, Tom is the guy that would ask the
17 questions of Daimler.
18 Q. And when you say Tom is a subject matter
19 expert, what -- what are you referring to? In what
20 areas is he the subject matter expert?
21 A. Yeah, so his -- I mean, his background is
22 working in the compliance department and
23 engineering. So his -- his job is to administer
24 what the campaigns and actions are that were given
25 by Daimler.

Page 65

1  Q. So at this time in late 2015, MB USA is
2  aware of the recalls, correct, at Honda?
3      MS. MANN: Object to form.
4      THE WITNESS: Well, we were made aware --
5      we were made aware that, you know, through
6      various reports, you know, that you read on
7      Automotive News, things like that, that flash
8      on your computer that there was an issue with
9      Honda.
10 BY MR. BOWER:
11 Q. And no one at MB USA looked into whether
12 there could be a similar issue with Mercedes
13 vehicles; is that correct?
14     MS. MANN: Object to the form.
15     THE WITNESS: Yeah, I don't know. I don't
16     know what Daimler was doing at that point.
17 BY MR. BOWER:
18 Q. Well, did anybody at MB USA do anything to
19 look into whether there could be issues with Takata
20 airbags in Mercedes vehicles at that point?
21 A. I don't know. I mean, I don't know at
22 that particular point if there was something going
23 on behind the scenes because I have no way of
24 knowing. But in my department, there was not
25 something that I was directly involved in. There

Page 66

1 could have been something that Tom was involved in,
2 but I have no way of knowing that. You'd have to
3 ask Tom.
4   Q.  And would you have expected to know that,
5 given that Tom was reporting to you, if he was
6 involved in something like that?
7   A.  Not unless there's something that we had
8 to do or an action that we'd have to take.
9       So -- so Tom -- again, Tom is the
10 department manager for vehicle compliance. And it's
11 his job to -- you know, to -- to implement the
12 actions that were given by Daimler at the time.
13   Q.  At some point, did you become aware that
14 the issue with the Takata airbags related to the use
15 of ammonium nitrate?
16       MS. MANN: Object to form.
17       THE WITNESS: So there was a -- there was
18   a -- I guess the common thread of my
19   understanding of the Takata airbags was the use
20   of that propellant. And -- but, again, not --
21   it didn't affect us initially.
22 BY MR. BOWER:
23   Q.  And -- well, when you say, "It didn't
24 affect us initially," what do you mean by that?
25       MS. MANN: Object to form.

Page 67

1       THE WITNESS: So there -- so we weren't --
2   we weren't being asked to implement an action
3   on Takata airbags initially when the first
4   manufacturers were involved in the campaign.
5       Later, NHTSA made a determination that
6   they wanted them all replaced regardless of the
7   place where they were manufactured or the shape
8   of the airbag. It was -- it was strictly based
9   on the propellant. So that's why we were asked
10   to recall them later.
11 BY MR. BOWER:
12   Q.  And at the time that you first learned at
13 MB USA that Honda's issuing recalls and that there
14 is a potential issue with the propellant,
15 Mercedes-Benz USA was selling vehicles that
16 contained Takata airbags with ammonium nitrate as a
17 propellant, correct?
18       MS. MANN: Object to form.
19       THE WITNESS: It was my understanding
20   that -- I don't know at the -- at the
21   particular time that it was initiated, what
22   vehicles that we were selling. But there are
23   different manufacturers of airbags that we use,
24   right?
25 BY MR. BOWER:

Page 68

1   Q.  But, sir, at the time that you began to
2 learn about the Honda recalls and the use of the
3 ammonium nitrate as the link between the Takata
4 recalls, were you not aware that Mercedes-Benz USA
5 was selling vehicles equipped with Takata airbags
6 that were using ammonium nitrate?
7       MS. MANN: Objection, asked and answered.
8       THE WITNESS: So at the time -- so --
9   so -- okay.
10       There are different types of airbags and
11   different -- different airbag composition.
12   Right? So I'm not an expert by any means.
13       But my limited understanding of it is that
14   there is a desiccated airbag and a
15   non-desiccated airbag. So specifically, they
16   were concerned about non-desiccated ammonium
17   nitrate airbags, right?
18       And at the time my recollection is, we
19   weren't -- I think the only anomaly was I think
20   a convertible or something at the time was the
21   only exception. Everything else was a
22   desiccated ammonium nitrate bag, or a different
23   manufacturer or a Takata airbag that was
24   manufactured at a different plant, you know.
25       So that's -- that's my -- that's about as

