# Exhibit 8

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3    CASE NO. 15-20664-CV-MORENO (Personal Injury)
      CASE NO. 14-24009-CV-MORENO (Economic Loss)
 4
 5    IN RE:
 6    TAKATA AIRBAG PRODUCTS
      LIABILITY LITIGATION
 7    _____/
 8
 9                    VIA ZOOM
                      Wednesday, February 3, 2021
10                    10:08 a.m. to 12:10 p.m.
11
12
13
14                    CONFIDENTIAL
15      VIDEOTAPE DEPOSITION OF TIMOTHY S. LOWERY
16
17
18
19        Taken on behalf of the Plaintiffs before Carol
20    Hill Weng, FPR, RMR, CRR, CMRS, CPE, CRI, a Notary
21    Public in and for the State of Florida at Large,
22    pursuant to Plaintiffs' Notice of Taking Deposition in
23    the above cause.
24
25
```

CONFIDENTIAL

Page 32

1        During that time frame, are you aware
2   of any investigations that took place -- that
3   were undertaken by anyone in the products
4   analysis department relating to allegations of
5   ruptures in any of type of airbag?
6        A.   No.  Not that I'm aware.
7        Q.   And were you aware of anyone in the
8   products analysis department, during that time
9   frame, taking part in any investigations of any
10  alleged problem with the Takata airbag, whether
11  it's a rupture or otherwise?
12       A.   That I don't know.  I wouldn't have
13  specified if it was a Takata airbag or not.
14       Q.   When is the first time that you recall
15  being involved in any type of follow-up or
16  investigation into an allegation relating to a
17  Takata airbag?
18       A.   I don't have any recollection of
19  Takata before the recalls were launched so it
20  would have been after that time frame but I
21  don't know specifically.
22       Q.   So after that time frame -- let's
23  remove those brackets.  I'm no longer bracketing
24  you to 2010.
25            With those time brackets removed, when

| | |
|---|---|
| 1 | Q.   Are you aware of any testing that |
| 2 | Mercedes has done, Mercedes-Benz USA has done, |
| 3 | of airbag, airbag inflators, airbag modules? |
| 4 | A.   No, I am not. |
| 5 | Q.   I have two sort of broad questions for |
| 6 | you.  From 2003 to the present, your career at |
| 7 | Mercedes-Benz USA, have you ever had any direct |
| 8 | communications with anyone employed by Takata or |
| 9 | any of its subsidiaries? |
| 10 | A.   No, sir. |
| 11 | Q.   Have you ever been -- |
| 12 | A.   I don't know its subsidiaries but not |
| 13 | that I know of. |
| 14 | Q.   Have you ever been involved in any |
| 15 | meetings where representatives of Takata were |
| 16 | present? |
| 17 | A.   No, sir. |
| 18 | Q.   Have you ever -- have you given any |
| 19 | depositions before, Mr. Lowery? |
| 20 | A.   Yes, sir, I have. |
| 21 | Q.   How many times? |
| 22 | A.   Oh, probably more than 20. |
| 23 | Q.   Okay.  What sort of issues do you get |
| 24 | called on to give depositions in?  These are -- |
| 25 | let me -- in your capacity as a Mercedes-Benz |

CONFIDENTIAL

Page 86

1            CERTIFICATE OF OATH OF WITNESS
2
3   STATE OF FLORIDA           )
                               ) SS.
4   COUNTY OF MIAMI-DADE       )
5
6        I, Carol Hill Weng, FPR, RMR, CRR, CMRS, CRI, CPE,
7   Notary Public in and for the State of Florida at Large,
8   certify that the witness, Timothy S. Lowery, personally
9   appeared before me on February 3, 2021, and was duly
10  sworn by me.
11       WITNESS my hand and official seal this
12  February 17, 2021.
13
14
     *[signature: Carol Hill Weng]*
15  _____
         Carol Hill Weng, FPR, RMR, CRR, CMRS,
16       CRI, CPE
         Notary Public, State of Florida at Large
17
18  Notary No.: FF 958116
19  My Commission Expires:  March 4, 2024
20
21
22
23
24
25

1       REPORTER'S DEPOSITION CERTIFICATE

2

3       I, Carol Hill Weng, FPR, RMR, CRR, CMRS, CPE, CRI,
4    certify that I was authorized to and did
5    stenographically report the deposition of Timothy S.
6    Lowery, the witness herein on February 3, 2021; that a
7    review of the transcript was requested; that the
8    foregoing pages are a true and complete record of my
9    stenographic notes of the deposition of said witness;
10   and that this computer-assisted transcript was prepared
11   under my supervision.
12       I further certify that I am not a relative,
13   employee, attorney or counsel of any of the parties,
14   nor am I a relative or employee of any of the parties'
15   attorney or counsel connected with the action.
16       DATED this February 17, 2021.

17

18

19

20

21   _____

22       Carol Hill Weng, FPR, RMR, CRR
         CMRS, CPE, CRI

23

24

25