# Exhibit 10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| IN RE:<br><br>**TAKATA AIRBAG PRODUCTS**<br>**LIABILITY LITIGATION**<br><br>This Document Relates to All Economic Loss Cases | MDL No. 2599<br><br>Master File No. 15-MD-2599-MORENO<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**DECLARATION OF R. THOMAS BRUNNER**
**IN SUPPORT OF MERCEDES-BENZ USA LLC'S ("MBUSA")**
**OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, R. Thomas Brunner, declare:

1.      I submit this Declaration in support of MBUSA's Opposition to Plaintiffs' Motion for Class Certification.  I am over 18 years of age, of sound mind and otherwise competent to make this Declaration.

2.      I am Senior Principal, Technical Compliance at MBUSA.  I have been employed at MBUSA for over 27 years. During my employment at MBUSA, including in my current position, I have gained personal knowledge of the facts stated below, or have learned them based on my review of company records and in discussions with other MBUSA employees.  If called as a witness to do so, I could and would testify competently to the matters stated here. I have previously provided deposition testimony in this matter.

**Comparison of Leased vs. Purchased Class Vehicles**

3.      At issue in this case are approximately 1.1 million Mercedes-Benz passenger cars and light trucks spanning model years 2005 to 2017 ("Class Vehicles").  The Class Vehicles include many different types and platforms of Mercedes-Benz vehicles, including C-, E-, GL-,

GLK-, ML-, R-, SLK-, and SLS-Class vehicle lines, which represent varied models of sedans, SUVs, coupes, convertibles, and the like. Across the thirteen model years, some customers lease their vehicles (usually on a 2- to 3-year term) while others elect to purchase their vehicles.

4.       While the percent of individuals who lease vehicles varies by type of vehicle and model year and across time, approximately 25% of all Class Vehicles were leased, compared to approximately 75% that were purchased. Given the age of the Class Vehicles (going back to model year 2005), the majority are now used vehicles, most having changed ownership multiple times over the past seventeen years since MBUSA first sold them to authorized dealers.

**Recalls of Takata Airbags in Mercedes-Benz Passenger Vehicles and
Use of New Technology for Replacement Airbag Modules**

5.       As I previously testified at deposition, MBUSA does not design, develop or manufacture Mercedes-Benz vehicles or their component parts; it is the distributor and warrantor of Mercedes-Benz vehicles in the U.S., including the Class Vehicles. MBUSA had no role in developing vehicle or component specifications or conducting product validation, or pre-launch testing or certification of the Class Vehicles or their component parts, including the airbags. In its role as the distributor and warrantor of the Class Vehicles, MBUSA had no communications or interactions with Takata about such things. As such, MBUSA was not aware that the Class Vehicles came equipped with Takata airbags, and certainly was not aware of the type of propellant used in the inflators in those airbags, until late 2015, shortly before the first recall applicable to Mercedes-Benz vehicles was announced in late January 2016.

6.       On January 25, 2016—long after the vast majority of Class Vehicles had been distributed by MBUSA—Takata submitted a Defect Information Report ("DIR") to NHTSA recalling certain non-desiccated inflators (PSDI-5) in driver-side airbag modules for certain Mercedes-Benz passenger vehicles in the U.S.  On February 9, 2016, the manufacturer of

Mercedes-Benz passenger vehicles voluntarily recalled 706,000 Class Vehicles with those driver-side airbag modules based on that determination made by Takata, even though up to that time there had not been any inflator rupture or other issue of the type described in the Takata DIR in any Mercedes-Benz vehicle, or known to MBUSA (16V081-8542). That recall advised that "Takata filed a Defect Information Report with NHTSA [in January 2016] announcing a potential defect in some of the subject inflators" so "in an abundance of caution" the manufacturer of Mercedes-Benz vehicles agreed to conduct a voluntary recall (16V081-8542 at 11). The recall submission also notes that inflator "ruptures may occur in some of the subject inflators after several years of exposure to persistent conditions of high absolute humidity" and "other factors." (16V081-8542 at 11.) Takata would ultimately submit DIRs to NHTSA for driver- and passenger-side (PSPI-2) airbag inflators covering in total for all recalls approximately 1.1 million Mercedes-Benz passenger vehicles[1] in the U.S., even though up to that time there still had not been any confirmed inflator rupture or other issue of the type described in the Takata DIR in any Mercedes-Benz vehicle, or known to MBUSA, worldwide.

7.      For the recall of the Class Vehicles, the manufacturer of Mercedes-Benz vehicles—with the approval and acknowledgement of NHTSA—redesigned the airbag modules for the recalled Class Vehicles with inflators containing a different type of gas generant or propellant, guanidine nitrate or GuNi. In other words, recalled airbag modules with inflators containing non-desiccated PSAN would be replaced with newly designed airbag modules containing GuNi as the inflator propellant. So while some manufactures opted to replace recalled airbags as an interim measure with inflators still using non-desiccated PSAN as the propellant (so-called "like-for-like" replacements), the manufacturer of Mercedes-Benz vehicles completely re-engineered and re-

---

[1] I understand that plaintiffs have excluded leased vehicles and Sprinter/Freightliner vans from the proposed class of vehicles. As noted, approximately 25% of the Class Vehicles would be leases.

designed its airbag modules to implement new technology, and as a final remedy from the start. That required a significant investment of time and resources; for the new integrated module design specified by the manufacturer for its airbags, the inflator alone could not be replaced and so the entire airbag module had to be re-engineered, requiring new design, development, validation and certification. This approach also optimized recall execution as it enabled for replacement of the recalled airbag modules during a single workshop visit, enhancing completion rates and convenience for the customer.

