# Exhibit 11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| IN RE: | |
| **TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION** | MDL No. 2599 |
| | Master File No. 15-MD-2599-MORENO |
| This Document Relates to All Economic Loss Cases | S.D. Fla. Case No. 1:14-cv-24009-FAM |

<u>**DECLARATION OF R. THOMAS BRUNNER**
**IN SUPPORT OF MERCEDES-BENZ USA LLC'S ("MBUSA")**
**MOTION FOR SUMMARY JUDGMENT**</u>

I, R. Thomas Brunner, declare:

1.      I submit this Declaration in support of MBUSA's Motion for Summary Judgment. I am over 18 years of age, of sound mind and otherwise competent to make this Declaration.

2.      I am Senior Principal, Technical Compliance at MBUSA.  I have been employed at MBUSA for over 26 years. During my employment at MBUSA, including in my current position, I have gained personal knowledge of the facts stated below, or have learned them based on my review of company records and in discussions with other MBUSA employees.  If called as a witness to do so, I could and would testify competently to the matters stated here. I have previously provided deposition testimony in this matter.

3.       I have reviewed the relevant materials related to this action, including but not limited to, the Second Amended Complaint, and other pleadings in this action.

4.      I understand that on March 6, 2008, Plaintiff Diana Myers purchased a used 2008 Mercedes-Benz C350W from Bill Heard Chevrolet in Scottsdale, Arizona. Bill Heard Chevrolet is a third-party dealership, not an authorized Mercedes-Benz dealership.

5.      I understand that on November 24, 2015, Plaintiff Butler-Adams purchased a used 2011 Mercedes-Benz C300 from Apex Auto in Fremont, California.  Apex Auto is a third-party dealership, not an authorized Mercedes-Benz dealership.

6.      I understand that on July 3, 2015, Plaintiff Marcela Warmsley purchased a used 2011 Mercedes-Benz C300 from West Coast Auto Sales in Montclair, California. West Coast Auto Sales is a third-party dealership, not an authorized Mercedes-Benz dealership.

7.      I understand that on November 12, 2016, Plaintiff Mary Jackson Robinson purchased a used 2013 Mercedes-Benz C250 from CarMax in Orlando, Florida. CarMax is a third-party dealership, not an authorized Mercedes-Benz dealership.

8.      I understand that on July 1, 2017, Plaintiff Ericka Black purchased a used 2013 Mercedes-Benz C250 from IMotoBank in Walpole, Massachusetts. IMotoBank is a third-party dealership, not an authorized Mercedes-Benz dealership.

9.      I understand that on September 3, 2014, Plaintiff Robert Cervelli purchased a used 2010 Mercedes-Benz E350 from Midway Automotive in Abington, Massachusetts. Midway Automotive is a third-party dealership, not an authorized Mercedes-Benz dealership.

10.     I understand that on March 17, 2016, Plaintiff Shanella Prentice purchased a used 2014 Mercedes-Benz C300 from Herb Chambers Honda of Seekonk, Massachusetts. Herb Chambers Honda is a third-party dealership, not an authorized Mercedes-Benz dealership.

11.     I understand that on May 5, 2012, Plaintiff Bettie Taylor purchased a used 2010 Mercedes-Benz C300 from Bo Haarala Autoplex in Meridian, Mississippi. Bo Haarala Autoplex is a third-party dealership, not an authorized Mercedes-Benz dealership.

12.     I understand that on June 29, 2015, Plaintiff Jody Dorsey purchased a used 2008 Mercedes-Benz C300 from Nimey's New Generation Cars, formerly known as Rich Nimey's Sales

and Service, in Utica, New York. Nimey's New Generation Cars is a third-party dealership, not an authorized Mercedes-Benz dealership.

13.     I understand that on October 1, 2014, Plaintiff Sam Fragale purchased a used 2014 Mercedes-Benz C-250 from ECarOne in Hurst, Texas. ECarOne is a third-party dealership, not an authorized Mercedes-Benz dealership.

14.     As a part of its Takata recall implementation efforts under the directives and oversight of NHTSA, MBUSA maintains records on vehicles that have received the recall remedy and have had their recalled Takata airbags replaced free of charge.

15.     MBUSA's records show that the Takata passenger-side airbag module in Plaintiff Shanella Prentice's 2014 Mercedes-Benz C300, VIN No.  WDDGF8AB5EG158558, was replaced under Recall Campaign No. 2020080007 free of charge on July 9, 2021, at an authorized Mercedes-Benz dealership.

16.     MBUSA's records show that the Takata passenger-side airbag module in Plaintiff Michael Kaufman 2011 Mercedes-Benz E350 Cabriolet, VIN No.  WDDKK5KF4EF267072, was replaced under Recall Campaign No. 2021040001 free of charge on July 30, 2021, at an authorized Mercedes-Benz dealership.

17.     All new Mercedes-Benz passenger vehicles come with a New Vehicle Limited Warranty ("NVLW"). The express warranty covers defects in materials and workmanship for a period of four years or 50,000 miles, whichever is first to occur.  The NVLW provides a disclaimer for the duration of the implied warranty, which conspicuously states:

> THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE LIMITED TO THE FIRST TO OCCUR OF 48 MONTHS OR 50,000 MILES FROM THE DATE OF INITIAL OPERATION OR ITS RETAIL DELIVERY . . . WHICHEVER EVENT SHALL FIRST OCCUR.

> Exhibit A attached hereto at p. 14 (Model Year 2005 NVLW).

18.     This language is the same for all warranties applicable to all Mercedes-Benz passenger vehicles included in the class (model years 2005 through 2017), including the vehicles of named plaintiffs. For example, attached hereto as Exhibit B is the Model Year 2017 NVLW, which contains the same above-quoted language. Ex. B. at 14. Accordingly, the duration of the implied warranty of merchantability for Mercedes-Benz passenger vehicles, including those in the class, is no more than 4-years or 50,000 miles, though I understand that some states' laws provide for shorter implied warranty durations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 14th day of March 2022, in Park Ridge, New Jersey.

R. Thomas Brunner

# EXHIBIT A



## Service and Warranty Information 2005 Passenger Cars

(except Mercedes-Benz SLR McLaren)



**Mercedes-Benz**

MBUSA_00021710

| BASIC WARRANTY | 4 Years/50,000 Miles |
| WHEEL ALIGNMENT AND BALANCING | 1 Year/12,000 Miles |
| EMISSION PERFORMANCE/CONTROL (Federal) | 2 Years/24,000 Miles |
| EMISSION PERFORMANCE/CONTROL (Federal) | 8 Years/80,000 Miles (Limited Coverage - please refer to text) |
| EMISSION PERFORMANCE (California, Maine, Massachusetts, Vermont) | 3 Years/50,000 Miles |
| EMISSION CONTROL (California, Maine, Massachusetts, Vermont) | 7 Years/70,000 Miles (Limited Coverage - please refer to text) |
| Years in Service | 1 2 3 4 5 6 7 8 |

MBUSA_00021711

*Dear Mercedes-Benz Owner:*

*As an authorized Mercedes-Benz Dealer, we are dedicated to providing you with unparalleled Commitment to Excellence in Sales and Service.*

*We will always do everything possible to live up to this commitment.*

_____

Mercedes-Benz Center's Signature and Stamp

1

MBUSA_00021712

## Mercedes-Benz Center Information

Name:

Address:

City, State, ZIP Code:

Sales Department Hours:

Telephone:                                Fax:                        E-mail:

Service Department Hours:

Telephone:                                Fax:                        E-mail:

Parts Department Hours:

Telephone:                                Fax:                        E-mail:

Additional Customer Assistance/Services:

**2**

MBUSA_00021713

## Vehicle Warranty Information

Model_____

Serial Number_____

VIN_____

Owner_____

Address_____

City/State/ZIP_____

European Delivery  ☐                Domestic Delivery  ☐

Delivery/Warranty: Mo. _____ Day _____ Yr. _____

Selling Dealer Code: _____

LIMITED WARRANTY TERMS: The first to occur of 4 Years or 50,000 miles from date of delivery or when put into service. (See details starting on page 13 of this booklet.)

OTHER:_____

_____

Owner's Signature

3

MBUSA_00021714

**New Vehicle Systems Checkout Inspection/Delivery**

NEW VEHICLE
DELIVERY
CERTIFICATION
PERFORMED

Month _____ Day _____ Year _____

_____
Service Manager's Signature

**Delivery and Owner Instructions**

Owner instructed in operation of vehicle per
Mercedes-Benz  New  Car  Delivery Program                    ☐

Service and Warranty Information Booklet,
Operator Manuals and Maintenance Booklet
reviewed with owner                                          ☐

Owner introduced to Service Department Staff               ☐

Owner instructed on:        First Visit                     ☐
                            Maintenance Schedule            ☐
                            Tire Rotation                   ☐
                            Tele Aid                        ☐
                            Roadside Assistance             ☐

_____
Mercedes-Benz Representative's Signature

**4**

To the Owner . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

Mercedes-Benz Service Welcome - Model Year 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Limited Warranty - Registration Year 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Mercedes-Benz New Car Limited Warranty - Things You Should Know . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Body Repair Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Emission Control System Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Emission Systems Warranty (Federal) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Emission Performance Warranty (Federal) - Things You Should Know. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23

Emission Performance Warranty (Federal). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24

Notice of Address Change or Pre-Owned Car Purchase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Centerfold

California, Maine, Massachusetts and Vermont Emission Control System Warranty - Things You Should Know . . . . . . . .29

2005 California, Maine, Massachusetts and Vermont Emission Control System Warranty. . . . . . . . . . . . . . . . . . . . . . . . .32

Mercedes-Benz Warranted Emission Related Components MY 2005 - Gasoline or Flexible Fuel Engines . . . . . . . . . . . . .37

Mercedes-Benz Warranted Emission Related Components MY 2005 - Diesel Engine. . . . . . . . . . . . . . . . . . . . . . . . . . . . .39

Model Year 2005 - CA, ME, MA and VT - Defect Warranty Coverage - Gasoline or Flexible Fuel Engines . . . . . . . . . . . . .40

Warranty Enforcement Laws (Lemon Laws). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42

Important Notice for California Retail Buyers and Lessees of Mercedes-Benz Vehicles . . . . . . . . . . . . . . . . . . . . . . . . . . .43

Questions, Loss of Warranty Booklet. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44

Address Change, Special Adjustment Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45

To Purchasers of Pre-Owned Mercedes-Benz Vehicles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46

5

MBUSA_00021716

**To the Owner**

**General**

The subsequent pages of this Service and Warranty Information booklet describe some service requirements and the warranties you receive as a Mercedes-Benz owner.

Your car is covered under the terms of these "Warranties" and your Mercedes-Benz Center will exchange or repair any defective parts in accordance with the terms of such warranties within stated limits.

Please keep this booklet together with the Operator's Manual, Maintenance Booklet and other documents concerning your car so that future owners will have access to this literature if you should sell the vehicle.

**Replacement Parts for Your Mercedes-Benz**

Genuine Mercedes-Benz parts, exchange units and factory approved accessories are the recommended replacement parts for your Mercedes-Benz passenger car and are available through your authorized Mercedes-Benz Center.

These parts meet the same exacting quality control standards as the original equipment on your car and comply with all applicable Federal and State safety regulations.

Consult your authorized Mercedes-Benz Center for warranty and other details. Also ask your Center about exchange parts under the Mercedes-Benz Exchange Program. These parts cost less than new parts but carry the same warranty terms.

**6**

The Mercedes-Benz Service Welcome consists of a First Visit and a First Tire Rotation, where applicable to your vehicle's tire configuration.

The Mercedes-Benz Service Welcome is available on model year 2005 Mercedes-Benz vehicles purchased from an authorized Mercedes-Benz Center within the United States or Puerto Rico.

**First Visit**

Please bring your Mercedes-Benz vehicle to your authorized Mercedes-Benz Center for its first visit anytime between 1,000 and 3,000 miles.

This first visit is for a basic vehicle diagnostic test and for answering any questions you may have regarding the vehicle and its features. This first visit is at no charge provided it is performed at an authorized Mercedes-Benz Center within the United States or Puerto Rico.

**First Tire Rotation**

Please bring your Mercedes-Benz vehicle to an authorized Mercedes-Benz Center for its first tire rotation at the mileage recommended in the tire manufacturer's warranty pamphlet included in your vehicle literature portfolio, or at the first signs of irregular tread wear, whichever comes first.

This first tire rotation is at no charge provided it is performed at an authorized Mercedes-Benz Center within the United States or Puerto Rico and prior to 6,500 miles on the vehicle odometer. Beyond this mileage, tire rotations are not covered by MBUSA.

Tire rotations, if applicable to your vehicle's tire configuration (see Maintenance Booklet or Operator's Manual), should be performed in accordance with the tire manufacturer's recommended intervals, or sooner at the first signs of irregular (uneven) tread wear. Tire manufacturer's rotation recommendations will necessitate a

tire rotation at least once in between maintenance services and at every maintenance service based on Mercedes-Benz maintenance intervals. Please note that the useful life of tires will vary depending on tire type, speed rating, road surfaces and individual driving style, among other factors.

In cases where your vehicle configuration will not allow for a tire rotation, tires will be checked for proper inflation pressure and the tire tread will be inspected at no charge provided this is performed at an authorized Mercedes-Benz Center within the United States or Puerto Rico and prior to 6,500 miles on the vehicle odometer.

Tire rotations, if applicable to your vehicle's tire configuration, are a required maintenance service. Not performing of tire rotations may void the Mercedes-Benz tire warranty coverage. See page 13 for details.

7

MBUSA_00021718

**Notes**

8

MBUSA_00021719

*As a MERCEDES-BENZ OWNER you deserve service unparalleled in the industry.*

*To meet your every possible service need, your authorized Mercedes-Benz Center employs a spe-cially factory trained staff using the latest diagnostic and service techniques. Whether it is a small adjustment or major service, your Mercedes-Benz Center will accommodate you quickly and effi-ciently.*

*Finally, should you ever experience an emergency repair situation, our 24-Hour Roadside Assis-tance Program is only a toll free call away. (1-800-FOR-MERCedes)*

**9**

MBUSA_00021720

**10**

MBUSA_00021721

*T H A N K   Y O U . . .* for the confidence you have placed in us. We will always
*do everything possible to continue to earn your trust and goodwill.*

```
┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐        ┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
│                   │        │                   │
│                   │        │                   │
│   Business Card   │        │   Business Card   │
│        of         │        │        of         │
│ Mercedes-Benz     │        │  Service Manager  │
│ Representative    │        │   (Insert here)   │
│   (Insert here)   │        │                   │
│                   │        │                   │
│                   │        │                   │
└ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘        └ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘
```

11

MBUSA_00021722

12

**Limited Warranty – 2005 Registration Year Passenger Cars** 

**Items Which Are Covered:**

DEFECTS: Mercedes-Benz USA, LLC (MBUSA) warrants to the original and each subsequent owner of a new Mercedes-Benz passenger car that any authorized Mercedes-Benz Center will make any repairs or replacements necessary, to correct defects in material or workmanship arising during the warranty period.

ANY MERCEDES-BENZ CENTER: Any authorized Mercedes-Benz Center of the owner's choice will perform warranty repairs or replacements. The vehicle should be delivered to the Mercedes-Benz Center during normal service hours. A reasonable time should be allowed after taking the car to the Mercedes-Benz Center for performance of the repair.

WARRANTY PERIOD: This warranty is for 48 months or 50,000 miles, whichever occurs first.

WARRANTY STARTS: The warranty period starts on the date the car is delivered to the first retail purchaser or put in service as a Mercedes-Benz Center demonstrator or Mercedes-Benz USA, LLC (MBUSA) or Mercedes-Benz Service Corporation (MBSC) company car.

WHEEL ALIGNMENT AND BALANCING: Wheel alignment and wheel balancing are covered during the first 12 months or 12,000 miles, whichever comes first, and will be performed by any authorized Mercedes-Benz Center.

TIRES: The tires supplied on your car are covered against defects in material or workmanship for the Mercedes-Benz New Vehicle Limited Warranty period of 4 years and/or 50,000 miles from date of delivery or when the car was put in service. Should the tire become unserviceable for either of the above reasons, the tire will be replaced

free of charge, including mounting and balancing, provided 1.6 mm of tread depth remains over the entire tread surface. Any tire replaced under warranty will be covered for the remaining portion of the New Vehicle Limited Warranty period only.

The tire manufacturer's warranty coverage may extend beyond the Mercedes-Benz New Vehicle Limited Warranty. See tire manufacturer's warranty booklet in the owner's literature package or consult with the tire manufacturer's dealer for specific details.

Tire rotations, if applicable to your vehicle tire configuration, are a required maintenance service. Not performing tire rotations may void the Mercedes-Benz tire warranty coverage. See page 7 for information on the First Tire Rotation provided at no charge at an authorized Mercedes-Benz Center courtesy of Mercedes-Benz.

**13**

MBUSA_00021724

**Limited Warranty – 2005 Registration Year Passenger Cars**

**Items Which Are Covered: (cont'd)**

NO CHARGE: Warranty repairs will be made at no charge for parts and labor.

WARRANTY AVAILABLE: This warranty is applicable only in the United States and Puerto Rico. If you take your vehicle to Canada temporarily, such as on vacation, warranty service may be requested from any authorized Mercedes-Benz Center.

In all other countries defects in material and workmanship will be handled in accordance with the terms and limitations of the DaimlerChrysler AG Limited Warranty of 24 months with unlimited miles.

This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

EXCEPT FOR THE EMISSION SYSTEMS WARRANTIES, THIS IS THE ONLY WARRANTY GIVEN WITH THE PURCHASE OF A MERCEDES-BENZ PASSENGER CAR. THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE LIMITED TO THE FIRST TO OCCUR OF 48 MONTHS OR 50,000 MILES FROM THE DATE OF INITIAL OPERATION OR ITS RETAIL DELIVERY, WHICHEVER EVENT SHALL FIRST OCCUR. DAIMLER-CHRYSLER AG, MERCEDES-BENZ USA, LLC, MERCEDES-BENZ SERVICE CORPORATION OR THE MERCEDES-BENZ CENTER NEITHER ASSUME NOR AUTHORIZE ANY PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH PASSENGER CAR. NO PAYMENT OR OTHER COMPENSATION WILL BE MADE FOR INDIRECT OR CONSEQUENTIAL DAMAGE SUCH AS DAMAGE OR INJURY TO PERSON OR PROPERTY OR LOSS OF REVENUE WHICH MIGHT BE PAID, INCURRED OR SUSTAINED BY REASON OF THE FAILURE OF ANY PART OR ASSEMBLY WHICH MAY BE REPAIRED OR REPLACED IN ACCORDANCE WITH THE TERMS OF THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages or limitation on how long an implied warranty lasts, so the above limitation may not apply to you.

14

MBUSA_00021725

**Limited Warranty – 2005 Registration Year Passenger Cars** 

**Items Which Are Not Covered:**

TIRE DAMAGE: Damage to the tires such as punctures, cuts, snags, bruises, impact damage and breaks resulting from pothole impact, curb impact or from other objects, are not covered. Damage from incorrect inflation, excessive axle load, high speed spinning (when stuck in ice, mud or snow), tire chains, racing or competitive driving events, incorrect mounting or demounting, improper puncture repair, misuse, negligence, alteration and misapplication, are not covered. Rapid or irregular tread wear due to lack of tire rotation according to the tire manufacturer's recommendations or incorrect wheel alignment or tire balance is not covered. Tread wear out is also not covered.

