# Exhibit 13

Theresa Radican
September 17, 2020

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                     MIAMI DIVISION
                       MDL No. 2599
 3           Master File No. 15-MD-02599-FAM
            S.D. Fla. Case No. 14-CV-24009-FAM
 4
     IN RE TAKATA AIRBAG PRODUCTS
 5   LIABILITY LITIGATION

 6   THIS DOCUMENT RELATES TO:
     ECONOMIC LOSS TRACK CASES
 7
     and
 8
     STEPHANIE PUHALLA, et al.,
 9   individually and on behalf of
     all others similarly situated,
10
                       Plaintiffs,
11   vs.

12   VOLKSWAGEN AKTIENGESELLSCHAFT,
     VOLKSWAGEN GROUP OF AMERICA,
13   AUDI AKTIENGESELLSCHAFT, AUDI OF
     AMERICA, LLC MERCEDES-BENZ USA,
14   LLC, and DAIMLER AG,

15                    Defendants.
     _____/
16

17

18          REMOTE VIDEOTAPED DEPOSITION OF

19            THERESA MARIE FUSCO RADICAN

20    APPEARING REMOTELY FROM MARTIN COUNTY, FLORIDA

21                Pages 1 through 197

22            Thursday, September 17, 2020
                 10:01 a.m. - 3:56 p.m.
23            Stenographically Reported By:
              Denise Sankary, RPR, RMR, CRR
24
     APPEARING REMOTELY FROM PINELLAS COUNTY, FLORIDA
25
```

1      BY MS. DAKER:
2      Q.   Okay.  And why did you -- I'm sorry.  Go
3  ahead.
4      A.   No.  That -- that was the reason why we --
5  we were ready for another car to have here in
6  Florida, and that was the one that we decided to
7  have here.
8      Q.   Okay.  And why did you want a Mercedes?
9      A.   Well, it has a good -- very good
10 reputation, and I was happy with the other two that
11 I had purchased.
12     Q.   Did you or your husband do any research
13 online about the car before you went to the
14 dealership?
15     A.   No.
16     Q.   You were -- how were you familiar with
17 this car before you went to the dealership, if you
18 were?
19     A.   Well, I had a C280, so I pretty much knew
20 what the car was.  And the reason we bought a 2008
21 was because that was the year that they changed the
22 design, and I liked the design much better than the
23 previous one.
24     Q.   Did you -- did you or your husband review
25 any marketing materials or advertisements for this

| | |
|---|---|
| 1 | Q.   All right.  You're fast. |
| 2 |      So have you seen what's at page 24? |
| 3 | A.   Yes. |
| 4 | Q.   Okay.  And what is that? |
| 5 | A.   That was a recall for the SRS control |
| 6 | unit. |
| 7 | Q.   Okay.  And is this the other recall you |
| 8 | were referring to? |
| 9 | A.   Yes. |
| 10 | Q.   Okay.  And the document is dated |
| 11 | December 2015; is that right? |
| 12 | A.   Yes. |
| 13 | Q.   Okay.  And do you recall what day you |
| 14 | received it? |
| 15 | A.   No. |
| 16 | Q.   Okay.  So you received it after that date? |
| 17 | A.   Yeah.  I would say a couple days later. |
| 18 | Q.   Okay.  What did you do upon receipt of |
| 19 | this letter that's number -- page 24? |
| 20 | A.   I'm sure I called them to make an |
| 21 | appointment to have this taken care of. |
| 22 | Q.   Okay.  And was it taken care of? |
| 23 | A.   Yes. |
| 24 | Q.   Okay.  And did you pay anything in |
| 25 | connection with this recall? |

| | |
|---|---|
| 1 | A. I don't believe so. |
| 2 | Q. Okay. And you said that -- |
| 3 | A. No, there was no charge. |
| 4 | Q. Okay. Do you recall when you brought it |
| 5 | in? |
| 6 | A. I could look at when it was serviced on |
| 7 | the page. Let's see if there's a date here. |
| 8 | It looks like March 25 or March 6 -- I |
| 9 | don't know. March 25, I guess. |
| 10 | Q. And which was the page number of the |
| 11 | document you're looking at? |
| 12 | A. 27. |
| 13 | Q. 27, okay. Okay. I'm going to get to 27. |
| 14 | So 27 -- well, since we're here, we might |
| 15 | as well talk about it. |
| 16 | So this is the same exhibit. It's |
| 17 | Radican 000027 through, it looks like there's an |
| 18 | extra, maybe there's an extra page that got |
| 19 | shuffled. But anyway, 27 through 32; is that right? |
| 20 | A. Well, 26, actually. |
| 21 | Q. Oh, 26. Okay. |
| 22 | A. 26. |
| 23 | Q. Okay. So 26 -- 27 is a duplicate of 26; |
| 24 | is that right? Except it says "Customer Copy" at |
| 25 | the bottom? |

