# Exhibit 17

```
 1                  UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
                         Miami Division
 3

 4    IN RE:  TAKATA AIRBAG PRODUCTS   MDL No. 2599
      LIABILITY LITIGATION            Master File No.
 5                                     15-MD-02599-FAM
      THIS DOCUMENT RELATES TO:        S.D. Fla. Case No.
 6    ECONOMIC LOSS TRACK CASES        14-CV-24009-FAM

 7    and

 8    STEPHANIE PUHALLA, et al.,
      individually and on behalf of
 9    all others similarly situated,

10                         Plaintiffs,

11    vs.

12    VOLKSWAGEN AKTIENGESELLSCHAFT,
      VOLKSWAGEN GROUP OF AMERICA,
13    AUDI AKTIENGESELLSCHAFT, AUDI
      OF AMERICA, LLC, MERCEDES-BENZ
14    USA, LLC, and DAIMLER AG,

15                         Defendants.

16    _____

17

18    REMOTE VIDEOTAPED         DAPHNE BRIDGES
      DEPOSITION OF:
19
      DATE TAKEN:               October 22, 2020
20
      TIME:                     9:00 a.m. to 1:45 p.m.
21
      PLACE:                    Witness appeared remotely from
22                              Mecklenburg County, North
                                Carolina
23
      BEHALF OF:                The Defendant(s)
24
      REPORTER:                 Michelle R. Hordinski, RMR,
25                              CRR, appearing remotely from
                                Lee County, Florida
```

Daphne Bridges
October 22, 2020                                               48

1    Q.    Did you look at Consumer Reports or Consumer

2  Reports scores about the car?

3    A.    Not after that day, no.

4    Q.    Did you look at that before you went?

5    A.    Yes.

6    Q.    And what do you remember about the Consumer

7  Reports scores on the car?

8    A.    I just remember that the C-class itself was

9  ranked high as a good car.  The main concerns that I

10 found about the car is just it wasn't as fast as people

11 would like for it to be, and that was it.

12   Q.    And did you look at anything on J.D. Power and

13 Associates about the car?

14   A.    No.

15   Q.    Do you remember reviewing any specific

16 Mercedes marketing materials that they had put together?

17   A.    On the dealership website they had a program

18 running pertaining to the financing of the vehicle.

19   Q.    And what do you mean by a program?

20   A.    They were running special rates.  Customers

21 with a certain credit score qualified for a particular

22 rate for a certain amount of time, a certain term of the

23 loan.

24   Q.    All right.  And other than the financing, do

25 you remember seeing any Mercedes-Benz marketing

Daphne Bridges
October 22, 2020                                    49

1   materials about the C-class in general?

2        A.   No.

3        Q.   Any TV commercials you remember about it, any

4   radio?

5        A.   No.

6        Q.   And after you left that day, I think you said

7   you did some additional research.

8             Were you able to find financing on your own?

9        A.   Yes.

10       Q.   And other than researching the financing, was

11  there any other research you did about the C-class or

12  this particular car?

13       A.   No.

14       Q.   Did you look at any other vehicles other than

15  this C-class before you bought it?

16       A.   No.

17       Q.   All right.  So basically you knew you wanted

18  to get rid of the Mustang, you had picked this car out

19  online, and you didn't look at any other vehicles?

20       A.   Yes.

21       Q.   And what made you finally decide to purchase

22  this C-class?

23       A.   After I seen it, I was just stuck on it.  It

24  was a good fit at the time.  It was affordable for me at

25  the time.

Daphne Bridges
October 22, 2020                                              67

1   C-class, back to the dealership for service under the

2   warranty?

3        A.   No.

4        Q.   Was there ever a time when you took the

5   vehicle in to the Mercedes-Benz dealership and they

6   refused to honor the warranty on the car?

7        A.   No.

8        Q.   All right.  Have you ever made any complaints

9   about the C-class to any government agency?

10       A.   No.

11       Q.   Have you made any complaints to the dealership

12  where you bought the car about your C-class other than

13  the times when it went back for the warranty?

14       A.   No.

15       Q.   Have you made any complaints to the

16  manufacturer of the car about the vehicle?

17       A.   No.

18       Q.   Have you made any complaints to anybody else

19  that I haven't described about your C-class?

20       A.   No.

21       Q.   Have you ever made a complaint to a government

22  agency about any other car that you owned?

