# Exhibit 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 2599
Master File No. 15-MD-02599-FAM
S.D. Fla. Case No. 14-CV-24009-FAM

IN RE TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
ECONOMIC LOSS TRACK CASES

and

STEPHANIE PUHALLA, et al.,
individually and on behalf of
all others similarly situated,

        Plaintiffs,
vs.

VOLKSWAGEN AKTIENGESELLSCHAFT,
VOLDSWAGEN GROUP OF AMERICA,
AUDI AKTIENGESELLSCHAFT, AUDI OF
AMERICA, LLC MERCEDS-BENZ USA,
LLC, and DAIMLER, AG,

        Defendants.
_____/


REMOTE VIDEOTAPE DEPOSITION OF

JOHN F. PHILLIPS


APPEARING REMOTELY FROM COLUMBIA COUNTY, OREGON

Pages 1 through 149

Friday, September 11, 2020
12:09 p.m. - 5:01 p.m.

Stenographically Reported By:
Denise Sankary, RPR, RMR, CRR

APPEARING REMOTELY FROM PINELLAS COUNTY, FLORIDA

John Phillips
September 11, 2020                                    22

```
 1          A.   No.  I hate Facebook.

 2          Q.   You're not alone.

 3               Okay.  Aside from Facebook, do you

 4      maintain any other social media platforms, like

 5      LinkedIn or Twitter or anything like that?

 6          A.   No.  They all try to get me to sign up,

 7      but I -- no.

 8          Q.   Okay.  I just like to go over a little bit

 9      of personal background information, okay?

10          A.   All right.

11          Q.   What is your date of birth?

12          A.   August 29, 1934.

13          Q.   And where were you born?

14          A.   Pasadena, California.

15          Q.   And are you presently married?

16          A.   Yes.

17          Q.   And how long?

18          A.   Thirty-five years.

19          Q.   And what is your wife's name?

20          A.   Nancy.

21          Q.   And she's also named in this lawsuit,

22      correct?

23          A.   Yes.

24          Q.   And it's my understanding that she was

25      supposed to be deposed today, but could not.  Do you
```

John Phillips
September 11, 2020                                    23

1    have an understanding why?

2         A.   She's disabled and ill.

3         Q.   Do you have any children?

4         A.   Yes.

5         Q.   How many?

6         A.   Of my own, two.  My son and my daughter,

7    who is deceased.

8         Q.   And what is your son's name?

9         A.   Eric.

10        Q.   He's got a good name.

11             And you said children that are your own.

12   What did you mean by that?

13        A.   Nancy is my second marriage and she has

14   three children.

15        Q.   I think you stated this previously, but I

16   believe you've lived at the current address for --

17        A.   Yes.

18        Q.    -- approximately 20 years?

19        A.   Yeah.

20        Q.   And during the time you've lived there,

21   that coincides with the time you owned the

22   Mercedes-Benz vehicle you put at issue in this

23   lawsuit; is that correct?

24        A.   Yes.

25        Q.   Does anyone else live at that address

```
1        on.
2                MR. KNAPP:  That's fine.
3                THE WITNESS:  I'm drinking a lot of water.
4     BY MR. KNAPP:
5        Q.   That's all right.
6                So what Mercedes, what Mercedes-Benz
7     vehicle are you putting at issue in this lawsuit?
8        A.   It's a 2010 R350 BlueTEC diesel turbo.
9        Q.   Okay.  So today when I refer to your
10    vehicle, I'll be referring to the 2010 Mercedes-Benz
11    R350 BlueTEC diesel, okay?  And if it's unclear what
12    vehicle I might be referring to, you can certainly
13    ask me to clarify, I'll be happy to do so.
14               When did you purchase the vehicle?
15       A.   2014, I think sometime in the spring.
16               MR. KNAPP:  Okay.  I'm going to try this
17          again.  So everyone bear with me.
18               Can everybody see that?
19               MS. McBRIDE:  Yeah.
20               THE WITNESS:  Yes, I see it.  Bill of
21          sale.
22               (Thereupon, marked as Defense Exhibit 2.)
23    BY MR. KNAPP:
24       Q.   Okay.  So sir, I'm showing you what's been
25    marked as Exhibit 2 to your deposition.  Do you
```

John Phillips
September 11, 2020                              39

1    recognize that?

