# Exhibit 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| IN RE TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ECONOMIC LOSS TRACK CASES<br><br>and<br><br>STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT, VOLKSWAGEN GROUP OF AMERICA, AUDI AKTIENGESELLSCHAFT, AUDI OF AMERICA, LLC, MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>                    Defendants.<br>_____/ | MDL No. 2599<br>Master File No. 15-MD-02599-FAM<br>S.D. Fla. Case No. 14-CV-24009-FAM |

### MERCEDES-BENZ USA, LLC'S NOTICE OF VIRTUAL VIDEOTAPED DEPOSITION OF NANCY D. PHILLIPS

TO: COUNSEL

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the Local Rules of this Court, Defendant Mercedes-Benz USA, LLC, through its undersigned attorneys, will virtually take the videotaped deposition of:

| NAME OF DEPONENT | DATE & TIME | LOCATION |
|---|---|---|
| Nancy D. Phillips<br>c/o Podhurst Orseck, P.A.<br>25 West Flagler Street, Suite 800<br>Miami, Florida 33130 | September 11, 2020 at 1:00 P.M. EST | Virtual deposition platform provided by the court reporter's office chosen to transcribe the deposition (i.e. Zoom, LiveLitigation, Webex, etc.) |

under oral examination before a person authorized to administer oaths or other person authorized by law to take depositions. The deposition will be recorded by stenographic means and will be videotaped. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of this Court.

  Plaintiff Nancy D. Phillips is requested to produce, no later than two weeks in advance of the deposition date, all documents or things relating to the deponent that have been previously requested by Mercedes-Benz USA, LLC in discovery in the above-captioned matter but have not already been produced to Mercedes-Benz USA, LLC.

Dated: August 10, 2020

Respectfully submitted,

/s/ Raoul G. Cantero
Raoul G. Cantero
Florida Bar No.: 552356
rcantero@whitecase.com
Jaime A. Bianchi
Florida Bar No.: 908533
jbianchi@whitecase.com
Angela D. Daker
Florida Bar No.: 681571
adaker@whitecase.com

**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: 305-371-2700
Facsimile: 305-358-5744


**SQUIRE PATTON BOGGS (US) LLP**
Troy M. Yoshino
troy.yoshino@squirepb.com
Eric Knapp
eric.knapp@squirepb.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-954-0200
(*admitted pro hac vice*)

*Counsel for Defendants Daimler AG and Mercedes-Benz USA, LLC*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on August 10, 2020, a true and correct copy of the foregoing document was served by electronic mail on Plaintiffs' counsel.

By:   /s/  *Raoul G. Cantero*
      Raoul G. Cantero
