# Exhibit 25

William Goldberg
September 23, 2020

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
                        Miami Division
 3

 4    IN RE:  TAKATA AIRBAG PRODUCTS  MDL No. 2599
      LIABILITY LITIGATION           Master File No.
 5                                    15-MD-02599-FAM
      THIS DOCUMENT RELATES TO:      S.D. Fla. Case No.
 6    ECONOMIC LOSS TRACK CASES      14-CV-24009-FAM

 7    and

 8    STEPHANIE PUHALLA, et al.,
      individually and on behalf of
 9    all others similarly situated,

10                         Plaintiffs,

11    vs.

12    VOLKSWAGEN AKTIENGESELLSCHAFT,
      VOLKSWAGEN GROUP OF AMERICA,
13    AUDI AKTIENGESELLSCHAFT, AUDI
      OF AMERICA, LLC, MERCEDES-BENZ
14    USA, LLC, and DAIMLER AG,

15                         Defendants.

16    _____

17

18    REMOTE VIDEOTAPED          WILLIAM H. GOLDBERG
      DEPOSITION OF:
19
      DATE TAKEN:                September 23, 2020
20
      TIME:                      12:00 p.m. to 3:45 p.m.
21
      PLACE:                     Witness appeared remotely from
22                               King County, Washington

23    BEHALF OF:                 The Defendant(s)

24    REPORTER:                  Michelle R. Hordinski, RMR,
                                 CRR, appearing remotely from
25                               Lee County, Florida
```

William Goldberg
September 23, 2020                                    32

```
 1         A.   I only had the Porsche at the time.

 2         Q.   When did you buy the Porsche?

 3         A.   I bought that in I think 2010.  It may have

 4  been late 2009.

 5         Q.   So you had the Porsche Panamera before you

 6  purchased the GLK?

 7         A.   Correct.

 8              I purchased it from the same dealership brand

 9  as the Mercedes dealer was.  They were next door to each

10  other.

11         Q.   In Bellevue?

12         A.   In Bellevue, yes.

13         Q.   Who picked the GLK?

14         A.   I did.

15         Q.   Was it a surprise?

16         A.   It was.

17         Q.   Why did you pick the GLK?

18         A.   I wanted to get her a beautiful new car that

19  was a Mercedes.

20         Q.   Had she expressed interest in the GLK before?

21         A.   No.  She expressed interest in possibly

22  getting a new car.

23         Q.   Why did you -- what were the factors that went

24  into you selecting the 2011 GLK?

25         A.   It was a Mercedes, which I believe to be a
```

William Goldberg
September 23, 2020                                    33

1    superior vehicle.  It had a great safety record, and it

2    was -- I believe it was the SUV of the year maybe the

3    year before that or of that year.

4            But after doing research, I thought that that

5    was the -- that was the best, safest, most luxurious car

6    I could get her that would meet her needs.  She had

7    still -- she still had a child to take around and things

8    to carry.

9    Q.   Did you trade in any vehicles when you

10   purchased the GLK?

11   A.   I did, and I'm not sure exactly what I traded

12   in because I was trading cars around with my kids at the

13   time.  So I'm not -- I don't recall what the -- what the

14   specific car was I traded in, but I know I traded in

15   something.

16   Q.   Do any of your children have Mercedes-Benz

17   automobiles?

18   A.   No.

19   Q.   Let's go over kids real quick.

20        Do you have any children?

21   A.   I do.  I have two, a son and a daughter.

22   Q.   How old are they?

23   A.   The son is 31, and my daughter is 26.

24   Q.   Were they both born in Seattle?

25   A.   Both born in Seattle.

William Goldberg
September 23, 2020                              34

```
 1        Q.   What does your son do?

 2        A.   He's in his fourth year of medical school.

 3        Q.   And what does your daughter do?

 4        A.   She's a marketing -- marketing -- she's in

 5   marketing of cosmetics for a Seattle cosmetic firm.

 6        Q.   Which one?

 7        A.   It's called HydroPeptide.  It's in Issaquah,

 8   Washington.

 9        Q.   And where does your son go to medical school?

10        A.   University of Michigan.

11        Q.   Good job.

12             What's your son's name?

13        A.   Stephen Harry Goldberg.

14        Q.   And what's your daughter's name?

15        A.   Sophia Grace Goldberg.

16        Q.   Where did they go to high school?

17        A.   They both graduated from a school called

18   University Preparatory Academy in Seattle.

19        Q.   Did you see any advertisements for the GLK

20   before you purchased it?

