# Exhibit 28

**Mercedes-Benz of Bellevue**

| Prepared for: | **William Goldberg** | Date: | 7/30/2016 1:52:42 PM |
|---|---|---|---|
| | Redacted PII | ID: | 59177836-1950091612 |
| | Seattle, WA 98115 | Manager: | Su, Tae Ho |
| | Redacted PII | Salesperson: | Moskaluk, Anthony |

| VEHICLE | TRADE |
|---|---|
| Vehicle: 2016 MERCEDES BENZ GLC CLASS GLC300W4 4dr Wgn GLC300 4MATIC | Vehicle: 2011 Mercedes-Benz GLK |
| Stock #: GF100904 | Stock #: BF555627 |
| VIN: WDC0G4KB1GF100904 | VIN: WDCGG8HBXBF555627 |
| Miles: 10 | Miles: 62,373 |

| PURCHASE OPTION | | PURCHASE OPTION | |
|---|---|---|---|
| Vehicle Selling Price | $51,925.00 | Actual Value | $11,500.00 |
| Trade-in Value − | $14,000.00 | Extra Allowance + | $2,500.00 |
| Difference | $37,925.00 | Allowance | $14,000.00 |
| Sales Tax (estimate) + | $3,716.65 | | |
| Documentation Fee + | $150.00 | | |
| Tag/Registration Fees (estimate) + | $400.00 | | |
| Customer Deposit Edit | | | |
| Balance Due (estimate) | $42,191.65 | | |

**FINANCE OPTIONS**

| Cash Down | 60 months<br>APR: 3.99 % |
|---|---|
| $5,000 | $686 |
| $7,500 | $640 |
| $10,000 | $594 |

Note : Customer to recieve $2,500 Cash back on Trade. Max Down Payment allowable 25% (actual Trade Value is $14,000=$11,500+$2,500)

*This menu is provided to you, our customer, to assist you in better understanding the financial options available. Amounts above are ESTIMATES ONLY and may vary based on approved credit, applicable taxes, vehicle selection, trade value(s), estimated payoff, eligibility for rebates and other factors particular to your transaction. Final payments and terms may vary. Customer agrees to pay the difference, if any, in the amount of the trade lien payoff.*

x _____    x _____
Buyer                        Date      Sales Manager                Date