# Exhibit 30

Bettie Taylor
September 14, 2020

1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
2                   Miami Division

3

   IN RE:  TAKATA AIRBAG PRODUCTS   MDL No. 2599
4  LIABILITY LITIGATION             Master File No.
                                    15-MD-02599-FAM
5  THIS DOCUMENT RELATES TO:        S.D. Fla. Case No.
   ECONOMIC LOSS TRACK CASES        14-CV-24009-FAM
6
   and
7
   STEPHANIE PUHALLA, et al.,
8  individually and on behalf of
   all others similarly situated,
9
                    Plaintiffs,
10
   vs.
11
   VOLKSWAGEN AKTIENGESELLSCHAFT,
12 VOLKSWAGEN GROUP OF AMERICA,
   AUDI AKTIENGESELLSCHAFT, AUDI
13 OF AMERICA, LLC, MERCEDES-BENZ
   USA, LLC, and DAIMLER AG,
14
                    Defendants.
15
_____
16

17
   REMOTE VIDEOTAPED         BETTIE J. TAYLOR
18 DEPOSITION OF:

19 DATE TAKEN:               September 14, 2020

20 TIME:                     10:00 a.m. to 6:26 p.m.

21 PLACE:                    Witness appeared remotely from
                             Wayne County, Mississippi
22
   BEHALF OF:                The Defendant(s)
23
   REPORTER:                 Michelle R. Hordinski, RMR,
24                           CRR, appearing remotely from
                             Lee County, Florida
25

Bettie Taylor
September 14, 2020                                        64

1        Q.   With the Volvo, did you ever complain to

2    anyone, the dealership or the manufacturer, about the

3    Volvo?

4        A.   No.  The Volvo was like 17 or 18 years old.

5        Q.   Do you know if the Volvo was ever subject to

6    any recalls?

7        A.   Not to my knowledge.

8        Q.   Have you ever filed a lawsuit regarding any

9    non-Mercedes-Benz vehicle that you owned?

10       A.   No.

11       Q.   Aside from the 2010 C300, have you ever owned

12   any other Mercedes-Benz vehicles?

13       A.   No.

14       Q.   When did you purchase the 2010 C300?

15       A.   Purchase -- when did I purchase what now?

16       Q.   The Mercedes-Benz vehicle.

17       A.   May the 5th, 2012.

18       Q.   And you mentioned earlier that you purchased

19   it from Bo Haarala Autoplex; is that correct?

20       A.   Yes.

21       Q.   And that's a dealership; is that correct?

22       A.   Yes.  And the salesman that sold it to me was

23   Dorris Tony.

24       Q.   What was his name?

25       A.   Dorris, D-O-R-R-I-S, T-O-N-Y.

Bettie Taylor
September 14, 2020                                   65

1        Q.   Was the vehicle new or used when you purchased

2   it?

3        A.   It was used.  It had some miles on it.

4        Q.   Do you recall about how many?

5        A.   I want to say about 1,000.  I'm not for sure.

6        Q.   Was anyone with you when you purchased the

7   vehicle?

8        A.   No -- well, I went to the car lot with my

9   daughter to take care of some business, and she said

10  there was a Mercedes.  She knew I wanted a Mercedes.

11  And it was raining, so Dorris Tony came out and wanted

12  to know if I wanted to test drive it.  And I told him,

13  no, it was raining.

14           So the next morning I got a call where he

15  asked me if he could deliver me the car and -- so I

16  could test drive it.

17       Q.   And did you test drive it?

18       A.   Yes.  He delivered it and left it.

19       Q.   So your daughter was with you at the used car

20  lot, is that correct, when you first saw the vehicle?

21       A.   Yes, I was with her, yes.

22       Q.   And I understand you did not test drive it on

23  that first day, but did you look at the vehicle with

24  your daughter?

25       A.   It was raining.  It was really raining hard,

Bettie Taylor
September 14, 2020                              72

1   it?

2        A.   Yes.

3        Q.   What types of materials did you review?

4        A.   It was like ads for -- that they had on there

5   where the Mercedes-Benz were safe -- they're

6   responsible, safe, and durable.

