# Exhibit 31

```
PO BOX 1265                                DUPLICATE 1          Toll Free: 1-877-637-1236
WAYNESBORO, MS 39367-1265                  PAGE 1               Phone: 251-472-2369
HOME:601-509-4147 CONT:601-509-4147                             Fax: 251-472-3321
BUS: 601-735-1269 CELL:601-735-1269        SERVICE ADVISOR: 4827 ROBERT NEALS JR
                                                                www.mbofmobile.com
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 10 | MERCEDES-BENZ C300W | WDDGF5EB9AF432983 |  | 84472/84472 | T5641 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30NOV09 IS |  |  |  |  |  |  |  |
| 30NOV09 DD |  | 30NOV2009 | 18:00 10JAN19 |  | 0.00 | CASH | 10JAN19 |

| R.O. OPENED | READY | OPTIONS: | ENG:3.0 Liter |
|---|---|---|---|
| 09:46 10JAN19 | 13:16 10JAN19 | | |

```
LINE OPCODE TECH TYPE HOURS                          LIST        NET        TOTAL
B Open Campaign 2018120017 - 18P9193104
CAUSE: .
    21 Open Campaign 2018120017 - 18P9193104
       4045WMB08                                                              (N/C)
    1 000-860-57-02-05-9116 DRIVER'S AIRBAG                                   (N/C)
    1 204-860-12-00-05 FRONT PASSENGER AIRBAG                                 (N/C)
PARTS:     0.00    LABOR:      0.00   OTHER:      0.00   TOTAL LINE B:        0.00
 84472 COMPLETED CAMPAIGN 2018120017. REPLACED DRIVER AND PASSENGER
 FRONT AIRBAGS
 *********************************************************
```

TAYLOR 000024

**DISCLAIMER OF WARRANTIES**

Any warranties on the product sold hereby are those made by the manufacturer. The Seller, MERCEDES-BENZ OF MOBILE, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose of delay and MERCEDES-BENZ OF MOBILE, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

*Bettie Taylor*

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

Copyright 2014 CDK Global, LLC   SERVICE INVOICE TYPE 2 - S12C - IMAGING

CUSTOMER COPY