# Exhibit 37



# MARKET VALUATION REPORT

*Prepared for UNITED SERVICES AUTOMOBILE ASSOCIATION*



## REPORT SUMMARY

 **CLAIM INFORMATION**

| | |
|---|---|
| Owner | Calhoun, Paulette |
| | 2799 Emerald Ct Sw |
| | Atlanta, GA 30311 |
| Loss Vehicle | 2011 Mercedes-Benz C-Class C300 Sport RWD |
| Loss Incident Date | 01/14/2019 |
| Claim Reported | 01/23/2019 |

The CCC ONE® Market Valuation Report reflects CCC Information Services Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by UNITED SERVICES AUTOMOBILE ASSOCIATION.

Loss vehicle has 1% greater than average mileage of 99,000.

**INSURANCE INFORMATION**

| | |
|---|---|
| Report Reference Number | 91598258 |
| Claim Reference | ██████████ |
| Adjuster | Glunt, Danielle |
| Appraiser | Bowden, Paula |
| Odometer | 99,725 |
| Last Updated | 01/23/2019 01:41 PM |

 **VALUATION SUMMARY**

| | |
|---|---|
| **Base Vehicle Value** | **$ 9,531.00** |
| Condition Adjustment | + $ 998.00 |
| **Adjusted Vehicle Value** | **$ 10,529.00** |
| **Total** | **$ 10,529.00** |

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology described on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

### Inside the Report

Valuation Methodology...........................2
Vehicle Information.................................3
Vehicle Condition...................................6
Comparable Vehicles.............................7
Valuation Notes....................................14
Supplemental Information.....................15

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000052**

USAA Confidential

0901119ca262a1cc

CCC⬡ONE. MARKET VALUATION REPORT

Owner: Calhoun, Paulette
Claim: 0█████████

# VALUATION METHODOLOGY

## How was the valuation determined?



### CLAIM INSPECTION

UNITED SERVICES AUTOMOBILE ASSOCIATION has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the straight average of the adjusted values of the comparable vehicles.



© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000053**

USAA Confidential

0901119ca262a1cc

 CCC ONE MARKET VALUATION REPORT

Owner: Calhoun, Paulette
Claim:

# 🚗 VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | ATLANTA,  GA  30311 |
| VIN | WDDGF5EB5BA439427 |
| Year | 2011 |
| Make | Mercedes-Benz |
| Model | C-Class |
| Trim | C300 Sport |
| Body Style | RWD |
| Body Type | Sedan |
| Engine - | |
|     Cylinders | 6 |
|     Displacement | 3.0L |
|     Fuel Type | Gasoline |
|     Carburation | SMPI |
| Transmission | Automatic Transmission |
| Curb Weight | 3527 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE HISTORY SUMMARY

| | |
|---|---|
| Experian AutoCheck | No Title Problem Found |
| National Highway Traffic Safety Administration | 5 Recalls |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000054**

USAA Confidential

0901119ca262a1cc

 **CCC ONE.** MARKET VALUATION REPORT

Owner: Calhoun, Paulette
Claim:

# 🚗 VEHICLE INFORMATION

### VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Odometer** | 99,725 | |
| **Transmission** | Automatic Transmission | 📋 |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | ✓ |
| | Power Passenger Seat | ✓ |
| | Power Trunk/Gate Release | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Overhead Console | 📋 |
| | Memory Package | 📋 |
| | Navigation System | 📋 |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Message Center | ✓ |
| | Wood Interior Trim | 📋 |
| **Seating** | Bucket Seats | ✓ |
| | Leather Seats | ✓ |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | CD Player | ✓ |
| | Steering Wheel Touch Controls | ✓ |
| | Auxiliary Audio Connection | ✓ |

To the left is the equipment of the loss vehicle that UNITED SERVICES AUTOMOBILE ASSOCIATION provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

📋 **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000055**

USAA Confidential

0901119ca262a1cc

 **MARKET VALUATION REPORT**

Owner: Calhoun, Paulette
Claim: ████████████

## 🚌 VEHICLE INFORMATION

### VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Wheels** | Aluminum/Alloy Wheels | ✔ |
| **Roof** | Electric Glass Roof | ✔ |
| **Safety/Brakes** | Air Bag (Driver Only) | ✔ |
| | Passenger Air Bag | ✔ |
| | Anti-lock Brakes (4) | ✔ |
| | 4-wheel Disc Brakes | ✔ |
| | Front Side Impact Air Bags | ✔ |
| | Head/Curtain Air Bags | ✔ |
| | Hands Free | ✔ |
| | Alarm | ✔ |
| | Traction Control | ✔ |
| | Stability Control | ✔ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✔ |
| | Heated Mirrors | ✔ |
| | Tinted Glass | 📋 |
| | Fog Lamps | ✔ |
| | Signal Integrated Mirrors | ✔ |
| | Clearcoat Paint | 📋 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000056**

