# Exhibit 39

Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN RE:                            )
                                  )
TAKATA AIRBAGS PRODUCTS           )
LIABILITY LITIGATION              )
_____)MDL No. 2599
                                  )Master File 15-MD-2599
This Documents Relates to         )
Whitaker, et al., versus          )SD FL No. 14-CV-2409-FAM
General Motors, et al.            )

   The Video-Recorded Deposition of JAMES BAGLINI having been called by the Defendant for examination, taken pursuant to the applicable Federal Rules of Civil Procedure, conducted via Zoom videoconference, commencing at the hour of 10:06 a.m. Eastern Time on the 8th day of October, 2021

   Reported By Beth Radtke, RPR, CRR
   License No. 084-004561
   Legal Videographer:  Thomas Devine
   Concierge Technician:  Tevin Frank

|  |  |
|---|---|
|  | Page 336 |

1      A.   Correct.

2           MR. BERGER:  All right.  Mr. Baglini, that's

3      all the questions I have for you, but I'm going to

4      pass it over to Mr. Knapp, and he may have a little

5      bit more clean-up for you.

6           MR. KNAPP:  Thank you.  Just a couple quick

7      ones.

8                        EXAMINATION

9      BY MR. KNAPP:

10          Q.   Mr. Baglini, as mentioned, my name is Eric

11     Knapp.  I represent Mercedes Benz, USA, LLC.  Good

12     evening.

13          A.   Good evening.

14          Q.   Is it your understanding that Mercedes Benz

15     USA distributes Mercedes Benz vehicles in the United

16     States?

17          A.   Yes.

18          Q.   Okay.  Is it your understanding that

19     Mercedes Benz USA, as the US distributor, does not

20     design or manufacture Mercedes Benz vehicles?

21          A.   I have no personal knowledge of that, but if

22     that's what you're stating, I have no reason to not

23     believe you.

24          Q.   Do you have any understanding of the entity

Page 337

1  that does design and manufacture Mercedes Benz
2  vehicles?
3      A.   No, I don't.
4      Q.   Okay.  Have you ever been involved in cases
5  where there is a US entity that distributes an OEM's
6  vehicles, but there may be a foreign parent company
7  that actually designs and manufactures the vehicles?
8      A.   I'm going say yes, but I can't speak to
9  consulting retention retainer agreements that I have
10 with other law firms for other litigation in other
11 jurisdictions.
12     Q.   Okay.  But it's your understanding that,
13 generally speaking, the designer and manufacturer of
14 the vehicles is the entity that would typically have
15 such things as the DVs and the PVs and specifications
16 and things like that; is that right?
17     A.   Yes, sir.  Yes, sir.
18     Q.   And it would typically be the manufacturer,
19 not the distributor, but the manufacturer that would
20 communicate or contract with suppliers, for example,
21 correct?
22     A.   That's my understanding.
23          MR. KNAPP:  Thank you, sir.
24          THE WITNESS:  Thank you.

Page 328

1  Q. And it is late in the -- in the hour and in
2  the day, and so to try to preserve as much time as I
3  can as we go through the questions I have for you,
4  Mr. Baglini, I'm just for the purposes of these
5  questions and this evening, I'm going to refer to
6  both FCA and Chrysler together solely as FCA, if
7  that's okay with you, okay?
8  A. That's fine.
9  Q. And there's another defendant in this matter
10 that I don't represent, Mr. Baglini, but Mercedes
11 Benz USA is also a defendant in this action. You are
12 aware of that, correct?
13 A. Yes, sir.
14 Q. All right. And I'm going to refer to
15 Mercedes Benz USA as MBUSA, if that's okay.
16 A. That's fine.
17 Q. All right, great.
18    Your report -- and you have your report in
19 front of you still, correct, Mr. Baglini?
20 A. Yes, sir.
21 Q. You never specifically mention FCA or MBUSA
22 anywhere in that report, correct?
23 A. I never did.
24 Q. Okay.

Page 339

CERTIFICATE OF

CERTIFIED SHORTHAND REPORTER

I, Beth Radtke, a Certified Shorthand Reporter of the State of Illinois, CSR License No. 084-004561, do hereby certify:

That previous to the commencement of the examination of the aforesaid witness, the witness was duly sworn by me to testify the whole truth concerning the matters herein;

That the foregoing deposition transcript was stenographically reported by me and was thereafter reduced to typewriting under my personal direction and constitutes a true and accurate record of the testimony given and the proceedings had at the aforesaid deposition;

That I am not a relative or employee or attorney or counsel for any of the parties herein, nor am I interested directly or indirectly in the outcome of this action.

IN WITNESS WHEREOF, I do hereunto set my hand at Chicago, Illinois, this 15th day of October, 2021.

_____

Beth Radtke, RPR, CRR

License No. 084-004561