# Exhibit 40

Page 1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MDL No. 2599

Master File No. 15-2599-MD-MORENO
S.D. Fla. Case No. 14-2409-CV-MORENO
(Economic Loss Track)

IN RE:
TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION
_____/
This Document Relates to Whitaker et al. v.
General Motors Co. et al.

Remote Proceeding
October 11, 2021
9:11 a.m. - 11:16 p.m. (Eastern Time)

VIDEO DEPOSITION OF ROBERT RENZ
(via teleconference)

Taken before SUZANNE VITALE, R.P.R., F.P.R.
and Notary Public for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above cause.

Page 420

1  received an answer specific to why I didn't get that
2  information, so ...
3      Q.   Well, did you understand in part that's
4  because MB USA, as the distributor of the vehicles,
5  does not have that information?
6      A.   That certainly was one of the pieces of
7  information provided to me.  But, again, beyond
8  that, I don't have any details.
9      Q.   Aside from that, in your Appendix C, you
10 don't list things like deposition transcripts for
11 MB USA witnesses, correct?
12     A.   I do not, nope.  And, again, requested but
13 not provided.
14     Q.   Well, are you aware that there were
15 Mercedes-Benz USA witnesses that were deposed in
16 this case?
17     A.   I am not aware of that.
18     Q.   Did you ask why you couldn't get
19 deposition transcripts for Mercedes-Benz USA
20 witnesses?
21     A.   So I did request some of that information.
22 And, again, what was provided based on my specific
23 requests for information associated with the
24 development, qualification, and production launch of
25 inflators was that the North American Mercedes did

1  not have any of those pieces of information.  But
2  beyond that, I was not provided any information.
3        Q.   So, in other words, the Mercedes-Benz USA
4  witnesses who testified couldn't provide you
5  information that you were seeking regarding
6  qualification for Takata airbags in Mercedes-Benz
7  vehicles; is that correct?
8        A.   Say that -- based on my request to the
9  attorneys that I had been communicating with, they
10 didn't feel any of that information was relevant to
11 the questions that I was asking.
12       Q.   Okay.  In other words, the Mercedes-Benz
13 USA witnesses who were deposed wouldn't be able to
14 provide you the information you were requesting,
15 correct?
16       A.   I would presume that would be the case,
17 but I guess I can't answer that yes or no because it
18 was really based on the fact that I had asked for
19 information that was fairly specific with the
20 development, qualification, and production launch of
21 the inflators.  And the attorneys did not present
22 any of that information to me.
23       Q.   And part of the reason that you have to
24 presume that is because you haven't been able to
25 review those deposition transcripts that could

Veritext Legal Solutions
212-267-6868   www.veritext.com   516-608-2400

Page 422

1  confirm for you that MB USA does not have that
2  information that you were seeking, correct?
3         MR. LEE:  Objection to form.
4         THE WITNESS:  So I would agree that
5     there's a large volume of information that the
6     attorneys did not present to me that would have
7     been totally irrelevant to the questions I was
8     asking.
9         So, you know, the -- I will say I put my
10    trust in the attorneys' response to my
11    questions and not providing me stuff that was
12    irrelevant to the questions I was asking.
13 BY MR. KNAPP:
14    Q.   Do you know how many MB USA employees
15 plaintiffs deposed in this case?
16    A.   I have no idea.
17    Q.   Do you have any understanding of what the
18 roles of those employees at MB USA were?
19    A.   I have no idea.
20    Q.   Do you have any understanding of what
21 their titles are?
22    A.   I have no idea.  I was not made aware of
23 any of that information.
24         And, again, I had requested fairly
25 specific information from the attorneys in

