**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates to All Economic Loss Class Actions and:<br><br><br>STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | MDL No. 2599<br><br>Master File No. 15-MD-2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**DEFENDANT MERCEDES-BENZ USA, LLC'S STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Raoul G. Cantero
Jaime A. Bianchi
WHITE & CASE LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino
Eric J. Knapp
WINSTON & STRAWN LLP
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant
Mercedes-Benz USA, LLC*

Pursuant to Federal Rule of Civil Procedure 56 and Southern District of Florida Local Rule 56.1, Defendant Mercedes-Benz USA, LLC ("MBUSA") submits the following Statement of Undisputed Material Facts in Support of MBUSA's concurrently filed motion for Summary Judgment on the Second Amended Consolidated Class Action Complaint (D.E. 4026) and Supplement to the Second Amended Consolidated Class Action Complaint (D.E. 4522).

## MBUSA'S ROLE IN THE SUPPLY CHAIN

1. MBUSA distributes, retails, and warrants Mercedes-Benz passenger vehicles in the United States. **Ex. 1**,[1] Aikman Dep., at 24:12–15, 70:13–16; **Ex. 2**, Brunner Dep., at 38:3–15; **Ex. 3**, Mark Warner Expert Report, at 2.

2. With one exception, MBUSA does not own or control any authorized Mercedes–Benz dealership; each is independently owned and operated. **Ex. 1**, Aikman Dep., at 22:7–15; **Ex. 4**, Tait Dep., at 98:19–99:6.

3. MBUSA does not design or manufacture Mercedes-Benz passenger vehicles or any of their component parts. **Ex. 5**, MBUSA's Resps. & Objs. to Pls.' Interrogs. ("MBUSA's Interrog. Resps."), at No. 5.

4. MBUSA was not involved in the research, development, analysis, or testing of Takata airbag inflators or inflator propellant. **Ex. 1**, Aikman Dep., at 70:5–71:13; **Ex. 6**, Gunther Dep., at 78:14–24, 102:25–103:9, 104:23–105:7; **Ex. 7**, MBUSA's Interrog. Resps., at No. 7.

5. MBUSA did not have any communications with Takata regarding the development, design, manufacture, assembly, comparison, testing, or analysis of Takata airbag inflators. **Ex. 1**, Aikman Dep., at 14:21–16:7, 70:5–74:15; **Ex. 2**, Brunner Dep., at 38:3–15, 121:17–122:20; **Ex. 7**, MBUSA's Interrog. Resps., at No. 4; **Ex. 8**, Lowery Dep., at 76:5–17.

6. MBUSA did not know that certain Mercedes-Benz vehicles sold in the United States were equipped with Takata airbag inflators until late 2015, shortly before Takata reported the alleged defect in January 2016. **Ex. 2**, Brunner Dep., at 10:22–11:13, 21:10–23:5, 35:12–18,

---

[1] Exhibits refer to the exhibits attached to the concurrently filed Declaration of Raoul G. Cantero in Support of Defendant Mercedes-Benz, USA LLC's Motion for Summary Judgment.

1

36:24–37:10, 97:14–98:12, 101:20–102:12; **Ex. 4**, Tait Dep., at 54:13–23, 59:7–62:25, 69:3–16; **Ex. 6**, Gunther Dep., at 75:17–77:8, 102:24–103:9; **Ex. 8**, Lowery Dep., at 32:14–21; **Ex. 9**, Analil Dep., at 37:10–38:12, 94:6–95:9, 153:13–17; **Ex. 10**, Brunner Decl., ¶ 5.

7. Although there had been no inflator ruptures or other issues described in Takata's January report in any Mercedes-Benz vehicle, the manufacturer of Mercedes-Benz vehicles, Daimler AG, voluntarily issued a recall of vehicles equipped with the Takata airbag modules in February 2016.  **Ex. 10**, Brunner Decl., ¶ 6.

8. Daimler redesigned the airbag modules with inflators containing a different type of propellant, then implemented the recalls, replacing the airbag modules with Takata inflators in recalled vehicles with the newly designed modules free of charge.  *Id.* ¶¶ 7, 8, 10.

9. Daimler redesigned the airbag modules "with the approval and acknowledgement of NHTSA" and implemented the recalls "per NHTSA directives and with its oversight." *Id.* ¶¶ 7, 8.

