UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**<br><br>**This Document Relates to All Economic Loss Class Actions and:**<br><br>**ECONOMIC LOSS TRACK CASES AGAINST <u>MERCEDES-BENZ USA, LLC</u>** | MDL No. 2599<br><br>Master File No.15- MD 2599- FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**DECLARATION OF PETER PRIETO IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANT MERCEDES-BENZ USA, LLC'S
STATEMENT OF UNDISPUTED MATERIAL FACTS AND PLAINTIFFS'
STATEMENT OF ADDITIONAL FACTS IN OPPOSITION TO DEFENDANT'S
<u>MOTION FOR SUMMARY JUDGMENT, PURSUANT TO LOCAL RULE 56.1</u>
(FILING 1 OF 10)**

I, PETER PRIETO, declare as follows:

1. I am an attorney admitted to practice in this Court. I am a partner at the law firm of Podhurst Orseck, P.A., counsel of record for Plaintiffs in the above-entitled action. Based on personal knowledge of the matters stated herein, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

| EXHIBIT NO. | EXHIBIT NAME |
|---|---|
| 1 | Deposition Transcript of Thomas Brunner – 9/24/2020 |
| 2 | MBUSA_00153443 at MBUSA_00153463 |
| 3 | CUST038_PRIV00093198 |

1

| 4 | Brunner 2020 Dep. Tr. Ex. 25 at TKH-MDL-0003214060 |
| --- | --- |
| 5 | 16V-363 |
| 6 | 16V-081 |
| 7 | 17V-017 |
| 8 | MBUSA_00083957 at MBUSA_00083958 |
| 9 | Goldberg Dep. Tr. Ex. 4 |
| 10 | TAYLOR000005 |
| 11 | Mercedes Benz USA sales – Q4 2023) |
| 12 | Mercedes-Benz C-Class Offers Sport or Luxury Persona - C-Class – The Most Popular Mercedes-Benz) |
| 13 | MBUSA_00124376 at MBUSA_00124376 |
| 14 | Monroney label for Class Representative Knapp's Class Vehicle. |
| 15 | NHTSA, July 25, 2024, "Takata Airbag Recall Spotlight") |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of August, 2024 at Miami, Florida.

By: /s/ *Peter Prieto*_____
Peter Prieto

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ *Peter Prieto*_____
Peter Prieto