# EXHIBIT NO. 2



# Customer Services Update

Christian Treiber
Vice President – Customer Services

Mercedes-Benz
The best or nothing.



CONFIDENTIAL

# Takata Update

**Passenger Cars**

**Launched**
Dealer – 10/11/16
41K Owners Final Notification Mailed
between 10/18 – 11/11
Per 12/6: 4,113 VINs repaired
ML/GL/R Customer Notifications to follow

**52K**
Recall
Q4/2016

**Launching**
Dealer – 11/11/16 – 50 units
50 Removed from Dealer Pay List as of 11/18
Dealer – Mid-December- 600 units
No Customer Notification Necessary

**650**
Service Campaign
Q4/2016

**Current ETA Parts:**
March/April 2017

**3,339**
C1 Action
tbd

| | | |
|---|---|---|

**What**

**Final Remedy – <u>Desiccated</u> inflators**

Driver Airbag

 

**Like-for-Like (LFL) Replacements**

Driver Airbag AND
Passenger Airbag

**Like-for-Like (LFL) Replacements**

Driver Airbag Only

Passenger Airbag Only

Driver Airbag AND Passenger Airbag

**Which**

Vehicles

**Customer Vehicles**

**41K - C (203) / SLK (171)** – MY 2005-2008 – Oct 2016
**11K - ML /GL(164) / R(251)** – MY 2009 – Jan 2017

Vehicles

**Validated Retail Hold Vehicles in Dealer Inventory**

**C (204)**– MY 2008 – 09

50 launched 11/11/16 in **HaH states**
Balance **Nationwide** Mid-December 2016

Vehicles

**Retail Hold Vehicles in Dealer Inventory**

ML/GL – MY 2009-2012 | SLK – MY 2007-2008 | SLS - MY 2012-2012 | C – MY 2005-2007 | C/GLK – MY 2010-2012 | E Coupe/Conv – MY 2010-2011 | E MY 2010-2011 | R MY 2009-2012

**Where**

**HaH States**
High Absolute Humidity



HI, TX, LA, MS, AL, GA, FL + PR

**Nationwide**



**Nationwide**
Based on Stop Sale



Mercedes-Benz

# Takata Update

Passenger Cars

## Completion Tracking

**Driver's Side – Desiccated Inflators**



Vehicles Affected — 52k

Vehicles Repaired — 4,113

**C204 – Like-for-Like Replacement**



Vehicles Affected — 650

Vehicles Repaired — 17

## MB Select Plus

- 11 VINs covered
- $2,800 used

## Maximizing Completion Rates

### Engineering Services

Use CityTwist (vendor) to identify Facebook/Instagram of specific owners who have models with airbags in stock.

Use Polk data to add phone numbers to affected VINs.

### Customer Assistance Center

Leverage phone numbers from Polk data and information from Facebook/Instagram to contact customers and drive them in for service. Customer contact will soon be done by a vendor.

### Aftersales Business Development

Use social media to cast a wide net and reach those affected by the recall and drive clicks to the MBUSA Takata site and VIN lookup.

Mercedes-Benz

CONFIDENTIAL

# Takata Update: MB Select PLUS



## Communication Date: October 21

What are appropriate uses under the MB Select PLUS Goodwill Program?

- ✓ SRS Light on (diagnosis, repair)
- ✓ Roadworthy repairs (e.g. worn tires, worn brakes, inoperative lights, cracked windshield, etc.)
- ✓ Fluid leaks, worn belts, maintenance services (due at time of visit)

CONFIDENTIAL

Mercedes-Benz

MBUSA_00153446

# StockPro Rollout Update





# StockPro Customer Fill Rate Advancement

### XL Dealers
Sample Size: 4



### Large Dealers
Sample Size: 12



### Medium Dealers
Sample Size: 15



### Small Dealers
Sample Size: 7



Mercedes-Benz

CONFIDENTIAL

MBUSA_00153448

# Dealer Acceptance Rate for StockPro Orders



**National**

Mercedes-Benz
CONFIDENTIAL

MBUSA_00153449

# Carlisle Parts Manager Survey Responses

## Majority of respondents had a favorable or neutral view of StockPro (RIM)



# MBUSA Survey of StockPro Users



We received responses from 41 of 130 dealers

*Changes since last report

Mercedes-Benz
CONFIDENTIAL

MBUSA_00153451

# StockPro Top 5 Enhancements

## Underlying theme: "Building Trust"

| Dealer Concern | Enhancement | Timeline |
|---|---|---|
| I don't understand/agree with some of the stocking formula calculations | New PM eLearning in development<br>2 Extra dealer support resources<br>Dealer Webinars | Mar 2017<br>Q1 2017<br>Monthly |
| Provide more flexible parameters | 10 new parameter sets in development<br>Parameter setting simulation tool<br>*(5 sets already in pilot at select stores and being monitored for effectiveness and simulation tool will assist by testing best scenarios for dealers)* | Q1 2017<br>Q1 2017 |
| Avoid stock-outs and or excess inventory | New parameter sets to help mitigate stockouts/ excess stock  *i.e., 1) new Aggressive Parameters that will replenish and forecast quicker based on demand 2) new Conservative Parameters to reduce excess safety stock* | Q1 2017 |
| KPIs not improving as expected | New parameters to bolster performance<br>New Performance Reports for monitoring WIP<br>CIBER Consulting Results - 7 Dealers Oct/Nov | Q1 2017<br>Q1 2017<br>Due Dec. 13 |
| Make overall parts ordering easier / quicker | StockPro ordering screens streamlined<br>Add New Model parts to StockPro (pilot F Jones)<br>Add select National Accounts (not Tires) | Q4 - Q1 2017<br>2017<br>2017 |

Mercedes-Benz

# NPSMM 2017: Recognize. Optimize. Digitize.



February 5-7, 2017

Mercedes-Benz

CONFIDENTIAL

MBUSA_00153453

NR Redacted PARTS

Mercedes-Benz

CONFIDENTIAL

MBUSA_00153454



Backup

Mercedes-Benz
The best or nothing.



