# EXHIBIT NO. 3

# TO BE FILED UNDER SEPARATE COVER