# EXHIBIT NO. 5

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report     16V-363

OMB Control No.: 2127-0004

| | |
|---|---|
| **Manufacturer Name :** | Mercedes-Benz USA, LLC. |
| **Submission Date :** | MAY 25, 2016 |
| **NHTSA Recall No. :** | 16V-363 |
| **Manufacturer Recall No. :** | NR |



**Manufacturer Information :**

| | |
|---|---|
| Manufacturer Name : | Mercedes-Benz USA, LLC. |
| Address : | One Mercedes Dr, PO Box 350 |
| | Montvale NJ 07645-0350 |
| Company phone : | 1-800-367-6372 |

**Population :**

| | |
|---|---|
| Number of potentially involved : | 199,705 |
| Estimated percentage with defect : | 100 % |

**Vehicle Information :**

    **Vehicle 1 :** 2010-2011 Mercedes-Benz C300 Sedan
    Vehicle Type : LIGHT VEHICLES
    Body Style : 4-DOOR
    Power Train : GAS
    Descriptive Information : 204.054   GF5E   48,706 vehicles
    Production Dates : AUG 01, 2009 - AUG 01, 2011
    VIN Range  1 : Begin :   NR     End :  NR     ☐ Not sequential

    **Vehicle 2 :** 2008-2009 Mercedes-Benz C300 Sedan
    Vehicle Type : LIGHT VEHICLES
    Body Style : 4-DOOR
    Power Train : GAS
    Descriptive Information : 204.054   GF54   61803 vehicles
    Production Dates : AUG 01, 2007 - AUG 01, 2009
    VIN Range  1 : Begin :   NR     End :  NR     ☐ Not sequential

    **Vehicle 3 :** 2008-2009 Mercedes-Benz C350 Sedan
    Vehicle Type : LIGHT VEHICLES
    Body Style : 4-DOOR
    Power Train : GAS
    Descriptive Information : 204.056   GF56   18,129 vehicles
    Production Dates : AUG 01, 2007 - AUG 01, 2009
    VIN Range  1 : Begin :   NR     End :  NR     ☐ Not sequential

The information contained in this report was submitted pursuant to 49 CFR §573

- **Vehicle 4 :** 2010-2011 Mercedes-Benz C350 Sedan
- **Vehicle Type :** LIGHT VEHICLES
- **Body Style :** 4-DOOR
- **Power Train :** GAS
- **Descriptive Information :** 204.056    GF5G    2,911 vehicles
- **Production Dates :** AUG 01, 2009 - AUG 01, 2011
- **VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

- **Vehicle 5 :** 2008-2009 Mercedes-Benz C63 AMG Sedan
- **Vehicle Type :** LIGHT VEHICLES
- **Body Style :** 4-DOOR
- **Power Train :** GAS
- **Descriptive Information :** 204.077    GF77    1,576 vehicles
- **Production Dates :** AUG 01, 2007 - AUG 01, 2009
- **VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

- **Vehicle 6 :** 2010-2011 Mercedes-Benz C63 AMG Sedan
- **Vehicle Type :** LIGHT VEHICLES
- **Body Style :** 4-DOOR
- **Power Train :** GAS
- **Descriptive Information :** 204.077    GF7H    794 vehicles
- **Production Dates :** AUG 01, 2009 - AUG 01, 2011
- **VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

- **Vehicle 7 :** 2008-2009 Mercedes-Benz C300 4-Matic Sedan
- **Vehicle Type :** LIGHT VEHICLES
- **Body Style :** 4-DOOR
- **Power Train :** GAS
- **Descriptive Information :** 204.081    GF81    16,336 vehicles
- **Production Dates :** AUG 01, 2007 - AUG 01, 2009
- **VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

- **Vehicle 8 :** 2010-2011 Mercedes-Benz C300 4-Matic Sedan
- **Vehicle Type :** LIGHT VEHICLES
- **Body Style :** 4-DOOR
- **Power Train :** GAS
- **Descriptive Information :** 204.081    GF8B    7,023 vehicles
- **Production Dates :** AUG 01, 2009 - AUG 01, 2011
- **VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

| | |
|---:|:---|
| Vehicle 9 : | 2010-2011 Mercedes-Benz GLK 350W2 |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | SUV |
| Power Train : | GAS |
| Descriptive Information : | 204.956   GG5G   17,239 vehicles |
| Production Dates : | AUG 01, 2009 - AUG 01, 2011 |
| VIN Range 1 : Begin : | NR     End : NR     ☐ Not sequential |

| | |
|---:|:---|
| Vehicle 10 : | 2010-2011 Mercedes-Benz GLK 350 4-Matic |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | SUV |
| Power Train : | GAS |
| Descriptive Information : | 204.987   GG8G   9,707 vehicles |
| Production Dates : | AUG 01, 2009 - AUG 01, 2011 |
| VIN Range 1 : Begin : | NR     End : NR     ☐ Not sequential |

