# EXHIBIT NO. 6

| | |
|---|---|
| **Part 573 Safety Recall Report** | OMB Control No.: 2127-0004<br>**16V-081** |

**Manufacturer Name :** Mercedes-Benz USA, LLC.
**Submission Date :** FEB 09, 2016
**NHTSA Recall No. :** 16V-081
**Manufacturer Recall No. :** NR



**Manufacturer Information :**
  Manufacturer Name : Mercedes-Benz USA, LLC.
  Address : One Mercedes Dr, PO Box 350
              Montvale NJ 07645-0350
  Company phone : 1-800-367-6372

**Population :**
  Number of potentially involved : 711,266
  Estimated percentage with defect : 0

**Vehicle Information :**

  Vehicle : 2009-2010 Mercedes-Benz ML Class  ML320 BlueTec 4Matic
  Vehicle Type : LIGHT VEHICLES
  Body Style : SUV
  Power Train : DIESEL
  Descriptive Information : 251.125  BB25  5767 vehicles
  Production Dates : JAN 23, 2008 - JUN 18, 2010

  **VIN (Vehicle Identification Number) Range**

  Begin : NR                End : NR                ☐ Not sequential VINs

  Vehicle : 2011-2011 Mercedes-Benz R-Class  R350 BlueTec 4Matic
  Vehicle Type : LIGHT VEHICLES
  Body Style : SUV
  Power Train : DIESEL
  Descriptive Information : 251.125  BF25  3343 vehicles
  Production Dates : JUN 15, 2010 - AUG 17, 2011

  **VIN (Vehicle Identification Number) Range**

  Begin : NR                End : NR                ☐ Not sequential VINs

  Vehicle : 2009-2011 Mercedes-Benz ML-Class  ML350
  Vehicle Type : LIGHT VEHICLES
  Body Style : SUV
  Power Train : GAS
  Descriptive Information : 164.156  BB56  17555 vehicles
  Production Dates : JUN 10, 2008 - JUL 19, 2011

The information contained in this report was submitted pursuant to 49 CFR §573

**VIN (Vehicle Identification Number) Range**

Begin : NR                                           End : NR                                  ☐ Not sequential VINs

Vehicle :  2009-2011 Mercedes-Benz ML-Class  ML550 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : GAS
Descriptive Information : 164.172   BB72   4369 vehicles
Production Dates : FEB 06, 2008 - JUL 11, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                                           End : NR                                  ☐ Not sequential VINs

Vehicle :  2009-2011 Mercedes-Benz ML-Class  ML63 AMG
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : GAS
Descriptive Information : 164.177   BB77   1123 vehicles
Production Dates : FEB 08, 2008 - DEC 20, 2010

**VIN (Vehicle Identification Number) Range**

Begin : NR                                           End : NR                                  ☐ Not sequential VINs

Vehicle :  2009-2011 Mercedes-Benz ML-Class  ML350 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : GAS
Descriptive Information : 164.186   BB86   53900 vehicles
Production Dates : FEB 11, 2008 - JUL 28, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                                           End : NR                                  ☐ Not sequential VINs

Vehicle :  2010-2011 Mercedes-Benz ML-Class  ML450 4Matic Hybrid
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : HYBRID ELECTRIC
Descriptive Information : 164.195   BB9F   979 vehicles
Production Dates : DEC 10, 2008 - SEP 18, 2010

**VIN (Vehicle Identification Number) Range**

Begin : NR                                           End : NR                                  ☐ Not sequential VINs

Vehicle :  2009-2010 Mercedes-Benz GL-Class  GL320 BlueTec 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : DIESEL
Descriptive Information : 164.825   BF25   5262 vehicles
Production Dates : FEB 04, 2008 - JUN 21, 2010

**VIN (Vehicle Identification Number) Range**

Begin : NR                          End : NR                          ☐ Not sequential VINs

Vehicle :  2011-2012 Mercedes-Benz GL-Class  GL350 BlueTec 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : DIESEL
Descriptive Information : 164.825   BF2F   11817 vehicles
Production Dates : JUN 17, 2010 - JUL 24, 2012

**VIN (Vehicle Identification Number) Range**

Begin : NR                          End : NR                          ☐ Not sequential VINs

Vehicle :  2009-2012 Mercedes-Benz GL-Class GL450 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : GAS
Descriptive Information : 164.871   BF71   49821 vehicles
Production Dates : JAN 30, 2008 - AUG 15, 2012

