# EXHIBIT NO. 7

# Part 573 Safety Recall Report          17V-017

| | |
|---|---|
| **Manufacturer Name :** | Mercedes-Benz USA, LLC. |
| **Submission Date :** | JAN 10, 2017 |
| **NHTSA Recall No. :** | 17V-017 |
| **Manufacturer Recall No. :** | NR |



**NHTSA**
NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION

### Manufacturer Information :

Manufacturer Name : Mercedes-Benz USA, LLC.
Address : One Mercedes Dr, PO Box 350
Montvale NJ 07645-0350
Company phone : 1-800-367-6372

### Population :

Number of potentially involved : 103,406
Estimated percentage with defect : 100 %

### Vehicle Information :

Vehicle 1 : 2008-2012 Mercedes-Benz C300 4MATIC
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 204.081 GF8B  15383 Vehicles
204.081 GF81  11031 Vehicles
Production Dates : AUG 01, 2007 - JUN 01, 2012
VIN Range  1 : Begin :                    NR          End :  NR          ☐ Not sequential

Vehicle 2 : 2012-2012 Mercedes-Benz C250
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : 204.047 GF4H 30706 Vehicles
Production Dates : JUL 15, 2011 - JUN 01, 2012
VIN Range  1 : Begin :                    NR          End :  NR          ☐ Not sequential

Vehicle 3 : 2012-2012 Mercedes-Benz C250 Coupe
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : 204.347 GJ4H 6613 Vehicles
Production Dates : JUL 11, 2011 - JUN 01, 2012
VIN Range  1 : Begin :                    NR          End :  NR          ☐ Not sequential

# Part 573 Safety Recall Report     17V-017    Page 2

|  |  |
|---|---|
| Vehicle 4 : | 2008-2009 Mercedes-Benz C300 |
| Vehicle Type : |  |
| Body Style : |  |
| Power Train : | NR |
| Descriptive Information : | 204.054 GF54  4746 Vehicles |
| Production Dates : | MAY 01, 2007 - JUN 01, 2009 |
| VIN Range  1 : Begin : | NR    End : NR    ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 5 : | 2008-2012 Mercedes-Benz C350 |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 4-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 204.056 GF56 1753 Vehicles |
|  | 204.057 GF5H 1168 Vehicles |
| Production Dates : | MAY 01, 2007 - JUN 01, 2012 |
| VIN Range  1 : Begin : | NR    End : NR    ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 6 : | 2012-2012 Mercedes-Benz C350 Coupe 4MATIC |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 204.388 GJ8J 282 Vehicles |
| Production Dates : | DEC 01, 2011 - JUN 01, 2012 |
| VIN Range  1 : Begin : | NR    End : NR    ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 7 : | 2012-2012 Mercedes-Benz C350 Coupe |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 204.357 GJ5H 1262 Vehicles |
| Production Dates : | JUL 01, 2011 - JUN 01, 2012 |
| VIN Range  1 : Begin : | NR    End : NR    ☐ Not sequential |

# Part 573 Safety Recall Report    **17V-017**

|  |  |
|---|---|
| Vehicle 8 : | 2008-2012 Mercedes-Benz C63 AMG |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 4-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 204.077 GF77 461 Vehicles |
|  | 204.077 GF7H 413 Vehicles |
| Production Dates : | MAR 01, 2008 - JUN 01, 2012 |
| VIN Range  1 : Begin : | NR      End : NR      ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 9 : | 2012-2012 Mercedes-Benz C63 AMG Coupe |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 204.377 GJ7H 773 Vehicles |
| Production Dates : | JUL 01, 2011 - JUN 01, 2012 |
| VIN Range  1 : Begin : | NR      End : NR      ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 10 : | 2012-2012 Mercedes-Benz E350 Coupe 4MATIC |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 207.388 KJ8J 157 Vehicles |
| Production Dates : | DEC 01, 2011 - JUN 01, 2012 |
| VIN Range  1 : Begin : | NR      End : NR      ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 11 : | 2012-2012 Mercedes-Benz E350 Cabrio |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 207.459 KK5K 4312 Vehicles |
| Production Dates : | JUN 01, 2011 - JUN 01, 2012 |
| VIN Range  1 : Begin : | NR      End : NR      ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 12 : | 2012-2012 Mercedes-Benz E350 Coupe |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 207.359 KJ5K 4094 Vehicles |
| Production Dates : | JUN 01, 2011 - JUN 01, 2012 |
| VIN Range  1 : Begin : | NR      End : NR      ☐ Not sequential |

