# EXHIBIT NO. 9



GOLDBERG 000001



The 2010 GLK

Mercedes-Benz

GOLDBERG 000002



GOLDBERG 000003



Great engineering
is great engineering
at any size.



**Mercedes-Benz Firsts**
1886 The automobile
1921 The supercharged engine
1931 Independent suspension
1951 The crumple zone
1954 Fuel injection
1971 A patent for the air bag
1989 The pop-up roll bar
1990 4-wheel Electronic Traction System
1995 Electronic Stability Program (ESP®)
1997 Low-emission SUV
1998 10-way air-bag protection
1999 Active Body Control
1999 AIRMATIC Semi-Active Suspension
2000 DISTRONIC Adaptive Cruise Control
2001 KEYLESS-GO
2002 PRE-SAFE®
2002 Automatic brake drying
2003 7-speed automatic transmission
2004 High-output, high-efficiency V-6 engine
2006 BlueTEC
2007 AGILITY CONTROL suspension

It's been quite a ride. Inventing the automobile. Pioneering the crumple zone. Winning countless races. Yet as storied as this past is, the present and future are what matter most. That's why Mercedes-Benz is developing hybrids and even fuel-cell cars. And $CO_2$ emissions are falling across the entire fleet.

And finally, there's the new GLK—a compact twist on the DNA of our award-winning SUVs—to round out the lineup. Brilliantly.

GLK 350 shown at left in optional Iridium Silver metallic paint with optional Premium 1 Package.

**GOLDBERG 000004**



Up for anything because
it's been through everything.

The new GLK.

In November 2006, a team of 30 Mercedes-Benz engineers and mechanics circled
the globe with one goal in mind: to combine their SUV expertise into one vehicle.
For the next two years, they test-drove the remarkable GLK more than 1.5 million miles.
Over punishing terrain. In the Arctic Circle. In the African desert. The GLK endured it all,
resulting in performance both spirited and efficient. The uncompromising exterior, with
roof rails, chrome accents and bold 19" wheels, flashes its authority like a badge.
Of course, the 2010 GLK also features pure Mercedes-Benz touches like dual-zone
climate control, Bluetooth® for hands-free calling[1] and 54 cu ft of cargo space.[2]
So, step up. Or step aside.

GLK 350 shown in Black paint with optional 4MATIC 4-wheel drive, running boards and Premium 1 Package.
Please see page 29 for Endnotes.

GOLDBERG 000005



GOLDBERG 000006



Big performance — The GLK drives big for its size because its upright windshield design and standard 19" wheels help provide a commanding view of the road. The long, flat hood also contributes to the substantial ride.

Continually variable suspension — Our patented AGILITY CONTROL technology selectively adjusts to changes in road conditions for the most balanced ride possible.

4MATIC 4-wheel drive with 4-wheel Electronic Traction System (4-ETS) — Take comfort in this available system's ability to provide maximum grip, even on slippery roads.

Dual-exhaust system — Unlike certain systems, the GLK does not have a single exhaust system with two cosmetic tailpipes. It's the real deal.

GOLDBERG 000007



Trial by fire. And ice.

The new GLK stared down slopes of up to 70%.¹ In a range of extreme temperatures, no less, from –11° F. to 158° F. How is it so capable on-road and off? AN AGILITY CONTROL suspension and available 4MATIC 4-wheel drive, for starters. These advances arm it with performance-passing quality that can flatten hills and straighten turns. In short, it drives like a Mercedes-Benz.

A 7-speed automatic and a 268-horsepower V-6 combine to put muscle behind the GLK's lightning-fast reflexes. The dual chrome exhaust tips say it all: this is an SUV that hits 60 mph in 6.5 seconds.² So you get the most versatile, most comfortable vehicle you demand. No, everyday driving may not be as extreme as our testing conditions. But it is nice to know the GLK was designed to conquer them. With ease.

GLK 350 shown at left in Mars Red paint with optional running boards and Appearance, Lighting and Premium 1 Packages. Please see page 29 for Endnotes.

**GOLDBERG 000008**



In a land where pavement turns from snow to ice and back in milliseconds, the test team drove the GLK through a slalom course on a frozen lake. Why? To precision-tune the steering while the wheels self-adjusted to slippery surfaces.³

In addition, our pioneering Electronic Stability Program (ESP®) has been recalibrated for extreme conditions. ESP still continually monitors vehicle movements, braking wheels individually and reducing engine power to counteract understeer (plowing) and oversteer (fishtailing).³ Only now it does so with greater skill—even if you're towing a trailer.⁶

And if uncertain situations do arise, the body structure leaves no doubt; it's made from over 70% high-strength steel. All for an unrivaled sense of security.

## Played chicken with a frozen lake so you'll never have to be scared of an icy parking lot.

| | |
|---|---|
| Electronic Stability Program (ESP) | Continually monitors vehicle movements to help keep you going in your intended direction, correcting wheelspin, understeer (plowing) and oversteer (fishtailing).³ |
| Active Front Head Restraints | Helps reduce the risk or severity of whiplash-type neck injuries by moving up and slightly forward any time a preset rear-impact threshold is exceeded. |
| Enhanced air-bag protection | Our air-bag system is so comprehensive, it includes six air bags that deploy eight different ways, including full-length Window Curtain Air Bags.⁷ |
| Tire Pressure Monitoring System | Should your tire pressure fall below preset levels, you'll get both an audio and a visual warning. |

GLK350 shown at right in optional Steel Grey metallic paint with optional running boards, 4MATIC 4-wheel drive and Lighting Package. Please see page 29 for Endnotes.

GOLDBERG 000009



GOLDBERG 000010



GOLDBERG 000011



## Cabin comfort.
## From African desert to
## American downtown.

While the road may not be mined with frozen lakes, sand dunes or severe inclines, it often presents challenges of its own like rough surfaces, traffic jams and bad weather. That's why the interior is designed to sound just the right notes of convenience, luxury and versatility. Regardless of conditions outside.

GLK 350 shown at left in Black paint with optional running boards and Appearance, Lighting and Premium 1 Packages.

GOLDBERG 000012

GOLDBERG 000013

| Bluetooth® interface | Allows for hands-free use of a compatible phone and can even store phone book information.¹ | | Multifunction steering wheel | Control many functions without removing your hands from the wheel, which is leather-wrapped for customary Mercedes-Benz style. |
| Ergonomics | The cockpit is designed to keep driver distraction to a minimum, from the central controller for accessing numerous features—including stereo and climate controls—to the enlarged windshield for focusing on the road. | | COMAND system | This option unifies an assortment of features, including hard-drive-based navigation, and keeps track of them all on a vivid 7" color-LCD screen. |

The cockpit has been designed not just to comfort—in terrains tough and tougher—but to keep driver distraction to a minimum. Hence, Bluetooth connectivity for hands-free calling,¹ a central controller for accessing the 8-speaker stereo and a 5" color-LCD screen atop the dashboard for maximum safety.

Opt for the Multimedia Package and the instrument panel comes equipped with the intuitive COMAND system, hard-drive-based navigation, a 6-disc CD/DVD changer and a harman/kardon LOGIC7® surround-sound system with theater-grade Dolby® Digital 5.1. The package even includes Enhanced Voice Control to help you operate it all clearly and quickly.

GLK350 shown with Burl Walnut wood trim, optional Almond/Black leather interior, and optional Multimedia and Premium 1 Packages. Please see page 29 for Endnotes.

GOLDBERG 000014



Rest easy—and easily. The 8-way power front seats offer infinite settings to elevate the rich interior experience. Optional heated front seats and available leather upholstery further enhance the cabin.

Open the optional Panorama Sunroof for remarkably large views of the sky. Or close it and set distinctly perfect conditions for yourself and your passengers via dual-zone climate control with class-leading rear vents. Elegant touches, like privacy glass and a leather-trimmed steering wheel, come standard, to ensure every seat is the best in the house.

| | |
|---|---|
| 8-way power seats | Both the driver and front passenger can find their position of choice with a variety of settings to choose from. |
| Panorama Sunroof | An option—and an invitation. To wide-screen views of the sky, even for rear-seat passengers. |
| Dual-zone climate control | Driver and front passenger can select their preferred temperature, airflow levels and more. |
| Heated Seats | This option lets you and your front passenger warm up on cool days. |

GLK 350 shown with Burl Walnut wood trim and optional Black leather interior.

GOLDBERG 000015



GOLDBERG 000016

# Easily holds 54 cu ft of survival gear.

True versatility is a vehicle that offers intelligence and efficiency in equal measure. That's why you can drive with confidence, as the GLK delivers "a very solid package," according to *Car and Driver*, yet leaves a relatively small carbon footprint.

The vehicle is also large enough to leave room for the imagination. Release the optional power tailgate with the press of a button and fill the cargo bay with up to 54 cu ft² of groceries or camping equipment. This space can also be arranged in any number of configurations. In the GLK, you're encouraged to define life for yourself. Now that's versatility.



GLK350 shown in Black paint with optional Grey/Black leather interior, Rear-Seat Entertainment System, and Lighting and Premium 1 Packages. Please see page 29 for Endnotes.



GOLDBERG 000017



**Efficiency** | Not only is the GLK a highly versatile SUV with 54 cu ft of flexible cargo space, it's one that leaves a relatively small carbon footprint.

**Roof rails** | With a 165-lb load capacity, these help you secure items like bicycle racks with ease and elegance.

**Running boards** | Brushed-aluminum and rubber-studded, this option enhances the exterior and prepares the GLK even better for city, shore and ski excursions alike.

**Trailer hitch** | Whether you enjoy camping or boating, you can haul up to 3,500 lbs of fun with this exciting option?

GOLDBERG 000018



GOLDBERG 000019

Built with less energy,
more recyclable parts and
all of our passion?

Where will you take it from here?

GLK 350 shown at left in optional Iridium Silver metallic paint with optional Premium Package.
Please see page 29 for Endnotes.

GOLDBERG 000020

POWER & PERFORMANCE | GLK-Class

## Power

**3.5-liter V-6 engine**
The V-6 in the GLK is as efficient as it is exuberant. It commands 268 horsepower and 258 lb-ft of peak torque to keep your adrenaline flowing, moving from 0 to 60 mph in just 6.5 seconds.* Continually variable timing on both the intake and exhaust valves coupled with a dual-stage intake manifold helps this powerplant deliver 100% of its peak torque from 2,400–5,000 rpm, ensuring immediate response to every throttle input.

**7-speed automatic transmission**
Enjoy the ideal gear ratio in virtually every driving situation. This driver-adaptive design comes equipped with Touch Shift and results in smoother cruising and immediate response for acceleration and passing, and even improved fuel efficiency on the highway. Clearly, our passion for engineering isn't limited to our engines.



18

GOLDBERG 000021

# Performance

**4MATIC 4-wheel drive**
Available for the GLK-Class, this permanent 4-wheel-drive system provides optimum traction—even in slippery conditions—thanks to our advanced 4-wheel Electronic Traction System (4-ETS). 4-ETS can get you going even when only one wheel has grip. Sensors at each wheel monitor traction. If one or more wheels start to slip, 4-ETS brakes those wheels individually and ensures that power is delivered to the wheel or wheels with traction, keeping you cruising along.[8]

**Advanced braking systems**
The dual-circuit hydraulic disc brakes in the GLK offer our electronic 4-channel Antilock Braking System (ABS), an industry landmark pioneered by Mercedes-Benz in 1978. Take comfort in powerfully precise, nearly fade-free stopping control courtesy of large brake-disc dimensions. The systems are also enhanced with still more innovations, from Brake Drying that helps maintain maximum stopping power in inclement weather to Hill-Start Assist that helps prevent rolling back from a stop on inclines.[10]

**Brake Assist (BAS)**
Research shows that drivers seldom apply the brakes hard enough, soon enough in emergency situations. BAS monitors brake-pedal application speed to sense emergency braking and, in such cases, can deliver maximum stopping power, thereby helping to reduce overall stopping distances.[10]

**AGILITY CONTROL suspension**
Assured handling and a balanced ride—in a range of driving circumstances. It's all due, in part, to the GLK's 3-link front and multilink rear suspension that boasts our AGILITY CONTROL breakthrough with an amplitude-dependent damping system. This innovation adjusts dampers based on road conditions and the driver's current driving style. The result is individual—and automatic—control of each wheel for optimum stability and superb comfort.



GOLDBERG 000022

**AMENITIES** | GLK-Class

## Amenities

**Appearance Package** ○
For those who desire more of the chrome-accented design of the GLK, this package outfits the vehicle with aluminum roof rails and brilliant 20" 7-spoke light-alloy wheels. All for an even more electrifying exterior.
*Optional.*

**PARKTRONIC system** ○
When parking, ultrasonic sensors in the bumpers detect nearby objects within the system's field of view. Audible signals and illuminated displays help you maneuver with confidence. This system helps you avoid obstacles that might be outside your field of vision when parking in tight spaces.
*Optional.*

**Trailer hitch** ○
Campers, boats and more—whatever you are towing, the GLK has been designed with pulling a trailer in mind. Take full advantage of its 3,500-lb towing capacity with the trailer hitch. This factory-installed option allows the vehicle to meet Class II towing requirements.
*Optional.*

**Power tailgate** ○
This convenient feature lets you fully open the liftgate at the touch of a button on the driver's door, SmartKey or liftgate. Press another button and it power-closes automatically.
*Optional.*

**Running boards** ○
Made from strong yet lightweight stainless steel and studded with rubber, this option enhances the sporty GLK exterior and prepares it even better for city, shore and ski excursions alike. And not only do they look great, they give you a nice boost when you're securing items to the roof rails.
*Optional.*

**Privacy glass** ●
Passengers in the rear cabin of the GLK will enjoy an added touch of privacy with these specially tinted windows. The privacy glass also provides an elegant finish to the vehicle itself.
*Standard.*

**Bi-Xenon headlamps with corner-illuminating front lamps** ○
Our Lighting Package includes this piercing innovation, wi[...] superior visibility over halogen headlamps. Their brighter, w[...] light is simply closer to natural sunlight. Bi-Xenon headlamp[...] also incorporate dynamic level control and high-pressure h[...] headlamp washers. To help you see better in the dark when[...] making tight turns at low speeds, the corner-illuminating fr[...] lamps shine toward the inside of the turn. Turning the steer[...] wheel or using the turn-signal indicators at low speeds acti[...] this function, which is particularly useful in parking structu[...] suburban neighborhoods or when turning into driveways.
*Optional.*

**8-way power front seats** ●
Iconic seat-shaped controls help you find your ideal fron[...] seating position among a vast array of settings. As an ex[...] benefit, the 8-way driver and front passenger seats offe[...] optional 4-way pneumatic lumbar support for your lowe[...] back, making long drives as comfortable as short ones. [...] the optional Premium 1 Package, you can also enjoy the[...] convenience of memory settings for the driver's seat, e[...] mirrors, and an adjustable power steering column.
*Standard.*

**Heated front seats** ○
For added convenience and year-round comfort, the GLK[...] offers heated front seats. Three levels of warmth can be[...]
*Optional.*

**Dual-zone automatic climate control** ●
Both the driver and front passenger can select his or h[...] level of heating or cooling, thanks to left and right con[...] on the dashboard. In addition to a sun sensor that sen[...] more cool air to warmer areas of the cabin, the system[...] comes equipped with a charcoal filter that, when activ[...] automatically recirculates interior air upon detecting a[...] significant increase in smog.
*Standard.*



GOLDBERG 000023

GLK-Class | **AMENITIES**

mps ○
ation, with
ighter, whiter
headlamps
essure heated
ark when
nating front
the steering
eds activates
structures,
ways.



