# EXHIBIT NO. 10

Mercedes-Benz

**IMPORTANT TAKATA SAFETY RECALL INFORMATION UPDATE**
Driver, Passenger, or both Driver and Passenger Frontal Airbag Modules
NHTSA Recall #16V081, 16V363, 17V017
PRIORITY GROUP 4 Vehicles
VIN: WDDGF5EB9AF432983

December, 2017

Mercedes-Benz USA, LLC

Christian Treiber
Vice President
Customer Services

WDDGF5EB9AF432983
Bettie J Taylor
365 Holly Bush Church Rd
Waynesboro, MS 39367-8508

Dear Mercedes-Benz Owner:

Mercedes-Benz USA (MBUSA) is reaching out to you with important additional information and resources regarding the Takata recall and affected airbag inflators in your vehicle, including when **FREE** replacement airbag inflators will be available for **your** Mercedes-Benz vehicle. While the availability of replacement parts is taking longer than anticipated, please trust that we continue to do all we can to obtain airbag inflators as quickly as possible for this recall. The information we have provided below is extremely important.

The National Highway Traffic Safety Administration (NHTSA) has established Priority Groups (1 being highest) for this recall based on affected vehicles with the highest risk of potential injury or death. This relates to Model, Model Year, affected airbag position (driver or passenger), and vehicle location based on state registration history. **Your vehicle is part of Priority Group 4, with replacement parts expected to be available by March 31, 2018.** NHTSA recently granted an extension for Priority Group 4 vehicles to enable MBUSA to develop sufficient final remedy parts to complete your airbag inflator replacement.

| | |
|---|---|
| **What are the Risks?** | The defect in your driver, passenger, or both driver and passenger frontal airbag inflators may cause the airbag to explode during airbag deployment and could result in metal fragments striking the front occupants, possibly causing serious injury or death. |
| **What actions should I take until the remedy is available?** | - Visit www.mbusa.com/recalls for FAQs, and **check** on the latest parts availability status for your vehicle.<br>- Enter your 7 digit VIN in the VIN Look-up Tool to enter your preferred contact information.<br>- If needed, **contact** our MBUSA Takata hotline at 1-877-496-3691.<br>- Sign up for recall alerts at www.nhtsa.gov/alerts.<br>- Visit www.airbagrecall.com for additional information and warnings on the Takata recall<br>- Help spread the word with friends and family by sharing NHTSA's Consumer Fact Sheet and Video. |
| **What are the next steps?** | Prior to March 31, 2018, when the replacement parts become available for your vehicle, we will mail another letter notifying you to bring your vehicle to your local Authorized Mercedes-Benz dealer to repair your vehicle **FOR FREE.** |
| **What if I no longer own the vehicle?** | In the event that you are no longer the vehicle owner, or have had a change of address, please complete the reverse side and return the updated information in the enclosed envelope. If this is a leased vehicle and the lessor and registered owner receive this notice, please forward this information by first class mail to the lessee. |

We apologize for any inconvenience, and are sincerely concerned about your safety. Thank you for your attention to this important matter.

Sincerely,

Mercedes-Benz USA, LLC
303 Perimeter Center North
Suite 202
Atlanta, GA 30346
Phone (770) 705-0600
Fax (770) 705-0117
www.MBUSA.com

Mercedes-Benz – are registered trademarks of Daimler AG, Stuttgart, Germany

TAYLOR 000005