# EXHIBIT NO. 11

# Mercedes-Benz USA Sales - Q4 2023

SHARE  SAVE  DOWNLOAD (/RELEASES/MERCEDES-BENZ-USA-SALES-Q4-2023/DOWNLOAD)

RELEASE

Jan 11, 2024

| Mercedes-Benz Passenger Vehicles | Q4 2023 | Q4 2022 | Quarterly % | YTD 2023 | YTD 2022 |
|---|---|---|---|---|---|
| A-CLASS | 7 | 388 | -98.2% | 164 | 5,832 |
| CLA | 1,966 | 3,456 | -43.1% | 9,802 | 8,766 |
| C-CLASS | 8,553 | 8,068 | 6.0% | 32,698 | 26,192 |
| E-CLASS/CLS | 5,357 | 5,146 | 4.1% | 17,075 | 18,818 |
| S-CLASS | 2,308 | 4,551 | -49.3% | 12,430 | 15,927 |
| SL | 603 | 1,204 | -49.9% | 3,406 | 2,027 |
| AMG GT | 283 | 550 | -48.5% | 2,091 | 2,970 |
| GLA | 773 | 5,517 | -86.0% | 12,623 | 14,085 |
| GLB | 3,687 | 5,924 | -37.8% | 16,710 | 23,274 |
| GLC | 10,848 | 10,016 | 8.3% | 40,253 | 65,531 |
| GLE | 14,547 | 16,800 | -13.4% | 57,696 | 63,050 |
| GLS | 7,552 | 3,274 | 130.7% | 24,056 | 20,855 |
| G-CLASS | 2,318 | 2,473 | -6.3% | 10,023 | 7,020 |
| EQS Sedan | 1,049 | 1,771 | -40.8% | 6,688 | 7,520 |
| EQS SUV | 1,903 | 2,568 | -25.9% | 8,989 | 2,845 |
| EQE Sedan | 1,195 | 384 | 211.2% | 5,154 | 384 |
| EQE SUV | 4,271 | | | 10,604 | |
| EQB | 5,093 | 933 | 445.9% | 11,767 | 1,672 |
| T | 72,313 | 73,023 | -1.0% | 282,229 | 286,768 |
| Vans | 17,701 | 15,474 | 14.4% | 69,517 | 6... |

| MBUSA<br>Combined Total | Q4 2023 | Q4 2022 | Quarterly % | YTD 2023 | YTD 2022 |
|---|---|---|---|---|---|
| GRAND TOTAL | 90,014 | 88,497 | 1.7% | 351,746 | 350,953 |

Disclaimer: Sales figures for Q4 2022 are subject to slight changes from what was reported last year. This data is based on the latest available information and updated for accuracy.

⌃ Back to Top          Share ➤          Save 🔖          Download ⬇ (/releases/mercedes-benz-usa-sales-q4-2023/download)

## STAY **CONNECTED**

**Follow us** through social media to stay up-to-date with Mercedes-Benz news.

| **f** (https://www.facebook.com/mercedesbenzusa) | 𝕏 (https://twitter.com/MercedesBenz) |
|---|---|
| 📷 (https://www.instagram.com/mercedesbenzusa/) | 📌 (https://www.pinterest.com/mercedesbenzusa/) |

**Sign up** to receive important Media Alerts from Mercedes-Benz right to your inbox.

| Enter your email address... | **subscribe** |

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service (https://policies.google.com/terms) apply.

## CONTACT **MBUSA PR**                                                                 MORE ❯ (/CONTACT)



© Copyright 2024 MBUSA

Policies (https://www.mbusa.com/mercedes/policies/privacy_statement)

(http://wieck.com)