# EXHIBIT NO. 13



General   October   November   December

# Dealer Marketing Planner
## October, November, December 2011

In an effort to keep all dealers informed and integrate local efforts with national ones, this planner is distributed quarterly via NetStar to all dealers detailing the planned Sprinter marketing and communication efforts for the upcoming quarter. Feedback is always welcomed to ensure this new tool is as useful as possible to our valued dealer network. Send suggestions and feedback to your Regional Commercial Vehicle Manager.



Mercedes-Benz

MBUSA_00124376



## Closing Strong and Building Momentum

We are quickly winding down a very busy and successful 2011. As we enter into the 4th quarter we have some exciting announcements regarding Sprinter Advertising and dealer marketing support that will continue the momentum built through the year and help carry that momentum into 2012.

As you look through the following pages, you will see an infusion of special advertising money, new dealer support materials, enhanced lead generation tools and a host of other elements being developed to improve both the Sprinter sales experience as well as the Sprinter ownership experience. The efforts of the Sprinter marketing team are 100% focused on providing dealers the highest qualified leads, the best sales tools and the dedicated support needed to do the job. Enjoy the holiday season and happy selling.

– The Sprinter Team

## 2011 MarCom Objectives

- To Educate prospects about the superior benefits of the Sprinter
- To Motivate prospects to interact with the Sprinter, build their ideal Sprinter van and ultimately connect with a dealer to test drive one
- To Encourage owners of Sprinters to tell their friends and peers about their Sprinter
- To Create perception that all other work trucks are inferior to the Sprinter
- To Remind prospects Mercedes-Benz is part of the largest commercial brand in the world
- To Inspire prospects through the possibilities of what Sprinter can do for their business

MBUSA_00124377





## Sprinter SalesLink

The NEW Sprinter SalesLink is now live and participating dealers have a powerful sales and loyalty tool at their fingertips. As a reminder, Sprinter SalesLink is your one stop source for creating new vehicle and after-sales campaigns with a personalized touch. The tool includes:

* On Demand Campaigns that can be accessed and sent to your customers any time you'd like.

* Automated, Triggered Campaigns that can be established up front and then run based on customer and vehicle information.

* Mail List Segmentation and Targeting that can be done based on location, maintenance activity, mileage and more.

With Sprinter SalesLink, the power to be more profitable is in your hands. Questions and assistance can be directed to info@sprintersaleslink.com or (800) 617 3002

sprintersaleslink.com  /  (800) 617-3002





## Update Your Dealer Site

In August alone over 9,000 website visitors to MBSprinterUSA.com searched for a dealer to contact and in turn visited a dealer website. It is critical that your Sprinter dealer website continues the sales process and provides the most current dealer, Sprinter, offer and other relevant information. Elements to keep in mind that need to be maintained and updated include:

* New and CPO inventory

* Latest service and new/used Sprinter specials

* Staff and dealer contact and operations info

* Special events and dealer news

Questions and assistance with your dealer website can be directed to your Motortrak Dealer Support Manager or by calling (201) 962 8820

MBSprinterUSA.com  /  (201) 962-8820



## Sprinter Resource Manager

Sprinter information and advertising assets are available to all Mercedes-Benz Sprinter dealers at http://mbsprintermarketing.com Look for new co-op print ads, high resolution Sprinter photography, an updated dealer trade show kit and other new Sprinter marketing resources being added in the next weeks and months ahead. Elements that can be accessed include:

* Dealer co-op print ads

* Sprinter photos and logos

* After sales temp plates

* Trade Show Kit reservation tool

* Communication Standards & Guide lines

* Sprinter Product Information Tool (PIT)

* And much more...

http://mbsprintermarketing.com

MBUSA_00124378

General    |    Key Contacts                                                                                        4

## General Management

**Claus Tritt**
CV Commercial Vehicles
Office: (201) 573-2415
Fax: (201) 476-2835
claus.christoph.tritt@mbusa.com

## Brand Management

**Antje Williams**
DV Brand Management
Office: (201) 573-2784
Fax: (201) 476-2835
antje.williams@mbusa.com

## Commercial Vehicle Managers

**Don Yoakem**
CVM - Centre Region
Office: (847) 384-4674
Cell: (847) 736-1144
Fax: (847) 384-4560
donald.yoakem@mbusa.com

