# EXHIBIT NO. 14



KNAPP 000002