# EXHIBIT NO. 15

#### How many people have been killed or injured by defective Takata PSAN air bag inflators? 

NHTSA has confirmed that 27 people in the United States have been killed when their defective Takata PSAN air bag inflators exploded. In addition, at least 400 people in the United States have allegedly been injured by exploding Takata air bag inflators.

#### How many vehicles and air bag inflators are being recalled? 

#### What is NHTSA's role in the Takata recall? 

#### I got something in the mail about the Takata bankruptcy and/or the class action lawsuit, but I'm not sure what it is. Is it legitimate? What am I supposed to do? 

## Motor Vehicle Safety Defects And Recalls - What Every Vehicle Owner Should Know

Download this brochure to get more information about how and why recall campaigns are initiated, and to know your rights and responsibilities when a vehicle or item of motor vehicle equipment is recalled.

**VIEW BROCHURE**

FOR CONSUMERS

# Vehicles Affected

Click on the make of your vehicle to find out if it is currently included in the Takata recalls.

