UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION<br>This Document Relates to All Economic Loss Class Actions and:<br><br>**ECONOMIC LOSS TRACK CASES AGAINST MERCEDES-BENZ USA, LLC** | MDL No. 2599<br><br>Master File No.15- MD 2599- FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**DECLARATION OF PETER PRIETO IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT MERCEDES-BENZ USA, LLC'S STATEMENT OF UNDISPUTED MATERIAL FACTS AND PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, PURSUANT TO LOCAL RULE 56.1 (FILING 2 OF 10)**

I, PETER PRIETO, declare as follows:

1. I am an attorney admitted to practice in this Court. I am a partner at the law firm of Podhurst Orseck, P.A., counsel of record for Plaintiffs in the above-entitled action. Based on personal knowledge of the matters stated herein, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

| EXHIBIT NO. | EXHIBIT NAME |
|---|---|
| 16 | "*Takata Airbag Recall: Everything You Need to Know"*; Consumer Reports, July 10, 2024. |
| 17 | ("40 years ago: Mercedes-Benz launched the driver's airbag and seat belt tensioner in series production", December 22, 2020 ("Media Release 40 years ago")) ) |
| 18 | Patent No. DE 2152902 C 2 filed by Daimler-Benz AG on October 3, 1971 |
| 19 | ("Mercedes-Benz Airbags Celebrate Their Anniversary" last accessed on 7/29/2024) |
| 20 | ("Mercedes-Benz safety: History of the Airbag and Restraint System," February 7, 2011) |

| 21 | TKH-MDL-0000733820 |
|---|---|
| 22 | "The Merger between Daimler-Benz and Chrysler to Daimler Chrysler AG (1995 – 2007")) |
| 23 | "The Culture Clash Heard 'Round the World." |
| 24 | USCAR, ABOUT USCAR, https://uscar.org/about/ (last visited April 18, 2022 |
| 25 | United States Senators Blumenthal and Markey Letter to Takata dated Dec. 10, 2014 |
| 26 | 1996 Patent Number 5,531,941: "Process for Preparing Azide-Free Gas Generant Composition.") at 4-5, ¶¶ 60, 65; (1999 patent assigned to Takata, "Nonazide Gas Generant Composition" Patent Number 5,872,329 |
| 27 | FCA_US_LLC_000055731 |
| 28 | FCA_US_LLC_000280272 at FCA_US_LLC_000280305 |
| 29 | TKH-MDL-0003953035 |
| 30 | TKH-MDL-000518854 |
| 31 | TKPOD000560379 |
| 32 | Steve Stram LinkedIn Profile |
| 33 | TKH-MDL-0005413067 |
| 34 | TKH-MDL-0004704477 |
| 35 | TKH-MDL-0003278121 |
| 36 | TKH-MDL-0004294774 |
| 37 | TKH-MDL-0005036741 |
| 38 | TKH-MDL-0003240950 |
| 39 | TKH-MDL 0003240952 |
| 40 | TKH-MDL-0005548177 |
| 41 | TKPOD00751202 |
| 42 | TKPOD00751203 |
| 43 | TKH-MDL-0003240950 |
| 44 | TKPOD00363444 |
| 45 | TKH-MDL-0005466672 |
| 46 | TKH-MDL-0004838848 (Analysis of Mercedes Driver-Side Airbag Cushion, 12/10/2009 |
| 47 | TKH-MDL-0004269359 |
| 48 | TKH-MDL-0005467000 at TKH-MDL-0005467001 |
| 49 | TKH-MDL-0002386746 at TKH-MDL-0002386747 |
| 50 | TKC-MDL-0001045665 |
| 51 | TKH-MDL-0006000199 |
| 52 | TKH-MDL-0000827592 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of August, 2024 at Miami, Florida.

By: /s/ *Peter Prieto*
Peter Prieto

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ *Peter Prieto*
Peter Prieto