# EXHIBIT NO. 16

CR Consumer Reports

Sign In

Become a Member

BECOME A MEMBER | DONATE

Cars / Takata Airbag Recall: Everything You Need To Know

# Takata Airbag Recall: Everything You Need to Know

What this recall means to you and what actions you should take

By Consumer Reports
Updated July 10, 2024



Photo: Consumer Reports

Vehicles made by 19 different automakers (34 brands) have been recalled to replace frontal airbags on the driver's side or passenger's side, or both in what NHTSA has called "the largest and most complex safety recall in U.S. history." The airbags, made by major parts supplier Takata, were installed in cars mostly from model years 2002 through 2015. Some of those airbags could deploy explosively, injuring and even killing car occupants.

A total of 67 million airbags have been recalled. As of April, 2024, NHTSA reports that 88 percent have been repaired/replaced, still leaving many millions of at-risk airbags on the road.

At the heart of the problem is the airbag's inflator, a metal cartridge loaded with propellant wafers, which in some cases has ignited with explosive force. If the inflator housing ruptures in a crash, metal shards from the airbag can be sprayed throughout the passenger cabin–a potentially disastrous outcome from a supposedly lifesaving device.

NHTSA has determined the root cause of the problem: airbags that use ammonium-nitrate-based propellant without a chemical drying agent. As postulated early on, environmental moisture, high temperatures, and age as associated with the defect that can improperly inflate the airbags and even send shrapnel into the occupant. To date, there have been 27 deaths and more than 400

injuries because this problem in the U.S., according to NHTSA.

> **Click on the links here to be taken to specific information below: <u>Recent Timeline</u>. <u>Putting the Dangers in Perspective</u>. <u>Takata Airbag FAQ</u>. <u>Brands Affected by the Recall</u>.**

## MORE ON THE TAKATA AIRBAG RECALL

<u>Don't Neglect Getting Your Airbags Fixed</u>

<u>After Takata's Legal Hurdles, What's Left for Victims?</u>

<u>Will the Takata Airbag Recall Ever End? What You Should Know About the Deadly Defect.</u>

<u>Car Recall Guide: Your Questions Answered</u>

Through various announcements, the recall has grown to include 67 million airbags from more than 42 million vehicles in the U.S. The recalls have been conducted in waves, prioritized by risk.

Models flagged as being at an extreme risk are certain 2001 to 2003 Honda and Acura models containing so-called "alpha" airbags, and the 2006 Ford Ranger and Mazda B-Series pickup trucks. Also included are the 1999 BMW 323i and 328i. <u>NHTSA advises that owners not drive these vehicles and seek immediate repairs</u>.

For millions of vehicles in the recall but not under a stop-driving order, NHTSA has prioritized delivery of parts to models and areas with the highest concentration of Takata incidents, NHTSA told CR.

"It was not possible for all replacement parts to be available right away, and some vehicles were at much higher risk of a dangerous airbag explosion than others," agency spokeswoman Karen Aldana said.

**Go to <u>safercar.gov</u> to check the recall status of your vehicles.**

## Timeline

**July 10, 2024:** <u>BMW is recalling more than 390,000 3 Series sedans and wagons</u> that could have a faulty Takata airbag inflator installed in the steering wheel, including 3 Series sedans (323i, 325i, 325xi, 328i, 328xi, 330i, 330xi, 335i, 335xi) from model years 2006-2011; 3 Series sedans (335d) from model years 2009-2011; and 3 Series Sportswagons (325xi, 328i, 328xi) from model years 2006-2012. BMW is not aware of any accidents or injuries in the United States that may be related to this issue.

**May 29, 2024:** A <u>"Do Not Drive" warning</u> is issued for the 2002-2006 Nissan Sentra sedan, 2002-2004 Nissan Pathfinder SUV, and 2002-2003 Infiniti QX4 SUV. NHTSA says that 83,920 Sentras, Pathfinders, and QX4s are still on the road today with dangerous unrepaired airbags.

The agency reminds that high humidity, high temperatures, and age can increase the risk.

**January 25, 2024:** <u>Toyota issued a "Do Not Drive" warning</u> for about 50,000 vehicles, including 2003-2004 Corolla, 2003-2004 Corolla Matrix, and model year 2004-2005 RAV4 due to the age of the vehicle. Toyota advises that owners should not drive these vehicles until the free safety recall work can be performed. The company offers mobile repair, tow service, and transportation assistance to owners. (See <u>NHTSA's list of "Do Not Drive" vehicles</u> from all brands.)

**July 11, 2023:** <u>Dodge issued a "Do Not Drive" warning for 2003 Dodge Ram 1500 pickup trucks</u>, after the National Highway Traffic Safety Administration confirmed another Takata rupture fatality, the first due to an exploding passenger-side inflator and the first in these trucks. Among the 385,686 2003 Dodge Ram 1500 trucks recalled in 2015, over 84,000 are unrepaired and still on the road. Owners who have not had the free repair work performed should contact their local Dodge or Ram dealership or call Stellantis, the parent company of Dodge and Ram, at 833-585-0144.

**May 4, 2023:** <u>BMW issued a "Do Not Drive" warning</u> for approximately 90,000 2000-2006 BMW 3 Series (E46) including M3, 2000-2003 5 Series (E39) including M5, and 2000-2004 X5s (E53) equipped with certain driver's front airbag inflators manufactured by Takata. These vehicles have already been included in several Takata-related recalls. The automaker explains, "Despite intense customer outreach efforts by BMW since 2016, they remain unrepaired and, as the airbag inflators age further, the risk of serious injury or death increases." Owners should contact their local BMW dealerships for immediate inspection and repairs.

