# EXHIBIT NO. 18

7/29/24, 3:07 PM
DE2152902C2 - Impact protection device for the occupant of a motor vehicle - Google Patents
Case 1:15-md-02599-FAM Document 4812-3 Entered on FLSD Docket 08/02/2024 Page 2 of 5

Google Patents

. DE 2152902 C 2

# Impact protection device for the occupant of a motor vehicle

**Classifications**

■ **B60R21/233** Inflatable members characterised by their shape, construction or spatial configuration comprising a plurality of individual compartments; comprising two or more bag-like members, one within the other

*View 3 more classifications*

**Landscapes**

Engineering & Computer Science

Mechanical Engineering

Show more

**DE2152902C2**
Germany

Find Prior Art   Similar

**Other languages:** German
**Inventor:** H Patzelt, G Schiesterl, A Seybold
**Current Assignee :** Daimler Benz AG

**Worldwide applications**
1971 · DE   1972 · JP SE CA US

**Application DE2152902A events**
- 1971-10-23 • Application filed by Daimler Benz AG
- 1971-10-23 • Priority to DE2152902A
- 1973-04-26 • Publication of DE2152902A1
- 1982-09-02 • Application granted
- 1982-09-02 • Publication of DE2152902C2
- Status • Expired

Show all events

**Info:** Patent citations (7), Cited by (25), Legal events, Similar documents, Priority and Related Applications

**External links:** Espacenet, Global Dossier, DPMA, Discuss

**Claims (1)**   Hide Dependent ⌃
translated from German

Claim: Impact protection device for the occupant of a motor vehicle with an airbag that is in the Starting position folded up on or in a receptacle fixed to the vehicle and arranged at Exceeding a predetermined vehicle deceleration by means of a gas, its main direction of flow is directed against the floor of the airbag facing the occupant, automatically is inflatable and the one inside, the expansion of the airbag in the main flow direction the restraint device limiting the gas and transferring it into its working position by means of the gas flow is assigned, which is a baffle upstream of the gas bag bottom and opposite comprising restraint means anchored to the receptacle, the restraint means connected to the baffle form an independent insert in the form of an envelope, which is the one in the starting position everted, in a trough-shaped receptacle resting airbag protectively encased, according to patent application P 21 11 898.9-21, characterized in that the gas bag (2) in the area of its bottom facing the occupant (5) firmly with the insert (3) is connected.

**Description**   translated from German

The invention relates to an impact protection device for the occupant of a motor vehicle with a The gas bag, which in the starting position is folded up and arranged on or in a receptacle fixed to the vehicle when a predetermined vehicle deceleration is exceeded by means of a; Gas, its main direction of flow is directed against the floor of the airbag facing the occupant, is automatically inflatable and the one inside, the expansion of the airbag in the main flow direction of the gas limiting and by means of the gas flow transferable restraint device assigned to its working position is that anchored a baffle in front of the gas bag bottom and opposite the receptacle Retaining means comprises, wherein the retaining means with the baffle is an independent insert in the form of a Form envelope, which is everted in the starting position, in a trough-shaped receptacle resting airbag protectively enveloped, according to patent application P 21 11898.9-21.

Such a design of the gas bag should prevent it from flowing through the Gas at the beginning of the inflation process essentially only in one direction, namely against the one to be protected Person who is inflated and initially with a relatively small diameter with accordingly high speed close to the supersonic range in the direction of flow of the gas expands.

However, tests with such gas bags have shown that the gas bags have not yet been filled It has been found that as a result of the kinetic energy of the from its rest position ejected gas bags, the gas flow deflected by the insert does not in many cases sufficient to make the airbag - as desired - spherical or roughly in the form of a parallel to the surface of the The steering wheel to inflate the disc. Rather, the airbag is unfolded in such a way that first still expanding too much in the direction of the

io gas jet takes place, whereby the gas bag z. B. in that Face of a vehicle occupant can be thrown. There is also the disadvantage that there is a Vehicle occupants in this first stage of inflation of the gas bag z. B. so far the steering wheel may have approximated that a planned radial expansion of the gas bag is then no longer possible. The consequence of this is that the gas bag by the wedge effect between the upper body and the steering wheel arises, is pushed upwards and only protects the head of the occupant, while a protective effect is no longer given for the chest by the gas bag

The present invention was therefore based on the object of providing a gas bag of the type described above to continue training so that the disadvantages indicated are avoided with certainty.

This task is performed with an impact protection device the above-described Gatiung achieved according to the invention in that the gas bag in the area his floor facing the occupant is firmly connected to the insert

Such a design inevitably achieves a radial expansion of the airbag, with the The height of the "gas bag disc" formed in this way essentially depends on the length of the holding means of the insert is determined.

At the same time, however, such a design of a gas bag makes another one more essential Advantage achieved Tests have shown that during the inflation process in a conventional Forces of up to 400 kp occur at its clamping point, while with an airbag according to the invention Gas bag, the holding means of the insert absorb some of these forces, whereby the gas bag itself is relieved at its clamping point.

The object of the present invention is to be used in the following with reference to one in the drawing in a Side view of the exemplary embodiment shown in more detail explained.

