# EXHIBIT NO. 19



# Protective airbags.

   The protective airbags in the glove compartment and in the roof frame are celebrating birthdays: For 30 years the front passenger airbag and for 20 years the window airbag have been part of the continuously growing family of these potentially life-saving components in Mercedes-Benz vehicles. Today, the system is a component of integral safety and comprises up to many different airbags in a single passenger car. They range from the knee airbag and the belt airbag in the rear to the thorax/pelvis side airbag.





Driver's and front passenger airbag in the Mercedes-Benz SL of model series 129. The front passenger airbag has been part of the standard specification of the roadsters since 1992.

7/29/24, 10:44 AM
Case 1:15-md-02599-FAM   Document 4812-4   Entered on FLSD Docket 08/02/2024   Page 4 of 5
Mercedes-Benz airbags celebrate their anniversary.





Sectional drawing of the front passenger airbag module in the Mercedes-Benz S-Class (model series 126).

# A milestone in passive safety.

Airbag development at Mercedes-Benz began as early as in 1966, with the company registering the corresponding patent (patent specifications document No. DE 21 52 902 C2) in October 1971. As the first production-ready solution, the driver's airbag was introduced in the S-Class of model series 126 in 1981. This was a milestone in the passive safety of Mercedes-Benz. Due to its fundamental importance, this innovation was quickly adopted by the entire auto industry.

Little has changed in the basic principle of the first airbag to the present day: the airbag control unit uses various sensors to identify for instance a particularly strong deceleration occurring in a typical severe impact and decides which restraint systems need to be activated. If an airbag is triggered, the airbag inflator fills the cushion-shaped textile structure, typically made of polyamide fabric – the airbag. In addition to the seatbelt with its belt tensioner and load limiter, the protective airbag helps to reduce the impact of the crash to the human body.

7/29/24, 8:44 AM	Mercedes-Benz Airbags Celebrate their Anniversary.

Case 1:15-md-02599-FAM   Document 4812-4   Entered on FLSD Docket 08/02/2024   Page 5 of 5



Mercedes-Benz S-Class Saloon of model series 126. The designation SRS AIRBAG embossed on the steering wheel and instrument panel indicates that this vehicle is equipped with belt tensioners and airbags for the driver and front passenger. "SRS" stands for "supplementary restraint system".

## Consistent advancement.

The airbag anniversaries of 1988 and 1998 are part of the tradition of tireless vehicle safety research at Mercedes-Benz. Because ever since the successful launch of the driver's airbag in 1981, the Stuttgart-based brand has been advancing the principle continuously. To this end, the engineers adapted the airbag to other areas of the vehicle and other accident scenarios. The first to benefit from this continuous development work was the front passenger: the front passenger airbag was a feature of passive safety not offered in this form by any other manufacturer at the time. It was presented in September 1987 as an option for the saloons and coupés of the S-Class. After its début in the luxury class in early 1988, it also became available as an option for the upper mid-size vehicle segment of the 124 model series.

Starting in August 1994, it became part of the standard equipment of many Mercedes-Benz passenger cars together with rear head restraints. In the S-Class and SL sports cars, it became part of the standard specification as early as 1992. The first front passenger airbag still occupied the entire glove compartment 30 years ago. After all, inflated it had a volume of almost 170 litres. However, the miniaturization of the components soon made significantly smaller units possible. That was also the prerequisite for using the protective airbag in other places inside the vehicle. This was what developers were striving for, because a frontal collision, which causes the bodies of the driver and front passenger to be accelerated directly forward, is just one of many accident scenarios.