# EXHIBIT NO. 21

# Inflation Systems Inc.
# Business Plan

## Section 1: Background

*The purpose of this section is to provide a brief overview of the history of ISI from its inception to the present. Some of the information contained in this section serves as a basis for earlier versions of the ISI Business Plan.*

Inflation Systems Inc. was the result of a joint venture between Takata Corporation of Japan and Bayern-Chemie of Germany. The joint venture was formed in November 1988. The original charter of ISI was to manufacture sodium azide driver's side inflators in North America. In the early days of the joint venture Bayern-Chemie was part of the Daimler Benz group. Later, the German ownership of ISI was transferred to Temic, also part of the Daimler Benz group, and the name of the parent company changed to Temic Bayern-Chemie Airbag GmbH.

The joint venture partners agreed on LaGrange, Georgia as the site of the manufacturing facility. In January 1991, temporary offices were set up in LaGrange while the facility was being completed. In October 1991, the 15 employees of ISI moved into the current location at 200 Piedmont Circle in the LaGrange Industrial Park.

Inflation Systems Inc. consists of the one location in LaGrange. The facility is located on 135.8 acres, all owned by Takata. The main building has 135,584 square feet of floor space with plenty of room for future expansions and developments. ISI has maintained a work force of approximately 150 employees for the last three years.

The joint venture was structured with Bayern-Chemie having responsibility for product design and manufacturing while Takata would use the ISI manufactured inflators in modules that would be sold directly to automotive manufacturers. Another stipulation of the joint venture was that all ISI's inflator sales were to be made to Takata rather than to the end customer. Takata would also be responsible for marketing ISI's inflators to other module manufacturers.

Inflation Systems Inc. manufactures several models of one basic inflator design, the GG7, which was developed by Bayern-Chemie in the early 1980's. The inflator uses propellant formulated from sodium azide and oxidizers. This basic propellant technology has been used in airbag inflators for the last 25 years and has proven extremely reliable. ISI's GG7 inflator production peaked at approximately 1,000,000 units per year during 1994 and 1995.

In March 1996, Takata Corporation purchased the Temic Bayern-Chemie share of the joint venture. Inflation Systems Inc. is now wholly owned by Takata Corporation. The charter of the company was then opened to include any products currently manufactured or in development by Takata Corporation. ISI and Takata Moses Lake, a propellant and inflator manufacturer located

Highly Confidential - Subject to Protective Order                                                            TKH-MDL-0000733820

in the state of Washington, have now formed a close partnership and are now an important component of the Takata Corporation airbag module business and global strategy.

ISI has developed an experienced and able management team and work force, achieving superior quality performance and a high level of customer satisfaction. In 1996, the ISI laboratories were granted A2LA accreditation and the facility was awarded QS-9000/ISO9002 registration. ISI has the key skills required for continued success in the U.S. and world-wide automotive industry.

Y:\GH\ISIPLAN.WPD

**Highly Confidential - Subject to Protective Order**                                                  TKH-MDL-0000733821