# EXHIBIT NO. 22



🏠 › Company › Tradition › Company History › 1995 - 2007:

"World Corp." vision

**In 1995 the new Chairman of the Board of Management, Jürgen E. Schrempp, initiated a strategic realignment of the group, since many of the existing business units did not enjoy a favourable competitive position. The portfolio was focused by parting with Fokker, selling Dornier Luftfahrt GmbH and dissolving AEG. This move, together with measures designed to boost competitiveness, was intended to strengthen the earning power of the group, which now concentrated on automotive mobility, transportation and services.**

Extending the core businesses, supplementing them with new products and services, and improving the competitive position in global terms took priority over new business fields.

## DaimlerChrysler AG merger

Taking advancing globalisation into account, among other things car production was taken up in Tuscaloosa in 1995, and in 1998 the merger with Chrysler Corporation to form DaimlerChrysler AG was announced. The intention of the merger was to safeguard the long-term competitiveness of the companies involved.



On 7 May 1998, Daimler-Benz Aktiengesellschaft in Germany and Chrysler Corporation in the United States of America signed a merger contract.

Simultaneously, Mercedes-Benz launched a strategic model initiative in the car sector. New model series like the A, B and M-Class, niche models like the SLK and CLK, and the cooperation with Schweizerische Gesellschaft für Mikroelektronik und Uhrenindustrie (SMH) to develop the small city car smart made Mercedes-Benz a full-line supplier.

In addition, in 1995 the bus and coach segment was realigned and the European Bus Company (EvoBus) formed as a wholly-owned subsidiary of Mercedes-Benz AG. The simultaneous acquisition of Karl Kässbohrer Fahrzeugwerke GmbH turned the Setra bus and coach brand into a group brand. In the late 1990s, through DaimlerChrysler Trucks North America, the Thomas Built Buses brand was incorporated into the corporate portfolio.

They were joined at the end of 2000 by the Canadian Western Star Trucks Holding, Ltd., a truck manufacturer headquartered in Kelowna, British Columbia. Along with the premium truck brand Western Star the portfolio of the Canadian manufacturer includes the bus brand Orion.

In addition, at the end of the 1990s the Maybach was revived with luxury limousines which were made even bigger, more individual and more exquisite. In 2002 DaimlerChrysler AG presented the new prestige model Maybach 57.

7/24/24, 3:01 PM
The merger between Daimler-Benz and Chrysler to DaimlerChrysler AG (1995-2007) | Mercedes-Benz Group - Company - Trad…
Case 1:15-md-02599-FAM   Document 4812-7   Entered on FLSD Docket 08/02/2024   Page 3 of 5



**A new star is born: Production startup of the M-Class (W 164 series) in Tuscaloosa.**

  

While the passenger-car and commercial-vehicle business was being expanded step by step, motorsport at DaimlerChrysler AG was expected to continue the German manufacturer's long racing tradition. Its dominance in the German Touring Car Championship (DTM) and Mika Häkkinen winning the Formula 1 World Championship twice in succession (1998/1999) helped enhance the carmaker's reputation.

On 31 December 2005, the era of CEO Jürgen E. Schrempp came to an end. Dr Dieter Zetsche succeeded him on 1 January 2006. The company headquarters built in Stuttgart-Möhringen under Edzard Reuter remained the head office of the German automaker into the year 2006. In the meantime, corporate headquarters have been transferred back to the parent plant in Untertürkheim. Today, seven sub plants in Untertürkheim, Bad Cannstatt, Hedelfingen, Zuffenhausen, Mettingen, Brühl and Sirnau are affiliated to this parent plant. In addition, the Mercedes-Benz Museum opened outside the factory gates in spring 2006. It is currently the world's biggest brand-specific automotive museum.

The merger with the Chrysler Corporation and the taking of stakes in the Asian automakers Mitsubishi Motors and Hyundai Motor Company had pursued the aim of making the company a world-leading automotive group. With an eye to more favourable long-term market prospects, in 2007 the majority stakes in the Chrysler Group and the associated North American financial services business were sold. The cooperative links both with Mitsubishi Motors and Hyundai Motor Company were also gradually severed.



**Daimler Corporate Headquarters at the Plant of Untertürkheim.**

## Name change to Daimler AG

In October 2007, an extraordinary general meeting approved the change of name from DaimlerChrysler AG to Daimler AG. Approximately 99 per cent of the 5,000 assembled shareholders voted in favour of this change. The renaming of the company involved renaming also of production facilities and sales organisations both in Germany and overseas. The guiding principle behind this name change was the need to make a clear distinction between the company brand Daimler and the Group's various product brands.

Some two years later, on 27 April 2009, Daimler AG also relinquished the 19.9 percent stake which it had initially retained in Chrysler.



**1984 - 1995.**

Integrated technology group.

**Chronicle 1984 - 1995**



**2008 - 2009.**

Daimler AG: Global economic crisis and comeback.

**Chronicle 2008 - 2009**



### Back to overview.

From the first automobile to electric cars: The company's history.

**Company's history overview**

---

### The Mercedes-Benz Group.

The Mercedes-Benz Group AG (former Daimler AG) is one of the world's most successful automotive companies. With Mercedes-Benz AG, we are one of the leading global suppliers of high-end passenger cars and premium vans. Mercedes-Benz Mobility AG offers financing, leasing, car subscription and car rental, fleet management, digital services for charging and payment, insurance brokerage, as well as innovative mobility services.

**Learn more**

---

## More Information

### Company
- Overview
- Job Search
- Shares
- Locations
- Media Site
- Contact

### Knowledge
- ESG
- Intellectual Property
- Tradition
- Talent Programmes

### Business Services
- Suppliers
- Data & APIs for Developers
- Mercedes-Benz Open Source
- Whistleblower System (BPO)

### Purchase
- Vehicles
- Accessories
- Digital Extras
- Lifestyle Collection
- Classic Cars

---

    

Provider    Legal Notice    Settings    Privacy Statement    Third Party License Notice    Don't Sell My Personal Information (CCPA)

© 2024 Mercedes-Benz Group AG. All Rights Reserved.

\* The specified values were determined in accordance with the WLTP (Worldwide harmonised Light vehicles Test Procedure) measurement method. The ranges given refer to ECE markets. The energy consumption and $CO_2$ emissions of a car depend not only on the efficient utilisation of the fuel or energy source by the car, but also on the driving style and other non-technical factors.

\*\* Electric energy consumption and range have been determined on the basis of Regulation (EC) No. 692/2008 according to NEDC. Electric energy consumption and range depend on the vehicle configuration.

\*\*\* Data on electrical consumption and range are provisional and were determined internally in accordance with the "WLTP test procedure" certification method. So far there are no confirmed figures from an officially approved testing organisation, nor any EC type approval or certificate of conformity with official figures. Differences between the stated figures and the official figures are possible.

The figures are provided in accordance with the German regulation 'PKW-EnVKV' and apply for the German market only. Further information on official fuel consumption figures, energy consumption and the official specific $CO_2$ emissions of new passenger cars can be found in the EU guide 'Information on the fuel consumption, $CO_2$ emissions and energy consumption of new cars', which is available free of charge at all sales dealerships, from DAT Deutsche Automobil Treuhand GmbH and at www.dat.de .