UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION** | MDL No. 2599 |
| | Master File No.15- MD 2599- FAM |
| **This Document Relates to All Economic Loss Class Actions and:** | S.D. Fla. Case No. 1:14-cv-24009-FAM |
| **ECONOMIC LOSS TRACK CASES AGAINST <u>MERCEDES-BENZ USA, LLC</u>** | |

**DECLARATION OF PETER PRIETO IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANT MERCEDES-BENZ USA, LLC'S
STATEMENT OF UNDISPUTED MATERIAL FACTS AND PLAINTIFFS'
STATEMENT OF ADDITIONAL FACTS IN OPPOSITION TO DEFENDANT'S
<u>MOTION FOR SUMMARY JUDGMENT, PURSUANT TO LOCAL RULE 56.1</u>
(FILING #3)**

I, PETER PRIETO, declare as follows:

1. I am an attorney admitted to practice in this Court. I am a partner at the law firm of Podhurst Orseck, P.A., counsel of record for Plaintiffs in the above-entitled action. Based on personal knowledge of the matters stated herein, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

| EXHIBIT NO. | EXHIBIT NAME |
|---|---|
| 53 | TKH-MDL-0000827595 |
| 54 | TKH-MDL-0000834627 |
| 55 | TKH-MDL-0004001343 |
| 56 | Deposition Transcript of Gunther |

1

| 57 | MBUSA_00031893 |
|---|---|
| 58 | MBUSA_00092986 |
| 59 | TKPOD00880802 |
| 60 | TKPOD00880803 |
| 61 | TKPOD00880804 |
| 62 | TKPOD01214262 |
| 63 | TKPOD01214263 |
| 64 | TKPOD00537470 |
| 65 | TKPOD00978610 |
| 66 | TKPOD00978611 |
| 67 | TKPOD00978612-613 |
| 68 | CUST038_PRIV00086545 |
| 69 | CUST038_PRIV00086546 |
| 70 | TKPOD02181791 |
| 71 | TKPOD02181149 |
| 72 | TKPOD02181248 |
| 73 | TKPOD02181481 |
| 74 | RCONL-05V560-3619 (MBUSA Safety Recall #2006020005 letter) |
| 75 | CUST162_PRIV00000130 |
| 76 | NHTSA List of Recalls for the MY 2005 Mercedes-Benz C-Class - identifying both the unrelated March 2006 recall for the airbag and the Takata PSAN-based inflator recall |
| 77 | TKPOD00310596 |
| 78 | CUST007_PRIV00006310 |
| 79 | Mercedes-Benz Plant Celebrates Milestone |
| 80 | New Generation Mercedes-Benz GL Sport Utility Hits the Road |
| 81 | MBUSA_00137451 at MBUSA_00137452 |
| 82 | MBUSA_00051592 |
| 83 | Alabama/Germany Org Membership Directory |
| 84 | Mercedes-Benz Careers/Locations (map with the location of MBUSA's Part Distribution Center as directly across the street from MBUSI's manufacturing facilities in Vance, Alabama) |
| 85 | Google Maps screenshot showing a zig-zagged drive of 1.4 miles or 3 minutes distance between the two destinations |
| 86 | TKPOD00303816 |
| 87 | CUST021_PRIV00016231 |
| 88 | CUST038_PRIV00896316 |
| 89 | CUST038_PRIV00896317 |
| 90 | CUST038_PRIV00896321 |
| 91 | MBUSI Suppliers |
| 92 | MBUSI Suppliers – Doing Business with MBUSI |
| 93 | TKH-MDL-0005456746 at TKH-MDL-0005456749 |
| 94 | TKPOD03255744 at TKPOD03255749–TKPOD03255750 |
| 95 | TKH-MDL-0005456756 |
| 96 | MBUSA_00120407 |

| | |
|---|---|
| 97 | Quality Evaluation Center (QEC)" and its Sales Operations Southern Regional Office |
| 98 | Mercedes-Benz Careers/Locations |
| 99 | CUST021_PRIV00008205 |
| 100 | CUST021_PRIV00005285 |
| 101 | CUST021_PRIV00011193 |
| 102 | CUST021_PRIV00011195 |
| 103 | CUST021_PRIV00011196 |
| 104 | CUST021_PRIV00006912 |
| 105 | CUST038_PRIV00896267 |
| 106 | CUST038_PRIV00862891 |
| 107 | CUST021_PRIV00008206 |
| 108 | Mathias Jens Xing Profile |
| 109 | Florian Hohenwarter LinkedIn Profile |
| 110 | Hannes Witte LinkedIn |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of August, 2024 at Miami, Florida.

By: /s/ *Peter Prieto*
Peter Prieto

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ *Peter Prieto*
Peter Prieto