# EXHIBIT NO. 53

  Torreón

# TEAR SEAM ADJUSTMENT MB

# 2435314-AB



1

# TAKATA  Torreón

## MERCEDES BENZ – TEAR SEAM LAB OBSERVATION



**March, 06, 2010**
A quality concern was notified by Mercedes Benz.

| Cav 1 | Cav 2 |
|---|---|
| Item 3 – 0.79 | Item 3 – 0.79 |
| Item 4 – 0.53 | Item 4 – 0.53 |
| Item 12 – 0.51 | Item 12 – 0.51 |
| Item 13 – 0.79 | Item 13 – 0.79 |

**March, 10, 2010**
A meeting with MB was placed in order to evaluate the concern.

| Cav 1 | Cav 2 |
|---|---|
| Item 3 – 0.85 | Item 3 – 0.85 |
| Item 4 – 0.54 | Item 4 – 0.54 |
| Item 12 – 0.49 | Item 12 – 0.49 |
| Item 13 – 0.88 | Item 13 – 0.88 |

**March, 31, 2010**
The tool was sent to Ameritech after mold 5724 covers

| Cav 1 | Cav 2 |
|---|---|
| Item 3 – 0.87 | Item 3 – 0.87 |
| Item 4 – 0.46 | Item 4 – 0.46 |
| Item 12 – 0.59 | Item 12 – 0.59 |
| Item 13 – 0.86 | Item 13 – 0.86 |

**April, 22, 2010**
TRN molded and painted the first cover with acceptable tear seam condition. The cover presented flash and lamination.

| Cav 1 | Cav 2 |
|---|---|
| Item 3 – 0.86 | Item 3 – 0.90 |
| Item 4 – 0.56 | Item 4 – 0.62 |
| Item 12 – 0.73 | Item 12 – 0.88 |
| Item 13 – 0.87 | Item 13 – 0.92 |

**April, 21, 2010**
The tool arrived to TRN. Molding team reviewed and prepared the tool and molding machine.

**April, 25, 2010**
A new set up was validate and approval maintaining tear seam appearance ok. Flash and lamination issues was reduced.

| Cav 1 | Cav 2 |
|---|---|
| Item 3 – 0.91 | Item 3 – 0.92 |
| Item 4 – 0.59 | Item 4 – 0.67 |
| Item 12 – 0.57 | Item 12 – 0.72 |
| Item 13 – 0.92 | Item 13 – 0.92 |

**November, 04, 2010**
LAB reported a bad TS performance on MB DAB cavity 2. Temp -35 digress. The cover was mold on October, 29.

| Cav 1 | Cav 2 |
|---|---|
| Item 3 – 0.94 | Item 3 – 0.97 |
| Item 4 – 0.53 | Item 4 – 0.66 |
| Item 12 – 0.57 | Item 12 – 0.75 |
| Item 13 – 0.94 | Item 13 – 1.00 |

| punto | nominal | tolerancia | min | max |
|---|---|---|---|---|
| 3 | 0.7 | 0.2 | 0.5 | 0.9 |
| 4 | 0.4 | 0.2 | 0.2 | 0.6 |
| 12 | 0.4 | 0.2 | 0.2 | 0.6 |
| 13 | 0.7 | 0.2 | 0.5 | 0.9 |



Quality First

 **Torreón**

## Option 1 – Weld concern points



Weld points 3, 4, 13 and 14 in order to get measure within spec.

With this, only the mentioned point will suffer change, but it is indispensable cover the area with plating again.



3

  Torreón

## Option 2 – Place a plaque behind the lifter



Place a plaque behind the lifter in order to push the lifter and make the measure point within spec.

The affected points will be 1, 2, 3, 4, 12, 13, 14 and 15.

If the decision is use this option, first we need to place a plaque and if the appearance is not affected, the trial can be completed welding the part behind the lifter and the mold will not be affected.

4





**Torreón**











  **Torreón**

- The trial will be completed on November, 22, 2010.

- These 2 option must be validate in molding, painting and assembly line in order to complete the full criteria evaluation process.

- The changes will be made only for cavity 2.

- If the mold is welded and sent to add plating, it is necessary start to mold a few days due to make a safety stock.

- The tear seam values are since January to November (actual values).

**6**

