# EXHIBIT NO. 54

| | |
|---|---|
| **From:** | Taylor, Konrad |
| **To:** | Phillion, Bob |
| **Sent:** | 10/24/2013 2:29:02 PM |
| **Subject:** | RE: Daimler |
| **Attachments:** | I_-_130023_PSDI_X_Daimler__Sequential Line 34.xlsx; I_-_130023_PSDI_X_Daimler_Baselines Line 34.xlsx |

See attached files updated with the times that ballistics were taken for the ng results.
I cannot see a trend in regards to tanks being wet on the sequential as the lowest result was one of the first tested.

---

**From:** Phillion, Bob
**Sent:** Thursday, October 24, 2013 9:58 AM
**To:** Taylor, Konrad
**Subject:** RE: Daimler

When will you route the revised report - today?

---

**From:** Taylor, Konrad
**Sent:** Tuesday, October 22, 2013 5:44 PM
**To:** Phillion, Bob
**Subject:** RE: Daimler

Find attached updated Line 34 Report.
Let me know if there are any updates needed prior to routing.

<< File: GER-0289 PSDI-X Daimler Line 34 Validation Report.docm >>

---

**From:** Phillion, Bob
**Sent:** Tuesday, October 22, 2013 1:38 PM
**To:** Taylor, Konrad
**Subject:** FW: Daimler

FYI

---

**From:** Phillion, Bob
**Sent:** Tuesday, October 22, 2013 1:37 PM
**To:** Haupt Matthias
**Cc:** Kratz Heiko (Heiko.Kratz@eu.Takata.com)
**Subject:** RE: Daimler

Mathias -

I spoke with Heiko today - he is pulling all of the data for this inflator (AIB configuration - original PV, Line 34 PV and Line 38 PV) and will compare the curves back to the original PV done with 3110.

This will probably explain why the curves are to the low side of the gates at P50 and P75.

**Highly Confidential - Subject to Protective Order**

**TKH-MDL-0000834627**

We also discussed shifting these gates based on engineering's review of all PV results (i.e. - original, Line 34 and Line 38) - this may be a good time to adjust these gates based on the inflator performance.

Heiko will advise shortly - will keep you updated.

Regards

---

**From:** Haupt Matthias
**Sent:** Tuesday, October 22, 2013 11:32 AM
**To:** Phillion, Bob
**Subject:** RE: Daimler

Hi Bob,

I checked with José on the limits.
He says they are fixed by AKLV, which means they are not customer dependent.
We therefore have no real influence on those parameters.

Kind regards,
MJH

---

**From:** Phillion, Bob
**Sent:** Tuesday, October 22, 2013 5:20 PM
**To:** Haupt Matthias
**Cc:** Caudill, Scott
**Subject:** RE: Daimler

Hi Mathias -

Thank you for taking the time to talk this morning. As discussed the Line 34 PSDIX Daimler PV report will be updated to clarify the following in the conclusion section of the report;

- Low ballistic results seen in baseline (4 inflators) and post sequential / drop inflator deployments (6 inflators) at the P50% and P75% gates.
- The one hydro burst test failure was deemed a "NO TEST" and not counted in the safety factor calculation due to improper part preparation and is not representative of a production welded part.
- The two inflator MEOP low pressure values were a result of the pressure transducer malfunctioning during the test and deemed a "NO TEST" and not counted in the factor calculation.
- A separate delta PV will be conducted to address the low ballistic results.

The PV report will then be routed for approval and sent to you and Jose.

Lastly - any support /discussion you and Jose can provide with Daimler to further reduce the lower limits of the P50% and P75% gates would be appreciated. I will advise inflator engineering feedback to increase the output of the inflator at P50% and P75%.

