# EXHIBIT NO. 55

| | |
|---|---|
| **From:** | Donofrio, Justin |
| **To:** | Phillion, Bob; Ranson, Justin |
| **CC:** | Burns, Sean; Kratz Heiko; Mayville, Brian; Taylor, Konrad; Lovera, Andrew; Oliver, Shari; Fitzgerald, Kevin; Contreras, Francisco; Villarreal, Jaime |
| **Sent:** | 10/22/2013 3:58:35 PM |
| **Subject:** | RE: PSDI-X Daimler Reports |
| **Attachments:** | PSDI-X Daimler prefix RD 5 ms delay.pdf; PSDI-X Daimler prefix RD 100 ms delay.pdf |

Attached please find the P50 and P75 Monclova LAT ballistics collected between September 2010 and October 2013. These ballistics correspond to the PSDI-X Daimler inflator described in my previous email.

Thanks,

**Justin P. Donofrio**
Chemical Engineer
TK Holdings Inc.
Propellant Applications Engineering
Armada, MI
(586) 336-5614
Justin.Donofrio@Takata.com

---

**From:** Phillion, Bob
**Sent:** Tuesday, October 22, 2013 1:30 PM
**To:** Donofrio, Justin; Ranson, Justin
**Cc:** Burns, Sean; Kratz Heiko; Mayville, Brian; Taylor, Konrad; Lovera, Andrew; Oliver, Shari; Fitzgerald, Kevin; Contreras, Francisco; Villarreal, Jaime
**Subject:** RE: PSDI-X Daimler Reports

Justin and Justin --

Please look at P50 and P75 performance over time compared to the inflator performance gates -- the issue is (and always has been) with this inflator the performance is to the low side at P50 and P75.

Also need to look at this inflator performance comparing AIB and 3110 configurations to these gates.

Please advise.

---

**From:** Donofrio, Justin
**Sent:** Monday, October 21, 2013 4:46 PM
**To:** Ranson, Justin
**Cc:** Burns, Sean; Kratz Heiko; Phillion, Bob; Mayville, Brian; Taylor, Konrad; Lovera, Andrew; Oliver, Shari; Fitzgerald, Kevin; Contreras, Francisco; Villarreal, Jaime
**Subject:** RE: PSDI-X Daimler Reports

Below is Monclova LAT Pmax and P20 cold deployment data for the PSDI-X Daimler inflator, reference code prefix RD. Data shown corresponds to LAT data collected between September 2010 and October 2013. The two test types, 100 ms delay and 5 ms delay are separated and labeled accordingly.

Highly Confidential - Subject to Protective Order





Highly Confidential - Subject to Protective Order

TKH-MDL-0004001344



The raw data file can be found <u>here</u> for 100 ms delay and <u>here</u> for 5 ms delay. The raw data files also include useful charts detailing propellant load, hot and ambient ballistics, and P40 ballistics versus time.

Be aware that the raw files are very large, resulting in slow response time.

Thanks,

**Justin P. Donofrio**
Chemical Engineer
TK Holdings Inc.
Propellant Applications Engineering
Armada, MI
(586) 336-5614
Justin.Donofrio@Takata.com

---

**From:** Ranson, Justin
**Sent:** Monday, October 21, 2013 11:37 AM
**To:** Donofrio, Justin
**Subject:** FW: PSDI-X Daimler Reports

Please respond to the distribution below.

---

**From:** Burns, Sean
**Sent:** Monday, October 21, 2013 6:01 AM
**To:** Kratz Heiko
**Cc:** Phillion, Bob; Mayville, Brian; Taylor, Konrad; Contreras, Francisco; Villarreal, Jaime; Lovera, Andrew; Oliver, Shari; Fitzgerald, Kevin; Ranson, Justin
**Subject:** Re: PSDI-X Daimler Reports

My suggestion is that we plot the performance of this and other inflator vs time rather than looking at a few lots. There is no doubt that the PE test has some limitations. The original intent was to couple this with the same type of trending of LAT data at Monclova; however, this has not occurred to a significant level. Justin had worked with the plant and set up an easy way to get the data - he can show eng and/or quality if it is wanted.

On Oct 21, 2013, at 5:27 AM, "Kratz Heiko" <Heiko.Kratz@eu.Takata.com> wrote:

This one is for Sean .....