Page 69

1   specific of information I have.
2 BY MR. BOWER:
3   Q.  So at this point in time in late 2015, you
4 were aware of what airbags were being installed in
5 MB USA vehicles, correct?
6   A.  So I'm --
7       MS. MANN: Object to the form.
8       You can answer.
9       THE WITNESS: Okay. Thanks.
10       So I'm aware that -- of the manufacturer,
11   but I'm not -- I'm not an expert on what exact
12   bag or what the composition of every bag in
13   every car that we sell is.
14       Again, the only person that would have
15   that information would be Daimler as the
16   manufacturer.
17 BY MR. BOWER:
18   Q.  Based on your prior testimony, is it
19 correct that you were aware that some airbags in
20 Mercedes vehicles were desiccated?
21       MS. MANN: Object to form.
22       THE WITNESS: So at the time -- I mean, I
23   learned all this information as we progressed
24   through, so I don't exactly know when it was.
25   But based on, you know, my conversations with

18 (Pages 66 - 69)

Page 98

1  there's no laws that prohibit a dealer to sell a
2  vehicle with an open recall that's a used vehicle.
3     Q.  Are there laws that prohibit a dealer from
4  selling a CPO vehicle to a consumer?
5     A.  No.
6     Q.  But Mercedes has taken it upon itself to
7  prevent such a transaction, correct?
8        MS. MANN:  Object to form.
9        THE WITNESS:  That's correct.
10 BY MR. BOWER:
11    Q.  But it hasn't taken -- it hasn't prevented
12 such a transaction for non-CPO vehicles, correct?
13       MS. MANN:  Object to form.
14       THE WITNESS:  So our CPO program prohibits
15    a dealer selling a vehicle that is deemed as
16    certified pre-owned vehicle that has an open
17    safety recall.
18 BY MR. BOWER:
19    Q.  But Mercedes-Benz USA doesn't have any
20 program that would prohibit the sale of a vehicle to
21 a consumer that had an open safety recall that was
22 non-CPO, correct?
23       MS. MANN:  Object to form,
24    mischaracterizes the testimony.
25       THE WITNESS:  So it's -- so it's not

Page 99

1     really our job -- I mean, this is my opinion.
2     But dealers are independently owned and
3     operated.  And not every vehicle that goes
4     through an independent dealer, you know,
5     goes -- we're not aware of it at a
6     Mercedes-Benz USA.
7        So, right, they could do -- it's no
8     different than a customer buying and selling a
9     car to someone else.  You know, they can --
10    they're free to just buy and sell whatever they
11    want.  Any manufacturer.
12       So we have limited control or exposure
13    over that.  But obviously there is value in
14    buying and selling a CPO car because we'd gone
15    through it.  And that's a program that we're
16    involved with.
17 BY MR. BOWER:
18    Q.  Did MB USA create a Takata task force?
19    A.  Yes, we did.
20    Q.  Were you a member of that task force?
21    A.  I was initially involved in, you know, the
22 communication internally of that as well as other
23 members of my team.
24    Q.  When did you first become a member of the
25 MB USA Takata task force?

Page 100

1     A.  So when we received official
2  notification -- and I don't remember the date
3  that -- that we were going to launch a major recall
4  and when -- after I received a copy of the -- or
5  read the information that NHTSA put out of all the
6  things that we had to do, then we -- I realized it
7  was going to be bigger than a normal recall based on
8  the volume and the, you know, the scope.  So -- so
9  we put together that team.
10       But I don't remember the specific date.
11 It was pretty much immediately after we were
12 notified that we were going to do a recall.
13    Q.  Approximately how many folks were part of
14 that team?
15    A.  I don't recall how many.  I don't recall
16 how many.
17    Q.  Was part of the role of that team to look
18 at whether any other Mercedes models or vehicles had
19 Takata airbags that had not yet been recalled?
20       MS. MANN:  Object to form.
21       THE WITNESS:  I mean, I don't -- no,
22    specifically for the task force, no.
23 BY MR. BOWER:
24    Q.  What about more broadly at Mercedes-Benz
25 USA at the time?  Did anyone say, hey, look, let's

Page 101

1  check to make sure none of our other vehicles have
2  Takata airbags with ammonium nitrate?
3        MS. MANN:  Object to form.
4        THE WITNESS:  So I -- I don't know.  But
5     Tom Brunner would be the expert you would want
6     to ask that question to.
7  BY MR. BOWER:
8     Q.  Are you aware of that occurring?
9        MS. MANN:  Object to form, calls for
10    speculation.
11 BY MR. BOWER:
12    Q.  I'll rephrase.
13       Are you aware, sir, as the head of
14 engineering services at MB USA of anyone looking
15 more broadly to see whether other Mercedes-Benz
16 vehicles were equipped with Takata airbags that used
17 ammonium nitrate as a propellant?
18       MS. MANN:  Object to form.
19       THE WITNESS:  I'm aware that -- that as
20    part of what Daimler investigated, that they
21    would tell us that -- you know, here's the
22    vehicles that are affected and the population.
23    You know, we take that information and then
24    we'd see where the vehicles were and things
25    like that.  That's our role.