8.     MBUSA implemented the recalls per NHTSA directives and with its oversight. NHTSA issued a Third Amended Coordinated Remedy Order encompassing recalls of Mercedes-Benz vehicles, providing a phased schedule for the implementation of the recalls based on the age of the vehicles and "priority zones" (*i.e.*, geographic regions), with the hotter and more humid areas of the country slated to have the recalls performed before the drier, cooler regions of the country. 81 Fed. Reg. 95,267 (Dec. 27, 2016). The recalls were staggered, in part, because over 60 million vehicles were implicated in the recalls encompassing all OEMs who sold vehicles in the U.S., which strained overall development, manufacture and supply of replacement parts. As NHTSA noted, these factors resulted in "unprecedented complexity to the recall and remedy process." *Id.* ¶ 3.

9.     For its part, MBUSA from the beginning instituted an aggressive, comprehensive outreach campaign to engage its dealership network and inform Mercedes-Benz owners about the recall, including successive notifications regarding parts availability and reminder notices to owners to perform the recall. MBUSA's outreach notification program has included direct mail, email, mobile and land-line calls, dedicated website, social media (*e.g.*, Facebook, Instagram, etc) and digital ads (*e.g.*, Google banner ads, etc.), gas station TV notices, postcards, SMS, notification via States' DMVs, interaction with insurance companies, dealer and customer incentives (*i.e.*,

accessory vouchers), at-home/at-work mobile repairs, vehicle pick-up/delivery incentives, towing and rideshare reimbursements, engaging independent repair facilities, CarFax recall alerts, and VIN/parts-availability look-up tools, and dealer competitions, among other initiatives.

10.     MBUSA performed these outreach campaigns internally and with the use of specialized third-party marketing vendors, as well as collaboratively with other OEMs. Even though some of the recalls could not launch until 2019/2020 owing to parts availability and/or priority grouping, MBUSA has already accounted for approximately 75% of the Class Vehicles with a new airbag module. In other words, the vast majority of owners of Class Vehicles have already received a new replacement airbag module and free of charge. This is an exceptional recall rate considering that many of the Class Vehicles are now over 10 to 15 years old, many of which are no longer on the road or whose current owners cannot be located and/or are not responding to recall outreach efforts. Compared to other non-Takata recalls, the recall completion rates for Mercedes-Benz vehicles in the age range of the Class Vehicles generally plateau at a significantly lower percentage approximately 3 years after the recall is launched.

### Monroney Labels Are Affixed to Only New Vehicles, Not Used Vehicles and Not All Labels List Front Airbags

11.     Mercedes-Benz vehicles come with "Monroney labels" (*i.e.*, "window stickers") typically affixed to the front driver- or passenger-side window of *new* vehicles MBUSA distributes in the United States. By regulation, Monroney labels are not required for *used* vehicles and MBUSA does not provide Monroney labels for used vehicles. MBUSA generally possesses copies of Monroney labels for only a few model years of Class Vehicles (model years 2015 to 2017).  For Class Vehicles that pre-date model year 2015 going back to model year 2005, MBUSA has less than 30 additional Monroney labels. Otherwise, MBUSA does not maintain a repository of older Monroney labels for the Class Vehicles it distributed. As such, MBUSA does not know what

proportion of Class Vehicles' Monroney labels listed front driver-side and/or passenger-side airbags, or frontal airbags; but it does know that many such labels did not. For the foregoing reasons, I am not able to authenticate any of the purported Monroney labels attached to Plaintiffs' Motion, which were not provided to plaintiffs by MBUSA.

### There Has Been Only One Confirmed Rupture Involving an Alleged Injury

12.     Plaintiffs' Motion refers to a Takata airbag inflator rupture in a Mercedes-Benz vehicle involved in a frontal collision that occurred in Florida in November 2020. That is the only rupture in Mercedes-Benz vehicle resulting in injury (but no fatalities). MBUSA disputes the claims in that case and investigation is ongoing but the replacement airbag module for that vehicle was available approximately 11 months before that incident, and the owner of that vehicle had been sent several notices prior to the accident advising that a replacement airbag module for that vehicle was available and could be installed for free.

### Plaintiff Knox Has Still Not Had The Recall Repair Performed on His Vehicle

13.     I understand that Christopher Knox is a named plaintiff in this action. Plaintiff Knox has been repeatedly notified by MBUSA that replacement airbag modules have been available for his 2009 Mercedes-Benz C300 (WDDGF81X69F227894), and that they could be replaced "free of charge." Despite receiving multiple notices, Plaintiff Knox, according to MBUSA's records, has still not taken his vehicle in to have the recall remedy performed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 19th day of April 2022 in Park Ridge, New Jersey.

R. Thomas Brunner