DAMAGE DUE TO ACCIDENTS, MISUSE OR NEGLIGENCE: Accidents or damage from objects striking the car. Misuse of the car such as driving over curbs, overloading, improper operation, storage or transport (Proper use is described in the Operator's Manual).

DAMAGE DUE TO LACK OF MAINTE-NANCE: Lack of proper maintenance as described in the Maintenance Booklet. Use of service parts or fluids, such as paper oil filters or improper engine oil, which are non-approved by MBUSA, will cause engine damage not covered by the warranty.

NORMAL MAINTENANCE IS OWNER'S RESPONSIBILTY: Cleaning and polishing, lubrication and filters, engine tune-up, replacing worn wiper blades, wiper rubber inserts, brake pads and discs, and clutch discs and pressure plates are some of the normal maintenance services cars require

and are not covered by this warranty. See Maintenance Booklet for details.

Damage caused by the use of improper filters (including oil filters), engine oils, fluids, cleaners, polishes, or waxes is not covered. Original equipment remote control key batteries are covered for the first 90 days from the vehicle warranty start date. Handset coil cords and original equipment batteries for the MB Cellular Telephone are covered for 12 months from the MB Cellular Telephone in-service date. Replacement batteries are covered for 12 months from battery purchase date.

DAMAGE DUE TO ALTERATIONS: Alterations by changing or adding to the car can adversely affect its performance, reliability and longevity and are not covered by this warranty.

15

MBUSA_00021726

**Items Which Are Not Covered: (cont'd)**

DAMAGE CAUSED BY REPAIR PARTS: Malfunctions caused by the use of other than genuine Mercedes-Benz parts and accessories and damages or malfunctions resulting from poor fuel quality or from blending additional fuel additives other than those expressly approved for use in exceptional circumstances (see vehicle operator's manual) by MBUSA are not covered.

DAMAGE CAUSED BY IMPROPER BODY REPAIRS: Damage or malfunctions caused by body repairs not performed in accordance with Mercedes-Benz specified repair procedures or otherwise improperly performed are not covered by this warranty.

ALTERED ODOMETER: No warranty coverage shall apply to any vehicle on which the odometer has been altered and the actual mileage cannot be determined.

DAMAGE FROM THE ENVIRONMENT: Parts made from cloth or leather (upholstery, convertible tops, trim items), wood, paint or chrome which have been affected by airborne fallout, such as chemical and tree sap, or by road salt, hail, windstorm or other environmental factors are not covered by this warranty.

DAMAGE TO GLASS: Glass breakage or scratches are not covered unless positive physical proof of a manufacturing defect can be established.

EXTRA EXPENSES: This warranty does not cover payment for loss of use of the car during warranty repairs nor lodging bills, substitute transportation rentals, or other travel costs, telephone calls, loss of pay, or other economic loss or consequential damages.

CHANGES IN DESIGN: The manufacturer has reserved the right to make any changes in design or to make additions to, or upon its products without incurring any obligations to install the same equipment on motor vehicles previously built.

16

MBUSA_00021727

## Mercedes-Benz New Car Limited Warranty - Things You Should Know

**General**

Our intention is to repair under warranty, without charge to you, anything that goes wrong with your car during the warranty period which is our fault. All we ask is that you properly maintain and care for the car and that you have warranty repairs performed by an authorized Mercedes-Benz Center.

Please note the difference between "defects" and "damage" as used in the warranty. Defects are covered since we, the distributor are responsible. Conversely, we have no control over damage caused by such things as, but not limited to collision, misuse, and lack of or improper maintenance. Therefore, damage for whatever reason is not covered by the warranty.

**It is the owner's responsibility to maintain the vehicle according to the Maintenance Schedule provided. All maintenance services must be accomplished to keep your warranty coverage**

**valid. When requesting service or repair work under warranty, the owner must present to the authorized Mercedes-Benz Center evidence that the periodic servicing requirements have been accomplished. Receipts covering completion of required servicing should be retained in the event a question arises concerning maintenance.**

**These receipts should be transferred to each subsequent owner of the car. For your convenience, the Maintenance Booklet has been designed to incorporate the signature of your authorized Mercedes-Benz Center upon completion of the required maintenance services.**

**This signature is evidence of completion of the maintenance services and should be kept together with other receipts, repair orders and invoices.**

**If the owner has a warranty claim and can show through receipted invoices that the vehicle has received the required servicing, the dealer will perform the warranty work without charging for parts and labor. It is the responsibility of the owner to prove and the dealer to judge whether the required maintenance service has been performed.**

MBUSA's obligation is limited to the authorization to exchange or repair at its option such parts which are acknowledged by it to be defective. In case of defective assemblies, factory rebuilt units can be used in exchange instead of their repair. The replaced defective parts or assemblies shall become the property of MBUSA. Warranty repairs do not constitute an extension of the original warranty period for the vehicle or a part thereof.

17

MBUSA_00021728

**Mercedes-Benz New Car Limited Warranty – Things You Should Know**

**Insurance Write-Off; or Repaired or Re-placed Parts**

Any vehicle which has been damaged to such an extent that the owner, insurer, financing institution or leasing company determined the vehicle to be a "total loss", "write off" or equivalent, is not covered by this warranty. This includes but is not limited to vehicles issued a "salvage", "scrap", "dismantled" or similar title under any state's law.

Any parts repaired or replaced under an insurance claim or required as a result of events which are not covered under this warranty (see "Items Which Are Not Covered", page 15), for example, damages due to accidents, misuse, or negligence, and in either case, any subsequent consequential damage to the vehicle are not covered by this warranty.

**Paint and Other Appearance Items**

Defects in paint, trim or other appearance items are normally taken care of during our new vehicle preparation or by the dealer during new vehicle inspection. We suggest that if you find any paint or appearance problems that you advise your dealer as soon as possible since deterioration due to use and exposure is not covered by the warranty.

**The instructions in your Operator's Manual regarding the care of paint, upholstery, trim items and convertible tops, as applicable, must be followed explicitly to maintain your warranty coverage**.

18

**Mercedes-Benz New Car Limited Warranty – Things You Should Know**

**Body Repair Information**

**Customer Repair Orders**

Due to the materials and assembly proce-
dures used in the production of Mercedes-
Benz vehicles, it is strongly recommended
that any paint work/body repairs be per-
formed only by those repair facilities which
have been certified by MBUSA as having
the tools, equipment and training neces-
sary to perform such repairs. Please con-
tact 1-800-FOR-MERCedes for additional
details.

Your servicing dealer will give you a copy of
the Repair Order on all warranty repairs
performed. Please keep this copy with
your vehicle records.

**19**

MBUSA_00021730

**Emission Control System Maintenance**

**General**

The law requires your car to conform to exhaust emission standards. To provide the best vehicle performance and lowest vehicle emissions, you are responsible to see that all recommended maintenance procedures detailed in the Maintenance Booklet are performed at the specified times and mileages. The emission control warranty does not cover failures due solely to owner abuse or lack of proper maintenance.

More frequent maintenance may be needed for vehicles under severe operating conditions such as dusty areas, very short trip driving or trailer towing.

While maintenance service can be performed by any qualified service outlet, we recommend that all maintenance services be performed by your authorized Mercedes-Benz Center who is equipped with the tools, instruments, and literature necessary for correct and systematic performance of these services. Although warranty obligations are not dependent upon the use of any particular brand of replacement parts and you may elect to use non-genuine Mercedes-Benz parts for replacement purposes, we recommend the use of genuine Mercedes-Benz parts for service and repairs, since they have been made according to the manufacturer's specifications. It is also important to use only fuels and lubricants meeting factory specifications, since the emission systems warranty does not cover repair or replacement of parts necessitated by failure of such items.

For detailed information concerning emission control system maintenance, please refer to your Maintenance Booklet. If you should desire further information concerning tune-up specifications or emission control system maintenance jobs, we recommend obtaining maintenance-related literature. Such literature is available from either your Mercedes-Benz Center or directly from Mercedes-Benz USA, LLC.

MBUSA_00021731

**Emission Systems Warranty - Passenger Cars** (Federal)

**General**

In accordance with the requirements of the Federal Clean Air Act as amended, Mercedes-Benz USA, LLC warrants to the original and each subsequent owner of a new Mercedes-Benz passenger car that:

(1) the vehicle was designed, built and equipped so as to conform, at the time of sale to the original owner, with the then applicable regulations issued by the Federal Environmental Protection Agency under authority of the Federal Clean Air Act as amended; and

(2) the vehicle is free from defects in materials and workmanship at the time of sale which would cause it not to conform with those regulations within a period of two years or 24,000 miles from the date of initial operation of the vehicle, whichever occurs first; and

(3) is free from defects in material and workmanship in specific emission related parts as specified in the list shown on page 37 which would cause them not to conform with those requirements for a period of 8 years or 80,000 miles, whichever comes first.

**This Warranty Does Not Apply To:**

1. The repair or replacement of warranted parts which are scheduled to be replaced prior to 80,000 miles (such as spark plugs, fuel and air filters, etc.). These parts are no longer covered once they have been replaced at the first required replacement interval during a regular maintenance service.

2. Any vehicle on which the odometer mileage has been altered and the vehicle's actual mileage cannot be readily determined.

3. Loss of time, inconvenience, loss of the use of the vehicle or similar incidental or consequential damages.

21

This warranty will be performed by any authorized Mercedes-Benz Center of the owner's choice - repairing, replacing or adjusting at the dealer's discretion, upon delivery of the vehicle to the dealer's place of business without charge for parts and labor (including diagnosis), using Mercedes-Benz parts to assure compliance with applicable regulations. Parts replaced under this warranty become the property of the warrantor.

This warranty is available on a car purchased in the United States or in any U.S. possession governed by U.S. law.

In all other countries, defective parts will be repaired or replaced free of charge only in accordance with the terms and limitations of the warranty for new Mercedes-Benz vehicles in effect at the time in such countries.

WITH RESPECT TO EMISSION SYSTEMS, THIS WARRANTY AND THE EMISSIONS PERFORMANCE WARRANTY ARE EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND OF ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF THE WARRANTOR. DAIMLERCHRYSLER AG, MERCEDES-BENZ USA, LLC, MERCEDES-BENZ SERVICE CORPORATION OR THE SELLING MERCEDES-BENZ CENTER NEITHER ASSUME NOR AUTHORIZE ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH EMISSION SYSTEMS.

See pages 37 and 39 for components covered by this warranty.

22

MBUSA_00021733

**Emission Performance Warranty** (Federal) **- Things You Should Know** 

**General**

You may present a claim under this warranty immediately after your vehicle has failed an EPA approved emission short test if, as a result of that failure, you are required by law to repair the vehicle to avoid the imposition of a penalty or sanction. You do not need to suffer the loss of the right to use the vehicle, pay a fine, or incur repair expenses before bringing this claim. Your warranty claim may be presented to any authorized Mercedes-Benz Passenger Car Center of your choice in the USA or its territories.

The dealer will honor or deny your claim within a reasonable time not to exceed 30 days, from the time at which your vehicle is initially presented for repair or within any time period specified by local, State or Federal Law, whichever is shorter, except when a delay is caused by events not attributable to MBUSA or your Mercedes-Benz Center. You will be notified in writing by your Mercedes-Benz Center of the reason for any denial of your claim.

Your dealer is required by law to honor your claim if such notice of denial is not received by you within said time period.

You may obtain further information concerning the emission performance warranty or report violations of the terms of the Emission Performance Warranty by contacting the Director, Field Operation and Support Division (EN-397F), Environmental Protection Agency, 401 "M" Street, SW., Washington, D.C. 20460.

23

MBUSA_00021734

**NOTE: The Emission Performance Warranty is required by Federal Law, and is effective only to the extent required by that law. To the extent the underlying law is suspended or amended, this Warranty is automatically altered in the same manner, without further notice.**

Mercedes-Benz USA, LLC (MBUSA) warrants to the original and each subsequent owner of a new Mercedes-Benz passenger car that:

a.  if the vehicle is maintained and operated in accordance with MBUSA's written instructions for required maintenance and use, and

b.  if the vehicle fails to conform at any time during 8 years or 80,000 miles, whichever first occurs, to the applicable emission standards as ascertained by an EPA-approved emission short test, and

c.  if such non-conformity results or will result in the vehicle owner having to bear any penalty or other sanction (including the denial of the right to use the vehicle) under local, State or Federal law, then any authorized Mercedes-Benz Center during the first 24 months or 24,000 miles will make any repairs or replacements necessary to specified systems/components to correct the non-conformity or so that the vehicle will pass the smog check test at no charge for parts and labor (including diagnosis).

For the remainder of the 8 years or 80,000 miles the authorized Mercedes-Benz Center will correct only those deficiencies directly related to the specified components in the attached list which have been installed in or on the vehicle for the sole or primary purpose of reducing vehicle emissions and that were not in general use prior to Model Year 1968.

MBUSA_00021735

**Emission Performance Warranty** (Federal)

Parts replaced under this warranty become the property of the warrantor. The warranty period starts on the date the vehicle is delivered to the first retail purchaser or put into service as a dealer demonstrator or MBUSA or MBSC company car.

The emission control system of your new Mercedes-Benz passenger car was designed, built and tested using genuine Mercedes-Benz parts and the car is certified as being in conformity with Federal emission control regulations and requirements. Accordingly, it is recommended that any replacement parts used for maintenance, repair or replacement of emission related components be genuine Mercedes-Benz Parts or Authorized Remanufactured Parts.

The owner may elect to have maintenance, replacement or repair of the emission control devices and systems performed by any automotive repair establishment or individual, and may elect to use other than genuine Mercedes-Benz Parts or Authorized Remanufactured Parts for such maintenance, replacement or repair without invalidating this warranty; the cost of such service or parts, however, will not be covered under the warranty except in the case of an emergency.

Use of replacement parts which are not of equivalent quality and design may impair the effectiveness of the emission control systems.

If other than genuine Mercedes-Benz Parts or Authorized Remanufactured Parts are being used for maintenance, replacement

or repair of components affecting emission control, the owner should obtain assurances that such parts are warranted by their manufacturer to be equivalent to genuine Mercedes-Benz parts in performance and durability.

MBUSA, however, assumes no liability under this warranty with respect to parts other than genuine Mercedes-Benz Parts or Authorized Remanufactured Parts except for consequential damage to a non-Mercedes-Benz warranted part caused by a failure of a Mercedes-Benz part. However, the use of non-Mercedes-Benz replacement parts does not invalidate the warranty on other components unless non-Mercedes-Benz parts cause damage to warranted parts.

25

MBUSA_00021736

**MBUSA may deny an emission perform-ance warranty claim if the failure of a part is the result of:**

a. non-compliance with the written instruc-tions for required maintenance and use. These written instructions, including time and mileage intervals at which mainte-nance is to be performed may be found in the Maintenance Booklet and Operator's Manual provided with your car. You are ad-vised to perform all recommended mainte-nance or repairs on your new Mercedes-Benz passenger car. MBUSA may deny a warranty claim if your failure to perform the required maintenance resulted in the failure of the warranted part in question. Receipts and
service records covering the performance of regular maintenance should be retained in the event questions arise concerning

maintenance. The receipts and service records should be transferred to each sub-sequent owner of this car.

b. vehicle abuse or maintenance per-formed in such a manner that an emission component was improperly installed or ad-justed substantially outside the manufac-turer's specifications or which resulted in removing or rendering inoperative any component affecting the vehicle's emis-sions.

c. using non-EPA certified replacement parts in the maintenance or repair of the vehicle which ultimately proved to be de-fective in material or workmanship or not equivalent from an emission standpoint to the original equipment part and the owner is unable to prove otherwise.

Mercedes-Benz USA, LLC may deny an emission related warranty claim if it can establish that the failure or the malfunc-tion of an emission control system part re-sults directly from the use of non-premium low octane fuel in the engine (i.e. fuel with an anti-knock index of below 91 as dis-played on the fuel pump).

**26**

MBUSA_00021737

**Emission Performance Warranty** (Federal)

**This Warranty Does Not Cover:**

a. Malfunctions in any part caused by any of the following: misuse, improper adjustments, modification, alteration, tampering, disconnection, improper or inadequate maintenance, or use of leaded gasoline for catalyst equipped vehicles.

b. Damage resulting from accident, acts of nature or other events beyond the control of MBUSA.

c. The repair or replacement of warranted parts which are scheduled for replacement prior to 80,000 miles (such as spark plugs, fuel and air filters) once these have been replaced at the first replacement interval as part of regular maintenance service.

d. Loss of time, inconvenience, loss of use of the vehicle, or other incidental or consequential damages.

e. Any vehicle on which the odometer mileage has been altered so that the vehicle's actual mileage cannot be determined.

This warranty is available on a car purchased in the United States or in any U.S. possession governed by U.S. law.

In all other countries, defective parts will be repaired or replaced free of charge only in accordance with the terms and limitations of the warranty for new Mercedes-Benz vehicles in effect at the time in such countries.

27

MBUSA_00021738

**Emission Performance Warranty** (Federal)

EXCEPT FOR THE EMISSION CONTROL WARRANTY, THIS WARRANTY AND THE LIMITED WARRANTY FOR NEW MER-CEDES-BENZ VEHICLES ARE EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATION, EXPRESSED OR IM-PLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTY OF MERCHANTABILI-TY OR FITNESS FOR A PARTICULAR PUR-POSE, AND OF ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF THE WAR-RANTOR. DAIMLERCHRYSLER AG, MER-CEDES-BENZ USA, LLC, MERCEDES-BENZ SERVICE CORPORATION OR THE SELLING MERCEDES-BENZ CENTER NEITHER AS-SUME NOR AUTHORIZE ANY OTHER PER-SON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH EMISSION SYSTEMS.

The lists shown on pages 37 and 39 set forth the emission related components which may be covered by the emissions performance warranty.

28

MBUSA_00021739

# California, Maine, Massachusetts and Vermont Emission Control System Warranty
## - Things You Should Know

**Your Warranty Rights and Obligations:**

The California Air Resources Board and Mercedes-Benz USA, LLC are pleased to explain the emission control system warranty on your Mercedes-Benz passenger car. In California, Maine, Massachusetts and Vermont, new motor vehicles must be designed, built and equipped to meet these states' stringent anti-smog standards. MBUSA must warrant the emission control system on your Mercedes-Benz passenger car for the periods of time listed below provided there has been no abuse, neglect or improper maintenance of your vehicle.

Your emission control system may include such parts as the fuel injection system, ignition system, catalytic converter and engine computers. Also included may be hoses, belts, connectors and other emission related assemblies.

Where a warrantable condition exists, MBUSA will repair your Mercedes-Benz passenger car at no cost to you including diagnosis, parts and labor.

**Manufacturer's Warranty Coverage:**

For 3 years or 50,000 miles, whichever first occurs:

1. If your MB passenger car fails a Smog Check Inspection, all necessary repairs and adjustments will be made by MBUSA to ensure that your vehicle passes the inspection. This is your emission control system PERFORMANCE WARRANTY.

2. If any emission related part on your MB passenger car is defective, the part will be repaired or replaced by MBUSA. This is your short-term emission control system DEFECTS WARRANTY.

Note:  Applicable to vehicles with gasoline engines or flexible fuel engines only.

29

MBUSA_00021740

**California, Maine, Massachusetts and Vermont Emission Control System Warranty
- Things You Should Know**

**Owner's Warranty Responsibilities:**

For 7 years or 70,000 miles, whichever first occurs:

1. If an emission related part listed in this warranty booklet specially noted with coverage for 7 years or 70,000 miles is defective, the part will be repaired or replaced by MBUSA. This is your long-term emission control system DEFECTS WARRANTY.