```
1        A.   Yes.
2        Q.   Okay.  So -- so in any event, this is the
3   receipt from the Mercedes-Benz of Fort Pierce in
4   connection with the visit where -- that -- where you
5   brought the car in to deal with the recall we were
6   just discussing.
7        A.   Yes.
8        Q.   Okay.  And it says here, "Replace SRS
9   control, control module, including, or INCL, connect
10  star, DIAG."  That's kind of the first entry or
11  first item on this receipt, is that right --
12       A.   Yes.
13       Q.   -- or invoice?
14            Okay.  And it says zero in terms of the
15  charge for that?
16       A.   It does.
17       Q.   Okay.  Now, any other recalls besides the
18  Takata airbag, which I'm about to get to, that you
19  can recall with this car?
20       A.   No.  No.  I would assume -- no, no others.
21       Q.   Okay.  Prior to -- well, when did you
22  first learn about the Takata airbag recall?
23       A.   The first time has to be July 2016.  I
24  think that was the first letter that I received.
25       Q.   Okay.  And is that letter that you're
```

1        Q.   Let me finish my question so she can write
2   this -- so she can write down my question and get
3   your answer.
4             So you never had any passengers with you
5   when you -- when you took it to get the battery
6   replaced or the little service work you mentioned?
7        A.   No.  I called AAA, and they came when the
8   battery went dead.
9        Q.   Okay.  Okay.  And you -- did you produce
10  documents in connection with that, the AAA coming?
11       A.   I'm -- I'm sure I've got them somewhere,
12  unless -- that was a while ago, so I might not have
13  the documents.
14       Q.   Okay.  I think -- I think I saw some.  So
15  we'll -- when we finish going throughout the
16  documents, when we talk about the service issues.
17            Okay.  So after receipt of this notice,
18  when was the next time you heard from anyone about
19  this recall?
20       A.   I think I got the letter July 2018.  And
21  in August 2018, the airbags were replaced.
22       Q.   Okay.  If you could flip to page 35 or
23  Radican 000035 of what we've marked as Exhibit 5,
24  I'm going to ask you to take a look at that.
25            Are you there?

| | |
|---|---|
| 1 | the time you received the notice, the recall notices |
| 2 | in connection with the airbags, and the time the |
| 3 | airbags were replaced in August of 2018, did you |
| 4 | ever consider trying to have them replaced on your |
| 5 | own and getting reimbursed or any option like that? |
| 6 | A.   I never thought about that. |
| 7 | Q.   You don't currently own the -- the |
| 8 | Mercedes-Benz that's at issue in this case, correct? |
| 9 | A.   I do not own it, right. |
| 10 | Q.   Okay.  You -- your -- your daughter owns |
| 11 | it? |
| 12 | A.   Yes. |
| 13 | Q.   Okay.  And what's your daughter's name |
| 14 | again -- or which daughter, I guess? |
| 15 | A.   Stacey Aston -- |
| 16 | Q.   Okay. |
| 17 | A.   -- and her husband, Mervin Aston. |
| 18 | Q.   And did you -- did you give the car to |
| 19 | them?  You sold it? |
| 20 | A.   I sold it for a nominal sum. |
| 21 | Q.   Okay.  And you had mentioned earlier that |
| 22 | you sold one of your other cars to one of your other |
| 23 | children for a nominal sum.  Am I remembering that? |
| 24 | A.   The Saab, yes. |
| 25 | Q.   The red Saab? |

1         A.    The red Saab.
2         Q.    Okay.  For, you said, a nominal amount.
3    What do you mean by "nominal"?
4         A.    Oh, like 2- or 300, 500, something like
5    that.
6         Q.    Okay.  And how did you come up with those
7    nominal amounts?
8         A.    Well, I didn't -- I didn't want to
9    actually hand it to them, so -- and they didn't
10   want -- you know, they just -- you know how families
11   are.
12        Q.    So the price wasn't based on a car value
13   or anything like that?
14        A.    No.  I -- I would not have sold it until
15   those bags were replaced.
16        Q.    Okay.  Then you're getting -- you're
17   getting -- you're jumping ahead of me here.
18        A.    Okay.
19        Q.    But you get where I'm going.  So you sold
20   it to your daughter after -- in August but after the
21   replacement?
22        A.    After, yes.
23        Q.    Okay.  And after the replacement of the
24   airbags, I take it you felt the car was safe enough
25   for your daughter to drive in?

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF MARTIN

      I, the undersigned authority, certify that THERESA MARIE FUSCO RADICAN appeared remotely before me and was duly sworn on the 17th day of September, 2020.

      Signed this 28th day of September, 2020.

_____
DENISE SANKARY, RPR, RMR, CRR
Notary Public, State of Florida
My Commission No. GG 944837
Expires: 1/27/24

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF PINELLAS

      I, DENISE SANKARY, Registered Merit Reporter, do hereby certify that I was authorized to and did stenographically report the foregoing videotaped deposition of THERESA MARIE FUSCO RADICAN; pages 1 through 195; that a review of the transcript was not requested; and that the transcript is a true record of my stenographic notes.

      I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

      Dated this 28th day of September, 2020.

_____
DENISE SANKARY, RPR, RMR, CRR