23       A.   No.

24       Q.   All right.  And the Ford Mustang, when it

25  leaked, did you make any complaint to a government

Daphne Bridges
October 22, 2020                                    70

1      A.    Yes.

2      Q.    When was the first time you became aware that

3  there was -- there was actually a recall on vehicles

4  related to the Takata airbags?

5      A.    I don't recall the exact date.

6      Q.    And were you still working at Honda when that

7  occurred?

8      A.    Yes, when it was mentioned in the meeting.

9      Q.    Okay.  So when it was mentioned at the

10  meeting, it was -- it went beyond there might be a

11  recall to where there actually was a recall on the -- on

12  the Takata airbags?

13      A.    Yes.

14      Q.    And did you have an understanding at that time

15  when you worked at Honda and had that meeting that those

16  airbags were in vehicles other than Hondas?

17      A.    No.

18      Q.    And did you check at that time, at the time

19  you were in that meeting, did you check to see if, in

20  fact, the vehicle you were operating at that time had a

21  Takata airbag in it?

22      A.    No.

23      Q.    When was the first time that you heard

24  anything about there being a potential Takata recall

25  pertaining to your C-class?

Daphne Bridges
October 22, 2020                                    71

```
 1        A.   I don't recall the exact date.
 2        Q.   All right.  Forgetting the date for a moment,
 3   what was it that brought it to your attention?
 4        A.   I received an email from a website pertaining
 5   to class action lawsuits, and they had mentioned -- on
 6   that particular website it mentioned that Takata
 7   airbags -- the Takata airbag recall was affecting the
 8   Mercedes C-class.
 9             It gave you a link to check your VIN number,
10   your complete VIN number, to see if your particular
11   model was affected by this issue, and my -- I checked
12   it, and my car make and model did, in fact, pop up.
13        Q.   All right.  And when you say you got an email,
14   so was it an email that came to your Gmail account?
15        A.   It came to my pbridges9 account.
16        Q.   All right.  And do you still have that email
17   that came to your pbridges9 account that alerted you to
18   the potential issue?
19        A.   No.
20        Q.   And can you give us any approximate date of
21   when that would have been?
22        A.   Maybe around 2016 and '17.  I'm not exactly
23   sure.
24        Q.   All right.  Let me ask you it this way.  Maybe
25   you'll recall.  Like how long do you think it was after
```

Daphne Bridges
October 22, 2020                                        72

```
 1   you purchased the vehicle that you got that notice?

 2       A.   I don't recall.

 3       Q.   All right.  Had you received anything in the

 4   mail from either Takata or from Mercedes before that --

 5   you got that email from that website?

 6       A.   No.

 7       Q.   All right.  So after you got that email from

 8   that website, you filled out the form or whatever it

 9   was.

10           Tell me what happened next in terms of the

11   recall.

12       A.   What -- what -- I'm sorry.  Can you be more

13   specific?

14       Q.   Okay.  All right.  Maybe -- I'm sorry I'm not

15   asking a good question.

16           So you said you got the email, and it asked

17   you to fill in a form or it checked your VIN; is that

18   correct?

19       A.   It asked me to check my VIN number to see if

20   my particular make and model was affected.

21       Q.   Okay.  And so you got your VIN number and put

22   it in, and you got some kind of notice back that your

23   car was affected; is that correct?

24       A.   Correct.

25       Q.   Right.  Okay.
```

Daphne Bridges
October 22, 2020                                           75

1    returned -- you retained your attorney?

2         A.   They asked me for information between --

3              MS. BARTLETT:  Wait.

4    BY MR. BLUM:

5         Q.   Okay.  I don't mean in terms of your attorney,

6    like in terms of what you did with your attorney, but I

7    mean just in terms of the vehicle itself and something

8    happening like either from the dealer or the

9    manufacturer.

10             MS. BARTLETT:  Yeah.  And I just want to

11             caution you, Daphne, not to reveal anything that we

12             communicated about this lawsuit.  That would be

13             privileged communications, okay?  So just take it

14             slow and listen to his questions and -- okay?

15             THE WITNESS:  Okay.

16   BY MR. BLUM:

17        Q.   All right.  So I'm going to -- I'll reask the

18   question just to make sure I'm clear.