2         A.    Yes.

3         Q.    Okay.  And what is this?

4         A.    It's a bill of sale.

5         Q.    And it's a bill of sale for the vehicle at

6    issue in this lawsuit; is that correct?

7         A.    Yes.

8         Q.    Okay.  And how much did you pay -- end up

9    paying for the vehicle?

10        A.    29,500.

11        Q.    Okay.  And it's dated, as you can see

12   here, it's dated May 24, 2014.  Do you see that?

13        A.    Yes.

14        Q.    And if you go a little bit further, I'm

15   scrolling down, whoops, does that date refresh your

16   recollection that that's the day on which you would

17   have purchased it?

18        A.    Yes.

19        Q.    Okay.  Now, I think I recall from your

20   documents initially you gave the seller a check but

21   he wanted cash; is that right?

22        A.    Yes.

23        Q.    So do you know why the seller wanted cash

24   instead of a check?

25        A.    No.

John Phillips
September 11, 2020                                          40

```
 1        Q.   And the seller's name listed here is
 2   Andrey Shcherbina; is that right?
 3        A.   Yes.
 4        Q.   Did you know Mr. Shcherbina before you
 5   purchased this vehicle?
 6        A.   No.  And it is a woman.
 7        Q.   Thank you.
 8             How did you find the car?
 9        A.   Craigslist.
10        Q.   Were you looking for a Mercedes-Benz in
11   particular, or were you looking for an SUV?  How did
12   you settle upon the R350?
13        A.   We were looking for a quality car that my
14   wife could be safe in and could get into and out of
15   comfortably without exacerbating her physical
16   condition.
17        Q.   Were you considering other makes of
18   vehicles besides the Mercedes-Benz R350?
19        A.   We looked at a lot of cars.  They weren't
20   all Mercedes-Benzes.
21        Q.   Do you recall what some of the other
22   brands were that you looked at?
23        A.   No.  It had to do mainly with
24   ingress-egress of the car, the quality of the car
25   and the safety involved.
```

John Phillips
September 11, 2020                    41

```
 1         Q.    And the 2010 Mercedes-Benz R350, when you
 2   first looked at it, did it appear in good condition?
 3              MS. McBRIDE:   Objection.
 4         A.    It was in showroom condition.
 5    BY MR. KNAPP:
 6         Q.    Do you recall approximately how many miles
 7   it had on it at the time you were purchasing it?
 8         A.    40,000, more or less.
 9         Q.    Did you have the vehicle inspected before
10   you purchased it?
11         A.    Yes.
12         Q.    Who inspected it?
13         A.    Mercedes-Benz, Inc. known as MBI.
14         Q.    Where are they located?
15         A.    East of the Williamette River in Portland.
16         Q.    Is that a Mercedes-Benz dealership?
17         A.    It is a private company; was.  They are
18   now not in business.
19         Q.    Okay.  Did they charge you for the
20   inspection?
21         A.    Yes.
22         Q.    Did the inspection uncover anything?
23         A.    No.
24         Q.    Now, you mentioned a total price of 29,500
25   for the vehicle.  How did you arrive at that price?
```

1       A.   I can't totally recall.  I think he was
2   asking that.  The price was fair.
3       Q.   So you do not recall negotiating the price
4   down?
5       A.   No.
6       Q.   So you purchased the vehicle at what the
7   seller was asking for?
8       A.   Close to it.  I don't know if I negotiated
9   up or down.
10      Q.   But you felt it was a fair price?
11      A.   Yes.
12      Q.   And why did you think it was a fair price?
13      A.   Equivalent cars like that were selling for
14   40- and $50,000.
15      Q.   Okay.  So you did some research prior to
16   the purchase to get some idea of pricing ranges?
17      A.   Yes.
18      Q.   Okay.  And was your research focused on
19   other Mercedes-Benz R-350s of similar vintage?
20      A.   Yes.
21      Q.   Okay.  And do you recall how you did that
22   research?
23      A.   I got a CarFax mainly, and then I looked
24   at other cars that Craigslist had.
25      Q.   Okay.  Do you still own the vehicle?