21        A.   I am not aware of specific ads on TV, but I

22   certainly saw ads on TV for Mercedes over time.  And

23   other than that, the only thing specific that I can

24   think that I saw that was in that regard was the

25   brochure for the car.
```

William Goldberg
September 23, 2020                    37

1          My records are saying that you -- you know,

2    you purchased this vehicle on or about December 26th, is

3    that -- 2010.

4          Is that right?

5     A.    Sounds right.

6     Q.    And did you have -- describe for me your first

7    contact with Mercedes-Benz of Bellevue about purchasing

8    a 2011 GLK.

9     A.    I believe I just went to the dealership and

10   met with a salesperson about it.  And I just don't

11   recall whether or not the car we actually purchased was

12   on the lot at that exact moment or it came in at some

13   point after.

14          But I looked at cars and kind of knew what I

15   wanted, but I don't know -- I don't know -- I don't

16   recall if that one was --

17    Q.    So you don't recall if you --

18    A.    Yeah, I don't recall looking at that one

19   specifically the first time I went.

20    Q.    Do you recall how many times you went during

21   the purchasing process?

22    A.    I don't know if it was one or two.

23    Q.    Did you call and make an appointment before

24   you went to the dealership to meet with the salesperson,

25   or did you just walk in off the street?

William Goldberg
September 23, 2020                                    43

1          A.    I liked the color.

2          Q.    It often comes down to that.

3                The document in Exhibit No. 4 bearing the

4    production number Goldberg 000001 -- actually, it's only

5    five zeros.  I think I said six -- is that the sales

6    brochure that you received from Mr. Scott?

7          A.    I believe so.

8          Q.    Do you recall anything in the sales brochure

9    standing out to you before you purchased the vehicle?

10         A.    I certainly looked through it all and read it

11   and was thrilled with the car after reading it.

12         Q.    So I'm going to -- most of this is just

13   pictures.

14         A.    Yeah.

15         Q.    Did you rely on any of the statements made in

16   this sales brochure when you decided to purchase the

17   vehicle?

18         A.    I took for truth that which was in there, yes.

19   I relied on having looked at the brochure as one of the

20   components of making the decision to purchase the car.

21         Q.    I will -- I think we'll put aside the sales

22   brochure for a minute.

23         A.    Okay.

24         Q.    By the time the Takata recall had issued,

25   your -- the four-year, 50,000-mile warranty on the

William Goldberg
September 23, 2020                              50

```
 1   even that came into existence.
 2        Q.   So my records show that you were sent a recall
 3   notice for the Takata recall in spring 2016.
 4             Do you recall that?
 5        A.   Yes.
 6        Q.   Did her use of the GLK change in any way after
 7   the recall notice was received?
 8        A.   Yes.  She stopped using it.
 9        Q.   When you say she stopped using it, what do you
10   mean?
11        A.   I didn't want her to use the car anymore, so
12   she stopped using it.
13        Q.   So it accrued zero miles between receipt of
14   the recall notice and the point at which it was traded
15   in?
16        A.   Essentially, yes.  It certainly was driven
17   from our house to the dealership after that point in
18   time.  And other than that, I don't recall a specific
19   instance of it being used.  It may have been used just
20   in an emergency situation.
21        Q.   How did she get to work if she was not using
22   the GLK?
23        A.   My daughter, I believe, lived with us at the
24   time, and there was -- there was her car occasionally
25   available if my daughter wasn't using it.
```

William Goldberg
September 23, 2020                                    76

1    Q.   So $9,000 as the value of the vehicle wouldn't

2    be something that could be fairly attributed to the

3    Takata alone, even assuming it did cause some sort of

4    diminution of value?

5    A.   Correct, yeah.  I don't -- I don't know what

6    the relative value diminishment would be for one -- one

7    versus the other.

8         I was just complaining that at the end of the

9    day I had to sell the car -- I had to -- I only got

10   $9,000 for a car that I bought for $48,000 on a new car

11   that I didn't even really want and that I was upset

12   about that.

13   Q.   And turning up above interrogatory number

14   nine, your verified answer is that you were not able to

15   identify any out-of-pocket or loss-of-use expenses that

16   you incurred relating to the Takata recall?

17   A.   Well, I think that what that doesn't include

18   are the transactional costs of having to trade in a car

19   that I otherwise didn't intend to trade in.  So I had to

20   replace a car, and I don't know whether or not that is

21   what was intended by that question.

22   Q.   Well, are you able to put any numbers on that

23   for me?

24   A.   Not specifically, no.  I -- whatever the

25   transactional cost would be.  I had hoped to keep the

William Goldberg
September 23, 2020                              77