7        Q.   To be clear, I'm asking about advertisements

8   specifically for the 2010 C300.

9             Prior to purchasing the 2010 C300, did you

10  view any marketing material or advertisements related to

11  specifically the 2010 C300?

12       A.   The advertisement that I saw was that -- about

13  the Mercedes-Benz, that they were safe and durable.

14       Q.   Was that for Mercedes-Benz vehicles generally,

15  or was it for the vehicle that you purchased?

16       A.   I would assume that it was general.

17       Q.   What type of marketing material or

18  advertisement was this?

19       A.   The Internet and on the radio.

20       Q.   Where on the Internet did you see the

21  advertisement?

22       A.   I don't recall.

23       Q.   What was the content of the Internet

24  advertisement?

25       A.   When you say content, what are you referring

Bettie Taylor
September 14, 2020                           73

1   to?

2         Q.   What did it say on the Internet?

3         A.   It was just saying that it was a luxurious

4   car, that it was dependable and safe and durable --

5   durability, safe and durability.

6         Q.   And that was for Mercedes-Benz vehicles

7   generally, correct?

8         A.   I really don't know.

9         Q.   Do you recall what website you were on when

10  you saw this advertisement?

11        A.   No, I don't.  No, I don't.  It's been a long

12  time ago.

13        Q.   Did you see the Internet advertisement before

14  you purchased the subject vehicle?

15        A.   Yes, I saw that Mercedes-Benz advertised, yes.

16        Q.   You saw the Internet advertisement before you

17  purchased the 2010 C300, correct?

18        A.   I'm not for sure.  I don't remember.

19        Q.   What about the radio advertisement, what did

20  that say?

21        A.   It was just basically the same where they were

22  advertising luxurious cars.  Luxury cars, that's what it

23  is.

24        Q.   Was that for Mercedes-Benz vehicles in general

25  or for the 2010 C300 specifically?

Bettie Taylor
September 14, 2020                                  74

1        A.   I don't know, but I would assume that it was

2   for Mercedes-Benz in general.  I don't know.

3        Q.   And, again, if you don't know the answer to

4   one of my questions, it's fine to say that you don't

5   know or you don't remember.  I don't want you to guess

6   or to speculate.

7        A.   Okay.

8        Q.   Just what you can remember.

9        A.   I don't remember.

10       Q.   Do you know what radio station you were

11   listening to when you heard the Mercedes advertisement?

12       A.   I don't remember.

13       Q.   Do you remember if this was before -- you

14   heard the radio advertisement before you purchased the

15   2010 C300?

16       A.   I would hear the advertisements all the time,

17   but --

18       Q.   My apologies.  Are you done with your answer?

19       A.   Yes, I'm finished.  I don't recall.

20       Q.   You do not remember whether you heard the

21   radio advertisements before you purchased the 2010 C300,

22   correct?

23       A.   That's correct.

24       Q.   Did you review or rely on any of these

25   advertisements?

Bettie Taylor
September 14, 2020                               75

```
 1              MS. PATEL:  Objection to form.

 2              You can answer.

 3    BY MS. SULLIVAN:

 4         Q.   Let me withdraw my question.

 5              Did you rely on any of these advertisements in

 6    making the decision to purchase the 2010 C300?

 7              MS. PATEL:  Same objection to form.

 8              You can answer.  Ms. Taylor, you can answer

 9         the question.  I was making an objection to form.

10              THE WITNESS:  Okay.  I relied on the safety

11         and durability that they said that it -- that the

12         vehicle had.

13    BY MS. SULLIVAN:

14         Q.   And when you say -- when you say "they" said

15    the vehicle had safety and durability, who is "they"?

16         A.   I am talking about the advertisement.

17         Q.   Okay.  And do you recall what advertisement

18    you saw that you relied on or reviewed prior to

19    purchasing your vehicle?

20              MS. PATEL:  Object to form.

21              THE WITNESS:  I don't recall.

22    BY MS. SULLIVAN:

23         Q.   Do you have copies of the marketing materials

24    or advertisements that you reviewed?

25         A.   No.
```