USAA Confidential

0901119ca262a1cc

 **MARKET VALUATION REPORT**

Owner: Calhoun, Paulette
Claim: ▇▇▇▇▇▇▇▇▇▇▇▇▇



# 🚙 VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| Mechanical | VERY GOOD | no leaks or belt wear, engine bay fairly clean | $ 181 |
| Tires | VERY GOOD | all tires measure 7/32nds | $ 20 |
| Paint | VERY GOOD | good shine quality, minimal scratches, would polish out | $ 162 |
| Body | VERY GOOD | no dents or body damage, all trim intact | $ 414 |
| Glass | VERY GOOD | no cracks or pitting | $ 40 |
| Interior | VERY GOOD | very minimal wear, will clean with light detail | $ 181 |
| **Total Condition Adjustments** | | | **$ 998** |

UNITED SERVICES AUTOMOBILE ASSOCIATION uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Good condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000057**

USAA Confidential

0901119ca262a1cc

 **ONE** MARKET VALUATION REPORT



Owner: Calhoun, Paulette
Claim: 0███████████

# 🔍 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| P1 | ✗ | ✗ | ✓ | ✗ |
| Odometer | 99,725 | 79,655 | 61,680 | 141,137 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| 4 Wheel Drive | ✗ | ✗ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✓ | ✓ | ✓ |
| Power Passenger Seat | ✓ | ✓ | ✓ | ✓ |
| Power Trunk/Gate Release | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Climate Control | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | ✓ | ✓ | ✓ |
| Memory Package | ✓ | ✗ | ✓ | ✗ |
| Navigation System | ✓ | ✗ | ✗ | ✗ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Message Center | ✓ | ✓ | ✓ | ✓ |
| Home Link | ✗ | ✗ | ✓ | ✗ |
| Wood Interior Trim | ✓ | ✓ | ✗ | ✗ |
| Rear Power Sunshades | ✗ | ✗ | ✓ | ✗ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Leather Seats | ✓ | ✓ | ✓ | ✓ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Premium Radio | ✗ | ✓ | ✓ | ✓ |
| Satellite Radio | ✗ | ✗ | ✓ | ✗ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Electric Glass Roof | ✓ | ✓ | ✓ | ✓ |

**Comp 1**  Updated Date: 01/21/2019
**2011 Mercedes-benz C-class C300 Sport Rwd 6 3.0l Gasoline Smpi**
**VIN** WDDGF5EB7BA450011
**Dealership** Global Imports Bmw
**Telephone** (800) 249-7416
**Source** Autotrader
**Stock #** TBA450011
**Distance from Atlanta, GA**
10 Miles - Atlanta, GA

**Comp 2**  Updated Date: 01/20/2019
**2011 Mercedes-benz C-class C300 Sport 4matic 6 3.0l Gasoline Smpi**
**VIN** WDDGF8BB7BR181936
**Dealership** Mercedes-benz Of South At
**Telephone** (844) 872-4546
**Source** Autotrader
**Stock #** BR181936A
**Distance from Atlanta, GA**
7 Miles - Atlanta, GA

**Comp 3**  Updated Date: 01/21/2019
**2011 Mercedes-benz C-class C300 Sport 4matic 6 3.0l Gasoline Smpi**
**VIN** WDDGF8BB6BR187176
**Dealership** Infiniti Of South Atlanta
**Telephone** (770) 774-9151
**Source** Truecar
**Stock #** U4882A
**Distance from Atlanta, GA**
11 Miles - Union City, GA

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

¹The **Condition Adjustment** sets that comparable vehicle to Good condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000058**

USAA Confidential

0901119ca262a1cc

 **MARKET VALUATION REPORT**

Owner: Calhoun, Paulette
Claim:

## COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Drivers Side Air Bag | ✔ | ✔ | ✔ | ✔ |
| Passenger Air Bag | ✔ | ✔ | ✔ | ✔ |
| Anti-lock Brakes (4) | ✔ | ✔ | ✔ | ✔ |
| 4-wheel Disc Brakes | ✔ | ✔ | ✔ | ✔ |
| Front Side Impact Air Bags | ✔ | ✔ | ✔ | ✔ |
| Head/Curtain Air Bags | ✔ | ✔ | ✔ | ✔ |
| Rear Side Impact Air Bags | ✘ | ✔ | ✘ | ✘ |
| Hands Free | ✔ | ✔ | ✔ | ✔ |
| Alarm | ✔ | ✔ | ✔ | ✔ |
| Traction Control | ✔ | ✔ | ✔ | ✔ |
| Stability Control | ✔ | ✔ | ✔ | ✔ |
| Dual Mirrors | ✔ | ✔ | ✔ | ✔ |
| Heated Mirrors | ✔ | ✔ | ✔ | ✔ |
| Body Side Moldings | ✘ | ✔ | ✔ | ✔ |
| Tinted Glass | ✔ | ✘ | ✘ | ✔ |
| Fog Lamps | ✔ | ✔ | ✔ | ✔ |
| Signal Integrated Mirrors | ✔ | ✔ | ✔ | ✔ |
| Clearcoat Paint | ✔ | ✘ | ✘ | ✘ |
| | | | | |
| **List Price** | | $ 11,481 | $ 14,300 | $ 7,999 |
| **Adjustments:** | | | | |
| Package | | | - $ 303 | |
| Make/Model/Trim | | | - $ 625 | - $ 625 |
| Options | | + $ 300 | + $ 9 | + $ 300 |
| Mileage | | - $ 1,329 | - $ 2,188 | + $ 1,855 |
| Condition[1] | | - $ 998 | - $ 998 | - $ 998 |
| **Adjusted Comparable Value** | | **$ 9,454** | **$ 10,195** | **$ 8,531** |