Page 423

1  soliciting the information that they provided me,
2  and so, again, I'm going to have to rely on that.
3       Q.   Right.  And I think you explained that
4  when you asked about deposition transcripts for
5  MB USA employees, you were told it wouldn't contain
6  anything relevant to your inquiries?
7       A.   I think that's accurate, yes.
8       Q.   And I know you may have answered this
9  earlier and I just want to be clear on it.
10          You also did not review any deposition
11  transcripts for the depositions of the named
12  plaintiffs who claimed to have owned or purchased a
13  Mercedes-Benz passenger vehicle; is that correct?
14          MR. LEE:  Objection, asked and answered.
15          THE WITNESS:  Yep, that's correct.
16  BY MR. KNAPP:
17       Q.   Also, you didn't list in your Appendix C
18  any e-mails that were produced by Mercedes-Benz USA
19  in this litigation; is that correct?
20       A.   I don't believe I included anything
21  associated with that, no, other than what was --
22       Q.   Did you request e-mail communications that
23  Mercedes-Benz USA produced in this litigation?
24       A.   So what I had requested from the attorneys
25  was e-mails associated with the design, development,

Page 424

1  qualification of the inflators which would have
2  included e-mail activity.  And so I do think that
3  there was some that were included in that but
4  nothing beyond that.  So nothing that would be --
5  I'll call it a generic e-mail.
6       Q.   I'm sorry.  Are you done?
7       A.   I'm done.
8       Q.   So you didn't receive any e-mails produced
9  by MB USA, correct?
10      A.   Again, I'd have to go back and look at
11  what I had responded to -- no, I do not believe I
12  had received any of those.
13      Q.   And if I understand you correctly, it's
14  for the similar reason you didn't receive deposition
15  transcripts is because any information in the
16  e-mails would have been irrelevant to your
17  inquiries?
18           MR. LEE:  Object to the form.
19           THE WITNESS:  I believe that is an
20      accurate statement, yes.
21  BY MR. KNAPP:
22      Q.   Earlier today, we also saw some e-mail
23  communications that came from the Takata database.
24  And when I say Takata database, do you know what I'm
25  referring to?

1  A. Not sure. Can you clarify that?
2  Q. Let me rephrase it.
3  A. Okay.
4  Q. You have cited in your other report and
5  have discussed today e-mails that were produced by
6  Takata, and they're marked at the bottom with a
7  Takata-specific Bates label.
8     Do you remember that?
9  A. I do remember that, yes.
10 Q. Did you receive any Takata e-mails with
11 regards to your report from Mercedes-Benz USA?
12 A. I don't remember getting specific e-mails
13 from that, no.
14 Q. It's certainly not listed in Appendix C,
15 right?
16 A. No, everything that I had reviewed for my
17 report for Mercedes was included so no.
18 Q. Did you request from plaintiffs any e-mail
19 communications between Takata, and either
20 Mercedes-Benz USA, or the designer or manufacturer
21 of Mercedes-Benz vehicles?
22 A. I have.
23 Q. I'm sorry. I didn't hear you.
24 A. Yes, I have.
25 Q. Did they provide any to you?

Page 426

1   A. There was none provided.
2   Q. Were you given a reason?
3   A. I don't recall a specific reason being
4   provided to me.
5   Q. You testified earlier that some OEMs may
6   have had awareness of the use of PSAN in Takata
7   airbag inflators because of the OEMs' involvement in
8   development, qualification and production approval
9   of airbags to be used in their vehicles.
10      Do you recall that?
11  A. I do recall that.
12  Q. You've not seen any such information with
13  respect to Mercedes-Benz USA; is that fair?
14  A. I would say that I have not seen such
15  information.
16      I will say that my experience has been
17  that the qualification process associated with
18  Mercedes is similar to what I've experienced with
19  other OEMs, but I have not seen specific information
20  associated with them in this particular case.
21  Q. Let me be a little bit more specific.
22      What I'm referring to here is just
23  Mercedes-Benz USA?
24  A. I got it.
25  Q. You have no information that Mercedes-Benz