10. All new Mercedes-Benz passenger vehicles come with a New Vehicle Limited Warranty ("NVLW") covering defects in materials and workmanship for a period of four years or 50,000 miles, whichever occurs first.  **Ex. 11**, Brunner Decl., ¶ 17.

11. The NVLW provides a disclaimer for the duration of the implied warranty:

> THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE LIMITED TO THE FIRST TO OCCUR OF 48 MONTHS OR 50,000 MILES FROM THE DATE OF INITIAL OPERATION OR ITS RETAIL DELIVERY . . . WHICHEVER EVENT SHALL FIRST OCCUR.

*Id.*

12. This same disclaimer language appears in all warranties applicable to the named plaintiffs' Mercedes-Benz vehicles.  *Id.* ¶ 18.

### PLAINTIFF THERESA MARIE RADICAN (RHODE ISLAND & CONNECTICUT, HAWAII, MAINE, NEBRASKA, OKLAHOMA, VERMONT, VIRGINIA, WEST VIRGINIA)

13. Plaintiff Theresa Marie Radican is deceased as of July 19, 2023. *See Theresa M. Radican Obituary*, BARRETT & COTTER (July 19, 2023), https://www.barrettandcotter.com/obituaries/Theresa-M-Radican?obId=28516351.

14. On October 8, 2007, Radican purchased a new 2008 C 300 from UAG West Bay Inskip Auto Center in Warwick, Rhode Island. **Ex. 12**, Radican's Resps. & Objs. to MBUSA's Interrogs., at No. 1.

15. Radican previously owned a C 280, an earlier model, and Radican knew she wanted the 2008 C 300 "because that was the year that they changed the design, and [she] liked the design much better than the previous one." **Ex. 13**, Radican Dep., at 61:16–23.

16. Radican did not review any advertisements or other marketing materials before she purchased her vehicle. *Id.* at 61:24–62:2 ("Q. Did you or your husband do any research online about the car before you went to the dealership?  A. No.").

17. In July 2016, Radican received a recall notice letter from MBUSA that offered to replace her airbags for free. *Id*. at 101:21–24.

18. On August 6, 2018, Radican performed the recall and had her airbags repaired free of charge. *Id.* at 99:24–100:3, 108:14–21.

19. The airbags in Radican's vehicle never deployed abnormally. **Ex. 14**, Radican's Resps. & Objs. to MBUSA's Reqs. for Admis., at No. 1.

20. Radican sustained no out-of-pocket or loss-of-use expenses as a result of the Takata airbag-inflator recall. **Ex. 12**, Radican's Resps. & Objs. to MBUSA's Interrogs., at No. 9; **Ex. 15**, Radican's Resps. & Objs. to MBUSA's Reqs. for Produc., at No. 16.

21. Radican sold the vehicle on August 20, 2018, to Stacey R. and Mervin E. Aston Jr., her daughter and son-in-law, for $500.00. **Ex. 12**, Radican's Resps. & Objs. to MBUSA's Interrogs., at No. 3; **Ex. 13**, Radican Dep., at 112:7–113:15. This was a "nominal sum" that was not based on the car's value. *Id.*

22. When asked how much she would have paid for her vehicle had she had known about the inflator defect, Radican refused to provide an answer. **Ex. 12**, Radican's Resps. & Objs. to MBUSA's Interrogs., at No. 8. Instead, she objected to the request on the basis, among others, that it was "entirely speculative in nature." *Id.*

3

23. Radican first filed her claims on March 14, 2018. D.E. 2430, *Puhalla* Compl., ¶ 116; Compl. ¶ 62, *Maestri v. Mercedes-Benz USA, LLC*, No. 18-cv-01070 (N.D. Ga. Mar. 14, 2018), ECF No. 1 ("*Maestri* Compl.").

### PLAINTIFF DAPHNE BRIDGES (NORTH CAROLINA & COLORADO, UTAH, VIRGINIA, WEST VIRGINIA, WISCONSIN)

24. On April 4, 2015, Plaintiff Daphne Bridges purchased a used 2014 C 250 from Hendrick Motors of Charlotte in Charlotte, North Carolina. **Ex. 16**, Bridges' Resps. & Objs. to MBUSA's Interrogs., at No. 1.