CONFIDENTIAL

MBUSA_00153455

# Inventory Development



Mercedes-Benz
CONFIDENTIAL

MBUSA_00153456

# Inventory Development



Mercedes-Benz

CONFIDENTIAL

# Takata Update



**Commercial Vans**

**15K** Recall Q4/2016

*Launched*
Dealer – 10/14/16
Customer Notifications – 10/21/16

**22K** Recall Q1/2017

*Scheduled Launch*
January 2017

**Topic**

*Plan changed*

GLC Order Proposal for 22K Airbags
- Order directly from Takata, treat as Domestic Vendor
- MBUSA Requirements:
  - EDI Setup
  - Purchasing Vendor Setup Payment and Budget

**What**

Passenger Airbag

Final Remedy – <u>Desiccated</u> inflators

Driver Airbag

Final Remedy – <u>Desiccated</u> inflators

## New Scenario

These airbags are now being procured and shipped via GLC using the standard supply chain lane – Vendor → GLC → MBUSA.

Three alternate supply chain options are being considered for future airbag shipments affecting not only CV but also PC around August 2017:

1. Supply through GLC by seafreight

2. Supply via MBUSI Tuscaloosa

3. Supply through the bypass process

**Which**

Vehicles

Sprinter – Zone A – MY 2007-2011
Sprinter – Zone B – MY 2007-2008

Vehicles

Sprinter – Zone A – MY 2007-2012
Sprinter – Zone B – MY 2009
Sprinter – Zone C – MY 2007-2008

**Where**

Zones A + B

Zones A + B + C

Mercedes-Benz

CONFIDENTIAL

MBUSA_00153458

# Key Performance Indicators for Fixed Operations



Mercedes-Benz
CONFIDENTIAL

NR Redacted_Marketing

Mercedes-Benz
CONFIDENTIAL

MBUSA_00153460

Mercedes-Benz

CONFIDENTIAL

MBUSA_00153461

# NPSMM: Phoenix 2017



|  | Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|---|
| **Morning** | NPSMM Field Walk Through | NPSMM Expo & Workshops / NSFM Breakouts | NPSMM Expo & Workshops / NSFM Breakouts / General Session | AS Field Manager Meeting General Session & Breakout |
| **Afternoon** | General Session | NPSMM Expo & Workshops / NSFM @ NSPMM Expo | AS Field Manager Meeting General Session & Breakout / MBDB Fixed Ops Subcommittee Meeting | • General Sessions are combined • Breakout sessions are meeting / group specific: NSFM: 4 sessions NPSMM: 3 sessions Field: 4 sessions • Lunch and dinner events are combined |
| **Evening** | Superbowl Party & Dinner | Group Dinner | Field Dinner | |

Mercedes-Benz

CONFIDENTIAL

MBUSA_00153462

# Takata Update

**Passenger Cars**



**52K**
Recall
Q4/2016

**Launched**
Dealer – 10/11/16
41K Owners Final Notification Mailed
between 10/18 – 11/11
Per 11/28: 3,575 VINs repaired
ML/GL/R Customer Notifications to follow

## Topics

### Completion Tracking

**4,113 VINs Repaired**

Per 11/28

### MB Select PLUS

**11 VINs - $2,800**

### CAC Headcount

Additional call center agents approved – **hiring in process.**

### Field Communication

Follow-Up Field and Dealer Communication Early December in HaH states → **Completion** → **Outreach** – Planned for 12/5

### Reverse Logistics



Testing: Test Program    Daimler Slide

**Flow of return shipments for testing has begun.**
- Initial shipment of 300 sent to Takata USA
- VCA Tom Brunner and DAG/Holger Boehme visited Takata USA and received overview of testing facility
- Initial shipment of 63 sent to EuroGBZ for distribution to Takata Germany and Fraunhofer Institute
- Return shipments will continue as airbags flowing back to QEC from dealers and PDCs becoming more steady.

### Maximizing Completion Rates – Outreach Programs


SOCIAL MEDIA

**VCA**
Social Media 70%
(Vendor CityTwist)
Polk Phone Append

**ASBD**
• Social Media
• Postcard

**CAC**
Phone
(Vendor Stericycle)

**ASBD/Social Media:**
**Target:** Anyone impacted by the Takata recall. Using **Social Media** to drive clicks to MBUSA Takata Webpage / VIN look-up

**ES/Social Media:**
**Target** 41K Owners - Using Vendor CityTwist w/tools to identify vehicle owner's Facebook or Instagram accounts –**Start Feed Date:** 12/5 (NDA signed, initial match file processed at 70% – high enough to move ahead, Vendor/PR/PO being processed)

**ES/Polk Data Append Phone Numbers:**
Target 41K Owners - Phone Number Append **Scheduled Receipt Date and Start Feed Date:** 12/5

Feed →

**Target:** 41K Owners of Recall Wave 1

CAC will start making calls 11/28 **on initial list w/phone numbers** with **additional phone numbers from CityTwist and Polk** to CAC and being transitioned over to vendor Stericycle **starting 12/5**

**Target:** Anyone impacted by the Takata recall with a pending flag (final and interim notifications) – **Target Mailing Date: Mid-December** – more encompassing outreach for future recall campaigns

*Mercedes-Benz*

CONFIDENTIAL

# NR Redacted PRICING

Mercedes-Benz

CONFIDENTIAL

MBUSA_00153464