| | |
|---:|:---|
| Vehicle 11 : | 2011-2011 Mercedes-Benz SLS AMG |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 197.377   RJ7H   496 vehicles |
| Production Dates : | AUG 01, 2010 - AUG 31, 2011 |
| VIN Range 1 : Begin : | NR     End : NR     ☐ Not sequential |

| | |
|---:|:---|
| Vehicle 12 : | 2010-2011 Mercedes-Benz E350 Coupe |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 207.356   KJ5G   7,294 vehicles |
| Production Dates : | AUG 01, 2009 - AUG 31, 2011 |
| VIN Range 1 : Begin : | NR     End : NR     ☐ Not sequential |

| | |
|---:|:---|
| Vehicle 13 : | 2011-2011 Mercedes-Benz E550 Coupe |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 207.372   KJ7C   2,315 vehicles |
| Production Dates : | AUG 01, 2010 - AUG 31, 2011 |
| VIN Range 1 : Begin : | NR     End : NR     ☐ Not sequential |

# Part 573 Safety Recall Report             16V-363         Page 4

|  |  |
|---|---|
| Vehicle 14 : | 2011-2011 Mercedes-Benz E350 Convertible |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 207.456   KK5G   3,815 vehicles |
| Production Dates : | AUG 01, 2010 - AUG 02, 2011 |
| VIN Range 1 : Begin : | NR         End : NR         ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 15 : | 2011-2011 Mercedes-Benz E550 Convertible |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 207.472   KK7C   1,465 vehicles |
| Production Dates : | AUG 01, 2010 - AUG 31, 2011 |
| VIN Range 1 : Begin : | NR         End : NR         ☐ Not sequential |

**Description of Defect :**

Description of the Defect : Certain Mercedes-Benz vehicles are equipped with passenger-side front airbags provided by the supplier TK Holdings Inc. ("Takata"). On May 16, 2016 Takata filed a Defect Information Report with NHTSA announcing a potential defect in some of the subject inflators. Based upon Takata's information to date, "Takata is not aware of any test ruptures in ballistic testing or confirmed field incidents of the subject non-desiccated ammonium nitrate inflators other than those already under recall as detailed in prior defect information reports. Out of an abundance of caution, however, Takata is filing this report in cooperation with NHTSA to promote public safety."
Daimler AG ("DAG") is not aware of any field incidents with the subject Takata PSPI-2 inflators. However, based on the information above and out of an abundance of caution, DAG will conduct a voluntary recall of the vehicles equipped with the subject Takata PSPI-2 inflators in zones A. B, and C (no affected vehicles in Zone C) in the United States as identified by Takata in the Defect Information Report.

FMVSS 1 : NR
FMVSS 2 : NR

Description of the Safety Risk : According to Takata, in the event of an inflator rupture, metal fragments could pass through the air bag cushion material, which may result in injury or death to vehicle occupants.

Description of the Cause : According to Takata, "... a defect related to motor vehicle safety may arise in some of the subject ammonium nitrate inflators due to propellant degradation occurring after prolonged exposure to high absolute humidity, high temperatures and high temperature cycling. Testing and analyses conducted by Takata and by independent entities have found that there are wide differences

| | |
|---|---|
| | in the time periods in which propellant degradation takes place. The propellant degradation varies in different climate zones, in different vehicle makes and models, and in different inflator and propellant configurations. Takata believes that the subject inflators perform as originally designed and manufactured and do not pose an unreasonable risk to safety until they reach a certain level of propellant degradation." |
| Identification of Any Warning that can Occur : | none |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | TK Holding |
| Address : | NR<br>FOREIGN STATES |
| Country : | Japan |

**Chronology :**

On October 14, 2015, Daimler submitted the response to a NHTSA inquiry, including the number of all US-vehicles equipped with Takata PSPI-2 inflators. NHTSA released a press statement on May 4, 2016, regarding the recall of estimated 35-40 million inflators. These inflators are included in US-vehicles of various manufacturers, including Mercedes-Benz. On May 16, 2016, Takata submitted a Defect Information Report to NHTSA including their PSPI-2-inflators. On May 19, 2016 DAG decided to recall all Zone A & B vehicles with the subject Takata PSPI-2 inflators as identified by Takata. This step is taken by DAG as a reaction to Takata's filing of the Defect Information Report and out of an abundance of caution.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | Authorized Mercedes-Benz dealers will replace the passenger-side front airbag modules in the potentially affected Mercedes-Benz vehicles. Mercedes-Benz USA will provide notice regarding pre-notice reimbursement to owners in the customer letter. |
| How Remedy Component Differs from Recalled Component : | NR |
| Identify How/When Recall Condition was Corrected in Production : | NR |

The information contained in this report was submitted pursuant to 49 CFR §573

# Part 573 Safety Recall Report     16V-363    Page 6

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | Owners will be notified with an interim letter starting in approximately July, 2016. <br> Dealers will be notified of the pending voluntary recall campaign in approximately June 2016. A copy of all communications will be provided when available. |
| Planned Dealer Notification Date : | NR - NR |
| Planned Owner Notification Date : | NR - NR |

\* NR - Not Reported