**VIN (Vehicle Identification Number) Range**

Begin : NR                          End : NR                          ☐ Not sequential VINs

Vehicle :  2009-2012 Mercedes-Benz GL-Class  GL550 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : GAS
Descriptive Information : 164.886  BF86  15327 vehicles
Production Dates : APR 11, 2008 - JUN 21, 2012

**VIN (Vehicle Identification Number) Range**

Begin : NR                          End : NR                          ☐ Not sequential VINs

Vehicle :  2007-2008 Mercedes-Benz SLK-Class   SLK280
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR

Power Train : GAS
Descriptive Information : 171.454   WK54   7644 vehicles
Production Dates : OCT 27, 2005 - FEB 12, 2008

**VIN (Vehicle Identification Number) Range**

Begin : NR                              End : NR                              ☐ Not sequential VINs

Vehicle :  2007-2008 Mercedes-Benz SLK-Class   SLK350
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : 171.456  WK56  3563 vehicles
Production Dates : OCT 31, 2005 - FEB 12, 2008

**VIN (Vehicle Identification Number) Range**

Begin : NR                              End : NR                              ☐ Not sequential VINs

Vehicle :  2007-2008 Mercedes-Benz SLK-Class   SLK55 AMG
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : 171.473 WK73   1120 vehicles
Production Dates : MAR 14, 2006 - DEC 20, 2007

**VIN (Vehicle Identification Number) Range**

Begin : NR                              End : NR                              ☐ Not sequential VINs

Vehicle :  2011-2014 Mercedes-Benz SLS-Class   SLS AMG Coupe
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : 197.377  RJ7H   1671 vehicles
Production Dates : DEC 10, 2009 - MAR 22, 2014

**VIN (Vehicle Identification Number) Range**

Begin : NR                              End : NR                              ☐ Not sequential VINs

Vehicle :  2012-2012 Mercedes-Benz SLS-Class  SLS AMG Cabriolet
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : 197.477   RK7H  637 vehicles
Production Dates : MAR 29, 2011 - OCT 02, 2012

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                     ☐ Not sequential VINs

Vehicle :  2013-2014 Mercedes-BenzSL SLS-Class   SLS AMG GT
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : 197.378   RJ7J   195 vehicles
Production Dates : SEP 19, 2012 - JUN 18, 2014

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                     ☐ Not sequential VINs

Vehicle :  2013-2014 Mercedes-Benz SLS-Class   SLS AMG GT Cabriolet
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : 197.478   RK7J   232 vehicles
Production Dates : OCT 23, 2012 - JUN 26, 2014

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                     ☐ Not sequential VINs

Vehicle :  2005-2005 Mercedes-Benz C-Class   C230 Kompressor
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 203.040   RF40   42680 vehicles
Production Dates : NOV 18, 2003 - JUN 17, 2005

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                     ☐ Not sequential VINs

Vehicle :  2006-2007 Mercedes-Benz C-Class   C230
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 203.052   RF52   68489 vehicles
Production Dates : FEB 04, 2005 - MAR 08, 2007

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                     ☐ Not sequential VINs

Vehicle :  2006-2007 Mercedes-Benz C-Class   C350
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 203.056  RF64  914 vehicles
Production Dates : APR 28, 2005 - DEC 22, 2006

**VIN (Vehicle Identification Number) Range**

Begin : NR                     End : NR                     ☐ Not sequential VINs

Vehicle :  2005-2005 Mercedes-Benz C-Class   C320
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 203.064   RF64 973 vehicles
Production Dates : MAR 02, 2004 - MAY 27, 2005

**VIN (Vehicle Identification Number) Range**

Begin : NR                     End : NR                     ☐ Not sequential VINs

Vehicle :  2008-2011 Mercedes-Benz C-Class   C300
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 204.054  GF54   132458 vehicles
Production Dates : FEB 20, 2007 - JUL 09, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                     End : NR                     ☐ Not sequential VINs

Vehicle :  2008-2011 Mercedes-Benz C-Class  C350
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 204.056 GF56   25742 vehicles
Production Dates : JAN 29, 2007 - JUL 07, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                     End : NR                     ☐ Not sequential VINs

Vehicle :  2009-2011 Mercedes-Benz C-Class   C63 AMG
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR

Power Train : GAS
Descriptive Information : 204.077  GF77  4139 vehicles
Production Dates : OCT 09, 2007 - MAR 07, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                                ☐ Not sequential VINs

Vehicle :  2008-2011 Mercedes-Benz C-Class   C300 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 204.081  GF81   91391 vehicles
Production Dates : AUG 02, 2007 - JUL 13, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                                ☐ Not sequential VINs

Vehicle :  2010-2012 Mercedes-Benz GLK-Class   GLK350
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : GAS
Descriptive Information : 204.956  GG5G  32465
Production Dates : APR 24, 2008 - JUL 16, 2010

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                                ☐ Not sequential VINs

Vehicle :  2010-2012 Mercedes-Benz GLK-Class   GLK350 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : GAS
Descriptive Information : 204.987  GG8H  51376 vehicles
Production Dates : APR 24, 2008 - JUL 23, 2012

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                                ☐ Not sequential VINs

Vehicle :  2010-2011 Mercedes-Benz E-Class   E350 Coupe
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : 207.356  KJ5G  11698 vehicles
Production Dates : DEC 16, 2008 - MAY 18, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                                ☐ Not sequential VINs

Vehicle :  2010-2011 Mercedes-Benz E-Class   E550 Coupe
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : 207.372   KJ7C   3926 vehicles
Production Dates : DEC 17, 2008 - JUN 07, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                                ☐ Not sequential VINs

Vehicle :  2011-2011 Mercedes-Benz E-Class   E350 Cabriolet
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : 207.456  KK5G  7200 vehicles
Production Dates : NOV 12, 2009 - MAY 17, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                                ☐ Not sequential VINs

Vehicle :  2011-2011 Mercedes-Benz E-Class   E550 Cabriolet
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : 207.472   KK7C   2887 vehicles
Production Dates : NOV 04, 2009 - MAY 30, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                                ☐ Not sequential VINs

Vehicle :  2010-2011 Mercedes-Benz E-Class   E350
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 212.056  HF5G  14657 vehicles
Production Dates : NOV 06, 2008 - SEP 15, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                                End : NR                                ☐ Not sequential VINs

Vehicle :  2010-2011 Mercedes-Benz E-Class   E550
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 212.072  HF7C  4166 vehicles
Production Dates : DEC 10, 2008 - SEP 05, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                          End : NR                          ☐ Not sequential VINs

Vehicle :  2010-2011 Mercedes-Benz E-Class   E63 AMG
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 212.077  HF7H  442 vehicles
Production Dates : JUL 09, 2009 - AUG 03, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                          End : NR                          ☐ Not sequential VINs

Vehicle :  2010-2011 Mercedes-Benz E-Class   E350 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 212.087  HF8H  9113 vehicles
Production Dates : JUN 08, 2009 - SEP 06, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                          End : NR                          ☐ Not sequential VINs

Vehicle :  2010-2011 Mercedes-Benz E-Class   E550 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 212.090  HF9A  2831 vehicles
Production Dates : MAR 30, 2009 - SEP 08, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                          End : NR                          ☐ Not sequential VINs

Vehicle :  2010-2011 Mercedes-Benz E-Class   E350 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : STATIONWAGON

Power Train : GAS
Descriptive Information : 212.287   HH8H   683 vehicles
Production Dates : OCT 05, 2009 - SEP 09, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                                     End : NR                          ☐ Not sequential VINs

Vehicle :  2009-2010 Mercedes-Benz R-Class   R320 CDI 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : DIESEL
Descriptive Information : 251.125   CB25   661 vehicles
Production Dates : JAN 26, 2008 - JUN 17, 2010

**VIN (Vehicle Identification Number) Range**

Begin : NR                                     End : NR                          ☐ Not sequential VINs

Vehicle :  2012-2012 Mercedes-Benz R-Class   R350 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : GAS
Descriptive Information : 251.157   CB5H   1420 vehicles
Production Dates : MAY 12, 2011 - JUN 21, 2012

**VIN (Vehicle Identification Number) Range**

Begin : NR                                     End : NR                          ☐ Not sequential VINs

Vehicle :  2009-2011 Mercedes-Benz R-Class  R350 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : GAS
Descriptive Information : 251.156  CB65    7398  vehicles
Production Dates : FEB 06, 2008 - JUL 12, 2011

**VIN (Vehicle Identification Number) Range**

Begin : NR                                     End : NR                          ☐ Not sequential VINs