# Part 573 Safety Recall Report       17V-017 <span>Page 4</span>

| | |
|---|---|
| Vehicle 13 : | 2012-2012 Mercedes-Benz E550 Cabrio |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 207.473 KK7D 856 Vehicles |
| Production Dates : | SEP 01, 2011 - JUN 02, 2012 |
| VIN Range 1 : Begin : | NR     End : NR     ☐ Not sequential |

| | |
|---|---|
| Vehicle 14 : | 2012-2012 Mercedes-Benz E550 Coupe |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 207.373 KJ7D 589 Vehicles |
| Production Dates : | SEP 01, 2011 - JUN 01, 2012 |
| VIN Range 1 : Begin : | NR     End : NR     ☐ Not sequential |

| | |
|---|---|
| Vehicle 15 : | 2012-2012 Mercedes-Benz GLK350 4MATIC |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | SUV |
| Power Train : | GAS |
| Descriptive Information : | 204.987 GG8H 6996 Vehicles |
| Production Dates : | JUN 01, 2011 - JUN 01, 2012 |
| VIN Range 1 : Begin : | NR     End : NR     ☐ Not sequential |

| | |
|---|---|
| Vehicle 16 : | 2012-2012 Mercedes-Benz GLK350 |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | SUV |
| Power Train : | GAS |
| Descriptive Information : | 204.956 GG5G 10844 Vehicles |
| Production Dates : | JUN 01, 2011 - JUN 01, 2012 |
| VIN Range 1 : Begin : | NR     End : NR     ☐ Not sequential |

| | |
|---|---|
| Vehicle 17 : | 2012-2012 Mercedes-Benz SLS AMG Cabrio |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 197.477 RK7H 492 Vehicles |
| Production Dates : | JUN 15, 2011 - OCT 01, 2012 |
| VIN Range 1 : Begin : | NR     End : NR     ☐ Not sequential |

# Part 573 Safety Recall Report  17V-017

| | |
|---|---|
| Vehicle  18 : | 2012-2012 Mercedes-Benz SLS AMG Coupe |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | 197.377 RJ7H 475 Vehicles |
| Production Dates : | JUN 01, 2011 - OCT 01, 2012 |
| VIN Range  1 : Begin : | NR          End :   NR          ☐ Not sequential |

**Description of Defect :**

Description of the Defect :  Certain Mercedes-Benz vehicles are equipped with passenger-side front airbags provided by the supplier TK Holdings Inc. ("Takata"). On January 3, 2017 Takata filed another Defect Information Report with NHTSA announcing a potential defect in some of the subject inflators. Based upon Takata's information to date, "Takata is not aware of any test ruptures in ballistic testing of returned inflators in the designated categories and model years or confirmed field incidents of the subject non-desiccated ammonium nitrate inflators other than those already under recall as detailed in prior defect information reports.  Out of an abundance of caution, however, Takata is filing this report in cooperation with NHTSA to promote public safety."
Daimler AG ("DAG") is not aware of any field incidents with the subject Takata PSPI-2 inflators. However, based on the information above and out of an abundance of caution, DAG will conduct a voluntary recall of the vehicles equipped with the subject Takata PSPI-2 inflators in zones A, B, and C in the United States as identified by Takata in the January 3, 2017 Defect Information Report.

FMVSS 1 :  NR

FMVSS 2 :  NR

Description of the Safety Risk :  According to Takata, activation of a non-desiccated ammonium nitrate inflator with degraded propellant may result in an inflator rupture. An inflator rupture may cause metal fragments to pass through the air bag and into the vehicle interior at high speed, which may result in injury or death to vehicle occupants.

Description of the Cause :  According to Takata, "… The propellant wafers in some of the subject inflators may degrade over time, which could lead to over-aggressive combustion in the event the air bag is activated. Overly aggressive combustion creates excessive internal pressure when the inflator is activated, which may cause the inflator body to rupture. Based upon Takata's investigation to date, the potential for such ruptures occurs in some of the subject inflators after several years of exposure to persistent conditions of high absolute humidity, high temperatures, and high temperature cycling. The potential for rupture may also be influenced by other factors, including the specific vehicle environment, the inflator and propellant configuration, and manufacturing variability."

# Part 573 Safety Recall Report     **17V-017**

Identification of Any Warning   NR
that can Occur :

**Supplier Identification :**

**Component Manufacturer**

Name :   TK Holdings

Address :   Bahnweg 1
Achaffenburg  FOREIGN STATES 63743

Country :   Germany

**Chronology :**

On January 3, 2017, Takata submitted a Defect Information Report to NHTSA per the schedule agreed to by NHTSA in the May 4, 2016 Amendment to the Consent Order. DAG decided to recall the corresponding vehicles with the subject Takata PSPI-2 inflators consistent with the 3rd Amendment to the Consent Order. This step is taken by DAG in response to Takata's filing of the Defect Information Report and out of an abundance of caution.

**Description of Remedy :**

Description of Remedy Program :   Authorized Mercedes-Benz dealers will replace the passenger-side front airbag modules in the potentially affected Mercedes-Benz vehicles.

How Remedy Component Differs   NR
from Recalled Component :

Identify How/When Recall Condition   NR
was Corrected in Production :

**Recall Schedule :**

Description of Recall Schedule :   Owners will be notified with an interim letter starting in approximately February 2017. Dealers will be notified of the pending voluntary recall campaign in approximately January 2017. A copy of all communications will be provided when available.

Planned Dealer Notification Date :   NR   -  NR

Planned Owner Notification Date :   NR   -  NR

\* NR - Not Reported