**Panorama Sunroof** ○
This attractive option gives you and your passengers remarkably large views of the sky and gives the cabin a lighter, airier feel. And if any of you feel that there's a bit too much sun, simply click on the power sunshade.
*Optional.*

al front
s an extra
ts offer
r lower
ones. With
joy the
eat, exterior
.

**Bluetooth® interface** ●
Make calls and answer calls without taking your hands off the steering wheel, as the GLK offers Bluetooth connectivity for hands-free calling. When your Bluetooth-compatible phone¹¹ is synched up to the system, just leave your phone in your pocket and enjoy hands-free conversations over the sound system.
*Standard.*

e GLK-Class
an be selected

**SIRIUS® Satellite Radio** ○
Enjoy a 6-month subscription to SIRIUS with over 130 channels including 69 channels of 100% commercial-free music, plus news, talk, entertainment, traffic, weather and data. SIRIUS is also home to live play-by-play broadcasts of the biggest sports—NFL, NASCAR,® NBA and games from over 150 college sports teams. SIRIUS is sure to be one of your favorite cabin appointments.¹²
*Optional.*

s or her own
t controls
t sends
ystem
activated,
ting a

**8-speaker sound system** ●
The AM/FM audio system that comes with the GLK includes eight speakers, a 100-watt system, a single in-dash CD player (which can play MP3-encoded discs as well as prerecorded CDs) and an auxiliary input jack¹³ (cable sold separately) in the glovebox for plugging in MP3 players.
*Standard.*

**Multimedia Package** ○
Central to this offering: our COMAND system for easy mastery over the included Rear View Camera; the 600-watt, 11-speaker harman/kardon LOGIC7 surround-sound system with Dolby® Digital 5.1; and the optional iPod/MP3 Media Interface. You can also access audio, phone and navigation functions with Enhanced Voice Control. The navigation itself is hard-drive-based, displaying your route—with Zagat Survey® restaurant suggestions and more—on a 7" color-LCD screen.¹⁴ Clearly, this package enhances not just your drive, but your destination.
*Optional.*

**harman/kardon LOGIC7® surround-sound system with Dolby® Digital 5.1** ○



Eleven speakers and 600 watts deliver a true studio-sound experience from your iPod/MP3 player (via a plug in the glovebox), available SIRIUS Satellite Radio, the 6-disc CD/DVD changer and discs in DVD-Audio, DVD-Video and PC memory card formats. Enjoy many playback formats, too, including DTS tracks. For CD-Audio formats, the optional Multimedia Package comes with a Gracenote® database that shows song-title and artist information on the 7" COMAND screen.
*Optional.*

**Voice Control** ○
This advance gives you access to many of the audio, Navigation and Hands-Free Communication system functions. Dial phone numbers, change radio stations and find your destination, simply by activating the feature and speaking out loud.
*Optional.*

**iPod® Integration Kit** ○
Bring your music wherever you drive, thanks to this smooth integration of your iPod into the audio system of your vehicle. The steering wheel lets you view the track information display and control iPod buttons like Volume, Select and Change Menu. Better yet, your iPod also charges while it's playing.¹⁵
*Optional.*

**Rear-Seat Entertainment System** ○
The Rear-Seat Entertainment System lets 2nd-row passengers enjoy DVDs and video games. Two 8" flat-panel-LCD screens on the backs of each front seat provide large, colorful views. An auxiliary input allows you to connect a gaming console, video camera or other peripheral device to the system. Each screen can also display distinct images simultaneously. And wireless headphones help keep noise from disrupting the cabin. Remote controls make all the fun both simple and convenient.¹⁶
*Optional.*






Please see page 29 for Endnotes.  ● Standard.  ○ Optional or included with a package.  – Not available.

21

GOLDBERG 000024

COLOR & TRIM | GLK-Class

## Color and Trim

Design a GLK all your own
Choose between stylish MB-Tex or optional leather upholstery.
Then make your selection from an array of metallic and non-metallic
exterior paints. And to keep your vehicle's exterior looking its best
for a long time, Mercedes-Benz uses nanotechnology—specifically,
microscopic ceramic nano-particles.

Each ceramic nano-particle is tens of thousands of times thinner
than a human hair, but when joined together they are incredibly
durable. When the clearcoat is applied, the nano-particles float
around freely in the liquid paint. The resulting finish offers
considerably greater and longer-lasting resistance to fine
scratches—such as those caused by car washes and environmental
factors—than conventional paint finishes, for an enduring deep
gloss. With this many smart choices, there's bound to be a design
combination for you.



Interior trim·

Aluminum

Burl Walnut wood

Interior upholstery

Black*

Almond/Black*

Grey/Black*

GOLDBERG 000025

GLK-Class | **COLOR & TRIM**

Exterior paintwork, metallic[d]



Obsidian Black

Capri Blue

Barolo Red

Jade Green

Steel Grey

Iridium Silver

Sand Beige

Exterior paintwork, non-metallic



Black

Mars Red

Arctic White

a Trim availability dependent on choice of upholstery and color. See dealer for details on available upholstery, pricing and trim combinations. b Standard MB-Tex or optional leather. c Optional leather only. d Optional at extra cost.

GOLDBERG 000026

SERVICE | GLK-Class

# Service

### Mercedes-Benz Tele Aid[a]
Three buttons put a multitude of services at system subscribers' fingertips: emergency response (SOS button), roadside assistance (Wrench button) and even information services (*i*-button).[b] Enhance your sense of security with Remote Door Unlock and Stolen Vehicle Recovery. Enhance your control with features like real-time traffic updates. With an active Mercedes-Benz Tele Aid subscription, you may be eligible for a discount from your insurance provider.

### Mercedes-Benz Search & Send
The Internet is a great tool for planning trips and vacations, and Search & Send makes it even more effective. Use Yahoo!® Local Maps and Google™ Maps to plan routes and attractions, then send that information directly to your vehicle's Navigation System. Information can also be sent to you while you're traveling, so friends can forward tips on great things to do and see, or the best way to go.

### Mercedes-Benz Concierge
Expand your privileges with access to a Personal Concierge that fulfills your requests for nearly "anything, anytime, anywhere" and an Online Concierge for accessing your Personal Concierge via your computer or PDA wherever Internet access is available, as well as Traffic Information[c] and Route Assistance.[d]

### 24-hour Roadside Assistance
The first of its kind and still the only one that remains in effect for the life of the vehicle. Our Roadside Assistance technicians draw on years of experience and training to get you back on the road as quickly as possible.[e]

### Mercedes-Benz Limited Warranties
Our New Vehicle Limited Warranty runs for 48 months or 50,000 miles, whichever comes first. And anytime during the new vehicle warranty coverage, you can purchase a Mercedes-Benz Extended Limited Warranty that will extend protection after the New Vehicle Limited Warranty expires.[f]

### Mercedes-Benz Maintenance System
Routine service intervals are fixed and predictable at every 10,000 miles or one year, whichever occurs first.[g] About one month before service is due, your vehicle will remind you via a dashboard display that your next service is approaching. You may also pay for required maintenance in advance with Prepaid Maintenance and enjoy the convenience of having the cost included in your monthly lease or finance payment.[h]

### Complimentary Tire Rotation
Stop by your Mercedes-Benz Center's Service Department for a no-charge first tire rotation anytime before 5,000 miles.[i]

### 24-hour Customer Service
Our Customer Assistance Center is your one-stop source for answers. Whether you need to know how to use your audio system, find the nearest Mercedes-Benz dealer, get pricing or learn about personal and automotive accessories, just call 1-800-FOR-MERCEDES or press the Mercedes-Benz Tele Aid *i*-button in your vehicle.

### Dealer Alternate Transportation Program
Whenever you bring your vehicle into an official Mercedes-Benz Center for servicing during the warranty period, ask about your dealer's Alternate Transportation Program—so you can maintain your busy schedule while your dealer maintains your vehicle.[k]

### Sign and Drive service
Our legendary Roadside Assistance service includes bringing you some fuel if you've run out, replacing a flat tire with your spare or jump-starting your car if the battery dies. All at no charge, and all for as long as you're driving a Mercedes-Benz—even somebody else's.[j] Help is as close as your vehicle's Wrench button (for Mercedes-Benz Tele Aid subscribers) or just a phone call away at 1-800-FOR-MERCEDES.

### Trip Interruption benefits
In the unlikely event that a breakdown covered by your MBUSA New Vehicle Limited Warranty occurs more than 100 miles from your home, leaves your Mercedes-Benz inoperable or unsafe to drive and requires overnight repairs at a Mercedes-Benz Center, you'll be reimbursed up to $300 per day for any documented expenses—for up to three days—including meals, lodging and substitute transportation.

### Mercedes-Benz Financial
Mercedes-Benz Financial offers a wide and impressive array of flexible and convenient financing options. To determine whether purchasing or leasing is right for you and to estimate the monthly payment of your next Mercedes-Benz, visit MercedesBenzFinancial.com.

### European Delivery Program
With our factory delivery program, enjoy a honeymoon with your new Mercedes-Benz as you savor the delight of driving it in the land where it was built—while you enjoy a 7% savings on many models.[l] Also take advantage of the optional Rally Package, which takes you through the Black Forest and the Alps, then on to Munich, staying at luxurious, historic hotels all along the way.

To learn more about these and many other services—including dealer locations and financing options—visit us at MBUSA.com today.

a Mercedes-Benz Tele Aid equipment is optional on all GLK-Class models. When equipped with this feature, first year's Mercedes-Benz Tele Aid service provided at no additional cost with subscription. Subscription and acquaintance call required for service to be active. Service operates only where cellular and GPS coverage are available and requires adequate power supply. Owner must authorize vehicle tracking by providing passcode and a valid stolen vehicle police report number. Passcode required to activate Remote Door Unlock. See dealer for details of telematics services. b Concierge service available only with Mercedes-Benz Concierge. Traffic Information and Route Assistance use is included as part of Mercedes-Benz Concierge and is available at an additional charge when used with the Mercedes-Benz Tele Aid service. See dealer for details. c Performance of the automated voice system varies depending on the noise level in and around the vehicle. Traffic Information is based on available broadcast data, not available in all areas and only provided for routes that have been personalized on the Mercedes-Benz Tele Aid website (up to five routes) or are within a specified radius of your vehicle's present location. See Mercedes-Benz Tele Aid section of MBUSA.com for available cities. d Route Assistance is available for an additional charge with the Mercedes-Benz Tele Aid service and included as part of Mercedes-Benz Concierge. e Vehicle must be accessible from main roads. Roadside Assistance repairs may involve charges for parts, service and towing. Depending on the circumstances, these services may be provided by an outside service, courtesy of Mercedes-Benz Roadside Assistance. For full details of the Roadside Assistance Program, please see your dealer. f Please see your dealer for warranty details as well as for terms, conditions and pricing for extended warranty options. A surcharge for extended warranties may apply if purchased more than 30 days after the vehicle is purchased. g Whichever comes first. Requires use of 229.5-spec oil and high-performance fleece oil filter for gasoline engines and 229.51-spec oil for diesel engines. Mercedes-Benz recommends Mobile 1 Oil. Driver is responsible for monitoring fluid levels and tire pressure between service visits. See Maintenance Booklet for details. h Prepaid Maintenance only covers items that are critical to ensuring the long-term performance of your vehicle. Ask your dealer for a brochure containing details regarding coverage and terms. i On models with different-sized front and rear tires, which cannot be rotated, dealer will inspect tires and set inflation pressure. Follow tire manufacturer's recommendations. j For full details of Sign and Drive service, as well as the Roadside Assistance Program, please see your dealer. k Certain restrictions may apply. Terms, conditions and dealer participation may vary. l European Delivery discount available on select models. Please see your dealer for details.

GOLDBERG 000027

GLK-Class | **ACCESSORIES**

## Accessories

A Mercedes-Benz is the definition of luxury and performance. It can also be a statement of personal style. So take a moment to survey our genuine accessories. Each is designed, engineered and tested to the same exacting standards as your vehicle. Which is to say, to your own high standards.

### Aerodynamic Package

Shade the edges of your vehicle from end to end with this trio of enhancements. The rear spoiler sharpens the back bumper; the roof spoiler heightens the roofline. Both are ready for quick installation.[18] Lastly, the precision-fitted front lower-spoiler trim lowers the bodyline of the GLK for a more dramatic sweep—and improved airflow. Together, this trio amplifies the dynamic appearance overall.

### Exterior accents

Our high-sheen chrome foglamp covers and trim tailgate, coupled with stainless-steel roof rails, complement the range of coordinating exterior refinements.[18] In addition, help protect your finish from scratches and add yet another touch of class with our set of four chrome door-handle inserts.

### Cargo area tray and box

Solidly made, specially fitted and easily cleaned, this large tray features 2" sides and protects the cargo area of your GLK. A cargo box is also sold separately to support and secure tall objects such as grocery bags.





### Carrier bars and roof cargo system

Preserve the sophistication of your vehicle as you transport myriad items, all safely and securely. In conjunction with our basic carrier bars, this carrier system can be enhanced with available components to accommodate bicycles, ski and snowboard racks, and more. Optional cargo containers—aerodynamic and lightweight, yet exceptionally durable—let you add up to 16 cu ft of extra space for sports equipment and luggage. Not using the carrier bars? Not a problem. They can easily be stowed in the accompanying nylon storage bag.

### Universal Media Interface (UMI)

Upgrade the sound system of your vehicle with this dynamic navigation and entertainment tool. Its map technology provides the best possible directions to your destination, while its music integration invites you to provide your own soundtrack via MP3-player hookup. And it's all easily accessed by the central controller or the multifunction steering wheel. There's also Real-Time Traffic assistance with automatic rerouting to help avoid backups. So even if you take a different road, you still enjoy the same UMI pleasures.




### Light-alloy wheels

Our accessory wheels boldly enhance your GLK. One set is a massive 20" twin 5-spoke design, the other an arresting 19" 7-spoke design, and both flash a sterling-silver finish.

Please see page 29 for Endnotes. 27

GOLDBERG 000028

SE

## GLK 350

### ENGINE
3,498-cc DOHC 24-valve V-6
Aluminum-alloy cylinder block.
268 hp @ 6,000 rpm
Net torque: 258 lb-ft @ 2,400–5,000 rpm
Compression ratio: 10.7:1
Premium unleaded gasoline.
Fuel tank (capacity—reserve): 17.4 gal—2.1 gal

### DRIVETRAIN
7-speed automatic.
Rear-wheel drive or optional 4MATIC 4-wheel drive.
Rear axle ratio: 3.46:1 (3.67:1 with 4MATIC)

### TRACTION/STABILITY
Electronic Stability Program (ESP®)
Optional 4MATIC 4-wheel drive with
4-wheel Electronic Traction System (4-ETS).

### PERFORMANCE
0–60 mph: 6.5 seconds* (est.)
Fuel economy
GLK350: EPA estimate/highway estimate: Information not
available at time of printing. See your dealer for details.
GLK350 with optional 4MATIC 4-wheel drive: EPA estimate/
highway estimate: Information not available at time of printing.
See your dealer for details.

### CHASSIS
Suspension configuration:
3-link front. Independent multilink rear.
AGILITY CONTROL suspension.
Steering: Rack-and-pinion.
Turning circle: 37.7 ft curb-to-curb.

### WHEELS/TIRES
19" 10-spoke light-alloy wheels.
235/50 R19, all-season tires.

### BRAKES
Dual-circuit hydraulic braking system.
Brake discs, front: 13.0" ventilated.
Brake discs, rear: 12.0" ventilated.