**Michael Frank**
CVM - Centre Region
Office: (847) 384-4642
Cell: (224) 223-9399
Fax: (847) 384-4511
michael.frank@mbusa.com

**Jim Hormann**
CVM - Southern Region
Office: (904) 443-2125
Cell: (904) 703-5449
Fax: (904) 443-2104
james.hormann@mbusa.com

**Larry Sharp**
CVM - Southern Region
Office: (904) 443-2623
Cell: (904) 557-6064
larry.sharp@mbusa.com

**Matt Barrett**
CVM - Western Region
Office: (925) 997-4378
Cell: (925) 997-4378
Fax: (925) 997-4378
matt.barrett@mbusa.com

**Sean Hildenbrand**
CVM - Western Region
Office: (503) 720-9377
Cell: (503) 720-9377
Fax: (503) 214-8305
sean.hildenbrand@mbusa.com

**Steve Langelotti**
CVM - Northeast Region
Office: (973) 331-5423
Cell: (201) 962-0704
Fax: (973) 331-5423
steve.langelotti@mbusa.com

**Andrew Schneider**
CVM - Northeast Region
Office: (201) 573-4249
Cell: (201) 962-0754
Fax: (201) 331-5703
andrew.j.schneider@mbusa.com

## Fleet Sales

**Jan ten Haaf**
DM Fleet Operations
Office: (201) 730-3195
Fax: (201) 476-2835
jan.ten_haaf@mbusa.com

**Stratos Nicolaides**
National Account Manager Area 1
Office: (201) 573-6095
Fax: (201) 476-2835
stratos.nicolaides@mbusa.com

**Karl Hawkes**
National Account Manager Area 2
Office: (512) 432-5828
Fax: (512) 432-5836
karl.hawkes@mbusa.com

## Distribution & Logistics

**Distribution Support**
Hotline: (877) 597-8267

**Caryl Rion**
DM Sales Mgt. & Volume Planning
Office: (201) 573-6864
Fax: (201) 476-2835
caryl.rion@mbusa.com

**Janet Soriano**
Sales & Volume Planning Specialist
Office: (201) 573-2370
Fax: (201) 476-2835
janet.soriano@mbusa.com

**Rachel Prabhakaran**
Sales & Volume Planning
Office: (201) 730-3161
Fax: (201) 476-2835
rachel.prabhakaran@mbusa.com

## Sprinter Engineering & Compliance Support

Sprinter Engineering Hotline: (877) 267-0024
e-mail: sprinter.engineering@daimler.com



MBUSA_00124379

General | In the Sprinter Lab                                                5

There are many new things in development to help all dealers generate more qualified leads, close more sales and tell the Sprinter story through engaging elements. Some of the programs and tools that are in the Sprinter Lab include:

## eQuip

Phase I of eQuip is planned to launch in late 2011. eQuip is an exclusive program to Sprinter that allows for easier researching and specing of a Sprinter for the customer and the dealer. The online resource will be an extension of the newly developed Build & eQuip tool on the Sprinter website. Customers and dealers will have easier access to the solutions provided by approved upfitters and bodybuilders. Future enhancements are already in planning. Please stay tuned for NetStar messages announcing the launch of eQuip - only from Sprinter.



eQuip
The easy way to upfit.



## Mobile Sales Tool

As dealers know, the Sprinter sales process often takes place away from the dealership, at the customer's business. In an effort to bring the dealership experience to the customer, a mobile, tablet based sales app is in development for all Sprinter dealers. The project is based on dealer and fields sales insights and will include unique and critical features and functionality like:

- Interactive 360's showcasing Sprinter's BIG features
- Resource library with all Sprinter critical documents
- Cost of Ownership and Fuel calculators
- Gallery of various Sprinter applications
- Offline version of Build & eQuip
- And a host of other interactive sales tools

Look for future announcements as launch approaches which is scheduled for Q1 2012.

## Calculators

One of the most impressive benefits of the Sprinter is the bottom-line cost savings it affords its owners. In an effort to make that story easier to communicate, cost calculators are planned for the Sprinter website. Calculators may include fuel savings, Total Cost of Ownership, financing and others. Stay tuned to NetStar for information on launch timing and other details.