**February 3, 2023:** <u>Honda issues a "Do Not Drive" warning</u> for certain 2001-2003 Honda Accord, Civic, CR-V, Odyssey, and Pilot models Acura TL and CL cars equipped with unrepaired Takata Alpha driver side airbag inflators. If you own one of these vehicles and still have an open Takata airbag recall, do not drive it until this urgent, lifesaving recall has been completed. Replacement parts are available now for free for this recall.

**December 30, 2022:** Volkswagen is recalling an additional 37,558 <u>Beetle coupes and convertibles from the 2015 through 2016</u> model years to replace their potentially dangerous Takata driver-side airbags.

**December 19, 2022:** FCA (aka Stellantis) announces that there has been a third fatality involving one of their recalled vehicles, among 274,000 included in a "don't drive" population: Chrysler 300, Dodge Magnum, Challenger and Charger from model years 2005-2010. Owners of these unrepaired vehicles are urged to call 833-585-0144. FCA will then arrange to have them towed, free of charge, to accommodate the free service, which takes less than an hour on average. FCA/Stellantis reports that there were a total of 269 outreach attempts

were made to owners of the three involved vehicles. Citing a tragedy with a 2010 Chrysler 300, NHTSA states that there are now five fatalities confirmed in 2022.

**December 9, 2022:** NHTSA announces that one person died in a crash in a 2002 Honda Accord where the Takata driver's side air bag inflator ruptured. This brings the total number of confirmed fatalities due to Takata inflator rupture to 23, with four fatalities confirmed in 2022.

**September 20, 2021:** The National Highway Traffic Safety Administration kicks off an engineering investigation into 30 million vehicles built by more than 20 car manufacturers between 2001 and 2019, among them Ford, General Motors, Honda, Stellantis (the parent company of Chrysler, Dodge, Fiat, Jeep, Ram, and others), and Toyota. The investigation covers vehicles outside the existing recall that already has affected 67 million vehicles.

**May 27, 2021:** BMW recalls 4,511 3 Series cars from 1999-2001 equipped with Non-Azide Driver airbag Inflators (NADI) manufactured by Takata. These vehicles are equipped with driver-side air bag inflators that were previously inspected, but not replaced under recall numbers 19V-851, 19V852, or 19V-853. The NADI inflator may absorb moisture, causing the inflator to explode or the airbag cushion to underinflate.

**April 21, 2021:** Another death has been confirmed due to a defective Takata airbag inflator in a 2002 Honda Accord. The tragedy occured on January 9, 2021, in Lancaster County, S.C. This bring the total U.S. fatalities to 19.

Honda says the car involved in this crash had been under recall since April 2011 for replacement of the original Takata driver's frontal airbag inflator. The automaker says that it made more than 100 attempts to reach owners of this vehicle since June 2011, including mailed notices, phone calls, emails and in-person canvassing visits. Their records indicate that the recall repair was never completed and that the driver killed in this crash was not the registered owner. Honda officials remind that older vehicles, especially 2001-2003 model year vehicles, have a heightened risk of an airbag inflator rupture and pose the greatest safety risk.

**Check NHTSA's website to see if your vehicle has any open recalls.**

**Feb. 19, 2021:** Ford is recalling over 154,000 Ford Ranger pickup trucks, Ford Mustang and GT coupes, Ford Edge and Lincoln MKX SUVs, and Ford Fusion, Mercury Milan, and Lincoln MKZ sedans because they may have had faulty Takata airbag inflators installed during repairs.

In a statement, Ford said that "obsolete" Takata service parts may have remained on the shelves at Ford dealerships even after they should have been disposed of. As a result, dealerships may have installed those

faulty airbag inflators as replacements in vehicles whose airbags were stolen or deployed in a crash.

**Jan. 20, 2021:** NHTSA denied a petition from Ford and Mazda to exempt several models from the recall: 2006-2012 Ford Fusion, Lincoln Zephyr and Lincoln MKZ; 2007-2010 Ford Edge and Lincoln MKX; 2006-2011 Mercury Milan; 2007-2011 Ford Ranger; and 2007-2009 Mazda B-Series pickup trucks. These models represent 3 million vehicles, and they have long been a part of the announced recall action.

**Jan. 7, 2021:** NHTSA reports that as of January 2021, approximately 67 million inflators are under recall for 19 affected vehicle manufacturers, of which approximately 50 million have been repaired or are otherwise accounted for.

**Nov. 25, 2020:** GM <u>plans to recall millions of Chevrolet, GMC, and Cadillac trucks and SUVs</u> to replace faulty Takata airbags. This particular recall comes after a four-year-long battle between GM and NHTSA, in which GM argued that the Takata airbags it installed in certain vehicles did not need to be replaced because they differ substantially from those involved in other Takata-related recalls. However, NHTSA rejected GM's argument. That means owners of 5.9 million SUVs and trucks in the U.S. from the 2007 through 2014 model years–including the Chevrolet Silverado, Tahoe, Suburban, and Avalanche, GMC Sierra and Yukon, and Cadillac Escalade–will need to have their passenger side airbags replaced.

**Sept. 30, 2020:** Honda and NHTSA confirm that a defective Takata driver's airbag inflator ruptured in the crash of a 2002 Honda Civic on Aug. 20, 2020, in Mesa, Ariz. The driver of the vehicle sustained injuries from the ruptured inflator and subsequently died. Honda has now confirmed 15 deaths and more than 200 injuries in the U.S. related to Takata airbag driver's front inflator ruptures in the field. The vehicle involved in this crash had been under recall since December 2011 for replacement of the original Takata driver's frontal airbag inflator. The original Takata passenger's frontal airbag inflator was also included in a June 2014 safety improvement campaign that transitioned into a recall in November 2014. Starting in January 2012, more than 15 mailed recall notices were sent over the course of eight years to registered owners of this vehicle before the August 2020 crash. In addition, Honda made numerous phone calls in an attempt to reach owners of this vehicle and physically visited the address of the current owner, leaving recall information attached to the home's front door. The driver killed in this crash was not the registered owner of the vehicle.