On the steering wheel 1 of the passenger car shown schematically in a section, a gas bag 2 is attached in a manner not shown, which is shown in the filled state. Inside the gas bag 2 there is an *insert 3 lying in the main flow direction "S"* of the gas used to fill the gas bag 2, which is also anchored in the area of the steering wheel 1 by means of holding means designed as ropes 4 in the exemplary embodiment shown. The floor 5 of the airbag facing the vehicle occupant is z. B. firmly connected to the insert 3 by gluing or sewing.

**1 sheet of drawings**

## Patent Citations (7)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| Family To Family Citations | | | | |
| US3473824A * | 1967-08-18 | 1969-10-21 | Eaton Yale & Towne | Safety device |
| US3606377A * | 1968-11-04 | 1971-09-20 | Eaton Yale & Towne | Vehicle crash restraint system |
| US3586347A * | 1969-06-05 | 1971-06-22 | Eaton Yale & Towne | Safety device |
| DE1946607A1 * | 1969-09-15 | 1971-03-25 | Dynamit Nobel Ag | Device for destroying impact energy, in particular for motor vehicles |
| US3617073A * | 1969-09-17 | 1971-11-02 | Irving Landsman | Automobile safety system |
| US3618981A * | 1969-10-31 | 1971-11-09 | Chrysler Corp | Inflatable device |
| US3727942A * | 1971-05-03 | 1973-04-17 | Gen Motors Corp | Inflatable occupant restraint cushion |

* Cited by examiner, † Cited by third party

## Cited By (25)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| DE2335798A1 * | 1973-02-13 | 1974-08-22 | Toyota Motor Co Ltd | INFLATABLE PASSENGER CATCHER FOR VEHICLES |
| DE4220499A1 * | 1992-06-23 | 1994-01-05 | Daimler Benz Ag | Impact protection system with gas bag (airbag) |
| DE4315142C3 * | 1993-05-07 | 2000-01-05 | Daimler Chrysler Ag | Airbag for a motor vehicle |
| DE102007032304A1 | 2007-07-11 | 2009-01-15 | Faurecia Autositze Gmbh | Airbag e.g. head/thorax airbag, arrangement for use in backrest of motor vehicle seat, has inner bag with wedge-shaped notch that runs orthogonal to tear seam for opening inner bag when airbag is deployed |
| DE102008017318A1 | 2007-07-11 | 2009-05-14 | Faurecia Autositze Gmbh | Airbag arrangement e.g. head/thorax airbag, for seat of e.g. motor vehicle, has inner bag with seam ending within area of bulge of bag or guided within end area in direction turned away from tear seam of bag or expansion direction of sack |
| DE102008033424A1 | 2008-07-16 | 2010-01-21 | Faurecia Autositze Gmbh | Airbag arrangement for motor vehicle, has unfolded airbag and another unfolded airbag arranged in or near former unfolded airbag |
| Family To Family Citations | | | | |
| DE2256720A1 * | 1972-11-18 | 1974-05-22 | Daimler Benz Ag | PROTECTIVE DEVICE, IN PARTICULAR FOR THE OCCUPANTS OF MOTOR VEHICLES |
| JPH0339326Y2 * | 1985-09-04 | 1991-08-19 | | |
| US4923212A * | 1988-08-17 | 1990-05-08 | Talley Automotive Products, Inc. | Lightweight non-welded inflator unit for automobile airbags |
| US4907819A * | 1988-09-16 | 1990-03-13 | Talley Automotive Products, Inc. | Lightweight non-welded gas generator with rolled spun lip |
| US5087067A * | 1989-05-19 | 1992-02-11 | Honda Giken Kogyo Kabushiki Kaisha | Inflatable bag assembly for protecting a vehicle occupant |
| DE4010767A1 * | 1990-04-04 | 1991-10-10 | Daimler Benz Ag | IMPACT PROTECTION DEVICE FOR A PASSENGER OF A MOTOR VEHICLE |
| DE4028715A1 * | 1990-04-09 | 1991-10-10 | Alfred Kroiss | GAS PILLOW IMPACT PROTECTOR |
| JP2636628B2 * | 1992-03-17 | 1997-07-30 | 池田物産株式会社 | Airbag device |
| US5378019A * | 1993-03-11 | 1995-01-03 | Morton International, Inc. | Controlled deployment driver's side air bag |
| US5395134A * | 1993-04-02 | 1995-03-07 | Morton International, Inc. | Passenger side air bag with controlled deployment |