Regards

Bob Phillion

---

**From:** Haupt Matthias
**Sent:** Tuesday, October 22, 2013 3:00 AM
**To:** Phillion, Bob
**Cc:** Caudill, Scott
**Subject:** RE: Daimler

**Highly Confidential - Subject to Protective Order**

**TKH-MDL-0000834628**

Hi Bob,

I tried to call you several times, but I believe you were busy with the preparations for the ECM.

This is the information that has arrived here:

- Hydro-burst tests also failed, mostly at the welding line. Although there is a good safety margin this should not happen. To our knowledge one inflator even failed at really low pressure. These test results do not add a lot of confidence in Monclova (sample) welding operation
- We had gone to Daimler last week in order to accelerate the release for line 34. But at that time we were not aware of the missed AKLV test. Daimler is asking us for a recommendation to release the line. Based on the current test results we cannot do this. This in principle also means that we cannot ship any inflators from line 34 to Daimler any more (neither for China nor for Europe). <u>What do we do with product from line 34 with the knowledge we have now? Your opinion?</u>
- Based on our recent approach to Daimler they will ask for the AKLV results and we have to tell them that they are not ready and they will notice that something is fishy. For some reason these test results have not been communicated to us immediately which has put us in this very difficult position.
- Line 38 is an entirely different animal. This is a new line and in order to release this line we need to get approval for the full module which we are currently doing for V3 module strategy but this takes time. Line 38 therefore does not help at all in our current situation.

I believe you are busy with the ECM visit today but we should discuss the supply situation of product from line 34 over the phone. Please give me a call whenever it is convenient for you. I will be at Daimler the whole day tomorrow (on different topics but this issue might also come up).

Kind regards,
MJH

-----Original Message-----
From: Phillion, Bob
Sent: Monday, October 21, 2013 7:39 PM
To: Caudill, Scott
Cc: Haupt Matthias
Subject: RE: Daimler

Yes - the PSDIX Daimler Line 34 PV had ballistic failures (low to the gates) on baseline and post conditioning deployments. A total of 8 deployments (3 baseline, 5 post conditioning) exhibited low performance - the lowest output was 3.4 kPa (less than 0.5 PSI) below the minimum gate. There were no other issues. The recovery plan for validating the PSDIX Daimler inflator on line 34 is as follows;

• 3 New 2004L propellant lots will be tested to verify performance, one will be selected to run AKLV again. (10/17/2013) - DONE
• AKLV parts will be run again. (10/17/2013) - DONE
• AKLV Testing will be performed. (End date 01/17/2014) - IN PROCESS
• PV Report (01/24/2014) - PENDING
• PPAP (01/31/2014) - PENDING


Monclova also completed validation of PSDIX Daimler inflator on line 38 - status is as follows;

• 208 inflators were shipped. (10/15/2013) - DONE
• AKLV PV report was routed for approval (10/16/2013) - DONE
• PPAP (10/25/2013) - PENDING


All of the above information has already been shared with Jose Martinez and Mathias Haupt.


Regards

**Highly Confidential - Subject to Protective Order**                    **TKH-MDL-0000834629**

-----Original Message-----
From: Caudill, Scott
Sent: Monday, October 21, 2013 1:12 PM
To: Phillion, Bob
Cc: Haupt Matthias
Subject: Daimler

I heard there is a Daimler issue with a failed test to get approval to run on an alternative line.... Do you know this? Mathias asked we focus on weld but I have not heard it as Stefan presented to me... He basically said they have no inflator right now ... Is this right?

_____

The information in this email and attachments hereto may contain legally privileged, proprietary or confidential information that is intended for a particular recipient. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this e-mail information is prohibited and may be unlawful. When addressed to Takata customers or vendors, any information contained in this e-mail is subject to the terms and conditions in the governing contract, if applicable. If you have received this communication in error, please immediately notify us by return e-mail, permanently delete any electronic copies of this communication and destroy any paper copies.

P Think Green - Please consider the environment before printing this email.

**Highly Confidential - Subject to Protective Order**

**TKH-MDL-0000834630**