2004L performance keeps causing trouble in Monclova. I know the PE testing seems to be stable but inflator level testing continues to be a problem.

We will also look into other inflator components that may cause this.

Highly Confidential - Subject to Protective Order

TKH-MDL-0004001345

Heiko Kratz
Director
Global Engineering
Inflator Development

*TAKATA AG*
Bahnweg 1
D-63743 Aschaffenburg
Germany
Phone: +49 6021 65 1695
Fax: +49 6021 65 1768
Mobil: Redacted – Personal

---

**From:** Phillion, Bob
**Sent:** Thursday, October 17, 2013 6:06 PM
**To:** Mayville, Brian; Taylor, Konrad; Kratz Heiko
**Cc:** Contreras, Francisco; Villarreal, Jaime; Lovera, Andrew; Oliver, Shari; Kratz Heiko; Fitzgerald, Kevin
**Subject:** RE: PSDI-X Daimler Reports

Brian – we can't keep going like this – what is the fix to get the output up?  The plant has no other options to adjust the output.

We cannot wait until the ballistics are failing to address it.

Please advise next steps.

---

**From:** Mayville, Brian
**Sent:** Thursday, October 17, 2013 12:02 PM
**To:** Taylor, Konrad; Kratz Heiko
**Cc:** Contreras, Francisco; Phillion, Bob; Villarreal, Jaime; Lovera, Andrew; Oliver, Shari
**Subject:** RE: PSDI-X Daimler Reports

Konrad,

I agree, that looks like the best and only option.  Please proceed.

Thanks,
Brian

---

**From:** Taylor, Konrad
**Sent:** Thursday, October 17, 2013 9:55 AM
**To:** Kratz Heiko; Mayville, Brian
**Cc:** Contreras, Francisco; Phillion, Bob; Villarreal, Jaime; Lovera, Andrew; Oliver, Shari
**Subject:** RE: PSDI-X Daimler Reports

Brian,
Attached is the data for the 3 lot study Monclova performed yesterday at hot, cold, and ambient with N=2 each.  Lot LBV02378 on average has the highest performance.  All lots were built to DOT  MAX Loads. (Primary 2004L =23.75-24.05, Secondary 2004L =3.55-3.75, AIB =2.35-2.4)

Can Monclova proceed with the rebuild for AKLV Specification using this lot?

---

**From:** Taylor, Konrad
**Sent:** Monday, October 14, 2013 1:46 PM
**To:** Kratz Heiko; Mayville, Brian
**Cc:** Contreras, Francisco; Phillion, Bob; Villarreal, Jaime; Lovera, Andrew
**Subject:** RE: PSDI-X Daimler Reports

Highly Confidential - Subject to Protective Order

Heiko/Brian,
The DPV for PSDI-X DAIMLER on Line 34 will need to be re-run to obtain customer approval showing compliance to the AKLV specification.
I am recommending that the plant pretests 3-5 different 2004L propellant lots and choosing the highest performing lot prior to the PV.

Line 34 and 38 PV's were built to Max Dot loads with baselines still on the lower end of the gates causing fall out after the AKLV environmental conditioning.
Attached is a comparison of the sequential portion of the original Daimler validation from line F vs Line 34 vs Line 38.

Are there any other items that should be monitored prior to re-running this PV on Line 34?

---

**From:** Lovera, Andrew
**Sent:** Monday, October 14, 2013 11:35 AM
**To:** Villarreal, Jaime
**Cc:** Contreras, Francisco; Taylor, Konrad; Phillion, Bob
**Subject:** PSDI-X Daimler Reports

Jaime,

The line 38 report is waiting for clarification. We need to explain what was done to address the girth weld failure modes in the hydroburst testing.
Heiko will not accept the line 34 report. It had low ballistic performance, one WSA that failed for porosity in the weld, and one hydroburst with no girth weld. These issues need to be addressed and possibly run a delta PV.

Andrew

---

The information in this email and attachments hereto may contain legally privileged, proprietary or confidential information that is intended for a particular recipient. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this e-mail information is prohibited and may be unlawful. When addressed to Takata customers or vendors, any information contained in this e-mail is subject to the terms and conditions in the governing contract, if applicable. If you have received this communication in error, please immediately notify us by return e-mail, permanently delete any electronic copies of this communication and destroy any paper copies.

P Think Green - Please consider the environment before printing this email.