26 (Pages 98 - 101)

Page 318

```
 1                AFFIDAVIT
 2  STATE OF FLORIDA    )
 3  COUNTY OF _____ )
 4
       I, _____, being
 5  first duly sworn, do hereby acknowledge that I did
    read a true and certified copy of my deposition
 6  which was taken in the case of TAKATA AIRBAG
    LITIGATION, taken on the 29th day of July, 2021, and
 7  the corrections I desire to make are as indicated on
    the attached Errata Sheet.
 8            _____
                   (Deponent)
 9
10     + + + + + + + + + + + + + + + + + +
11               CERTIFICATE
12
13  STATE OF FLORIDA    )
    COUNTY OF _____ )
14
15
         Before me personally appeared
16  _____,
    to me well known / known to me to be the person
17  described in and who executed the foregoing
    instrument and acknowledged to and before me that he
18  executed the said instrument in the capacity and for
    the purpose therein expressed.
19
20       Witness my hand and official seal, this
    ____ day of _____, ____.
21
22
23            _____
                  (Notary Public)
24
    My Commission Expires:
25
```

Page 319

```
 1              ERRATA SHEET
 2  Takata Airbag Litigation
     Deponent:  DAVID TAIT
 3  Date of :  July 29, 2021
 4
 5  PAGE    LINE     REMARKS
 6  _____
 7  _____
 8  _____
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20
21          _____
22             Signature of Witness
     _____
23  (Notary Public)
24  Dated this _____ day of _____, _____.
    My Commission Expires: _____
25
```

Page 320

```
 1
 2              CERTIFICATE OF OATH
 3
 4  STATE OF FLORIDA   )
 5  COUNTY OF BROWARD  )
 6
 7       I, the undersigned authority, certify
 8  that DAVID TAIT personally appeared before me and
 9  was duly sworn.
10       WITNESS my hand and official seal this
11  12th day of August, 2021.
12
13
14
15
16
17
18          [Signature: Suzanne Vitale]
19       _____
        SUZANNE VITALE, R.P.R., F.P.R.
20       Notary Public, State of Florida
        My Commission No. DD179981
21       Expires: 5/24/2024
22
23
24
25
```

Page 321

```
 1
 2               CERTIFICATE
 3
 4  STATE OF FLORIDA  )
 5  COUNTY OF BROWARD )
 6
 7       I, SUZANNE VITALE, R.P.R., F.P.R. do
 8  hereby certify that I was authorized to and did
 9  stenographically report the foregoing deposition
10  of DAVID TAIT; that a review of the transcript
11  was requested; and that the transcript is a true
12  record of my stenographic notes.
13       I FURTHER CERTIFY that I am not a
14  relative, employee, attorney, or counsel of any
15  of the parties, nor am I a relative or employee
16  of any of the parties' attorney or counsel
17  connected with the action, nor am I financially
18  interested in the action.
19       Dated this 12th day of August, 2021.
20
21
22          [Signature: Suzanne Vitale]
23
            _____
24          SUZANNE VITALE, R.P.R., F.P.R.
            My Commission No. DD179981
25          Expires: 5/24/2024
```

```
                                                          Page 322
 1           VERITEXT FLORIDA, LLC
            Two South Biscayne Blvd., Suite 2250
 2              MIAMI, FL  33131
                  305-376-8800
 3
 4  David Tait c/o
    SQUIRE PATTON & BOGGS, LLP
 5  1230 Peachtree Street Northeast
    Suite 1700
 6  Atlanta, Georgia 30309
    ATTENTION:  DARA D. MANN, ESQ.
 7
 8                August 12, 2021
 9  RE:  Takata Airbag Litigation
    AVAILABLE FOR READING UNTIL:  30 days
10
    David Tait:
11
        This letter is to advise you that the
12  transcript of your deposition is available for
    reading and signing.
13
        PLEASE CALL THE ABOVE NUMBER TO MAKE AN
14  APPOINTMENT to come to the Veritext office closest
    to you to read and sign the transcript.  Our office
15  hours are 8:30 a.m. to 4:30 p.m., Monday through
    Friday.
16      In the event other arrangements are made,
    please send us a notarized list of any and all
17  corrections and/or changes, noting page and line
    numbers, and the reason for such changes, so that we
18  can furnish respective counsel with a copy.
        If the reading and signing has not been
19  completed prior to the above-referenced date, we
    shall conclude that you have waived the reading and
20  signing of the deposition transcript.
        Your prompt attention to this matter is
21  appreciated.
22         SUZANNE VITALE, R.P.R., F.P.R.
23
24
25
```

82 (Page 322)