As the vehicle owner,  you are responsible for the performance of the required maintenance listed in your Maintenance Booklet. MBUSA recommends that you retain all receipts covering maintenance on your passenger car, but MBUSA cannot deny emission control system warranty solely for the lack of receipts or for your failure to ensure the performance of all required maintenance.

You are responsible for presenting your Mercedes-Benz passenger car to an authorized Mercedes-Benz Center as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that MBUSA may deny you warranty coverage if your passenger car or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

30

MBUSA_00021741

**California, Maine, Massachusetts and Vermont Emission Control System Warranty**
**- Things You Should Know**

If you have any questions regarding your warranty rights and responsibilities, you should contact:

Mercedes-Benz USA, LLC, Customer Assistance Center, One Mercedes Drive, Montvale, NJ 07645-0350, 1-800-FOR-MERCedes, or

State of California, Air Resources Board, Mobile Source Operations Division, P.O. Box 8001, El Monte, CA 91731-2990, or

State of Maine, Department of Environmental Protection, 106 Hogan Road, Bangor, ME 04103, or

Commonwealth of Massachusetts, Department of Environmental Protection, Division of Air Quality Control, One Winter Street, Boston, MA 02108, (617) 292-5500, or

Agency of Natural Resources, Department of Environmental Conservation, Air Pollution Control Division, Building 3 South, 103 Main Street, Waterbury, VT 05671-0402, (802) 241-3840.

31

MBUSA_00021742

**2005 California, Maine, Massachusetts and Vermont Emission Control System Warranty**

**General**

Mercedes-Benz USA, LLC (MBUSA) warrants to the original and each subsequent owner of a 2005 Mercedes-Benz passenger car that is certified for sale in California, Maine, Massachusetts or Vermont and registered in California, Maine, Massachusetts or Vermont that:

(1) such vehicle is free from defects in material and workmanship which would cause it to fail to conform with requirements of the California Air Resources Board (CARB) or to fail to pass a smog check test for a period of use of 3 years or 50,000 miles, whichever first occurs; and

(2) if any part which affects any regulated emission from your vehicle is defective during 3 years or 50,000 miles, whichever first occurs, the part will be repaired or replaced; and

(3) is free from defects in material and workmanship in specific emission related parts as specified in the attached list which would cause them not to conform with those requirements for a period of use of 7 years or 70,000 miles, whichever first occurs.

MBUSA further warrants that:

a. if the vehicle is maintained and operated in accordance with MBUSA's written instructions for required maintenance and use, and

b. if a part is defective during 3 years or 50,000 miles, whichever first occurs, which causes the vehicle not to conform to the applicable CARB requirement or to fail a smog check test, or

c. if an emission-related part covered by the 7 year or 70,000 mile, whichever first occurs, warranty term is defective during the warranty period,

then any authorized Mercedes-Benz Center of the owner's choice will make any adjustments, repairs or replacements (including diagnosis) necessary to correct the defect or so that the vehicle will pass the smog check test at no charge for parts, labor or diagnosis.

If your vehicle is between 3 to 8 years old and has been driven less than 80,000 miles, then your car may be eligible for additional coverage under the Federal Emissions Warranty.

**32**

**2005 California, Maine, Massachusetts and Vermont Emission Control System Warranty**

These warranty provisions shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a retail demonstrator or MBUSA or MBSC company vehicle prior to sale at retail, on the date the vehicle is first placed in such service.

The emission control system of your new Mercedes-Benz passenger car was designed, built and tested using genuine Mercedes-Benz parts and the car is certified as being in conformity with Federal, California, Maine, Massachusetts and Vermont emission control regulations and requirements. Accordingly, it is recommended that any replacement parts used for maintenance, repair or replacement of emission related components be genuine Mercedes-Benz Parts or Authorized Remanufactured Parts.

The owner may elect to have maintenance, replacement or repair of the emission control devices and systems performed by any automotive repair establishment or individual, and may elect to use other than genuine Mercedes-Benz Parts or Authorized Remanufactured Parts for such maintenance, replacement or repair without invalidating this warranty; the cost of such service or parts, however, will not be covered under the warranty except in the case of an emergency.

Use of replacement parts which are not of equivalent quality and design may impair the effectiveness of the emission control systems. If other than genuine Mercedes-Benz Parts or Authorized Remanufactured Parts are being used for maintenance, replacement or repair of components affecting emission control, the owner should

obtain assurances that such parts are warranted by their manufacturer to be equivalent to genuine Mercedes-Benz parts in performance and durability.

MBUSA, however, assumes no liability under this warranty with respect to parts other than genuine Mercedes-Benz Parts or Authorized Remanufactured Parts except for consequential damage to a non-Mercedes-Benz warranted part caused by a failure of a Mercedes-Benz part. However, the use of non-Mercedes-Benz replacement parts does not invalidate the warranty on other components unless non-Mercedes-Benz parts cause damage to warranted parts.

33

**2005 California, Maine, Massachusetts and Vermont Emission Control System Warranty**

Repairs covered by this warranty will be performed by any authorized Mercedes-Benz Center at its place of business with no charge for parts or labor (including diagnosis), using genuine Mercedes-Benz Parts or Authorized Remanufactured Parts for any part covered by this warranty.

In the case of an emergency, when and where an authorized Mercedes-Benz Center is not available, repairs may be performed at any available service establishment or by the owner using any replacement part. The non-availability of a replacement part for warranty repair or a repair not completed within 30 days constitutes an emergency.

MBUSA will reimburse the owner for such repairs (including labor and diagnosis) that are covered under this warranty. Such reimbursement shall not exceed MBUSA suggested retail prices for warranted parts replaced and labor charges based on MBUSA recommended time allowances for warranty repairs at a geographically appropriate hourly labor rate. Replaced parts and paid invoices must be presented at a Mercedes-Benz Center as a condition of reimbursement for emergency repairs not performed at a Mercedes-Benz Center. Parts replaced under this warranty become the property of the warrantor.

The enclosed list sets forth some of the emission related components covered by the emission control system defects warranty. You are advised to perform all recommended maintenance or repairs on your new Mercedes-Benz passenger car. MBUSA will not deny an emissions system warranty claim solely because you have no record of maintenance; however, you are responsible for the performance of the required maintenance. MBUSA may deny a warranty claim if your failure to perform the required maintenance resulted in the failure of a warranted part. Receipts and service records covering the performance of regular maintenance should be retained in the event questions arise concerning maintenance. The receipts and service records should be transferred to each subsequent owner of this car.

34

**2005 California, Maine, Massachusetts and Vermont Emission Control System Warranty**

**What is not covered by the Emission Warranty**

Mercedes-Benz USA, LLC may deny an emission related claim if it can establish that the failure or the malfunction of an emission control system part results directly from the use of non-premium low octane fuel in the engine (i.e. fuel with an anti-knock index of below 91 as displayed on the fuel pump).

**This warranty does not cover:**

1. The repair or replacement of any "warranted part" otherwise eligible for warranty coverage shall be excluded from such warranty coverage if the vehicle or engine manufacturer demonstrates that the vehicle or engine has been abused, neglected or improperly maintained, and that such abuse, neglect, or improper maintenance was the direct cause of the need for the repair or replacement of the part.

2. Malfunctions in any part caused by any of the following: improper adjustments except for those done by an authorized Mercedes-Benz Center during warranty service work, modification, alteration, tampering, disconnection, or use of leaded gasoline (for catalyst equipped vehicles).

3. Damage resulting from accident, acts of nature or other events beyond the control of MBUSA.

4. The repair or replacement of warranted parts which are scheduled to be replaced prior to 50,000 miles once these have been replaced at the first replacement interval during a regular maintenance service.

5. Incidental or consequential damages such as loss of time, inconvenience, or loss of use of the vehicle.

6. Any vehicle on which the odometer mileage has been altered so that the vehicle's actual mileage cannot be determined.

35

**Service and Warranty**

**2005 California, Maine, Massachusetts and Vermont Emission Control System Warranty**

This warranty is applicable to cars certified for sale and registered in the States of California, Maine, Massachusetts and Vermont. In all other states or countries, defective parts will be repaired or replaced in accordance with the terms and limitations of the warranty applicable to new Mercedes-Benz vehicles in effect at the time in such states or countries.

You may present a claim under the performance warranty immediately after your vehicle has failed a smog check test. You do not need to suffer the loss of the right to use the vehicle, pay a fine, or incur repair expenses before bringing this claim. After the 3 year/50,000 mile performance warranty period has passed, a smog check test failure due to a defect in a part which is warranted for 7 years/70,000 miles, is covered.

Your warranty claim may be presented to any authorized Mercedes-Benz Passenger Car Center of your choice. The dealer will honor or deny your claim within a reasonable time not to exceed 30 days, from the time at which your vehicle is initially presented for repair. Exceptions are when you, the owner, request a delay, or a delay is caused by events not attributable to MBUSA or your Mercedes-Benz Center.

You will be notified in writing by your Mercedes-Benz Center of the reasons for any denial of your claim.

Your dealer is required by law to honor your claim if such notice of denial is not received by you within said time period.

WITH RESPECT TO EMISSION SYSTEMS, THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND OF ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF THE WARRANTOR. DAIMLERCHRYSLER AG, MERCEDES-BENZ USA, LLC, MERCEDES-BENZ SERVICE CORPORATION OR THE MERCEDES-BENZ CENTER NEITHER ASSUME NOR AUTHORIZE ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH EMISSION SYSTEMS.

36

MBUSA_00021747



# Mercedes-Benz Warranted Emission Related Components MY 2005 - Gasoline or Flexible Fuel Engines

**I. Air Induction System**
Air Cleaner Housing
Intake Air Ducts
Intake Manifold
CMP Actuator
Variable Intake System Actuator
Variable Intake System Switching
 Valve
Charge Air Cooler
Supercharger
Supercharger Bypass Valve
Turbocharger

**II. Fuel Metering System**
Fuel Rail
Electronic Accelerator Module
Throttle Actuator
Fuel Pump
Fuel Pump Relay
Fuel Injector
Fuel Pressure Regulator w/Integrated
 Fuel Filter

**III. Ignition System**
Spark Plugs
Ignition Coil
Ignition Cable
Ignition Module

**IV. Exhaust Gas Recirclth System**
EGR Valve w/ Integrated Switching
 Valve

**V. Positive Crankcase Ventilation**
Oil Filler Cap

**VI. Fuel Evaporative Control**
EVAP Canister
EVAP Purge Valve
Pressure Relief Valve
OBD II Valve
Fuel Filler Cap
Fuel Tank
Fuel Tank Pressure Sensor
Fuel Expansion Tank

**VII. Secondary Air Injection System**
Electric AIR Injection Pump
AIR Injection Pump Relay
AIR Control Valve
AIR Switching Valve
Vacuum Check Valve (AIR)

**VIII. Exhaust**
Exhaust Manifold
Three-Way Catalyst *
Warm-Up Three Way Catalyst *

**IX. Eng. Emiss. Control Sys. Sensors**
Engine Control Module *
Transmission Control Module
$O_2$ Sensors
Engine Coolant Temperature Sensor
Intake Air Temperature Sensor
Charge Air Pressure Sensor
Manifold Air Pressure Sensor
Crankshaft Position Sensor
Camshaft Position Sensor
Knock Sensor
Front Vehicle Speed Sensor
Rear Vehicle Speed Sensor

Mass Air Flow Sensor w/ Integrated
 Intake Air Temperature Sensor

**X. On-Board Diagnostics**
Data Link Connector (OBD)
Malfunction Indicator Lamp *

**XI. Related Parts w/ Above Systems**
Automatic Transmission Mode
 Selector
Emission Related Hoses, Clamps,
Belts, Pulleys, Tubes, Fittings,
Sealing Devices, Mounting Hardware
included *

* These items are warranted for 8 years/ 80,000 miles (whichever comes first), all other items are warranted for 3 years/ 50,000 miles (whichever comes first) for California, Massachusetts, Maine and Vermont vehicles or 2 years/24,000 miles (whichever comes first) for all other vehicles. Please reference the previous pages for additional emission warranty coverage information.

37

MBUSA_00021748

38

MBUSA_00021749

# Mercedes-Benz Warranted Emission Related Components MY 2005 – Diesel Engine
## – Federal Emission Warranty –

**I. Air Induction System**
Air Cleaner Housing
Intake Air Ducts
Intake Manifold
Charge Air Cooler
Turbocharger
Charge Air Manifold

**II. Fuel Metering System**
Fuel Rail (Distributor)
Fuel Injector
Fuel Filter
Fuel Rail Pressure Sensor
High Pressure Pump

**III. Ignition System**
Glow Plug
Glow Plug Relay

**IV. Exhaust Gas Recircltn System**
EGR Valve
EGR Cooler

**V. Positive Crankcase Ventilation**
Oil Filler Cap

**VI. Exhaust**
Exhaust Manifold
Catalyst integrated into Resonator*
    (Oxidation Catalytic Converter)

**VII. Eng. Emiss. Ctrl. Sys. Sensors**
Engine Control Module *
Transmission Control Module
$O_2$ Sensors, Pre Cat. (Heated exhaust
    Gas $O_2$ Sensor)
Engine Coolant Temperature Sensor
Intake Air Temperature Sensor
Charge Air Pressure Sensor
Accelerator Pedal Module
Manifold Air Pressure Sensor
Crankshaft Position Sensor
Camshaft Position Sensor
Front Vehicle Speed Sensor
Rear Vehicle Speed Sensor
Mass Air Flow Sensor

**VIII. On-Board Diagnostics**
Data Link Connector (OBD)
Malfunction Indicator Lamp *

**IX. Related Parts w/ Above Systems**
Automatic Transmission Mode
    Selector
Emission Related Hoses, Clamps,
Belts, Pulleys, Tubes, Fittings,
Sealing Devices, Mounting Hardware
included *

* These items are warranted for 8 years/80,000 miles (whichever comes first), all other items are warranted for 2 years/24,000 miles. Please reference the previous pages for additional emission warranty coverage information.

39

MBUSA_00021750

**MY 2005 California, Maine, Massachusetts and Vermont Defect Warranty Coverage (7 years / 70,000 miles)**
**– Gasoline or Flexible Fuel Engines –**

| Parts Description | C230 Coupe 1.8K | C320 Coupe | C230 1.8K | C240 | C320 | C55 AMG | E320 | E500 | E55 AMG | S430 | S500 | S600 | S55 AMG | CLK320 | CLK500 | CLK55 AMG | CL500 | CL600 | CL55 AMG | CL65 AMG | SL500 | SL600 | SL55 AMG | SL65 AMG | SLK350 | SLK55 AMG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intake Manifold | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Charge Air Cooler | • |  | • |  |  |  |  |  | • |  |  | • | • |  |  |  | • | • | • |  |  | • | • | • |  |  |
| Supercharger | • |  | • |  |  |  |  |  | • |  |  |  | • |  |  | • |  |  | • |  |  |  | • |  |  |  |
| Supercharger Bypass Valve | • |  | • |  |  |  |  |  | • |  |  |  | • |  |  | • |  |  | • |  |  |  | • |  |  |  |
| Turbocharger |  |  |  |  |  |  |  |  |  |  |  | • |  |  |  |  |  | • |  | • |  | • |  | • |  |  |
| Throttle Actuator | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Fuel Injector |  |  |  |  |  |  |  |  |  |  |  | • |  |  |  |  |  | • |  | • |  | • |  | • |  |  |
| Ignition Module |  |  |  |  |  |  |  |  |  |  |  | • |  |  |  |  |  | • |  | • |  | • |  | • |  |  |
| EVAP Canister |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | • | • |  | • |  |  |  |  |  |  |  |
| Fuel Tank | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Electric AIR Injection Pump |  |  |  |  |  | • |  |  |  |  |  | • | • |  |  |  | • | • | • |  |  | • | • | • | • | • |
| Exhaust Manifold | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Fuel Pump | • | • | • | • | • | • | • |  | • |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | • | • |

40

MBUSA_00021751

**MY 2005 California, Maine, Massachusetts and Vermont Defect Warranty Coverage (7 years/70,000 miles)**
**- Gasoline or Flexible Fuel Engines -**

| Parts Description | Model | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C230 Coupe 1.8K | C320 Coupe | C230 1.8K | C240 | C320 | C55 AMG | E320 | E500 | E55 AMG | S430 | S500 | S600 | S55 AMG | CLK320 | CLK500 | CLK55 AMG | CL500 | CL600 | CL55 AMG | CL65 AMG | SL500 | SL600 | SL55 AMG | SL65 AMG | SLK350 | SLK55 AMG |
| Fuel Rail | | | | | | | | | | | | ● | | | | | | ● | | ● | | | | ● | | |
| Fuel Tank Pressure Sensor | | | | | | | | | ● | | | | | | | | | | | | | | | | | |
| Fill Neck ORVR (Liquid Seal) with Expansion Tank | | | | | | | ● | ● | | | | | | | | | | | | | | | | | | |
| Three Way Catalyst | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Warm-up Three Way Catalyst | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Engine Control Module | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Transmission Control Module | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Mass Air Flow Sensor with Integrated Air Temp Sensor | ● | | ● | | | | | | | | | | | | | | | | | | | | | | | |

Note:
This chart also applies to 4MATIC model versions where available.

41

Laws in many states and federal law permit owners and/or lessees to obtain a replacement vehicle or a refund of the purchase or lease price under certain circumstances. The provisions of these laws vary from state to state and vary from the federal law. To the extent allowed or not prohibited by applicable law, Mercedes-Benz USA, LLC requires that you first provide us with direct written notification of any alleged unrepaired defect or malfunction, or any other dissatisfaction you have experienced with your vehicle so that we have the opportunity to cure the problem or dissatisfaction ourselves. Giving MBUSA itself this direct notice and opportunity to cure enables us to supplement prior efforts by our authorized dealers so any ongoing problem can be resolved or the dissatisfaction addressed by us. In states that have not enacted Lemon Laws, we also require, without constituting any liability beyond the Mercedes-Benz new car warranty, that you give us direct written notice of any service difficulty you have experienced. Written notifications, either required under an applicable Lemon Law or other written notifications should be sent to us, not one of our dealers, at Mercedes-Benz USA, LLC, Customer Assistance Center, One Mercedes Drive, Montvale, New Jersey, 07645-0350.

42

**IMPORTANT NOTICE for California Retail Buyers and Lessees of Mercedes-Benz Vehicles**

Under California law you may be entitled to a replacement of your vehicle or a refund of the purchase price or lease price, if Mercedes-Benz USA, LLC and/or its authorized repair or service facilities fail to fix one or more substantial defects or malfunctions in the vehicle that are covered by its express warranty after a reasonable number of repair attempts. During the period of 18 months from original delivery of the vehicle or the accumulation of 18 000 miles on the odometer of the vehicle, whichever first occurs, a reasonable number of repair attempts is presumed for a retail buyer or lessee if one or more of the following occurs: (1) the same substantial defect or malfunction results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven, that defect or malfunction has been subject to repair two or more times, and you have directly notified Mercedes-Benz USA, LLC in writing of the need for its repair, (2) the same substantial defect or malfunction of a less serious nature than category (1) has been subject to repair four or more times and you have directly notified us in writing of the need for its repair, or (3) the vehicle is out of service by reason of repair of the same or different substantial defects or malfunctions for a cumulative total of more than 30 calendar days. Written direct notification should be sent to us, not a dealer, at Mercedes-Benz USA, LLC, Customer Assistance Center, One Mercedes Drive, Montvale, NJ 07645-0350.