19             So I'm just using the date of when you

20   retained your attorney as a marking point.  What, if

21   anything, did you ever hear after that from not your

22   attorney, but from either Takata or Mercedes or the

23   dealership about the alleged recall?

24        A.   I received a letter to bring it in.

25        Q.   Okay.  And who did you receive that letter

Daphne Bridges
October 22, 2020                                    84

```
 1   BY MR. BLUM:
 2       Q.   All right.  And why did you not have the
 3   airbag replaced?
 4            MS. BARTLETT:  Objection.  I'm just going to
 5            say, first of all, this -- this letter is dated
 6            September of 2020.  She didn't own the vehicle in
 7            September of 2020.  And it also says that remedy
 8            parts are now available for your vehicle.
 9            So just -- I mean, you're asking her questions
10            about things that not only didn't she own the
11            vehicle in September of 2020, but clearly from
12            the -- from this letter it says that parts are only
13            now available in September of 2020, so --
14   BY MR. BLUM:
15       Q.   Okay.  I'm going to go back and ask the
16   question again.
17            So you -- you spoke to the adjuster -- or the
18   vehicle service person at Northlake, and they told you
19   the parts were not available; is that correct?
20       A.   Correct.
21       Q.   All right.  So after they told you the parts
22   were not available, what, if anything, did you do after
23   that to follow up to see if the parts did become
24   available?
25       A.   Nothing.
```

Daphne Bridges
October 22, 2020                                          85

1    Q.   All right.  And did you ever receive a

2  communication from anybody at Mercedes about whether or

3  not the parts became available?

4    A.   No.

5    Q.   All right.  And at some point -- I take it

6  from your attorney's statements on the record you then

7  sold the vehicle at some point?

8    A.   Yes.

9    Q.   And at what point did you sell the C-class

10 Mercedes?

11   A.   Around June, July.

12   Q.   Of what year?

13   A.   Of this year.

14   Q.   Of 2020?

15   A.   Yes, approximately.

16   Q.   All right.  So talking about the C-class for a

17 minute, other than taking it back to Northlake, there

18 was at least I think two times -- you told us it went

19 back to Northlake for warranty service -- was there any

20 other Mercedes dealer that you ever took the vehicle to

21 for service?

22   A.   No.

23   Q.   All right.  Did you take the vehicle to any

24 other type of service place to have it worked on in any

25 way?

 1        take a break.

 2              MR. COELLO:  Going off the video record.  The

 3        time is 3:27 p.m. GMT, 11:27 a.m. EST.

 4              (A short recess was taken.)

 5              MR. COELLO:  Going on the video record.  The

 6        time is 3:41 p.m. GMT, 11:41 a.m. EST.

 7    BY MR. BLUM:

 8        Q.   Daphne, we talked about you purchased this

 9    vehicle in April of 2015, and when you purchased it, it

10    was primarily for your own use; is that correct?

11        A.   Yes.

12        Q.   And I take it your daughter was not yet

13    driving at that point?

14        A.   I don't recall.  I think maybe possibly a

15    permit at that point.

16        Q.   Okay.  And when you bought the C-class in

17    April of '15, did you have any other vehicle at home

18    that was available for you to drive?

19        A.   No.

20        Q.   And so tell me, primarily what were you using

21    the vehicle for when you purchased it in April of '15?

22        A.   Back and forth to work, traveling.

23        Q.   And how far at that time were you commuting to

24    work every day?

25        A.   Approximately 35 miles.

Daphne Bridges
October 22, 2020                                    100

```
 1        Q.    Each way or both?

 2        A.    One way.

 3        Q.    So you were traveling about 70 miles a day for

 4   work?

 5        A.    Yes.

 6        Q.    And at that time in April of '15 were you

 7   traveling to work five days a week?

 8        A.    Yes.

 9        Q.    All right.  And you said traveling.  Did you

10   take the car on any kind of a vacation?

11        A.    I apologize.  Could you repeat that for me?

12        Q.    Sure.

13              You mentioned you used the vehicle for

14   traveling.  What did you mean by that?

15        A.    To visit -- to visit family.

16        Q.    And when you went to visit family, where,

17   generally, was it you were going to?

18        A.    Nuremberg, North Carolina, Tennessee, Florida.

19        Q.    And how long of a drive was it for you to see

20   your family in Tennessee?

21        A.    About 250 miles one way.

22        Q.    And approximately how many times do you think

23   you took the Mercedes on that kind of a trip to

24   Tennessee?

25        A.    Tennessee?  Maybe once a year.
```

Daphne Bridges
October 22, 2020                                    101

1    Q.   And how about in Florida, whereabouts in

2    Florida were you going to see family?

3    A.   Jacksonville, Florida; Orlando, Florida.

4    Q.   And how long would it take you to drive -- how

5    far is it from your home to Jacksonville, Florida?