John Phillips
September 11, 2020                                    43

```
 1        A.    No.

 2        Q.    Where is it?

 3        A.    It was in a wreck and the insurance

 4   company totaled the car.

 5             MR. KNAPP:  Okay.  Let me try this again.

 6        Give me a moment.

 7      BY MR. KNAPP:

 8        Q.    I guess you probably are seeing my screen,

 9   right?

10             MS. McBRIDE:  You may want to stop until

11         the next exhibit.

12             MR. KNAPP:  Okay, thank you.

13             There's nothing exciting on my computer, I

14   can assure you.

15             MS. McBRIDE:  Close the online shopping

16         tabs while you're at it.

17             MR. KNAPP:  Yeah.

18             If it's okay, Kara, and the court

19         reporter, let's take a quick break.  Can we do

20         that?

21             THE WITNESS:  Yeah, it's a good time.

22             MR. KNAPP:  Yeah, it's a good time, and

23         say ten minutes.

24             MS. McBRIDE:  Okay.

25             THE VIDEOGRAPHER:  The time is 1:24 p.m.
```

John Phillips
September 11, 2020                                    44

1          We're off video record.

2                  (Recess taken.)

3                  THE VIDEOGRAPHER:   The time is 1:36 p.m.

4          and we are back on the video record.

5                  MR. KNAPP:   Thank you.

6      BY MR. KNAPP:

7          Q.    After a break, Mr. Phillips, before we

8      took a quick break there, you testified that an

9      insurance company declared your Mercedes-Benz 2010

10     R350 as a total loss; is that right?

11         A.    Yes.

12     BY MR. KNAPP:

13         Q.    Approximately when was that?

14         A.    Earlier this year.

15         Q.    By "earlier this year," do you mean

16     January?

17         A.    Somewhere around January or February.

18         Q.    And what happened to the car?

19         A.    We were coming home from doctor

20     appointments.  It was about 6:00 p.m.  It was dark

21     and it was raining lightly.  We had come off Highway

22     26 to State Highway 47 which comes to Vernonia.

23     It's a two-lane highway.  We're going a safe speed,

24     somewhere 30, 35 miles and hour, and we came to a

25     slight curve in the road.  There's a straight

John Phillips
September 11, 2020                                    45

1     stretch and then a slight curve, and a large truck

2     came the other direction flashing -- not flashing,

3     but its lights came in the windshield.  And as an

4     experienced driver, I looked to the right where the

5     white line is on the right side of the road, and the

6     truck went by.  And as soon as the truck had passed

7     us and we were into the full slight curve, there was

8     a large tree lying horizontally across the road.  It

9     was not a small tree.

10            To the right of the road, I was in the

11    right-hand lane going up, it was about a 5-foot drop

12    and a swollen stream.  Everything turned to slow

13    motion, it's amazing how that happens, but I knew

14    that if I went to the right, I would wind upside

15    down in the creek.  My only options left was to hit

16    the tree head-on or go to the left where the center

17    portion of the tree was.  And in a situation like

18    that, if you have to think about it, it's -- it's

19    too late.  I chose the last option, going to the

20    thin side of the tree, knowing that perhaps I might

21    get a head-on from traffic coming the other way.

22            I fully expected the airbags to go off.

23    In fact, I thought we were dead, but I headed for

24    that.  The Mercedes hit that tree at an angle, and

25    since each wheel of that R350 is independent, has

John Phillips
September 11, 2020                                  46

```
1    its own computer and decides at what speed and what

2    grip to run at, the impossible happened.  The

3    Mercedes climbed up and over the tree and kept

4    going.  I was just stunned.  The airbags

5    interestingly did not go off.  There's nine airbags

6    in that car.  Why they didn't go off, I don't know.

7            If I -- I looked immediately for a place

8    to pull off to the right.  I couldn't because there

9    would be -- I would go into the stream.  I couldn't

10   pull off to the left because there was oncoming

11   traffic, and I flashed my lights, flicked them, and

12   hopefully they slowed down.  I don't know what

13   happened, if other cars -- if I would have hit the

14   tree head-on in the middle, the cars behind us would

15   have rear-ended us.  We would have been killed.  Why

16   the car even ran, I don't know, but we couldn't --

17   we couldn't pull off.  And if we stopped and turned

18   around and went back, it would cause more problems

19   than it would solve.  So we kept going and returned

20   home.

21           Next day went down to the auto body shop

22   and he came out and said, Well, you got damage on

23   the right side, let's take a look at the left.  And

24   then he got down and looked, and he says, Oh, my

25   God, he says, Everything's gone.  So Mercedes saved
```