```
 1   initial car for probably an additional two or three more
 2   years, at least until it had 75 to 85, 95,000 miles on
 3   it.
 4          It was a Mercedes, and it should have lasted
 5   that long.  And it was in great shape, and -- and it was
 6   just -- no -- there was no reason to have to buy a new
 7   car other than I could not let my wife drive it because
 8   of the airbag situation, period.  That was the only
 9   reason.
10          I fixed the transmission.  I would have been
11   happy to have taken that car after the transmission was
12   fixed without an airbag problem back and continued to
13   drive it.
14       Q.   But you can't sitting here today give me a
15   dollar value of what you would attribute to the
16   transaction costs?
17       A.   No, but I'm sure there are experts that can
18   quantify that, and I'm not one.
19       Q.   So other than the transaction costs you
20   identified, there aren't any other costs that you would
21   attribute to the Takata recall?
22       A.   No.  Correct.
23       Q.   Let's turn to interrogatory number seven,
24   which is on page 5 of Exhibit 5.  Can you familiarize
25   yourself with the answer there?
```

William Goldberg
September 23, 2020                          90

1    receiving the deposition notice, did you ever discuss

2    this lawsuit?

3        A.    I believe so.  I believe he would update me as

4    to what the status was if there was any new -- if there

5    was any new information as to where -- where the case

6    was.

7        Q.    What have you, yourself, done -- strike that.

8              Have you taken any action other than

9    responding to the discovery and sitting for this

10   deposition today to further the prosecution of the

11   lawsuit?

12       A.    Nothing that I can recall, no.

13       Q.    Has the airbag warning light ever gone on in

14   the GLK to your knowledge?

15       A.    Not to my knowledge.

16       Q.    Did you make any -- or your wife make any

17   aftermarket modifications to the subject vehicle?

18       A.    No.

19       Q.    Did you ever decline any servicing or

20   repairing of the subject vehicle after a recommendation

21   to do so?

22       A.    No.  I believe the car was -- was maintained

23   according to all recommended services.

24       Q.    Why are you suing MBUSA?

25       A.    I believe I was damaged by the transaction,

William Goldberg
September 23, 2020                                    97

```
                    WITNESS NOTIFICATION LETTER


September 27, 2020


WILLIAM H. GOLDBERG
C/O Robert Neary, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Boulevard
9th Floor
Coral Gables, Florida 33134


IN RE:   IN RE:  Takata Airbag Product Liability
         Litigation
         Remote deposition taken on September 23, 2020
         U.S. Legal Support Job No. 2245807



The transcript of the above proceeding is now available
for your review.


Please call to schedule an appointment between the hours
of 9:00 a.m. and 4:00 p.m., Monday through Friday, at a
U.S. Legal Support office located nearest you.


Please complete your review within 30 days.




Sincerely.


.....................................
Michelle R. Hordinski, RPR, RMR, CRR
U.S. Legal Support, Inc.
2271 McGregor Boulevard, Second Floor
Fort Myers, Florida  33901
239.332.7443



CC via transcript:
Aengus H. Carr, Esq.
```

William Goldberg
September 23, 2020                              98

ERRATA SHEET


DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

IN RE:   IN RE:  Takata Airbag Product Liability
                 Litigation
DATE:  September 23, 2020

PAGE LINE   CHANGE                      REASON

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____


Under penalties of perjury, I declare that I have read my
deposition and that it is true and correct subject to
any changes in form or substance entered here.


_____
Date Signed                    WILLIAM H. GOLDBERG

William Goldberg
September 23, 2020                                    99

CERTIFICATE OF REPORTER


STATE OF FLORIDA                )

COUNTY OF LEE                   )


        I, Michelle R. Hordinski, Registered Merit

Reporter and Certified Realtime Reporter, do hereby

certify that I was authorized to and did

stenographically report and electronically record the

remote deposition of WILLIAM H. GOLDBERG; that a review

of the transcript was requested; and that the foregoing

transcript, consisting of pages 1 to 100 inclusive, is a

true record of the testimony given by the witness.

I further certify that I am not a relative, employee,

attorney or counsel of any of the parties, nor am I a

relative or employee of any of the parties' attorney or

counsel connected with the action, nor am I financially

interested in this action.


        Dated September 27, 2020.



................................
Michelle R. Hordinski, RMR, CRR

William Goldberg
September 23, 2020                           100

CERTIFICATE OF OATH


STATE OF FLORIDA                )

COUNTY OF LEE                   )


          I, the undersigned authority, certify that

WILLIAM H. GOLDBERG personally appeared before me on the

23rd of September, 2020 and was duly sworn.


          WITNESS my hand and official seal

September 27, 2020.




               ..............................
               Michelle R. Hordinski, RMR, CRR
               Notary Public, State of Florida
               Commission #GG 196403
               Expires 6-5-22