Bettie Taylor
September 14, 2020                           76

1      Q.    Was there anything in those marketing
2  materials or advertisements that you now believe was not
3  true?
4      A.    Yes.  I believe that they were not safe and
5  durable.
6      Q.    Why do you believe that?
7      A.    Because there was some defects in Takata
8  airbags which put my life in danger.
9      Q.    When did you come to the conclusion that
10  these -- that the statements about the safety and
11  durability were not true?
12      A.    Okay.  When I got the letter from
13  Mercedes-Benz where there was a recall on the airbags
14  where they were defective airbags.
15      Q.    When did you receive that letter?
16      A.    I received that letter in 2016.
17      Q.    Do you recall when in 2016?
18      A.    What was the question?
19      Q.    Do you remember when in 2016 you received that
20  letter?
21      A.    I'm not sure of the date, but I received it in
22  2016, and they said that the part was not in.  So I kept
23  in touch with the person at Mercedes-Benz in Mobile,
24  Alabama, and he finally called me and said that the part
25  came in in March of 2018.  I think it was March.  Yes.

Bettie Taylor
September 14, 2020                                    77

```
 1        Q.   Just to backtrack a little bit --
 2        A.   Pardon?
 3        Q.   Just to recap a little bit, you mentioned that
 4   after receiving the recall letter you no longer believed
 5   that the subject vehicle is safe; is that correct?
 6        A.   That's correct.
 7        Q.   Why did you believe -- why do you believe the
 8   vehicle is not safe?
 9        A.   Because there was a defect in the airbag, and
10   it could explode.  The chemical inside of the airbag
11   could explode and cause me to be killed.
12        Q.   Have you had an accident in the vehicle?
13        A.   No.
14        Q.   Have you ever been injured in the vehicle?
15        A.   Have I ever done what in the vehicle?
16        Q.   Have you ever been injured in the 2010 C300?
17        A.   No.
18        Q.   The airbag has not malfunctioned in the 2010
19   C300?
20        A.   No.
21        Q.   Do you have any criticisms about any of the
22   other safety features in the vehicle?
23        A.   But let me go back.  The airbag was replaced.
24   It was replaced in March of 2018.  It has been replaced.
25        Q.   Yes, the airbag was replaced.
```

Bettie Taylor
September 14, 2020                                    78

```
 1          Before it was replaced, it never
 2   malfunctioned, correct?
 3        A.   No.
 4        Q.   Other than the Takata recall, do you have any
 5   criticisms of other safety features in the vehicle?
 6        A.   My main concern is that I purchased a vehicle,
 7   a Mercedes-Benz, that had a defective airbag that could
 8   have caused me to lose my life.
 9        Q.   Other than the Takata recall, do you have any
10   criticisms for other safety features in the vehicle?
11        A.   No.
12        Q.   You had the vehicle for a month before you
13   purchased it, correct?
14          MS. PATEL:  Ms. Taylor?
15          THE WITNESS:  Yes, yes.  I lost you.  Okay.
16      I'm back.  Okay.
17          MS. PATEL:  We can't see you just yet.
18          THE WITNESS:  Now, what was the question?
19   BY MS. SULLIVAN:
20        Q.   Ms. Taylor, we can't -- oh, there you are.
21          You testified earlier that you had the vehicle
22   for a month before you purchased it, correct?
23        A.   It was somewhere in that area, yes, three to
24   four weeks, yes.
25          But let me say this.  I gave him a check for
```

Bettie Taylor
September 14, 2020                                              92

```
 1        Q.   Sure.
 2             What representations do you claim Daimler made
 3   to you about your vehicle?
 4        A.   None.  They didn't make any representations to
 5   me.
 6             Evidently I'm not understanding your questions
 7   about Daimler and the rest of these places.
 8        Q.   Okay.  So do you -- so you did not understand
 9   my question?
10        A.   I'm only involved with Mercedes-Benz.  That's
11   the only one that I am involved with.
12        Q.   Okay.  What representations do you claim MBUSA
13   made to you about your vehicle?
14             MS. PATEL:  Objection.  The complaint speaks
15        for itself, but you can answer.
16             THE WITNESS:  My claim is that Mercedes-Benz
17        sold me a vehicle with a defective airbag.
18   BY MS. SULLIVAN:
19        Q.   You did not purchase the vehicle from MBUSA
20   directly, correct?
21        A.   I purchased the vehicle from
22   Bo Haarala Autoplex in Meridian.
23        Q.   Mercedes-Benz did not sell you the vehicle
24   directly, correct?
25        A.   No, but that's where they told me to bring it
```