| Options | Loss Vehicle | Comp 4 | Comp 5 | Comp 6 |
|---|---|---|---|---|
| P1 | ✘ | ✔ | ✘ | ✘ |
| Odometer | 99,725 | 64,482 | 83,817 | 43,000 |
| Automatic Transmission | ✔ | ✔ | ✔ | ✔ |
| 4 Wheel Drive | ✘ | ✔ | ✔ | ✘ |
| Power Steering | ✔ | ✔ | ✔ | ✔ |
| Power Brakes | ✔ | ✔ | ✔ | ✔ |
| Power Windows | ✔ | ✔ | ✔ | ✔ |
| Power Locks | ✔ | ✔ | ✔ | ✔ |
| Power Mirrors | ✔ | ✔ | ✔ | ✔ |

**Comp 4**   Updated Date: 01/20/2019
**2011 Mercedes-benz C-class C300 Sport 4matic 6 3.0l Gasoline Smpi**
**VIN** WDDGF8BB9BR171389
**Dealership** Butler Lexus Of South Atlanta
**Telephone** (678) 783-2700
**Source** Truecar
**Stock #** P5285A
**Distance from Atlanta, GA**
11 Miles - Union City, GA
**Comp 5**   Updated Date: 01/21/2019

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000059**

USAA Confidential

0901119ca262a1cc

 **MARKET VALUATION REPORT**

Owner: Calhoun, Paulette
Claim: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## 🔍 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 4 | Comp 5 | Comp 6 |
|---|---|---|---|---|
| Power Driver Seat | ✔ | ✔ | ✔ | ✔ |
| Power Passenger Seat | ✔ | ✔ | ✔ | ✔ |
| Power Trunk/Gate Release | ✔ | ✔ | ✔ | ✔ |
| Air Conditioning | ✔ | ✔ | ✔ | ✔ |
| Climate Control | ✔ | ✔ | ✔ | ✔ |
| Tilt Wheel | ✔ | ✔ | ✔ | ✔ |
| Cruise Control | ✔ | ✔ | ✔ | ✔ |
| Rear Defogger | ✔ | ✔ | ✔ | ✔ |
| Intermittent Wipers | ✔ | ✔ | ✔ | ✔ |
| Overhead Console | ✔ | ✘ | ✘ | ✔ |
| Memory Package | ✔ | ✔ | ✘ | ✘ |
| Navigation System | ✔ | ✘ | ✘ | ✘ |
| Keyless Entry | ✔ | ✔ | ✔ | ✔ |
| Telescopic Wheel | ✔ | ✔ | ✔ | ✔ |
| Message Center | ✔ | ✔ | ✔ | ✔ |
| Home Link | ✘ | ✔ | ✘ | ✘ |
| Wood Interior Trim | ✔ | ✔ | ✘ | ✔ |
| Rear Power Sunshades | ✘ | ✔ | ✘ | ✘ |
| Bucket Seats | ✔ | ✔ | ✔ | ✔ |
| Leather Seats | ✔ | ✔ | ✔ | ✔ |
| Heated Seats | ✘ | ✔ | ✔ | ✔ |
| AM Radio | ✔ | ✔ | ✔ | ✔ |
| FM Radio | ✔ | ✔ | ✔ | ✔ |
| Stereo | ✔ | ✔ | ✔ | ✔ |
| Search/Seek | ✔ | ✔ | ✔ | ✔ |
| CD Player | ✔ | ✔ | ✔ | ✔ |
| Steering Wheel Touch Controls | ✔ | ✔ | ✔ | ✔ |
| Auxiliary Audio Connection | ✔ | ✔ | ✔ | ✔ |
| Premium Radio | ✘ | ✘ | ✘ | ✔ |
| Satellite Radio | ✘ | ✔ | ✘ | ✘ |
| Aluminum/Alloy Wheels | ✔ | ✔ | ✔ | ✔ |
| Electric Glass Roof | ✔ | ✔ | ✔ | ✔ |
| Drivers Side Air Bag | ✔ | ✔ | ✔ | ✔ |
| Passenger Air Bag | ✔ | ✔ | ✔ | ✔ |
| Anti-lock Brakes (4) | ✔ | ✔ | ✔ | ✔ |
| 4-wheel Disc Brakes | ✔ | ✔ | ✔ | ✔ |
| Front Side Impact Air Bags | ✔ | ✔ | ✔ | ✔ |
| Head/Curtain Air Bags | ✔ | ✔ | ✔ | ✔ |
| Rear Side Impact Air Bags | ✘ | ✘ | ✘ | ✔ |
| Hands Free | ✔ | ✔ | ✔ | ✔ |

**2011 Mercedes-benz C-class C300 Sport 4matic 6 3.0l Gasoline Smpi**
**VIN** WDDGF8BB2BR164820
**Dealership** Car Connection Inc
**Telephone** (678) 382-1000
**Source** Dealer Ad
**Stock #** 19532R
**Distance from Atlanta, GA**
17 Miles - Tucker, GA