Page 427

1  USA was even involved in the qualification process
2  for Takata airbags for use in Mercedes-Benz
3  passenger vehicles; is that correct?
4      A.   Let me be a little more clarifying on that
5  My experience with Mercedes, BMW, and more
6  specifically Audi, was that the development,
7  qualification and acceptance of inflator technology
8  was specific with their German or European
9  facilities, and not specific with their U.S.
10 companies.  So yes, I have not had experience for
11 correspondence with the U.S. contingencies, but
12 their qualification was still with their -- very
13 specific with the company.
14     Q.   So as with VW and BMW, you would have a
15 similar understanding that the German corporation,
16 Daimler AG, for example, would be the one -- the
17 entity involved in the qualification and
18 development, et cetera, for Takata airbags, correct?
19     A.   It would be, but it would still be in
20 conjunction with the fact that it meets U.S.
21 standards.
22     Q.   My question is a little different.  My
23 question goes to Mercedes-Benz USA, the U.S. entity
24 that distributes the vehicles.
25          You have no information to even suggest

Page 428

1  that they were involved in the qualification process
2  as you refer to it, correct?
3       A.   Again, I would say that I don't
4  specifically right now have any specific information
5  associated with that, no.
6       Q.   You certainly don't list any of that in
7  your Appendix C, correct?
8       A.   I do not, no.
9       Q.   Likewise --
10      A.   And there was information requested but
11 none provided.
12      Q.   And, again, the reason it wasn't provided
13 is because MB USA did not have anything relevant to
14 your inquiries as you've previously testified; fair
15 to say?
16      A.   I would say it's fair to say, though,
17 unfair to say that there wasn't some voice coming
18 from, you know, the parent company, so I'm not sure
19 the best way to say that.
20           But I would say that -- whether it was
21 Mercedes or BMW or Volkswagen, the U.S. contingent
22 had a voice in the acceptance of these materials,
23 but the lion share of the decision was European.
24      Q.   Well, for example, you didn't review any
25 Takata inflator DVs or PV reports for Mercedes-Benz

Page 429

1  vehicles, correct?
2      A.  I did not.
3      Q.  But I'm sure you asked for them, correct?
4      A.  I did.
5      Q.  And once again, my understanding is you
6  would have been advised that Mercedes-Benz USA
7  didn't have anything relevant to your inquiries
8  about PV or DV reports, correct?
9      A.  I was informed they were not provided
10 through the discovery process.
11     Q.  Likewise, you did not receive or review
12 any specifications or requirements for Takata
13 inflators used in Takata airbags installed in any
14 Mercedes-Benz passenger vehicles, correct?
15     A.  For this case, I did not receive any of
16 those documents, no.
17     Q.  But you requested them?
18     A.  I did request them.  And again, my
19 experience has been the US contingent is reliant on
20 their parent company response to those kinds of
21 questions.
22     Q.  So, typically, it's the German company
23 that designs and manufacturers that would have those
24 types of documents in your experience, correct?
25     A.  That's been my experience.

Page 511

## CERTIFICATE OF OATH

STATE OF FLORIDA     )
COUNTY OF BROWARD    )

      I, the undersigned authority, certify that ROBERT RENZ personally appeared before me and was duly sworn.

      WITNESS my hand and official seal this 15th day of October, 2021.

*Suzanne Vitale*

SUZANNE VITALE, R.P.R., F.P.R.
Notary Public, State of Florida
My Commission No. DD179981
Expires: 5/24/2024

Page 512

CERTIFICATE

STATE OF FLORIDA  )
COUNTY OF BROWARD )

       I, SUZANNE VITALE, R.P.R., F.P.R. do hereby certify that I was authorized to and did stenographically report the foregoing deposition of ROBERT RENZ; that a review of the transcript was requested; and that the transcript is a true record of my stenographic notes.

       I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

       Dated this 15th day of October, 2021.

*Suzanne Vitale*

       SUZANNE VITALE, R.P.R., F.P.R.
       My Commission No. DD179981
       Expires: 5/24/2024