25. Bridges viewed unspecified documents provided by Hendrick Motors of Charlotte and unspecified advertisements, but she could not recall in her interrogatory responses which documents and advertisements she viewed. *Id.* at No. 2. In her deposition, Bridges testified that she did not recall seeing any Mercedes-Benz marketing materials, other than the dealership's financing promotions on its website, related to the Mercedes-Benz C-Class. **Ex. 17**, Bridges Dep., at 48:15–49:16, 161:13–162:18. Bridges did not maintain in her interrogatory responses or in her deposition that she relied on any statements by MBUSA regarding the safety of the C-Class vehicles or their airbags. *See id.*; **Ex. 16**, Bridges' Resps. & Objs. to MBUSA's Interrogs., at No. 2.

26. Bridges received an express warranty from MBUSA (which was always honored when requests for service or repair were made). **Ex. 17**, Bridges Dep., at 47:17–22, 67:4–7.

27. Bridges received a recall notice letter from MBUSA that offered to replace her airbags for free. *Id.* 75:19–76:8.

28. Bridges kept driving her vehicle after being notified of the Takata airbag-inflator recall. *Id.* at 70:23–72:2, 84:17–85:15, 99:8–103:4, 107:10–108:12; **Ex. 18**, Bridges' Resps. & Objs. to MBUSA's Reqs. for Admis., at No. 5. Her significant other also rode in the car with her after she had been notified of the Takata airbag-inflator recall. **Ex. 17**, Bridges Dep., at 123:6–15.

29. The airbags in Bridges' vehicle never deployed abnormally. **Ex. 18**, Bridges' Resps. & Objs. to MBUSA's Reqs. for Admis., at No. 1.

30. Bridges sustained no out-of-pocket costs or loss-of-use expenses as a result of the Takata airbag-inflator recall. **Ex. 16**, Bridges' Resps. & Objs. to MBUSA's Interrogs., at No. 9; **Ex. 17**, Bridges Dep., at 140:10–141:25.

31. Bridges traded in the vehicle in June 2020 with a valuation that neared or exceeded what her own self-conducted research revealed was the market value of the subject vehicle at the time she traded it in. **Ex. 17**, Bridges Dep., at 133:16–135:19.

32. Bridges first filed her claims on March 14, 2018. D.E. 2430, *Puhalla* Compl., ¶ 45; *Maestri* Compl. ¶ 26.

### PLAINTIFFS JOHN ("JACK") & NANCY PHILLIPS (OREGON)

33. On May 24, 2014, Plaintiffs Jack and Nancy Phillips purchased a used 2010 Mercedes-Benz R 350 BlueTEC from a private seller in Portland, Oregon. **Ex. 19**, Phillips' Resps. & Objs. to MBUSA's Interrogs., at No. 1; **Ex. 20**, Phillips Dep., at 38:6–40:9, 40:1–3.

34. Jack Phillips consulted CARFAX, Craigslist, and other online advertisements when deciding to purchase the vehicle. **Ex. 20**, Phillips Dep., at 42:15–24. He did not recall any specific advertisements besides the CARFAX report and the seller's for-sale advertisement on Craigslist. *Id.* at 61:7–62:13, 66:13–67:14. He did not recall the content of any other advertisements beyond the "high quality" of the R 350. *Id.* at 62:11–13. He did not recall whether he viewed the advertisements or marketing materials identified in the Complaint. *Id.* at 89:18–90:1; **Ex. 21**, Phillips' Resps. to MBUSA's Reqs. for Admis., at No. 6. And he did not recall anything specific from MBUSA. *Id.* at 66:13–67:14.

35. In May 2016, Jack Phillips received a recall notice letter from MBUSA that offered to replace his airbags for free. **Ex. 20**, Phillips Dep., at 93:10–24.

36. Jack Phillips' airbags were replaced for free at Mercedes-Benz of Portland. *Id.* at 91:2–5, 92:3–12.

37. The airbags in Jack Phillips' vehicle "never deployed abnormally." **Ex. 21**, Phillips' Resps. to MBUSA's Reqs. for Admis., at No. 1.

38. After the airbags were replaced, Jack and Nancy Phillips ran into a large tree while

5

driving the vehicle.  **Ex. 20**, Phillips Dep., at 45:6–17, 51:21–52:3.  Jack Phillips testified, "Mercedes saved our life."  *Id.* at 46:25–47:1.  Jack Phillips' insurer declared the vehicle a total loss and paid him $12,153 for its value.  *Id.* at 44:7–11, 52:13–19.