Vehicle :  2011-2012 Mercedes-Benz R-Class   R350 BlueTec 4Matic
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : DIESEL
Descriptive Information : 251.125   CB2F   948 vehicles
Production Dates : MAR 23, 2010 - JUL 11, 2012

**VIN (Vehicle Identification Number) Range**

Begin : NR                          End : NR                          ☐ Not sequential VINs

Vehicle : 2006-2007 Chrysler Crossfire
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : Crossfire models  5283 vehicles
Production Dates : JUN 01, 2005 - AUG 15, 2007

**VIN (Vehicle Identification Number) Range**

Begin : NR                          End : NR                          ☐ Not sequential VINs

**Description of Defect :**

Description of the Defect : Certain Mercedes-Benz vehicles and one FCA model are equipped with driver-side front airbags provided by the supplier TK Holdings Inc. ("Takata"). On January 25, 2016 Takata filed a Defect Information Report with NHTSA announcing a potential defect in some of the subject inflators. Based upon Takata's information to date, "Takata is aware of four test ruptures in ballistic tests of non-desiccated PSDI-5 inflators. Takata is not aware of any field incidents in which a PSDI-5 inflator has ruptured, either desiccated or non-desiccated. Takata is taking this action in an abundance of caution, to address all of the subject non-desiccated PSDI-5 air bag inflators, due to the similarities of design and manufacturing characteristics for this type of inflator used in the U.S. market."
DAG is not aware of any field incidents with the subject Takata PSDI-5 inflators. However, based on the information above and in an abundance of caution, DAG will conduct a voluntary recall of the vehicles equipped with subject Takata PSDI-5 inflators in the United States as identified by Takata in the Defect Information Report.

FMVSS 1 : NR
FMVSS 2 : NR
Description of the Safety Risk : According to Takata, in the event of an inflator rupture, metal fragments could pass through the air bag cushion material, which may result in injury or death to vehicle occupants.
Description of the Cause : According to Takata, "the propellant tablets in some of the subject inflators may experience an alteration over time, which could potentially lead to over-aggressive combustion in the event of an air bag deployment. Depending on the circumstances, this potential condition could create excessive internal pressure when the air bag is deployed, which could result in the body of the inflator rupturing upon deployment. Based upon Takata's investigation to date, the potential for such ruptures may occur in some of the subject inflators after several years of exposure to persistent conditions of high absolute humidity. The potential for rupture may also be influenced by other factors, including manufacturing variability."
Identification of Any Warning that can Occur : NR

The information contained in this report was submitted pursuant to 49 CFR §573

**Supplier Identification :**

**Component Manufacturer**
Name : TK Holdings
Address : Bahnweg 1
Aschaffenburg FOREIGN STATES 63743
Country : Germany

**Chronology :**
On October 14, 2015, Daimler submitted the response to a NHTSA inquiry, including the number of all US-vehicles equipped with Takata PSDI-5 inflators. NHTSA released a press statement on January 22, 2016, regarding the recall of approximately 5 million US-vehicles of various manufacturers, including Mercedes-Benz. On January 26, 2016, Takata submitted a Defect Information Report to NHTSA for their PSDI-5-inflators. DAG met with NHTSA in Washington D.C. on February 3, 2016 to discuss the Takata Defect Information Report and DAG's field experience.   Daimler determined on February 8, 2016 to recall all vehicles with subject Takata PSDI-5 inflators in the US as identified by Takata. This step is taken by DAG as a reaction to Takata's filing of the Defect Information Report and in an abundance of caution.

**Description of Remedy :**

Description of Remedy Program : Daimler AG will conduct a voluntary recall to replace the driver-side front airbag modules in the potentially affected Mercedes-Benz vehicles, and will work with Fiat Chrysler Automobiles (FCA) to implement a recall for affected Crossfire vehicles.
MBUSA will provide notice about pre-notice reimbursement to owners in the customer letter.

How Remedy Component Differs from Recalled Component : NR
Identify How/When Recall Condition was Corrected in Production : NR

**Recall Schedule :**
Description of Recall Schedule : Dealers will be notified of the pending voluntary recall campaign in February 2016.  A copy of all communications will be provided when available.

Planned Dealer Notification Date : NR       -  NR

Planned Owner Notification Date : NR       -  NR

\* NR - Not Reported