### EXTERIOR DIMENSIONS
Wheelbase: 108.5 in
Overall length: 178.2 in
Overall height: 66.9 in
Overall width (side mirrors folded out): 79.4 in

### INTERIOR DIMENSIONS
Front headroom: 39.0 in
Front legroom: 41.4 in
Front shoulder room: 55.2 in
Rear headroom: 39.7 in
Rear legroom: 35.1 in
Rear shoulder room: 54.4 in
Cargo capacity, all seats up/2nd row down:
23.3 cu ft/54.7 cu ft

### EXTERIOR
● Dual chrome polished exhaust tips.
● Electrically heated rear window with auto-shutoff
  based on time, driving speed and outside temperature.
● Dual heated power mirrors.
● Halogen headlamps and front foglamps.
● Selectable light-sensing headlamps.
● Programmable daytime running lamps with auto-override
  in darkness.
○ Panorama Sunroof.
○ Privacy glass.
○ Exterior chrome accents.

### INTERIOR
● Central controller provides easy, convenient operation of
  select vehicle systems.
● Multifunction steering wheel.
● Power windows, all with one-touch express-up/down.
● Electronic cruise control.
● 4-way (tilt/telescoping) manually adjustable steering column.

### SEATING
● 8-way power front seats.
● MB-Tex upholstery and trim.
● Leather-trimmed steering wheel and gearshift knob.
● Aluminum trim on console and doors.

### CLIMATE CONTROL
● Digital dual-zone automatic climate control with individual
  driver and front-passenger temperature control.
● Electrostatic dust and pollen filter.
● Sun sensor provides improved temperature control by
  detecting intensity and direction of the sun.

### AUDIO/TELEMATICS
● 5" color-LCD display for radio and CD player.
● AM/FM stereo/weatherband radio.
● In-dash single-CD player with MP3 capability.
● 8-speaker audio system.
● Auxiliary audio input jack for MP3 player in glovebox.[a]
● Bluetooth® interface for hands-free calling.[a]

### LOCKING/SECURITY
● SmartKey remote control integrates: Remote Door Lock/
  Unlock buttons, liftgate, removable valet key and panic
  alarm. Driver may selectively unlock only the driver's door
  and fuel filler or all doors plus the liftgate and fuel filler.
● SmartKey offers infrared-remote opening/closing of windows
  and the available Panorama Sunroof from outside the car.
● Driver-programmable drive-away locking can automatically
  lock all the doors when the car reaches 9 mph.
● Night security illumination uses the car's exterior lights
  to help illuminate a path after parking or when car is
  remote-unlocked.
● Antitheft alarm with remote panic feature.

### INSTRUMENTATION
● Electronic analog speedometer, tachometer and gauges for
  fuel and coolant temperature.
● Digital display for clock and Touch Shift gear/mode selection.
● Multifunction display in instrument cluster can be scrolled via
  steering-wheel controls to operate and display various menus
  and vehicle features:
  • Odometer, trip meter and outside temperature indicator.
  • Digital speedometer, Maintenance System (see below).
  • Radio station, CD player/CD changer and iPod® playlist/ track
    (with optional iPod Integration Kit or iPod/MP3 Media Interface).
  • Hard-drive-based Navigation System route guidance.[a]
  • Vehicle reminder and message indicator.
  • Driver-programmable settings for instruments and
    lighting, vehicle and convenience features.
  • Trip computer (elapsed time, fuel consumption and
    distance to empty).
● Mercedes-Benz Maintenance System displays distance
  remaining to next basic maintenance service, indicates type
  of service due and provides automatic reminder when service
  interval draws near.
● Tire Pressure Monitoring System.

### RESTRAINT SYSTEMS
● Integrated Restraint System:
  • Driver and front passenger are each provided with a
    dual-stage front air bag (adaptive for the passenger side),
    a side-impact air bag, an Active Front Head Restraint and
    a 3-point seat belt with an Emergency Tensioning Device
    (ETD) and adaptive belt force limiter.[a]
  • Rear outboard passengers are each provided with a
    3-point seat belt with an ETD and belt force limiter.
  • Rear center passenger is provided with a 3-point seat belt.
● Window Curtain Air Bags are deployed along the front and rear
  side-door windows on the affected side of the vehicle in a
  side impact exceeding a preset deployment threshold.[a]
● Dual-stage front air bags (adaptive for the passenger side) are
  deployed in response to frontal impact severity exceeding
  a preset deployment threshold.[a]
● Occupant Classification System (OCS) automatically adjusts
  the inflation rate of the front passenger's front air bag
  based on the weight category determined by weight sensor
  readings from the front passenger seat.[a]
● ETDs are deployed in a front or rear impact exceeding a preset
  threshold of severity, or certain rollovers. A front ETD will not
  deploy if seat belt is unfastened. The complete-side ETDs also
  deploy in side impacts exceeding the deployment threshold.
● LATCH (Lower Anchors and Tethers for Children) system
  at rear outboard seating positions. Selectable passenger
  seat-belt retractors help secure child seats?
● Front seat belts include manually height-adjustable shoulder
  belts and lower points attached to seat frames.
● Automatically height-adjusting rear outboard shoulder belts.
● Active Front Head Restraints adjust for height and fore-aft.
● Active Front Head Restraints in the front seats reduce
  the distance between the head restraint and the head in
  the event of certain rear-end collisions, helping limit rearward
  movement of the head and thereby reducing the chances
  of whiplash-type injuries.
● Three individual rear head restraints.

### INDIVIDUAL OPTIONS
○ In-dash 6-disc CD changer.
○ Mercedes-Benz Tele Aid System[b]
○ iPod Integration Kit (in glovebox).
○ Metallic paint.
○ Heated front seats.
○ PARKTRONIC system.
○ iPod/MP3 Media Interface (in glovebox).
○ Trailer hitch (Class II).[a]
○ Brushed-aluminum rubber-studded running boards.
○ Rear-Seat Entertainment System.
○ Rear-Seat Entertainment System pre-wiring.

### OPTION PACKAGES
○ Premium 1 Package:
  • SIRIUS Satellite Radio[b]
  • Power liftgate.
  • Auto-dimming driver-side and rearview mirrors.
  • Garage door opener.
  • Rain-sensing wipers.
  • Memory Package and 4-way lumbar support for driver's
    seat, exterior mirrors and steering column.
  • Integrated compass in rearview mirror.
  • 115V AC power outlet.
  • Panorama Sunroof.
○ Multimedia Package:
  • COMAND system with hard-drive-based navigation.
  • 6-disc CD/DVD changer.
  • harman/kardon LOGIC7® surround-sound system with
    Dolby® Digital 5.1.
  • Enhanced Voice Control for audio, telephone
    and navigation.
  • Rear View Camera[b1]
  • 11 speakers with 600 watts of power.
  • 7" color-LCD display.
  • Gracenote® media database.
  • Zagat® Restaurant Guide.
○ Full Leather Seating Package:
  • Full leather seating.
  • Premium interior lighting.
○ Appearance Package:
  • 20" 7-spoke light-alloy wheels.
  • Aluminum roof rails.
○ Lighting Package:
  • Bi-Xenon headlamps with Active Curve Illumination.
  • Headlamp washing system.
  • LED taillamps.
  • Corner-illuminating lamps.

Please see page 29 for Endnotes.
● Standard. ○ Optional or included with a package.

## ENDNOTES

1 BLUETOOTH® INTERFACE DOES NOT PROVIDE PHONE CHARGING OR EXTERNAL ANTENNA. PHONE BOOK DOWNLOAD AND VOICE INTERACTIVITY FEATURES ARE DEPENDENT ON SELECTED HANDSET.

2 With 2nd-row seats folded. Unsecured cargo can become hazardous in a collision. Always secure cargo using floor-mounted tie-downs.

3 No system, regardless of how advanced, can overcome the laws of physics or correct careless driving. Please always wear your seat belt. Performance is limited by available traction, which snow, ice and other conditions can affect. Always drive carefully, consistent with conditions. Best performance in snow is obtained with winter tires.

4 Stated climbing and lateral stability performance based upon manufacturer's track results under controlled conditions with professional drivers, and may vary depending on terrain.

5 Stated rates of acceleration are based upon manufacturer's track results and may vary depending on model, environmental and road surface conditions, driving style, elevation and vehicle load.

6 Read Operator's Manual before towing. In some states, aftermarket trailer brakes are required. See dealer for details.

7 WARNING: THE FORCES OF A DEPLOYING AIR BAG CAN CAUSE SERIOUS OR FATAL INJURIES TO A CHILD UNDER AGE 13. THE SAFEST SEATING POSITION FOR YOUR CHILD IS IN THE REAR SEAT, BELTED INTO AN APPROPRIATE, PROPERLY INSTALLED CHILD SEAT, OR CORRECTLY WEARING A SEAT BELT IF TOO LARGE FOR A CHILD SEAT. SEE OPERATOR'S MANUAL FOR ADDITIONAL WARNINGS AND INFORMATION ON AIR BAGS, SEAT BELTS AND CHILD SEATS.

8 Gillies, Mark. 2008. 2010 Mercedes-Benz GLK350 4MATIC – First Drive Review. *Car and Driver*, October.

9 Applicable where recycling programs are available.

10 Braking effectiveness also depends on proper brake system maintenance, and tire and road conditions.

11 Interface and phone sold separately. See dealer for a list of approved compatible phones.

12 SIRIUS and the SIRIUS dog logo are registered trademarks of SIRIUS Satellite Radio Inc. NFL is a registered trademark of the National Football League. NASCAR® is a registered trademark of the National Association for Stock Car Auto Racing, Inc. NBA is a registered trademark of NBA Properties, Inc. All rights reserved. For full Terms & Conditions, visit sirius.com. Pricing and programming are subject to change. Not available in Alaska, Hawaii or Puerto Rico. Six-month service subscription included with purchase.

13 Prevents access to the auxiliary port for other uses.

14 While the Navigation System provides directional assistance, the driver must remain focused on safe driving behavior, including paying attention to traffic and street signs. The driver should utilize the system's audio cues while driving and should only consult the map or visual displays once the vehicle has been stopped in a safe place. Maps do not cover all areas or all routes within an area.

15 iPod® is a registered trademark of Apple Computer, Inc. All iPod devices are sold separately. Feature not compatible with iPod Shuffle. Charging function not compatible with iPhone 3G. See dealer for details.

16 Rear-Seat Entertainment System prevents access to the auxiliary port for other uses and cannot be combined with accessory iPod Integration Kit. Mercedes-Benz recommends that children be supervised while using the system.

17 Front and rear outboard seats only. Front-seat belt force limiters are adaptive.

18 Professional installation required. Please see your dealer for details.

19 OCCUPANT CLASSIFICATION SYSTEM (OCS) IS DESIGNED TO TURN THE FRONT PASSENGER'S FRONT AIR BAG OFF WHEN THE SYSTEM SENSES THE WEIGHT OF A TYPICAL CHILD 12 MONTHS OLD OR LESS PLUS THE WEIGHT OF A STANDARD APPROPRIATE CHILD RESTRAINT. SEE OPERATOR'S MANUAL FOR IMPORTANT ADDITIONAL INFORMATION ON THIS SYSTEM AND FOR FURTHER INFORMATION REGARDING THE TRANSPORTATION OF CHILDREN HEAVIER THAN A TYPICAL 12-MONTH-OLD.

20 Mercedes-Benz Tele Aid equipment is optional on all GLK-Class models. When equipped with this feature, first year's Mercedes-Benz Tele Aid service provided at no additional cost with subscription. Subscription and acquaintance call required for service to be active. Service operates only where cellular and GPS coverage are available and requires adequate power supply. Owner must authorize vehicle tracking by providing passcode and a valid stolen vehicle police report number. Passcode required to activate Remote Door Unlock. See dealer for details of telematics services.

21 Rear View Camera does not audibly notify driver of objects outside the system's field of vision, which includes nearby objects, and is not a substitute for actively checking around the vehicle for any obstacles.

29

GOLDBERG 000030



Mercedes-Benz has a long history of environmental responsibility.
That's why our brochures are printed on recycled coated paper that contains a minimum
of 10% post-consumer waste. And why we use an Air Quality Management District-certified
print facility that generates its own electric and thermal power, and has a zero-landfill,
100%-recycling policy for hazardous and non-hazardous production waste.

GOLDBERG 000031



Mercedes-Benz

1025873  555627

A Barrier Motors Company
11950 Bel-Red Road
Bellevue, WA 98005
Phone 425-455-8535 Fax: 425-637-5586
Starmark
Phone 425-455-8535 Fax: 425-463-0106
www.barriermotors.com

1025873  CHAN, KEVIN

| DEAL NO. | SALESPERSON |
|---|---|
| | CHAN, KEVIN |

**VEHICLE BUYERS ORDER**   Date  12/20/2010

Purchaser  WILLIAM H GOLDBERG

Address  7312 56TH AVE NE

| City | County | State | Zip |
|---|---|---|---|
| SEATTLE | KING | WA | 98115-6225 |

Residence phone ( )  (206)850-3606      Business phone ( )  (206)850-3606

| STOCK NO. | YEAR | NEW USED | COLOR INTR. EXTR. | MAKE | MODEL | VIN NUMBER |
|---|---|---|---|---|---|---|
| 555627 | 2011 | USED | | MLT | GLK350 | WDCGG8HBXBF555627 |

Title Brands/Comments (if applicable):  ___ REBUILT  ___ JUNK  ___ SALVAGE/REBUILT  ___ DESTROYED

LICENSE NO. WA: ___  TAB: ___  EXP: ___

ODOMETER READING  120

The owner of a vehicle may be required to spend up to $150 for repairs if the vehicle does not meet the vehicle emission standards under chapter 70.120 RCW. Unless expressly warranted by the motor vehicle dealer, the dealer is not warranting that this vehicle will pass any emission tests required by federal or state law.

X _____
SIGNATURE (DO NOT INITIAL)

"NOTICE TO BUYER REGARDING THE AIRBAGS ON THIS VEHICLE:
___ an 'on/off switch' has been installed on the airbag(s)
___ the airbag(s) have been deactivated"

### USED VEHICLE TRADE-IN

| YEAR | MAKE | MODEL |
|---|---|---|
| 28815 | | ITMBXR03060281 |

| MILEAGE | VIN# |
|---|---|
| COLOR | STK# |
| PLATE NO. | EXP. DATE |

### SECOND VEHICLE TRADE-IN

| YEAR | MAKE | MODEL |
|---|---|---|
| MILEAGE | VIN# |
| COLOR | STK # |
| PLATE NO. | EXP. DATE |

Gross trade-in allowance for (A)  $ 14250.00
  Less estimated bal. owed on (A)  $ -0-
Gross trade-in allowance for (B)  $ -0-
  Less estimated bal. owed on (B)  $ -0-
*ESTIMATED NET ALLOWANCE ON TRADE-IN(S):  $ 14250.00
(carry over to line 6)

*Purchaser acknowledges that the payoff and/or lien balance on the trade-in vehicle as described above is only an estimated figure, subject to verification and confirmation from the lienholder as to the exact dollar amount. In the event the payoff/lien balance exceeds the above-stated amount, such additional amount shall be added to the total cash price of the vehicle and shall be paid to the dealer on request or added to the amount being financed.