MBUSA_00124380

Case 1:15-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 7 of 27

Mercedes-Benz Sprinter continues to partner with the two leading small business publications, *Inc.* and *Fast Company* media, to uncover and celebrate Sprinter owners and their stories of success. The "How I Work Smarter" campaign with *Inc.* launched in mid April and will continue through 2011, as will the "Driving Business Potential" campaign with *Fast Company.*

" *Our travel business is growing, and Sprinter is a big part of the reason why.* "

(sv) studio**velo**

**Scott Penzarella**
Studio Velo

# Profiles in Working Smarter

The little things can add up to greater productivity. This might mean having a vehicle that's easier to get in and out of, or having that same van be more maneuverable in traffic than its competitors. Or how about opting for a van that allows for cargo with a wide range of sizes and weights, so everything gets done in one trip? Accounting for the little things—and considering your needs from every angle—makes for a smarter choice in vans.

Mercedes-Benz Sprinter is all about taking into account the differences that separate individual businesses. The four entrepreneurs below have very different needs, yet each has found one core solution to help them grow—the Mercedes-Benz Sprinter—and each utilizes its benefits in a distinctive way.

Here are just a few of the stories captured to date:

The Sprinter is helping **Office Essentials** meet the rising cost of fuel, maximize efficiency, and reduce its carbon footprint. "The Sprinter's cost-effective fuel system assists in our cost-reduction efforts, while the sleek size and driving style allow us to effectively deliver products at congested downtown loading docks and office buildings," says **Mike Huck, national logistics and operations manager.** "Our drivers get in and out very quickly, which keeps them on track with their routes and reduces our carbon footprint as well as that of the local communities we service."
http://www.inc.com/sprinter/office-essentials.html

Size matters to **Skip Labella, founder of Closet America.** "Our Sprinter lets us load jobs of any size without exceeding the vehicle's load capacity," he notes. "We chose the extended body so that we have room to step inside the vehicle from the side door to access the tool and hardware storage, and we opted for the high roof so that our tallest installers have standing head room."
http://www.inc.com/sprinter/closet-america.html

Consumers using high-end, personal travel services are demanding. **Scott Penzarella, owner of cycling business Studio Velo,** understood that when he started the offshoot, SV: Travel, a bicycle touring company. "SV: Travel's business is as much about image as it is about riding a bike," he says. "The Mercedes-Benz Sprinter delivers performance and comfort in an attractive package. The powerful engine is great for towing bikes and supplies, and the Sprinter itself is extremely comfortable. Separate AC and heating unit zones, lots of leg room, and large, tinted windows make the drive to a destination as memorable as the cycling itself."
http://www.inc.com/sprinter/studio-velo.html

**To learn more** about the ways to use business owners are using the Mercedes-Benz Sprinter to help their companies work smarter, read the entire "Profiles in Working Smarter" story. To share your experiences, read about other entrepreneurs, and get more information about how to put the Sprinter to work for your business, visit the "How I Work Smarter" site:
http://www.inc.com/sprinter





MBUSA_00124381

As stated earlier, the Sprinter team wants to help ensure we continue the momentum already built for Sprinter awareness and lead generation. One of the strategies is an infusion of additional media spending for Q4. This page shows some of the increased impressions and coverage the additional media afforded Sprinter.

## $673,373

Total additional media dollars infused into the market in Q4 to help increase Sprinter awareness, drive more dealer leads and ultimately help close more deals.

## 65,539,898

Combined additional online and print impressions that will be generated by the special advertising funding in Q4 bringing the total to **106,679,165.**

## 23

Additional number of print advertising insertions in Q4 which brings new total to **52.**

### Print
















### Online







Google
bing
YAHOO!

MBUSA_00124382

| General | October | November | December |
| --- | --- | --- | --- |

# Dealer Marketing Planner
## October

9   2011 National Media Plan
10  Print Advertising
11  Special Marketing Partnerships
12  Online Banner Advertising
13  Special Events and Partnerships
14  Dealer Marketing Support



MBUSA_00124383

Case 1:15-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 10 of 27



MBUSA_00124384

Case 1:15-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 11 of 27





A departure for passengers. An arrival for business.

Mercedes Benz

Easily matches the size of the event.