**March 29, 2019:** Honda and NHTSA announce that a driver of a 2002 Honda Civic was in a crash on June 8, 2018, in Buckeye, Ariz. The driver was injured by the ruptured airbag inflator and died in a hospital June 11, 2018. The automaker says it is the 14th death in a Honda vehicle related to the Takata airbag inflators; 16 people have been killed because of the airbags in the U.S. The

driver was the current owner of the Civic and had
purchased the car less than three months before the
incident.

**Jan. 4, 2019:** Ford is recalling 782,384 Ford, Lincoln,
and Mercury vehicles to have their passenger-side front
airbag inflators replaced.

**Dec. 12, 2018:** Toyota says it will install new, non-Takata
airbag inflators in select 2003 to 2005 Toyota Corolla
small cars, 2002 to 2005 Toyota Sequoia SUVs, 2003 to
2005 Toyota Tundra pickup trucks and 2002 to 2005
Lexus SC cars. A Toyota spokeswoman says that this
action is being done a year ahead of schedule because
the company has the replacement parts it needs to do
the work now.

**Oct. 24, 2018:** Mazda expanded its airbag recall to add
certain 2010 to 2012 CX-7 and 2010 to 2015 CX-9 SUVs,
and 2010 to 2013 Mazda6 sedans.

**July 17, 2018:** Ford's class-action settlement agreement
over Takata airbags promises to give consumers some
relief. It's the seventh such deal cut by the class-action
attorneys handling claims against the 19 car companies.
The owners of Ford vehicles who agree to the deal will
receive free loaner cars while waiting for their Takata
repairs, as well as small cash payments for their out-of-
pocket expenses.

**June 7, 2018:** NHTSA has urged Florida car owners to
check their vehicle identification number (VIN) to see
whether their car is involved and if so, to take action.
There is concern that South Florida, in particular, is a
high risk area because of the weather and completion
rate. "I am deeply concerned over the high number of
unrepaired defective airbags in vehicles here in South
Florida," said King. "I cannot stress strongly enough the
urgency of this recall–these airbags can be deadly. If
your vehicle is under recall, do not delay in getting it to
your dealer for a free repair. It could save your life or
the life of someone you love."

**March 20, 2018:** A Senate report highlights that only
six of the 17 automakers involved in the wide-ranging
Takata airbag recall have adequate loaner car policies
for customers that are waiting for parts to become
available. The companies that have the most
comprehensive loaner policies with the fewest
restrictions are BMW, Fiat Chrysler, Honda, Nissan,
Subaru, and Toyota.

**Feb. 23, 2018:** A U.S. bankruptcy judge in Delaware
approved a plan negotiated by Takata and its creditors
to create a trust fund to compensate the victims of
exploding airbag inflators. Automakers are giving up
some monetary claims against Takata and agreeing to
contribute $90 million to $137 million to the trust fund.

**Feb. 12, 2018:** New advisory raises the number of 2006
Rangers involved to 30,603 in the U.S., NHTSA says.
Mazda is expanding its advisory to include 1,955 B-Series
pickup trucks from model year 2006, up from the

original 160. These vehicles are under a rare stop-driving recall, with federal regulators urging owners to tow them to dealers to have Takata airbag inflators replaced.

**Jan. 11, 2018:** NHTSA advises owners of 2006 Ford Ranger pickup trucks to stop driving them after the agency confirmed a second Takata airbag-related death involving the specific truck and model year.

**Jan. 9, 2018:** Takata expanded its already massive recall by an additional 3.3 million airbag inflators over the same concerns that they might explode and spray dangerous metal fragments into the vehicle's cabin. This was the third of five planned recalls. More vehicles are scheduled to be recalled later.

**July 11, 2017:** Takata announces recall action will add 2.7 million vehicles from Ford, Mazda, and Nissan that use airbag inflators that contain calcium sulfate, a chemical that serves as a drying agent.

**June 26, 2017:** Takata files for bankruptcy.

**March 2, 2017:** Ford recalls 32,000 2016 to 2017 Ford Edge, 2016 to 2017 Lincoln MKX and 2017 Lincoln Continental vehicles to replace the driver frontal airbag module.

**Feb. 28, 2017:** Takata has finally pleaded guilty to deceiving automakers about the safety of its airbags. Now automakers are disputing charges that they knowingly installed the defective airbags in their cars.

**Jan. 12, 2017:** Reports of an expected $1 billion penalty against Takata are published, with the expectation that $25 million will be a criminal penalty and $850 million would be paid as restitution to automakers affected by the recall.

Ford expands its recall to 816,000 Ford, Lincoln, and Mercury vehicle made in North America, including 654,695 sold in the U.S. Most vehicles were included in prior recall actions, but this move adds the passenger-side airbag inflators.

Toyota also expands its recalls to 543,000 additional vehicles in the U.S., including both Toyota and Lexus brand models, to address front passenger airbags. Notably, this adds the 2012 model year to the recall list for many vehicles.

**Dec. 9, 2016:** A more aggressive recall schedule was announced by the Department of Transportation, with priority given to the riskiest models.

**Oct. 20, 2016:** NHTSA confirms the 11th fatality. It occurred in a 2001 Honda Civic, a vehicle that was recalled in 2008. The recall had not been performed on this specific car. Nine of the 11 Takata-related deaths in the U.S. have occurred in Acura and Honda models. Honda reports that there are just under 300,000 affected vehicles that have not been repaired or accounted for. Key lesson: Take recall notices seriously.

**July 22, 2016:** Mazda announced that it is recalling additional B-Series pickup trucks from the 2007 to 2009 model years. The recall covers passenger airbags.

**June 30, 2016:** NHTSA announces that certain 2001 to 2003 Honda and Acura models have a much higher risk of ruptures during airbag deployments. Transportation Secretary Anthony Foxx said in a statement, "Folks should not drive these vehicles unless they are going straight to a dealer to have them repaired immediately, free of charge." The affected models are listed below.