7/29/24, 3:07 PM
DE2152902C2 - Impact protection device for the occupant of a motor vehicle - Google Patents
Case 1:15-md-02599-FAM   Document 4812-3   Entered on FLSD Docket 08/02/2024   Page 4 of 5

| JPH0740798A * | 1993-07-30 | 1995-02-10 | Ikeda Bussan Co Ltd | Air bag body |
|---|---|---|---|---|
| JP2785673B2 * | 1994-01-31 | 1998-08-13 | 池田物産株式会社 | Airbag cover of airbag device and method of mounting airbag cover |
| US5513879A * | 1994-05-04 | 1996-05-07 | Breed Automotive Technology, Inc. | Two stage inflator with module venting for passenger side airbags |
| DE10036760B4 * | 2000-07-28 | 2006-03-23 | Audi Ag | Occupant protection device of a vehicle with an airbag module |
| US6926303B2 * | 2003-10-06 | 2005-08-09 | Trw Vehicle Safety Systems Inc. | Inflatable vehicle occupant protection device with inflation fluid deflector |
| TR201612906A2 | 2015-09-29 | 2017-04-21 | Ford Global Tech Llc | Airbag |
| GB2533673B * | 2015-09-29 | 2017-09-27 | Ford Global Tech Llc | An airbag |
| JP6443284B2 * | 2015-09-29 | 2018-12-26 | 豊田合成株式会社 | Airbag |
| JP6544263B2 * | 2016-02-22 | 2019-07-17 | 豊田合成株式会社 | Side airbag device |

* Cited by examiner, † Cited by third party, ‡ Family to family citation

## Similar Documents

| Publication | Publication Date | Title |
|---|---|---|
| DE2152902C2 | 1982-09-02 | Impact protection device for the occupant of a motor vehicle |
| DE60020160T2 | 2006-01-26 | PASSIVE SAFETY SYSTEM FOR A MOTOR VEHICLE |
| DE4142326B4 | 2004-07-22 | Airbag for a motor vehicle |
| DE19720622B4 | 2006-04-06 | Airbag device for a two-wheeled motor vehicle |
| DE69401767T2 | 1997-06-05 | Soft airbag folding |
| DE4220825C2 | 1996-08-08 | Folded gas cushion |
| DE19628108C1 | 1997-06-19 | Impact protection in motor vehicle |
| DE4027996A1 | 1991-04-04 | AIR BAG SYSTEM |
| DE102011117037A1 | 2012-05-03 | AIRBAG WITH HIGH-ADAPTIVE HOLDING BELT |
| DE19952771A1 | 2001-05-10 | Child's active vehicle safety seat with an integrated shock absorber system to reduce the energy of heavy braking and thus injury to the child |
| EP1296857A1 | 2003-04-02 | Gas bag for a passenger protection device |
| DE2116347A1 | 1972-10-19 | Outlet valve for an airbag |
| EP1106447A2 | 2001-06-13 | Vehicle occupant restraining system |
| DE4335816A1 | 1994-05-05 | Airbag device |
| DE2111898C2 | 1981-11-19 | &#34;Impact protection device for the occupant of a motor vehicle&#34; |
| DE102010044677A1 | 2011-03-24 | Side airbag device |
| DE2238973A1 | 1973-03-29 | FOLDED PILLOW |
| DE102008048340B3 | 2010-01-14 | Two-layer airbag blowing up device for security system of motor vehicle, has inflator producing air flow that is directed from outer side of airbag, and opening combustible in layer of airbag |
| DE102008053080A1 | 2010-04-29 | Vehicle seat has backrest and backrest frame, where airbag module is arranged on backrest facing side of backrest frame, and flat support elements are arranged between backrest spreading adjustment device and backrest |
| DE2255182A1 | 1973-05-17 | SAFETY BELT |
| DE2232726A1 | 1974-01-24 | SAFETY DEVICE |
| DE3829368A1 | 1990-03-01 | Airbag safety system |
| DE19517764A1 | 1996-11-21 | Airbag for car passenger&#39;s protection at side impact |
| DE9202725U1 | 1992-08-06 | Device for protecting vehicle occupants |
| DE2256720A1 | 1974-05-22 | PROTECTIVE DEVICE, IN PARTICULAR FOR THE OCCUPANTS OF MOTOR VEHICLES |

## Priority And Related Applications

### Priority Applications (5)

| Application | Priority date | Filing date | Title |
|---|---|---|---|

| | | | |
|---|---|---|---|
| DE2152902A | 1971-10-23 | 1971-10-23 | Impact protection device for the occupant of a motor vehicle |
| JP10230072A | 1971-10-23 | 1972-10-12 | |
| SE7213623A | 1971-10-23 | 1972-10-20 | |
| CA154,441A | 1971-10-23 | 1972-10-23 | Protective device, especially for the passengers of motor vehicles |
| US300221A | 1971-10-23 | 1972-10-24 | Protective device, especially for the passengers of motor vehicles |

## Applications Claiming Priority (1) ▲

| Application | Filing date | Title |
|---|---|---|
| DE2152902A | 1971-10-23 | Impact protection device for the occupant of a motor vehicle |

## Legal Events ▲

| Date | Code | Title | Description |
|---|---|---|---|
| 1978-07-06 | OD | Request for examination | |
| 1981-11-19 | 8178 | Suspension cancelled | |
| 1982-09-02 | AF | Is addition to no. | **Ref country code**: DE<br>**Ref document number**: 2111898<br>**Format of ref document f/p**: P |
| 1982-09-02 | D2 | Grant after examination | |
| 1985-06-13 | 8320 | Willingness to grant licences declared (paragraph 23) | |

Data provided by IFI CLAIMS Patent Services

About    Send Feedback    Public Datasets    Terms    Privacy Policy    Help