43

MBUSA_00021754

**If You Have Questions Regarding War-ranty or Service**

The satisfaction and goodwill of Mercedes-Benz owners is of primary concern to Mer-cedes-Benz Centers and MBUSA. In the event a warranty or service matter is not handled to your satisfaction, the following steps are suggested:

**FIRST** -

Discuss the problem with your Mercedes-Benz Center management. Talk to the Service Manager, then if you still have questions, discuss them with the Mer-cedes-Benz Center's owner.

**THEN** -

Request Clarification – If unanswered ques-tions remain, contact Mercedes-Benz USA,

LLC, Customer Assistance Center, One Mercedes Drive, Montvale, New Jersey 07645-0350. 1-800-FOR-MERCedes.

When you contact Mercedes-Benz USA, LLC please be sure to include the MODEL, and VEHICLE IDENTIFICATION NUMBER (VIN) of your car. This is important to as-sure fast, efficient handling of your inquiry.

**If You Have Lost the Service and War-ranty Information Booklet**

Should you lose your Service and Warranty Information booklet, have your local Mer-cedes-Benz Center arrange for a replace-ment.

44

MBUSA_00021755

What To Do...

**If You Have Changed Your Address**

Should your address change, please do not fail to notify us by using the "Notice of Address Change" coupon also contained in the centerfold of this booklet, or you may call 1-800-FOR-MERCedes to provide the information.

**SPECIAL ADJUSTMENT PROGRAMS**

**Sometimes Mercedes-Benz USA, LLC offers a special adjustment program to pay for all or part of the cost of certain repairs beyond the terms of the warranty. Check with your Authorized Mercedes-Benz Center to determine whether any adjustment program is applicable to your automobile.**

45

MBUSA_00021756

If you have purchased a pre-owned Mercedes-Benz vehicle before the expiration of its original warranty, you are entitled to any unexpired portion of the warranty provided you establish your ownership and the purchase date of the car. Please mail the coupon contained in the centerfold of this booklet to the address shown, or you may call 1-800-FOR-MERCedes to provide the information.

Such notification is likewise necessary for your own safety after expiration of the original warranty.

The "National Traffic & Motor Vehicle Safety Act of 1966" requires Mercedes-Benz USA, LLC to be in a position to contact Mercedes-Benz owners when a correction of a product defect becomes necessary.

MBUSA_00021757

**Notes**

47

MBUSA_00021758

Printed in U.S.A.
All rights reserved. Reproduction or translation in whole or in part
is not permitted without authorization from the publisher.

Editorial status: 05/2004

Models:  171, 203, 209, 211, 215, 220, 230

**48**

MBUSA_00021759

**Distributor in the United States:**
Mercedes-Benz USA, LLC
One Mercedes Drive, P.O. Box 350
Montvale, NJ 07645-0350

Order No. P-0417-05B (05/2004)

• 2004 Mercedes-Benz USA, LLC
A DaimlerChrysler Company
www.MBUSA.com
Printed in U.S.A.

MBUSA_00021760

# EXHIBIT B



# Service and Warranty Information 2017

Mercedes-Benz



MBUSA_00022477

## QUICK REFERENCE TO WARRANTY COVERAGE

(Complete warranty coverage starts on (▷ Page 1¯))



| | |
|---|---|
| **BASIC WARRANTY** | 4 Years/50,000 Miles |
| **EMISSION PERFORMANCE/CONTROL** (Federal) | 2 Years/24,000 Miles |
| **EMISSION PERFORMANCE/CONTROL** (Federal) | 8 Years/80,000 Miles * |
| **EMISSION PERFORMANCE** (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA) | 3 Years/50,000 Miles |
| **EMISSION CONTROL** (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA) | 7 Years/70,000 Miles * |
| **EMISSION PERFORMANCE** Plug-in Hybrid Electric, (DE, OR, PA and WA) | 3 Years/50,000 Miles |
| **EMISSION CONTROL** Plug-in Hybrid Electric, (DE, OR, PA and WA) | 7 Years/70,000 Miles * |
| **EMISSION PERFORMANCE/CONTROL** Plug-in Hybrid Electric**, (CA, CT, MA, MD, ME, NJ, NY, RI and VT) | 15 Years/150,000 Miles * |
| **EMISSION PERFORMANCE/CONTROL** High Voltage Battery  Plug-in Hybrid Electric** models (CA, CT, MA, MD, ME, NJ, NY, RI and VT) | 10 Years/150,000 Miles |

Years in Service

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15

\* Limited Coverage - please refer to text
\*\* Except GLE550e 4MATIC

MBUSA_00022478

Dear Mercedes-Benz Owner:

As an authorized Mercedes-Benz Center, we are dedicated to providing you with unparalleled Commitment to Excellence in Sales and Service.

We will always do everything possible to live up to this commitment.

_____

Authorized Mercedes-Benz Center's Signature and Stamp

**Service and Warranty Information** | Model Year 201/          1

MBUSA_00022479

Name
_____

Address
_____

City _____ State _____ ZIP Code _____

Sales Department Hours
_____

Telephone _____ Fax _____ E-mail _____

Service Department Hours
_____

Telephone _____ Fax _____ E-mail _____

Parts Department Hours
_____

Telephone _____ Fax _____ E-mail _____

Additional Customer Assistance/Services

MBUSA_00022480

| | | |
|---|---|---|
| Model | | |

| | |
|---|---|
| Delivery/Warranty: | Month/Day/Year |

Serial Number

Selling authorized Mercedes-Benz Center Code

VIN

Owner

LIMITED WARRANTY TERMS: The first to occur of 4 Years or 50,000 miles from date of delivery or when put into service. (See details starting on (▷ Page 11) of this booklet.)

Address

| City | State | ZIP Code |
|---|---|---|

European Delivery ☐        Domestic Delivery ☐

Owner's Signature

**Service and Warranty Information** | Model Year 201/        3

MBUSA_00022481

NEW VEHICLE
PRE-DELIVERY
INSPECTION
PERFORMED

| Month | Day | Year |
|---|---|---|

Service Manager's Signature

Delivery and Owner Instructions

Owner instructed in operation of vehicle per Mercedes-Benz      ☐
New Vehicle Delivery Program

Service and Warranty Information Booklet, Operator Manuals and      ☐
Maintenance Booklet reviewed with owner

Owner introduced to Service Department Staff      ☐

Owner instructed on:          Maintenance Schedule      ☐
                             Tire Rotation      ☐
                             mbrace      ☐
                             Roadside Assistance      ☐

Plug-in Hybrid Electric Vehicles:   Vehicle Homepage      ☐
                             Charging procedures, times,      ☐
                             options

Mercedes-Benz Sales Representative's Signature

MBUSA_00022482

# Contents

To the Owner ........................................................................6

New Vehicle Limited Warranty .............................................11

Emission Control System Maintenance ................................24

Emission Systems Warranty (Federal) ..................................26

Emission Performance Warranty (Federal) ...........................29

Warranted Emission Related Components.............................36

Emission Control System Warranty (7 years/70,000 miles)................40

Notice of Address Change or Pre-Owned Vehicle Purchase.....Centerfold

Defect Warranty Coverage (7 years/70,000 miles) .............................52

Emission Control System Warranty (15 years/150,000 miles)............65

Defect Warranty Coverage (15 years/150,000 miles) .........................76

Warranty Enforcement Laws (Lemon Laws).........................................78

IMPORTANT NOTICE for California Retail Buyers and Lessees .............83

What To Do... ......................................................................................84

To Purchasers of Pre-Owned Vehicles.................................................85

MBUSA_00022483

# To the Owner

**General.** The subsequent pages of this Service and Warranty Information booklet describe some service requirements and the warranties you receive as a Mercedes-Benz owner.

Your vehicle is covered under the terms of these warranties and your authorized Mercedes-Benz Center will exchange or repair any defective parts in accordance with the terms of such warranties within stated limits.

Please keep this booklet together with the Operator's Manual, Maintenance Booklet and other documents concerning your vehicle so that future owners will have access to this literature if you should sell the vehicle.

See (▷ Page 88) for a list of models covered in this edition.

**Replacement Parts for Your Mercedes-Benz.** Genuine Mercedes-Benz parts, exchange units and factory approved accessories are the recommended replacement parts for your Mercedes-Benz vehicle and are available through your authorized Mercedes-Benz Center.

These parts meet the same exacting quality control standards as the original equipment on your vehicle and comply with all applicable Federal and State safety regulations. Mercedes-Benz does not warrant non-Mercedes-Benz parts, units and accessories and their use may affect warranty coverage for certain repairs relating to such parts, units and accessories.

Consult your authorized Mercedes-Benz Center for warranty and other details. Also ask your Center about exchange parts under the Mercedes-Benz Exchange Program. These parts cost less than new parts but carry the same warranty terms.

MBUSA_00022484

As a MERCEDES-BENZ OWNER you deserve service unparalleled in the industry.

To meet your service needs, your authorized Mercedes-Benz Center employs factory trained staff using the latest diagnostic and service techniques. Whether it is a small adjustment or major service, your authorized Mercedes-Benz Center will work to accommodate you quickly and efficiently.

Finally, should you ever experience an emergency repair situation, our 24-Hour Roadside Assistance Program is only a toll free call away. (1-800-FOR-MERCedes)

MBUSA_00022485

This page intentionally left blank

MBUSA_00022486

*T H A N K   Y O U . . . for the confidence you have placed in us.*
*We will always do everything possible*
*to continue to earn your trust and goodwill.*

Business Card
of
Mercedes-Benz Sales Representative
(Insert here)

Business Card
of
Service Manager
(Insert here)

**Service and Warranty Information** | Model Year 2017          9

MBUSA_00022487

# New Vehicle Limited Warranty

## Items Which Are Covered:

DEFECTS: Mercedes-Benz USA, LLC (MBUSA) warrants to the original and each subsequent owner of a new Mercedes-Benz vehicle that any authorized Mercedes-Benz Center will make any repairs or replacements necessary to correct defects in material or workmanship, but not design, arising during the warranty period.

ANY AUTHORIZED MERCEDES-BENZ CENTER: To make a warranty claim you must present your vehicle to an authorized Mercedes-Benz Center so a diagnosis can be performed to determine whether it is necessary to correct a defect in material or workmanship. Any authorized Mercedes-Benz Center of the owner's choice will perform warranty repairs or replacements. The vehicle should be delivered to an authorized Mercedes-Benz Center during normal service hours. A reasonable time should be allowed after taking the vehicle to an authorized Mercedes-Benz Center for performance of the repair.

Occasionally, delays in repairs occur due to back-ordered parts and other circumstances outside MBUSA's control. Delays occurring for such circumstances will not be considered an unreasonable performance of the repairs.

MBUSA_00022488

WARRANTY STARTS: The warranty period starts on the date the vehicle is delivered to the first retail purchaser or put in service as an authorized Mercedes-Benz Center demonstrator or MBUSA or Mercedes-Benz U.S. International, Inc. (MBUSI) or Mercedes-Benz Research & Development North America, Inc. (MBRDNA) company vehicle but no later than 18 months from the vehicle production date. Warranty coverage will be adjusted to reflect the actual warranty period start date.

WARRANTY PERIOD: **This warranty is for 48 months or 50,000 miles, whichever occurs first.**

Not all components or adjustments carry a 48 month or 50,000 mile warranty. Warranty coverage for specific components or adjustments is based on the vehicle's time in service or mileage and should always be verified with your authorized Mercedes-Benz Center prior to any repairs. Examples include, but are not limited to:

- Wheel alignment and balancing
- Brake pads
- Brake discs
- Glass
- Wiper blades and inserts
- Remote control key batteries

See (▷ Page 16) for items not covered by this warranty.

MBUSA_00022489

TIRES: The tires supplied on your vehicle are covered against defects in material or workmanship for the period of 12 months and/or 12,000 miles from date of delivery or when the vehicle was put in service. Should the tire become unserviceable for either of the above reasons, the tire will be replaced free of charge, including mounting and balancing, provided 1.6 mm of tread depth remains over the entire tread surface. (▷ Page 16)

The tire manufacturer's warranty coverage may extend beyond the Mercedes-Benz coverage. See tire manufacturer's warranty booklet in the owner's literature package or consult with the tire manufacturer's dealer for specific details.

Tire rotations, if applicable to your vehicle's tire configuration, are a recommended maintenance service.

NO CHARGE: Warranty repairs will be made at no charge for parts and labor.

WARRANTY AVAILABILITY: This warranty is only available at authorized Mercedes-Benz Centers within the United States and Puerto Rico. This warranty is not applicable for vehicles exported from the United States or its territories. The only exception is for vehicles taken to Canada or Mexico on a temporary basis, such as for vacation purposes, where warranty service may be requested from an authorized Mercedes-Benz Center.

MBUSA_00022490

This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

EXCEPT FOR THE EMISSION SYSTEMS WARRANTIES, THIS IS THE ONLY WARRANTY GIVEN WITH THE PURCHASE OF A MERCEDES-BENZ VEHICLE. THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE LIMITED TO THE FIRST TO OCCUR OF 48 MONTHS OR 50,000 MILES FROM THE DATE OF RETAIL DELIVERY OR INITIAL OPERATION AS AN AUTHORIZED MERCEDES-BENZ CENTER DEMONSTRATOR OR MERCEDES-BENZ USA, LLC OR MERCEDES-BENZ U.S. INTERNATIONAL, INC. OR MERCEDES-BENZ RESEARCH & DEVELOPMENT NORTH AMERICA, INC. COMPANY VEHICLE, WHICHEVER EVENT SHALL FIRST OCCUR. DAIMLER AG, MERCEDES-BENZ USA, LLC, MERCEDES-BENZ U.S. INTERNATIONAL, INC, MERCEDES-BENZ RESEARCH & DEVELOPMENT NORTH AMERICA, INC. OR THE AUTHORIZED MERCEDES-BENZ CENTER NEITHER ASSUME NOR AUTHORIZE ANY PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH VEHICLE. NO PAYMENT OR OTHER COMPENSATION WILL BE MADE FOR INDIRECT OR CONSEQUENTIAL DAMAGE SUCH AS DAMAGE OR INJURY TO PERSON OR PROPERTY OR LOSS OF REVENUE WHICH MIGHT BE PAID, INCURRED OR SUSTAINED BY REASON OF THE FAILURE OF ANY PART OR ASSEMBLY WHICH MAY BE REPAIRED OR REPLACED IN ACCORDANCE WITH THE TERMS OF THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages or limitation on how long an implied warranty lasts, so the above limitation may not apply to you.

MBUSA_00022491

## CALIFORNIA SUPPLEMENT

EXCEPT FOR THE EMISSIONS SYSTEMS WARRANTIES, THIS IS THE ONLY EXPRESS WARRANTY PROVIDED IN CONNECTION WITH THE PURCHASE OF A MERCEDES-BENZ VEHICLE. THE STATE OF CALIFORNIA ALSO PROVIDES AN IMPLIED WARRANTY OF MERCHANTABILITY, AND WHERE APPLICABLE, AN IMPLIED WARRANTY OF FITNESS. THE DURATION OF THESE IMPLIED WARRANTIES, HOWEVER, SHALL BE LIMITED TO ONE (1) YEAR FROM THE DATE OF THE ORIGINAL RETAIL SALE OR PUT IN SERVICE AS AN AUTHORIZED MERCEDES-BENZ CENTER DEMONSTRATOR OR MERCEDES-BENZ USA, LLC OR MERCEDES-BENZ U.S. INTERNATIONAL, INC. OR MERCEDES-BENZ RESEARCH & DEVELOPMENT NORTH AMERICA, INC. COMPANY VEHICLE. OTHER THAN THE EXPRESS WARRANTIES CONTAINED IN THIS BOOKLET AND THE IMPLIED WARRANTY OF MERCHANTABILITY, AND WHERE APPLICABLE, THE IMPLIED WARRANTY OF FITNESS, AS LIMITED IN DURATION ABOVE, MERCEDES-BENZ USA, LLC DISCLAIMS ANY AND ALL OTHER IMPLIED WARRANTIES. NEITHER DAIMLER AG, MERCEDES-BENZ USA, LLC, MERCEDES-BENZ U.S. INTERNATIONAL, INC., MERCEDES-BENZ RESEARCH & DEVELOPMENT NORTH AMERICA, INC., NOR ANY MERCEDES-BENZ AUTHORIZED SALES OR SERVICE CENTER CAN ASSUME OR AUTHORIZE ANY PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH A MERCEDES-BENZ VEHICLE. NO PAYMENT OR OTHER COMPENSATION WILL BE MADE FOR INDIRECT OR CONSEQUENTIAL DAMAGE SUCH AS DAMAGE OR INJURY TO PERSONS OR PROPERTY OR LOSS OF REVENUE WHICH MIGHT BE PAID, INCURRED, OR SUSTAINED BY REASON OF THE FAILURE OF ANY PART OR ASSEMBLY WHICH MAY BE REPAIRED OR REPLACED IN ACCORDANCE WITH THE TERMS OF THIS WARRANTY.

MBUSA_00022492

Items Which Are Not Covered:

TIRE AND RIM DAMAGE: Damage to the tires such as punctures, cuts, snags, bruises, impact damage and breaks resulting from pothole impact, curb impact, or from other objects/road hazards is not covered. Damage from incorrect inflation, excessive axle load, high speed spinning (when stuck in ice, mud or snow), tire chains, racing or competitive driving events, use on a closed-circuit race track, off-road trails and tracks, incorrect mounting or demounting, improper puncture repair, misuse, negligence, alteration and misapplication is not covered. Rapid or irregular tire tread wear due to lack of tire rotation according to the recommended intervals specified in your vehicle's maintenance booklet or incorrect wheel alignment or tire balance is not covered. Tire tread wear is also not covered.

Damage to the rims resulting from pothole impact, curb impact, or from other objects/road hazards is not covered.

WHEEL ALIGNMENT: Adjustments for road crown (a side-to-side arch for drainage) are not covered.

BRAKE PADS AND DISCS: Replacement due to normal wear or as part of regular maintenance is not covered. Driving usage and habits can impact brake wear.

WIPER BLADES AND INSERTS: Damaged or worn wiper blades and wiper blade inserts are not covered.

DAMAGE DUE TO LACK OF MAINTENANCE: Lack of proper maintenance as described in the Maintenance Booklet. Use of service parts or fluids, such as paper oil filters or improper engine oil, which are non-approved by MBUSA, will cause engine damage not covered by the warranty. Changing the engine oil within the intervals set forth in the Maintenance

MBUSA_00022493

Booklet is critical for engine performance and preservation. Failure to change the engine oil within the intervals set forth in the Maintenance Booklet can cause severe engine damage and is considered lack of proper maintenance.

DAMAGE DUE TO ACCIDENTS, MISUSE OR NEGLIGENCE: Accidents or damage from objects striking the vehicle. Misuse of the vehicle such as driving into or over potholes, curbs, or other objects/road hazards; overloading, driving through high standing water or flooded areas, improper operation, storage or transport (Proper use is described in the Operator's Manual).

NORMAL MAINTENANCE IS OWNER'S RESPONSIBILITY: Cleaning and polishing, checking, adding and, when necessary, changing fluids and filters, replacing worn wiper blades, wiper rubber inserts, brake pads

and discs, and clutch discs and pressure plates are some of the normal maintenance services required and are not covered by this warranty. See Maintenance Booklet for details.

Damage caused by the use of improper filters (including oil filters), engine oils, fluids, cleaners, polishes, or waxes is not covered.