6    A.   I don't recall.

7    Q.   How about just in terms of hours?  Like how

8    many hours would it take you to drive down there?

9    A.   Six hours.

10   Q.   And how many times do you think you drove the

11   C-class down to Florida?

12        MS. BARTLETT:  To Jacksonville or in general

13        to Florida?

14   BY MR. BLUM:

15   Q.   Well, let's stick with Jacksonville for a

16   minute.

17   A.   Okay.

18   Q.   Like how many times do you think you drove to

19   Jacksonville?

20   A.   Twice.

21   Q.   And were there other trips you made to Florida

22   other than to Jacksonville?

23   A.   Orlando.

24   Q.   And how many times --

25   A.   (Inaudible).

Daphne Bridges
October 22, 2020                                          102

1    Q.   I'm sorry.  I cut you off there.  Go ahead.

2    A.   I also went to Orlando, Florida, and

3  Kissimmee, Florida.

4    Q.   And how many times do you think you drove down

5  to Orlando?

6    A.   I don't recall.

7    Q.   More than two or three?

8    A.   Yes.

9    Q.   And how long of a drive is it to take the car

10 from your home in North Carolina to Orlando?

11   A.   Eight hours.

12   Q.   All right.  And how about -- you said

13 Kissimmee.  How long a drive is it to Kissimmee?

14   A.   Maybe seven-and-a-half to eight hours.

15   Q.   And how many times did you make that trip in

16 the C-class?

17   A.   Approximately two or three times.

18   Q.   And on any of those longer trips to Tennessee

19 or to Florida did you have any problems with the C-class

20 Mercedes?

21   A.   No.

22   Q.   And were there any other like long trips that

23 you remember making in the car, the C-class, when you

24 had it?

25   A.   No.

Daphne Bridges
October 22, 2020                                              103

 1        Q.   Okay.  How about on the weekend, on an average
 2   weekend, how many miles would you drive the vehicle?
 3        A.   I don't recall.  It would just depend on the
 4   activity for that weekend.
 5        Q.   All right.  And I believe that you said you
 6   got rid of the car in approximately June of this year,
 7   May or June.
 8             Did you remain the main person operating that
 9   vehicle up until the time you got rid of it?
10        A.   Yes.
11        Q.   At some point did you purchase another vehicle
12   so that there were two vehicles in the household
13   between, you know, 2015 and 2020 when you got rid of the
14   C-class?
15        A.   Yes.
16        Q.   And when did you get that second vehicle?
17        A.   2017, if I'm not mistaken.
18        Q.   All right.  And was there anything in
19   particular that led you to get the second vehicle in
20   2017?
21        A.   Yes.
22        Q.   And what was that?
23        A.   So that I'm not putting all the mileage on my
24   Mercedes.
25        Q.   And did -- at some point did your daughter

Daphne Bridges
October 22, 2020                                    107

1      A.   They were all within the same area except for

2   Driven Brands.  It was a little closer to the home.

3      Q.   All right.

4      A.   And Wells Fargo was a little closer to the

5   home.

6      Q.   All right.  And when you went to Wells Fargo,

7   have you been working at home, or you've been driving

8   into work?

9      A.   Working at home.

10      Q.   And so between April 2015 when you purchased

11   the car and when you sold it, you put approximately like

12   over 90,000 miles on that Mercedes, correct?

13      A.   I don't recall.

14      Q.   Well, there was 7,000 when you purchased it in

15   2015, and I believe you said it was a little bit over --

16   at least a little over 100,000 when you sold it; is that

17   right?

18      A.   Yes.

19      Q.   All right.  So then there would have been

20   somewhere between 90 and 100,000 miles that you put --

21   you or your daughter or somebody in your family put on

22   the car?

23      A.   Yes, that would make sense based on those

24   calculations.