John Phillips
September 11, 2020                                    47

```
 1    our life.
 2         Q.   I'm glad to hear that.  Were you driving
 3    with your wife at that time?
 4         A.   Yeah.
 5         Q.   And is it either --
 6         A.   We thought we were dead.
 7         Q.   Did either of you get injured?
 8         A.   No.
 9         Q.   Wow.  That is good news.
10         A.   This is amazing.  We were delirious with
11    happiness.
12         Q.   Do you know if any other vehicles coming
13    after you or going the other way suffered any
14    accident or anything?
15         A.   No.
16         Q.   Okay.  You said you bought the car the
17    following day to a body shop.  Was it a
18    Mercedes-Benz dealer or an independent?
19         A.   He's an independent.
20         Q.   Okay.  Did you ever have to make a police
21    report in connection with that incident?
22         A.   Absolutely.
23         Q.   Okay.  Do you actually have a copy of that
24    police report?
25         A.   Not available.  I -- no.  I don't know
```

John Phillips
September 11, 2020                                    51

```
1              MR. KNAPP:  Hooray.

2              THE WITNESS:  I'm going to increase it on

3       the screen.

4              MR. KNAPP:  Very good.

5              THE WITNESS:  Where did you go?  Okay.

6              (Thereupon, marked as Defense Exhibit 3.)

7    BY MR. KNAPP:

8       Q.   Sir, I'm showing you what's been marked as

9    Exhibit 3 to your deposition, and I'll represent to

10   you that these are documents that we received from

11   your lawyers yesterday.  Do these look familiar to

12   you as the documents you would have also produced to

13   your lawyers yesterday?

14      A.   Are you asking me?

15      Q.   Yes, sir.

16      A.   Yes.

17      Q.   Okay.  And so these documents in part

18   pertain to the insurance company's declaration of a

19   total loss of the vehicle, right?

20      A.   Yes.

21      Q.   And on the page I'm currently showing you

22   under claim information at the top, it identifies

23   the vehicle at issue here and a loss date of

24   January 23, 2020.

25      A.   Wow.
```

John Phillips
September 11, 2020                                        52

1      Q.   Is that accurate that the accident would
2  have occurred in or around January 23, 2020?
3      A.   Yes.
4      Q.   Okay.  And it also notes there that the
5  claim was reported on 2/25/2020.  So approximately a
6  month after the accident.  Do you -- was there any
7  particular reason it took a month to report the
8  claim, that you recall?
9      A.   It took the insurance company that long to
10  get around to it.
11      Q.   Okay.
12      A.   I -- yeah.
13      Q.   Okay.  And down further below you'll see
14  the valuation summary and in the green bar it says
15  total $12,153.
16      A.   Yeah.
17      Q.   Is that accurate, what you received from
18  the insurance company?
19      A.   Yes.
20      Q.   Okay.  Sir, prior to this incident with
21  the tree across the roadway, had you ever had any
22  prior accidents with the vehicle?
23      A.   Cracked windshield which was replaced.
24  You know, a rock hit.
25      Q.   Was there more than just the windshield

John Phillips
September 11, 2020                                        56

1   match the paint.  That's what gets expensive.

2        Q.   Prior to the time that your vehicle was

3   declared a total loss, did you ever try to sell or

4   trade it in?

5        A.   I can't recall.  I don't believe so.  I

6   could have.

7        Q.   But as you sit here today, you don't

8   recall whether or not you ever tried to sell it?

9        A.   No.

10       Q.   Had you ever had -- strike that.

11            Prior to your vehicle being declared a

12   total loss, did you ever have it appraised?

13       A.   Well, I had MBI check it out before I

14   bought it, that was it.

15       Q.   You testified that MBI did do a presale

16   inspection of the vehicle, but did they do any

17   appraisal for you, meaning, did they tell you what

18   they thought it was worth?

19       A.   No.

20       Q.   So do you recall any time when you ever

21   had the vehicle appraised for its value?

22       A.   No, but MBI, after they delivered the car

23   back to me from their inspection, they said, this is

24   a really nice car, buy it.