Bettie Taylor
September 14, 2020                                        93

```
 1   to have it serviced, Mercedes-Benz in Mobile, Alabama.
 2        Q.   What representations do you claim MBUSA made
 3   to you about your vehicle?
 4             MS. PATEL:  I believe the witness answered the
 5        question already.
 6             You can answer again.
 7             THE WITNESS:  The claim that Mercedes made to
 8        me is that my problem is that I was sold a
 9        Mercedes-Benz with a defective airbag.
10   BY MS. SULLIVAN:
11        Q.   Maybe there's a miscommunication here.  I'm
12   not asking what your claim in general is.  I'm asking
13   about representations that MBUSA made to you about your
14   vehicle, so statements MBUSA made to you about the
15   vehicle, for example.
16        A.   I don't recall any statements.
17        Q.   So you do not -- just to make sure the record
18   is clear, you do not recall any statements from MBUSA,
19   do you, about the vehicle before you purchased it,
20   correct?
21        A.   That is -- not -- I don't recall any, no.
22        Q.   You do not recall any statements MBUSA made to
23   you about the subject vehicle, correct?
24        A.   I don't recall.
25        Q.   Do you believe MBUSA knew about the alleged
```

Betzie Taylor
September 14, 2020                                    104

1          Q.    Do you recall what month?

2          A.    No, I don't.

3          Q.    Do you remember if it was in the beginning or

4     the end of the year?

5          A.    I don't remember.

6          Q.    Did you read the notice?

7          A.    Yes.

8          Q.    What is your understanding of the notice?

9          A.    I didn't understand the question.

10         Q.    What is your understanding of the recall

11    notice?

12         A.    That there was a defective Takata airbag in

13    the vehicle.

14         Q.    Did you know that you could have the airbag

15    replaced without cost to you?

16         A.    Okay.  But they didn't have the part in, so it

17    was two thousand -- March 2018 before the part came in.

18              So when it came in, the person at

19    Mercedes-Benz in Mobile, Alabama called me, the one that

20    does the maintenance on my vehicle, and he told me the

21    part was in and told me when to bring it in.

22         Q.    When you read the recall notice, was it your

23    understanding that you could have the airbag replaced

24    without cost to you?

25         A.    Yes.

Bettie Taylor
September 14, 2020                                      122

1   with them.

2        Q.   Is there a reason you drive in their -- you

3   ride in their vehicles instead of yours?

4             MS. PATEL:  Objection to relevancy.

5             You can answer.

6             THE WITNESS:  Because they invite me to go out

7        to lunch or whatever, to go shopping or whatever.

8        We ride in their vehicle.

9   BY MS. SULLIVAN:

10       Q.   Those are great grandchildren.

11       A.   I have supported them for years, so --

12       Q.   It's only fair.

13       A.   Yes.

14       Q.   Does your vehicle provide needed

15  transportation?

16       A.   Does my vehicle provide what?  I didn't quite

17  understand the question.

18       Q.   Does your vehicle provide you with necessary

19  transportation?

20       A.   Provide necessary transportation?  Yes.

21       Q.   Has it always done so?

22       A.   Yes.

23       Q.   You've been driving the vehicle since you

24  bought it in 2012, correct?

25       A.   Yes.

Bettie Taylor
September 14, 2020                              140

1            Has this happened to your vehicle?

2       A.   No.

3       Q.   Has your airbag failed to perform in any way?

4       A.   No.

5       Q.   Do you know anyone with a Mercedes vehicle

6  that has experienced the defect as you allege it?

7            MS. PATEL:  Objection.

8       A.   No.  I don't know too many people with

9  Mercedes.

10      Q.   And of those who do own Mercedes-Benz

11  vehicles, do you know anyone who has experienced this

12  defect as you allege it?