**Comp 6**     Updated Date: 01/06/2019
**2011 Mercedes-benz C-class C300 Sport Rwd 6 3.0l Gasoline Smpi**
**VIN** WDDGF5EB0BR172019
**Dealership** Mercedesbenz Of Marietta
**Telephone** (770) 783-5171
**Source** Dealer Ad
**Stock #** BR172019
**Distance from Atlanta, GA**
14 Miles - Marietta, GA

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

[1]The **Condition Adjustment** sets that comparable vehicle to Good condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

CALHOUN 000060

USAA Confidential

0901119ca262a1cc

 CCC ONE. **MARKET VALUATION REPORT**

Owner: Calhoun, Paulette
Claim: ██████████████



## 🔎 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 4 | Comp 5 | Comp 6 |
|---|---|---|---|---|
| Alarm | ✔ | ✔ | ✔ | ✔ |
| Traction Control | ✔ | ✔ | ✔ | ✔ |
| Stability Control | ✔ | ✔ | ✔ | ✔ |
| Dual Mirrors | ✔ | ✔ | ✔ | ✔ |
| Heated Mirrors | ✔ | ✔ | ✔ | ✔ |
| Body Side Moldings | ✘ | ✘ | ✘ | ✔ |
| Tinted Glass | ✔ | ✔ | ✘ | ✘ |
| Fog Lamps | ✔ | ✔ | ✔ | ✔ |
| Signal Integrated Mirrors | ✔ | ✔ | ✔ | ✔ |
| Clearcoat Paint | ✔ | ✘ | ✘ | ✘ |
| Metallic Paint | ✘ | ✔ | ✘ | ✘ |
| | | | | |
| **List Price** | | $ 12,842 | $ 11,980 | $ 13,997 |
| **Adjustments:** | | | | |
| Package | | - $ 303 | | |
| Make/Model/Trim | | - $ 625 | - $ 625 | |
| Options | | - $ 15 | + $ 276 | + $ 150 |
| Mileage | | - $ 2,071 | - $ 1,090 | - $ 2,852 |
| Condition[1] | | - $ 998 | - $ 998 | - $ 998 |
| **Adjusted Comparable Value** | | **$ 8,830** | **$ 9,543** | **$ 10,297** |

| Options | Loss Vehicle | Comp 7 | Comp 8 | Comp 9 |
|---|---|---|---|---|
| Odometer | 99,725 | 103,287 | 110,394 | 106,171 |
| Automatic Transmission | ✔ | ✔ | ✔ | ✘ |
| 6 Speed Transmission | ✘ | ✘ | ✘ | ✔ |
| 4 Wheel Drive | ✘ | ✔ | ✘ | ✘ |
| Power Steering | ✔ | ✔ | ✔ | ✔ |
| Power Brakes | ✔ | ✔ | ✔ | ✔ |
| Power Windows | ✔ | ✔ | ✔ | ✔ |
| Power Locks | ✔ | ✔ | ✔ | ✔ |
| Power Mirrors | ✔ | ✔ | ✔ | ✔ |
| Power Driver Seat | ✔ | ✔ | ✔ | ✔ |
| Power Passenger Seat | ✔ | ✔ | ✔ | ✔ |
| Power Trunk/Gate Release | ✔ | ✔ | ✔ | ✔ |
| Air Conditioning | ✔ | ✔ | ✔ | ✔ |
| Climate Control | ✔ | ✔ | ✔ | ✔ |
| Tilt Wheel | ✔ | ✔ | ✔ | ✔ |
| Cruise Control | ✔ | ✔ | ✔ | ✔ |

**Comp 7**   Updated Date: 01/10/2019
**2011 Mercedes-benz C-class C300**
**Sport 4matic 6 3.0l Gasoline Smpi**
**VIN** WDDGF8BB4BR145668
**Dealership** Champ Motors
**Telephone** (678) 938-0446
**Source** Dealer Ad
**Distance from Atlanta, GA**
22 Miles - Roswell, GA
**Comp 8**   Updated Date: 01/07/2019
**2011 Mercedes-benz C-class C300**
**Sport Rwd 6 3.0l Gasoline Smpi**
**VIN** WDDGF5EB7BR146582
**Dealership** Palmer Dodge Chrysler Jee
**Telephone** (866) 375-6890
**Source** Autotrader
**Stock #** 32296A
**Distance from Atlanta, GA**
22 Miles - Roswell, GA
**Comp 9**   Updated Date: 01/10/2019
**2011 Mercedes-benz C-class C300**
**Sport Rwd 6 3.0l Gasoline Smpi**

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000061**

USAA Confidential

0901119ca262a1cc

 **CCC ONE** MARKET VALUATION REPORT

Owner: Calhoun, Paulette
Claim:

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 7 | Comp 8 | Comp 9 |
|---|---|---|---|---|
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | ✗ | ✓ | ✗ |
| Memory Package | ✓ | ✗ | ✗ | ✗ |
| Navigation System | ✓ | ✗ | ✗ | ✗ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Message Center | ✓ | ✓ | ✓ | ✓ |
| Wood Interior Trim | ✓ | ✗ | ✓ | ✗ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Leather Seats | ✓ | ✓ | ✓ | ✓ |
| Heated Seats | ✗ | ✗ | ✓ | ✗ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Premium Radio | ✗ | ✗ | ✓ | ✗ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Electric Glass Roof | ✓ | ✓ | ✓ | ✓ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ |
| Rear Side Impact Air Bags | ✗ | ✗ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Alarm | ✓ | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Body Side Moldings | ✗ | ✗ | ✓ | ✗ |
| Tinted Glass | ✓ | ✗ | ✗ | ✗ |
| Fog Lamps | ✓ | ✓ | ✓ | ✓ |
| Rear Spoiler | ✗ | ✗ | ✓ | ✗ |
| Signal Integrated Mirrors | ✓ | ✓ | ✓ | ✓ |

**VIN** WDDGF5EB2BA475821
**Dealership** Dallas Auto Mart
**Telephone** (770) 439-1225
**Source** Autotrader
**Stock #** 10725
**Distance from Atlanta, GA**
23 Miles - Dallas, GA

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

¹The **Condition Adjustment** sets that comparable vehicle to Good condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

CALHOUN 000062

USAA Confidential

0901119ca262a1cc

 CCC ONE. MARKET VALUATION REPORT

Owner: Calhoun, Paulette
Claim: 

## 🔍 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 7 | Comp 8 | Comp 9 |
|---|---|---|---|---|
| Clearcoat Paint | ✔ | ✔ | ✗ | ✗ |
| **List Price** | | $ 8,500 | $ 9,991 | $ 9,995 |
| **Adjustments:** | | | | |
| Make/Model/Trim | | - $ 625 | | |
| Options | | + $ 426 | + $ 24 | + $ 426 |
| Mileage | | + $ 258 | + $ 701 | + $ 449 |
| Condition[1] | | - $ 998 | - $ 998 | - $ 998 |
| **Adjusted Comparable Value** | | **$ 7,561** | **$ 9,718** | **$ 9,872** |

| Options | Loss Vehicle | Comp 10 | Comp 11 | Comp 12 |
|---|---|---|---|---|
| P1 | ✗ | ✗ | ✔ | ✗ |
| Odometer | 99,725 | 73,267 | 45,717 | 66,511 |
| Automatic Transmission | ✔ | ✔ | ✔ | ✔ |
| Power Steering | ✔ | ✔ | ✔ | ✔ |
| Power Brakes | ✔ | ✔ | ✔ | ✔ |
| Power Windows | ✔ | ✔ | ✔ | ✔ |
| Power Locks | ✔ | ✔ | ✔ | ✔ |
| Power Mirrors | ✔ | ✔ | ✔ | ✔ |
| Power Driver Seat | ✔ | ✔ | ✔ | ✔ |
| Power Passenger Seat | ✔ | ✔ | ✔ | ✔ |
| Power Trunk/Gate Release | ✔ | ✔ | ✔ | ✔ |
| Air Conditioning | ✔ | ✔ | ✔ | ✔ |
| Climate Control | ✔ | ✔ | ✔ | ✔ |
| Tilt Wheel | ✔ | ✔ | ✔ | ✔ |
| Cruise Control | ✔ | ✔ | ✔ | ✔ |
| Rear Defogger | ✔ | ✔ | ✔ | ✔ |
| Intermittent Wipers | ✔ | ✔ | ✔ | ✔ |
| Overhead Console | ✔ | ✗ | ✗ | ✗ |
| Memory Package | ✔ | ✗ | ✔ | ✗ |
| Navigation System | ✔ | ✗ | ✔ | ✗ |
| Entertainment Center | ✗ | ✗ | ✔ | ✗ |
| Keyless Entry | ✔ | ✔ | ✔ | ✔ |
| Telescopic Wheel | ✔ | ✔ | ✔ | ✔ |
| Message Center | ✔ | ✔ | ✔ | ✔ |
| Home Link | ✗ | ✗ | ✔ | ✗ |
| Wood Interior Trim | ✔ | ✔ | ✔ | ✔ |
| Rear Power Sunshades | ✗ | ✗ | ✔ | ✗ |

**Comp 10**  Updated Date: 01/10/2019
**2011 Mercedes-benz C-class C300**
Sport Rwd 6 3.0l Gasoline Smpi
**VIN** WDDGF5EBXBR135866
**Dealership** Atlanta Luxury Motors Ros
**Telephone** (678) 292-2000
**Source** Dealer Ad
**Stock #** BR135866
**Distance from Atlanta, GA**
22 Miles - Roswell, GA

**Comp 11**  Updated Date: 01/13/2019
**2011 Mercedes-benz C-class C300**
Sport Rwd 6 3.0l Gasoline Smpi
**VIN** WDDGF5EB6BR156472
**Dealership** Rbm Of Atlanta
**Telephone** (770) 390-0700
**Source** Autotrader
**Stock #** G173A
**Distance from Atlanta, GA**
19 Miles - Atlanta, GA