39. Jack Phillips sustained no out-of-pocket or loss-of-use expenses as a result of the Takata airbag-inflator recall.  **Ex. 19**, Phillips' Resps. & Objs. to MBUSA's Interrogs., at No. 9.

40. Jack and Nancy Phillips first filed their claims on March 14, 2018.  D.E. 2430, *Puhalla* Compl., ¶ 154; *Maestri* Compl. ¶ 60.

41. Jack Phillips is deceased as of February 9, 2023.  *See John "Jack" Fredrick Phillips (August 29, 1934–February 9, 2023)*, VERONICA'S VOICE (Mar. 9, 2023), https://www.vernoniasvoice.com/obituaries/john-jack-fredrick-phillips-august-29-1934-february-9-2023/article_d21aaf54-beb6-11ed-8acb-ff1355ea1e23.html.

42. Jack Phillips was the primary driver of the vehicle.  **Ex. 20**, Phillips Dep., at 120:21–121:9.  His research led to the vehicle purchase.  *Id.* at 40:8–9, 42:15–24; **Ex. 19**, Phillips' Resps. & Objs. to MBUSA's Interrogs., at No. 1; *see also, e.g.*, **Ex. 20**, Phillips Dep., at 56:13–14 ("before I bought [the car]"), 121:16.

43. Nancy Phillips was noticed for deposition on August 10, 2020, but could not be deposed due to disability and illness.  **Ex. 20**, Phillips Dep., at 22:19-23:2; **Ex. 22**, Notice of Deposition of Nancy D. Phillips.

### PLAINTIFF SUSAN KNAPP (IOWA)

44. On May 27, 2011, Plaintiff Susan Knapp purchased a new 2011 Mercedes-Benz E 550 from Mercedes-Benz of Des Moines in Des Moines, Iowa.  **Ex. 23**, Knapp's Resps. & Objs. to MBUSA's Interrogs., at No. 1.

45. Knapp could not recall if she saw any specific advertisements or brochures for the 2011 E 550 before purchasing the vehicle and has no memory of any specific advertisement. **Ex. 24**, Knapp Dep., at 92:3–12, 99:1–10, 239:12–24.

46. The airbags in Knapp's vehicle never deployed abnormally.  *Id.* at 103:9–11 (Q. "[I]n other words, your airbag never deployed for no reason, fair? A. That's correct."); *id.* at 104:3–

6

11, 189:16–23.

47. Knapp sustained no out-of-pocket or loss-of-use expenses as a result of the Takata airbag-inflator recall. *Id.* at 218:25–219:25; **Ex. 23**, Knapp's Resps. & Objs. to MBUSA's Interrogs., at No. 9.

48. Knapp learned of the recall in 2016. **Ex. 24**, Knapp Dep., at 180:22–181:1.

49. Knapp received a recall notice letter from MBUSA that offered to replace her airbags for free. *Id*. at 145:9–13, 175:1–5.

50. Knapp traded the subject Mercedes in for a new vehicle at Willis Auto Campus on November 1, 2017. *Id.* at 169:11–19.

51. No one from Willis Auto Campus made any statement regarding the airbags in Knapp's 2011 E 550 Mercedes being subject to a recall, nor did Knapp inform Willis Auto Campus that the airbags in the 2011 Mercedes were subject to a recall. *Id.* at 185:3–7, 188:1–6.

52. Knapp's trade-in documentation included a Buyer's Trade-In Certification that the subject Mercedes-Benz's airbags were "intact and in working order." *Id.* at 187:13–25.

53. Knapp did not have the recall performed before trading in her vehicle. *Id.* at 188:11–13.

54. Knapp first filed her claims on June 28, 2017. Compl. ¶ 42, *Krmpotic v. Takata Corp.*, No. 17-cv-04771 (D.N.J. June 28, 2017), ECF No. 1.

### PLAINTIFF WILLIAM GOLDBERG (WASHINGTON)

55. On December 26, 2010, Plaintiff William Goldberg purchased a new 2011 Mercedes-Benz GLK 350 at Mercedes-Benz of Bellevue in Bellevue, Washington. **Ex. 25**, Goldberg Dep., at 32:5–12, 37:1–5; **Ex. 26**, Goldberg Resps. & Objs. to MBUSA's Interrogs., at No. 1.