X _____
SIGNATURE (DO NOT INITIAL)

| | | |
|---|---|---|
| 1. | BASE PRICE OF VEHICLE | 41000.00 |
| 2. | Dealer Added Or Deleted Options: | 1975.00 |
| | NOTHING ELSE PROMISED OR IMPLIED | |
| 3. | BASE PRICE OF VEHICLE AND OPTIONS (1 PLUS OR MINUS 2) | 46033.00 |
| 4. | ESTIMATED Vehicle Excise Tax, License, Title, and Registration Fees, Bank Title Lien Release Fee (including $3 arbitration fee on new cars) ($2.50 Dealer Administration Fee) | 250.00 |
| 5. | DOWN PAYMENT (A) CASH | -0- |
| | (B) REBATE | -0- |
| 6. | ESTIMATED Net Trade-In Allowance | 14250.00 |
| 7. | TOTAL CREDITS (5+6) | 14250.00 |
| 8. | Sales Tax [Calculated on the difference between Cash Price of Vehicle and Options (Line 3 above) and Gross Trade-In Allowance] | 3114.73 |
| 9. | Luxury Tax (if applicable)  NEGOTIABLE DOCUMENTARY SERVICE FEE | -0-  150.00 |
| 10. | Service Contract/Extended Warranty | -0- |
| 11. | Insurance (Life, Disability, etc.) | -0- |
| 12. | Other Charges | -0- |
| 13. | TOTAL CASH PRICE OF VEHICLE (3 + 4 + 8 + 9 + 10 + 11 + 12) | 49547.73 |
| 14. | UNPAID BALANCE OF CASH PRICE DUE ON DELIVERY (13 – 7) | 35297.73 |
| 15. | UNPAID BALANCE - AMOUNT FINANCED (13 – 7) | 35297.73 |

THE DOLLAR AMOUNT SPECIFIED AS THE TRADE-IN ALLOWANCE MAY BE RENEGOTIATED AND ADJUSTED IN THE EVENT THAT: (1) THE PURCHASER FAILS TO DISCLOSE THAT THE CERTIFICATE OF OWNERSHIP OR CERTIFICATE OF TITLE FOR THE VEHICLE HAS BEEN BRANDED FOR ANY REASON, INCLUDING BUT NOT LIMITED TO, ITS STATUS AS A "REBUILT", "SALVAGE" OR "LEMON LAW REPURCHASE" VEHICLE; OR (2) THE TRADE-IN VEHICLE HAS SUBSTANTIAL PHYSICAL DAMAGE OR A LATENT MECHANICAL DEFECT WHICH OCCURRED BEFORE THE DEALER TOOK POSSESSION OF THE VEHICLE AND WHICH COULD NOT HAVE BEEN REASONABLY DISCOVERABLE AT THE TIME THE ORDER, OFFER OR CONTRACT WAS MADE; OR (3) THERE ARE EXCESSIVE ADDITIONAL MILES ON THE TRADE-IN VEHICLE(S) OR THERE IS A DISCREPANCY IN THE MILEAGE AS DEFINED IN RCW 46.70.180(4)(b).

PURCHASER AGREES THAT THIS ORDER INCLUDES ALL OF THE TERMS AND CONDITIONS ON BOTH THE FRONT AND REVERSE SIDE HEREOF, INCLUDING BUT NOT LIMITED TO THE PURCHASER WARRANTIES CONTAINED IN PARAGRAPH 1 ON THE REVERSE SIDE. IF THIS ORDER IS FOR A USED VEHICLE, THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS ALSO A PART OF THIS CONTRACT INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

**GOLDBERG 000032**

ADDITIONAL TERMS AND CONDITIONS

It is further understood and agreed that the order on the reverse side hereof is subject to the following terms and conditions which have been mutually agreed upon:

1.    PURCHASER'S WARRANTIES. PURCHASER MAKES THE FOLLOWING WARRANTIES CONCERNING THE TRADE-IN VEHICLE(S) LISTED ON THE FRONT SIDE OF THIS DOCUMENT:

   A.    That the vehicle has not been involved in any collisions resulting in any body or chassis damage, and does not contain any hidden mechanical defects or hidden defects of the body or chassis;

   B.    That other than the creditor lien for the stated payoff balance, the title to the trade-in vehicle is free and clear of any other liens or encumbrances, and that purchaser is the registered owner of said vehicle and agrees to deliver to Dealer satisfactory evidence of title to said vehicle;

   C.    That the certificate of title for said vehicle does not contain any brand or comment, including but not limited to "REBUILT", "SALVAGE", "JUNK", "DESTROYED", NON-CONFORMING", "LEMON" OR "FLOOD".

   D.    That the airbag(s) is/are intact and have not been deployed, deactivated, tampered with, repaired, or otherwise altered in any way, and that no airbag "on/off switch" has been installed.

   E.    That the trade-in vehicle has not been determined to have an uncorrected non-conformity or serious safety defect as the result of any final determination adjudication or settlement in Washington or any other state;

   F.    That the vehicle's emission control equipment is intact, standard to the vehicle, and that no part of the system has been removed or altered.

   G.    That the vehicle has never sustained flood or water damage.

   H.    That the odometer on the vehicle has not been rolled back or otherwise tampered with, and that the mileage reflected on the odometer is the actual mileage on the vehicle.

Purchaser acknowledges that Dealer is relying on the foregoing warranties and that without such warranties, Dealer would not be purchasing the trade-in vehicle(s). Purchaser further acknowledges that a breach of any of the foregoing warranties entitles Dealer to rescind this purchase order and to recover from the undersigned purchaser any damage sustained by Dealer resulting from said breach, including attorney's fees and costs.

2.    PRICE CHANGES. Manufacturer has reserved the right to change the list price of new motor vehicles without notice, and in the event that the list price of the new car ordered hereunder is so changed, the cash delivered price, which is based on the list price effective on the day of delivery, will govern in this transaction. If the cash delivered price is increased as a result of the manufacturer's change in the list price, purchaser may, if dissatisfied with such increase price, cancel this order.

3.    CHANGE OF DESIGN. The manufacturer has the right to make any changes in the model or design of any accessories and/or parts of any new motor vehicle at any time without notice. In the event of any such changes, neither Dealer nor manufacturer shall be obligated to make corresponding changes in the vehicle covered by this order, either before or subsequent to the delivery of such vehicle to the purchaser.

4.    DELAYS IN DELIVERY. Dealer shall not be liable for failure to deliver or delay in delivering the vehicle covered by this order where such failure or delay is due or caused, in whole or in part, by the manufacturer, accidents, strikes, fires or other causes beyond the control of the Dealer.

5.    FACTORY WARRANTY. If any new or used vehicle is subject to an existing manufacturer's warranty, that warranty is made by the manufacturer only and runs directly from the manufacturer to the purchaser.

6.    LIMITATION ON WARRANTIES. On used motor vehicles, Dealer makes no express warranties except as may be set forth in any written limited warranty granted to the purchaser. As to the implied warranties of merchantability and fitness, the same shall be modified, disclaimed, or excluded as provided in a separate writing furnished to purchaser by Dealer in the form of a Limited Warranty or a Disclaimer of Warranties. The terms of such Limited Warranty or Disclaimer of Warranties shall control and thereby affect any implied warranties, and such terms and conditions are hereby made a part of this order and are incorporated herein by reference. Further, the applicability of any existing manufacturer's warranty on the used motor vehicle, if any, shall be determined solely by the terms of such warranty.

7.    PURCHASER'S OBLIGATIONS. Purchaser shall execute an odometer disclosure statement pertaining to purchaser's trade-in vehicle(s) as required by law. Purchaser agrees and acknowledges that any misrepresentation on said odometer statement will constitute a breach of this agreement by purchaser and entitle Dealer to pursue all remedies allowed by law or, at Dealer's option, to cancel this agreement. Further, in the event the vehicle purchase referred to in this order is to be financed, the purchaser herein, before or at the time of delivery of the vehicle ordered, and in accordance with the terms and conditions of purchaser herein, before or at the time of delivery of the vehicle ordered, and in accordance with terms and conditions of payment indicated on the front side of this order, agrees to execute a retail installment contract or security agreement for the purchase of such vehicle.

GOLDBERG 000033

**WASHINGTON STATE DEPARTMENT OF LICENSING**

# Odometer Disclosure/ Title* Extension Statement Release of Interest

### *(Please see page 2 for complete instructions and explanation of asterisk)

| License number | Year 2011 | Make MERCEDES-B | Series/Body | Vehicle Identification Number WDCGG8HB1BF555627 |
|---|---|---|---|---|

| State or country where last titled | | | | Title number |
|---|---|---|---|---|

➤ Federal and state law require the seller to disclose the mileage when ownership of the vehicle is changing.
Failure to complete odometer statement or providing a false statement may result in fines and/or imprisonment.

**Disclosure by REGISTERED OWNER**

I certify, to the best of my knowledge, that the odometer reading, as shown below: (Check one.)

Odometer reading (in miles) 120    [No Tenths]

☑ 1. is the **actual mileage** of the vehicle
☐ 2. the mileage stated is in **excess of its mechanical limits**
☐ 3. the odometer reading is **not the actual mileage. WARNING: Odometer discrepancy** (see page 2).

Date of Transfer  12 / 26 / 10

Transferee/Buyer: Unless licensed dealer, must transfer title within 15 days of sale.
I/We warrant this Title and certify that the vehicle described herein has been sold to the following:

Signature of Transferee/ Buyer _William H Goldberg_

Signature of Transferor/ Seller

HAND PRINT name of Transferee/ Buyer _William H Goldberg_

HAND PRINT name of Transferor/ Seller MERCEDES BENZ OF BELLEVUE

Address of Transferee/ Buyer 7312 56TH AVE NE SEATTLE WA 98115-6225

Address of Transferor/ Seller BELLEVUE, WA 98005

**Reassignment by VEHICLE DEALER only**

I certify, to the best of my knowledge, that the odometer reading, as shown below: (Check one.)

Odometer reading (in miles)    [No Tenths]

☐ 1. is the **actual mileage** of the vehicle
☐ 2. the mileage stated is in **excess of its mechanical limits**
☐ 3. the odometer reading is **not the actual mileage. WARNING: Odometer discrepancy** (see page 2).

Date of Transfer  /  /

I/We warrant this Title and certify that the vehicle described herein has been sold to the following:

Signature of Transferee/ Buyer

Signature of Transferor/ Seller

HAND PRINT name of Transferee/ Buyer

HAND PRINT name of Transferor/ Seller

Address of Transferee/ Buyer

Address of Transferor/ Seller

Buying dealer's state license number (if applicable)

Selling dealer's state license number

**Reassignment by VEHICLE DEALER only**

I certify, to the best of my knowledge, that the odometer reading, as shown below: (Check one.)

Odometer reading (in miles)    [No Tenths]

☐ 1. is the **actual mileage** of the vehicle
☐ 2. the mileage stated is in **excess of its mechanical limits**
☐ 3. the odometer reading is **not the actual mileage. WARNING: Odometer discrepancy** (see page 2).

Date of Transfer  /  /

I/We warrant this Title and certify that the vehicle described herein has been sold to the following:

Signature of Transferee/ Buyer

Signature of Transferor/ Seller

HAND PRINT name of Transferee/ Buyer

HAND PRINT name of Transferor/ Seller

Address of Transferee/ Buyer

Address of Transferor/ Seller

Buying dealer's state license number (if applicable)

Selling dealer's state license number

**Lienholder to be shown on new title**

Lienholder name MERCEDES BENZ FINSERVUSALLC

Lienholder address PO BOX 997542 SACRAMENTO, CA 95899-7542

**RELEASE OF INTEREST**

I/We release all interest in the above described vehicle.

Signed

Signed

HAND PRINT name

HAND PRINT name

**Notarization/Certification for Release of Interest**

Release of interest for owners shown on the Certificate of Title do not need to be notarized/certified when this is submitted with the current title.

State of Washington, County of _____

Signed or attested before me on _____ by _____

(Seal or stamp)

Signature _____

Printed or stamped name
and _____

Title _____

Dealer or county/office number or notary expiration date

TD-420-006 (R/4/08) Page 1 of 2

Customer copy

92-9116068

GOLDBERG 000034

# RETAIL PURCHASE AGREEMENT

MERCEDES-BENZ OF BELLEVUE
11850 BEL-RED ROAD
BELLEVUE, WA 98005

FORM# 5010
STORE# 922

425-455-8535

(HEREINAFTER REFERRED TO AS "SELLER" OR "DEALER"). RETAIL ORDER FOR A MOTOR VEHICLE.
PLEASE ENTER MY ORDER FOR THE FOLLOWING: ☐ NEW ☐ USED ☐ DEMO ☐ PREVIOUS SHORT TERM LEASE ☐ EXECUTIVE VEHICLE ☐ OTHER

| | | | | |
|---|---|---|---|---|
| DATE 07/30/2016 | DEAL # 6790 | SALES #1 MARTIN,KAITLIN | & I MGR. | MACLAREN,DANIEL |
| STOCK # GF100904A | CUSTOMER # 3654597 | SALES #2 | SALES MGR. | SU,TAE HO |
| Purchaser VIRGINIA LEEN GOLDBERG | | DL# LEENGVA346KW | DOB | 05/16/1968 |

Co-Purchaser _____ DL# _____ DOB _____
Street Address 7312 56TH AVE NE   City SEATTLE   State WA   Zip 98115
Home Phone (206)448-1010   Bus. Phone (206)448-1010   Cell Phone
E-Mail Address virginialeen@gmail.com   TPP Number

| Year 2016 | Make/Model MERCEDES-BEN GLC-CLAS | Body Type UT | Vehicle Identification Number WDC0G4KB1GF100904 | Color DESIGNO DIAMOND | Mileage 18 |
| No. Cyl 4 | Engine Size 2L 4 CYL | Transmission | | | |

## TRADE-IN VEHICLE #1

YEAR 201  MAKE MERCE MODEL GLK35 BODY TYPE
STOCK# DF555627  MILEAGE 62373  ☐ ACTUAL ☐ INACCURATE
COLOR/TRIM  PLATE#  DECAL#
VIN# WDCGG8HBXBF555627

## TRADE-IN VEHICLE #2

YEAR MERCE MAKE  MODEL GLK 35 BODY TYPE
STOCK# DF555627  MILEAGE 62373  ☐ ACTUAL ☐ INACCURATE
COLOR/TRIM  PLATE#  DECAL#
VIN# WDCGG8HBXBF555627

## LIENHOLDER / PAYOFF INFORMATION

LIENHOLDER
ADDRESS
PHONE  ACCOUNT #
PAYOFF N/A  ESTIMATE/ACTUAL
GOOD TILL  VERIFIED BY

The balance owed on Your Trade-In Vehicle as disclosed above is based on the information You have provided to Us. This payoff amount is only an estimate. We have not been able to confirm the exact balance owed as of the date of this Agreement. If We tender payment to payoff the remaining balance(s) owed, You authorize the lienholder(s) to release the title(s) to the Trade-In(s) to Us. If the actual amount of the balance owed on the Trade-In Vehicle is greater than the amount of the balance owed as listed in this Agreement, You agree to pay the difference to Us within 48 hours of Our demand. If You fail to do so, We will place a lien on the Vehicle. If the actual amount of the balance owed is less than the amount listed, We will pay the difference to You.