# 22 Insertions, 4 Million Impressions

## National Print Advertising Campaign

October is an amped up print advertising month to kick start the 4th Quarter. There will be 22 insertions in the following magazines:

- Baking & Snack
- Builder
- EC&M (Contractor edition)
- Fast Company
- Florists' Review
- Hotel Management
- Inbound Logistics
- Inc. Magazine
- Interior Design
- Lawn & Landscape
- Lodging Hospitality
- MotorHome
- Plumbing & Mechanical
- Professional Builder
- Professional Remodeler
- Rehab Management
- Remodeling
- Restaurant Hospitality

## New Sprinter Co-op Ads

In conjunction with the National print campaign, dealer versions of each ad execution will be available on the http://mbsprintermarketing.com site. Each ad provides an area where, using creative design software, your local ad agency, media partner or in-house designer can place critical dealer information like address, contact data, website address and hours.

Ad sizes include:

- Four-color 8 ½" x 11" Program Ads
- Full, ⅓ and ¼ Page B&W Newspaper Ads

MBUSA_00124385

Case 1:15-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 12 of 27







## 700,000+
### Subscribers

## 1,500,000+
### Monthly Web Visits

## 725,000+
### Subscribers

## 3,500,000+
### Monthly Web Visits

## Inc. and Mercedes-Benz Sprinter

*Inc.* and Mercedes-Benz Sprinter have partnered to reach private business owners of fast growing companies. With over 30 years of publishing experience, *Inc.* is a key resource that business owners rely on to stay ahead of the trends and their competition. The Sprinter partnership in 2011 has a common theme titled the "How I Work Smarter" series which includes:

- Custom online content
- Sprinter Stories
- Select business events
- Print and online advertising
- Special in-magazines sections
- eNewsletter and eMail campaigns
- Dealer Marketing Materials
- Access to editorial business content
- Testimonial Videos
- And much more...

Visit Inc.com to learn more about *Inc.* and their special relationship with leading business owners.

## FAST COMPANY and Mercedes-Benz Sprinter

A sister publication to *Inc.*, *Fast Company* is the world's leading progressive business brand with a focus on technology, leadership, innovation and design in business. This made the partnership a natural fit for a world class brand like Mercedes-Benz.

The "Driving Business Potential" campaign with *Fast Company's* various media properties mirrors the *Inc.* program and includes:

- Sprinter Story advertorials
- Select business event partnerships
- Print and online advertising
- eNewsletter and eMail campaigns
- Dealer Marketing Materials
- Access to editorial business content
- And much more...

MBUSA_00124386

Case 1:15-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 13 of 27

# 28.4 Million

Number of impressions for the October flight of online banner advertising.

# 80%

Percentage of Mercedes-Benz Sprinter online banner ads that are served over ComScores top 200 rated US websites on targeted websites.

# 23,038

Average number of monthly MBSprinterUSA.com web visits generated through online banner advertising.

# 32.7

Average online media consumption hours per week by the average consumer. Compares to 16.4 hours for TV and 3.9 hours for Newspapers. **The Sprinter target is online.**













## Online Targeting Technology

The strategy behind Sprinter's 2011 online advertising campaign utilizes the latest data technologies to ensure unprecedented scale and accuracy of the campaign.

Targeting technologies and data utilized allow for real-time optimization of online media spending and include:

- Demographic Data
- Contextual Technology
- Behavioral Data
- Retargeting Technology

MBUSA_00124387

Case 1:15-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 14 of 27

# "How I Work Smarter" Series

The "How I Work Smarter" series continues in October with *Inc.* promoting Sprinter Stories and content via a dedicated micro site with Sprinter Stories, eBlasts to over 70,000 *Inc.* readers, exclusive online banner ads and a Sprinter Story video on various *Inc.* channels. More on the *Inc.* program can be seen via inc.com/sprinter.







# SEM Campaign

Search is a number 1 resource for prospects and customers to start the van buying and research process. The Sprinter Search Campaign for October will reach **1.5 Million** impressions over the top 3 search networks.



MBUSA_00124388

Case 1:15-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 15 of 27

October marks the launch of new dealer marketing support materials that include produced Radio advertising for local placement, new Sprinter photography and a new Sprinter QR code promotional program for local use. All elements were created to increase the number of touch points customers and prospects connect with the Sprinter brand and model line up.

## Sprinter Radio

Pre produced radio advertising is in development for dealer use in the form of :60 and :30 second spots with an area for local customization. The customization area is where dealers can announce special events, special promotions and/or their location. Contact your local media or agency representative for best placement of spots. Radio spots can be downloaded at http://mbsprintermarketing.com under the "Advertising/Radio" tab. Stay tuned for an announcement when the spots will be available.