**June 21, 2016:** Fiat Chrysler Automobiles announces it will end North American Free Trade Agreement market production of vehicles with nondesiccated ammonium-nitrate Takata airbag inflators by the end of June, with global production to end by mid-September. The 2016 Jeep Wrangler uses this type of inflator in the passenger-side airbag. Customers will be advised of vehicles that are so-equipped, and will be advised that the vehicles will be recalled in the future.

**June 14, 2016:** Mitsubishi, Toyota, and Volkswagen have all confirmed the new vehicles they are selling that contain Takata's ammonium-nitrate-based propellant in driver and/or passenger frontal airbag inflators without a chemical drying agent, also known as a desiccant. These vehicles are listed below. Fiat Chrysler has yet to announce which vehicle they are selling with this type of airbag. While none of the models are part of the current recall, they all will have to be recalled by 2018. According to NHTSA, as of May 20, 2016, a total of 8,432,805 airbags have been replaced.

**June 2, 2016:** Audi, BMW, General Motors, Jaguar/Land Rover, and Mercedes-Benz have added almost 2.5 million more U.S. vehicles to the list of cars with defective Takata airbags.

**June 1, 2016:** Fiat Chrysler, Mitsubishi, Toyota, and Volkswagen confirm in a report from Florida Sen. Bill Nelson that they are selling some new vehicles with airbags that contain Takata's ammonium nitrate-based propellant in driver and passenger frontal airbag inflators without a chemical drying agent, also known as a desiccant. These vehicles will have to be recalled by 2018.

**May 4, 2016:** The massive Takata airbag recall is more than doubling in size, with NHTSA announcing that it is expanding the recall to include 35 million to 40 million airbag inflators to be replaced through 2019. This tally is in addition to the 28.8 million airbags already recalled. Thus far, NHTSA shows that 8,168,860 airbags have been replaced.

**April 13, 2016:** Regulators state that there are 85 million potentially defective, unrecalled Takata airbag inflators that will need to be recalled–unless Takata can prove they are safe. So far, the recall has included 28.8 million airbags in the U.S.

**April 7, 2016:** A 17-year-old girl from Texas named as the 10th U.S. victim. She was driving a 2002 Honda Civic. Her death is attributed to shrapnel from the exploding airbag striking her neck. NHTSA shows that 7,522,533 airbags have been repaired.

**Feb. 12, 2016:** NHTSA expands its list of affected models. Thus far, 7,122,510 airbags have been repaired.

**Dec. 23, 2015:** NHTSA announces another U.S. fatality due to the questionable Takata airbag inflator, underscoring the need for consumer to have their cars repaired as soon as possible. Further, there have been changes to the official list of affected vehicles, which are reflected in this omnibus story.

**Nov. 3, 2015:** NHTSA imposes a record civil penalty of up to $200 million against Takata. (Of that, $70 million is a cash penalty, with an additional $130 million charge if Takata fails to meet its commitments.) Plus, the government agency requires Takata to phase out the manufacture and sale of inflators that use the risky propellant and recall all Takata ammonium nitrate inflators currently on the road–unless the company can prove they are safe or can show it has determined why its inflators are prone to rupture.

**Oct. 9, 2015:** Honda releases an update on the Takata airbag recall, stating its progress in reaching out to consumers and its recall repair completion rate.

**June 19, 2015:** NHTSA and Honda confirm that an eighth fatality was attributable to a Takata airbag rupture, which took place in September 2014 in Los Angeles. The car was identified as a rented 2001 Honda Civic. Honda said the car had been under recall since 2009 but that various owners, including the small rental company in Los Angeles, had failed to have the repairs made.

**June 17, 2015:** The NHTSA VIN look-up tool is updated to include all affected models. Often, there can be a slight delay between announcements and when data is available.

**June 16, 2015:** Toyota expands years for recall on previously announced models, adding 1,365,000 vehicles.

**June 15, 2015:** Honda expands national recall on Honda Accord.

**June 15, 2015:** NHTSA and Honda confirm that Takata airbag rupture was implicated in a seventh death. The driver of a 2005 Honda Civic was fatally injured following a crash April 5 in Louisiana.

**June 4, 2015:** Reuters reports that at least 400,000 replaced airbag inflators will need to be recalled and replaced again.

**May 29, 2015:** Chrysler, Mitsubishi, Subaru, and General Motors added the vehicle identification

numbers (VINs) of the impacted vehicles to their recall websites.

**May 28, 2015:** NHTSA and vehicle manufacturers revealed the additional models included in previous recall announcements.

**May 19, 2015:** DOT released a statement saying that Takata acknowledges airbag inflators it produced for certain vehicles were faulty. It expanded certain regional recalls to national ones, and included inflators fitted in certain Daimler Trucks in the recalled vehicles. In all, the recall was expanded to a staggering 33.8 million vehicles. That number includes the roughly 17 million vehicles previously recalled by affected automakers.

**Feb. 20, 2015:** NHTSA fined Takata $14,000 per day for not cooperating fully with the agency's investigation into the airbag problems.

**Jan. 18, 2015:** The driver of a 2002 Honda Accord became the fifth person in the U.S. thought to have been killed by an exploding airbag inflator.

**Dec. 18, 2014:** Ford issued a statement adding 447,310 vehicles to the recall.

**Dec. 9, 2014:** Honda issued a statement saying it will comply with NHTSA and expand its recall to a national level. This brings the number of affected Honda/Acura vehicles to 5.4 million.

**Nov. 18, 2014:** NHTSA called for the recalls to be expanded to a national level.

**Nov. 7, 2014:** The New York Times published a report claiming Takata was aware of dangerous defects with its airbags years before the company filed paperwork with federal regulators.