DAMAGE DUE TO ALTERATIONS: Alterations by changing or adding to the vehicle can adversely affect its performance, reliability and longevity and are not covered by this warranty.

DAMAGE CAUSED BY REPAIR PARTS AND MISFUELING: MBUSA strongly warns against the introduction of fuels with an anti-knock index less than 91 octane or ethanol blends greater than E10 in non flex-fuel capable gasoline engine equipped vehicles, and in vehicles equipped with a

MBUSA_00022494

diesel engine, strongly warns against the introduction of biodiesel blends greater than B5. Malfunctions caused by the use of other than Genuine Mercedes-Benz parts and accessories and damages or malfunctions resulting from incorrect fuel usage, poor fuel quality (including biodiesel blends not meeting ASTM D6751 or EN590 quality standards) or from blending additional fuel additives other than those expressly approved for use in exceptional circumstances (see vehicle operator's manual) by MBUSA are not covered.

DAMAGE CAUSED BY IMPROPER BODY REPAIRS: Damage or malfunctions caused by body repairs not performed in accordance with Mercedes-Benz specified repair procedures or otherwise improperly performed are not covered by this warranty.

ALTERED ODOMETER: No warranty coverage shall apply to any vehicle on which the odometer has been altered and/or the actual mileage cannot be determined.

DAMAGE FROM THE ENVIRONMENT: Parts made from cloth or leather (upholstery, convertible tops, trim items), wood, paint or chrome which have been affected by airborne fallout, such as chemical and tree sap, or by road salt, hail, driving through high water, flooded areas and extreme storm conditions, windstorm or other environmental factors are not covered by this warranty.

DAMAGE TO GLASS: Glass breakage or scratches are not covered unless positive physical proof of a manufacturing defect can be established.

EXTRA EXPENSES: This warranty does not cover payment for loss of use of the vehicle during warranty repairs nor lodging bills, substitute transportation rentals, or other travel costs, telephone calls, loss of pay, or other economic loss or consequential damages.

MBUSA_00022495

CHANGES IN DESIGN: Improvements and changes in design or additions to Mercedes-Benz vehicles occur regularly and in the normal course of product development. The manufacturer has reserved the right to make any changes in design or to make additions to, or upon, its products without incurring any obligations to install the same equipment on motor vehicles previously built.

RACING OR COMPETITIVE EVENTS: This warranty does not cover the costs of repairing damage or conditions caused by racing or from use on closed-circuit race tracks, nor does it cover the repair of any defects that are found as the result of participating in a racing event.

DAMAGE TO INTERIOR SURFACES: Damage to finished interior surfaces such as upholstery, wood, leather, suede, plastic, chrome, glass, rug, and paint caused by external influence, misuse, or negligence is not covered. Some examples include, but are not limited to, spills, chafe marks, scratches, and impressions from heavy objects or clamping force (such as a strap or mounting device). Damage from the use of third party accessories such as steering wheel locks or vent-mounted air fresheners is also not covered.

MBUSA_00022496

## General

Our intention is to make any repairs or replacements necessary to correct defects in material or workmanship, but not design, arising during the warranty period without charge to you. All we ask is that you properly maintain and care for the vehicle and that you have warranty repairs performed by an authorized Mercedes-Benz Center. This warranty does not mean that your vehicle is free from defects.

Please note the difference between "defects" and "damage" as used in the warranty. Defects are covered since we, the distributor, are responsible. Conversely, we have no control over damage caused by things including, but not limited to, collision, misuse, and lack of or improper maintenance. Therefore, damage for whatever reason is not covered by the warranty. Do not assume that an issue you may experience with your vehicle is due to a defect. Parts can fail for many different reasons not attributable to a defect. In addition, vehicle symptoms you may hear, feel or see can be due to many different things unrelated to a defect. MBUSA is committed to customer satisfaction, which is why it is important for you to take your vehicle to an authorized Mercedes-Benz Center where trained professionals can make the appropriate diagnosis and, if necessary, repair.

**It is the owner's responsibility to maintain the vehicle according to the Maintenance Schedule provided. All mntenance services must be accomplished to keep your warranty coverage valid. When requesting service or repair work under warranty, the owner must present to the authorized Mercedes-Benz Center evidence that the periodic servicing requirements have been accomplished. Receipts covering completion of required servicing should be retained in the event a question arises concerning maintenance.**

MBUSA_00022497

These receipts should be transferred to each subsequent owner of the vehicle. For your convenience, the Maintenance Booklet has been designed to incorporate the signature of your authorized Mercedes-Benz Center upon completion of the required maintenance services.

This signature is evidence of completion of the maintenance services and should be kept together with other receipts, repair orders and invoices.

If the owner has a warranty claim and can show through receipted invoices that the vehicle has received the required servicing, the authorized Mercedes-Benz Center will perform the warranty work without charging for parts and labor. It is the responsibility of the owner to prove and the authorized Mercedes-Benz Center to judge whether the required maintenance service has been performed.

MBUSA's obligation under this warranty is limited to the authorization to exchange or repair at its option such parts which are acknowledged by it to be defective. In case of defective assemblies, factory rebuilt units can be used in exchange instead of their repair. The replaced defective parts or assemblies shall become the property of MBUSA. Warranty repairs do not constitute an extension of the original warranty period for the vehicle or a part thereof.

MBUSA_00022498

**Insurance Write-Off; or Repaired or Replaced Parts.** Any vehicle which has been damaged to such an extent that the owner, insurer, financing institution or leasing company determined the vehicle to be a "total loss", "write off" or equivalent, is not covered by this warranty. This includes but is not limited to vehicles issued a "salvage", "scrap", "dismantled" or similar title under any state's law.

Any parts repaired or replaced under an insurance claim or required as a result of events which are not covered under this warranty (see "Items Which Are Not Covered", (▷ Page 16)), for example, damages due to accidents, misuse, or negligence, and in either case, any subsequent consequential damage to the vehicle are not covered by this warranty.

**Paint and Other Appearance Items.** Defects in paint, trim or other appearance items are normally taken care of during our new vehicle preparation or by the authorized Mercedes-Benz Center during new vehicle inspection. We suggest that if you find any paint or appearance problems that you advise your authorized Mercedes-Benz Center as soon as possible since deterioration due to use and exposure is not covered by the warranty.

**The instructions in your Operator's Manual regarding the care of paint, upholstery, trim items and convertible tops, as applicable, must be followed explicitly to maintain your warranty coverage.**

MBUSA_00022499

**Body Repair Information.** Due to the materials and assembly procedures used in the production of Mercedes-Benz vehicles, it is strongly recommended that any paint work/body repairs be performed using Genuine Mercedes-Benz parts by repair facilities which have been certified by MBUSA as having the tools, equipment and training necessary to perform such repairs. MBUSA has certified a network of body repair facilities which are qualified to perform both cosmetic and structural repairs to your vehicle.

While the vehicle owner may elect to have repairs (collision damage/paint repair work) performed by any automobile body repair establishment or individual, damage or malfunction caused by body repairs not performed in accordance with Mercedes-Benz specified repair procedures are not covered by the Mercedes-Benz New Vehicle Limited Warranty.

Should your vehicle need paint work/ body repair or if you have any questions please contact your authorized Mercedes-Benz Center or call 1-800-FOR-MERCedes.

**Customer Repair Orders.** MBUSA does not maintain copies of Repair Orders on warranty repairs performed. Your servicing authorized Mercedes-Benz Center will give you a copy of the Repair Order on all warranty repairs performed. Please keep this copy with your vehicle records.

MBUSA_00022500

# Emission Control System Maintenance

## General

The law requires your vehicle to conform to exhaust emission standards. To provide the best vehicle performance and lowest vehicle emissions, you are responsible to ensure that all recommended maintenance procedures detailed in the Maintenance Booklet are performed at the specified times and mileages. The emission control warranty does not cover failures due solely to owner abuse or lack of proper maintenance.

More frequent maintenance may be needed for vehicles under severe operating conditions such as dusty areas, very short trip driving or trailer towing.

While maintenance service can be performed by any qualified service outlet, we recommend that all maintenance services be performed by your authorized Mercedes-Benz Center which is equipped with the tools, instruments, and literature necessary for correct and systematic performance of these services. Although warranty obligations are not dependent upon the use of any particular brand of replacement parts and you may elect to use non-Genuine Mercedes-Benz parts for replacement purposes, we recommend the use of Genuine Mercedes-Benz parts for service and repairs, since they have been made according to the manufacturer's specifications.

MBUSA_00022501

It is also important to use only fuels and lubricants meeting factory specifications, since the emission systems warranty does not cover repair or replacement of parts necessitated by failure of such items.

For detailed information concerning emission control system maintenance, please refer to your Maintenance Booklet. If you should desire further information concerning maintenance specifications or emission control system maintenance jobs, we recommend obtaining maintenance related literature. Such literature is available from either your authorized Mercedes-Benz Center or directly from MBUSA.

MBUSA_00022502

# Emission Systems Warranty (Federal)

## General

In accordance with the requirements of the Federal Clean Air Act as amended, MBUSA warrants to the original and each subsequent owner of a new Mercedes-Benz vehicle that:

(1) the vehicle was designed, built and equipped so as to conform, at the time of sale to the original owner, with the then applicable regulations issued by the Federal Environmental Protection Agency under authority of the Federal Clean Air Act as amended; and

(2) the vehicle is free from defects in materials and workmanship at the time of sale which would cause it not to conform with those regulations within a period of two years or 24,000 miles from the date of initial operation of the vehicle, whichever occurs first; and

(3) is free from defects in material and workmanship in specific emission related parts as specified in the lists shown on (▷ Pages 36, 38 and 76) which would cause them not to conform with those requirements for a period of 8 years or 80,000 miles, whichever occurs first.

MBUSA_00022503

**This Warranty Does Not Apply To:**

1. The repair or replacement of warranted emission maintenance parts after, and including, their first replacement interval.
2. Any vehicle on which the odometer mileage has been altered and/or the vehicle's actual mileage cannot be readily determined.
3. Loss of time, inconvenience, loss of the use of the vehicle or similar incidental or consequential damages.

This warranty will be performed by any authorized Mercedes-Benz Center of the owner's choice - repairing, replacing or adjusting at the authorized Mercedes-Benz Center's discretion, upon delivery of the vehicle to the authorized Mercedes-Benz Center's place of business without charge for parts and labor (including diagnosis), using Genuine Mercedes-Benz parts to assure compliance with applicable regulations. Parts replaced under this warranty become the property of the warrantor.

This warranty is available only for a vehicle purchased in the United States or its territories, including but not limited to Puerto Rico. This warranty is not applicable for vehicles exported from the United States or its territories, including Puerto Rico.

In all other countries, defective parts will be repaired or replaced free of charge only in accordance with the terms and limitations of the warranty for new Mercedes-Benz vehicles in effect at the time in such countries.

MBUSA_00022504

WITH RESPECT TO EMISSION SYSTEMS, THIS WARRANTY AND THE EMISSIONS PERFORMANCE WARRANTY ARE EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESSED OR IM-PLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTY OF MER-CHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND OF ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF THE WARRAN-TOR. DAIMLER AG, MERCEDES-BENZ USA, LLC, MERCEDES-BENZ U.S. INTERNATIONAL, INC, MERCEDES-BENZ RESEARCH & DEVELOPMENT NORTH AMERICA, INC. OR THE SELLING AUTHORIZED MERCEDES-BENZ CENTER NEITHER ASSUME NOR AUTHORIZE ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH EMISSION SYSTEMS.

See (▷ Pages 36, 38 and 76) for components covered by this warranty.

MBUSA_00022505

# Emission Performance Warranty (Federal)

## General

You may present a claim under this warranty immediately after your vehicle has failed an EPA approved emission short test if, as a result of that failure, you are required by law to repair the vehicle to avoid the imposition of a penalty or sanction. You do not need to suffer the loss of the right to use the vehicle, pay a fine, or incur repair expenses before bringing this claim. Your warranty claim may be presented to any authorized Mercedes-Benz Center of your choice in the USA or its territories.

The authorized Mercedes-Benz Center will honor or deny your claim within a reasonable time not to exceed 30 days, from the time at which your vehicle is initially presented for repair or within any time period

specified by local, State or Federal Law, whichever is shorter, except when a delay is caused by events not attributable to MBUSA or your authorized Mercedes-Benz Center. You will be notified in writing by your authorized Mercedes-Benz Center of the reason for any denial of your claim.

Your authorized Mercedes-Benz Center is required by law to honor your claim if such notice of denial is not received by you within said time period.

MBUSA_00022506

You may obtain further information concerning the emission performance warranty or report violations of the terms of the emission performance warranty by contacting:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105
Email: complianceinfo@epa.gov

**NOTE: The Emission Performance Warranty is required by Federal Law, and is effective only to the extent required by that law. To the extent the underlying law is suspended or amended, this Warranty is automatically altered in the same manner, without further notice.**

MBUSA warrants to the original and each subsequent owner of a new Mercedes-Benz vehicle that:

a.  if the vehicle is maintained and operated in accordance with the written instructions for required maintenance and use, and

b.  if the vehicle fails to conform at any time during 8 years or 80,000 miles, whichever occurs first, to the applicable emission standards as ascertained by an EPA-approved emission short test, and

c.  if such non-conformity results or will result in the vehicle owner having to bear any penalty or other sanction (including the denial of the right to use the vehicle) under local, State or Federal law, then any authorized Mercedes-Benz Center during the first 24 months or 24,000 miles will make any repairs or replacements necessary to specified systems/components to correct the non-conformity or so that the vehicle will pass the smog check test at no charge for parts and labor (including diagnosis).

MBUSA_00022507

For the remainder of the 8 years or 80,000 miles the authorized Mercedes-Benz Center will correct only those deficiencies directly related to the specified components in the attached list which have been installed in or on the vehicle for the sole or primary purpose of reducing vehicle emissions and that were not in general use prior to Model Year 1968.

Parts replaced under this warranty become the property of the warrantor. The warranty period starts on the date the vehicle is delivered to the first retail purchaser or put into service as an authorized Mercedes-Benz Center demonstrator or MBUSI, MBUSA or MBRDNA company vehicle.

The emission control system of your new Mercedes-Benz vehicle was designed, built and tested using Genuine Mercedes-Benz parts and the vehicle is certified as being in conformity with Federal emission control regulations and requirements. Accordingly, it is recommended that any replacement parts used for maintenance, repair or replacement of emission related components be Genuine Mercedes-Benz Parts, including Remanufactured Parts.

The owner may elect to have maintenance, replacement or repair of the emission control devices and systems performed by any automotive repair establishment or individual, and may elect to use other than Genuine Mercedes-Benz Parts, including Remanufactured Parts for such maintenance, replacement or repair without invalidating this warranty; the cost of such service or parts, however, will not be covered under the warranty except in the case of an emergency.

MBUSA_00022508

Use of replacement parts which are not of equivalent quality and design may impair the effectiveness of the emission control systems.

If other than Genuine Mercedes-Benz Parts, including Remanufactured Parts are being used for maintenance, replacement or repair of components affecting emission control, the owner should obtain assurances that such parts are warranted by their manufacturer to be equivalent to Genuine Mercedes-Benz parts in performance and durability.

MBUSA, however, assumes no liability under this warranty with respect to parts other than Genuine Mercedes-Benz Parts, including Remanufactured Parts except for consequential damage to a non-Mercedes-Benz warranted part caused by a failure of a Mercedes-Benz part. However, the use of non-Mercedes-Benz replacement parts does not invalidate the warranty on other components unless non- Mercedes-Benz parts cause damage to warranted parts.

**MBUSA may deny an emission performance warranty claim if the failure of a part is the result of:**

a.  non-compliance with the written instructions for required maintenance and use. These written instructions, including time and mileage intervals at which maintenance is to be performed may be found in the Maintenance Booklet and Operator's Manual provided with your vehicle. You are advised to perform all recommended maintenance or repairs on your new Mercedes-Benz vehicle. MBUSA may deny a warranty claim if your failure to perform the required maintenance resulted in the failure of the warranted part in question. Receipts and service records covering the performance of regular maintenance should be retained in the event questions arise concerning maintenance. The receipts and service records should be transferred to each subsequent owner of this vehicle.

MBUSA_00022509

b.  vehicle abuse or maintenance performed in such a manner that an emission component was improperly installed or adjusted substantially outside the manufacturer's specifications or which resulted in removing or rendering inoperative any component affecting the vehicle's emissions.

c.  using non-EPA certified replacement parts in the maintenance or repair of the vehicle which ultimately proved to be defective in material or workmanship or not equivalent from an emission standpoint to the original equipment part and the owner is unable to prove otherwise.

MBUSA strongly warns against the introduction of fuels with an anti-knock index less than 91 octane or ethanol blends greater than E10 in non flex-fuel capable gasoline engine equipped vehicles, and in vehicles equipped with a diesel engine, strongly warns against the introduction of biodiesel blends greater than B5 and/or not meeting ASTM D6751

or EN590 quality standards. MBUSA may deny an emission related warranty claim if it can establish that the failure or the malfunction of an emission control system part results directly from the use of:

- Gasoline engines
  non-premium low octane gasoline with an anti-knock index of below 91 or ethanol blends greater than E10 for non flex-fuel vehicles,

or

- Diesel engines
  diesel fuel other than S15 ULTRA-LOW SULFUR HIGHWAY DIESEL FUEL (15 ppm SULFUR MAXIMUM) and diesel fuel containing biodiesel in blends greater than B5.

MBUSA_00022510

**This Warranty Does Not Cover:**

a. Malfunctions in any part caused by any of the following: misuse, improper adjustments, modification, alteration, tampering, disconnection, improper or inadequate maintenance, or use of leaded gasoline for catalyst equipped vehicles.

b. Damage resulting from accident, acts of nature or other events beyond the control of MBUSA.

c. The repair or replacement of warranted emission maintenance parts after, and including, their first replacement interval.

d. Loss of time, inconvenience, loss of use of the vehicle, or other incidental or consequential damages.

e. Any vehicle on which the odometer mileage has been altered so that the vehicle's actual mileage cannot be determined.

This warranty is available only for a vehicle purchased in the United States or its territories, including but not limited to Puerto Rico. This warranty is not applicable for vehicles exported from the United States or its territories, including Puerto Rico.

In all other countries, defective parts will be repaired or replaced free of charge only in accordance with the terms and limitations of the warranty for new Mercedes-Benz vehicles in effect at the time in such countries.

MBUSA_00022511

EXCEPT FOR THE EMISSION CONTROL WARRANTY, THIS WARRANTY AND THE LIMITED WARRANTY FOR NEW MERCEDES-BENZ VEHICLES ARE EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESEN-TATION, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTIC-ULAR PURPOSE, AND OF ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF THE WARRANTOR. DAIMLER AG, MERCEDES-BENZ USA, LLC, MERCEDES-BENZ U.S. INTERNATIONAL, INC, MERCEDES-BENZ RESEARCH & DEVELOPMENT NORTH AMERICA, INC. OR THE SELL-ING AUTHORIZED MERCEDES-BENZ CENTER NEITHER ASSUME NOR AUTHORIZE ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH EMISSION SYSTEMS.

The lists shown on (> Pages 36, 38 and 76) set forth the emission related components which may be covered by the emissions performance warranty.