25      Q.   All right.  And every time -- during the time

Daphne Bridges
October 22, 2020                                    108

1    when you put that 100,000 -- close to 100,000 miles on

2    the car, when you took it back in for the warranty

3    service, Mercedes did fix it for you, correct?

4         A.   Yes.

5         Q.   All right.  And when you took it in, did they

6    provide you with a loaner vehicle if you asked for one?

7         A.   Yes, they did.

8         Q.   All right.  And so it appears to me like you

9    were driving about 25,000 miles -- 20 to 25,000 miles a

10   year on your car.

11             Does that sound right?

12        A.   Yes.

13        Q.   Okay.  And other than the records which you

14   produced for us, which we went through today, do you

15   have any other maintenance records about the vehicle?

16   Like when it went to like all these different places for

17   an oil change, do you have any of those records?

18        A.   No, I don't.

19        Q.   All right.  And, again, there was no other

20   Mercedes dealership that you took it to other than the

21   one we discussed, correct?

22        A.   Correct.

23        Q.   All right.  I want to turn now, if we could,

24   to Exhibit 9.

25             MR. BLUM:  And could you scroll down a little

Daphne Bridges
October 22, 2020                                    123

```
 1   it?
 2        A.   She never asked to drive it because after the
 3   one time she did drive it she really didn't like it.  So
 4   I wouldn't say that I prohibited her from driving it.
 5   She just didn't ask to -- to drive it.
 6        Q.   Okay.  Were there ever any other family
 7   members who you drove around in the Mercedes?
 8        A.   Yes.
 9        Q.   Who else did you have in the car?
10        A.   My significant other would ride in it with me.
11        Q.   Okay.  And how often was he in the vehicle
12   with you?
13        A.   I can't recall how many times specifically.
14        Q.   Was he often in the vehicle with you?
15        A.   Yes, uh-huh.
16        Q.   All right.  I want to turn, if we could, to
17   paragraph 20 on page 5.
18             Daphne, this paragraph is alleging that the
19   class vehicles had a diminished value.  Do you see that?
20        A.   You said that's in paragraph 20?
21        Q.   Paragraph 20, which starts on page 5 and goes
22   on to page 6.  It ends with saying, purchase or retain
23   vehicles of diminished value.
24             Do you see that?
25        A.   Yes, I see that.
```

Daphne Bridges
October 22, 2020                                    133

1        A.    They had someone bring it over.

2        Q.    All right.  And then did you have an

3  opportunity to drive it?

4        A.    Yes.

5        Q.    And at any time before getting in that vehicle

6  did you ask any questions about the airbags in that

7  vehicle?

8        A.    Yes.

9        Q.    And what question did you ask?

10        A.    Was it one of the vehicles currently involved

11  in the Takata airbag recall.

12        Q.    And what, if any, response did you get?

13        A.    No.

14        Q.    No, it was not involved?

15        A.    That's correct.

16        Q.    All right.  And when you went to the

17  dealership, did you tell them you wanted to trade in

18  your existing C-class that you had?

19        A.    Yes.

20        Q.    And what, if anything, did they say to you

21  about your car?

22        A.    They took it around for appraisal.

23        Q.    All right.  And did they tell you what their

24  appraisal result was?

25        A.    Yes.

Daphne Bridges
October 22, 2020                                        134

1        Q.   What did they tell you?

2        A.   They gave me the amount that they would

3   provide to me for the car.

4        Q.   Okay.

5        A.   And I don't recall the exact amount that they

6   provided.

7        Q.   All right.  If we could, I'd like to go back

8   to Exhibit 11, which was the later-produced documents.

9   And I want to go to page 43, please.  I think it's the

10   first page.

11           Daphne, this is one of the documents that you

12   produced in the case like yesterday.  Do you recognize

13   this as the retail installment sales contract for the

14   new C-class that you purchased?

15       A.   Yes.

16       Q.   All right.  I'd like to go to the next page,

17   if we could, which is page 44.  And at the top in

18   paragraph -- like paragraph number two it says, gross

19   trade-in allowance, $6,000.

20           Do you see that?

21       A.   Yes.

22       Q.   And does that refresh your recollection about

23   how much the dealership allotted you for the trade-in of

24   your C-class?