25       Q.   Okay.  But in connection with encouraging

John Phillips
September 11, 2020                                    61

```
1        A.   What's that?
2        Q.   I said yes, but could it shop for you?
3        A.   Shop for?
4        Q.   Yeah.
5        A.   Well, it could -- actually it's an amazing
6   piece of technology.
7        Q.   So you mentioned earlier that you did do
8   some research at the time you were buying the
9   vehicle to get an idea of pricing.  Did you do any
10  other -- besides pricing, did you do any other type
11  of, you know, research on the car other than CarFax?
12       A.   Well, I looked up -- no.  Just CarFax and
13  from any ads that I looked at, they would tout the
14  particular things that they thought would be
15  attractive, that's about it.
16       Q.   Okay.  How about did you look at Car and
17  Driver, Consumer Reports, JD Power, did you consult
18  any resources like that?
19       A.   I can't recall if I did or not.
20       Q.   Okay.  You mentioned ads.  What type of
21  ads were they?  Were these print ads, TV ads, radio
22  ads?
23       A.   Online, that's about it.
24       Q.   Okay.  Online.  And were these ads from
25  used car sales entities or dealerships?  What kind
```

John Phillips
September 11, 2020                           62

 1   of ads were they?

 2       A.    I really can't recall.  Whatever I did I

 3   think was reasonable.  I looked at Craigslist.  I

 4   looked at different cars online just trying to --

 5   and -- online it's fairly thorough.  You get to see

 6   any number of cars and you can compare their

 7   features.

 8       Q.    But with regards to, you know, you used

 9   the word ads specifically.  Do you recall anything

10   specific about any ad?

11       A.    Well, on -- not really.  The ads that

12   advertised R350s were quite effusive in their --

13   saying that the car was high quality.

14       Q.    When you purchased the car in 2014, it was

15   a model year 2010, right?

16       A.    Uh-huh.

17       Q.    So when you were on the Internet doing

18   some research and coming across ads, were they ads

19   for a 2010 350 still on the Internet, or something

20   else?

21       A.    There was a mixture.

22       Q.    Sorry, what's that?

23       A.    There was a mixture, you know, various.

24   Undoubtedly I tried to focus on 2010s, but generally

25   if you put in Mercedes R350, you get a selection of

```
 1              MS. McBRIDE:  Objection.
 2         A.   It probably was.
 3     BY MR. KNAPP:
 4         Q.   But my point is --
 5         A.   I can't imagine them not advertising their
 6    benefits.  They're known for quality and safety.
 7         Q.   My question is a little bit more specific,
 8    because this is 2014 and you're specifically --
 9         A.   Yes.
10         Q.   And you're specifically looking at a model
11    year 2010 R350.
12         A.   Uh-huh.
13         Q.   So my question is, when you're talking
14    about advertising, as you sit here today, do you
15    recall anything specific you saw about a 2010
16    R350 --
17              MS. McBRIDE:  Objection.
18     BY MR. KNAPP:
19         Q.   -- from any source?
20         A.   Well, yes, in that it was a high quality
21    safe car, yes, absolutely.
22         Q.   Okay.  As you sit here today, can you
23    recall the source of that information?
24         A.   It would be the Internet.  It would be
25    anything on Craigslist.  It would be a wide variety
```

John Phillips
September 11, 2020                        67

1    of materials.

2         Q.   Do you recall anything specific from

3    Mercedes-Benz USA about the 2010 R350?

4         A.   I can't recall.  That's a long time ago.

5         Q.   Did you print out any of the research that

6    you did do on the Internet?

7         A.   The CarFax report, the advertisement on

8    this particular vehicle on Craigslist, what other, I

9    can't recall.

10        Q.   Okay.  If you had printed out other

11   information you collected during your research, is

12   it fair to say you would have provided that to your

13   attorneys?

14        A.   Yes.

15        Q.   Was there anything that you saw during the

16   course of your research on the 2010 Mercedes-Benz

17   R350 BlueTEC that you saw that you thought wasn't

18   true?

19            MS. McBRIDE:  Objection.

20        A.   That's -- that's very subjective.  It

21   wasn't true.  All advertisements you look at are

22   subject to that, so.  That's why you do research to

23   make a determination.  I felt the car was safe.

24     BY MR. KNAPP:

25        Q.   But as you --

      1   can just read it to yourself.

      2        A.   Oh, okay.

      3             MS. McBRIDE:  Is the size okay for you,

      4        Jack?

      5             THE WITNESS:  Yes, it will take me a

      6        little bit here.