13      A.   I don't know because I don't know who owns a

14  Mercedes and who don't.

15      Q.   You don't know anyone who owns a Mercedes?

16      A.   No, no.

17      Q.   Are you aware of any instance with a Mercedes

18  vehicle that has experienced the defect as you allege

19  it?

20      A.   I'm not aware of anyone, no.

21      Q.   Did you help to prepare this paragraph in the

22  complaint?

23      A.   Did I help prepare it?  No.

24      Q.   At the time you filed the complaint, what

25  evidence did you have to support this allegation?

Bettie Taylor
September 14, 2020                                169

```
 1              When you purchased the vehicle, no one
 2   promised that it would be defect free, correct?
 3        A.   No.
 4              MS. PATEL:  Object to form.
 5   BY MS. SULLIVAN:
 6        Q.   Who promised that it would be defect free?
 7        A.   No one promised me that it would be defect
 8   free.
 9        Q.   Do you recall -- prior to purchasing the
10   subject vehicle, did you ever visit Mercedes-Benz USA,
11   LLC's website?
12        A.   I'm not for sure.  I don't remember.
13        Q.   Did you ever view any press releases from
14   MBUSA prior to purchasing the vehicle?
15        A.   None that I recall.
16        Q.   Did you ever review any press releases from
17   Daimler AG prior to purchasing the vehicle?
18        A.   Are you talking about advertisements, or are
19   you talking about -- what are you talking about?
20        Q.   A press release.
21        A.   No.
22        Q.   So a statement --
23        A.   No.
24        Q.   In your responses to requests for admissions,
25   there's a statement that you relied on MBUSA's implicit
```

WITNESS NOTIFICATION LETTER


September 18, 2020


BETTIE J. TAYLOR
C/O Chirali Patel, Esq.
Carella, Byrne, Cecchi, Olstein, Brody & Agnello
5 Becker Farm Road
Roseland, New Jersey 07068



IN RE:  IN RE:   Takata Airbag Product Liability
        Litigation
        Remote deposition taken on September 14, 2020
        U.S. Legal Support Job No. 2246059



The transcript of the above proceeding is now available
for your review.


Please call to schedule an appointment between the hours
of 9:00 a.m. and 4:00 p.m., Monday through Friday, at a
U.S. Legal Support office located nearest you.


Please complete your review within 30 days.




Sincerely.


.....................................
Michelle R. Hordinski, RPR, RMR, CRR
U.S. Legal Support, Inc.
2271 McGregor Boulevard, Second Floor
Fort Myers, Florida  33901
239.332.7443



CC via transcript:
Seara Sullivan, Esq.

ERRATA SHEET


DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

IN RE:   IN RE:   Takata Airbag Product Liability
         Litigation
DATE:    September 14, 2020

PAGE LINE   CHANGE                    REASON

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____


Under penalties of perjury, I declare that I have read my
deposition and that it is true and correct subject to
any changes in form or substance entered here.


_____
Date Signed              BETTIE J. TAYLOR

Bettie Taylor
September 14, 2020                                        174

CERTIFICATE OF REPORTER


STATE OF FLORIDA              )

COUNTY OF LEE                 )


        I, Michelle R. Hordinski, Registered Merit
Reporter and Certified Realtime Reporter, do hereby
certify that I was authorized to and did
stenographically report and electronically record the
remote deposition of BETTIE J. TAYLOR; that a review of
the transcript was requested; and that the foregoing
transcript, consisting of pages 1 to 175 inclusive, is a
true record of the testimony given by the witness.
I further certify that I am not a relative, employee,
attorney or counsel of any of the parties, nor am I a
relative or employee of any of the parties' attorney or
counsel connected with the action, nor am I financially
interested in this action.


            Dated September 18, 2020.




        ...............................
        Michelle R. Hordinski, RMR, CRR

CERTIFICATE OF OATH


STATE OF FLORIDA                    )

COUNTY OF LEE                       )


        I, the undersigned authority, certify that

BETTIE J. TAYLOR personally appeared before me on the

14th of September, 2020 and was duly sworn.


            WITNESS my hand and official seal

September 18, 2020.




        ...............................
        Michelle R. Hordinski, RMR, CRR
        Notary Public, State of Florida
        Commission #GG 196403
        Expires 6-5-22