**Comp 12**  Updated Date: 01/16/2019
**2011 Mercedes-benz C-class C300**
Sport Rwd 6 3.0l Gasoline Smpi
**VIN** WDDGF5EBXBR172237
**Dealership** Rbm Of Alpharetta
**Telephone** (678) 637-2333
**Source** Dealer Ad
**Stock #** T66767A
**Distance from Atlanta, GA**
29 Miles - Alpharetta, GA

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

CALHOUN 000063

USAA Confidential

0901119ca262a1cc



# CCC ONE. MARKET VALUATION REPORT

Owner: Calhoun, Paulette
Claim:

## 🔍 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 10 | Comp 11 | Comp 12 |
|---|---|---|---|---|
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Leather Seats | ✓ | ✓ | ✓ | ✓ |
| Heated Seats | ✗ | ✗ | ✗ | ✓ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✗ | ✗ | ✓ | ✗ |
| CD Changer/Stacker | ✗ | ✗ | ✓ | ✗ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Locking Wheels | ✗ | ✗ | ✗ | ✓ |
| Electric Glass Roof | ✓ | ✓ | ✓ | ✓ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Alarm | ✓ | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Tinted Glass | ✓ | ✓ | ✓ | ✗ |
| Fog Lamps | ✓ | ✓ | ✓ | ✓ |
| Signal Integrated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Clearcoat Paint | ✓ | ✗ | ✗ | ✗ |
| **List Price** | | $ 11,999 | $ 15,977 | $ 12,000 |
| **Adjustments:** | | | | |
| Package | | | - $ 303 | |
| Options | | + $ 426 | - $ 604 | + $ 276 |
| Mileage | | - $ 1,665 | - $ 2,762 | - $ 1,983 |
| Condition[1] | | - $ 998 | - $ 998 | - $ 998 |
| **Adjusted Comparable Value** | | **$ 9,762** | **$ 11,310** | **$ 9,295** |

value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

[1]The **Condition Adjustment** sets that comparable vehicle to Good condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

CALHOUN 000064

USAA Confidential

0901119ca262a1cc

 MARKET VALUATION REPORT

| Owner: Calhoun, Paulette
Claim: █████████████

# ✏️ VALUATION NOTES

01/23/2019 13:41 - TAX DISTRICT N

01/23/2019 13:40 - TAXABLE VALUE AMOUNT $8350.00

This Market Valuation Report has been prepared exclusively for use by UNITED SERVICES AUTOMOBILE ASSOCIATION, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include Georgia Administrative Code 120-2-52-.06.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000065**

0901119ca262a1cc

USAA Confidential

 **CCC ONE.  MARKET VALUATION REPORT**

Owner: Calhoun, Paulette
Claim:

# SUPPLEMENTAL INFORMATION

### 🚗✓ EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT

| TITLE CHECK | | RESULTS FOUND |
|---|---|---|
| Abandoned | ✓ | No Abandoned Record Found |
| Damaged | ✓ | No Damaged Record Found |
| Fire Damage | ✓ | No Fire Damage Record Found |
| Grey Market | ✓ | No Grey Market Record Found |
| Hail Damage | ✓ | No Hail Damage Record Found |
| Insurance Loss | ✓ | No Insurance Loss Record Found |
| Junk | ✓ | No Junk Record Found |
| Rebuilt | ✓ | No Rebuilt Record Found |
| Salvage | ✓ | No Salvage Record Found |

| EVENT CHECK | | RESULTS FOUND |
|---|---|---|
| NHTSA Crash Test Vehicle | ✓ | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✓ | No Frame Damage Record Found |
| Major Damage Incident | ✓ | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✓ | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✓ | No Odometer Problem Record Found |
| Recycled | ✓ | No Recycled Record Found |
| Water Damage | ✓ | No Water Damage Record Found |
| Salvage Auction | ✓ | No Salvage Auction Record Found |

| VEHICLE INFORMATION | | RESULTS FOUND |
|---|---|---|
| Accident | 🗐 | Accident Record Found |
| Corrected Title | ✓ | No Corrected Title Record Found |
| Driver Education | ✓ | No Driver Education Record Found |
| Fire Damage Incident | ✓ | No Fire Damage Incident Record Found |
| Lease | ✓ | No Lease Record Found |
| Lien | ✓ | No Lien Record Found |
| Livery Use | ✓ | No Livery Use Record Found |
| Government Use | ✓ | No Government Use Record Found |
| Police Use | ✓ | No Police Use Record Found |
| Fleet | ✓ | No Fleet Record Found |
| Rental | ✓ | No Rental Record Found |
| Fleet and/or Rental | ✓ | No Fleet and/or Rental Record Found |
| Repossessed | ✓ | No Repossessed Record Found |
| Taxi use | ✓ | No Taxi use Record Found |
| Theft | ✓ | No Theft Record Found |
| Fleet and/or Lease | ✓ | No Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✓ | No Emissions Safety Inspection Record Found |
| Duplicate Title | ✓ | No Duplicate Title Record Found |

CCC provides UNITED SERVICES AUTOMOBILE ASSOCIATION information reported by Experian regarding the **2011 Mercedes-Benz C-Class (WDDGF5EB5BA439427)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