56. Before he purchased his vehicle, Goldberg viewed unspecified television advertisements related to Mercedes generally, and he reviewed a brochure specific to the Mercedes-Benz GLK 350 provided by Mercedes-Benz of Bellevue. **Ex. 25**, Goldberg Dep., at 34:19–35:6; **Ex. 26**, Goldberg Resps. & Objs. to MBUSA's Interrogs., at No. 2. Goldberg did not

7

testify that he viewed or relied on any statements particular to the airbags in the GLK 350, nor has he contended that any statements in the brochure were false or misleading. *See* **Ex. 25**, Goldberg Dep., at 34:19–35:6, 43:15–20; *see also* **Ex. 27**, Goldberg's Resps. & Objs. to MBUSA's Reqs. for Admis., at No. 6 ("Plaintiff does not remember whether Plaintiff viewed the specific advertisements or marketing materials identified in paragraph 221 of the Complaint.").

57. Goldberg received a recall notice letter from MBUSA that offered to replace his airbags for free. **Ex. 25**, Goldberg Dep., at 50:2–5.

58. The airbags in Goldberg's vehicle never deployed abnormally. **Ex. 27**, Goldberg's Resps. & Objs. to MBUSA's Reqs. for Admis., at No. 1; *see also* **Ex. 25**, Goldberg Dep., at 90:13–15.

59. Goldberg sustained no out-of-pocket or loss-of-use expenses as a result of the Takata airbag-inflator recall. **Ex. 26**, Goldberg's Resps. & Objs. to MBUSA's Interrogs., at No. 9 ("At this time Plaintiff cannot identify any out-of-pocket and/or loss-of-use expenses that Plaintiff incurred."); **Ex. 25**, Goldberg Dep., at 76:13–77:22.

60. Goldberg traded the vehicle on July 30, 2016, for a 2016 GLC at Mercedes-Benz of Bellevue. **Ex. 28**, GOLDBERG_000044.

61. Goldberg first filed his claims on March 14, 2018. D.E. 2430, *Puhalla* Compl., ¶ 76; *Maestri* Compl. ¶ 60.

### PLAINTIFF BETTIE TAYLOR (MISSISSIPPI)

62. On May 5, 2012, Plaintiff Bettie Taylor purchased a used 2010 Mercedes-Benz C 300 from Bo Haarala Autoplex in Meridian-Forest, Mississippi. **Ex. 29**, Taylor's Resps. & Objs. to MBUSA's Interrogs., at No. 1; **Ex. 30**, Taylor Dep., at 64:14–65:3.

63. Bo Haarala Autoplex is a third-party dealership not affiliated with MBUSA. **Ex. 11**, Brunner Decl., ¶ 11; **Ex. 30**, Taylor Dep., at 92:19–93:1.

64. The vehicle was delivered to the original owner on November 30, 2009. **Ex. 31**, TAYLOR_000024.

65. Taylor recalls seeing and hearing advertisements for Mercedes-Benz vehicles in

general, but not for the 2010 C 300 model. **Ex. 30**, Taylor Dep., at 72:14–16, 73:24–74:2. She did not recall where she saw or heard the advertisements or whether she saw or heard them before purchasing the vehicle. *Id.* at 72:20–73:18, 74:10–23. She did not recall any advertisements she relied on in deciding to purchase the vehicle. *Id.* at 75:17–21. She did not recall any statements from MBUSA about the vehicle. *Id.* at 93:17–24 ("Q: You do not recall any statements MBUSA made to you about the subject vehicle, correct?  A: I don't recall."). She did not recall whether she visited the MBUSA website or read any MBUSA press releases before purchasing the vehicle. *Id.* at 169:9–23. And she did not recall whether she viewed the advertisements or marketing materials identified in the Complaint. **Ex. 32**, Taylor's Resps. to MBUSA's Reqs. for Admis., at No. 6.

66. In May 2016, Taylor received a recall notice letter from MBUSA that offered to replace her airbags for free. **Ex. 30**, Taylor Dep., at 76:15–16, 104:22–25; **Ex. 33**, TAYLOR_000005.

67. The airbags in Taylor's vehicle never deployed abnormally. **Ex. 32**, Taylor's Resps. to MBUSA's Reqs. for Admis., at No. 1; **Ex. 30**, Taylor Dep., at 78:1–3, 140:3–4.