X _____ X _____

Purchaser guarantees that the Trade-In Vehicle _HAS_ _HAS NOT_ (i) been in an accident requiring repairs in excess of $2,000 (ii) a welded or bent frame (iii) suffered flood damage (iv) been designated as a "salvage vehicle" or "restored salvage" by any agency (v) liens or encumbrances other than as represented (vi) sustained substantial physical damage (vii) latent mechanical defects. Purchaser agrees to be liable for any damages Seller may incur if any of the above statements are untrue including attorneys' fees and costs. If Purchaser checked "HAS" above, specify details:

X _____

**OPTIONAL ACCESSORIES/PRODUCTS/SERVICES:** You have elected to purchase the optional items listed. The Seller does not require you to purchase any of these items. The amount for these items represents cost and profit to the Seller. See TERMS AND CONDITIONS on reverse side.
**DOCUMENTARY SERVICE FEES:** This charge represents costs and profits to the Dealer for items such as administrative services rendered in connection with the transaction. THE

## ITEMIZATION OF COSTS

| | | |
|---|---|---|
| SELLING PRICE | $ | 48925.00 |

SELLER INSTALLED EQUIPMENT: The following options which have been provided through your dealer, are not products of the manufacturer. Please note that any warranty on these items is not through the manufacturer and should the need arise, you should contact your dealer or the vendor that provided the option.

| OPTIONAL ACCESSORIES/PRODUCTS/SERVICES | + | N/A |
|---|---|---|
| | + | N/A |
| VSC 48 / 48000 | + | 860.00 |
| | + | N/A |
| | + | N/A |
| | + | N/A |
| | + | N/A |
| | + | N/A |
| | + | N/A |
| | + | N/A |
| | + | N/A |
| TOTAL SELLING PRICE INCLUDING ACCESSORIES | = | 49785.00 |
| LESS: DISCOUNT AND/OR TRADE-IN ALLOWANCE | − | 14000.00 |
| CASH DIFFERENCE | | 35785.00 |
| | + | N/A |
| | + | N/A |
| | + | N/A |
| SUBTOTAL | | 35785.00 |
| SALES TAX @ 9.5 % (Excluding Tax on Svc. Cont. & Maint.) | + | 3422.65 |
| SALES TAX @ 9.5 % SERVICE CONTRACT | + | 81.70 |
| SALES TAX @ ___ % MAINTENANCE PROGRAM | + | N/A |
| DOCUMENTARY SERVICE FEE** | + | 150.00 |
| EMERGENCY MEDICAL FEE | + | N/A |
| LICENSE FEE | + | 400.00 |

GOLDBERG 000035

FORM# 5306 DEAL# 6790 STORE 922    STK# GF100904A CUST# 3654597

## ARBITRATION AGREEMENT

This Arbitration Agreement ("Agreement") applies to Purchaser(s) ("you") who is/are in the process of: (1) purchasing or leasing a vehicle(s) including any negotiations or application(s) for credit or other dealings or interactions with the Dealership (which hereinafter is defined as the applicable dealership, together with its parents, subsidiaries, affiliates, predecessors, successors, and assigns, and each of their respective owners, directors, officers, managers, employees, vendors and agents); (2) servicing any vehicles(s) with the Dealership; and (3) reviewing, negotiating or executing any documents or agreements during the course of interactions with the Dealership (collectively, including all subparts listed above, "Purchaser/Dealership Dealings"). You and the Dealership agree that neutral and binding arbitration on an individual basis only will be the sole method of resolving any claim, dispute or controversy (collectively, "Claims") that either Party has arising from Purchaser/Dealership Dealings, with the sole exception that either Party may file Claims in a small claims court as an alternative to proceeding with arbitration. Claims include, but are not limited to the following: (1) Claims in contract, tort, regulatory, statutory, equitable, or otherwise; (2) Claims relating to any representations, promises, undertakings, warranties, covenants or service; (3) Claims regarding the interpretation, scope, or validity of this Agreement, or arbitrability of any issue; (4) Claims between you and the Dealership; and (5) Claims arising out of or relating to your application for credit, this Agreement and/or any and all documents executed, presented or negotiated during Purchaser/Dealership Dealings, or any resulting transaction, service, or relationship, including that with the Dealership, or any relationship with third parties who do not sign this Agreement that arises out of the Purchaser/Dealership Dealings.

**BY ENTERING INTO THIS AGREEMENT, YOU GIVE UP YOUR RIGHT TO HAVE DISPUTES DECIDED IN COURT (OTHER THAN SMALL CLAIMS COURT) OR BY A JURY. YOU UNDERSTAND THAT DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A COURT ACTION, AND OTHER RIGHTS THAT YOU MAY HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION. YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN AN ACTION AGAINST THE DEALERSHIP ON A CLASS, REPRESENTATIVE OR OTHER SIMILAR BASIS (COLLECTIVELY, "CLASS ACTION"), INCLUDING ANY RIGHT TO CLASS ARBITRATION OR CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**

Either Party may contact the American Arbitration Association ("AAA"), at 1-800-778-7879, or www.adr.org and serve the other Party with required notice to start the arbitration process. The Parties may mutually agree in writing to use another arbitration forum and/or qualified arbitrator. Any arbitration hereunder shall be governed by the Federal Arbitration Act (9 U.S.C. § 1, et seq., hereinafter the "FAA") and not by any state law concerning arbitration. The arbitration will be conducted by a single arbitrator ("Arbitrator") who shall follow controlling law and issue a decision in writing with a supporting opinion based on applicable law. If there is no appeal as stated below, the Arbitrator's award shall be final, binding, and conclusive on the parties (except as otherwise provided for under the FAA) and may be entered in any court of competent jurisdiction. At either Party's election and within 30 days of receipt of the Arbitrator's award, such award may be appealed to another arbitrator ("Appellate Arbitrator"), who shall be a single person and who shall be chosen in the same manner as described above. The Appellate Arbitrator shall apply to the underlying decision and opinion the same standard of review applicable for review of the rulings from a bench trial of a civil case in the appellate court in the county in which the arbitration is proceeding, and shall issue a decision in writing with a supporting opinion based on such review and applicable law. The Appellate Arbitrator's decision shall be final, binding, and conclusive on the parties (except as otherwise provided for under the FAA) and may be entered in any court of competent jurisdiction. In the event either Party files a Claim(s) against the other, resulting in a ruling that a portion of this Agreement is unenforceable, the portion of this Agreement that has been ruled to be unenforceable shall be severed, and the remaining provisions shall be enforced. However, if the portion of the Agreement that was ruled to be unenforceable is or includes the above waiver of Class Action rights, then this Agreement shall be unenforceable in its entirety.

This Agreement is entered into contemporaneously with your Retail Installment Sale Contract or Lease Contract as applicable (such Retail Installment Sale Contract or Lease Contract hereinafter referred to as the "Contract"). In the event of a conflict between the terms of this Agreement and those of your Contract, then the terms shall be construed together to the extent possible and only those terms of this Agreement that are in direct conflict with those of the Contract shall be disregarded. If there is an irreconcilable difference between this Agreement and the Contract such that the two cannot be read together and which renders enforcement of this Agreement impossible or impractical, then the terms of the Contract shall govern.

| | | |
|---|---|---|
| _____ | 07/30/2016 | _____ |
| Purchaser's Signature | Date | CFS Manager Signature |
| VIRGINIA LEEN GOLDBERG | | MACLAREN, DANIEL |
| _____ | | _____ |
| Purchaser's Printed Name | | CFS Manager Printed Name |
| | 07/30/2016 | MERCEDES-BENZ OF BELLEVUE |
| _____ | _____ | _____ |
| Co-Purchaser's Signature | Date | Dealership |
| N/A | | |
| _____ | | |
| Co-Purchaser's Printed Name | | |

SR-ANNL-ARB (Rev. 1/15)

TO REORDER CALL 866-268-9681 #7645014

**GOLDBERG 000036**

STORE# 922

DLR# 0790

STK# GF100904A

**WASHINGTON STATE DEPARTMENT OF**
**LICENSING**

# Odometer Disclosure/Title Extension Statement
# Release of Interest

Use this form to disclose odometer information. For instructions on completing this form, see page 2.

**1**

| License number | Year 2016 | Make MERCEDES | Series/Body type S-B UP | Vehicle Identification Number WDCOG4KB1GF100904 |
|---|---|---|---|---|

| State or country where last titled | Title number |
|---|---|

➤ **Federal and state law require the seller to disclose the mileage when ownership of the vehicle is changing.**
**Failure to complete odometer statement or providing a false statement may result in fines and/or imprisonment.**

**2**

**Disclosure by REGISTERED OWNER**

*I certify, to the best of my knowledge, that the odometer reading, as shown below: (Must check one.)*

➤ Odometer reading (in miles) | No Tenths |
☐ 1. is the actual mileage of the vehicle
☐ 2. is in excess of its mechanical limits
☐ 3. is not the actual mileage. WARNING: Odometer discrepancy exists.

Date of Transfer / /

Transferee/Buyer must transfer title within 15 days of sale. This does not apply to licensed dealers.
I/We warrant this Title and certify that the vehicle described herein has been sold to the following:

| Signature of Transferee/ Buyer | Signature of Transferor/ Seller |
|---|---|
| PRINT name of Transferee/ Buyer | PRINT name of Transferor/ Seller |
| Address of Transferee/ Buyer | Address of Transferor/ Seller |

**3**

**Reassignment by VEHICLE DEALER only**

*I certify, to the best of my knowledge, that the odometer reading, as shown below: (Must check one.)*

Odometer reading (in miles) 18 | No Tenths |
☐ 1. is the actual mileage of the vehicle
☐ 2. is in excess of its mechanical limits
☐ 3. is not the actual mileage. WARNING: Odometer discrepancy exists.

Date of Transfer / 07/30/2016

I/We warrant this Title and certify that the vehicle described herein has been sold to the following:

| Signature of Transferee/ Buyer | Signature of Transferor/ Seller       FEI 0556 |
|---|---|
| PRINT name of Transferee/ Buyer   7312 50TH AVE NE SEATTLE WA 98115 | PRINT name of Transferor/ Seller   MERCEDES-BENZ OF BELLEV |
| Address of Transferee/ Buyer | Address of Transferor/ Seller   11850 BEL-RED ROAD  BELLEVUE, WA  98005 |
| Buying dealer's state license number (if applicable) | Selling dealer's state license number |

**Reassignment by VEHICLE DEALER only**

*I certify, to the best of my knowledge, that the odometer reading, as shown below: (Must check one.)*

Odometer reading (in miles) | No Tenths |
☐ 1. is the actual mileage of the vehicle
☐ 2. is in excess of its mechanical limits
☐ 3. is not the actual mileage. WARNING: Odometer discrepancy exists.

Date of Transfer / /

I/We warrant this Title and certify that the vehicle described herein has been sold to the following:

| Signature of Transferee/ Buyer | Signature of Transferor/ Seller |
|---|---|
| PRINT name of Transferee/ Buyer | PRINT name of Transferor/ Seller |
| Address of Transferee/ Buyer | Address of Transferor/ Seller |
| Buying dealer's state license number (if applicable) | Selling dealer's state license number |

**4** **Legal owner/lienholder to be shown on new title**

| Name of legal owner/lienholder | Address of legal owner/lienholder |
|---|---|

**5** I/We release all interest in the above described vehicle.

| Signed | Signed |
|---|---|
| PRINT name | PRINT name |

**Notarization/Certification for Release of Interest**

Release of Interest for owners shown on the Certificate of Title do not need to be notarized/certified when this is submitted with the current title.

State of Washington, County of _____

Signed or attested before me on _____ by _____

(Seal or stamp)

Signature _____

Printed or stamped name
and _____

Title _____

Dealer or county/office number or notary expiration date

*left margin: APPLICABLE SECTION NOT VALID UNLESS FULLY COMPLETED / RELEASE OF INTEREST*

TD-420-006 (R/6/15) DLR Page 1 of 2

16- 0617503  DLR

GOLDBERG 000037

FORM# 6194 DEAL# 6790 STORE# 922 STK# GF100904A CUST# 3654597

**WE OWE**

| | | |
|---|---|---|
| GF100904A | 6790 | 3654597 |

| | | | | | |
|---|---|---|---|---|---|
| Stock No. 2016 | MERCEDES-BEN | Deal No. GLC-CLASS | | Customer No. WDCOG4KB1GF100904 | |
| Year VIRGINIA LEEN GOLDBERG | Make | Model (206)448-1010 | | VIN No. | |
| Purchaser 7312 56TH AVE NE | | Home No. (206)448-1010 | | Cell No. | |
| Address SEATTLE | WA | Work No. 98115 | | | |
| City | State | Zip | | Email | |

| QTY. | DESCRIPTION/PART NO. | ACCOUNT NO. | TOTAL |
|---|---|---|---|
| | *Vehicle sold as equipped* | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby accept this "WE-OWE" with the understanding that it is valid for only 30 DAYS FROM THE DATE OF ISSUANCE, and that I must make an ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT before the above work can be performed.

**YOU OWE**

| NAME OF ITEM | DATE DUE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

We require you to provide us information or documents necessary for financing, vehicle registration, and/or other legitimate purposes related to your vehicle transaction. We need the above information from you to complete the transaction. Please provide this information or documents to us within 24 hours so we can complete your vehicle transaction.

07/30/2016

Date

Purchaser Signature

1st Scheduled Appointment Date: _____

1st Scheduled Appointment Time: _____   Sales Manager Approval

Assistant Service Manager: _____

SR-ANNI-WEOWE (REV. 6/15)

TO REORDER CALL 866-288-9861 #7645012

**GOLDBERG 000038**

 **MSRP**

## Vehicle
*VIN :* WDC0G4KB1GF100904

*Registration Year :* 2016-1

*Region :* Western

*VPC :* Los angeles

## Inquiry By
*PO :* 0670567248

## Dealer
*Name :* MERCEDES-BENZ OF BELLEVUE

*Code :* 84116

*Market :* 04

*Address :* 11850 BELLEVUE - REDMOND ROAD

*City :* BELLEVUE

*State :* WA

*Zip :* 98005

| Accessory Code | Description | Price |
|---|---|---|
| | GLC300W4 | $40,950 |
| 799 | designo Diamond White Metallic | $1,515 |
| 101 | Black MB-Tex | |
| P01 | P01 Premium Package: 115V AC Power Outlet, SiriusXM® Radio w/ 6 mos. | $720 |
| | U80 : 115V AC Power Outlet | |
| | 536 : SiriusXM Satellite Radio | |
| | 611 : Entrance Lamps in Doors | |
| | 889 : KEYLESS-GO | |
| 068 | Wheel Locking Bolts | $140 |
| 098 | factory code | |
| 218 | Rearview Camera | |
| 234 | Blind Spot Assist | $550 |
| 319 | 319 Lighting Package: Full LED Headlamps with Active Curve | $1,500 |
| | 608 : Adaptive Highbeam Assist | |
| | 640 : Full-LED Headlamps with Active Curve Illumination | |
| 320 | 320 Multimedia Package: COMAND® System w/ Navigation with Single CD, | $2,330 |
| | U71 : DVD Coding | |
| | 502 : Navigation Map Updates included for 3-years | |
| | 531 : COMAND w/Navigation and Voice Control | |
| | 815 : COMAND DVD CD Single | |
| 413 | Panorama Sunroof | $1,480 |
| 48R | 19" 5-Spoke Wheels | $500 |
| 5P6 | Control code - scheduling & production intro vehicles | |
| 550 | Trailer Hitch | $575 |
| 58U | Fabric Roof Liner - Grey | |
| 736 | Natural Grain Black Ash Wood | $160 |

Page 1

7/30/2016 13:58:8

GOLDBERG 000039

**MSRP**

| Accessory Code | Description | Price |
|---|---|---|
| 873 | Heated Front Seats | $580 |
| | SUBTOTAL | $51,000 |
| | DESTINATION & DELIVERY | $925 |
| | TOTAL | $51,925 |

Pricing is subject to change. Mercedes-Benz reserves the right to make changes without notification.