## "Keys to Smarter Business" QR Campaign

A new localized promotional campaign was launched in September at the Inc. 500 5000 conference that utilizes QR codes and mobile devices to allow prospects to interact with and learn more about the Sprinter's Best-In-Class features. The campaign titled "Keys to Smarter Business", allows prospects to unlock "keys" that showcase Sprinter BIC features, and key business tips. Similar QR codes will be made available to dealers to use in local advertising, at local events, and or vehicles to create an interactive Sprinter experience. Stay tuned for a special announcement with more details on this technology and how you can use it to your benefit.







## New Sprinter Photography

Additional photography was uploaded for local dealer and can be downloaded at http://mbsprintermarketing.com. Sprinter application photography, new settings and additional angles are all included in the expanded photo library.

MBUSA_00124389

General    October    November    December

# Dealer Marketing Planner
## November

16 | 2011 National Media Plan
17 | Print and Online Advertising
18 | Special Partnerships
19 | Special Events and Trade Shows
20 | SEM and eMarketing



MBUSA_00124390

Case 1:16-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 17 of 27



### Print

City Business Journal Network - Commercial Vehicle Report Sponsor
Inc. Magazine Print Ads
Inc. Magazine Advertorial Pages
Fast Company Print Ads
Fast Company Advertorial Pages
Baking & Snack
Builder
Professional Builder
Special Events
Restaurant Hospitality
Electrical Contractor
EC&M (Contractor Edition)
Fleet Owner
Inbound Logistics
Metro Magazine (Bus Fleets)
Florists' Review
Rehab Management
Lodging Hospitality
Lodging Hospitality Advertorial
Hotel Management
Contracting Business
Interior Design
Landscape Management
Lawn & Landscape
LCT (Limousine, Charter & Tour)
Plumbing & Mechanical
Professional Remodeler
Remodeling
MotorHome
TrailerLife

### Online

Website Banner Campaign across hundreds of top websites
Inc.com Website Banner Ads
Inc.com Custom Microsite (Co-Branded)
FastCompany.com Website Banner Ads
CNNMoney Website Banner Ads
Bizjournals.com Website Banner Ads
Lodging Hospitality Website Banner Ads
MotorHomeMagazine.com Online Spotlight Ad
TrailerLife.com Online Spotlight Ad
Inc. Videos (From Case Studies)
Inc.com "The Goods" Newsletter (50% SOV)
FastCompany.com e-News etters
Inc. Case Study e-blast
Builder e-blast
Hotel Management e-blast
Professional Builder/Remoderer e-blast
Remodeling e-blast
Remodeling.com e newsletter sponsorship
MotorHome/TrailerLife e-newsletter sponsorship
Interior Design Designwire e-newsletter sponsorship
Professional Builder e-newsletter sponsorship
Lodging Hospitality eReport e-newsletter
SEM (Google, Yahoo/Bing)

### Media Related Events/Shows

Fast Company Innovation Uncensored

MBUSA_00124391

Case 1:16-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 18 of 27






# 18 Insertions, 5,700,000 Impressions

## National Print Advertising Campaign

November continues October's momentum of a heavy advertising push in print that includes the following magazines:

- Builder
- City Business Journal Network
- Contracting Business
- Electrical Contractor
- Fast Company
- Florists' Review
- Hotel Management
- Inc. Magazine
- Landscape Management
- Lodging Hospitality
- MotorHome
- Rehab Management
- Remodeling
- Restaurant Hospitality
- Special Events
- Trailer Life

## Online Advertising

November continues the momentum started in October across the web. Online advertising, thanks to the additional funding mentioned earlier, is projected to reach over

# 31 Million+

unique visitors of targeted websites like BizJournals.com, CNNMoney.com, FastCompany.com, Inc.com, LHonline.com, MotorHomeMagazine.com, TrailerLife.com and thousands of other leading sites.

MBUSA_00124392

Case 1:15-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 19 of 27

## *Fast Company* "Driving Business Potential" and Work Smart Series

November continues the *Fast Company* marketing partnership that includes capturing Sprinter Stories along with exclusive sponsorship of the *Fast Company* "Work Smart" video series which reaches key business decision makers.