## Putting the Dangers in Perspective

Nineteen fatalities and more than 400 injuries have been linked to the Takata airbags in the U.S., and in some cases the incidents were horrific, with metal shards penetrating a driver's face and neck. As awful as they are, such incidents are very rare. In June 2015, Takata stated that it was aware of 88 ruptures in total: 67 on the driver's side and 21 on the passenger's side out of what it calculated was just over 1.2 million airbag deployments spread over 15 years. Despite these figures, airbags in general are not a danger. The Department of Transportation estimates that between 1987 and 2015, frontal airbags have saved 50,457 lives.

Based on information provided by Takata and acting under a special campaign by NHTSA, the involved automakers are responding to this safety risk by recalling all vehicles that have these specific airbags.

While the automakers are prioritizing resources by focusing on high-humidity areas, they shouldn't stop there. We encourage a national approach to the risks, as vehicles tend to travel across state borders, especially in the used-car market.

For a historical perspective, AutoSafety.org has compiled a list of airbag recalls over time.

> **Stay informed about recalls that might affect your vehicle using our Car Recall Tracker. Create a free account now to become a CR member.**

| Acura | Lexus |
|---|---|
| Audi | Mazda |
| BMW | Mercedes-Benz |
| Chrysler (includes Dodge, Jeep) | Mitsubishi |
| Ferrari | Nissan |
| Ford/Lincoln | Subaru |
| General Motors (includes Pontiac, Saab) | Tesla |
| Honda | Toyota/Scion |
| Infiniti | Volkswagen |
| Jaguar/Land Rover | NHTSA VIN look-up tool |
| | |

## What Is Taking So Long for My Airbag to Arrive?

As of January 2018, NHTSA says that airbag shortages have eased significantly. At first, many affected owners learned that it could take weeks or months for their replacement airbags to arrive. Takata has ramped up and added to its assembly lines to be able to produces a million replacement kits per month. But given the scale of this recall, and the reality that some airbags may have to be replaced a second time, this recall will take years to get all of the millions of replacement airbags produced and installed into affected vehicles.

## Will the Takata Bankruptcy Filing Stop Me From Getting My Replacement Airbags?

No. Those replacements should happen in the same time frame as before. Takata plans to maintain control of the airbag business and not slow production until the demand for replacement airbags has been met.

## Can Other Suppliers Step in to Fill the Gaps?

Other major suppliers are now involved, including AutoLiv, TRW, and Daicel. Takata has said that it is now using competitors' products in half the inflator-replacement kits it is churning out, and expects that number to reach more than 70 percent. Those rival suppliers also use a propellant that hasn't been implicated in the problems Takata has experienced.

## How Important Is It That I Respond to the Recall?

All recalls, by definition, are concerned with safety and should be treated seriously. As with all recalls, we recommend having the work performed as soon as parts are available and the service can be scheduled. Since age has been established as a key factor in most of the Takata airbag ruptures to date, it's especially important for owners of older recalled cars to get this work done. All recall work will have to be performed at a franchised dealership. Independent mechanics can't perform recall work.

## Does It Matter Where I Live?

According to NHTSA, yes. The Takata inflators seem to be vulnerable to persistent high humidity and high temperature conditions, such as in Florida, Georgia, South Carolina, the Gulf Coast states, Hawaii, and island territories. However, since a number of confirmed deaths have occurred in places outside the priority recall area, this recall should not be ignored.

NHTSA organizes the American states and territories into three zones, as follows:

**Zone A** includes Alabama, California, Florida, Georgia, Hawaii, Louisiana, Mississippi, South Carolina, Texas, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands (Saipan), and the U.S. Virgin Islands.

**Zone B** includes Arizona, Arkansas, Delaware, District of Columbia, Illinois, Indiana, Kansas, Kentucky, Maryland, Missouri, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Pennsylvania, Tennessee, Virginia, and West Virginia.

**Zone C** includes Alaska, Colorado, Connecticut, Idaho, Iowa, Maine, Massachusetts, Michigan, Minnesota, Montana, New Hampshire, New York, North Dakota, Oregon, Rhode Island, South Dakota, Utah, Vermont, Washington, Wisconsin, and Wyoming.

## How Are Repairs Being Prioritized?

Automakers are getting the replacement parts as fast as they can, and most are sending them to the high-humidity areas first. Northern and less-humid areas might need to wait longer for parts availability, depending on the brand. Contact your dealership to learn how soon the work can be performed. Keep in mind that, while you may not live in or have your car registered in one of the affected or priority zones, if it was previously owned by someone else, it may have spent time in one of them. In cases such as that, it's subject to one of these recalls.

## What If I Spend Only a Certain Part of the Year in a Humid Climate?

People who travel to the higher-risk areas in times of low humidity (such as snowbirds) are not at the same level of risk as those who live in those areas year-round, according to NHTSA. The agency is working with automakers to prioritize distribution and repairs.

## Are the Airbags in My Car Definitely Defective?

No. Since 2002 only a very small number of some 42 million cars have been involved in these incidents. Between November 2014 and May 2015, Takata reported to NHTSA that the company had conducted more than 30,000 ballistic tests on airbag inflators returned pursuant to the recalls. In those tests, 265 ruptured. That is an unacceptably high number, and, at 0.8 percent, a far higher frequency than what has been seen so far in vehicles on the road. According to defect reports filed with the government, Takata said that as of May 2015 it was aware of 84 ruptures that had occurred in the field since 2002.

## I'm Worried About Driving. What Should I Do Until the Fix Is Made?

If the recall on your car involves only the front passenger-side airbag, then don't let anyone sit in that seat. But if you use the VIN-lookup tool and it says that the problem involves the driver's side, you should do

what you can to minimize your risk. If possible, consider:

- Minimizing your driving.

- Carpooling with someone whose vehicle is not affected by the recall.

- Utilizing public transportation.

- Renting a car.