MBUSA_00022512

# Warranted Emission Related Components

## Gasoline or Flexible Fuel Engine

**I. Air Induction System**

Air Cleaner Housing

Camshaft Adjuster

Charge Air Cooler

Deceleration Air Switching Valve

Intake Manifold / Boost Air Distribution Line

Turbocharger (with Exhaust Manifold, if
  applicable)

**II. Fuel Metering System**

Fuel Injector

Fuel Management System

Fuel Pressure Sensor

Fuel Rail (with Fuel Press. Regulator, Injector,
  Temp./High Press. Sensor, if applicable)

High Pressure Pump

Injection Valve

Throttle

**III. Ignition System**

Ignition Coil

Spark Plug

**IV. Fuel Evaporative Control**

EVAP Canister

EVAP Canister Purge Valve

Fuel Fill Neck

Fuel Filler Cap

Fuel Tank (with Vent Valve and/or Fill Neck)

Fuel Tank Leak Diagnostic Module

Fuel Tank Pressure Sensor

**V. Secondary Air Injection System**

Air Pump

Air Switching Valve

MBUSA_00022513

Air Vacuum Check Valve

Air Valve

## VI. Exhaust

Exhaust Manifold

Three-Way-Catalyst (with Exhaust Manifold, if applicable)*

## VII. Engine Emissions Control Systems/ Sensors

Camshaft Position Sensor

Crankshaft Position Sensor

Engine Control Module Software*

Engine Control Module*

Engine Coolant Temperature Sensor

Ethanol Sensor

Fuel System Control Module

Fuel System Control Module Software

Fuel Temperature/High Pressure Sensor

Heated Cooling Water Thermostat

Intake Air Temperature Sensor

Knock Sensor

Manifold Air Pressure Sensor

$O_2$ Sensor

Transmission Control Module

Transmission Control Module Software

Vehicle Speed Sensor (Front Wheels)

Vehicle Speed Sensor (Rear Wheels)

## VIII. On-Board Diagnostics

Instrument Cluster (Malfunction Indicator Lamp)*

## IX. Hybrid System

Battery Pack Control Module

Electric Motor Control Module

Electric Motor Control Module Software

* These items are warranted for 8 years/80,000 miles (whichever occurs first). All other items are warranted for (a) or (b):

(a) 3 years/50,000 miles (whichever occurs first) for new vehicles which are first sold by an authorized Mercedes-Benz Center in CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA.

(b) 2 years/24,000 miles (whichever occurs first) for new vehicles which are first sold by an authorized Mercedes-Benz Center in all other states.

Please reference the previous pages for additional emission warranty coverage.

MBUSA_00022514

## Diesel Engine with DEF

**I. Air Induction System**

Air Cleaner Housing

Charge Air Cooler

Electric Intake Air Throttle (with Throttle Valve
  Step Motor)

Intake Manifold / Boost Air Distribution Line
  (with Intake Port Shutoff, if applicable)

Intake Port Shutoff

Turbocharger

**II. Fuel Metering System**

Fuel Injector

Fuel Pump (Electric)

Fuel Rail (with Pressure Regulator)

Fuel Rail Pressure Sensor

High Pressure Pump

**III. Ignition System**

Glow Plug

Glow Time Control Module

**IV. Exhaust Gas Recirculation System**

EGR Cooler

EGR Line

EGR Valve

**V. Positive Crankcase Ventilation**

Crankcase Ventilation Valve/Line

Oil Filler Cap

**VI. Exhaust/Diesel Exhaust Fluid (DEF)
  System**

DEF Injection Valve

DEF Line

DEF Tank (with Press./Temp. Sensors, Fluid
  Level Gauge, Pump)

Diesel Oxidation Catalyst (and/or Diesel
  Particulate Filter)*

Exhaust Manifold

Selective Catalytic Reduction Catalyst*

MBUSA_00022515

## VII. Engine Emissions Control Systems/ Sensors

Camshaft Position Sensor

Charge Air Temperature Sensor

Crankshaft Position Sensor

DEF Control Module

DEF Control Module Software

Engine Control Module Software*

Engine Control Module*

Engine Coolant Temperature Sensor

Exhaust Back Pressure Sensor

Exhaust Differential Pressure Sensor

Exhaust Gas Temperature Sensor

Fuel System Control Module

Fuel System Control Module Software

Fuel Temperature Sensor

Heated Cooling Water Thermostat

Intake Air Temperature Sensor

Manifold Air Pressure Sensor

Mass Air Flow Sensor

$NO_x$ Sensor

$O_2$ Sensor

Particulate Matter Sensor

Transmission Control Module

Transmission Control Module Software

Vehicle Speed Sensor (Front Wheels)

Vehicle Speed Sensor (Rear Wheels)

## VIII. On-Board Diagnostics

Instrument Cluster (Malfunction Indicator Lamp)*

* These items are warranted for 8 years/80,000 miles (whichever occurs first). All other items are warranted for (a) or (b):

(a) 3 years/50,000 miles (whichever occurs first) for new vehicles which are first sold by an authorized Mercedes-Benz Center in CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA.

(b) 2 years/24,000 miles (whichever occurs first) for new vehicles which are first sold by an authorized Mercedes-Benz Center in all other states.

Please reference the previous pages for additional emission warranty coverage.

MBUSA_00022516

# Emission Control System Warranty (7 years/70,000 miles)

CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only

**Your Warranty Rights and Obligations:**

MBUSA is pleased to explain the emission control system warranty on your Mercedes-Benz vehicle. In California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, Oregon, Pennsylvania, Rhode Island, Vermont and Washington, new motor vehicles must be designed, built and equipped to meet these states' stringent anti-smog standards. MBUSA must warrant the emission control system on your Mercedes-Benz vehicle for the periods of time listed below provided there has been no abuse, neglect or improper maintenance of your vehicle.

Your emission control system may include such parts as the fuel injection system, ignition system, catalytic converter and engine computers. Also included may be hoses, belts, connectors and other emission related assemblies.

Where a warrantable condition exists, MBUSA will repair your Mercedes-Benz vehicle at no cost to you including diagnosis, parts and labor.

MBUSA_00022517

**Manufacturer's Warranty Coverage:**

For 3 years or 50,000 miles, whichever occurs first:

1. If your Mercedes-Benz vehicle fails a Smog Check Inspection, all necessary repairs and adjustments will be made by MBUSA to ensure that your vehicle passes the inspection. This is your emission control system PERFORMANCE WARRANTY.
2. If any emission related part on your Mercedes-Benz vehicle is defective, the part will be repaired or replaced by MBUSA. This is your short-term emission control system DEFECTS WARRANTY.

For 7 years or 70,000 miles, whichever occurs first:

1. If an emission related part listed in this warranty booklet specially noted with coverage for 7 years or 70,000 miles is defective, the part will be repaired or replaced by MBUSA. This is your long-term emission control system DEFECTS WARRANTY.

MBUSA_00022518

**Owner's Warranty Responsibilities:**

As the vehicle owner, you are responsible for the performance of the required maintenance listed in your Maintenance Booklet. MBUSA recommends that you retain all receipts covering maintenance on your vehicle, but MBUSA cannot deny emission control system warranty solely for the lack of receipts or for your failure to ensure the performance of all required maintenance.

You are responsible for presenting your Mercedes-Benz vehicle to an authorized Mercedes-Benz Center as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that MBUSA may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

MBUSA_00022519

This page intentionally left blank

MBUSA_00022520

If you have any questions regarding your warranty rights and responsibilities, you should contact:

Mercedes-Benz USA, LLC
Customer Assistance Center
Three Mercedes Drive
Montvale, NJ 07645-0350
1-800-FOR-MERCedes, or

State of California
Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

State of Connecticut
Department of Environmental Protection
79 Elm Street
Hartford, CT 06106-5127

Delaware Department of Natural Resources
and Environmental Control
Division of Air Quality
156 South State Street
Dover, DE 19901

State of Maine
Department of Environmental Protection
17 State House Station
Augusta, ME 04333

State of Maryland
Department of the Environment Air & Radiation Management
Administration Mobile Sources Control Program
1800 Washington Blvd.
Baltimore, MD 21230

Commonwealth of Massachusetts
Department of Environmental Protection
Division of Air Quality Control
One Winter Street, Boston, MA 02108

MBUSA_00022521

State of New Jersey
New Jersey Department of Environmental
Protection, 401 East State Street
Trenton, NJ 08625

State of Oregon
Department of Environmental Quality
811 S.W. Sixth Avenue
Portland, OR 97204

Commonwealth of Pennsylvania
Department of Environmental Protection
Bureau of Air Quality
Rachel Carson State Office Building
12th Floor, P.O. Box 8468
Harrisburg, PA 17105-8468

State of Rhode Island
Department of Environmental Management,
235 Promenade Street
Providence, RI 02908

State of Vermont
Agency of Natural Resources
Department of Environmental Conservation,
Air Pollution Control Division
Building 3 South, 103 Main Street, Waterbury,
VT 05671-0402

State of Washington
Washington State Department of Ecology
P.O. Box 47600
Olympia, WA 98504-7600

MBUSA_00022522

General

MBUSA warrants to the original and each subsequent owner of a 2017 Mercedes-Benz vehicle which is first sold by an authorized Mercedes-Benz Center in California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, Oregon, Pennsylvania, Rhode Island, Vermont and Washington that:

(1) such vehicle is free from defects in material and workmanship which would cause it to fail to conform with requirements of the California Air Resources Board (CARB) or to fail to pass a smog check test for a period of use of 3 years or 50,000 miles, whichever occurs first; and

(2) if any part which affects any regulated emission from your vehicle is defective during 3 years or 50,000 miles, whichever occurs first, the part will be repaired or replaced; and

(3) is free from defects in material and workmanship in specific emission related parts as specified in the attached list which would cause them not to conform with those requirements for a period of use of 7 years or 70,000 miles, whichever occurs first.

MBUSA further warrants that:

a.  if the vehicle is maintained and operated in accordance with the written instructions for required maintenance and use, and

b.  if a part is defective during 3 years or 50,000 miles, whichever occurs first, which causes the vehicle not to conform to the applicable CARB requirement or to fail a smog check test, or

c.  if an emission-related part covered by the 7 year or 70,000 mile, whichever occurs first, warranty term is defective during the warranty period,

MBUSA_00022523

then any authorized Mercedes-Benz Center of the owner's choice will make any adjustments, repairs or replacements (including diagnosis) necessary to correct the defect or so that the vehicle will pass the smog check test at no charge for parts, labor or diagnosis.

If your vehicle is between 3 to 8 years old and has been driven less than 80,000 miles, then your vehicle may be eligible for additional coverage under the Federal Emissions Warranty.

These warranty provisions shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a retail demonstrator or MBUSI, MBUSA or MBRDNA company vehicle prior to sale at retail, on the date the vehicle is first placed in such service.

The emission control system of your new Mercedes-Benz vehicle was designed, built and tested using Genuine Mercedes-Benz parts and the vehicle is certified as being in conformity with Federal, California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, Oregon, Pennsylvania, Rhode Island, Vermont and Washington emission control regulations and requirements. Accordingly, it is recommended that any replacement parts used for maintenance, repair or replacement of emission related components be Genuine Mercedes-Benz Parts, including Remanufactured Parts.

The owner may elect to have maintenance, replacement or repair of the emission control devices and systems performed by any automotive repair establishment or individual, and may elect to use other than Genuine Mercedes-Benz Parts, including Remanufactured Parts for such maintenance, replacement or repair without invalidating this warranty; the cost of such service or parts, however, will not be covered under the warranty except in the case of an emergency.

MBUSA_00022524

Use of replacement parts which are not of equivalent quality and design may impair the effectiveness of the emission control systems. If other than Genuine Mercedes-Benz Parts, including Remanufactured Parts are being used for maintenance, replacement or repair of components affecting emission control, the owner should obtain assurances that such parts are warranted by their manufacturer to be equivalent to Genuine Mercedes-Benz parts in performance and durability.

MBUSA, however, assumes no liability under this warranty with respect to parts other than Genuine Mercedes-Benz Parts, including Remanufactured Parts except for consequential damage to a non-Mercedes-Benz warranted part caused by a failure of a Mercedes-Benz part. However, the use of non-Mercedes-Benz replacement parts does not invalidate the warranty on other components unless non-Mercedes-Benz parts cause damage to warranted parts.

Repairs covered by this warranty will be performed by any authorized Mercedes-Benz Center at its place of business with no charge for parts or labor (including diagnosis), using Genuine Mercedes-Benz Parts, including Remanufactured Parts for any part covered by this warranty.

In the case of an emergency, when and where an authorized Mercedes-Benz Center is not available, repairs may be performed at any available service establishment or by the owner using any replacement part. The non-availability of a replacement part for warranty repair or a repair not completed within 30 days constitutes an emergency.

MBUSA will reimburse the owner for such repairs (including labor and diagnosis) that are covered under this warranty. Such reimbursement shall not exceed MBUSA suggested retail prices for warranted parts replaced and labor charges based on MBUSA recommended time allowances for warranty repairs at a geographically appropriate hourly labor rate. Replaced parts and paid invoices must be presented at an authorized

MBUSA_00022525

Mercedes-Benz Center as a condition of reimbursement for emergency repairs not performed at an authorized Mercedes-Benz Center. Parts replaced under this warranty become the property of the warrantor.

The enclosed list sets forth some of the emission related components covered by the emission control system defects warranty. You are advised to perform all recommended maintenance or repairs on your new Mercedes-Benz vehicle. MBUSA will not deny an emissions system warranty claim solely because you have no record of maintenance; however, you are responsible for the performance of the required maintenance. MBUSA may deny a warranty claim if your failure to perform the required maintenance resulted in the failure of a warranted part. Receipts and service records covering the performance of regular maintenance should be retained in the event questions arise concerning maintenance. The receipts and service records should be transferred to each subsequent owner of this vehicle.

MBUSA strongly warns against the introduction of fuels with an anti-knock index less than 91 octane or ethanol blends greater than E10 in non flex-fuel capable gasoline engine equipped vehicles, and in vehicles equipped with a diesel engine, strongly warns against the introduction of biodiesel blends greater than B5 and/or not meeting ASTM D6751 or EN590 quality standards. MBUSA may deny an emission related warranty claim if it can establish that the failure or the malfunction of an emission control system part results directly from the use of:

- Gasoline engines
  non-premium low octane gasoline with an anti-knock index of below 91 or ethanol blends greater than E10 for non flex-fuel vehicles,

or

- Diesel engines
  diesel fuel other than S15 ULTRA-LOW SULFUR HIGHWAY DIESEL FUEL (15 ppm SULFUR MAXIMUM) and diesel fuel containing biodiesel in blends greater than B5.

MBUSA_00022526

**This warranty does not cover:**

1. The repair or replacement of any "warranted part" otherwise eligible for warranty coverage shall be excluded from such warranty coverage if the vehicle or engine manufacturer demonstrates that the vehicle or engine has been abused, neglected or improperly maintained, and that such abuse, neglect, or improper maintenance was the direct cause of the need for the repair or replacement of the part.
2. Malfunctions in any part caused by any of the following: improper adjustments except for those done by an authorized Mercedes-Benz Center during warranty service work, modification, alteration, tampering, disconnection, or use of leaded gasoline (for catalyst equipped vehicles).
3. Damage resulting from accident, acts of nature or other events beyond the control of MBUSA.
4. The repair or replacement of warranted emission maintenance parts after, and including, their first replacement interval.
5. Incidental or consequential damages such as loss of time, inconvenience, or loss of use of the vehicle.
6. Any vehicle on which the odometer mileage has been altered so that the vehicle's actual mileage cannot be determined.

This warranty is applicable to new vehicles which are first sold by an authorized Mercedes-Benz Center in the States of California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, Oregon, Pennsylvania, Rhode Island, Vermont and Washington. In all other states or countries, defective parts will be repaired or replaced in accordance with the terms and limitations of the warranty applicable to new Mercedes-Benz vehicles in effect at the time in such states or countries.

MBUSA_00022527

You may present a claim under the performance warranty immediately after your vehicle has failed a smog check test. You do not need to suffer the loss of the right to use the vehicle, pay a fine, or incur repair expenses before bringing this claim. After the 3 year/50,000 mile performance warranty period has passed, a smog check test failure due to a defect in a part which is warranted for 7 years/70,000 miles, is covered.

Your warranty claim may be presented to any authorized Mercedes-Benz Center of your choice. The authorized Mercedes-Benz Center will honor or deny your claim within a reasonable time not to exceed 30 days, from the time at which your vehicle is initially presented for repair. Exceptions are when you, the owner, request a delay, or a delay is caused by events not attributable to MBUSA or your authorized Mercedes-Benz Center.

You will be notified in writing by your authorized Mercedes-Benz Center of the reasons for any denial of your claim.

Your authorized Mercedes-Benz Center is required by law to honor your claim if such notice of denial is not received by you within said time period.

WITH RESPECT TO EMISSION SYSTEMS, THIS WARRANTY IS EX-PRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND OF ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF THE WARRANTOR. DAIMLER AG, MERCEDES-BENZ U.S. INTERNATIONAL, INC., MERCEDES-BENZ USA, LLC, MERCEDES-BENZ RESEARCH & DEVELOPMENT NORTH AMERICA, INC. OR THE AUTHO-RIZED MERCEDES-BENZ CENTER NEITHER ASSUME NOR AUTHORIZE ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH EMISSION SYSTEMS.