25       A.   Yes.

Daphne Bridges
October 22, 2020                                                      135

```
 1          Q.   All right.  And did anyone there make any
 2   comments to you about what impact, if any, the airbag
 3   recall had on the value they gave you for your C-class
 4   that you traded in?
 5          A.   No.
 6          Q.   Okay.  And the 6,000 that you got appears that
 7   it was close to or even maybe a little more than what
 8   you got as an estimate on the website you looked at; is
 9   that correct?
10          A.   It's close to it, yes.
11          Q.   All right.  And as we sit here today, did
12   anyone at the Mercedes dealership ever tell you that you
13   got less for your car because of the Takata recall
14   issue?
15          A.   No.
16          Q.   And do you have any information that indicated
17   to you that your car was worth more than the 6,000 that
18   they gave you?
19          A.   No, I have no personal knowledge of that.
20          Q.   Okay.  And you felt comfortable purchasing a
21   new -- another used Mercedes after the experience you
22   had with your first C-class; is that correct?
23               MS. BARTLETT:  Objection.  You can answer.
24               THE WITNESS:  Yes, I did feel comfortable.
25
```

Daphne Bridges
October 22, 2020                                    140

1          MS. BARTLETT:  Go the other direction.

2    BY MR. BLUM:

3       Q.   How's that?  Can you see paragraph 19 now?

4       A.   No.

5          MS. BARTLETT:  Now it's becoming so small it's

6       hard to -- hard to see it.  Maybe make it bigger.

7       Did that have any effect?

8          THE WITNESS:  A little -- there you go.

9    BY MR. BLUM:

10      Q.   Okay.  So I want to go back.  So here it

11   alleges that the plaintiffs and the classes suffered

12   damages in the form of out-of-pocket and loss-of-use

13   expenses.

14          Do you see that?

15      A.   Hold on.  I'm still reading.  I apologize.

16      Q.   Take your time.

17      A.   I see it now.

18      Q.   All right.  Did you personally have

19   out-of-pocket expenses related to this issue with your

20   C-class?

21      A.   Can you be more specific or rephrase the

22   question for me?

23      Q.   All right.  Do you -- do you allege that you

24   have money that you put out of your pocket because of

25   anything that was wrong with the airbags in your

Daphne Bridges
October 22, 2020                                        141

1    C-class?

2         A.   I will say based on the situation, then I

3    possibly paid more for the vehicle than what it was

4    worth.

5         Q.   Okay.  Other -- other than the value of the

6    vehicle itself, when we mean out-of-pocket expenses --

7    in other words, did you pay somebody to fix it, or did

8    you pay somebody to look at it, anything like that?

9         A.   No.

10        Q.   All right.  And there's also an allegation of

11   loss-of-use expenses.

12             Did you incur any expenses because of the loss

13   of use of your vehicle due to the airbags?

14        A.   It resulted in me putting more mileage on my

15   other car.

16        Q.   All right.  So -- but if you didn't put the

17   miles on the Lexus, you would have put them on the

18   C-class, correct?

19        A.   If I didn't have another vehicle, yes, I would

20   have had to use it regardless.

21        Q.   Okay.  And so there's no other -- in other

22   words, you didn't at any point rent a car or anything to

23   cover for the C-class?

24        A.   No, I did not have to rent a car.

25        Q.   Okay.

CERTIFICATE OF REPORTER


STATE OF FLORIDA                )

COUNTY OF LEE                   )


        I, Michelle R. Hordinski, Registered Merit

Reporter and Certified Realtime Reporter, do hereby

certify that I was authorized to and did

stenographically report and electronically record the

remote deposition of DAPHNE BRIDGES; that a review of

the transcript was requested; and that the foregoing

transcript, consisting of pages 1 to 174 inclusive, is a

true record of the testimony given by the witness.

I further certify that I am not a relative, employee,

attorney or counsel of any of the parties, nor am I a

relative or employee of any of the parties' attorney or

counsel connected with the action, nor am I financially

interested in this action.


        Dated October 26, 2020.



        ...............................
        Michelle R. Hordinski, RMR, CRR

CERTIFICATE OF OATH


STATE OF FLORIDA                    )

COUNTY OF LEE                       )


        I, the undersigned authority, certify that

DAPHNE BRIDGES personally appeared before me on the

22nd of October, 2020 and was duly sworn.


        WITNESS my hand and official seal October

26, 2020.



...............................
Michelle R. Hordinski, RMR, CRR
Notary Public, State of Florida
Commission #GG 196403
Expires 6-5-22