      7             MS. McBRIDE:  Sure.

      8        A.   Let me -- okay.  I'm going to start over.

      9     BY MR. KNAPP:

     10        Q.   Sure.

     11        A.   I'm at the bottom of page 77, but it

     12   doesn't go beyond that.

     13        Q.   Okay.  Well, we actually don't need to go

     14   on to the next page.

     15             Sir, you purchased your 2010 Mercedes-Benz

     16   R350 in May of 2014, correct?

     17        A.   Yes.

     18        Q.   Okay.  The only advertisement or alleged

     19   advertisement quoted here prior to your purchase is

     20   the very first one, 221A, May 15, 2013 press

     21   release.  Earlier you testified that you don't

     22   really recall who published the materials you looked

     23   at during your Internet research, who published the

     24   ads, for example.  Specifically do you recall ever

     25   seeing this press release in 221A?

1        A.   I can't recall.  That's a long time ago.

2             (Thereupon, marked as Defense Exhibit 6.)

3    BY MR. KNAPP:

4        Q.   Okay.  And sir, Exhibit 6 to your

5    deposition.

6        A.   Yes.

7        Q.   This is entitled "Plaintiffs' John F.

8    Phillips and Nancy D. Phillips Response to Defendant

9    Mercedes-Benz USA, LLC's First Set of Requests for

10   Admission."  Do you see that?

11       A.   Yes.

12       Q.   Do you ever recall looking at that

13   document?

14       A.   I'm sure I did.

15       Q.   Okay.  Do you recall ever giving some

16   input into the content of this document?

17       A.   My assumption is I responded to it, yes.

18       Q.   Okay.  And do you recall ever being asked

19   to sign it?

20       A.   If I signed it, of course.

21       Q.   Okay.  So sir, I would like to now go back

22   to talk about your vehicle some more, and again, by

23   that I mean your 2010 Mercedes-Benz R350.

24       A.   Okay.  We're done with the screen?

25       Q.   Yeah, I'm sorry.  I'm bad at that too.

1        A.    Okay.

2        Q.    So prior to the total loss of your

3    vehicle, you did have the airbag, Takata airbag

4    replaced under the recall, correct?

5        A.    Yes.

6        Q.    Okay.  Do you recall approximately when

7    that was?

8        A.    Not exactly.  When they first came out

9    with the notice, I was always asking them to replace

10   it and they always had an excuse why they wouldn't,

11   yeah.

12       Q.    But you did get the airbag replaced before

13   it became a total earlier this year?

14       A.    Yes, yeah.

15       Q.    But you just can't recall approximately

16   when?

17       A.    Oh, it was a year before more than likely.

18   We got that airbag replaced and then the airbag on

19   the passenger's side started being featured on the

20   danger screen.  So both bags were defective.

21       Q.    We'll get to that in a minute.  When you

22   had the airbag replaced under the recall, you

23   believe that was probably done last year sometime?

24       A.    I would think so.  Maybe in the fall.  I

25   can't remember the exact -- the records at

John Phillips
September 11, 2020                                      92

1    Mercedes-Benz Portland will give you all that

2    information.

3         Q.   That was going to be my next question is

4    where you had the recall performed, and it was at

5    Mercedes-Benz of Portland?

6         A.   Yes.  They did it, yeah.

7         Q.   And it was replaced for free?

8              THE COURT REPORTER:  At where?

9         A.   Yes, for free.

10    BY MR. KNAPP:

11        Q.   I'm sorry, Mercedes-Benz of Portland?

12        A.   Yes, that's their name.

13        Q.   Prior to having the recall performed, how

14   were you primarily using the vehicle, and by that I

15   mean, were you using it for, you know, to go to the

16   store, run errands, go on trips, what was your

17   general routine with the vehicle?

18        A.   Mainly doctor appointments and shopping

19   for groceries.

20        Q.   And after you had the recall performed,

21   did you pretty much use the vehicle for the same

22   tasks for going to doctor appointments and shopping

23   and the like?