LEGEND :
✓ No Event Found
⛔ Event Found
🗐 Information Needed

**TITLE CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

**EVENT CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**
INFORMATION FOUND
AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000066**

USAA Confidential

0901119ca262a1cc

 CCC ONE. MARKET VALUATION REPORT

Owner: Calhoun, Paulette
Claim: ▮▮▮▮▮▮▮▮▮▮▮

# SUPPLEMENTAL INFORMATION

## 📖 FULL HISTORY REPORT RUN DATE: 01/23/2019

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 09/23/2010 | MONTVALE, NJ | 15 | Motor Vehicle Dept. | TITLE (Lease Reported) |
| 09/30/2010 | MONTVALE, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/30/2011 | MONTVALE, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 01/06/2012 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 01/09/2012 | ATLANTA, GA | | Motor Vehicle Dept. | TITLE |
| 01/09/2012 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 01/24/2012 | ATLANTA, GA | 16522 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 01/16/2013 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/24/2013 | ATLANTA, GA | | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 01/18/2014 | GA | | Independent Emission Source | PASSED EMISSION INSPECTION |
| 01/20/2014 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 01/21/2015 | GA | | Independent Emission Source | PASSED EMISSION INSPECTION |
| 01/22/2015 | ALPHARETTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/08/2015 | ATLANTA, GA | 55181 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 10/08/2015 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 12/20/2015 | ATLANTA, GA | | Accident Source | ACCIDENT OR VEHICLE DAMAGE REPORTED: LEFT REAR CORNER |
| 02/04/2016 | GA | | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 02/12/2016 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 02/28/2017 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 02/28/2017 | GA | | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 02/20/2018 | GA | | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 02/21/2018 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

CALHOUN 000067

USAA Confidential

0901119ca262a1cc

# CCC ONE. MARKET VALUATION REPORT

Owner: Calhoun, Paulette
Claim: ████████████████

## SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 01/14/2019 | ATLANTA, GA | | State Agency | LEFT REAR IMPACT REPORTED |
| 01/14/2019 | GA | | State Agency | MODERATE DAMAGE REPORTED |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000068**

0901119ca262a1cc

USAA Confidential

CCC ONE. MARKET VALUATION REPORT

Owner: Calhoun, Paulette
Claim: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

# SUPPLEMENTAL INFORMATION

 **NHTSA VEHICLE RECALL**

The National Highway Traffic Safety Administration has issued 5 safety related recall notices that may apply to the above valued vehicle.

**NHTSA Campaign ID :** 12V557000

**Mfg's Report Date :** DEC 03, 2012

**Component :** FUEL SYSTEM, GASOLINE

**Potential Number Of Units Affected :** 5,800

**Summary :** Mercedes-Benz is recalling certain model year 2011-2012 S400, S550, S550 4Matic, S63 AMG, C300, C300 4Matic, E350, GLK350, GLK350 4Matic, CL550 4Matic, and CL63 AMG vehicles manufactured from April 18, 2011, through July 12, 2011. Due to an irregularity stemming from the molding process of the fuel filter flange, the fuel filter flange may crack when operated in high temperatures.

**Consequence :** If the fuel filter flange cracks, it will leak fuel which may lead to a fire if anexternal ignition source in present.

**Remedy :** Mercedes-Benz will notify owners, and dealers will replace the fuel filter, free of charge. The recall campaign is expected to begin in January 2013. Owners may contact Mercedes-Benz at 1-800-367-6372.

**Notes :** Owners may also contact the National Highway Traffic Safety Administration's Vehicle Safety Hotline at 1-888-327-4236 (TTY: 1-800-424-9153), or go to www.safercar.gov.

---

**NHTSA Campaign ID :** 14V177000

**Mfg's Report Date :** APR 11, 2014

**Component :** EXTERIOR LIGHTING

**Potential Number Of Units Affected :** 252,867

**Summary :** Mercedes-Benz USA, LLC (Mercedes) is recalling certain model year 2008-2011 C300, C300 4Matic, C350, and C63 AMG vehicles manufactured January 26, 2007, through July 13, 2011. In the affected vehicles, a poor electrical ground connection may result in the dimming or failure of the tail lights.

**Consequence :** Dimming or failure of the tail lights reduces the ability to warn other motorists of the driver's intentions of stopping or turning, increasing the risk of a crash.

**Remedy :** Mercedes will notify owners, and dealers will replace the bulb holders if not previously updated and replace any corroded connectors, free of charge. Parts are not currently available. Owners will be sent an interim notification in June 2014. A second letter will be mailed when parts are available, currently expected to be in August or September 2014. Owners may contact Mercedes at 1-800-367-6372.