68. Taylor's airbags were replaced for free at Mercedes-Benz of Mobile in Mobile, Alabama. **Ex. 30**, Taylor Dep., at 108:1–4, 108:21–24; **Ex. 33**, TAYLOR_000024.

69. Taylor sustained no out-of-pocket or loss-of-use expenses as a result of the Takata airbag-inflator recall. **Ex. 29**, Taylor's Resps. & Objs. to MBUSA's Interrogs., at No. 9.

70. As of September 14, 2020, Taylor still owned the vehicle. **Ex. 30**, Taylor Dep., at 122:18–25.

71. Taylor first filed her claims on March 14, 2018. D.E. 2430, *Puhalla* Compl., ¶ 123; *Maestri* Compl. ¶ 60.

### PLAINTIFF PAULETTE CALHOUN (GEORGIA)

72. On September 22, 2015, Plaintiff Paulette Calhoun purchased a used 2011 Mercedes-Benz C 300 from a private seller in Atlanta, Georgia. **Ex. 34**, Calhoun's Resps. & Objs. to MBUSA's Interrogs., at No. 1; **Ex. 35**, Calhoun Dep., at 105:19–106:4.

73. Calhoun was looking for a Mercedes-Benz vehicle similar to the model she owned at the time because she "love[d] the way they [Mercedes-Benz vehicles] drive." **Ex. 35**, Calhoun Dep., at 111:4–12.

74. Calhoun did not recall seeing or hearing any specific MBUSA advertisements or marketing materials. **Ex. 34**, Calhoun's Resps. & Objs. to MBUSA's Interrogs., at No. 2. She did not review any advertising in connection with her purchase of the vehicle (besides the private seller's for-sale advertisement). **Ex. 35**, Calhoun Dep., at 111:13–112:18 ("Q: Aside from the prior experience that was favorable with Mercedes vehicles, did you review any advertising in connection with your purchase of the [subject vehicle]? A: No.").

75. In December 2017, Calhoun received a recall notice letter from MBUSA that offered to replace her airbags for free. *Id.* at 143:6–25; **Ex. 36**, CALHOUN_000010.

76. Before the airbags could be replaced, another driver rear-ended Calhoun's vehicle, and the vehicle was declared a total loss. **Ex. 35**, Calhoun Dep., at 153:7–154:15; *see also* D.E. 4180 ¶ 76; D.E. 4251 ¶ 76. Calhoun received a total loss payment from the driver's insurance company. **Ex. 35**, Calhoun Dep., at 45:25–46:1, 154:16–22. The Takata airbag inflators did not factor into the valuation of Calhoun's vehicle. *See* **Ex. 37**, CALHOUN_000055–56; *id.* at CALHOUN_000055; *id.* at CALHOUN 000070.

77. The airbags in Calhoun's vehicle never deployed abnormally. *Id.* at 183:24–184:5; **Ex. 38**, Calhoun's Resps. to MBUSA's Reqs. for Admis., at No. 1.

78. Calhoun sustained no out-of-pocket or loss-of-use expenses as a result of the Takata airbag-inflator recall. **Ex. 34**, Calhoun's Resps. & Objs. to MBUSA's Interrogs., at No. 9; *see* **Ex. 35**, Calhoun Dep., at 187:8–189:1.

79. After the vehicle was totaled, Calhoun purchased a second 2011 Mercedes-Benz C 300 from a private seller. **Ex. 35**, Calhoun Dep., at 60:1–9. She was aware of the Takata airbag-inflator recall but did not ask the seller about the airbags. *Id.* at 66:21–67:6, 68:3–5.

80. Calhoun first filed her claims on March 14, 2018. D.E. 2430, *Puhalla* Compl., ¶ 123; *Maestri* Compl. ¶ 30.

Dated: July 12, 2024                                    Respectfully submitted,

*/s/ Raoul G. Cantero*
Raoul G. Cantero (Florida Bar No. 552356)
raoul.cantero@whitecase.com
Jaime A. Bianchi (Florida Bar No. 908533)
jbianchi@whitecase.com
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino (*admitted pro hac vice*)
TYoshino@winston.com
Eric J. Knapp (*admitted pro hac vice*)
EKnapp@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                 By: */s/ Raoul G. Cantero*
                     Raoul G. Cantero