7/30/2016 13:58:8

GOLDBERG 000040

 **MSRP**

## Vehicle

*VIN :* WDC0G4KB1GF100904

*Registration Year :* 2016-1

*Region :* Western

*VPC :* Los angeles

## Inquiry By

*PO :* 0670567248

## Dealer

*Name :* MERCEDES-BENZ OF BELLEVUE

*Code :* 84116

*Market :* 04

*Address :* 11850 BELLEVUE - REDMOND ROAD

*City :* BELLEVUE

*State :* WA

*Zip :* 98005

| Accessory Code | Description | Price |
|---|---|---|
| | GLC300W4 | $40,950 |
| 799 | designo Diamond White Metallic | $1,515 |
| 101 | Black MB-Tex | |
| | ***** STANDARD ACCESSORIES ***** | |
| B03 | Automatic start/stop function | |
| B59 | AGILITY SELECT | |
| K15 | Engine Service Interval | |
| PPM | Prepaid Maintenance available - see dealer | |
| P49 | Mirror Package | |
| P75 | Base Interior | |
| R02 | All Season Tires | |
| R66 | Extended Mobility Tires | |
| U10 | Weight Sensing System - WSS | |
| U12 | Floormats | |
| U22 | 4-Way Lumbar Support | |
| U35 | 12V Power Plug/Cargo Area | |
| U89 | Skid Plate, Front & Rear | |
| 0V4 | Speed and Load Index | |
| 12B | Service Manual | |
| 222 | Electrically Adj Pass Seat | |
| 232 | Garage Door Opener | |
| 249 | Autodimming Mirrors | |
| 258 | COLLISION PREVENTION ASSIST PLUS | |
| 264 | License Plate Holder | |
| 270 | GPS Antenna | |
| 274 | Telephone Antenna | |
| 275 | Power Dr.Seat & Steering Col. w/ Memory | |
| 294 | 50 State Certification | |

7/30/2016 13:59:37

GOLDBERG 000041

## MSRP

| Accessory Code | Description | Price |
|---|---|---|
| 299 | PRE-SAFE Predictive Occupant-Protection System | |
| 3U2 | Headunit | |
| 301 | Ashtray | |
| 309 | Cup Holders | |
| 345 | Rain Sensor | |
| 348 | mbrace - w/ trial period by Verizon Telematics | |
| 421 | 9 Speed Automatic Transmission | |
| 440 | Cruise Control w/o speed limiter | |
| 448 | Touchpad | |
| 461 | Instrument Cluster w/ MPH Reading | |
| 475 | Tire-Pressure Monitoring System | |
| 482 | Off-Road Comfort Suspension | |
| 494 | Emission Equipment | |
| 500 | Power Folding Mirrors | |
| 543 | Double Sun Visors | |
| 551 | Anti-Theft Alarm System | |
| 580 | Climate Control-Automatic | |
| 634 | First Aid Kit | |
| 636 | Omission of warning triangle | |
| 668 | Sea Packing & Dispatch | |
| 723 | Cargo Cover | |
| 725 | Chrome Roof Rails | |
| 763 | Remote Key w/Panic Button | |
| 8U9 | Factory Code | |
| 806 | 2016 Registration Year | |
| 840 | Privacy Glass | |
| 876 | Interior Lighting | |
| 888 | Lockable Cargo Floor | |
| 890 | Power Liftgate | |
| 893 | KEYLESS-START | |
| 900 | Exterior Chrome Trim | |
| 916 | Larger Fuel Tank | |
| 919 | Cooling Amplifier | |
| 986 | VIN# Code | |
| 989 | Vin Code | |
| | ***** OPTIONAL ACCESSORIES ***** | |
| P01 | P01 Premium Package: 115V AC Power Outlet, SiriusXM® Radio w/ 6 mos. | $720 |
| | U80 : 115V AC Power Outlet | |
| | 536 : SiriusXM Satellite Radio | |
| | 611 : Entrance Lamps in Doors | |
| | 889 : KEYLESS-GO | |
| 068 | Wheel Locking Bolts | $140 |

7/30/2016 13:59:37

GOLDBERG 000042

| (N) | MSRP | |
|-----|------|--|
| **Accessory Code** | **Description** | **Price** |
| 098 | factory code | |
| 218 | Rearview Camera | |
| 234 | Blind Spot Assist | $550 |
| 319 | 319 Lighting Package: Full LED Headlamps with Active Curve | $1,500 |
| | 608 : Adaptive Highbeam Assist | |
| | 640 : Full-LED Headlamps with Active Curve Illumination | |
| 320 | 320 Multimedia Package: COMAND® System w/ Navigation with Single CD, | $2,330 |
| | U71 : DVD Coding | |
| | 502 : Navigation Map Updates included for 3-years | |
| | 531 : COMAND w/Navigation and Voice Control | |
| | 815 : COMAND DVD CD Single | |
| 413 | Panorama Sunroof | $1,480 |
| 48R | 19" 5-Spoke Wheels | $500 |
| 5P6 | Control code - scheduling & production intro vehicles | |
| 550 | Trailer Hitch | $575 |
| 58U | Fabric Roof Liner - Grey | |
| 736 | Natural Grain Black Ash Wood | $160 |
| 873 | Heated Front Seats | $580 |
| | SUBTOTAL | $51,000 |
| | DESTINATION & DELIVERY | $925 |
| | TOTAL | $51,925 |

Pricing is subject to change. Mercedes-Benz reserves the right to make changes without notification.

Page 3

7/30/2016 13:59:37

GOLDBERG 000043

Page 1 of 1

**Mercedes-Benz** of Bellevue

| Prepared for: | **William Goldberg** | Date: | 7/30/2016 1:52:42 PM |
|---|---|---|---|
| | 7312 56th Ave NE | ID: | 59177836-1950091612 |
| | Seattle, WA 98115 | Manager: | Su, Tae Ho |
| | Day: 206-448-1010 | Salesperson: | Moskaluk, Anthony |
| | Email: wgoldberg@goldbergjones.com | | |

| VEHICLE | TRADE |
|---|---|
| **Vehicle: 2016 MERCEDES BENZ GLC CLASS GLC300W4 4dr Wgn GLC300 4MATIC** | **Vehicle: 2011 Mercedes-Benz GLK** |
| Stock #: GF100904 | Stock #: BF555627 |
| VIN: WDC0G4KB1GF100904 | VIN: WDCGG8HBXBF555627 |
| Miles: 10 | Miles: 62,373 |

| PURCHASE OPTION | | | PURCHASE OPTION | | |
|---|---|---|---|---|---|
| | | | Actual Value | | $11,500.00 |
| Vehicle Selling Price | | $51,925.00 | Extra Allowance | + | $2,500.00 |
| | | | Allowance | | $14,000.00 |
| Trade-in Value | - | $14,000.00 | | | |
| Difference | | $37,925.00 | | | |
| Sales Tax (estimate) | + | $3,716.65 | | | |
| Documentation Fee | + | $150.00 | | | |
| Tag/Registration Fees (estimate) | + | $400.00 | | | |
| Customer Deposit Edit | | | | | |
| Balance Due (estimate) | | $42,191.65 | | | |

| FINANCE OPTIONS | |
|---|---|
| | **60 months** |
| **Cash Down** | APR: 3.99 % |
| **$5,000** | $686 |
| **$7,500** | $640 |
| **$10,000** | $594 |

Note : Customer to recieve $2,500 Cash back on Trade. Max Down Payment allowable 25% (actual Trade Value is $14,000=$11,500+$2,500)

*This menu is provided to you, our customer, to assist you in better understanding the financial options available. Amounts above are ESTIMATES ONLY and may vary based on approved credit, applicable taxes, vehicle selection, trade value(s), estimated payoff, eligibility for rebates and other factors particular to your transaction. Final payments and terms may vary. Customer agrees to pay the difference, if any, in the amount of the trade lien payoff.*

x _____      x _____
Buyer                        Date      Sales Manager                Date

7/30/2016
**GOLDBERG 000044**

Page 1 of 1

## Mercedes-Benz
### of Bellevue

| | | | |
|---|---|---|---|
| Prepared for: | **Bill Goldberg** | Date: | 7/30/2016 1:37:51 PM |
| | | ID: | 59177836-1950078474 |
| | Day: 206-448-1010 | Manager: | Su, Tae Ho |
| | Email: wgoldberg@goldbergjones.com | Salesperson: | Moskaluk, Anthony |

| VEHICLE | TRADE |
|---|---|
| **Vehicle: 2016 MERCEDES BENZ GLC CLASS GLC300W4 4dr Wgn GLC300 4MATIC** | **Vehicle: 2011 Mercedes-Benz GLK** |
| Stock #: GF100904 | Stock #: BF555627 |
| VIN: WDC0G4KB1GF100904 | VIN: WDCGG8HBXBF555627 |
| Miles: 10 | Miles: 62,373 |

| PURCHASE OPTION | | PURCHASE OPTION | |
|---|---|---|---|
| | | Actual Value | $11,500.00 |
| Vehicle Selling Price | $51,925.00 | Allowance | $11,500.00 |
| | | | |
| Trade-in Value | − $11,500.00 | | |
| Difference | $40,425.00 | | |
| Sales Tax (estimate) | + $3,961.65 | | |
| Documentation Fee | + $150.00 | | |
| Tag/Registration Fees (estimate) | + $400.00 | | |
| Customer Deposit Edit | | | |
| Balance Due (estimate) | $44,936.65 | | |

*(handwritten annotations: 51,925 / 3000 / 48,925 / 14000 / 34925 / 3422 59.8 / 3834765 / 550 / 38,89765 / 371665)*

| FINANCE OPTIONS | | | |
|---|---|---|---|
| **Cash Down** | **36 months** APR: 3.99 % | **48 months** APR: 3.99 % | **60 months** APR: 3.99 % |
| $5,000 | $1181 | $904 | $737 |
| $7,500 | $1107 | $847 | $691 |
| $10,000 | $1034 | $790 | $645 |

| LEASE OPTIONS | | | |
|---|---|---|---|
| **Cash Down** | **24 months** 15,000 Miles | **30 months** 15,000 Miles | **36 months** 15,000 Miles |
| $0 $ | $566 | $555 | $545 |
| $1,000 | $516 | $514 | $512 |
| $2,500 | $448 | $460 | $466 |

Note : Customer to recieve $2,500 Cash back on Trade. Max Down Payment allowable 25% (actual Trade Value is $14,000=$11,500+$2,500)

*This menu is provided to you, our customer, to assist you in better understanding the financial options available. Amounts above are ESTIMATES ONLY and may vary based on approved credit, applicable taxes, vehicle selection, trade value(s), estimated payoff, eligibility for rebates and other factors particular to your transaction. Final payments and terms may vary. Customer agrees to pay the difference, if any, in the amount of the trade lien payoff.*

| | | | |
|---|---|---|---|
| x_____ | _____ | x_____ | _____ |
| Buyer | Date | Sales Manager | Date |

**GOLDBERG 000045**

```
CUSTOMER #: BG4008808                    317268              Mercedes-Benz
UNIT# 555627                                                 of Bellevue
WILLIAM H GOLDBERG                       *INVOICE*           11850 Bel-Red Road
VIRGINIA LEEN-GOLDBERG                                       Bellevue, WA 98005
7312 56TH AVE NE                         DUPLICATE 1         Phone: (425) 455-8535
SEATTLE, WA 98115-6225                   PAGE 1             Fax:  (425) 233-6491
HOME:206-850-3606 CONT:206-850-3606
BUS: 206-850-3606 CELL:206-850-3606   SERVICE ADVISOR: 9963 RAFAEL BURRUEL
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| CAPRI BLUE | 11 | MERCEDES-BENZ TRUCK | WDCGG8HBXBF555627 | AEX9357 | 51348/51356 | T4923 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26DEC10 | DD17AUG10 | 25DEC2014 | WAIT 24JUL15 | | | CASH | 24JUL15 |

```
    R.O. OPENED      READY     OPTIONS: SOLD-STK:555627 DLR:84615
                               ENG:27297131661169 TRN:72296002913426 AXL:204987
11:43 24JUL15   12:59 24JUL15  1)VMI 9.29.10
```

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| A 10K/1YR SERVICE INTERVAL | | | | | | | | |
| | 10K 10K/1YR SERVICE INTERVAL | | | | | | | |
| | | 1821 | CMZM | | | | 138.00 | 138.00 |
| | 1 000-180-26-09 | | TS FILTER INSERT | | | 16.80 | 16.80 | 16.80 |
| | 1 1033 | | SOLVENT | | | 6.25 | 6.25 | 6.25 |
| | 1 001-986-80-71-17 | | WINDSHIELD WASHER FLUID | | | 3.89 | 3.89 | 3.89 |
| | 9 000-989-83-01-USB9 | | MB GENUINE ENGINE OIL | | | | | |
| | 5W-40 MB 229.5 | | | | | 6.43 | 6.43 | 57.87 |
| | 1 ODISP | | FILTERDISP | | | 2.10 | 2.10 | 2.10 |

```
PARTS:    86.91  LABOR:    138.00  OTHER:    0.00   TOTAL LINE A:    224.91
51352 TECH 1821 PERFORMED A SERVICE, CHANGED OIL & OIL FILTER,
7.4QTS OF OIL, PERFORMED LEAK INSPECTION - TOPPED OFF ALL FLUIDS AS
NEEDED, MEASURED TIRE TREAD, F 8/32, R 8/32, SET TIRE PRESSURE, F
33PSI, R 33PSI, MEASURED BRAKE PADS, F 85% @10MM, R 80% @8MM, PERFORMED
MIDTRONICS BATTERY TEST, BATTERY OK, CODE: JS2M03R-1GV8LF8, RESET
SERVICE INDICATOR LIGHT & TIRE PRESSURE MONITOR SYSTEM. THANK YOU!
*************************************************************
B C/S THE BEEP WHEN LOCKING THE CAR IS EXTREMELY LOUD. CAN THE VOLUME
     BE ADJUSTED? PLEASE ADVISE
     NOTE PLEASE SEE SERVICE ADVISOR FOR EXPLANATION
          1821   CM                                        0.00      0.00
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE B:    0.00
51356 TECH 1821 HOOKED UP SDS & BATTERY CHARGER, RAN QUICK TEST,
CHECKED ALL SYSTEMS FUNCTIONS, LOCK FUNCTION SOUND NON ADJUSTABLE.
ADVISOR HAS DISABLED THE NOISE USING THE SETTINGS MENU.
*************************************************************
C Car Wash Service / /
     WASH Car Wash Service
          9923   CM                                        0.00      0.00
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE C:    0.00
*************************************************************
D Customer is waiting for repairs/services
     WAIT Customer is waiting for repairs/services.
          999    CM                                        0.00      0.00
```