## "How I Work Smarter" Series

The "How I Work Smarter" series continues in November with *Inc.* promoting Sprinter Stories and content via a dedicated micro-site with Sprinter Stories, eBlasts to over 79,000 *Inc.* readers, exclusive online banner ads and a Sprinter Story video on various *Inc.* channels. More on the *Inc.* program can be seen via inc.com/sprinter



MBUSA_00124393

Case 1:15-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 20 of 27

November is a very busy month for Sprinter Events and Trade Shows. From San Francisco to Vegas to New York to Louisville, the Sprinter family will be in front of thousands of key decision makers in a variety of key industries.

## *Fast Company* Innovation Uncensored
### November 2, San Francisco



Frontline leaders from a variety of industries will share progressive thinking and engage in candid conversations what went right, what went wrong and more importantly, what's up next?

http://sf.innovationuncensored.com



## International Hotel, Motel and Restaurant Show
### November 12-15, NYC

The IHMRS has long been considered the international showcase for the hospitality industry, positioning companies in front of owners and operators from the leading hotel chains as well as independent properties. With 700 exhibitors and some 30,000 attendees on the decision-making level, it's an essential marketplace not to be missed.

http://www.ihmrs.com



## American Ambulance Association Annual Convention and Tradeshow
### November 14-16, Las Vegas

The American Ambulance Association's highly regarded signature event, the Annual Conference and Tradeshow brings together the most influential thought leaders and hundreds of industry professionals for a multiple-day event, showcasing up to the minute information and relevant topics, engaging keynote speakers, and formal and informal discussion opportunities.

http://www.the-aaa.org/meetings_ education/annual_2011/index.asp



## 49th Annual National RV Trade Show
### November 29 - December 1, Louisville, KY

The private RV show is the main manufacturer, supplier and dealer show the for the entire RV industry featuring over 300 exhibitors covering over 700,000 sq. ft. of display space. Average attendance for this show is just under 10,000 people.

http://www.rvia.org/?ESID=natshow

MBUSA_00124394

Case 1:15-md-02599-FAM Document 4811-13 Entered on FLSD Docket 08/02/2024 Page 21 of 27

## SEM Campaign

The Sprinter Search Campaign for November will continue to reach over 1,500,000 impressions over the top 3 search networks.



= 10,000

## eMarketing

Mercedes Benz Sprinter will be featured in 7 eNewsletters and/or eBlasts in November that will reach nearly 404,678 opt in readers of various vocational trade, small business and professional service media resources.



MBUSA_00124395

General | October | November | December

# Dealer Marketing Planner
## December

22  2011 National Media Plan
23  Print and Online Advertising
24  Special Partnerships
25  SEM and eMarketing



MBUSA_00124396



MBUSA_00124397
















# 12 Insertions, 1.6 Million Impressions





## National Print Advertising Campaign

December finishes off the year strong in terms of print advertising. Building momentum to carry into 2012, the print campaign will include the following magazine insertions:

- Baking & Snack
- Contracting Business
- EC&M (Contractor edition)
- Fast Company

- Fleet Owner
- Interior Design
- MotorHome
- Plumbing & Mechanical

- Professional Builder
- Professional Remodeler
- Remodeling
- Trailer Life

## Online Advertising

December continues the momentum started in November across the web; online advertising is projected to reach over

# 28 Million+

unique visitors of targeted websites like CNNMoney.com, FastCompany.com, Inc.com, LHonline.com, MotorHomeMagazine.com, TrailerLife.com and thousands of other leading sites.

MBUSA_00124398

## *Fast Company* "Driving Business Potential" and Work Smart Series

December is the last month for the *Fast Company* Sprinter Story special marketing partnership. The campaign features videos, advertorials, eBlasts on line advertising and social media. The campaign featured 8 unique Sprinter Stories.





## "How I Work Smarter" Series

Similar to the *Fast Company* campaign noted above, December concludes the Inc. "How I Work Smarter" business series which includes videos, eBlasts, advertorials, sponsorships, on line advertising and special events. 16 different Sprinter Stories were featured throughout the year. You can see them all at inc.com/sprinter





MBUSA_00124399

# eMarketing

Mercedes-Benz Sprinter will be featured in 5 eNewsletters and/or eBlasts in December that will reach nearly 564,205 opt-in readers of various vocational trade, small business and professional service media properties.





# SEM Campaign

The Sprinter Search Campaign for December will continue to reach over





1.5 Million impressions over the top 3 search networks.

MBUSA_00124400

Some information shown or mentioned in this planner may vary and is subject to change without notice.



MBUSA_00124401