Renting a car until yours is repaired can prove expensive and ultimately might not be the ideal solution. Asking your dealer whether they will provide one, or a loaner vehicle might be worth a try if it accomplishes nothing else than putting some pressure on the manufacturer. If you do get a rental car, as with any new vehicle or rental, take some time to familiarize yourself with its operation before driving.

## Will My Dealer Give Me a Loaner While I Wait for a New Airbag?

It depends. Some consumers have joined class-action lawsuits to attempt to get compensation. One suit, brought on behalf of BMW, Mazda, Subaru, and Toyota owners, reached a preliminary settlement in early June, 2017. Under the terms of that settlement, members of that class would get cash payments and loaner cars until replacement parts become available.

## Should I Expect to Pay Any Money to Get the Recall Fix?

Repairs conducted under the recall are free, but unrelated problems discovered during the service may not be.

## BMW

Affected owners in Florida, Hawaii, or Puerto Rico have been prioritized in this recall and will receive parts first. If you live in these regions, make sure to contact your local BMW dealer immediately to schedule an appointment to have your front driver and/or passenger airbag replaced. BMW recommends that no one sit in the front passenger seat until that airbag is replaced.

**Recalled Cars**
2008 to 2013 BMW 1 Series
1999 to 2013 BMW 3 Series
2001 to 2003 BMW 5 Series
2013 to 2015 BMW X1
2007 to 2010 BMW X3
2001 to 2003, 2007 to 2013 BMW X5

2008 to 2014 BMW X6
2010 to 2011 BMW X6 Hybrid

## Chrysler

Chrysler will notify the Chrysler, Dodge, Jeep and RAM owners. Sterling and Mitsubishi owners will be notified by their respective companies. Dealers will replace the passenger frontal airbag inflator, free of charge. A notification schedule has not yet been provided, but FCA says that vehicles currently or previously registered in areas identified with high absolute humidity (Zone 1 areas) will be targeted first. Owners may contact Chrysler customer service at 800-853-1403. Chrysler's number for this recall is S43.

**Recalled Cars**
**Chrysler**
2005 to 2015 Chrysler 300
2007 to 2009 Chrysler Aspen
2007 to 2008 Chrysler Crossfire

**Dodge**
2008 to 2014 Dodge Challenger
2006 to 2015 Dodge Charger
2005 to 2011 Dodge Dakota
2004 to 2009 Dodge Durango
2005 to 2008 Dodge Magnum
2003 to 2008 Dodge Ram 1500/2500/3500 Pickup
2005 to 2009 Dodge Ram 2500 Pickup
2007 to 2010 Dodge Ram 3500 Cab Chassis
2006 to 2009 Dodge Ram 3500 Pickup
2008 to 2010 Dodge Ram 4500/5500 Cab Chassis

**Jeep**
2007 to 2016 Jeep Wrangler

## Ferrari

Ferrari will notify owners, and dealers will replace the passenger frontal airbag assembly, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Ferrari customer service at 866-551-2828. Ferrari's number for this recall is 60.

**Recalled Cars**
2010 to 2015 Ferrari 458 Italia
2014 to 2015 Ferrari 458 Speciale
2015 Ferrari 458 Speciale A
2012 to 2015 Ferrari 458 Spider
2016 to 2017 Ferrari 488 GTB
2016 to 2017 Ferrari 488 Spider
2009 to 2014 Ferrari California
2015 to 2017 Ferrari California T
2013 to 2017 Ferrari F12
2016 to 2017 Ferrari F12 tdf
2016 Ferrari F60
2012 to 2016 Ferrari FF
2017 Ferrari GTC4Lusso

## Ford

Contact your local Ford or Lincoln dealer to schedule an appointment to have the airbag replaced in affected vehicles. Visit the Ford Owner website to see if your vehicle is part of the recall.

**Recalled Cars**
**Ford**
2007 to 2010 Ford Edge
2006 to 2012 Ford Fusion
2005 to 2006 Ford GT
2005 to 2014 Ford Mustang
2004 to 2011 Ford Ranger

**Lincoln**
2007 to 2010 Lincoln MKX
2006 to 2012 Lincoln Zephyr/MKZ

**Mercury**
2006 to 2012 Milan

## General Motors

Double check that your vehicle is actually involved. It was first announced that many Buicks, Cadillacs, and Oldsmobiles were affected by the recall. It turns out that was an error in reporting by NHTSA. Most of those vehicles were part of an unrelated recall years ago.

Interestingly, the two remaining vehicles were actually produced by other automakers and rebranded under former GM makes: the 2003 to 2005 Pontiac Vibe (built alongside the Toyota Matrix) and the 2005 Saab 9-2x (a Subaru-built vehicle rebranded as a Saab). Both vehicles should be taken to a current GM dealership for repairs.

**Recalled Cars**
**Cadillac**
2007 to 2014 Cadillac Escalade
2007 to 2014 Cadillac Escalade ESV
2007 to 2013 Cadillac Escalade EXT

**Chevrolet**
2007 to 2013 Chevrolet Avalanche
2007 to 2014 Chevrolet Silverado HD
2007 to 2014 Chevrolet Silverado LD
2007 to 2014 Chevrolet Suburban
2007 to 2014 Chevrolet Tahoe

**GMC**
2007 to 2014 GMC Sierra HD
2007 to 2014 GMC Sierra LD
2007 to 2014 GMC Yukon
2007 to 2014 GMC Yukon XL

**Pontiac**
2003 to 2010 Pontiac Vibe

**Saab**
2005 to 2006 Saab 9-2x
2006 to 2011 Saab 9-3
2006 to 2009 Saab 9-5

**Saturn**
2008 to 2009 Saturn Astra

# Honda

If you haven't already, go to Honda's recall site and enter your VIN. If your vehicle is included in this recall, the site will provide a description of the problem and instructions on how to proceed.