MBUSA_00022528

# Defect Warranty Coverage (7 years/70,000 miles)

Gasoline or Flexible Fuel Engine (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only)

| Part Description | CLA 250 | CLA 250 4M | AMG CLA 45 4M | C 300 | C 300 4M | AMG C 43 4M | AMG C 63 (S) | C 300 Coupe | C 300 4M Coupe | AMG C 43 4M Coupe | AMG C 63 Coupe | AMG C 63 S Coupe | C 300 Cabriolet | C 300 4M Cabriolet | AMG C 43 4M Cabriolet | AMG C 63 4M Cabriolet (S) | E 300 | E 300 4M | AMG E 43 4M | E 400 4M Wagon | E 400 Coupe | E 400 4M Coupe | E 550 Coupe | E 400 Cabriolet | E 550 Cabriolet | CLS 400 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Air Pump | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Battery Pack Control Module | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Camshaft Adjuster | | | | | | • | | | | | • | • | | | • | | | | | | | | | | | |
| Charge Air Cooler | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Electric Motor Control Module | | | | | | | | | | | | | | | | | | | | | | | | | | |

\* These items are warranted for 8 years / 80,000 miles (whichever occurs first)

MBUSA_00022529

Gasoline or Flexible Fuel Engine (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only)



MBUSA_00022530

Gasoline or Flexible Fuel Engine (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only)

**Models**

| Part Description | CLA 250 | CLA 250 4M | AMG CLA 45 4M | C 300 | C 300 4M | AMG C 43 4M | AMG C 63 (S) | C 300 Coupe | C 300 4M Coupe | AMG C 43 4M Coupe | AMG C 63 Coupe | AMG C 63 S Coupe | C 300 Cabriolet | C 300 4M Cabriolet | AMG C 43 4M Cabriolet | AMG C 63 Cabriolet (S) | E 300 | E 300 4M | AMG E 43 4M | E 400 4M Wagon | E 400 Coupe | E 400 4M Coupe | E 550 Coupe | E 400 Cabriolet | E 550 Cabriolet | CLS 400 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Engine Control Module* | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Engine Coolant Temperature Sensor | | | ● | | | | | | | | | | | | | | | | | | | | | | | |
| Ethanol Sensor | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exhaust Manifold | | | ● | | | ● | | | | | ● | ● | | | ● | | | | | | | | | | | ● |
| Fuel Fill Neck | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fuel Injector | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | |
| Fuel Management System | | ● | ● | | | | | | | | | | | | | | ● | ● | | | ● | ● | ● | ● | ● | |
| Fuel Pressure Sensor | | | | | | | | | | | | | | | | | | | | | | | | | | |

* These items are warranted for 8 years / 80,000 miles (whichever occurs first)

MBUSA_00022531

Gasoline or Flexible Fuel Engine (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only)

| CLS 400 4M | CLS 550 | CLS 550 4M | AMG CLS 63 S 4M | S 550 | S 550 4M | S 600 | AMG S 63 4M | AMG S 65 | S 550 4M Coupe | AMG S 63 4M Coupe | AMG S 65 Coupe | S 550 Cabriolet | AMG S 63 4M Cabriolet | AMG S 65 Cabriolet | Maybach S 600 | Maybach S 550 4M | SL 450 | SL 550 | AMG SL 63 | AMG SL 65 | SLC 300 | AMG SLC 43 | AMG GT | AMG GT S | GLA 250 | GLA 250 4M | AMG GLA 45 4M | GLC 300 4M Coupe | AMG GLC 43 4M Coupe | GLC 300 | GLC 300 4M | AMG GLC 43 4M | GLE 350 | GLE 350 4M | GLE 400 4M | GLE 550 e 4M | AMG GLE 63 4M (S) | AMG GLE 43 4M Coupe | AMG GLE 63 S 4M Coupe | GLS 450 4M | GLS 550 4M | AMG GLS 63 4M | G 550 (4x4²) | AMG G 63 | AMG G 65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | • |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | • |  |  |  |  |  |  |  |  |  |  |  |
| • |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | • | • |  |  | • |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | • |  | • |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | • | • | • | • | • | • | • | • | • | • |  |  | • |
|  | • | • | • | • | • |  | • |  | • | • |  | • | • |  |  | • | • | • | • |  | • | • | • | • |  | • |  |  | • | • |  | • |  | • | • | • | • | • | • | • | • | • | • | • | • |
|  | • | • | • | • | • | • | • | • |  |  | • | • |  |  | • | • | • | • | • | • | • | • | • | • | • | • |  | • | • |  | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | • | • | • | • | • | • | • | • | • | • |  |  |  |

MBUSA_00022532

Gasoline or Flexible Fuel Engine (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only)

**Part Description** — **Models**

| Part Description | CLA 250 | CLA 250 4M | AMG CLA 45 4M | C 300 | C 300 4M | AMG C 43 4M | AMG C 63 (S) | C 300 Coupe | C 300 4M Coupe | AMG C 43 4M Coupe | AMG C 63 Coupe | AMG C 63 S Coupe | C 300 Cabriolet | C 300 4M Cabriolet | AMG C 43 4M Cabriolet | AMG C 63 Cabriolet (S) | E 300 | E 300 4M | AMG E 43 4M | E 400 4M Wagon | E 400 Coupe | E 400 4M Coupe | E 550 Coupe | E 400 Cabriolet | E 550 Cabriolet | CLS 400 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fuel Rail (with Fuel Press. Regulator, Injector, Temp./High Press. Sensor, if applicable) | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Fuel Tank (with Vent Valve and/or Fill Neck) | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Fuel Tank Pressure Sensor | | • | • | | • | • | | | • | | | | | • | • | | | • | • | | | | | | | • |
| Heated Cooling Water Thermostat | • | • | • | • | • | | | • | • | • | | • | • | • | • | • | | • | • | • | | | | | | |
| High Pressure Pump | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Injection Valve | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Instrument Cluster (Malfunction Indicator Lamp)* | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |

* These items are warranted for 8 years / 80,000 miles (whichever occurs first)

MBUSA_00022533

Gasoline or Flexible Fuel Engine (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only)

| CLS 400 4M | CLS 550 | CLS 550 4M | AMG CLS 63 S 4M | S 550 | S 550 4M | S 600 | AMG S 63 4M | AMG S 65 | S 550 4M Coupe | AMG S 63 4M Coupe | AMG S 65 Coupe | S 550 Cabriolet | AMG S 63 4M Cabriolet | AMG S 65 Cabriolet | Maybach S 600 | Maybach S 550 4M | SL 450 | SL 550 | AMG SL 63 | AMG SL 65 | SLC 300 | AMG SLC 43 | AMG GT | AMG GT S | GLA 250 | GLA 250 4M | AMG GLA 45 4M | GLC 300 4M Coupe | AMG GLC 43 4M Coupe | GLC 300 | GLC 300 4M | AMG GLC 43 4M | GLE 350 | GLE 350 4M | GLE 400 4M | GLE 550 e 4M | AMG GLE 63 4M (S) | AMG GLE 43 4M Coupe | AMG GLE 63 S 4M Coupe | GLS 450 4M | GLS 550 4M | AMG GLS 63 4M | G 550 (4x4²) | AMG G 63 | AMG G 65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | | | | | | | | | | | | | | | | | | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | | |
| | | | | | | ● | | ● | | | | ● | | ● | | ● | | | | | | ● | ● | | | | | | | ● | ● | | | ● | ● | | | ● | | ● | | | ● | ● | ● |
| ● | ● | ● | ● | ● | ● | | | ● | | ● | ● | | ● | ● | | ● | | | ● | ● | ● | ● | | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | |
| | | | | | | ● | | ● | | | | ● | | ● | | ● | | | | | ● | | | | | | | | | | | | | | | | | | | | | | | | ● |
| ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

MBUSA_00022534

Gasoline or Flexible Fuel Engine (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only)

| Part Description | Models | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLA 250 | CLA 250 4M | AMG CLA 45 4M | C 300 | C 300 4M | AMG C 43 4M | AMG C 63 (S) | C 300 Coupe | C 300 4M Coupe | AMG C 43 4M Coupe | AMG C 63 Coupe | AMG C 63 S Coupe | C 300 Cabriolet | C 300 4M Cabriolet | AMG C 43 4M Cabriolet | AMG C 63 Cabriolet (S) | E 300 | E 300 4M | AMG E 43 4M | E 400 4M Wagon | E 400 Coupe | E 400 4M Coupe | E 550 Coupe | E 400 Cabriolet | E 550 Cabriolet | CLS 400 |
| Intake Air Temperature Sensor | | | | | | | | | | | | | | | | | | | | | | | ● | | ● | |
| Intake Manifold / Boost Air Distribution Line | | | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Knock Sensor | | | | | | ● | | | | | | ● | | | ● | | | | ● | ● | ● | ● | ● | ● | ● | ● |
| Three-Way-Catalyst (with Exhaust Manifold, if applicable)* | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Throttle | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Transmission Control Module | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| Turbocharger (with Exhaust Manifold, if applicable) | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

* These items are warranted for 8 years / 80,000 miles (whichever occurs first)

MBUSA_00022535

Gasoline or Flexible Fuel Engine (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only)

| CLS 400 4M | CLS 550 | CLS 550 4M | AMG CLS 63 S 4M | S 550 | S 550 4M | S 600 | AMG S 63 4M | AMG S 65 | S 550 4M Coupe | AMG S 63 4M Coupe | AMG S 65 Coupe | S 550 Cabriolet | AMG S 63 4M Cabriolet | AMG S 65 Cabriolet | Maybach S 600 | Maybach S 550 4M | SL 450 | SL 550 | AMG SL 63 | AMG SL 65 | SLC 300 | AMG SLC 43 | AMG GT | AMG GT s | GLA 250 | GLA 250 4M | AMG GLA 45 4M | GLC 300 4M Coupe | AMG GLC 43 4M Coupe | GLC 300 | GLC 300 4M | AMG GLC 43 4M | GLE 350 | GLE 350 4M | GLE 400 4M | GLE 550 e 4M | AMG GLE 63 4M (S) | AMG GLE 43 4M Coupe | AMG GLE 63 S 4M Coupe | GLS 450 4M | GLS 550 4M | AMG GLS 63 4M | G 550 (4x4²) | AMG G 63 | AMG G 65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | ● | ● | ● | ● | ● |  | ● |  | ● | ● |  | ● | ● |  |  | ● |  | ● | ● |  |  |  |  |  |  |  |  | ● |  |  |  |  |  |  |  |  | ● |  | ● |  | ● | ● |  | ● |  |
| ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |  | ● | ● | ● | ● |  |  | ● | ● |  |  | ● |  |  | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| ● | ● | ● | ● | ● | ● |  | ● |  | ● | ● |  | ● | ● |  |  | ● |  | ● | ● |  |  |  |  |  |  |  |  |  |  |  |  | ● |  |  | ● | ● | ● | ● | ● | ● | ● | ● |  | ● |  |
| ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |  |  | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

MBUSA_00022536

Diesel Engine with DEF (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only)

| Part Description | Models | | | |
|---|---|---|---|---|
| | C 300 d 4M | GLC 300 d 4M | GLE 300 d 4M | GLS 350 d 4M |
| Charge Air Cooler | ● | ● | ● | ● |
| DEF Control Module | | | | ● |
| DEF Injection Valve | | | ● | ● |
| DEF Line | | | | ● |
| DEF Tank (with Press./Temp. Sensors, Fluid Level Gauge, Pump) | ● | ● | ● | ● |
| Diesel Oxidation Catalyst (and/or Diesel Particulate Filter)* | ● | ● | ● | ● |
| EGR Cooler | ● | ● | ● | ● |
| EGR Valve | ● | ● | ● | ● |

* These items are warranted for 8 years / 80,000 miles (whichever occurs first)

MBUSA_00022537

Diesel Engine with DEF (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only)

| Part Description | Models | | | |
|---|---|---|---|---|
| | C 300 d 4M | GLC 300 d 4M | GLE 300 d 4M | GLS 350 d 4M |
| Electric Intake Air Throttle (with Throttle Valve Step Motor) | ● | ● | ● | ● |
| Engine Control Module* | ● | ● | ● | ● |
| Exhaust Manifold | ● | ● | ● | ● |
| Fuel Injector | | | ● | ● |
| Fuel Pump (Electric) | ● | ● | ● | ● |
| Fuel Rail (with Pressure Regulator) | ● | ● | ● | ● |
| High Pressure Pump | ● | ● | ● | ● |
| Instrument Cluster (Malfunction Indicator Lamp)* | ● | ● | ● | ● |

* These items are warranted for 8 years / 80,000 miles (whichever occurs first)

MBUSA_00022538

Diesel Engine with DEF (CA, CT, DE, MA, MD, ME, NJ, OR, PA, RI, VT and WA Only)

| Part Description | C 300 d 4M | GLC 300 d 4M | GLE 300 d 4M | GLS 350 d 4M |
|---|:---:|:---:|:---:|:---:|
| | **Models** | | | |
| Intake Manifold / Boost Air Distribution Line (with Intake Port Shutoff, if applicable) | ● | ● | ● | ● |
| Intake Port Shutoff | ● | | ● | |
| NO$_x$ Sensor | ● | ● | ● | ● |
| Particulate Matter Sensor | ● | | | |
| Selective Catalytic Reduction Catalyst* | ● | ● | ● | ● |
| Transmission Control Module | ● | ● | ● | ● |
| Turbocharger | ● | ● | ● | ● |

\* These items are warranted for 8 years / 80,000 miles (whichever occurs first)

MBUSA_00022539

Plug-in Hybrid Electric (DE, OR, PA and WA Only)

| Part Description | Models | |
| --- | :---: | :---: |
| | C 350 e | S 500 e |
| Battery Pack Control Module | ● | ● |
| Charge Air Cooler | ● | ● |
| Electric Motor Control Module | ● | ● |
| Engine Control Module* | ● | ● |
| EVAP Canister | ● | |
| Fuel Injector | ● | ● |
| Fuel Management System | ● | ● |
| Fuel Rail (with Fuel Press. Regulator, Injector, Temp./High Press. Sensor, if applicable) | ● | ● |
| Fuel Tank (with Vent Valve and/or Fill Neck) | ● | ● |
| Fuel Tank Leak Diagnostic Module | ● | |

* These items are warranted for 8 years / 80,000 miles (whichever occurs first)

MBUSA_00022540

Plug-in Hybrid Electric (DE, OR, PA and WA Only)

| Part Description | Models | |
|---|:---:|:---:|
| | C 350 e | S 500 e |
| Fuel Tank Pressure Sensor | ● | ● |
| Heated Cooling Water Thermostat | ● | |
| High Pressure Pump | ● | ● |
| Instrument Cluster (Malfunction Indicator Lamp)* | ● | ● |
| Intake Manifold / Boost Air Distribution Line | ● | ● |
| Knock Sensor | | ● |
| Three-Way-Catalyst (with Exhaust Manifold, if applicable)* | ● | ● |
| Throttle | ● | ● |
| Transmission Control Module | ● | ● |
| Turbocharger (with Exhaust Manifold, if applicable) | ● | ● |

* These items are warranted for 8 years / 80,000 miles (whichever occurs first)

MBUSA_00022541

# Emission Control System Warranty (15 years/150,000 miles)

Plug-in Hybrid Electric* (CA, CT, MA, MD, ME, NJ, NY, RI and VT Only)

**Your Warranty Rights and Obligations:**

MBUSA is pleased to explain the emission control system warranty on your Mercedes-Benz Plug-in Hybrid Electric. In California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island and Vermont, new motor vehicles must be designed, built and equipped to meet these states' stringent anti-smog standards. MBUSA must warrant the emission control system on your Mercedes-Benz vehicle for the periods of time listed below provided there has been no abuse, neglect or improper maintenance of your vehicle.

Your emission control system may include such parts as the fuel injection system, ignition system, catalytic converter and engine computers. Also included may be hoses, belts, connectors and other emission related assemblies.

Where a warrantable condition exists, MBUSA will repair your Mercedes-Benz vehicle at no cost to you including diagnosis, parts and labor.

* Except GLE550e 4MATIC

MBUSA_00022542

**Identifying Plug-in Hybrid Electric Vehicles:**

Plug-in Hybrid Electric vehicles meet the California Air Resources Board (CARB) Super Ultra-Low-Emission-Vehicle (SULEV) emission standard. This standard is an important part of understanding your emission warranty rights described in this section. To identify the vehicle type refer to the text description on the Vehicle Emission Control Information (VECI) label located in the engine compartment. 'SULEV' or 'HEV' will be specified.

Please note the location of the VECI label may vary depending on model. Refer to your vehicle Operator's Manual for further information on identification labels and their locations.

**Manufacturer's Warranty Coverage:**

For 15 years or 150,000 miles, whichever occurs first:

1. If your Mercedes-Benz vehicle fails a Smog Check Inspection, all necessary repairs and adjustments will be made by MBUSA to ensure that your vehicle passes the inspection. This is your emission control system PERFORMANCE WARRANTY.
2. If any emission related part on your Mercedes-Benz vehicle is defective, the part will be repaired or replaced by MBUSA. This is your emission control system DEFECTS WARRANTY.

MBUSA_00022543

**Owner's Warranty Responsibilities:**

As the vehicle owner, you are responsible for the performance of the required maintenance listed in your Maintenance Booklet. MBUSA recommends that you retain all receipts covering maintenance on your vehicle, but MBUSA cannot deny emission control system warranty solely for the lack of receipts or for your failure to ensure the performance of all required maintenance.

You are responsible for presenting your Mercedes-Benz vehicle to an authorized Mercedes-Benz Center as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that MBUSA may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

MBUSA_00022544

If you have any questions regarding your warranty rights and responsibilities, you should contact:

Mercedes-Benz USA, LLC
Customer Assistance Center
Three Mercedes Drive
Montvale, NJ 07645-0350
1-800-FOR-MERCedes, or

State of California
Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

State of Connecticut
Department of Environmental Protection
79 Elm Street
Hartford, CT 06106-5127

State of Maine
Department of Environmental Protection
17 State House Station
Augusta, ME 04333

State of Maryland
Department of the Environment Air & Radiation
Management Administration
Mobile Sources Control Program
1800 Washington Blvd.
Baltimore, MD 21230

Commonwealth of Massachusetts
Department of Environmental Protection
Division of Air Quality Control
One Winter Street
Boston, MA 02108

State of New Jersey
New Jersey Department of Environmental
Protection, 401 East State Street
Trenton, NJ 08625

State of New York
Department of Environmental Conservation
625 Broadway
Albany, NY 12233

MBUSA_00022545

State of Rhode Island

Department of Environmental Management,

235 Promenade Street

Providence, RI 02908

State of Vermont

Agency of Natural Resources

Department of Environmental Conservation,

Air Pollution Control Division

Building 3 South, 103 Main Street, Waterbury,

VT 05671-0402

MBUSA_00022546

General

MBUSA warrants to the original and each subsequent owner of a 2017 Mercedes-Benz Plug-in Hybrid Electric which is first sold by an authorized Mercedes-Benz Center in California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island or Vermont that:

(1) such vehicle is free from defects in material and workmanship which would cause it to fail to conform with requirements of the California Air Resources Board (CARB) or to fail to pass a smog check test for a period of use of 15 years or 150,000 miles, whichever occurs first; and

(2) if any part which affects any regulated emission from your vehicle is defective during 15 years or 150,000 miles, whichever occurs first, the part will be repaired or replaced; and

MBUSA further warrants that:

a.  if the vehicle is maintained and operated in accordance with the written instructions for required maintenance and use, and
b.  if a part is defective during 15 years or 150,000 miles, whichever occurs first, which causes the vehicle not to conform to the applicable CARB requirement or to fail a smog check test,

then any authorized Mercedes-Benz Center of the owner's choice will make any adjustments, repairs or replacements (including diagnosis) necessary to correct the defect or so that the vehicle will pass the smog check test at no charge for parts, labor or diagnosis.

MBUSA_00022547

These warranty provisions shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a retail demonstrator or MBUSA, MBRDNA or MBUSI company vehicle prior to sale at retail, on the date the vehicle is first placed in such service.

The emission control system of your new Mercedes-Benz vehicle was designed, built and tested using Genuine Mercedes-Benz parts and the vehicle is certified as being in conformity with Federal, California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island and Vermont emission control regulations and requirements. Accordingly, it is recommended that any replacement parts used for maintenance, repair or replacement of emission related components be Genuine Mercedes-Benz Parts, including Remanufactured Parts.

The owner may elect to have maintenance, replacement or repair of the emission control devices and systems performed by any automotive repair establishment or individual, and may elect to use other than Genuine Mercedes-Benz Parts, including Remanufactured Parts for such maintenance, replacement or repair without invalidating this warranty; the cost of such service or parts, however, will not be covered under the warranty except in the case of an emergency.

Use of replacement parts which are not of equivalent quality and design may impair the effectiveness of the emission control systems. If other than Genuine Mercedes-Benz Parts, including Remanufactured Parts are being used for maintenance, replacement or repair of components affecting emission control, the owner should obtain assurances that such parts are warranted by their manufacturer to be equivalent to Genuine Mercedes-Benz parts in performance and durability.

MBUSA_00022548

MBUSA, however, assumes no liability under this warranty with respect to parts other than Genuine Mercedes-Benz Parts, including Remanufactured Parts except for consequential damage to a non-Mercedes-Benz warranted part caused by a failure of a Mercedes-Benz part. However, the use of non-Mercedes-Benz replacement parts does not invalidate the warranty on other components unless non- Mercedes-Benz parts cause damage to warranted parts.

Repairs covered by this warranty will be performed by any authorized Mercedes-Benz Center at its place of business with no charge for parts or labor (including diagnosis), using Genuine Mercedes-Benz Parts, including Remanufactured Parts for any part covered by this warranty.

In the case of an emergency, when and where an authorized Mercedes-Benz Center is not available, repairs may be performed at any available service establishment or by the owner using any replacement part. The non-availability of a replacement part for warranty repair or a repair not completed within 30 days constitutes an emergency.