24        A.   Yes.

25        Q.   Do you recall any other recalls on your

```
 1   2010 Mercedes-Benz R350 besides the Takata airbag
 2   recall?
 3        A.   I can't remember.
 4        Q.   Have you ever had -- strike that.
 5             Have you ever owned other vehicles that
 6   were subject to a recall?
 7        A.   I don't believe so.  Either that or I
 8   didn't know.  I didn't go looking for recalls.
 9   Mercedes contacted me.
10        Q.   So when you say you were contacted about
11   this recall, the recall of your 2010 Mercedes-Benz
12   R350, you received notice of the recall from
13   Mercedes-Benz USA?
14        A.   Yes, by letter.
15        Q.   Okay.  Did you read the notice?
16        A.   Oh, yes.
17        Q.   Okay.  Did the notice advise you when
18   replacement parts could be made available, your
19   vehicle would receive a replacement airbag for free?
20        A.   Yes.
21        Q.   And do you recall being advised in that
22   notice that you would get a subsequent notice to
23   give you an update about parts availability?
24        A.   Yes.
25        Q.   Okay.
```

John Phillips
September 11, 2020                                    120

1        A.   Either mice or rats.  We live in the

2    country, and there's no way to prevent that.

3        Q.   Okay.  Have you ever made -- I should

4    say -- strike that.

5             Did you ever make any modifications to

6    your 2010 Mercedes-Benz R350?

7             MS. McBRIDE:  Objection.

8        A.   No.

9      BY MR. KNAPP:

10       Q.   Did you make any upgrades to the vehicle?

11       A.   No.

12       Q.   Did you ever install any after-market

13   parts in the vehicle?

14             MS. McBRIDE:  Objection.

15       A.   No.

16     BY MR. KNAPP:

17       Q.   To your knowledge, have there ever been

18   any non-Mercedes-Benz brand parts installed in your

19   vehicle?

20       A.   I don't know.

21       Q.   So you owned the vehicle from May of 2014

22   until it became a total loss in January of this

23   year.  During that time were you the primary driver

24   of the vehicle?

25       A.   Yes.

John Phillips
September 11, 2020                                        121

```
 1        Q.    Okay.  Did anybody else drive the vehicle
 2   besides you?
 3        A.    My wife.
 4        Q.    Okay.  And how often would she drive it?
 5        A.    Occasionally.
 6        Q.    Can you estimate that?  Does that mean
 7   once per week, once every couple weeks?
 8        A.    I can't say, but it -- that would be fair
 9   to say that.
10        Q.    Okay.  And earlier you testified that you
11   and your wife primarily used the vehicle to go to
12   doctor appointments and go shopping and so forth.
13   And that was a pretty consistent driving routine, if
14   you will, from the time you purchased the car until
15   the time it became a total loss?
16        A.    When I first purchased the car, we drove
17   to California to have my daughter cremated and
18   buried.
19        Q.    I'm sorry.
20        A.    But other than that, it's just local
21   stuff.
22        Q.    Okay.  Besides you and your wife, did
23   anybody else ever drive the vehicle?
24        A.    Not that I can recall right now.
25        Q.    Do you recall the approximate mileage on
```

John Phillips
September 11, 2020                                    146

```
1
2
3                    CERTIFICATE OF OATH
4
5
6   STATE OF OREGON
7   COUNTY OF COLUMBIA
8
9
10            I, the undersigned authority, certify
11      that JOHN F. PHILLIPS appeared remotely before me
12      and was duly sworn on the 11th day of September,
13      2020.
14            Signed this 23rd day of September, 2020.
15
16
17      _____
18      DENISE SANKARY, RPR, RMR, CRR
        Notary Public, State of Florida
        My Commission No. GG 944837
19      Expires: 1/27/24
20
21
22
23
24
25
```

```
1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA

4    COUNTY OF PINELLAS

5

6           I, DENISE SANKARY, Registered Merit

7    Reporter, do hereby certify that I was authorized

8    to and did stenographically report the foregoing

9    remote videotaped deposition of JOHN F. PHILLIPS;

10   pages 1 through 145; that a review of the

11   transcript was requested; and that the transcript

12   is a true record of my stenographic notes.

13          I FURTHER CERTIFY that I am not a

14   relative, employee, attorney, or counsel of any

15   of the parties, nor am I a relative or employee

16   of any of the parties' attorneys or counsel

17   connected with the action, nor am I financially

18   interested in the action.

19          Dated this 23rd day of September, 2020.

20

21          DENISE SANKARY, RPR, RMR, CRR

22

23

24

25
```