**Notes :** Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

---

**NHTSA Campaign ID :** 16V081000

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

CALHOUN 000069

USAA Confidential

0901119ca262a1cc

# CCC⊃ONE.  MARKET VALUATION REPORT

Owner: Calhoun, Paulette
Claim:

# SUPPLEMENTAL INFORMATION

**Mfg's Report Date :** FEB 11, 2016

**Component :** AIR BAGS

**Potential Number Of Units Affected :** 711,266

**Summary :** Mercedes-Benz USA, LLC. (MBUSA) is recalling certain model year 2009-2010 ML320 BlueTec 4Matic, GL320 BlueTec 4Matic and R320 CDI 4Matic, 2011 E350 Cabriolet and E550 Cabriolet, 2009-2011 ML350, ML350 4Matic, ML550 4Matic, ML63 AMG, and C63 AMG, 2010-2011 ML450 4Matic Hybrid, E350 Coupe, E350 4Matic, E550 Coupe, E550 4Matic, and E63 AMG, 2011-2012 GL350 BlueTec 4Matic and R350 BlueTec 4Matic, 2009-2012 GL450 4Matic, GL550 4Matic and R350 4Matic, 2007-2008 SLK280, SLK350, and SLK55 AMG, 2011-2014 SLS AMG Coupe, 2012 SLS AMG Cabriolet, 2013-2014 SLS AMG GT and SLS AMG GT Cabriolet, 2005 C230 Kompressor and C320, 2006-2007 C230, 2006-2011 C350, 2008-2011 C300 and C300 4Matic, 2010-2012 GLK350 and GLK350 4Matic and 2006-2007 Chrysler Crossfire vehicles. Upon deployment of the driver's frontal air bag, excessive internal pressure may cause the inflator to rupture.

**Consequence :** In the event of a crash necessitating deployment of the driver's frontal air bag, the inflator could rupture with metal fragments striking the driver or other occupants resulting in serious injury or death.

**Remedy :** MBUSA will their notify owners, and Fiat Chrysler will notify the affected Chrysler owners. Dealers for the respective brands will replace the driver's frontal air bag module, free of charge. A notification schedule has not yet been provided. Mercedes-Benz owners may contact MBUSA customer service at 1-800-367-6372 and Chrysler owners may contact Fiat Chrysler customer service at 1-800-853-1403.

---

**NHTSA Campaign ID :** 16V363000

**Mfg's Report Date :** MAY 26, 2016

**Potential Number Of Units Affected :** 199,705

**Summary :** Mercedes-Benz USA, LLC (MBUSA) is recalling certain model year 2008-2011 C300 Sedan, C300 4matic Sedan, C350 Sedan, C63 AMG Sedan vehicles, 2010-2011 GLK350, GLK350 4-Matic and E350 Coupe vehicles, 2011 SLS AMG, E350 Convertible, E550 Coupe and E550 Convertible vehicles originally sold, or ever registered, in Alabama, California, Florida, Georgia, Hawaii, Louisiana, Mississippi, South Carolina, Texas, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands (Saipan), and the U.S. Virgin Islands, or "Zone A." Additionally, unless included in "Zone A" above, MBUSA is recalling certain model year 2008 C300 Sedan, C350 Sedan, C63 AMG Sedan and C300 4-Matic Sedan vehicles originally sold, or ever registered, in Arizona, Arkansas, Delaware, District of Columbia, Illinois, Indiana, Kansas, Kentucky, Maryland, Missouri, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Pennsylvania, Tennessee, Virginia, and West Virginia, or "Zone B." Vehicles not originally s...

**Consequence :** An inflator rupture may result in metal fragments striking the vehicle occupants resulting in serious injury or death.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000070**

USAA Confidential

0901119ca262a1cc

## CCC⊜ONE. MARKET VALUATION REPORT

Owner: Calhoun, Paulette
Claim:

# SUPPLEMENTAL INFORMATION

**Remedy :** MBUSA will notify owners, and dealers will replace the passenger frontal air bag modules, free of charge. Parts are not currently available. Owners will be sent an interim notification in July 2016. A second notice will be mailed when remedy parts are available. Owners may contact MBUSA customer service at 1-877-496-3691.

---

**NHTSA Campaign ID :** 17V177000

**Mfg's Report Date :** March 14, 2017

**Component :** AIR BAGS, ELECTRICAL SYSTEM

**Summary :** Mercedes-Benz USA, LLC (MBUSA) is recalling certain 2016 AMG GT-S, GLC300, CLA250 and GLE300d 4Matic vehicles, 2013 C250, E350 BlueTec and G63 AMG vehicles, 2008-2014 C300 vehicles, 2013-2014 C300 4Matic and ML350 4Matic vehicles, 2009 C350 vehicles, 2014 CLS550, E350 4Matic, E350 Coupe 4Matic, E350 Wagon 4Matic, GLK350 and SL550 vehicles, 2012 CLS550 4Matic vehicles, 2012-2016 E350 vehicles, 2016-2017 GL450 4Matic vehicles, 2012-2014 ML350 4Matic BlueTec vehicles, 2015 S550, S550 4Matic and C300 4Matic Sedan vehicles, 2015-2016 C300 Sedan vehicles, and 2017 SL63 AMG vehicles. Various control units on these vehicles may have been updated with incorrect software, potentially affecting the correct deployment of the air bags in the event of a crash.

**Consequence :** If the air bags do not deploy as intended in the event of a crash, there would be an increased risk of injury in the event of a crash.

**Remedy :** MBUSA will notify owners, and dealers will update software in the affected control units, free of charge. The recall is expected to begin in April 2017. Owners may contact MBUSA customer service at 1-800-367-6372.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CALHOUN 000071**

0901119ca262a1cc

USAA Confidential