```
SUPPLIES - A charge equivalent to 12% of the labor charge is included for supplies used on your vehicle. Maximum charge is $59.75.
Applicable supply items are: Nuts, bolts, washers, tape, aerospray, solvent, rags, carburetor cleaners, solder, battery cleaner, wire, etc.
Federal and state laws require disposal charge on all hazardous materials.
```

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT
THE INFORMATION CONTAINED HEREON IS ACCURATE
UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE
PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO
INDICATION FROM THE APPEARANCE OF THE VEHICLE OR
OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER
THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY
ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING
THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF
PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR
INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties
with respect to the sale of this item/items. The Seller
hereby expressly disclaims all warranties either express
or implied, including any implied warranty of
merchantability or fitness for a particular purpose.
Seller neither assumes nor authorizes any other person
to assume for it any liability in connection with the sale
of this item/items.

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)

CUSTOMER SIGNATURE

**GOLDBERG 000046**

CUSTOMER #: BG4008808
UNIT# 555627
WILLIAM H GOLDBERG
VIRGINIA LEEN-GOLDBERG
7312 56TH AVE NE
SEATTLE, WA 98115-6225
HOME:206-850-3606 CONT:206-850-3606
BUS: 206-850-3606 CELL:206-850-3606

**317268**

\*INVOICE\*

DUPLICATE 1
PAGE 2

SERVICE ADVISOR: 9963 RAFAEL BURRUEL

**Mercedes-Benz**
of Bellevue

11850 Bel-Red Road
Bellevue, WA 98005
Phone: (425) 455-8535
Fax:   (425) 233-6491

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| CAPRI BLUE | 11 | MERCEDES-BENZ TRUCK | WDCGG8HBXBF555627 | AEX9357 | 51348/51356 | T4923 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26DEC10 | DD17AUG10 | 25DEC2014 | WAIT 24JUL15 | | CASH | | 24JUL15 |

| R.O. OPENED | READY |
|---|---|
| 11:43 24JUL15 | 12:59 24JUL15 |

SOLD-STK:555627 DLR:84615
ENG:27297131661169 TRN:72296002913426 AXL:204987
1)VMI 9.29.10

| LINE | OPCODE | TECH | TYPE | HOURS | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| PARTS: | 0.00 | LABOR: | 0.00 | OTHER: | 0.00 | | TOTAL LINE D: | | | 0.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

E\*\* MULTI POINT INSPECTION NOT COMPLETED THIS VISIT
    MULTI-N MULTI POINT INSPECTION NOT COMPLETED THIS
           VISIT
        999IMEFI                                              (N/C)
    GTIRE CURRENT CONDITION-TIRES OK
        999IMEFI                                              (N/C)
PARTS:    0.00 LABOR:    0.00 OTHER:    0.00  TOTAL LINE E:      0.00
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EST: 230.00        24JUL15 11:43  SA: 9963

WAIT BDC CREATED 2015-07-22      Dealer is not authorized to perform recall
01:07:00PM TAKEN BY ANTOINE      repairs for non-Dealer brand vehicles and
FLEMING                          Dealer's Vehicle Safety and Condition
                                 Inspection and/or service does not include
                                 a review of possible pending recalls or
                                 service campaigns issued by manufacturers
                                 of other makes and models.

*We sincerely thank you for choosing Mercedes-Benz of Bellevue*

SUPPLIES - A charge equivalent to 12% of the labor charge is included for supplies used on your vehicle. Maximum charge is $59.75. Applicable supply items are: Nuts, bolts, washers, tape, aerospray, solvent, rags, carburetor cleaners, solder, battery cleaner, wire, etc. Federal and state laws require disposal charge on all hazardous materials.

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

(SIGNED)    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE)

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item\items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 138.00 |
| PARTS AMOUNT | 86.91 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 6.90 |
| TOTAL CHARGES | 231.81 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 22.03 |
| PLEASE PAY THIS AMOUNT | 253.84 |

GOLDBERG 000047



686247032922
MERCEDES-BENZ BELLEVUE
11850 BEL-RED ROAD
BELLEVUE, WA 98005
(425)455-8535
WWW.AUTONATION.COM

**311992**

*INVOICE*

## Mercedes-Benz
of Bellevue

11850 Bel-Red Road
Bellevue, WA 98005
Phone: (425) 455-8535
Fax:    (425) 233-6491

Term ID: 006          Ref #: 007

**Sale**

XXXXXXXXXXXX4139

VISA          Entry Method: Swiped

05/06/15          14:42:21

Inv #: 000006          Appr Code: 09268G

Apprvd: Online          Batch#: 126001

Cust Ref #:311992

Total:          $          249.66

Customer Copy

PAGE 1

SERVICE ADVISOR: 9963 RAFAEL BURRUEL

T:206-850-3606
L:206-850-3606

| E/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|
| ES-BENZ TRUCK | WDCGG8HBXBF555627 | AEX9357 | 49527/49527 | TKEY |

| R. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|
| | DEC2014 19:00 06MAY15 | | | CASH | 06MAY15 |

EADY          OPTIONS:    SOLD-STK:555627 DLR:84615
          ENG:27297131661169 TRN:72296002913426 AXL:204987
06MAY15   1)VMI 9.29.10

| E HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|
| NEW KEY | | | | |
| M | | 0.00 | 0.00 | |
| -04-9999 KEY | | 177.00 | 177.00 | 177.00 |
| -06 MASTER KEY | | 51.00 | 51.00 | 51.00 |

PARTS:   228.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE A:    228.00
49527 KEY AND REMOTE ORDERED 5/6/15.
*******************************************************

B DO NOT WASH THIS VEHICLE
     NOWASH DO NOT WASH THIS VEHICLE
     999   CM                                    0.00      0.00
PARTS:   0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE B:    0.00
*******************************************************

C MULTI POINT INSPECTION NOT COMPLETED THIS VISIT
     MULTI-N MULTI POINT INSPECTION NOT COMPLETED THIS
     VISIT
     999IMEFI                                              (N/C)
     GTIRE CURRENT CONDITION-TIRES OK
     999IMEFI                                              (N/C)
PARTS:   0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE C:    0.00
49527 TIRES AT 9/32" ALL.
*******************************************************

EST: 375.00          06MAY15 14:35   SA: 9963

Dealer is not authorized to perform recall
repairs for non-Dealer brand vehicles and
Dealer's Vehicle Safety and Condition
Inspection and/or service does not include
a review of possible pending recalls or
service campaigns issued by manufacturers
of other makes and models.

*We sincerely thank you for choosing Mercedes-Benz of Bellevue*

SUPPLIES - A charge equivalent to 12% of the labor charge is included for supplies used on your vehicle. Maximum charge is $59.75. Applicable supply items are: Nuts, bolts, washers, tape, aerospray, solvent, rags, carburetor cleaners, solder, battery cleaner, wire, etc. Federal and state laws require disposal charge on all hazardous materials.

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER, THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)   CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 228.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 228.00 |
| LESS INSURANCE | |
| SALES TAX | 21.66 |
| **PLEASE PAY THIS AMOUNT** | 249.66 |

Copyright 2014 CDK Global, LLC   SERVICE INVOICE TYPE 2 - S12C - IMAGING

CUSTOMER SIGNED/TAKE

**GOLDBERG 000048**

CUSTOMER #: 4008808
UNIT # 555627
WILLIAM H GOLDBERG
VIRGINIA LEEN-GOLDBERG
7312 56TH AVE NE
SEATTLE, WA 98115-6225
HOME:206-850-3606 CONT:206-850-3606
BUS: 206-850-3606 CELL:206-850-3606

**3729052**

*INVOICE*

PAGE 1

**MERCEDES-BENZ OF BELLEVUE**
*A Barrier Motors Company*
11950 Bellevue-Redmond Road, Bellevue, Washington 98005
(425) 455-8535

OUR CHARGES ARE NOT BASED ON ACTUAL TIME BUT ARE ESTABLISHED BY MULTIPLYING OUR RETAIL LABOR RATE BY INDUSTRY FLAT RATE ALLOWANCES OR ON OUR OWN EXPERIENCE OF THE AVERAGE REQUIRED TIME.

SERVICE ADVISOR: 1670 SHERYL PARKINS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| CAPRI BLUE | 11 | MERCEDES-BENZ GLK350 | WDCGG8HBXBF555627 | | 31088/31089 | T2359 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26DEC10 | 17AUG10 | | 17:00 30JUL13 | | | CASH | 30JUL13 |

| R.O. OPENED | READY | PREPARED BY | SOLD-STK:555627 DLR:84615 |
|---|---|---|---|
| 09:16 30JUL13 | 15:40 30JUL13 | | ENG:27297131661169 TRN:72296002913426 AXL:204987 |

1)VMI 9.29.10

LINE OPCODE TECH TYPE HOURS                                    LIST        NET        TOTAL

A PERFORM BASIC SCHEDULED MAINTENANCE AS PER CHECK SHEET(EL)
    BASIC PERFORM BASIC SCHEDULED MAINTENANCE AS PER
        MODEL SPECIFIC CHECK SHEET (INSPECTIONS &
        ADJUSTMENTS, ENGINE OIL & FILTER, BATTERY
        CONDITION, CLEAR COWL DRAINS AS APPROPRIATE
        BY MODEL).
        903  CT3                                            133.00      133.00
    1 1033 W/S WASH                              5.46        5.46        5.46
    1 001-986-80-71-17 WINDSHIELD WASHER FLUID   8.00        8.00        8.00
    1 000-180-26-09 TS FILTER INSERT            22.50       22.50       22.50
    1 ODISP FILTERDISP                           2.00        2.00        2.00
LUBE SYNTHETIC
        CT3                                                  57.00       57.00
PARTS:   37.96    LABOR:   133.00   OTHER:      57.00   TOTAL LINE A:    227.96
31088 BASIC TECH 901: 0.80C 0.80 PERFORMED A SERVICE AS PER CHECK
SHEET. REPLACED ENGINE OIL, FILTER AND CORRECTED FLUIDS. SET TIRE
PRESSURES TO 36PSI FRONT 36PSI REAR. TREAD DEPTH IS AT 5MM FRONT AND
5MM REAR. BRAKE PADS AT 20% FRONT AND REAR. BATTERY TESTED GOOD AS PER
MDTRONICS. RESET THE SERVICE INDICATOR AND TPMS SENSORS. WILL NEED
BRAKES BEFORE THE NEXT SERVICE. BRAKE PAD WARNING WILL COME ON. TIRES
AND WHEELS HAVE CURB DAMAGE CLIENT SHOULD CONTACT XZILION FOR REPAIR
THEY WILL SEND AN INSPECTOR OUT AND REPAIR THE WHEELS..
************************************************************
B COMPLIMENTARY WASH AND VACUUM
    WASH COMPLIMENTARY WASH AND VACUUM
        10  CT3                                               0.00        0.00
PARTS:    0.00    LABOR:     0.00   OTHER:       0.00   TOTAL LINE B:      0.00
************************************************************
C PLEASE ASK THE CLIENT FOR THEIR MAINTENANCE BOOK AND UPDATE
    BOOK UPDATE VEHICLE MAINTENANCE BOOK IF PROVIDED
        99  CT3                                               0.00        0.00
PARTS:    0.00    LABOR:     0.00   OTHER:       0.00   TOTAL LINE C:      0.00
************************************************************
D IS THIS YOUR CURRENT EMAIL ADDRESS?

Any controversy or claim arising out of or relating to this contract or breach thereof, shall be settled in accordance with the arbitration rules of the consumer-business arbitration tribunal of the Better Business Bureau.

The factory warranty constitutes all of the warranties with respect to the sale of the item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. The information contained on the estimate, worksheet, and/or repair order is incorporated herein by reference.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER COPY

GOLDBERG 000049

CUSTOMER #: 4008808
UNIT# 555627
WILLIAM H GOLDBERG
VIRGINIA LEEN-GOLDBERG
7312 56TH AVE NE
SEATTLE, WA 98115-6225
HOME:206-850-3606 CONT:206-850-3606
BUS: 206-850-3606 CELL:206-850-3606

**3729052**
*INVOICE*

PAGE 2

SERVICE ADVISOR: 1670 SHERYL PARKINS

**MERCEDES-BENZ OF BELLEVUE**
*A Barrier Motors Company*
11950 Bellevue-Redmond Road, Bellevue, Washington 98005
(425) 455-8535

OUR CHARGES ARE NOT BASED ON ACTUAL TIME BUT ARE ESTABLISHED BY MULTIPLYING OUR RETAIL LABOR RATE BY INDUSTRY FLAT RATE ALLOWANCES OR OUR OWN EXPERIENCE OF THE AVERAGE REQUIRED TIME.

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| CAPRI BLUE | 11 | MERCEDES-BENZ GLK350 | WDCGG8HBXBF555627 | | 31088/31089 | T2359 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26DEC10 | DD17AUG10 | | 17:00 30JUL13 | | | CASH | 30JUL13 |

R.O. OPENED: 09:16 30JUL13  READY: 15:40 30JUL13
PREPARED BY: SOLD-STK:555627 DLR:84615
ENG:27297131661169 TRN:72296002913426 AXL:204987
1)VMI 9.29.10

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| MAIL DO YOU HAVE AN E-MAIL ADDRESS | | | |
| 99 CT3 | | 0.00 | 0.00 |

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE D: 0.00
*****************************************************

E ONE DAY SERVICE RENTAL WITH MAJOR SERVICE
6 1 DAY COMPLIMENTARY RENTAL WITH MAJOR SERVICE
(VALUE $47.40)
99 CT3                                    0.00    0.00

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE E: 0.00
*****************************************************

SUBL INTERNAL RENTAL
IENT                                              (N/C)
FC: 1

EST: 235.00        30JUL13 09:16 SA: 1670

<<<<<<<<THANK YOU FOR YOUR BUSINESS>>>>>>>>>
>>>>>PARTS & SERVICE HOURS OF OPERATION<<<<<
7AM to 7PM Mon.-Fri. & 7AM to 6PM on Saturday
WE WASH & VACUUM ALL VEHICLES IN FOR SERVICE
UNLESS YOU WOULD PREFER WE NOT WASH YOUR CAR.

Any controversy or claim arising out of or relating to this contract or breach thereof, shall be settled in accordance with the arbitration rules of the consumer-business arbitration tribunal of the Better Business Bureau.

The factory warranty constitutes all of the warranties with respect to the sale of the item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. The information contained on the estimate, worksheet, and/or repair order is incorporated here in by reference.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 133.00 |
| PARTS AMOUNT | 37.96 |
| GAS, OIL, LUBE | 57.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | |
| TOTAL CHARGES | 227.96 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 21.66 |
| PLEASE PAY THIS AMOUNT | 249.62 |

CUSTOMER COPY

**GOLDBERG 000050**

# MERCEDES-BENZ OF BELLEVUE
### A Barrier Motors Company

**3740538**

**\*INVOICE\***

**PAGE 1**

11950 Bellevue-Redmond Road, Bellevue, Washington 98005
(425) 455-8535

OUR CHARGES ARE NOT BASED ON ACTUAL TIME BUT ARE
ESTABLISHED BY MULTIPLYING OUR RETAIL LABOR RATE BY
INDUSTRY FLAT RATE ALLOWANCES OR OUR OWN EXPERIENCE OF
THE AVERAGE REQUIRED TIME.