NHTSA has determined that certain model-year 2001-2003 Honda and Acura vehicles have a much greater risk of ruptures during airbag deployment. In fact, nine of the first 11 Takata-related deaths in the U.S. were in Acura and Honda vehicles. These high-risk models are listed separately below.

If you have a vehicle that was first sold in, or is registered in Alabama, California, Florida, Georgia, Hawaii, Louisiana, Mississippi, South Carolina, Texas, Puerto Rico, or the U.S. Virgin Islands–take immediate action. If you haven't already received notice in the mail, print out the results of your VIN search and contact your nearest Honda dealer. They have allocated the replacement parts to these high humidity areas and will replace the part once you've made an appointment. Honda will be sending notices to other areas on a rolling basis as the parts become available.

**Recalled Cars**
**Acura**

1997 to 1998 Acura 2.2CL
1997 to 1998 Acura 3.0CL
1998 to 1999 Acura 2.3CL
2001 to 2003 Acura 3.2CL
2002 to 2003 Acura 3.2TL
2013 to 2016 Acura ILX
2013 to 2014 Acura ILX Hybrid
2001 to 2006 Acura MDX
2007 to 2016 Acura RDX
1998 to 2003 Acura 3.5RL
2005 to 2012 Acura RL
2009 to 2014 Acura TL
1999 to 2001 Acura 3.2TL
2009 to 2014 Acura TSX
2010 to 2013 Acura ZDX

**Honda**
1998 to 2012 Honda Accord
1996 to 2000 Honda Civic Coupe
1998 to 2011 Honda Civic
2003 to 2011 Honda Civic Hybrid
2001 to 2011 Honda Civic NGV
2010 to 2015 Honda Crosstour
1997 to 2011 Honda CR-V
2011 to 2015 Honda CR-Z
2003 to 2011 Honda Element
2010 to 2014 Honda FCX Clarity
2007 to 2013 Honda Fit
2013 to 2014 Honda Fit EV
2010 to 2014 Honda Insight

1998 to 2004 Honda Odyssey
2003 to 2015 Honda Pilot
2006 to 2014 Honda Ridgeline

2006 to 2010 Honda GL1800 Gold Wing (motorcycle)

**High-Risk Models**
2001 to 2002 Honda Civic
2001 to 2002 Honda Accord
2002 to 2003 Acura TL
2002 Honda CR-V
2002 Honda Odyssey
2003 Acura CL
2003 Honda Pilot

## Jaguar/Land Rover

Jaguar Land Rover North America, LLC is recalling certain model years of the Jaguar XF originally sold, or ever registered, in Alabama, California, Florida, Georgia, Hawaii, Louisiana, Mississippi, South Carolina, Texas, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands (Saipan), and the U.S. Virgin Islands. Vehicles not originally sold or ever registered in these states are not subject to this safety recall. For more information, contact the Jaguar Customer Relationship Center at 800-452-4827 or the Land Rover customer center.

**Recalled Cars**
2009 to 2015 Jaguar XF
2007 to 2012 Land Rover Range Rover

## Mazda

Owners should go to Mazda's recall site (mazdarecallinfo.com) and enter the car's VIN. If your vehicle is included in this recall, the site will provide a description of the problem and instructions on how to proceed. If the site indicates that repair parts are available, the appointment button on the site links to your local dealer so you can easily set up a repair appointment. There is no charge for this repair. NHTSA has determined that the age and location of a vehicle can increase the risk of rupture. Vehicles sold or ever registered in a high absolute humidity (HAH) area (Florida, Hawaii, Alabama, Georgia, Louisiana, Mississippi, Texas, Puerto Rico, Guam, Saipan, American Samoa, and Virgin Islands) and/or Mazda vehicles 2003-2007 are considered high priority—immediate action should be taken. If you haven't received a notice in the mail, print out the results of your VIN search and contact your nearest Mazda dealer. Replacement parts have been prioritized to the high humidity areas and dealers will replace the part once you've made an appointment. The recall includes all states and Mazda will be sending notices to areas on a rolling basis as parts become available.

**Recalled Cars**
2004 to 2009 Mazda B-Series

2007 to 2012 Mazda CX-7
2007 to 2015 Mazda CX-9
2003 to 2015 Mazda6
2006 to 2007 Mazda Mazdaspeed6
2004 to 2006 Mazda MPV
2004 to 2011 Mazda RX-8

## Mercedes-Benz

Mercedes-Benz uses Takata driver's-side and passenger-side airbags in many vehicles and, is recalling vehicles which use the affected airbags. Should owners need additional assistance, go to www.mbusa.com, and use the "Email/Write" section under Customer Support, or call 877-496-3691.

**Recalled Cars**
2005 to 2015 Mercedes-Benz C-Class
2010 to 2011 Mercedes-Benz E-Class
2011 to 2017 Mercedes-Benz E-Class Cabrio
2010 to 2017 Mercedes-Benz E-Class Coupe
2009 to 2012 Mercedes-Benz GL-Class
2010 to 2015 Mercedes-Benz GLK-Class
2009 to 2011 Mercedes-Benz ML-Class
2009 to 2012 Mercedes-Benz R-Class
2007 to 2008 Mercedes-Benz SLK-Class
2011 to 2015 Mercedes-Benz SLS-Class

## Mitsubishi

If you see that your car as part of this recall, Mitsubishi advises owners to act immediately in scheduling an appointment to replace it. If the dealer does not have the part yet, they will provide instructions on how best to proceed until the part is available.

**Recalled Cars**
2012, 2014, 2016, and 2017 Mitsubishi i-MiEV
2004 to 2007 Mitsubishi Lancer
2004 to 2006 Mitsubishi Lancer Evolution
2004 Mitsubishi Lancer Sportback
1998 to 2000 Mitsubishi Montero
2006 to 2009 Mitsubishi Raider

## Nissan

Nissan has notified or will be notifying owners of affected vehicles to bring their vehicle in for inspection and potential parts replacement. Extra attention is being paid to "some areas" of Florida, Hawaii, Puerto Rico, or the U.S. Virgin Islands, but the recall covers every state, the District of Columbia, and some American territories.