MBUSA will reimburse the owner for such repairs (including labor and diagnosis) that are covered under this warranty. Such reimbursement shall not exceed MBUSA suggested retail prices for warranted parts replaced and labor charges based on MBUSA recommended time allowances for warranty repairs at a geographically appropriate hourly labor rate. Replaced parts and paid invoices must be presented at an authorized Mercedes-Benz Center as a condition of reimbursement for emergency repairs not performed at an authorized Mercedes-Benz Center. Parts replaced under this warranty become the property of the warrantor.

MBUSA_00022549

The enclosed list sets forth some of the emission related components covered by the emission control system defects warranty. You are advised to perform all recommended maintenance or repairs on your new Mercedes-Benz vehicle. MBUSA will not deny an emissions system warranty claim solely because you have no record of maintenance; however, you are responsible for the performance of the required maintenance. MBUSA may deny a warranty claim if your failure to perform the required maintenance resulted in the failure of a warranted part. Receipts and service records covering the performance of regular maintenance should be retained in the event questions arise concerning maintenance. The receipts and service records should be transferred to each subsequent owner of this vehicle.

MBUSA strongly warns against the introduction of fuels with an anti-knock index less than 91 octane or ethanol blends greater than E10 in non flex-fuel capable gasoline engine equipped vehicles, and in diesel engine equipped vehicles, strongly warns against the introduction of biodiesel blends greater than B5 and/or not meeting ASTM D6751 or EN590 quality standards. MBUSA may deny an emission related warranty claim if it can establish that the failure or the malfunction of an emission control system part results directly from the use of:

- Gasoline engines
  non-premium low octane gasoline with an anti-knock index of below 91 or ethanol blends greater than E10 for non flex-fuel vehicles,

- 

or

- Diesel engines
  diesel fuel other than S15 ULTRA-LOW SULFUR HIGHWAY DIESEL FUEL (15 ppm SULFUR MAXIMUM) and diesel fuel containing biodiesel in blends greater than B5.

MBUSA_00022550

**This warranty does not cover:**

1. The repair or replacement of any "warranted part" otherwise eligible for warranty coverage shall be excluded from such warranty coverage if the vehicle or engine manufacturer demonstrates that the vehicle or engine has been abused, neglected or improperly maintained, and that such abuse, neglect, or improper maintenance was the direct cause of the need for the repair or replacement of the part.

2. Malfunctions in any part caused by any of the following: improper adjustments except for those done by an authorized Mercedes-Benz Center during warranty service work, modification, alteration, tampering, disconnection, or use of leaded gasoline (for catalyst equipped vehicles).

3. Damage resulting from accident, acts of nature or other events beyond the control of MBUSA.

4. The repair or replacement of warranted emission maintenance parts after, and including, their first replacement interval.

5. Incidental or consequential damages such as loss of time, inconvenience, or loss of use of the vehicle.

6. Any vehicle on which the odometer mileage has been altered so that the vehicle's actual mileage cannot be determined.

This warranty is applicable to new vehicles which are first sold by an authorized Mercedes-Benz Center in the States of California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island and Vermont. In all other states or countries, defective parts will be repaired or replaced in accordance with the terms and limitations of the warranty applicable to new Mercedes-Benz vehicles in effect at the time in such states or countries.

MBUSA_00022551

You do not need to suffer the loss of the right to use the vehicle, pay a fine, or incur repair expenses before bringing this claim.

Your warranty claim may be presented to any authorized Mercedes-Benz Center of your choice. The authorized Mercedes-Benz Center will honor or deny your claim within a reasonable time not to exceed 30 days, from the time at which your vehicle is initially presented for repair. Exceptions are when you, the owner, request a delay, or a delay is caused by events not attributable to MBUSA or your authorized Mercedes-Benz Center.

You will be notified in writing by your authorized Mercedes-Benz Center of the reasons for any denial of your claim.

Your authorized Mercedes-Benz Center is required by law to honor your claim if such notice of denial is not received by you within said time period.

WITH RESPECT TO EMISSION SYSTEMS, THIS WARRANTY IS EX-PRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND OF ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF THE WARRANTOR. DAIMLER AG, MERCEDES-BENZ U.S. INTERNATIONAL, INC., MERCEDES-BENZ USA, LLC, MERCEDES-BENZ RESEARCH & DEVELOPMENT NORTH AMERICA, INC. OR THE AUTHO-RIZED MERCEDES-BENZ CENTER NEITHER ASSUME NOR AUTHORIZE ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH EMISSION SYSTEMS.

The High Voltage Battery warranty coverage of a Plug-in Hybrid Electric* vehicle is 10 years or 150,000 miles, whichever occurs first (▷ Page 76).

* Except GLE550e 4MATIC

MBUSA_00022552

# Defect Warranty Coverage (15 years/150,000 miles)

Plug-in Hybrid Electric*** (CA, CT, MA, MD, ME, NJ, NY, RI and VT Only)

**I. Air Induction System**
Air Cleaner Housing
Camshaft Adjuster
Charge Air Cooler
Intake Manifold / Boost Air Distribution Line
Turbocharger (with Exhaust Manifold, if
   applicable)

**II. Fuel Metering System**
Fuel Injector
Fuel Management System
Fuel Pressure Sensor

Fuel Rail (with Fuel Press. Regulator, Injector,
   Temp./High Press. Sensor, if applicable)
Fuel System Control Module
Fuel System Control Module Software
High Pressure Pump
Throttle

**III. Ignition System**
Ignition Coil
Spark Plug

**IV. Fuel Evaporative Control**
EVAP Canister
EVAP Canister Purge Valve
Fuel Filler Cap
Fuel Tank (with Vent Valve and/or Fill Neck)
Fuel Tank Leak Diagnostic Module
Fuel Tank Pressure Sensor

**V. Exhaust**
Three-Way-Catalyst (with Exhaust Manifold, if
   applicable)*

MBUSA_00022553

## VI. Engine Emissions Control Systems/ Sensors

Camshaft Position Sensor
Crankshaft Position Sensor
Engine Control Module*
Engine Control Module Software*
Engine Coolant Temperature Sensor
Fuel Temperature/High Pressure Sensor
Heated Cooling Water Thermostat
Intake Air Temperature Sensor

Knock Sensor
Manifold Air Pressure Sensor
$O_2$ Sensor
Transmission Control Module
Transmission Control Module Software
Vehicle Speed Sensor (Front Wheels)
Vehicle Speed Sensor (Rear Wheels)

## VII. On-Board Diagnostics

Instrument Cluster (Malfunction Indicator Lamp)*

## VIII. Hybrid System

Battery Pack Control Module
Electric Motor Control Module
Electric Motor Control Module Software
High Voltage Battery **

For new vehicles which are first sold by an authorized Mercedes-Benz Center in states other than CA, CT, DE, MA, MD, ME, NJ, NY, OR, PA, RI, VT and WA:
* These items are warranted for 8 years/80,000 miles (whichever occurs first) and all other items are warranted for 2 years/24,000 miles (whichever occurs first).

For new vehicles which are first sold by an authorized Mercedes-Benz Center in DE, OR, PA and WA:
* These items are warranted for 8 years/80,000 miles (whichever occurs first) and all other items are warranted for 3 years/50,000 miles (whichever occurs first).

For new vehicles which are first sold by an authorized Mercedes-Benz Center in CA, CT, MA, MD, ME, NJ, NY, RI and VT:
** This item is warranted for 10 years/150,000 miles (whichever occurs first) and all other items are warranted for 15 years/150,000 miles (whichever occurs first)

*** Except GLE550e 4MATIC

MBUSA_00022554

# Warranty Enforcement Laws (Lemon Laws)

Laws in many states and federal law permit owners and/or lessees to obtain a replacement vehicle or a refund of the purchase or lease price under certain circumstances. The provisions of these laws vary from state to state and vary from the federal law. To the extent allowed or not prohibited by applicable law, MBUSA requires that you first provide us with direct written notification of any alleged unrepaired defect or malfunction, or any other dissatisfaction you have experienced with your vehicle so that we have the opportunity to cure the problem or dissatisfaction ourselves. Giving MBUSA itself this direct notice and opportunity to cure enables us to supplement prior efforts by our authorized Mercedes-Benz Center so any ongoing problem can be resolved or the dissatisfaction addressed by us. In states that do not require it, we also require, without constituting any liability beyond the Mercedes-Benz new vehicle warranty, that you give us direct written notice of any service difficulty you have experienced. Written notifications, either required under an applicable Lemon Law or other written notifications should be sent to us, not one of our authorized Mercedes-Benz Center, at Mercedes-Benz USA, LLC, Customer Assistance Center, Three Mercedes Drive, Montvale, New Jersey, 07645-0350.

MBUSA_00022555

## NEW JERSEY LEMON LAW DISCLOSURE

IMPORTANT: IF THIS VEHICLE HAS A DEFECT THAT SUBSTANTIALLY IMPAIRS ITS USE, VALUE OR SAFETY, OR THAT IS LIKELY TO CAUSE DEATH OR SERIOUS BODILY INJURY IF DRIVEN, AND WAS PURCHASED, LEASED OR REGISTERED IN NEW JERSEY, YOU MAY BE ENTITLED UNDER NEW JERSEY'S LEMON LAW TO A REFUND OF THE PURCHASE PRICE OR YOUR LEASE PAYMENTS.

Here is a summary of your rights:

1. To qualify for relief under the New Jersey Lemon Law, you must give the manufacturer or its dealer the opportunity to repair or correct the defect in the vehicle within the Lemon Law's term of protection, which is the first 24,000 miles of operation or two years after the vehicle's original date of delivery, whichever is earlier.
2. If the manufacturer or its dealer is unable to repair or correct a defect within a reasonable time, you may be entitled to return the vehicle and receive a full refund, minus a reasonable allowance for vehicle use.
3. It is presumed that the manufacturer or its dealer is unable to repair or correct the defect if substantially the same defect continues to exist after the manufacturer has received written notice of the defect by certified mail, return

MBUSA_00022556

receipt requested, and has had a final opportunity to correct the defect or condition within 10 calendar days after receipt of notice. This notice must be received by the manufacturer with the term of protection and may be given only after (i) the manufacturer or its dealer has had two or more attempts to correct the defect, (ii) the manufacturer or its dealer has had at least one attempt to correct the defect if the defect is one that is likely to cause death or serious bodily injury if the vehicle is driven; or (iii) the vehicle has been out of service for repair for a cumulative total of 20 or more calendar days, or in the case of a motorhome, 45 days or more.

4. If substantially the same defect continues to exist after the manufacturer has had the final opportunity to repair or correct the defect, you may file an application for relief under New Jersey's Lemon Law.

FOR COMPLETE INFORMATION REGARDING YOUR RIGHTS AND REMEDIES UNDER THE RELEVANT LAW, INCLUDING THE MANUFACTURER'S ADRESS TO GIVE NOTICE OF THE DEFECT, CONTACT THE NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF CONSUMER AFFAIRS, LEMON LAW UNIT, AT POST OFFICE BOX 45026, NEWARK, NEW JERSEY 07101, TEL. NO. (973) 504- 6226.

MBUSA_00022557

## NEW JERSEY LEMON LAW DISCLOSURE

IMPORTANTE: SI ESTE VEHICULO TIENE UN DEFECTO QUE SUBSTANCIALMENTE AFECTA SU USO, VALOR O SEGURIDAD,O QUE PUEDE CAUSAR MUERTE O SERIO DAÑO CORPORAL SI SE MANEJA, Y FUE COMPRADO, ARRENDADO O REGISTRADO EN NUEVA JERSEY, USTED PUEDE TENER EL DERECHO BAJO LA LEY DE LIMÓN DEL ESTADO DE NUEVA JERSEY A UN REEMBOLSO DEL PRECIO DE COMPRA O A LOS PAGOS DE SU ARRENDAMIENTO.

Aqui le damos un sumario de sus derechos:

1. Para calificar por compensación bajo la Ley de Limon de Nueva Jersey, usted debe darle al fabricante o a su concesionario la oportunidad de reparar o corregir el defecto del vehículo dentro del término de protección bajo la Ley de Limón, que son las 24,000 millas primeras de operación o dos años después de la fecha original de la entrega del vehículo o lo que suceda primero.
2. Si el fabricante o su concesionario no puede arreglar o corregir el defecto dentro do un tiempo razonable, usted puede tener el derecho de devolver el vehículo y recibir un reembolso completo, menos un descuento por el uso del vehículo.
3. Si se supone que el fabricante o su concesionario no puede reparar o corregir el defecto y si substancialmente el

MBUSA_00022558

mismo defecto continúa existiendo después que el fabricante ha recibido un aviso del defecto, mandado por correo certificado con recibo de returno, y ha tenido una oportunidad final para corregir el defecto o condición dentro de los 10 dias naturales después de recibir el aviso. Este aviso tiene que ser recibido por el fabricante dentro del término de protección y solo se puede dar después que (i) el fabricante o su concesionario ha intentado dos o más veces de corregir el defecto; (ii) el fabricante o su concesionario ha intentado por lo menos una vez de corregir el defecto si el defecto es uno que puede causar la muerte o serio daño corporal si el vehículo se maneja; o (iii) el vehículo ha estado fuera de servicio por reparos por una acumulación total de 20 dias naturales o más, o en el caso de una casa rodante motorizada (motorhome) de 45 dias o más.

4.  Si substancialmente el mismo defecto continua existiendo después que el fabricante ha tenido la ultima oportunidad de reparar o corregir el defecto, usted puede presenter una solicitud para compensación bajo la Ley de Limón de Nueva Jersey.

PARA INFORMACION COMPLETA ACERCA DE SUS DERECHOS Y RECURSOS BAJO ESTA LEY, INCLUYENDO LA DIRECCIÓN DEL FABRICANTE PARA NOTIFICARLE EL DEFECTO, PÓNGASE EN CONTACTO CON: NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF CONSUMER AFFAIRS, LEMON LAW UNIT, POST OFFICE BOX 45026, NEWARK, NEW JERSEY 07101, NÚMERO DE TELÉFONO (973) 504-6226.

MBUSA_00022559

# IMPORTANT NOTICE for California Retail Buyers and Lessees

Under California law you may be entitled to a replacement of your vehicle or a refund of the purchase price or lease price, if MBUSA and/or its authorized repair or service facilities fail to fix one or more substantial defects or malfunctions in the vehicle that are covered by its express warranty after a reasonable number of repair attempts. During the period of 18 months from original delivery of the vehicle or the accumulation of 18 000 miles on the odometer of the vehicle, whichever occurs first, a reasonable number of repair attempts is presumed for a retail buyer or lessee if one or more of the following occurs: (1) the same substantial defect or malfunction results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven, that defect or malfunction has been subject to repair two or more times, and you have directly notified MBUSA in writing of the need for its repair, (2) the same substantial defect or malfunction of a less serious nature than category (1) has been subject to repair four or more times and you have directly notified us in writing of the need for its repair, or (3) the vehicle is out of service by reason of repair of the same or different substantial defects or malfunctions for a cumulative total of more than 30 calendar days. Written direct notification should be sent to us, not an authorized Mercedes-Benz Center, at Mercedes-Benz USA, LLC, Customer Assistance Center, Three Mercedes Drive, Montvale, NJ 07645-0350.

MBUSA_00022560

# What To Do...

## If You Have Questions Regarding Warranty or Service

The satisfaction and goodwill of Mercedes-Benz owners is of primary concern to authorized Mercedes-Benz Centers and MBUSA. In the event a warranty or service matter is not handled to your satisfaction, the following steps are suggested:

**FIRST** - Discuss the problem with your authorized Mercedes-Benz Center management. Talk to the Service Manager, then if you still have questions, discuss them with the authorized Mercedes-Benz Center's owner.

**THEN** - Request Clarification - If unanswered questions remain, contact Mercedes-Benz USA, LLC, Customer Assistance Center, Three Mercedes Drive, Montvale, New Jersey 07645-0350. 1-800-FOR-MERCedes.

When you contact MBUSA please be sure to include the MODEL, and VEHICLE IDENTIFICATION NUMBER (VIN) of your vehicle. This is important to assure fast, efficient handling of your inquiry.

**If You Have Lost the Service and Warranty Information Booklet** - Should you lose your Service and Warranty Information booklet, have your local authorized Mercedes-Benz Center arrange for a replacement.

**If You Have Changed Your Address** - Should your address change, please do not fail to notify us by using the "Notice of Address Change" coupon also contained in the centerfold of this booklet, or you may call 1-800-FOR-MERCedes to provide the information.

MBUSA_00022561

# To Purchasers of Pre-Owned Vehicles

If you have purchased a pre-owned Mercedes-Benz vehicle before the expiration of its original warranty, you may be entitled to any unexpired portion of the warranty provided you establish your ownership and the purchase date of the vehicle. Please mail the coupon contained in the centerfold of this booklet to the address shown, or you may call 1-800-FOR-MERCedes to provide the information.

Such notification is likewise necessary for your own safety after expiration of the original warranty.

The "National Traffic & Motor Vehicle Safety Act of 1966" requires MBUSA to be in a position to contact Mercedes-Benz owners when a correction of a product defect becomes necessary.

MBUSA_00022562

This page intentionally left blank

MBUSA_00022563

This page intentionally left blank

MBUSA_00022564

## Internet

For further information you can find us on the Mercedes-Benz web-site www.mbusa.com

## Service and Literature

Reprinting, translation and copying, even of excerpts, are not permitted without our prior authorization in writing.

Printed in U. S. A.

Press time July 2016

## Models

C 300, C 300 4M, C 350 e, AMG C 43 4M, AMG C 63 (S), C 300 d 4M, C 300 Coupe, C 300 4M Coupe, AMG C 43 4M Coupe, AMG C 63 Coupe, AMG C 63 S Coupe, C 300 Cabriolet, C 300 4M Cabriolet, AMG C 43 4M Cabriolet, AMG C 63 Cabriolet (S), E 400 Coupe, E 400 4M Coupe, E 550 Coupe, E 400 Cabriolet, E 550 Cabriolet, E 300, E 300 4M, AMG E 43 4M, E 400 4M Wagon, CLS 400, CLS 400 4M, CLS 550, CLS 550 4M, AMG CLS 63 S 4M, S 550 e, S 550, S 550 4M, S 600, AMG S 63 4M, AMG S 65, Maybach S 550 4M, S 550 4M Coupe, AMG S 63 4M Coupe,

AMG S 65 Coupe, S 550 Cabriolet, AMG S 63 4M Cabriolet, AMG S 65 Cabriolet, Maybach S 600, SL 450, SL 550, AMG SL 63, AMG SL 65, SLC 300, AMG SLC 43, AMG GT, AMG GT S, GLE 300 d 4M, GLE 350, GLE 350 4M, GLE 400 4M, GLE 550 e 4M, AMG GLE 63 4M (S), AMG GLE 43 4M Coupe, AMG GLE 63 S 4M Coupe, GLS 350 d 4M, GLS 450 4M, GLS 550 4M, AMG GLS 63 4M, CLA 250, CLA 250 4M, AMG CLA 45 4M, GLA 250, GLA 250 4M, AMG GLA 45 4M, GLC 300 4M Coupe, AMG GLC 43 4M Coupe, GLC 300 d 4M, GLC 300, GLC 300 4M, AMG GLC 43 4M, G 550 (4x4$^2$), AMG G 63, AMG G 65

MBUSA_00022565

Edition C 2017
Order no. P000 0071 13  Part no. A 117 584 92 03
© 2016 Mercedes-Benz USA, LLC, A Daimler Company

MBUSA_00022566