```
CUSTOMER #: 4008808
UNIT# 555627
WILLIAM H GOLDBERG
VIRGINIA LEEN-GOLDBERG
7312 56TH AVE NE
SEATTLE, WA 98115-5225
HOME: 206-850-3606  CONT:310-717-9530
BUS: 206-850-3606  CELL:206-850-3606
```

**SERVICE ADVISOR: 288 KEITH REDD**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| CAPRI BLUE | 11 | MERCEDES-BENZ GLK350 | WDCGG8HBXBF555627 | AEX9357 | 36808/36810 | T8282 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26DEC10 | DE17AUG10 | 25DEC2014 | WAIT 08FEB14 | | | CASH | 08FEB14 |

| R.O. OPENED | READY | PREPARED BY | | | | | |
|---|---|---|---|---|---|---|---|
| 11:48 07FEB14 | 13:19 08FEB14 | | SOLD-STK:555627 DLR:84615 | | | | |

ENG:27297131661169 TRN:72296002913426 AXL:204987
1) VMI 9.29.10

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| A CUST STATES THE LOW BRAKE PAD WARNING LAMP IS ON, INSPECT BRAKES AND | | | |
|   REPORT NEEDED ACTION. | | | |
|   ALLBRAKES REPLACE ALL BRAKE PADS AND ROTORS, | | | |
|   FRONT AND REAR. | | | |
|     883 CT3 | | 540.00 | 540.00 |
|   1 006-420-24-20 TS DISK BRAKE PAD | 108.90 | 108.90 | 108.90 |
|   1 211-540-17-17 BRAKE WEAR SENSOR | 13.65 | 13.65 | 13.65 |
|   2 204-421-29-12-07 BRAKE DISK, VENTED | 126.50 | 126.50 | 253.00 |
|   1 63501 STOP SQUEAL | 12.95 | 12.95 | 12.95 |
|   1 BC BRAKE CLEANER | 4.92 | 4.92 | 4.92 |
|   1 005-420-49-20 BRAKE LINING | 84.70 | 84.70 | 84.70 |
|   1 211-540-17-17 BRAKE WEAR SENSOR | 13.65 | 13.65 | 13.65 |
|   2 000-423-09-12-07 BRAKE DISK, VENTED | 72.60 | 72.60 | 145.20 |

PARTS: 636.97   LABOR:   540.00   OTHER:   0.00   TOTAL LINE A: 1176.97
36810 FRONT & REAR PADS & ROTORS WORN, 4.00 FRONT BRAKE PADS ARE AT
1-2mm, REAR PADS ARE 3-4mm AND BOTH FRONT & REAR ROTORS ARE VERY THIN.
REPLACED FRONT & REAR PADS & ROTORS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| B COMPLIMENTARY WASH AND VACUUM | | | |
|---|---|---|---|
|   WASH COMPLIMENTARY WASH AND VACUUM | | | |
|     20 CDEF | | 0.00 | 0.00 |

PARTS:   0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE B:   0.00
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| C PLEASE ASK CLIENT FOR EMAIL ADDRESS CALL 310.717.9530 | | | |
|---|---|---|---|
|   MAIL DO YOU HAVE AN E-MAIL ADDRESS | | | |
|     99 CDEF | | 0.00 | 0.00 |

PARTS:   0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE C:   0.00
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| D INTERNAL RENTAL | | | |
|---|---|---|---|
|   2 ENTERPRISE RENTAL CAR $47.40/DAY, 1 DAY | | | |
|     COMPLIMENTARY BY MERCEDES BENZ OF BELLEVUE | | | |
|     99 CDEF | | 0.00 | 0.00 |

PARTS:   0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE D:   0.00
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Any controversy or claim arising out of or relating to this contract or breach thereof, shall be settled in accordance with the arbitration rules of the consumer-business arbitration tribunal of the Better Business Bureau.

The factory warranty constitutes all of the warranties with respect to the sale of the item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. The information contained on the estimate, worksheet, and/or repair order is incorporated here in by reference.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CUSTOMER COPY

**GOLDBERG 000051**

**MERCEDES-BENZ OF BELLEVUE**
*A Barrier Motors Company*

11950 Bellevue-Redmond Road, Bellevue, Washington 98005
(425) 455-8535

**3740538**

**\*INVOICE\***

PAGE 2

OUR CHARGES ARE NOT BASED ON ACTUAL TIME BUT ARE ESTABLISHED BY MULTIPLYING OUR RETAIL LABOR RATE BY INDUSTRY FLAT RATE ALLOWANCES OR OUR OWN EXPERIENCE OF THE AVERAGE REQUIRED TIME.

CUSTOMER #: 4008808
UNIT# 555627
WILLIAM H GOLDBERG
VIRGINIA LEEN-GOLDBERG
7312 56TH AVE NE
SEATTLE, WA 98115-6225
HOME:206-850-3606 CONT:310-717-9530
BUS: 206-850-3606 CELL:206-850-3606

SERVICE ADVISOR: 288 KEITH REDD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| CAPRI BLUE | 11 | MERCEDES-BENZ GLK350 | WDCGG8HBXBF555627 | AEX9357 | 36808/36810 | T8282 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26DEC10 | DD17AUG10 | 25DEC2014 | WAIT 08FEB14 | | | CASH | 08FEB14 |

| R.O. OPENED | | READY | PREPARED BY | SOLD-STK:555627 DLR:84615 |
|---|---|---|---|---|

ENG:27297131661169 TRN:72296002913426 AXL:204987

11:48 07FEB14   13:19 08FEB14   1)VMI 9.29.10

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EST: 598.00 | | -07FEB14 11:48 | | SA: 288 | | | | | |

CUSTOMER PAY SHOP SUPPLIES FOR REPAIR ORDER                                          4.95

```
<<<<<<<<THANK YOU FOR YOUR BUSINESS>>>>>>>>
>>>>>>PARTS & SERVICE HOURS OF OPERATION<<<<<
7AM to 7PM Mon.-Fri. & 7AM to 6PM on Saturday

WE WASH & VACUUM ALL VEHICLES IN FOR SERVICE
UNLESS YOU WOULD PREFER WE NOT WASH YOUR CAR.
```

*Mercedes Benz*

Any controversy or claim arising out of or relating to this contract or breach thereof, shall be settled in accordance with the arbitration rules of the consumer-business arbitration tribunal of the Better Business Bureau.

The factory warranty constitutes all of the warranties with respect to the sale of the item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. The information contained in the estimate, worksheet, and/or repair order is incorporated here in by reference.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 540.00 |
| PARTS AMOUNT | 636.97 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 4.95 |
| TOTAL CHARGES | 1181.92 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 112.28 |
| PLEASE PAY THIS AMOUNT | 1294.20 |

CUSTOMER COPY

**GOLDBERG 000052**

CUSTOMER #: 4008808
UNIT# 555627
WILLIAM H GOLDBERG
VIRGINIA LEEN-GOLDBERG
7312 56TH AVE NE
SEATTLE, WA 98115-6225
HOME:206-850-3606 CONT:206-850-3606
BUS: 206-850-3606 CELL:206-850-3606

*Called*

**3717607**

*INVOICE*

PAGE 1

SERVICE ADVISOR: 1594 JOSH MCDOWELL

## MERCEDES-BENZ OF BELLEVUE
*A Barrier Motors Company*
11950 Bellevue-Redmond Road, Bellevue, Washington 98005
(425) 455-8535

OUR CHARGES ARE NOT BASED ON ACTUAL TIME BUT ARE ESTABLISHED BY MULTIPLYING OUR RETAIL LABOR RATE BY INDUSTRY FLAT RATE ALLOWANCES OR OUR OWN EXPERIENCE OF THE AVERAGE REQUIRED TIME.

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| CAPRI BLUE | 11 | MERCEDES-BENZ GLK350 | WDCGG8HBXBF555627 | | 24658/24660 | T5633 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26DEC10 | DD17AUG10 | | 17:00 07JAN13 | | | CASH | 05JAN13 |

| R.O. OPENED | READY | PREPARED | |
|---|---|---|---|
| 17:21 04JAN13 | 14:08 05JAN13 | STK:555627 DLR:84615 ENG:27297131661169 TRN:72296002913426 AXL:204987 1)VMI 9.29.10 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|

A CLIENT STATES THAT AT START VEHICLE WAS SHUTTERING AND SMELT LIKE
   BURNING, PLESE CHECK AND ADVISE
   NOTE RELATED TO LINE B
    741   CT1                                         0.00        0.00
PARTS:      0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE A:       0.00
24658 RELATED TO LINE B
*******************************************************
B CLIENT STATES CHECK ENGINE LIGHT IS ON, PLEASE CHECK AND ADVISE.
CAUSE:..
   541011 SHORT TEST, PERFORM
    741   W8                                                    (N/C)
   070641 INDIVIDUAL COMPONENTS-ENGINE SYSTEM
      SPECIFY, TEST PERFORM (ACCORDING TO DTC
      CODES)
    741   W8                                                    (N/C)
   431051 VACUUM HOSE TO BRAKE BOOSTER, TEST FOR
      LEAKS
    741   W8                                                    (N/C)
   147303 SHUT-OFF VALVE - SEC. AIR INJECTION
      SYSTEM, REPL.
    741   W8                                                    (N/C)
   540991 CONTROL UNIT - SOFTWARE (AFTER SHORT
      TEST), INSTALL
    741   W8                                                    (N/C)
   540992 CONTROL UNIT -........ CODE (AFTER SHORT
      TEST), PERFORM
    741   W8                                                    (N/C)
   540991 CONTROL UNIT - SOFTWARE (AFTER SHORT
      TEST), INSTALL
    741   W8                                                    (N/C)
   540992 CONTROL UNIT -........ CODE (AFTER SHORT
      TEST), PERFORM
    741   W8                                                    (N/C)
PARTS:      0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE B:       0.00

Any controversy or claim arising out of or relating to this contract or breach thereof, shall be settled in accordance with the arbitration rules of the consumer-business arbitration tribunal of the Better Business Bureau.

The factory warranty constitutes all of the warranties with respect to the sale of the item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. The information contained in the estimate, worksheet, and/or repair order is incorporated herein by reference.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

GOLDBERG 000053

CUSTOMER #: 4008808
UNIT# 555627
WILLIAM H GOLDBERG
VIRGINIA LEEN-GOLDBERRY
7312 56TH AVE NE
SEATTLE, WA 98115-6225
HOME:206-850-3606 CONT:206-850-3606
BUS: 206-850-3606 CELL:206-850-3606

**3717607**

**\*INVOICE\***

PAGE 2

SERVICE ADVISOR: 1594 JOSH MCDOWELL

**MERCEDES-BENZ OF BELLEVUE**
*A Barrier Motors Company*
11950 Bellevue-Redmond Road, Bellevue, Washington 98005
(425) 455-8535

OUR CHARGES ARE NOT BASED ON ACTUAL TIME BUT ARE ESTABLISHED BY MULTIPLYING OUR RETAIL LABOR RATE BY INDUSTRY FLAT RATE ALLOWANCES OR OUR OWN EXPERIENCE OF THE AVERAGE REQUIRED TIME.

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| CAPRI BLUE | 11 | MERCEDES-BENZ GLK350 | WDCGG8HBXBF555627 | | 24658/24660 | T5633 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 26DEC10 | DD17AUG10 | | 17:00 07JAN13 | | | CASH | 05JAN13 |

R.O. OPENED: 17:21 04JAN13   READY: 14:08 05JAN13   PREPARED BY
STK:555627 DLR:84615 ENG:27297131661169
TRN:72296002913426 AXL:204987 1)VMI 9.29.10

LINE OPCODE TECH TYPE HOURS                              LIST       NET       TOTAL

24660 CHECK ENGINE LIGHT 541011 0.2 070641 0.2 431051 0.5 147303
0.5 540991 0.3 540991 0.3 2.00 RAN A SHORT TEST AND FOUND DTCS 0632 AND
0637 IN ME WITH ONE FAULT FREQUENCY. PERFORMED A TEST PROGRAM VIA SDS
GUIDED TEST. CHECKED FUEL PRESSURE AND FOUND 3.9BAR, OK. CHECKED FOR
VACUUM LEAKS AND FOUND VACUUM LEAK AT SHUT OFF VALVE. REMOVED SHUTOFF
VALVE AND REPLACED TORN VACUUM HOSE. PERFORMED ME SOFTWARE UPDATE ALONG
WITH CODING  ALSO FOUND DTC 254000 IN FUEL PUMP MODULE. NO TESTS
AVAILABLE FOR FAULT CODE. PERFORMED FUEL PUMP SOFTWARE UPDATE ALONG
WITH CODING. DELETED DTCS AND TEST DROVE VEHICLE. VERIFIED REPAIR.
*******************************************************
C VEHICLE WILL BE TOWED IN FRIDAY
  NOTE SEE SERVICE ADVISOR FOR EXPLAINATION ?
       99 CDEP                                                    0.00       0.00
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE C:   0.00
*******************************************************
D CLIENT STATES CENTER DISPLAY HAD TWO WHITE LINES ON DISPLAY, PARTS
  WAS PREVIOUSLY ORDERED. PLEASE CHECK AND ADVISE
CAUSE: ..
       827633 RADIO DISPLAY REPLACE (AFTER CHECK)                          (N/C)
            741  W8                                                        (N/C)
       1 204-820-57-97 COMMAND APS
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE D:   0.00
24660 REPLACED RADIO DISPLAY 827633 0.3A 0.30 REPLACED RADIO
DISPLAY AS THERE WAS TWO WHITE LINES ON DISPLAY. PERFORMED INITIAL
START UP AND VERIFIED REPAIR.
*******************************************************
E COMPLIMENTARY WASH AND VACUUM
  WASH COMPLIMENTARY WASH AND VACUUM
       20  CTI                                                   0.00       0.00
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE E:   0.00

F MAY NEED A COURTESY CAR AFTER THE 5TH
       2 ENTERPRISE RENTAL CAR $47.40/DAY, 1 DAY
       COMPLIMENTARY BY MERCEDES BENZ OF BELLEVUE

Any controversy or claim arising out of or relating to this contract or breach thereof, shall be settled in accordance with the arbitration rules of the consumer-business arbitration tribunal of the Better Business Bureau.

The factory warranty constitutes all of the warranties with respect to the sale of the item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. The information contained in the estimate, worksheet, and/or repair order is incorporated herein by reference.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER COPY

**GOLDBERG 000054**

CUSTOMER #: 4008808
UNIT# 555627
WILLIAM H GOLDBERG
VIRGINIA LEEN-GOLDBERG
7312 56TH AVE NE
SEATTLE, WA 98115-6225
HOME:206-850-3606 CONT:206-850-3606
BUS: 206-850-3606 CELL:206-850-3606

**3717607**

*INVOICE*

PAGE 3

## MERCEDES-BENZ OF BELLEVUE
*A Barrier Motors Company*
11950 Bellevue-Redmond Road, Bellevue, Washington 98005
(425) 455-8535

OUR CHARGES ARE NOT BASED ON ACTUAL TIME BUT ARE ESTABLISHED BY MULTIPLYING OUR RETAIL LABOR RATE BY INDUSTRY FLAT RATE ALLOWANCES OR OUR OWN EXPERIENCE OF THE AVERAGE REQUIRED TIME.

SERVICE ADVISOR: 1594 JOSH MCDOWELL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|---------------|-----|
| CAPRI BLUE | 11 | MERCEDES-BENZ GLK350 | WDCGG8HBXBF555627 | | 24658/24660 | T5633 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 26DEC10 | DD17AUG10 | | 17:00 07JAN13 | | | CASH | 05JAN13 |

| R.O. OPENED | READY | PREPARED BY | STK:555627 DLR:84615 ENG:27297131661169 |
|-------------|-------|-------------|------------------------------------------|
| 17:21 04JAN13 | 14:08 05JAN13 | | TRN:72296002913426 AXL:204987 1)VMI 9.29.10 |

| LINE OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|-----------------------------|---|------|-----|-------|
| 99 CDEF | | 0.00 | | 0.00 |

PARTS:     0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE F:      0.00
************************************************************

G** SERVICE CAMPAIGN 2012070002: RETROFIT ADAPTER WIRING HARNESS ON
        CAMSHAFT ADJUSTMENT SOLENOIDS (D/C 59900027)
CAUSE: .
    027325 OPERATIONS: ELECTRICAL WIRING HARNESS FOR
        SOLENOID OF CAMSHAFT ADJUSTMENT RETROFIT
        ACC. NO.: 59 900 02, CODE:
        741    W8                                              (N/C)
        4 271-150-01-56-05 ENGINE WIRIN                        (N/C)
        4 002-997-24-90 CABLE TIE                              (N/C)
PARTS:     0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE G:      0.00
24660 CAMPAIGN 2012070002 PERFORMED CAMPAIGN 2012070002
************************************************************

EST: 0.00            04JAN13 17:21  SA: 1594
=========================================================
            <<<<<<<<THANK YOU FOR YOUR BUSINESS>>>>>>>>
        >>>>>>PARTS & SERVICE HOURS OF OPERATION<<<<<<
        7AM to 7PM Mon-Fri. & 7AM to 6PM on Saturday
---------------------------------------------------------
        WE WASH & VACUUM ALL VEHICLES IN FOR SERVICE
        UNLESS YOU WOULD PREFER WE NOT WASH YOUR CAR.

Any controversy or claim arising out of or relating to this contract or breach thereof, shall be settled in accordance with the arbitration rules of the consumer-business arbitration tribunal of the Better Business Bureau.

The factory warranty constitutes all of the warranties with respect to the sale of the item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. The information contained in the estimate, worksheet, and/or repair order is incorporated here in by reference.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER COPY

**GOLDBERG 000055**