**Recalled Cars**
**Infiniti**
2003 to 2008 Infiniti FX
2001 Infiniti I30
2002 to 2004 Infiniti I35

2006 to 2010 Infiniti M
2002 to 2003 Infiniti QX4

**Nissan**
2001 to 2003 Nissan Maxima
2002 to 2004 Nissan Pathfinder
2002 to 2006 Nissan Sentra
2007 to 2012 Nissan Versa

## Subaru

Call your local Subaru dealer and schedule an appointment to have the airbag replaced. There is no wait for parts to arrive and no special emphasis on localized climates or regions. Because second owners may not know where the previous owner of their vehicle lived/drove, Subaru does not want to focus on any particular region.

**Recalled Cars**
2003 to 2006 Subaru Baja
2009 to 2013 Subaru Forester
2004 to 2011 Subaru Impreza (including WRX/STI)
2003 to 2014 Subaru Legacy
2003 to 2014 Subaru Outback
2006 to 2014 Subaru Tribeca
2012 to 2014 Subaru WRX/STI

## Tesla

**Recalled Cars**
2012 to 2016 Tesla Model S

## Toyota

Immediate action is recommended if your vehicle registered in the coastal areas around the Gulf of Mexico, including Alabama, Georgia, Louisiana, Mississippi, and Texas. Or if the car is in Florida, Puerto Rico, Guam, Saipan, American Samoa, Virgin Islands and Hawaii.

When the parts become available, owners will be notified by mail to bring their vehicle in for the proper fix.

Finally, if you are uncomfortable driving your vehicle to the dealership to have the work performed, contact your local Toyota dealer, and they will arrange to have the vehicle picked up.

**Recalled Cars**
**Lexus**
2007 to 2012 Lexus ES350
2010 to 2017 Lexus GX460
2006 to 2013 Lexus IS250/350
2010 to 2015 Lexus IS250C/350C
2008 to 2014 Lexus IS F
2012 Lexus LFA
2002 to 2010 Lexus SC430

**Scion**
2008 to 2015 Scion xB

**Toyota**
2010 to 2016 Toyota 4Runner
1998 to 1999 Toyota Celica
2003 to 2013 Toyota Corolla
2003 to 2008 Toyota Corolla Matrix
2009 to 2013 Toyota Matrix
1998 to 2000 Toyota RAV4
2004 to 2005 Toyota RAV4
2002 to 2007 Toyota Sequoia
2011 to 2014 Toyota Sienna
1997 to 1998 Toyota Supra
2003 to 2006 Toyota Tundra
2006 to 2011 Toyota Yaris (Hatchback)
2007 to 2012 Toyota Yaris (Sedan)

# Volkswagen/Audi

**Recalled Cars**
**Audi**
2006 to 2013 Audi A3
1999 to 2000 A4
2005 to 2008 Audi A4 Avant
2007 to 2009 Audi A4 Cabriolet
2005 to 2008 Audi A4 Sedan
2010 to 2012 Audi A5 Cabriolet
2006 to 2011 Audi A6 Avant
1998 to 2000, 2005-2011 Audi A6 Sedan
1999 A8
2009 to 2012 Audi Q5
2017 Audi R8
2008 Audi RS 4 Cabriolet
2007 to 2008 Audi RS 4 Sedan
2005 to 2008 Audi S4 Avant
2007 to 2009 Audi S4 Cabriolet
2005 to 2008 Audi S4 Sedan
2010 to 2012 Audi S5 Cabriolet
2007 to 2011 Audi S6 Sedan
2000 to 2001, 2016-2017 Audi TT

**Volkswagen**
2009 to 2017 Volkswagen CC
2010 to 2014 Volkswagen Eos
2010 to 2014 Volkswagen Golf
2013 Volkswagen Golf R
2009 to 2013 Volkswagen GTI
2012 to 2014 Volkswagen Passat
2006 to 2010 Volkswagen Passat Sedan
2006 to 2010 Volkswagen Passat Wagon
2017 to 2018 Volkswagen Tiguan

For 85 years, we have been fighting to make sure you get a fair deal and safe products. Our scientists, engineers, journalists, and researchers work tirelessly to bring consumers like you trusted information, so you have the answers you need. Not just so you can buy an appliance or car with confidence, but also so that you can know what's safe for you and your family. As a nonprofit organization, we rely on the support of our members to help raise the standards of the products and

services we use every day. Every donation, no matter the size, contributes to this work. <mark>Please support Consumer Reports today — even a gift of as little as $3 will help. Thank you.</mark>

**Select a Donation Amount**

$3    $15    Other



## Get Up to Speed

Expert car tips delivered weekly.

First Name

Last Name

Email

By clicking "Sign Up" I agree to the Privacy Policy and User Agreement.

Sign Up

EXPLORE

Cars

# Trending in Car Recalls & Defects



Best Used Cars for You



Toyota Grand Highlander and Lexus TX
Are Recalled Due to Curtain Airbag



Half-Million More Ford F-150 Pickups
Recalled to Fix Transmission Problem



More Than 1.8 Million Toyota RAV4 SUVs
Recalled Due to Battery Concerns



💬 **SHOW COMMENTS (0)** | *commenting powered by Facebook* ⌄

Be the first to comment

**CR** Consumer
Reports

**Support**

Contact Us

Account Settings

About Membership

Submit a News Tip

**Company**

Product Reviews

For Businesses

Resources

**Join**

Privacy Policy • User Agreement • Ad Choices •
Your Privacy Choices • Sitemap
© 2024 Consumer Reports, Inc.