# EXHIBIT NO. 56

Page 1

1          UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF FLORIDA
2                      MDL No. 2599
3            Master File No. 15-2599-MD-MORENO
          S.D. Fla. Case No. 15-20664-CV-MORENO
4                 (Personal Injury Track)
          S.D. Fla. Case No. 14-24009-CV-MORENO
5                 (Economic Loss Track)
6   IN RE:
7   TAKATA AIRBAG PRODUCTS
8   LIABILITY LITIGATION
9   _____/
10
11                      Remote Proceeding
                        July 28, 2021
12                      10:12 a.m. - 1:50 p.m.
13
14          VIDEO DEPOSITION OF GREG GUNTHER
15                 (via teleconference)
16      Taken before SUZANNE VITALE, R.P.R., F.P.R.
17   and Notary Public for the State of Florida at Large,
18   pursuant to Notice of Taking Deposition filed in the
19   above cause.
20
21
22
23
24
25

Page 2

```
1          APPEARANCES:
2
    On behalf of Plaintiffs:
3
    CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, PC
4  5 Becker Farm Road
    Second Floor
5  Roseland, New Jersey 07068-1788
    BY: ZACHARY S. BOWER, ESQ.
6
     and
7
    COLSON HICKS EIDSON
8  255 Alhambra Circle
    Penthouse
9  Coral Gables, Florida 33134
    BY: CURTIS MINER, ESQ.
10
11
12 On behalf of Mercedes-Benz USA, LLC, and the
13 witness:
14 SQUIRE PATTON BOGGS, LLP
    275 Battery Street
15 Suite 2600
    San Francisco, California 94111
16 BY: ERIC J. KNAPP, ESQ.
17
18 ALSO PRESENT:
19   Darin Weaver (videographer)
       Carl Gethers (tech concierge)
20   Lillian Caudle, Esq. (Mercedes-Benz USA)
21
22
23
24
25
```

Page 3

```
1           I N D E X
2
   Examination                   Page
3  Direct      By Mr. Bower          6
4         PLAINTIFF EXHIBITS
5  No.                       Page
6  Exhibit 1   LinkedIn Profile      10
    Exhibit 2   MBUSA_00032313 - 314   46
7  Exhibit 3   MBUSA_00117754 - 775   57
    Exhibit 4   MBUSA_00151874 - 877   79
8  Exhibit 5   Org Chart             84
    Exhibit 6   Org Chart             86
9  Exhibit 7   MBUSA_00093349 - 350   95
10
11
```

Page 4

```
1 Thereupon the following proceedings were had:
2      THE VIDEOGRAPHER: We're going on the
3 record. The time is 10:12 a.m. Today is
4 Wednesday, July 28, 2021.
5      Please note the microphones are sensitive
6 and may pick up whispering, private
7 conversations and cellular interference.
8 Please turn off all cell phones or place them
9 away from the microphones as they may interfere
10 with deposition audio.
11      Audio and video recording will continue to
12 take place unless all parties agree to go off
13 the record.
14      This is Media Unit 1 of the video-recorded
15 deposition of Greg Gunther, taken by counsel
16 for the plaintiff in the matter of the Takata
17 Airbag Products Liability Litigation filed in
18 the United States District Court for the
19 Southern District of Florida, Master File
20 Number 15-2599-MD-MORENO. This deposition is
21 taking place via Zoom.
22      My name is Darin Weaver from the firm
23 Veritext Legal Solutions Florida. I am the
24 videographer. The court reporter is Suzanne
25 Vitale, also from Veritext Legal Solutions
```

Page 5

```
1 Florida.
2      I am not authorized to administer an oath.
3 I am not related to any party in this action,
4 nor am I financially interested in the outcome.
5      Counsel and all present in the room and
6 everyone attending remotely will now state
7 their appearance and affiliation for the
8 record. If there are any objections to
9 proceeding, please state them at time of your
10 appearance, beginning with the noticing
11 attorney.
12      MR. BOWER: Good morning. Zachary Bower
13 of Carella Byrne on behalf of the plaintiffs.
14      MR. MINER: Good morning. Curtis Miner
15 from Colson Hicks Eidson also on behalf of the
16 plaintiffs.
17      MR. KNAPP: Good morning. Eric Knapp from
18 Squire Patton Boggs for Mercedes-Benz USA, LLC,
19 and witness, Greg Gunther.
20      MS. CAUDLE: Good morning. I'm Lillian
21 Caudle, in-house attorney with MB USA,
22 appearing on behalf of MB USA and Mr. Gunther.
23      THE VIDEOGRAPHER: Will the court reporter
24 please swear in the witness.
25 Thereupon:
```

2 (Pages 2 - 5)

Page 6

1          GREG GUNTHER
2 a witness named in the notice heretofore filed,
3 being of lawful age and having been first duly
4 sworn, testified on his oath as follows:
5        THE WITNESS:  I do.
6        THE COURT REPORTER:  Thank you.  You may
7 begin.
8          DIRECT EXAMINATION
9 BY MR. BOWER:
10   Q.  Good morning, Mr. Gunther.
11     How are you today?
12   A.  Good.  How are you?
13   Q.  Good.  As you just heard, my name is
14 Zachary Bower.  I represent the plaintiffs in this
15 case, and I'll be asking you some questions today,
16 okay?
17   A.  Understood.
18   Q.  Have you ever had your deposition taken
19 before?
20   A.  Once prior.
21   Q.  And when was that?
22   A.  Several years ago with my prior
23 employment.
24   Q.  And since it was several years ago, let's
25 go over a few ground rules, especially since we're

Page 7

1 on Zoom.
2        It's important to keep a few things
3 straight.  I think one of those is if your answer
4 calls for a yes or no, it's important that you
5 provide a verbal answer so the court reporter can
6 take that down instead of shaking your head, okay?
7   A.  Understood.
8   Q.  And even though we're on Zoom today, do
9 you understand that your testimony is the same as it
10 would be if you were testifying in a court of law
11 before a jury?
12   A.  I do.
13   Q.  Where are you physically located today?
14   A.  Jacksonville, Florida.
15   Q.  Is there anyone else present in the room
16 with you today?
17   A.  No.
18   Q.  I'd ask, you know, if you need a break,
19 certainly just please let us know and we can take a
20 break.  I'd only ask that you, you know, answer the
21 question that's pending, if there is one pending,
22 and we can take a break at your convenience, all
23 right?
24   A.  Understood.
25   Q.  If there's any questions that come up that

Page 8

1 I ask that you don't understand, please just let me
2 know and I'll rephrase them, okay?
3   A.  Understood.
4   Q.  And you mentioned you had given one prior
5 deposition; is that correct?
6   A.  That's correct.
7   Q.  Do you recall approximately when that was?
8   A.  I don't.  I don't recall.
9   Q.  Do you recall what that involved, what the
10 case was about?
11   A.  It was a product liability concern with my
12 previous employer, Ferrari North America.
13   Q.  Okay.  And were you testifying in that
14 case in your individual capacity or on behalf of
15 Ferrari?
16   A.  I don't recall.
17   Q.  Do you recall, just generally, what the
18 nature of the case was?  What was the case was
19 about?
20   A.  It was an individual accident.
21   Q.  Do you recall where that case was pending
22 or filed?
23   A.  I don't recall.
24   Q.  Other than that deposition we just
25 discussed, have you ever provided a sworn statement

Page 9

1 or declaration on behalf of Mercedes-Benz?
2   A.  No.
3   Q.  How did you prepare for today's
4 deposition?
5   A.  I met with counsel.
6   Q.  Okay.  Who did you meet with?
7   A.  Mr. Knapp and Mrs. Caudle.
8   Q.  When did those meetings occur?
9   A.  Yesterday.
10   Q.  Approximately how long did they last?
11   A.  Three hours.
12   Q.  Did you review any documents during those
13 meetings?
14   A.  There were a couple of documents.
15   Q.  Do you know whether those documents were
16 documents that were produced to plaintiffs in this
17 case?
18   A.  No.
19   Q.  Did the documents, for example, have Bates
20 numbers on them?
21   A.  I don't recall.
22   Q.  What was the general subject matter of the
23 documents?
24   A.  One was a NHTSA document on our audit
25 query in 2018.

3 (Pages 6 - 9)

Page 10

1    Q.  Just so I'm clear, in reading the record
2  here, did you say audit query?
3    A.  That's correct.
4    Q.  Other than the NHTSA document regarding an
5  audit query in 2018, were there any other subject
6  matters of the documents you reviewed to prepare for
7  today's deposition?
8    A.  I believe my LinkedIn profile.
9    Q.  Anything else?
10   A.  No.
11   Q.  So that's a good segue to Exhibit 1, then,
12 which is, in fact, your LinkedIn profile.  So if you
13 can just open that up, we can start there.
14      It's already been marked as Exhibit GG001
15 for today's deposition.
16      Do you have that in front of you, sir?
17   A.  Yes, I do.
18      (Thereupon, the referred-to document was
19 marked for Identification as Plaintiffs' Exhibit 1.)
20 BY MR. BOWER:
21   Q.  Is this your LinkedIn profile?
22   A.  Yes, it is.
23   Q.  Who is your current employer?
24   A.  Mercedes-Benz USA.
25   Q.  How long have you been employed by

Page 11

1 Mercedes-Benz USA.?
2    A.  Just over eight years.
3    Q.  Where did you work prior to Mercedes-Benz
4  USA?
5    A.  Ferrari North America.
6    Q.  How long did you work at Ferrari North
7  America?
8    A.  It was just about ten years, I believe.
9    Q.  Prior to that, did you have any
10 employment?
11   A.  Yes.  I actually worked for Mercedes-Benz
12 just prior to that.
13   Q.  How long was your first stint with
14 Mercedes-Benz?
15   A.  It was just over a year.
16   Q.  Was that your first job after college?
17   A.  That's correct.
18   Q.  Where did you attend college?
19   A.  Stony Brook University.
20   Q.  Did you receive a degree?
21   A.  Yes, I did.
22   Q.  What was your degree in?
23   A.  Bachelor's in mechanical engineering.
24   Q.  Are you a licensed engineer?
25   A.  No.

Page 12

1    Q.  Have you ever been a licensed engineer?
2    A.  No.
3    Q.  Since graduating from Stony Brook, did you
4  take any additional engineering courses?
5    A.  No.
6    Q.  Since graduating from Stony Brook, have
7  you received any additional training?
8    A.  Yes.
9    Q.  And can you just explain generally what
10 training you received?
11   A.  General management training, negotiation
12 training.
13   Q.  Anything else?
14   A.  That's all that I recall.
15      There would be some specialized training
16 for specific vehicles as part of Ferrari.
17   Q.  Okay.  Just generally speaking, then, what
18 was your first day with Mercedes -- what was your
19 general, you know, job description?  What did you
20 do?
21   A.  I worked on a technical support help desk
22 that helped dealers diagnose issues with new
23 technologies that were introduced into the market.
24   Q.  What sorts of technologies or technical
25 issues did you work on?

Page 13

1    A.  One of our first projects was the E-Class,
2  the 211 chassis, fiber optic system for the
3  infotainment.
4    Q.  Were any of the new technologies you
5  worked on in this first job at Mercedes-Benz related
6  to safety?
7    A.  No.
8    Q.  Have you ever received any training in
9  vehicle safety?
10      MR. KNAPP:  Object to the form.
11      THE WITNESS:  Can you rephrase the
12 question?  What do you mean by "vehicle
13 safety"?
14 BY MR. BOWER:
15   Q.  Are you aware that Mercedes-Benz vehicles
16 have to have certain safety -- have to meet certain
17 safety requirements to be sold in the United States?
18   A.  I'm familiar that U.S. and Department of
19 Transportation regulations require certain safety
20 features as part of Federal Motor Vehicle Safety
21 Standards.
22   Q.  Have you ever received any training with
23 respect to what those safety features are?
24   A.  Just on-the-job training and mentoring as
25 far as the regulations are concerned.

4 (Pages 10 - 13)

Page 14

1    Q.  And where did you receive that on-the-job
2 training regarding safety regulations?
3    A.  At Mercedes-Benz.
4    Q.  When was that?
5    A.  When I started my position as department
6 manager for vehicle compliance and analysis.
7    Q.  Who provided you with that training?
8    A.  Tom Brunner and Bibi Analil.
9       (Reporter clarification.)
10    A.  Bibi Analil, B-I-B-I, A-N-A-L-I-L.
11    Q.  What do you recall about that training?
12    A.  I recall that there are several different
13 Federal Motor Vehicle Safety Standards of which OEMs
14 must comply with.  It's a self-certification
15 process, and these are subject to change over time
16 as new technologies are introduced.
17    Q.  And for Mercedes-Benz vehicles that are
18 sold in the United States, who is responsible for
19 providing those certifications?
20    A.  The certifications are done over in
21 Germany at headquarters.  They're the ones who
22 actually certify to the standards of the Federal
23 Motor Vehicle Safety Standards.
24    Q.  Are those certifications submitted to
25 anyone in the United States for approval?

Page 15

1    A.  They are a self-certification.  There are,
2 at times, requests from NHTSA to check or spot-check
3 specific safety or Federal Motor Vehicle Safety
4 Standards, of which we work with our Daimler
5 counterparts to supply that information to NHTSA.
6    Q.  Can you just explain what you mean by
7 "self-certification"?
8    A.  The testing is not actually from bumper to
9 bumper.  It's not conducted by the federal agencies.
10 It is up to the manufacturers to self-certify that
11 we meet those standards.
12    Q.  And for Mercedes-Benz vehicles that are
13 sold in the United States, does Mercedes-Benz USA
14 review those certifications?
15    A.  When we have requests from NHTSA to
16 perform the spot check, if you will, and
17 substantiate our self-certification, we will review
18 the documents from Daimler and submit those to
19 NHTSA.
20    Q.  And if there is not a request from NHTSA
21 to perform a spot check, does Mercedes-Benz review
22 those certifications?
23    A.  No.
24    Q.  Why not?
25    A.  We're not required to.

Page 16

1    Q.  You're not required to by whom?
2    A.  By NHTSA.
3    Q.  Well, does MB USA have any internal
4 requirements to review those certifications?
5    A.  No, we do not.
6    Q.  And why not?
7    A.  We're a sales and marketing company, and
8 we're also working with -- we're responsible for
9 working with our agencies to make sure that we
10 respond to the requests that they have.
11    Q.  Is there anything that would prevent MB
12 USA from reviewing those safety certifications?
13       MR. KNAPP:  Object to the form.
14       THE WITNESS:  Just focus on, perhaps,
15    other priorities or other requests from NHTSA.
16 BY MR. BOWER:
17    Q.  Outside of NHTSA requests, is there
18 anything other than -- I'll strike that.
19       Putting aside NHTSA requests for the
20 moment, is there anything that would prevent MB
21 U.S.A from reviewing the Daimler safety
22 certifications for vehicles sold in the United
23 States?
24       MR. KNAPP:  Object to form, asked and
25    answered.

Page 17

1       THE WITNESS:  Sorry.  Could you rephrase
2    the question?
3 BY MR. BOWER:
4    Q.  Do you not understand the question, sir?
5    A.  Yes, if you can just rephrase it or say it
6 one more time.
7    Q.  Sure.  Putting aside the NHTSA requests
8 you mentioned, is there anything that would prevent
9 MB USA from reviewing the Daimler safety
10 certifications for vehicles sold in the United
11 States?
12       MR. KNAPP:  Same objection.
13       THE WITNESS:  No.  We could request those
14    and review those with our colleagues at
15    Daimler.  But as we are not an R&D
16    organization, they're the best to review those
17    documents and confirm that they meet the
18    standards, since they're the ones actually
19    doing the testing.
20 BY MR. BOWER:
21    Q.  Would you agree, sir, that in addition
22 to -- I'll strike that.
23       Would you expect, sir, that if
24 Mercedes-Benz USA made a request of Daimler to
25 review the certifications, that the certifications

5 (Pages 14 - 17)

Page 18

1  would be made available?
2      A.  Yes.
3      Q.  So would you agree that Mercedes-Benz USA
4  has an obligation that its vehicles that are sold in
5  the United States meet the safety requirements?
6          MR. KNAPP:  Object to form.
7          THE WITNESS:  I would disagree.
8      The manufacturer, Mercedes-Benz, has the
9      R&D experience and knowledge to, and being the
10     ones actually conducting the testing, to know
11     whether or not we meet the standards or do not
12     meet the standards.
13  BY MR. BOWER:
14     Q.  And so, sir, is it your testimony that
15  Mercedes-Benz USA does not have a role in whether
16  its vehicles meet the safety requirements of the
17  United States?
18         MR. KNAPP:  Object to the form and now
19     continuing to be argumentative.
20         THE WITNESS:  No.  We do have a role in
21     reviewing the documentation, make sure it's
22     complete and then submitted to the agencies
23     here in the U.S.
24  BY MR. BOWER:
25     Q.  Does Mercedes-Benz USA review that

Page 19

1  documentation for all vehicles that are sold in the
2  United States?
3      A.  Upon NHTSA request, yes.
4      Q.  We'll come back to this a little bit more
5  later.  We're going to look at some documents, but
6  let's finish off your work history if we can for a
7  moment.
8          Can you just generally describe what your
9  work involved at Ferrari North America?
10     A.  I was on the technical support help desk
11  for dealers across North America and South America.
12  Any type of issues that may arise, we would support
13  the dealers with aiding them in diagnosis of those
14  issues, and then report those back to headquarters
15  in Maranello, Italy.
16     Q.  Can you just give us some examples of what
17  type of issues you would encounter in working with
18  the dealers while working at Ferrari?
19     A.  Various issues with checkage in lights,
20  drivability concerns, other warning lamps,
21  electrical issues.  That sort of thing.
22     Q.  And then sometime in or about March of
23  2013 -- sorry -- February 2014, sir, you returned to
24  work at Mercedes-Benz USA; is that correct?
25     A.  Let me just take a look here.

Page 20

1      Yeah, sounds correct.
2      Q.  I was just referring to the bottom of
3  page 1 there of your LinkedIn profile.
4      A.  Yes.
5      Q.  Why did you make the move back to
6  Mercedes-Benz USA?
7      A.  Just too much travel in the previous job.
8      Q.  Then when you moved back to Mercedes-Benz
9  USA in February of 2014, were you physically located
10  in New Jersey?
11     A.  That's correct.
12     Q.  What was your first job title when you
13  returned to work at Mercedes-Benz USA in February of
14  2014?
15     A.  I was supervisor of what was called
16  product technical support, so back into a technical
17  support role for chassis, suspension and body and
18  electrical components.
19     Q.  So your LinkedIn profile here, sir, if you
20  look at the bottom of page 1, says "Supervisor, team
21  powertrain."
22         Is that consistent with or a different
23  name for a supervisor of product technical support?
24     A.  Yes.  Those are both supervisors within
25  the product technical support department.  I was

Page 21

1  referring to the team EE body.
2      Q.  What does "EE" stand for?
3      A.  Electrical.
4      Q.  And approximately how long did you hold
5  the position of supervisor of product technical
6  support?
7      A.  From -- until October 2017, according to
8  my LinkedIn profile.
9      Q.  And in that position, did you have any
10  involvement in safety-related issues for
11  Mercedes-Benz vehicles?
12     A.  Define safety.
13     Q.  I'll rephrase.
14         While you held the position of supervisor
15  of product technical support, did you have any
16  involvement in airbags?
17     A.  No, I did not.
18     Q.  And, generally speaking, can you just walk
19  through kind of what you mean by "product technical
20  support for chassis, suspension and body electrical
21  components?"  What does that mean?
22     A.  Chassis would cover any type of
23  chassis-related issues as far as corrosion, also
24  known as body in white, so the structure of the
25  vehicle.

6 (Pages 18 - 21)

Page 22

1    Suspension is the suspension at all four
2 corners of the vehicle.  And electrical would --
3 would cover issues with the electrical harness of
4 the vehicle and connections to various control
5 units.
6    Q.  What is the electrical harness of the
7 vehicle?
8    A.  The harness is the mesh of copper wires,
9 if you will, that transmits electrical signals to
10 and from different control units or network
11 messages.
12    Q.  And during that role, who would you be
13 supporting?
14    A.  Our dealer network.
15    Q.  Okay.  And how would you become -- or how
16 would you communicate with your dealer network?
17    A.  If the dealers needed support, they would
18 submit what was called a PTSS case, product
19 technical support case, and that electronic case
20 would be sent in to a team, and we would be the
21 second line of escalation in case the issue is not
22 solved at the first level.
23    Q.  Who's the first level?
24    A.  First level was field technical
25 specialist, FTS.

Page 23

1    Q.  How would you be alerted if the first
2 level was not able to resolve the issue?
3    A.  It was a ticketing system.  So someone
4 could escalate a ticket to our attention, and then
5 it would come into the inbox of someone on the team,
6 the appropriate person for that component or
7 responsibility.
8    Q.  And then in October of 2017, you switched
9 positions, correct?
10    A.  That's correct.
11    Q.  And what position -- strike that.
12    What was your new position in
13 October 2017?
14    A.  Department manager for vehicle compliance
15 and analysis.
16    Q.  And why did you make that change?
17    A.  It was a promotion at the time to a bigger
18 team.  I was looking for a leadership opportunity.
19    Q.  Is that a position you applied for?
20    A.  Yes.
21    Q.  Was there a job description in connection
22 with that application process?
23    A.  I believe so, yes.
24    Q.  What did you understand would be the
25 duties and responsibilities for the job you were

Page 24

1 applying for as department manager of vehicle
2 compliance?
3    A.  Interacting with various government
4 agencies both on safety and emissions topics.  Also
5 campaign administration and product analysis support
6 in the field.
7    Q.  I'd like to get a little more detail on
8 each of those three areas you mentioned, sir.
9    When you say interaction with various
10 government agencies both on safety and emission
11 topics, what does that mean?
12    A.  That would be interactions or requests
13 coming from NHTSA, from the safety side,
14 interactions with CARB or EPA on the emissions side.
15    Q.  And since you've held the role, have you
16 had interactions with NHTSA on the safety side?
17    A.  Yes.
18    Q.  Approximately how many circumstances have
19 you had those interactions?
20    A.  Several.  Easily more than ten.
21    Q.  Approximately how many safety-related
22 recalls has Mercedes-Benz issued since you took the
23 job in October of 2017?
24    A.  Approximately, I would say, over a
25 hundred.

Page 25

1    Q.  Under what circumstances would you become
2 involved with CARB or EPA on the emissions side?
3    A.  If we had to follow through on an emissions
4 campaign, there would be interaction there with
5 colleagues within the company that would then
6 interact with those agencies.
7    Also, on CAFE and greenhouse gas
8 reporting, the emissions team would handle some of
9 the compiling of the reports.
10    Q.  Has Mercedes-Benz USA had any issues with
11 emissions since you took the role in 2017?
12    MR. KNAPP:  Object to the form.
13    THE WITNESS:  Define issue.
14 BY MR. BOWER:
15    Q.  Has Mercedes-Benz USA been accused of
16 using a defeat device in connection with emissions
17 since 2017?
18    MR. KNAPP:  Object to the form.
19    THE WITNESS:  There are allegations that
20    were made from the agencies.
21 BY MR. BOWER:
22    Q.  Has Mercedes-Benz USA paid any fines
23 related to safety-related recalls to NHTSA since
24 2017?
25    A.  Yes.

7 (Pages 22 - 25)

Page 26

1    Q.   Approximately how many times have they
2  paid such fines?
3    A.   Once, that I'm aware.
4    Q.   Has Mercedes-Benz USA paid any fines to
5  the EPA or CARB since you took the position in 2017?
6    A.   As part of CAFE and greenhouse gas,
7  meeting those standards requires potentially paying
8  of credits and/or fines.  So I would say yes.
9    Q.   And what is the approximate amount of the
10  fines that Mercedes-Benz USA has paid to NHTSA since
11  2017?
12    A.   I believe it was 14 million.
13    Q.   And what's the approximate amount of fines
14  that USA -- Mercedes-Benz USA has paid to the EPA
15  since 2017?
16    A.   I don't recall.
17    Q.   Do you recall generally?
18    A.   I couldn't estimate on CAFE and greenhouse
19  gas without looking at figures.
20    Q.   In addition to interacting with NHTSA and
21  EPA, does your current role involve interacting with
22  any other government agencies?
23    A.   There might be some individual state
24  requirements that must be met on the environmental
25  side of which my team may have some interactions.

Page 27

1    Q.   The second main area you mentioned that
2  would be involved when you took over your new role
3  in 2017 was, I believe, campaign administration; is
4  that correct?
5    A.   That's correct.
6    Q.   And can you explain what you mean by that?
7    A.   Campaign administration is the
8  administration of field campaigns, service
9  campaigns, recall campaigns and extended warranties
10  in the U.S.
11    Q.   Can you just explain what the difference
12  is between a field campaign, service campaign and
13  recall campaign?
14    A.   Field campaign is a more broad term to
15  describe service campaign and recall campaign.
16      A service campaign is something that can
17  be done with or without a customer letter, but it's
18  not emissions, safety or compliance relevant.
19  Whereas, a recall is typically safety, emissions or
20  compliance relevant.
21    Q.   So when you say a recall is typically
22  safety, emissions or compliance relevant, can you
23  explain what you mean by that?
24    A.   If we take the NHTSA context, those were
25  all safety and compliance topics.  Compliance topics

Page 28

1  would be something that a vehicle or issue does not
2  or the build of the vehicle does not meet Federal
3  Motor Vehicle Safety Standards and on the safety
4  side, that there is an impact to pedestrian or
5  occupant safety.
6    Q.   I'm just trying to get a sense of whether
7  there's a difference between safety and compliance,
8  or are you using safety and compliance
9  interchangeably there?
10    A.   So what exactly is the question?
11    Q.   So, yeah, I apologize.
12      Let me just read back your prior answer
13  and maybe that can clear it up.
14      You mentioned that a service campaign is
15  something that can be done with or without a
16  customer letter but is not emissions, safety or
17  compliance relevant.  Whereas, a recall is typically
18  safety, emissions or compliance relevant.
19      I'm just trying to understand, when you
20  say safety, emissions or compliance relevant, is
21  compliance in that context something in addition to
22  safety and emissions?
23    A.   Compliance would be -- on the safety side,
24  per NHTSA standards, you can submit a 573 defect
25  report that is either safety or compliance.

Page 29

1  However, even in a compliance topic, there will be a
2  safety consequence listed.
3    Q.   Thank you.
4      I believe the third kind of broad area you
5  mentioned that would be involved in your new role as
6  department manager of vehicle compliance was product
7  analysis and support; is that correct?
8    A.   That's correct.
9    Q.   And can you describe what that would
10  entail?
11    A.   Our product analysis team supports the --
12  our legal department when it comes to allegations of
13  injury, death or property damage.
14    Q.   In that context, does property damage
15  include damage to the vehicle itself?
16    A.   If there was property damage to the
17  vehicle itself, it usually involves a crash of some
18  sort, either with another vehicle or another road
19  user or property.
20    Q.   And, generally, what is the process by
21  which the vehicle compliance department would
22  support the legal department in those three areas?
23    A.   Generally, if a customer were to make an
24  allegation that fits into one of those criteria, it
25  would go through our CAC department, customer

8 (Pages 26 - 29)

1 assistance center.  The CAC department would then
2 loop in our legal department, and our legal
3 department would request the support of a product
4 analysis engineer.
5    Q.   What would be the mechanism by which the
6 legal department would request the support of a
7 product analysis engineer?
8    A.   I would go through the Compass system.
9 The Compass system is our call center system to
10 track those interactions with customers.
11    Q.   So in the circumstance where the legal
12 department requests the support of a product
13 analysis engineer, that request would come through
14 Compass; is that correct?
15    A.   It would come into Compass and then the
16 legal department would send an e-mail to our product
17 analysis team to request their support.
18    Q.   And would you only conduct an
19 investigation if a request was made by the legal
20 department?
21    A.   No.  There are other times, perhaps, that
22 we would investigate something.  If we had an
23 interesting case that maybe came through a vehicle
24 owner questionnaire, VOQ, that was also submitted to
25 NHTSA.

1    Q.   How would the vehicle compliance
2 department become aware there was an interesting
3 case that came in through a questionnaire?
4    A.   NHTSA provides those VOQs to
5 manufacturers, and we review those on a weekly or
6 monthly basis.
7    Q.   Is there someone specific in your
8 department that's responsible for reviewing those?
9    A.   That would fall under the team of Bibi
10 Analil.
11    Q.   Since 2017, has your department reviewed
12 any of those VOQs in connection with Takata airbags?
13    A.   The team has reviewed VOQs related to
14 airbags, not specifically to Takata.
15    Q.   What do you mean by "not specifically to
16 Takata"?
17    A.   We have allegations that are made that
18 come through VOQs on airbags that we review from
19 time to time.
20         In the matter of Takata, with a safety
21 defect, there's nothing that I'm aware of that my
22 team has investigated.
23    Q.   Do you know whether any such
24 investigations occurred prior to 2017?
25    A.   No.

1    Q.   When your team would investigate a VOQ,
2 what would be the process for conducting such an
3 investigation?
4    A.   If we saw something interesting, we would
5 have to ask NHTSA if we could get the full VIN of
6 the vehicle.  The full VIN is not given to the OEMs
7 automatically.
8         If we had the additional information or if
9 we had a request from the Office of Defect
10 Investigation, then we could potentially send
11 someone out if we had more personal information
12 that's available to us.  But that's also at the
13 owner's consent.
14    Q.   Have any of those investigations occurred
15 in connection with the VOQs since 2017?
16    A.   Which VOQs?
17    Q.   Any VOQs.  Has your department
18 investigated any VOQs since 2017?
19    A.   Yes.  I don't recall any specific ones off
20 the top of my head.
21    Q.   Have any occurred since 2017?
22    A.   I would safely assume yes.
23    Q.   And what's the basis for that assumption?
24    A.   We have VOQs from time to time and we talk
25 about different topics that come through on VOQs,

1 and we have regular meetings with the Office of
2 Defect Investigation quarterly to review VOQs that
3 they are also interested in.
4         So there's a high likelihood that we sent
5 engineers out to review some of the subject matter
6 of some of those VOQs.
7    Q.   When you say we have regular meetings with
8 the Office of Defect Investigation, who are you
9 referring to there?
10    A.   Office of Defect Investigation within
11 NHTSA.
12    Q.   And who attends those meetings?
13    A.   Myself; Tom Brunner; colleagues on the
14 NHTSA side, of course; Bibi Analil; and we sometimes
15 have folks from Daimler that also attend.
16    Q.   Do the folks from Daimler attend in
17 person?
18    A.   No.  Since COVID, it's really been remote.
19 Prior to COVID, there would be times where Daimler
20 folks would come over.
21    Q.   And who from Daimler would come over?
22    A.   David Stoddard, Christiane Netzker.
23    Q.   Since 2017, approximately how many times
24 has the legal department at MB U.S.A requested your
25 department to investigate a safety-related issue?

Page 34

1    A.   Can you define safety-related issue?
2    Q.   Sure.  An issue where someone has been
3  injured in a Mercedes-Benz vehicle.
4    A.   If there are allegations that someone has
5  been injured in a Mercedes-Benz vehicle, the legal
6  department would reach out to us for support.
7        I can't recall off the top of my head how
8  often that happens, but it is quite often.
9    Q.   I'm just trying to get a sense of what you
10  mean by "quite often."
11       Is it once a day, once a week, once a
12  month?  Can you give us a sense?
13    A.   I think once a day is appropriate.
14    Q.   When the legal department makes such a
15  request, does your department then conduct an
16  investigation?
17    A.   Yes.
18    Q.   Does it conduct an investigation for every
19  single request that is made?
20    A.   There are various levels of
21  investigations.  Whether it's an in-person or remote
22  investigation, someone would look into the topic.
23    Q.   But the normal course, kind of the
24  procedure, would be that legal would make a request
25  of your department, correct?

Page 35

1    A.   That's correct.
2    Q.   And then would your department determine
3  what kind of investigation was needed?
4    A.   We would see first what information is
5  available to us, and if there is sufficient evidence
6  to actually conduct an investigation, sometimes the
7  allegations and the details that we have can be
8  vague.
9    Q.   And who would determine whether there was
10  sufficient evidence to conduct an investigation?
11    A.   The product analysis engineer that's
12  assigned to the case.
13    Q.   How are those cases assigned within your
14  department?
15    A.   Tim Lowery, the supervisor of the team,
16  would assign them to the appropriate person.
17    Q.   Do folks within the department have to
18  have certain expertise in certain areas?
19    A.   There are folks with more experience than
20  others.  So looking at the type of situation and
21  what the matter involves, there may be certain folks
22  that are assigned to certain cases.
23    Q.   Does anyone in the vehicle compliance
24  department have any particular expertise in airbags?
25    A.   No particular expertise in airbags, but in

Page 36

1  the system itself and, perhaps, reading out
2  information, there is some experience to do so.
3    Q.   Who within the vehicle compliance
4  department is most experienced in working in airbag
5  investigations?
6    A.   Tim Lowery.
7    Q.   Has Mr. Lowery investigated any
8  allegations of injuries related to Takata airbags?
9    A.   I don't know.
10    Q.   Are you aware of any?
11    A.   Allegations related to Takata airbags?
12    Q.   Yes.
13    A.   Yes.
14    Q.   Approximately how many are you aware of?
15    A.   I'm aware that there's a council maybe
16  aware of an allegation related to an airbag rupture,
17  inflator rupture.
18    Q.   Did you become aware of that rupture
19  through the process that you just described,
20  whereas, the legal department would request the
21  compliance department to conduct an investigation?
22    A.   No.
23    Q.   Why not?
24    A.   I don't believe my team has investigated
25  that topic.

Page 37

1    Q.   Would that be unusual for your team to not
2  have investigated that allegation of a rupture?
3    A.   Depending on the situation, there may be
4  needs for outside experts to review those cases
5  instead.
6    Q.   Do you have any understanding as to
7  whether outside experts have reviewed the case you
8  mentioned as to an allegation of a rupture?
9    A.   No, I have no firsthand knowledge of that
10  particular lawsuit.
11    Q.   Are you aware there's a lawsuit?
12    A.   Yes.
13    Q.   Do you know what the allegations are in
14  the lawsuit?
15    A.   That there was a Takata inflator that
16  ruptured.
17    Q.   Do you know whether anyone was injured?
18    A.   I believe that there are allegations to
19  that effect, yes.
20    Q.   You believe there are allegations of
21  injuries; is that correct?
22    A.   That's correct.
23    Q.   Do you believe those allegations?
24    A.   I have no firsthand knowledge of the
25  details of that case.

10 (Pages 34 - 37)

Page 38

1    Q.  Well, who told you there were allegations
2 of injury?
3         MR. KNAPP:  I'm going to object to form
4    here.
5         If you have independent knowledge outside
6    of your discussion with counsel who
7    testified -- made you aware of that lawsuit.
8         He can ask you about your independent
9    knowledge.  But to the extent it involves a
10    discussion with counsel, he's not asking you to
11    answer those types of questions, and you don't
12    have to.
13         Do you understand that?
14         THE WITNESS:  Yes.
15         MR. KNAPP:  Okay.
16 BY MR. BOWER:
17    Q.  How did you come to understand that there
18 were allegations of injuries from a Takata airbag?
19         MR. KNAPP:  Again, I'm going to object to
20    that to the extent it calls for attorney-client
21    privilege.
22         If you have any independent knowledge, you
23    can talk about that, though.
24 BY MR. BOWER:
25    Q.  You can answer, sir, to the extent you

Page 39

1 have any independent knowledge.
2    A.  I don't have any independent knowledge.
3    Q.  Since 2017, has the vehicle compliance
4 department been asked to investigate any allegations
5 of injuries related to Takata airbags?
6    A.  Not that I'm aware of.
7    Q.  Not a single one; is that correct?
8    A.  There are allegations not related to the
9 safety defect described in the Takata defect.  Other
10 issues that customers may perceive are related to
11 the Takata airbag recall which were investigated.
12    Q.  Who conducted those investigations?
13    A.  Someone within the product analysis team.
14    Q.  Do you know who that was?
15    A.  It varies from case to case.
16    Q.  Do you know approximately how many of
17 those investigations occurred where there was an
18 allegation related to Takata airbags?
19         MR. KNAPP:  Object to the form.
20         THE WITNESS:  The team is investigating
21    airbag topics in general.  I can't say if they
22    were related exactly to Takata or not to
23    Takata.
24 BY MR. BOWER:
25    Q.  Well, in your prior testimony, you said

Page 40

1 there are other issues that customers may perceive
2 are related to the Takata airbag recall which were
3 investigated.
4         I'm asking you, sir, how many,
5    approximately, of those investigations have
6    occurred?
7    A.  What I meant to say previously is that
8 there are times when a recall is made public and, in
9 the case of Takata, very public, where customers
10 would perceive a, perhaps, non-deployment of their
11 airbag related to the Takata recall.
12         And in those circumstances, the team would
13 go out and investigate those non-deployment
14 situations.
15    Q.  And how many times has the team done that?
16    A.  I don't recall a specific number off the
17 top of my head.
18    Q.  Can you recall an approximate number?
19         MR. KNAPP:  Object to the form.
20         Don't speculate.
21         THE WITNESS:  I don't recall an exact
22    number.
23 BY MR. BOWER:
24    Q.  Is it more than five?
25    A.  Yes.

Page 41

1    Q.  More than ten?
2    A.  I would be getting into speculation.
3    Q.  Okay.  Other than this area that you
4 testified to regarding non-deployment of the airbags
5 related to the Takata recall, have there been any
6 other allegations of injuries related to Takata
7 airbags that you're aware of?
8    A.  Not that I'm aware of.
9    Q.  Other than working in the three areas we
10 discussed, does your current role as department
11 manager of vehicle compliance involve any other
12 duties and responsibilities?
13    A.  Yes.  We have a team that looks after
14 Vehicle Preparation Center actions.
15    Q.  What do you mean by "Vehicle Preparation
16 Center actions"?
17    A.  Vehicle Preparation Center is the center
18 that receives cars from overseas and processes those
19 vehicles before they're shipped out to dealers.
20    Q.  And what is your role specifically with
21 respect to vehicle preparation at those centers?
22    A.  I have a team that's responsible for
23 publishing plant actions to the VPCs.
24    Q.  What are plant actions?
25    A.  Plant actions are any type of deviation

11 (Pages 38 - 41)

Page 42

1 from the production specifications that may be
2 detected during the transportation of the vehicles
3 and, as such, the action will be performed at the
4 VPCs as the last step in the production process.
5     Q.  Just, generally speaking, are we talking
6 about vehicles that are manufactured by Daimler
7 overseas that are transported to the United States?
8     A.  That's correct.
9     Q.  And then your team inspects those vehicles
10 to make sure that they are consistent with the
11 specifications; is that correct?
12         MR. KNAPP:  Object to form.
13         THE WITNESS:  They do not inspect the
14     vehicles.  They just publish the plant actions.
15     The plant would send us the actions, then, to
16     be published in our market.
17 BY MR. BOWER:
18     Q.  What do you mean by "published in our
19 market"?
20     A.  They would be -- more or less the work
21 constructions would be provided to the VPCs.  Any
22 type of parts or logistics that are needed, software
23 would be provided to the VPCs.
24     Q.  So generally speaking, then, what is
25 occurring when you're inspecting these vehicles?

Page 43

1         MR. KNAPP:  Object to form.  Object to
2     inspecting.
3         MR. BOWER:  I'll rephrase it.
4 BY MR. BOWER:
5     Q.  Generally speaking, what happens at the
6 Vehicle Preparation Centers with the vehicles?
7     A.  The ships from overseas arrive.  They are
8 offloaded to the Vehicle Preparation Centers.  Those
9 vehicles then sit in a holding lot and as orders
10 come through from dealers or from vehicle logistics,
11 then they are processed.
12         During that process, the VPCs will check
13 if any plant actions are applicable to a particular
14 vehicle that had been published by my team, and then
15 the VPCs would perform those actions on the vehicle
16 once all actions are performed and they are prepared
17 for shipment to a dealer.
18     Q.  Can you give us just a sense or an example
19 of what a plant action would be?
20     A.  It could be an information label on the
21 vehicle.  It could be headlight beaming, it could be
22 some type of quality -- some type of quality control
23 on a particular topic.  It really varies bumper to
24 bumper.
25     Q.  At what point does MB USA take ownership

Page 44

1 of the vehicle?
2         MR. KNAPP:  Object to the form, calls for
3     a legal conclusion as well, but if you can
4     answer, you can.
5         MR. BOWER:  I'll rephrase it.
6 BY MR. BOWER:
7     Q.  Does MB USA take ownership of the
8 vehicles?
9         MR. KNAPP:  Same objection.
10         But you can answer, Greg, if you can.
11         THE WITNESS:  I don't know, from a legal
12     point of view, where exactly our ownership
13     starts or stops.
14 BY MR. BOWER:
15     Q.  Are you aware, generally, from a -- based
16 on your experience that, at some point in this
17 process, MB USA takes ownership of these vehicles
18 prior to them arriving at the dealers?
19     A.  I know that MB USA wholesales the vehicles
20 to the dealers and keeps track of the wholesales,
21 but I don't work in sales.
22     Q.  Well, there certainly must be paperwork,
23 right, that's involved in when the vehicle arrives
24 from overseas and then is transferred to a dealer,
25 correct?

Page 45

1         MR. KNAPP:  Object to form.
2         THE WITNESS:  I do not know.
3 BY MR. BOWER:
4     Q.  You don't --
5     A.  That's correct.
6     Q.  You're not involved in any of that,
7 correct?
8     A.  That's correct.
9         MR. KNAPP:  Zach, when you have a moment
10     that's good for a break, let me know.
11         MR. BOWER:  We can take one now.  That's
12     fine.
13         MR. KNAPP:  Five minutes is good or ten
14     minutes, whatever you --
15         MR. BOWER:  Let's shoot for five and we'll
16     try to be quick.
17         MR. KNAPP:  Yep, fine with me.
18         THE VIDEOGRAPHER:  We're going off the
19     record.  The time is 11:10 a.m.
20         (Short recess taken.)
21         THE VIDEOGRAPHER:  We're going back on the
22     record.  The time is 11:18 a.m.
23 BY MR. BOWER:
24     Q.  Mr. Gunther, we're back on the record.
25 I'm just going to enter a new exhibit.  I just have

12 (Pages 42 - 45)

1 a couple of questions on this one. Give me a
2 moment.
3        Okay. It should be up now.
4        While you're opening that -- let me know
5 if you can't see it. The Bates number is 32313.
6    A.  Give me a second. Let me just refresh my
7 screen.
8    Q.  Sure.
9    A.  Yes, I see it. I'm opening it now.
10       (Thereupon, the referred-to document was
11 marked for Identification as Plaintiffs' Exhibit 2.)
12 BY MR. BOWER:
13   Q.  Okay. Just take a second. Review the
14 e-mail. It's an e-mail from Stephen -- or Stephen
15 Quinones. The top e-mail, at least, to Sayed Rohani
16 and yourself, and there's a couple of more e-mails
17 in the string, one of which is from you.
18       Just let me know when you've had a chance
19 to review it and then I'll have a few questions on
20 that.
21   A.  Go ahead. I've had time to review it.
22   Q.  Okay. I guess just starting at the bottom
23 of the second page, the first e-mail on the string
24 from Kimberly Philburn to yourself and a few others.
25       This is in May 2014, correct?

1    A.  Yes, that's what the e-mail states.
2    Q.  During this time period, do you have a
3 recollection as to why you would be receiving this
4 type of data information that's referenced in the
5 e-mail?
6    A.  In 2014, looking at the other colleagues
7 that are on this e-mail, I believe I was working at
8 the product technical support department, and when
9 it came to tow, non-accident events, you know, we're
10 always curious to see if there's any situations
11 where a vehicle had a breakdown event and had to be
12 towed.
13   Q.  And when you received this data or this
14 information, what would you do with it?
15   A.  We would try and correlate it to, perhaps,
16 known issues in the field and see if there were --
17 if we were investigating a topic, apply it to the
18 topic that we were investigating to further get a
19 holistic picture if there was more breakdown events
20 occurring in the field.
21   Q.  Would those events include safety-related
22 issues in 2014 that you were looking at?
23       MR. KNAPP: Object to the form.
24       THE WITNESS: I can't speculate.
25 BY MR. BOWER:

1    Q.  I'm not asking you to speculate.
2        I'm just asking you, in this time period,
3 would you have been looking at issues related to
4 safety in Mercedes-Benz vehicles?
5        MR. KNAPP: Same objection.
6        THE WITNESS: In this context, we were
7 looking for tow events for vehicle breakdown.
8 BY MR. BOWER:
9    Q.  Not limiting it to this context, just
10 generally speaking, in and about this time period,
11 would you have been looking at any data related to
12 known or potential safety issues for Mercedes-Benz
13 vehicles?
14       MR. KNAPP: Object to the form.
15       THE WITNESS: I think we're focused on --
16       in product technical support, we are looking at
17       specifically events related to a breakdown
18       event because, for a customer perception, they
19       want to continue with their vehicle regardless,
20       and a breakdown event is, I would say, the
21       worst-case scenario for customer convenience.
22 BY MR. BOWER:
23   Q.  You say in here, right, you say, I guess,
24 at the top of page 314, you say, the worst-case
25 scenario of a customer is not to be able to use

1 their vehicle, correct?
2    A.  That's correct, for customer convenience.
3    Q.  Are you familiar with any circumstances
4 where a customer was not able to use their vehicle
5 related to safety-related issues?
6    A.  No.
7    Q.  Are you aware, for example, that Honda
8 issued a suggestion that owners stop driving their
9 vehicles related to the Takata airbags?
10       MR. KNAPP: Object to form.
11       THE WITNESS: No.
12 BY MR. BOWER:
13   Q.  You're not aware of that, sir?
14   A.  No.
15   Q.  Was there anyone at MB USA during this
16 time period that was reviewing this type of data for
17 safety-related issues?
18   A.  For safety-related issues, it would be the
19 department manager for vehicle compliance and
20 analysis at the time, Tom Brunner.
21   Q.  You took over that role in 2017, correct?
22   A.  That's correct.
23   Q.  Did you, at that point, review this type
24 of information for safety-related issues or
25 potential safety-related issues?

13 (Pages 46 - 49)

Page 50

1    A.  We would review VOQs that come from NHTSA,
2  and if our product analysis team was investigating
3  something, then they would report that to our legal
4  colleagues.
5    Q.  Well, other than what NHTSA might alert
6  you all to of, and what your legal department might
7  alert you to of, are there any other reasons that
8  you would be monitoring safety-related issues in
9  Mercedes-Benz vehicles?
10      MR. KNAPP:  Object to the form.
11      THE WITNESS:  If there was a request from
12    our dealers to look at a particular issue in
13    the field that has a safety relevance, that
14    would be reported back to the colleagues in
15    Germany and our product technical support team
16    would do that.
17  BY MR. BOWER:
18    Q.  What do you mean when you say "that would
19  be reported to the colleagues back in Germany"?
20    A.  So product technical support that I
21  mentioned before is responsible for looking at
22  issues in the field that are reported by dealers, so
23  customer complaints, and supporting them at
24  diagnosis, and those are typically the more
25  difficult issues to solve, that it isn't just a

Page 51

1  simple component replacement.
2      With those issues in those cases that are
3  created, they may get Germany involved if the team
4  can't solve the problem.
5    Q.  Just generally speaking, is there anyone
6  from the compliance department at Mercedes-Benz USA
7  that's monitoring Mercedes vehicles for
8  safety-related issues?
9      MR. KNAPP:  Object to the form.
10      THE WITNESS:  We monitor the NHTSA VOQs
11    and we discuss topics that come through the CAC
12    and legal of anything that may have a safety
13    relevance.
14  BY MR. BOWER:
15    Q.  And what do you mean by "we discussed
16  topics that come through the CAC"?
17      Who has those discussions?
18    A.  On the automated requests that comes from
19  legal to investigate a topic to the product analysis
20  team, there's typically a summary of what the
21  customer allegation is, and that's when we look at
22  those allegations that come through.
23    Q.  Since you took over the role of department
24  manager of vehicle compliance in 2017, have there
25  been any discussions about safety-related issues in

Page 52

1  connection with the Takata airbags?
2      MR. KNAPP:  Objection to form.
3      THE WITNESS:  My colleague, Tom Brunner,
4    would be the expert on that topic.
5  BY MR. BOWER:
6    Q.  Well, sir, you're here today.  I'm asking
7  you.  You led the department in 2017, correct?
8    A.  From 2017.
9    Q.  Right.  So from 2017 to today, you were in
10  charge of vehicle compliance at Mercedes-Benz USA,
11  correct?
12    A.  That's correct.
13    Q.  Since that time, have you had any
14  discussions about safety-related issues in
15  connection with the Takata airbags?
16      MR. KNAPP:  Same objection.
17      But you can answer if you can, Greg.
18      THE WITNESS:  We've had discussions on the
19    status of the Takata recall.
20  BY MR. BOWER:
21    Q.  Other than the status of the recall, has
22  your team -- your compliance team discussed whether
23  these airbags are safe?
24      MR. KNAPP:  Object to form.
25      THE COURT REPORTER:  Was there an answer

Page 53

1  or no?
2      MR. KNAPP:  I think someone may have cut
3    out.
4      MR. BOWER:  I think we're still waiting.
5      MR. KNAPP:  Read it back.
6  BY MR. BOWER:
7    Q.  Sir, were you waiting to answer?
8    A.  No.  Sorry.  I didn't know that there was
9  a question.  My apologies.
10      Can you repeat the question?
11    Q.  Other than the status of -- I'll rephrase.
12      Other than the fact or the status of the
13  Takata recall, has your team -- your compliance team
14  that you're in charge of, discussed whether Takata
15  airbags are safe?
16      MR. KNAPP:  Object to the form.
17      THE WITNESS:  When it comes to the topic
18    of Takata, Tom Brunner, my colleague, is the
19    more experienced, more tenured individual at MB
20    USA that has been following that project since
21    the beginning, so those discussions would have
22    been with him.
23  BY MR. BOWER:
24    Q.  And have you been part of such
25  discussions, sir?

Page 54

1    A.  What's the discussion topic?
2    Q.  Sir, are you aware that people have died
3 from Takata airbag injuries?
4        MR. KNAPP:  Object to form.
5        THE WITNESS:  I'm aware that's occurred
6    with other manufacturers.
7 BY MR. BOWER:
8    Q.  You're aware that people have died as a
9 result of Takata airbag ruptures, correct?
10        MR. KNAPP:  Object to form, asked and
11    answered, argumentative and condescending.
12        THE WITNESS:  Yes, I am aware.
13 BY MR. BOWER:
14    Q.  And, sir, you've been head of vehicle
15 compliance for Mercedes-Benz USA since 2017,
16 correct?
17    A.  That's correct.
18    Q.  Is it your testimony, sir, that you've
19 never had discussions with your compliance
20 department about whether the Takata airbags are
21 safe?
22    A.  I have not had those discussions.  That
23 would be a topic for my colleague, Tom Brunner.
24 He's more so the expert in the Takata airbag recall.
25    Q.  Well, sir, you took over for Mr. Brunner,

Page 55

1 didn't you?
2    A.  That's correct.
3    Q.  You took over for him in 2017, correct?
4    A.  That's correct.
5    Q.  And since 2017, are you the person who's
6 most responsible for compliance within Mercedes-Benz
7 USA?
8    A.  Outside of Takata, yes.
9    Q.  What do you mean by "outside of Takata"?
10    A.  Takata was a project that started before
11 my start in the position, and it did not make sense
12 to put someone new into the position to manage the
13 project and topics that may come up as part of the
14 recall for Takata airbags.
15        It made more sense to put the expert that
16 has been following that topic along since the
17 beginning, Tom Brunner, to help manage that project.
18    Q.  But you've been involved in the project,
19 have you not, sir?
20    A.  I've been kept up to date with the status
21 of the recall.
22    Q.  Other than being kept up to date of the
23 status of the recall, have you been involved in the
24 recall itself?
25    A.  Since I took over the department, there

Page 56

1 were dealer NCUs that were sent out by my department
2 with my name on them, but they were prepared by Tom
3 and the team.
4    Q.  What is an NCU?
5    A.  News channel update.
6    Q.  Approximately how many news channel
7 updates have you sent related to Takata airbags?
8    A.  I do not recall.
9    Q.  More than five?
10    A.  I do not recall.
11    Q.  More than ten?
12    A.  I do not recall.
13    Q.  Would it be more than 20?
14    A.  I do not recall.
15    Q.  Over what time period did you send news
16 channel updates related to Takata airbags?
17    A.  If there was an NCU that was sent out in
18 relation to Takata from the start of me taking over
19 the department, it would have been sent out under my
20 name.
21    Q.  Just give me a second.  I'll introduce one
22 of those news channel updates in a moment.  I'm just
23 waiting for it to load.  Okay.  There it goes.
24        MR. BOWER:  I'm going to introduce
25    Exhibit 3, and I'll tell you when it's loaded.

Page 57

1        (Thereupon, the referred-to document was
2 marked for Identification as Plaintiffs' Exhibit 3.)
3 BY MR. BOWER:
4    Q.  Okay.  You should have it now.
5        Just while you're opening that up, for the
6 record, I have introduced now Exhibit 3 to today's
7 deposition.  It's Bates number 117754.
8        I'll give the witness a moment to review
9 it.  Then we'll have some questions on that.
10    A.  Yeah, I have that.  I'm reviewing it now.
11        Okay.
12    Q.  So is this an example of a news channel
13 update that went out under your name?
14    A.  That's correct.
15    Q.  Can you just describe generally what the
16 process is for issuing these updates?
17    A.  So this is a Takata recall launch
18 notification.  So this is our dealer notification
19 with work constructions.
20        The lead-up to this topic is one of -- one
21 of the folks on Bibi Analil's team -- specifically,
22 we have someone dedicated to Takata who would
23 prepare the appropriate information that's included
24 in the information.
25        Tom Brunner would work with that

Page 58

1  individual to prepare the NCU.
2       This NCU would then be circulated for
3  review between Tom, the individual, our legal
4  department and also myself for any additional edits
5  as well as edits to the work constructions
6  themselves from our technical folks within the team
7  that prepare work constructions.
8       And then once complete, then they would
9  give this to me to be sent out to the field
10  internally and then be posted to Netstar, which is
11  the dealer system for posting these NCUs, as well as
12  linking them to recalls.
13      Q.  As head of vehicle compliance for
14  Mercedes-Benz USA, would you do anything yourself to
15  verify the information in the NCUs that you were
16  sending out was accurate?
17      A.  In this particular instance, that would be
18  the responsibility of Tom Brunner and the individual
19  on the team that's dedicated to Takata.
20      From my side, I would look at it as far as
21  content, is this something that is clearly
22  understood or could be clearly understood by our
23  dealers and our field personnel and offer
24  suggestions.
25      Q.  And just procedurally speaking, these NCU

Page 59

1  updates would go out to the Mercedes-Benz dealers
2  prior to the customer letters going out to the
3  owners, correct?
4      A.  That's correct.  We typically list on the
5  NCU when the letters may have been sent.
6      Q.  Right.  That's reflected, you're correct,
7  on the first page there.  About two-thirds of the
8  way down, it says "Owner notifications."
9      Do you see that?
10      A.  Yes.
11      Q.  So at this point, when you send these out,
12  do the owners of these vehicles, are they aware that
13  a recall is going to occur?
14      MR. KNAPP:  Object to form.
15      THE WITNESS:  If this is a launch --
16      MR. BOWER:  I'll rephrase based on the
17      objection.
18  BY MR. BOWER:
19      Q.  Based on your experience, when these news
20  channel updates are issued, has Mercedes-Benz
21  already notified the owners of these vehicles that
22  they are subject to a recall?
23      A.  If the launch takes place after the 60-day
24  window that the regulations require us to notify
25  customers, an interim letter would have been sent to

Page 60

1  the customers.
2      Q.  And Mercedes-Benz has paid a fine to NHTSA
3  for not meeting that window in all circumstances,
4  correct?
5      MR. KNAPP:  Object to form.
6      THE WITNESS:  That was part of our audit
7      in 2018.
8  BY MR. BOWER:
9      Q.  I just have a few questions as we walk
10  through this Exhibit 3.
11      On the first page, you see the first
12  bullet point under parts there?
13      A.  Uh-huh.
14      Q.  What does AOI stand for or refer to?
15      A.  Area of influence.
16      Q.  And what does that mean?
17      A.  Specifically, we try to allocate parts to
18  dealers so that dealers do not order too many or too
19  little.  So we will typically, since we have
20  customer address information, we can bucket
21  customers who, perhaps, have a history with a dealer
22  or reside within a certain dealer's AOI.
23      And then based on that count, we can then
24  provide an accurate supply of -- initial supply of
25  parts to a dealer so they can perform the repairs

Page 61

1  instead of ordering parts on an as-needed basis.
2      Q.  If you turn to the second page of the
3  document, where it has -- you see the top, it says,
4  "Recall Campaign Launch," sir?
5      A.  Yes.
6      Q.  If I can direct your attention to the
7  section under background.
8      A.  Uh-huh.
9      Q.  Do you see that?
10      A.  Yes, I do.
11      Q.  Do you know where that language comes
12  from?
13      A.  I believe this comes from Takata's defect
14  submission to NHTSA, Part 573.
15      Q.  Does Mercedes-Benz USA disagree in any way
16  with that submission?
17      MR. KNAPP:  Object to form.
18      THE WITNESS:  Not that I'm aware of.
19  BY MR. BOWER:
20      Q.  And that section states that -- looking
21  towards the end of the second line, "Under specific
22  circumstances, the front driver-side and/or
23  passenger-side airbag inflator housing may explode
24  during deployment due to excessive internal
25  pressure."

16 (Pages 58 - 61)

Page 62

1    Do you see that?
2    A.  Yes, I do.
3    Q.  Do you agree that such an airbag has a
4 safety defect?
5        MR. KNAPP:  Object to form.
6        THE WITNESS:  There was a Part 573
7    submission on this topic by both Takata and MB
8    USA  So I would agree that there is a safety
9    defect.
10 BY MR. BOWER:
11    Q.  Would you agree, sir, that an airbag that
12 may explode during deployment due to excessive
13 internal pressure is unreasonably dangerous?
14        MR. KNAPP:  Object to form.
15        THE WITNESS:  I would agree that's a
16    safety defect.
17        The word "explode" was actually a word
18    that NHTSA encouraged OEMs to use in not only
19    their dealer communications but also customer
20    notifications to increase completion rates.
21        MR. BOWER:  I'll just move to strike that
22    answer as nonresponsive.  Let me ask it again.
23        MR. KNAPP:  Objection to objection.  That
24    answers stands.
25        MR. BOWER:  Well, I move to strike it

Page 63

1    and -- we can deal with that later.
2        So let me ask the question again.
3 BY MR. BOWER:
4    Q.  Would you agree, sir, that an airbag that
5    may explode due to -- I'll rephrase.
6        As head of vehicle compliance at
7    Mercedes-Benz USA, would you agree that an airbag
8    inflator that may explode during deployment is
9    unreasonably dangerous?
10        MR. KNAPP:  Object to form and vague and
11    ambiguous as to "unreasonably dangerous."
12    Also calls for speculation.
13        But you can answer if you can, Greg.
14        THE WITNESS:  I believe it's a safety
15    defect that we have to remedy in the field
16    which is why we initiated a recall campaign in
17    coordination with other OEMs and NHTSA.
18 BY MR. BOWER:
19    Q.  So do you agree that Takata airbags are
20 dangerous?
21        MR. KNAPP:  Object to form.
22        THE WITNESS:  I believe that they're a
23    safety defect that we need to remedy in the
24    field of which Mercedes has issued a recall
25    along with the manufacturer of the airbags,

Page 64

1    Takata.
2 BY MR. BOWER:
3    Q.  Well, would you agree that the airbags are
4 defective?
5        MR. KNAPP:  Object to form.
6        THE WITNESS:  The airbags are defective.
7    That's why we're recalling them in the field.
8 BY MR. BOWER:
9    Q.  If I can point you to -- sir, to the
10 bottom of that page number 2 of Exhibit 3.  It
11 states "While we regret any inconvenience this may
12 cause, MB USA is determined to maintain a high level
13 of vehicle quality."
14        Do you see that?
15    A.  Yes, I do.
16    Q.  What does MB USA do to maintain a high
17 level of vehicle quality?
18        MR. KNAPP:  Object to form.
19        THE WITNESS:  What specifically are you
20    looking for in terms of vehicle quality?
21 BY MR. BOWER:
22    Q.  Those are your words, sir, right?  This is
23 an NCU you issued?
24        MR. KNAPP:  Object to form.  He's
25    testifying in his personal capacity here.

Page 65

1        You've asked him what MB USA means.
2        But if you understand --
3        MR. BOWER:  Eric, if I could cut you off
4    just for a moment because I think -- you know,
5    I've let these speaking objections go a bunch.
6    I'd really just like to keep the objections to
7    form.  I'd appreciate it.
8        MR. KNAPP:  Yeah, I'll object.
9 BY MR. BOWER:
10    Q.  Sir, this NCU was issued under your name,
11 correct?
12    A.  That's correct.
13    Q.  What did you mean by including the words
14 "MB USA is determined to maintain a high level of
15 vehicle quality"?
16    A.  And customer satisfaction.
17        So when we identify issues in the field or
18 what Daimler determines that there is a safety
19 defect, then it is our commitment to take those
20 defects out of the vehicles that are affected.
21    Q.  Sir, this language doesn't refer to
22 Daimler, does it?
23    A.  It refers to MB USA
24    Q.  Does MB USA do anything to determine --
25 strike that.

17 (Pages 62 - 65)

Page 66

1      Does MB USA do anything to maintain a high
2  level of vehicle quality for Mercedes vehicles?
3      MR. KNAPP:  Object to form.
4      THE WITNESS:  We support our dealers with
5  technical support.  We review warranty return
6  parts, we -- taking customer complaints and
7  trying to do our best to support those and aid
8  our customers.
9      There's a number of different things that
10  a manufacturer can do to score vehicle quality.
11  Mercedes has many.
12  BY MR. BOWER:
13     Q.  Other than those things you mentioned,
14  reviewing warranty return parts, taking customer
15  complaints and trying to do our best to support our
16  customers, is there anything else that MB U.S.A does
17  to maintain a high level of vehicle quality?
18     MR. KNAPP:  Object to form.
19     THE WITNESS:  In the context of Takata?
20  BY MR. BOWER:
21     Q.  No.  Just generally.
22     A.  A number.  I go back to my previous
23  statement.
24     Q.  Your previous statement covers it all; is
25  that correct?

Page 67

1      MR. KNAPP:  Object to form.
2      THE WITNESS:  I'm not responsible for
3  vehicle quality.
4  BY MR. BOWER:
5      Q.  What was your basis for making that
6  statement, sir?
7      MR. KNAPP:  Object to form.
8      THE WITNESS:  In this context, we're
9  performing a recall.  So we want to make sure
10  that the recall goes smoothly.
11     If there are questions from customers,
12  they should be directed to our customer
13  assistance center.  We want to ensure customer
14  satisfaction.
15  BY MR. BOWER:
16     Q.  So what was the basis for your statement
17  that MB U.S.A is determined to maintain a high level
18  of vehicle quality?
19     MR. KNAPP:  Objection to form, asked and
20  answered.
21     THE WITNESS:  This just reaffirms our
22  commitment to vehicle quality and customer
23  satisfaction.
24  BY MR. BOWER:
25     Q.  Sir, as head of vehicle compliance at

Page 68

1  Mercedes-Benz USA, do you believe it's important to
2  be transparent with your customers?
3      MR. KNAPP:  Objection to form.
4      THE WITNESS:  I believe it's important
5  that we, in my business, conduct the recalls as
6  Daimler determines them, and we also make those
7  parts and remedy available to the customers as
8  soon as we can.
9      MR. BOWER:  I move to strike that as
10  nonresponsive, sir.  Just please carefully
11  listen to my questions, okay?
12     MR. KNAPP:  Hey, hey.  Hold on a second.
13     Your lack of professionalism is
14  astounding.  He's here to answer your
15  questions.  There's no reason to be snarky and
16  unprofessional.
17     So just ask him your questions.  But
18  otherwise, we're just not going -- we'll shut
19  this down if you're going to be condescending
20  and snarky.  Just knock it off.
21     MR. BOWER:  I don't appreciate that
22  comment.  Let me just read back the previous
23  question and previous answer and then I'll ask
24  a different question.
25     The question was this.  "As head of

Page 69

1  vehicle compliance, do you believe it's
2  important to be transparent with the
3  customers?"
4      And your answer, sir, was, "I believe it's
5  important that we, in my business, conduct the
6  recalls as Daimler determines them and make
7  those parts and remedies available to the
8  customers as soon as we can."
9  BY MR. BOWER:
10     Q.  I'm just trying to understand, from your
11  experience and based on your role as head of vehicle
12  compliance for Mercedes-Benz USA, do you believe
13  it's important to be transparent to your customers?
14     MR. KNAPP:  Objection to form.
15     THE WITNESS:  Yes.
16  BY MR. BOWER:
17     Q.  Has Mercedes-Benz USA informed its
18  customers that a Takata airbag has ruptured in a
19  Mercedes vehicle?
20     A.  I only know of an allegation.
21     Q.  Sir, do you believe, if a rupture has been
22  confirmed, that Mercedes-Benz USA should inform the
23  customers of that event?
24     MR. KNAPP:  Objection to form.
25     THE WITNESS:  Sorry.  Can you repeat the

18 (Pages 66 - 69)

Page 70

1    question?
2        MR. BOWER:  Sure.  I think, in light of
3    the colloquy, maybe it's best to have the court
4    reporter just read back that question, please.
5        (Last question read back.)
6        MR. KNAPP:  Object to form.
7        THE WITNESS:  Per the recall
8    acknowledgment, we do admit, inside our defect
9    filing, that these may explode and harm
10   customers.
11       If there are confirmed cases, that would
12   be something that -- that has come out in the
13   press before and may also come out in the
14   press, but we can determine that when we have a
15   confirmed case.
16       And I still leave that in the capable
17   hands of my colleague, Tom Brunner, to discuss
18   and bring me in the loop on when the time is
19   appropriate.
20   BY MR. BOWER:
21   Q.   Well, sir, in these NCUs, you state
22   several times that a rupture has not occurred,
23   correct?
24       MR. KNAPP:  Objection to form.
25   BY MR. BOWER:

Page 71

1    Q.   So if I could direct you to the page
2    ending in 759.  Those are Bates numbers towards the
3    bottom of the pages.
4    A.   I see it.
5    Q.   So on page 759, there's a series of
6    questions and answers, correct?
7    A.   Correct.
8    Q.   And these NCUs frequently contain these
9    question-and-answer type information, correct?
10   A.   For Takata, yes, to help provide
11   additional guidance to our customers and to our
12   dealers.
13   Q.   In a few of these question-and-answer
14   examples given, Mercedes-Benz talks about whether
15   there's been a rupture, correct?
16   A.   Where do you see that?
17   Q.   So for example, if you're looking at page
18   ending in 759, I guess it's the fourth question on
19   that page in bold, it says "What makes Mercedes-Benz
20   airbags safer than other affected Takata airbags?"
21       Do you see that?
22   A.   Yes, I do.
23   Q.   And the answer to that question is "There
24   have been no incidences of an airbag rupture in any
25   Mercedes-Benz vehicles," correct?

Page 72

1    A.   That's correct.
2    Q.   And then two questions down from that, the
3    question is "What is the expected impact or risks
4    related to this issue?"
5        Do you see that?
6    A.   Yes, I do.
7    Q.   And at the end of that answer, it says "To
8    date, we're not aware of any instances of ruptured
9    inflators in Mercedes-Benz vehicles."
10       Do you see that?
11   A.   Yes, I do.
12   Q.   If Mercedes-Benz USA did become aware of
13   an incidence of a rupture, would you believe it
14   would be important to notify its dealers of that
15   fact?
16       MR. KNAPP:  Objection to form.
17       THE WITNESS:  If we have a confirmed
18   allegation, it may be something that Tom may
19   recommend that we change this FAQ to reflect
20   that.
21   BY MR. BOWER:
22   Q.   If Mercedes-Benz USA did become aware of a
23   confirmed incidence of a rupture, would you agree
24   that it should inform its customers of that fact?
25       MR. KNAPP:  Objection to form.

Page 73

1        THE WITNESS:  The customer letters for
2    recalls are approved by NHTSA.  So if there is
3    a confirmed rupture, that would be a discussion
4    that we have with NHTSA and make sure that they
5    are okay with any -- or see if they require any
6    additional language inside the customer
7    letters.
8    BY MR. BOWER:
9    Q.   Are these NCUs approved by NHTSA, sir?
10   A.   No, they're not.  Dealer notifications and
11   work constructions are not approved by NHTSA.
12       (Reporter clarification.)
13   Q.   On the bottom of that page, sir, the
14   question is "When did Daimler become aware of this
15   potential issue?"
16       Do you see that?
17   A.   Yes.
18   Q.   Do you have any understanding as to why
19   that refers to Daimler and not MB U.S.A?
20   A.   Because Daimler makes defect
21   determinations.
22   Q.   Is there anything preventing MB U.S.A from
23   making a defect determination?
24   A.   We are not R&D experts.
25   Q.   What do you mean by "R&D"?

19 (Pages 70 - 73)

Page 74

1     A.  Research and development.
2     Q.  So is it your testimony, sir, that the
3  reason that Daimler made defect determinations is
4  because it is -- has research and development
5  expertise in airbags?
6     A.  They're the ones who developed the system
7  in our vehicles.
8     Q.  What do you mean by "the system"?
9     A.  The SRS system or airbag system.
10     Q.  Is there anything that would prevent MB
11  U.S.A from hiring someone with such expertise in
12  order for it to be able to make independent
13  determinations of a defect?
14        MR. KNAPP:  Objection to form.
15        THE WITNESS:  MB U.S.A would not be in a
16     position to hire an outside expert or to say
17     whether or not an outside expert is the
18     appropriate expert to investigate it.  Daimler
19     would have to make that decision.
20  BY MR. BOWER:
21     Q.  Why is it that Daimler would have to make
22  that decision?
23     A.  They're the experts in the systems.  They
24  know them better than anyone else.
25     Q.  What do you mean by "the systems"?  Can

Page 75

1  you be more specific?
2     A.  SRS or, in this case, airbag.
3     Q.  So because Daimler knows the airbag
4  systems better than anyone else, they're the only
5  ones capable of making it a defect determination?
6        MR. KNAPP:  Objection to form.
7        THE WITNESS:  Yes.
8  BY MR. BOWER:
9     Q.  But in this case, sir, wasn't the defect
10  determination based on the decision of Takata?
11     A.  In this case, yes.
12     Q.  Was MB U.S.A aware that its vehicles had
13  Takata airbags installed in them prior to the
14  recall?
15     A.  Sorry.  Can you repeat the question?
16     Q.  Sure.  I'll rephrase.
17        Do you know whether MB U.S.A knew that
18  vehicles were installed with Takata airbags prior to
19  Daimler agreeing to Takata's decision to recall the
20  vehicles?
21     A.  MB U.S.A does not select suppliers for our
22  vehicles.
23     Q.  What airbags are the current models of MB
24  U.S.A vehicles equipped with?
25     A.  I don't know.  I don't know what you're

Page 76

1  referring to as current models.
2     Q.  Does MB U.S.A sell new vehicles today?
3     A.  Yes.
4     Q.  What airbags are the vehicles equipped
5  with?
6     A.  Are you looking for a supplier?
7     Q.  Yes.
8     A.  I don't know.
9     Q.  So, sir, as head of vehicle compliance for
10  Mercedes-Benz USA, you're unaware of what suppliers
11  supplies the airbags for the Mercedes-Benz vehicles;
12  is that correct?
13        MR. KNAPP:  Objection, asked and answered.
14        THE WITNESS:  I don't select suppliers for
15     airbags.  If there is a specific request for us
16     to check the certification or meeting the
17     standards of Federal Motor Vehicle Safety
18     Standard related to airbags, then we would
19     supply information coming from Daimler as to
20     what the supplier of those airbags are.
21  BY MR. BOWER:
22     Q.  I understand, sir, that you're not the
23  ones who select the suppliers.
24        But it's also true that you don't know who
25  those suppliers are; is that correct?

Page 77

1     A.  It's on a case-by-case basis.  I can't
2  tell you if we have multiple suppliers and which
3  ones supply for different models until we look into
4  it.
5     Q.  Under what circumstance would you look
6  into it?
7     A.  We would look into it if we had a request
8  from NHTSA on the certification side.
9     Q.  If you could just turn back one page in
10  that exhibit to page ending in 758.
11     A.  Okay.
12     Q.  The third question from the top, the
13  question is "I demand that another type of airbag
14  brand (not Takata) is installed in my car.  Will you
15  do this?"
16        The answer is "Each airbag needs to meet
17  strict U.S. crash and safety design requirements."
18        Do you see that?
19     A.  Yes, I do.
20     Q.  How does MB U.S.A ensure that each airbag
21  that it sells in the United States meets these
22  strict U.S. crash and safety design requirements?
23     A.  MB U.S.A does not ensure.  Our Daimler
24  colleagues who develop the airbag system or the
25  safety restraint system are the ones that ensure

Page 78

1 that it meets U.S. crash and safety design
2 requirements.
3     Q.  So would you agree that MB U.S.A has an
4 obligation to make sure that those requirements are
5 met?
6         MR. KNAPP:  Objection to form.
7         THE WITNESS:  When we have requests from
8     NHTSA to make sure that that obligation is met,
9     we work with our Daimler counterparts to
10     provide that information.
11 BY MR. BOWER:
12     Q.  What about separate -- aside from when you
13 have requests from NHTSA?
14         Just generally speaking, would you agree
15 that MB U.S.A has an obligation to make sure that,
16 for the cars that it sells in the United States,
17 those strict U.S. crash and safety design
18 requirements are met?
19         MR. KNAPP:  Objection to form.
20         THE WITNESS:  No, we do not have an
21     obligation.
22 BY MR. BOWER:
23     Q.  And what's your basis for that statement?
24     A.  We are not designers of the airbag system.
25     Q.  Sir, when was the last time you issued a

Page 79

1 news channel update in relation to Takata airbags?
2     A.  I don't recall exactly.  It would be the
3 last priority group launch.
4     Q.  Do you recall approximately when that was?
5     A.  I don't.
6     Q.  Do you know whether it was in the last six
7 months or so?
8     A.  I don't recall.
9     Q.  Are there any plans to issue future news
10 channel updates related to the Takata airbag recall?
11     A.  None that I'm aware of.
12     Q.  Just give me a second.  I'm going to use
13 another exhibit here.
14         Sir, you should be able to hit refresh.
15 Exhibit 4, which is a -- appears to be either a
16 chart or a PowerPoint slide, I'm not sure.  But it's
17 minutes from a customer service general management
18 meeting.
19         Let me know if you've had a chance to pull
20 it up and review it, okay?
21     A.  Yeah.  I just pulled it up.  I'm reviewing
22 it right now.  Okay.
23         (Thereupon, the referred-to document was
24 marked for Identification as Plaintiffs' Exhibit 4.)
25 BY MR. BOWER:

Page 80

1     Q.  Sir, just generally speaking, do you know
2 what this meeting -- these minutes refer to?
3     A.  The title is "Customer Services General
4 Management Meeting," so this would be a management
5 meeting amongst the GMs and the VP of customer
6 service.
7     Q.  And this is September 2016, correct, sir?
8     A.  September 29, 2016 is what the document
9 states.
10     Q.  And during this time period, what would be
11 the purpose for you to attend those meetings?
12     A.  This would have been in my prior role in
13 product technical support.  I do not recall why I
14 was in this meeting.
15     Q.  Were these meetings -- strike that.
16         Did you attend these meetings regularly in
17 that role?
18     A.  No.
19     Q.  Do you see it says, on the first page, it
20 says "Guest Presenters," and your name is listed
21 there?
22     A.  Yes, I do.
23     Q.  Do you recall what you would have been
24 presenting on during this time period?
25     A.  It was likely something related to a

Page 81

1 powertrain topic in my previous role.
2     Q.  Do you recall attending meetings during
3 this time period where the Takata recall was
4 discussed?
5     A.  No, I don't recall.
6     Q.  You see, sir, if you just turn to the
7 second page of the document, the first topic is
8 "Takata."
9         Do you see that?
10     A.  Yes, I do.
11     Q.  If you look at the third kind of dash or
12 bullet point down there, sir, it says "We can only
13 accrue the goodwill funds for Takata in 2017 if we
14 know what program will be used in 2017."
15         Do you see that?
16     A.  Yes, I do.
17     Q.  Do you know what that refers to?
18     A.  No, I don't.
19     Q.  If you can turn back, then, to the first
20 page.
21         Sir, do you know, looking at kind of this
22 list of folks and based on your experience as
23 manager of vehicle compliance, who on this -- of
24 these attendees would have been involved in Takata
25 during this time period?

21 (Pages 78 - 81)

Page 86

1 Exhibit 5, would there have been anyone else that
2 would have been responsible for investigating
3 allegations of injuries related to Takata airbags?
4     A.  They would be under Tim Lowery's team.  So
5 there would be a drop-down and then you would see
6 who was on his team.
7     Q.  As you sit here today, are you familiar
8 with the names of the folks that were on his team?
9     A.  Yes.
10     Q.  And who are they?
11     A.  At 2019 time or at present?
12     Q.  At 2019 time, and then if it's changed,
13 then the present.  Thank you for that clarification.
14     A.  At 2019, there was Chris Kroenke.  There
15 was Noah Yanowitz, Theodore Vaughn, Tim Lowery, of
16 course, and I'd have to double-check if Patrick
17 Huthe (phonetic) was in the department at the time.
18     Currently, there's an additional member of
19 the team, Matt Pridmore.  Patrick Huthe has left the
20 product analysis team and Noah Yanowitz, Theodore
21 Vaughn are still there, and Thomas Unselt is no
22 longer with us.
23     MR. BOWER:  I'm going to mark another
24     exhibit.  Give me a moment.
25     (Thereupon, the referred-to document was

Page 87

1 marked for Identification as Plaintiffs' Exhibit 6.)
2 BY MR. BOWER:
3     Q.  I've marked Exhibit 6, although this one
4 might have been blank.  Let me know when you pull it
5 up.  It's another org chart.
6     A.  Okay.  One second.
7     Yes, I see it.
8     MR. BOWER:  For all those on the call, it
9     looks like this exhibit sticker came out as
10     blank for some reason.  I may have hit the
11     wrong button.
12     But in any event, it was already marked as
13     Plaintiffs' Exhibit 3, it looks like, in the
14     Aikman deposition, and it does have a Bates
15     number, although it's very difficult to read.
16     It appears to be 15653.
17     But in any event, it was Plaintiffs'
18     Exhibit 3 for the Aikman deposition.
19 BY MR. BOWER:
20     Q.  Do you recognize this document,
21 Mr. Gunther?
22     A.  I recognize the org chart.
23     Q.  This org chart is dated January 7, 2019;
24 is that correct?
25     A.  That's what the document states, yes.

Page 88

1     Q.  At that time, did you report to
2 Mr. David Tait?
3     A.  Yes.
4     Q.  Would you make formal reports to him?
5     A.  Define what a formal report is.
6     Q.  Would you provide anything to him in
7 writing, for example?
8     A.  Yes, we have e-mails.
9     Q.  Would you provide, like, a more
10 formalized, you know, regular report to him via
11 e-mail or other format?
12     MR. KNAPP:  Objection to form.
13     THE WITNESS:  If he requested a specific
14     report, we would provide, to the best of our
15     abilities, whatever he's requesting.
16 BY MR. BOWER:
17     Q.  What types of information has he requested
18 from you over time?
19     A.  Typically, status of where we're at with
20 particular recalls in the field outside of Takata
21 and any ad hoc specific request related to maybe
22 something in the business of the week or the day.
23     Q.  Can you just explain why your answer -- in
24 your answer, you stated that he would request
25 particular recalls in the field outside of Takata

Page 89

1 from you?
2     A.  Because my department, with Tom being the
3 expert on Takata and managing that project, we have
4 new recall determinations from Daimler now on a
5 weekly basis.  So he might want to know what is the
6 status and where we're at in the process of
7 launching a particular recall.
8     Q.  Can you explain what you mean when you
9 said "we have new recall determinations from Daimler
10 now on a weekly basis"?  What does that mean?
11     A.  That means that Daimler decides on the
12 recall or the safety determination or determination
13 to conduct a recall, so safety consequence
14 compliance, or consequence, and then ultimately we
15 will then initiate our process on our side to submit
16 the Part 573 report required by NHTSA as well as the
17 additional subsequent operational task to -- to
18 initiate that recall in the field and inform
19 customers.
20     Q.  And when did this kind of new recall
21 process begin?
22     MR. KNAPP:  Object to form.
23     THE WITNESS:  It began as a response to
24     the audit query, as far as the cadence is
25     considered.

23 (Pages 86 - 89)

Page 90

BY MR. BOWER:

1  BY MR. BOWER:
2     Q.  Thank you.
3        And that audit query you're referring to,
4  is that in connection with -- that's in connection
5  with the fine that MB U.S.A paid to NHTSA, correct?
6     A.  A result of the audit query was a fine,
7  yes.
8     Q.  I just want to make sure we're both
9  referring to the same thing.  Thank you.
10       Are these regular weekly meetings with
11 Daimler to discuss ongoing recalls as well as
12 potentially new recalls?
13    A.  No.  They're not weekly meetings that I
14 attend.  We only get the notification that Daimler
15 decided on specific topics.
16    Q.  And how do you receive those
17 notifications?
18    A.  Via e-mail.
19    Q.  Who would be the one at Daimler to send
20 those e-mails?
21    A.  It would be someone from the GSP/TPR
22 department, Christiane Netzker in 2019.
23    Q.  Sir, have you -- we touched about this a
24 bit earlier, but I'd like to go back and confirm for
25 a moment.

Page 91

1        Have you attended meetings in person with
2  folks from NHTSA regarding the Takata recalls?
3     A.  There was one meeting that I recall that I
4  did attend in person early at my start in DCA.
5     Q.  Do you recall who attended that meeting?
6     A.  Tom Brunner, Anthony Zepf, outside
7  counsel, I believe Christiane Netzker.  I don't want
8  to speculate.  And Dr. Professor Schoneburg.
9     Q.  And you believe that meeting occurred
10 sometime late 2017, early 2018?
11    A.  That sounds about right.
12    Q.  Do you recall what was discussed at that
13 meeting?
14    A.  If I recall correctly, there was a
15 discussion about where we're at in launching certain
16 priority groups and the status of spare parts
17 supply.
18    Q.  Did either MB USA or Daimler make any
19 presentations at that meeting?
20    A.  Yes.
21    Q.  Do you know what the topic of the
22 presentations was?
23    A.  No, I do not.
24    Q.  Do you know who made the presentations?
25    A.  No, I do not.

Page 92

1     Q.  Did you receive a copy of the
2  presentations?
3     A.  I don't recall.
4     Q.  Was there an agenda prepared for that
5  meeting?
6     A.  I don't recall.
7     Q.  As the compliance manager for
8  Mercedes-Benz USA, are you aware of any testing
9  being conducted of the Takata inflators that were
10 removed from Mercedes vehicles?
11    A.  I'm aware that testing was conducted.
12    Q.  And who has conducted the testing?
13       MR. KNAPP:  I'm just going to object real
14 quick in case this concerns attorney-client
15 privilege.
16       If we need to, we'll talk separately,
17 Greg.  But to the extent that these questions
18 are going to information you've learned from
19 attorneys, you're not to disclose that, and he
20 doesn't want you to disclose that.
21       But if you have independent knowledge,
22 outside of communications with counsel, you can
23 speak to that.
24       MR. BOWER:  Let me just respond briefly
25 before you answer.

Page 93

1        I don't know that the name of a -- of
2  whoever may have conducted testing is
3  privileged information.
4        So I don't know that I would agree with
5  your representation there.
6        But are you instructing him not to answer
7  the name of whoever it may been that conducted
8  testing on Takata airbags?
9        MR. KNAPP:  If he has an independent
10 knowledge of the name, who may have conducted
11 the testing, he can provide that.
12       MR. BOWER:  But are you instructing him
13 not to answer that question if he obtained that
14 knowledge from counsel, either internal or
15 external?
16       MR. KNAPP:  Yes.
17       MR. BOWER:  It's your position that the
18 name of whoever that may be or whether it's a
19 third party, the name itself is privileged?
20       MR. KNAPP:  What I'm instructing him is if
21 he learned this information in conversations
22 with counsel, then yes.
23 BY MR. BOWER:
24    Q.  Can you answer the question, sir?
25    A.  I learned that information in conversation

Page 94

1 with counsel.
2    Q.   When did you learn that information?
3    A.   At the meeting that you mentioned before,
4 either in late 2017 or early 2018.
5    Q.   Was that meeting with NHTSA?
6    A.   That was a meeting with counsel prior to
7 the meeting with NHTSA.
8    Q.   Was that information of who was conducting
9 the testing disclosed to NHTSA?
10    A.   I don't recall.
11    Q.   Who disclosed the name of the entity that
12 was conducting the testing to you?
13        MR. KNAPP:  Objection.
14        Again, if this is in the context of you
15 meeting with the attorneys --
16        MR. BOWER:  I'm only asking the name of
17 the person.  That's not privileged.  It doesn't
18 call for privileged information.
19        MR. KNAPP:  Go ahead.
20        THE WITNESS:  Sorry.  Can you repeat the
21 question?
22 BY MR. BOWER:
23    Q.   Yes.  Sure.  Who told you the name of the
24 entity that was conducting testing on Takata
25 airbags?

Page 95

1    A.   It was outside counsel -- in the meeting
2 with outside counsel that I was a part of.  We
3 discussed this as a group with -- with folks from MB
4 U.S.A and Daimler.
5    Q.   Other than Professor Schoneburg from
6 Daimler, was anyone else attending on behalf of
7 Daimler?
8    A.   No.
9    Q.   Did the counsel -- is it your
10 understanding that counsel there represented both
11 Daimler and MB U.S.A?
12        MR. KNAPP:  Objection to form.
13        MR. BOWER:  I'll rephrase.
14 BY MR. BOWER:
15    Q.   The outside counsel you referenced, who
16 did you understand them to be representing?
17    A.   Daimler and MB USA.
18    Q.   Do you know what law firm that counsel
19 works for?
20    A.   That was Hogan Lovells.
21        MR. BOWER:  I'm going to introduce another
22 exhibit here.
23        (Thereupon, the referred-to document was
24 marked for Identification as Plaintiffs' Exhibit 7.)
25 BY MR. BOWER:

Page 96

1    Q.   If you hit refresh, you should get what
2 has been marked as Exhibit 7.
3    A.   I can see it.
4    Q.   Okay.  Just for the record, this is Bates
5 number 93349.  Just take a moment to review that
6 document and then I'll have a few questions.
7    A.   Okay.
8    Q.   Did you attend a meeting in or about
9 January of 2020 with NHTSA to discuss the Takata
10 recalls?
11    A.   According to this document, I did.
12    Q.   Do you recall attending such a meeting?
13    A.   I've attended multiple meetings with
14 NHTSA.  I don't recall the exact date.
15    Q.   Do you recall -- if you look at the
16 attendees for this meeting, at least on the first
17 page there, you see Tom Brunner; Greg, yourself,
18 Greg Gunther; Bibi Analil; and Tiffany Ntanos, I
19 believe, from MB Cars.
20        Do you see that?
21    A.   Correct.  I see that.
22    Q.   And then who is Antonio -- is it Mole or
23 Mole?
24    A.   Mole.
25    Q.   He works for Mercedes-Benz Vans; is that

Page 97

1 correct?
2    A.   Correct.
3    Q.   Do you recall attending a meeting where he
4 attended in person?
5    A.   I don't recall, actually.
6    Q.   If you turn to the second page of the
7 meeting -- of that document.  Sorry.  This is a
8 request for certain foreign nationals to attend the
9 meeting, admittance form, correct?
10    A.   That's what it looks like.  I'm not
11 familiar with the document, but that's what it
12 states.
13    Q.   Do you know -- do those names look
14 familiar to you on the second page of the exhibit?
15    A.   Yes.
16    Q.   How do you know those names?
17    A.   They're colleagues that we work with at
18 Daimler.
19    Q.   Do you work with them on the Takata
20 matter?
21    A.   We work with them on other matters as
22 well.
23    Q.   Including the Takata matter, though?
24    A.   I can't speak specifically to Takata.
25 That would be a question for Tom Brunner.

25 (Pages 94 - 97)

Page 98

1    Q.  Do you remember attending a meeting where
2  these folks from Daimler appeared in person?
3    A.  I actually don't.  Given that this date is
4  February or -- sorry -- January 24, 2020, I'm
5  wondering if this was something that was impacted by
6  COVID or not.  I don't recall.
7    Q.  Other than David Tait, is there anyone
8  you've reported to since you took over as the role
9  of department manager for vehicle compliance?
10   A.  No.  He would be the only person I
11  reported to.
12   Q.  Outside of your conversation with counsel
13  that we've already gone through, are you aware of
14  any other testing that's being conducted on the
15  Takata inflators that were removed from Mercedes
16  vehicles?
17   A.  No.
18   Q.  Does your answer include both internal
19  and -- any internal testing and any third-party
20  testing?
21   A.  Correct.
22   Q.  I don't think I asked this, so let me just
23  make sure that I have it covered.
24       The earlier meeting that you do recall
25  attending with NHTSA regarding the Takata airbags,

Page 99

1  who else from MB U.S.A attended?
2       MR. KNAPP:  Objection, asked and answered.
3       But you can go ahead.
4       THE WITNESS:  Specifically on this date in
5    February, I don't recall actually even
6    attending a meeting with the folks, with the
7    German counterparts that are listed here, let
8    alone the MB U.S.A counterparts.  I'd be
9    speculating who actually attended.
10 BY MR. BOWER:
11   Q.  Yeah.  I apologize.  Maybe my question
12  wasn't clear.
13       I'm talking about the meeting that you do
14  recall attending in late 2017 or 2018.
15   A.  Yeah.
16   Q.  Okay.  Who else besides yourself from MB
17  U.S.A attended that meeting?
18   A.  Tom Brunner and Anthony Zepf.
19   Q.  Okay.  Thank you.
20       Sir, other than the vehicle compliance
21  department at Mercedes-Benz USA, are there any other
22  departments or persons that would be responsible for
23  monitoring safety issues that may be occurring in
24  Mercedes vehicles in the United States?
25   A.  Not specific to safety.  Just general

Page 100

1  vehicle issues is something that engineering
2  services, in general, is looking at.
3    Q.  Are you familiar with the process by which
4  they look at those issues?
5    A.  I'm not -- those departments are outside
6  of my responsibility.  In general, I am familiar
7  with the process.
8    Q.  What do you know about the process?
9    A.  The case escalation ticket that I
10  mentioned before in the PTSS system for dealer
11  support, and then there are also folks that collect
12  warranty return parts and work with suppliers here
13  in North America to review those components and
14  understand why they were replaced.
15   Q.  I'm just making sure I understand your
16  answer.
17       You say they work with supervisors here in
18  North America to review those components; is that
19  correct?
20   A.  No, I did not say supervisors.
21   Q.  Can you clarify that?
22   A.  In what context?  Sorry.  I don't
23  understand the question.
24   Q.  When I asked you what you're familiar with
25  regarding the process that the engineering

Page 101

1  department might employ to monitor for safety
2  issues, I think in your answer you mentioned there
3  were folks that collected warranty return parts and
4  worked with, might be suppliers here in North
5  America to review those components and understand
6  why they were replaced?
7    A.  That's correct.  But it's not specific to
8  safety.  It's all components that might be replaced
9  under warranty.
10   Q.  That would include safety, though; is that
11  correct?
12   A.  That would include all components from the
13  vehicle, bumper to bumper, but not characterized as
14  safety.
15   Q.  Do you know whether anyone from that
16  department has conducted any review in connection
17  with the Takata airbags?
18   A.  No, I'm not aware.
19   Q.  Based on your experience as department
20  manager of vehicle compliance, would there be
21  anything preventing them from conducting such a
22  review in connection with Takata airbags?
23   A.  Not that I'm aware of.
24   Q.  Sir, would you agree that, generally
25  speaking, companies like Mercedes-Benz USA should

26 (Pages 98 - 101)

Page 102

1 act as quickly as possible to remedy defects in
2 products that they sell?
3     MR. KNAPP: Objection to form.
4     THE WITNESS: We act as quickly as
5   possible to remedy any issues that a customer
6   might experience.
7 BY MR. BOWER:
8   Q. Would you agree that one injury caused by
9 a defective component in a consumer product is one
10 too many?
11     MR. KNAPP: Objection to form.
12     THE WITNESS: It depends on the context of
13   the injury.
14 BY MR. BOWER:
15   Q. What if the injury is caused by a
16 defective component, would you agree, then, that it
17 would be one too many?
18     MR. KNAPP: Same objection.
19     THE WITNESS: It's never our intention to
20   have defective components in vehicles, let
21   alone have them lead to an injury.
22     But this is exactly why we conduct safety
23   recalls.
24 BY MR. BOWER:
25   Q. Sir, would you agree that Mercedes-Benz

Page 103

1 USA has an obligation to its customers to make sure
2 that the parts it puts into vehicles are not
3 defective?
4     MR. KNAPP: Objection to form.
5     THE WITNESS: We have an obligation to
6   introduce remedies. We do not select
7   suppliers. We do not oversee quality of
8   suppliers, and we do not design the systems
9   that are in our vehicles that we sell.
10 BY MR. BOWER:
11   Q. What do you mean by "We have an obligation
12 to introduce remedies"?
13   A. Remedies when it comes to a defect
14 determination. So when a defect determination is
15 made, it's our job to launch that as quickly as
16 possible.
17   Q. And it's your position, as head of
18 department for vehicle compliance, that a remedy for
19 a part in a vehicle that might be dangerous would be
20 to issue a recall; is that correct?
21     MR. KNAPP: Objection to form.
22     THE WITNESS: If there's a safety risk,
23   then we state that inside our 573 reports, and
24   we issue a remedy to -- to remedy that issue in
25   the field.

Page 104

1 BY MR. BOWER:
2   Q. So you would agree that there's a safety
3 risk with the Takata airbags, correct?
4     MR. KNAPP: Objection to form.
5     THE WITNESS: Yes, as stated in the Takata
6   holdings or the Takata filing 573 as well as
7   our own 573 filings.
8 BY MR. BOWER:
9   Q. I just want to be clear on one more thing,
10 sir. I think then we can wrap up.
11     As head of vehicle compliance for
12 Mercedes-Benz USA, do you believe that Mercedes has
13 any obligation to its United States customers to
14 test the safety of the parts that go into the
15 vehicles itself?
16   A. Not MB USA.
17   Q. Go ahead.
18   A. We work as part of the chain of reporting
19 those issues in working with our Daimler
20 counterparts that are responsible for creating those
21 systems or engineering those systems in order to
22 figure out if there is a problem.
23   Q. But I'm trying to figure out what should
24 happen before those products are sold to customers,
25 not after the fact but prior to the sale.

Page 105

1     And so do you think Mercedes has any
2 obligation to make sure that those products are safe
3 prior to selling them to customers?
4     MR. KNAPP: Objection to form.
5     THE WITNESS: We do not design the
6   vehicles. So MB USA, as an entity, does not
7   have that obligation.
8     MR. BOWER: I have nothing further. Thank
9   you.
10     MR. KNAPP: Can we just take a quick
11   break? Five minutes?
12     MR. BOWER: Sure.
13     THE VIDEOGRAPHER: We're going off the
14   record. The time is 1:46 p.m.
15     (Short recess taken.)
16     THE VIDEOGRAPHER: We're going back on the
17   record. The time is 1:50 p.m.
18     MR. KNAPP: This is Eric Knapp for
19   Mercedes-Benz USA. We have no questions and
20   the witness will read and sign. Thank you.
21     THE VIDEOGRAPHER: This concludes today's
22   testimony given by Greg Gunther.
23     The time is 1:50 p.m. The total number of
24   media units is three and will be retained by
25   Veritext Legal Solutions Florida.

27 (Pages 102 - 105)

Page 106

1    THE COURT REPORTER:  Does anyone need a
2  rough or just regular?
3    MR. BOWER:  I think we have a standing
4  order, but whatever that is for us.
5    MR. KNAPP:  For MB USA, I think we also
6  have a standing order, but it's typically a
7  rough and a final.
8    (Concluded at 1:50 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 107

1    AFFIDAVIT
2
3  STATE OF FLORIDA    )
   COUNTY OF _____ )
4
5  I, _____, being
   first duly sworn, do hereby acknowledge that I did
   read a true and certified copy of my deposition
6  which was taken in the case of TAKATA AIRBAG
   LITIGATION, taken on the 28th day of July, 2021, and
7  the corrections I desire to make are as indicated on
   the attached Errata Sheet.
8  _____
             (Deponent)
9
10  + + + + + + + + + + + + + + + + +
11    CERTIFICATE
12
13  STATE OF FLORIDA    )
   COUNTY OF _____ )
14
15    Before me personally appeared
16  _____,
   to me well known / known to me to be the person
17  described in and who executed the foregoing
   instrument and acknowledged to and before me that he
18  executed the said instrument in the capacity and for
   the purpose therein expressed.
19
20    Witness my hand and official seal, this
   _____ day of _____, _____.
21
22
23  _____
             (Notary Public)
24
   My Commission Expires:
25

Page 108

1    ERRATA SHEET
2  TAKATA AIRBAG LITIGATION
   Deponent:  GREG GUNTHER
3  Date of :  July 28, 2021
4
5  PAGE  LINE    REMARKS
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20
21  _____
22         Signature of Witness
   _____
23  (Notary Public)
24  Dated this _____ day of _____, _____.
   My Commission Expires: _____
25

Page 109

1
2    CERTIFICATE OF OATH
3
4  STATE OF FLORIDA   )
5  COUNTY OF BROWARD  )
6
7    I, the undersigned authority, certify
8  that GREG GUNTHER personally appeared before me
9  and was duly sworn.
10    WITNESS my hand and official seal this
11  5th day of August, 2021.
12
13
14  *Suzanne Vitale*
15  SUZANNE VITALE, R.P.R., F.P.R.
   Notary Public, State of Florida
16  My Commission No. DD179981
   Expires: 5/24/2024
17
18
19
20
21
22
23
24
25

28 (Pages 106 - 109)

Page 110

1
2                 CERTIFICATE
3
4  STATE OF FLORIDA  )
5  COUNTY OF BROWARD )
6
7        I, SUZANNE VITALE, R.P.R., F.P.R. do
8  hereby certify that I was authorized to and did
9  stenographically report the foregoing deposition
10 of GREG GUNTHER; that a review of the transcript
11 was requested; and that the transcript is a true
12 record of my stenographic notes.
13        I FURTHER CERTIFY that I am not a
14 relative, employee, attorney, or counsel of any
15 of the parties, nor am I a relative or employee
16 of any of the parties' attorney or counsel
17 connected with the action, nor am I financially
18 interested in the action.
19        I                                1st, 2021.
20        _Suzanne Vitale_
21
       SUZANNE VITALE, R.P.R., F.P.R.
22     My Commission No. DD179981
       Expires: 5/24/2024
23
24
25

---

Page 111

1        VERITEXT FLORIDA, LLC
         Two South Biscayne Blvd., Suite 2250
2          MIAMI, FL  33131
            305-376-8800
3
4  GREG GUNTHER c/o
   SQUIRE PATTON BOGGS, LLP
5  275 Battery Street
   Suite 2600
6  San Francisco, California 94111
   ATTENTION:  ERIC J. KNAPP, ESQ.
7
8          August 5, 2021
9  RE:  Takata Airbag Litigation
   AVAILABLE FOR READING UNTIL:  30 days
10
   GREG GUNTHER:
11
         This letter is to advise you that the
12 transcript of your deposition is available for
   reading and signing.
13
         PLEASE CALL THE ABOVE NUMBER TO MAKE AN
14 APPOINTMENT to come to the Veritext office closest
   to you to read and sign the transcript.  Our office
15 hours are 8:30 a.m. to 4:30 p.m., Monday through
   Friday.
16       In the event other arrangements are made,
   please send us a notarized list of any and all
17 corrections and/or changes, noting page and line
   numbers, and the reason for such changes, so that we
18 can furnish respective counsel with a copy.
         If the reading and signing has not been
19 completed prior to the above-referenced date, we
   shall conclude that you have waived the reading and
20 signing of the deposition transcript.
                                   matter is
21 appreci _Suzanne Vitale_
                                   .R., F.P.R.
22
23
24
25

[& - agree]

**&**

**&** 2:3

**0**

**00032313** 3:6
**00093349** 3:9
**00117754** 3:7
**00151874** 3:7
**07068-1788** 2:5

**1**

**1** 3:6 4:14 10:11,19
   20:3,20
**10** 3:6
**10/29/2019** 85:5
**10:12** 1:12 4:3
**117754** 57:7
**11:10** 45:19
**11:18** 45:22
**12:12** 83:17
**14** 26:12
**14-24009** 1:4
**15-20664** 1:3
**15-2599** 1:3 4:20
**15653** 87:16
**1:12** 83:20
**1:46** 105:14
**1:50** 1:12 105:17,23
   106:8

**2**

**2** 3:6 46:11 64:10
**20** 56:13
**2013** 19:23
**2014** 19:23 20:9,14
   46:25 47:6,22
**2016** 80:7,8 82:19
**2017** 21:7 23:8,13
   24:23 25:11,17,24
   26:5,11,15 27:3
   31:11,24 32:15,18
   32:21 33:23 39:3
   49:21 51:24 52:7,8

52:9 54:15 55:3,5
   81:13,14 85:8,12
   91:10 94:4 99:14
**2018** 9:25 10:5 60:7
   91:10 94:4 99:14
**2019** 86:11,12,14
   87:23 90:22
**2020** 96:9 98:4
**2021** 1:11 4:4 107:6
   108:3 109:11
   110:19 111:8
**211** 13:2
**2250** 111:1
**24** 98:4
**255** 2:8
**2599** 1:2
**2600** 2:15 111:5
**275** 2:14 111:5
**28** 1:11 4:4 108:3
**28th** 107:6
**29** 80:8

**3**

**3** 3:7 56:25 57:2,6
   60:10 64:10 87:13
   87:18
**30** 111:9
**305-376-8800**
   111:2
**314** 3:6 48:24
**32313** 46:5
**3249** 109:14 110:21
   111:21
**33131** 111:2
**33134** 2:9
**350** 3:9

**4**

**4** 3:7 79:15,24 84:5
**46** 3:6
**4:30** 111:15

**5**

**5** 2:4 3:8 84:17,19
   84:21,24 86:1
   111:8
**5/24/2024** 109:16
   110:22
**57** 3:7
**573** 28:24 61:14
   62:6 89:16 103:23
   104:6,7
**5th** 109:11 110:19

**6**

**6** 3:3,8 87:1,3
**60** 59:23

**7**

**7** 3:9 87:23 95:24
   96:2
**758** 77:10
**759** 71:2,5,18
**775** 3:7
**79** 3:7

**8**

**84** 3:8
**86** 3:8
**877** 3:7
**8:30** 111:15

**9**

**93349** 96:5
**94111** 2:15 111:6
**95** 3:9

**a**

**a.m.** 1:12 4:3 45:19
   45:22 111:15
**abilities** 88:15
**able** 23:2 48:25
   49:4 74:12 79:14
**accident** 8:20 47:9
**accrue** 81:13

**accurate** 58:16
   60:24
**accurately** 85:3
**accused** 25:15
**acknowledge** 107:5
**acknowledged**
   107:17
**acknowledgment**
   70:8
**act** 102:1,4
**action** 5:3 42:3
   43:19 85:20 110:17
   110:18
**actions** 41:14,16,23
   41:24,25 42:14,15
   43:13,15,16 85:15
**ad** 88:21
**add** 84:8,11
**addition** 17:21
   26:20 28:21
**additional** 12:4,7
   32:8 58:4 71:11
   73:6 86:18 89:17
**address** 60:20
**administer** 5:2
**administration**
   24:5 27:3,7,8
**admit** 70:8
**admittance** 97:9
**advise** 111:11
**affidavit** 107:1
**affiliation** 5:7
**age** 6:3
**agencies** 15:9 16:9
   18:22 24:4,10 25:6
   25:20 26:22
**agenda** 92:4
**agnello** 2:3
**ago** 6:22,24
**agree** 4:12 17:21
   18:3 62:3,8,11,15

63:4,7,19 64:3
72:23 78:3,14 93:4
101:24 102:8,16,25
104:2
**agreeing**  75:19
**ahead**  46:21 94:19
99:3 104:17
**aid**  66:7
**aiding**  19:13
**aikman**  87:14,18
**airbag**  1:7 4:17
36:4,16 38:18
39:11,21 40:2,11
54:3,9,24 61:23
62:3,11 63:4,7
69:18 71:24 74:9
75:2,3 77:13,16,20
77:24 78:24 79:10
107:6 108:2 111:9
**airbags**  21:16
31:12,14,18 35:24
35:25 36:8,11 39:5
39:18 41:4,7 49:9
52:1,15,23 53:15
54:20 55:14 56:7
56:16 63:19,25
64:3,6 71:20,20
74:5 75:13,18,23
76:4,11,15,18,20
79:1 86:3 93:8
94:25 98:25 101:17
101:22 104:3
**alert**  50:5,7
**alerted**  23:1
**alhambra**  2:8
**allegation**  29:24
36:16 37:2,8 39:18
51:21 69:20 72:18
**allegations**  25:19
29:12 31:17 34:4
35:7 36:8,11 37:13

37:18,20,23 38:1
38:18 39:4,8 41:6
51:22 86:3
**allocate**  60:17
**ambiguous**  63:11
**america**  8:12 11:5
11:7 19:9,11,11
100:13,18 101:5
**amount**  26:9,13
**analil**  14:8,10
31:10 33:14 96:18
**analil's**  57:21
**analysis**  14:6 23:15
24:5 29:7,11 30:4,7
30:13,17 35:11
39:13 49:20 50:2
51:19 86:20
**answer**  7:3,5,20
28:12 38:11,25
44:4,10 52:17,25
53:7 62:22 63:13
68:14,23 69:4 71:9
71:13,23 72:7
77:16 88:23,24
92:25 93:6,13,24
98:18 100:16 101:2
**answered**  16:25
54:11 67:20 76:13
99:2
**answers**  62:24 71:6
**anthony**  91:6 99:18
**antonio**  96:22
**anybody**  84:10
**aoi**  60:14,22
**apologies**  53:9
**apologize**  28:11
99:11
**appearance**  5:7,10
**appearances**  2:1
**appeared**  98:2
107:15 109:8

**appearing**  5:22
**appears**  79:15
87:16
**applicable**  43:13
**application**  23:22
**applied**  23:19
**apply**  47:17
**applying**  24:1
**appointment**
111:14
**appreciate**  65:7
68:21
**appreciated**  111:21
**appropriate**  23:6
34:13 35:16 57:23
70:19 74:18
**approval**  14:25
**approved**  73:2,9,11
**approximate**  26:9
26:13 40:18
**approximately**  8:7
9:10 21:4 24:18,21
24:24 26:1 33:23
36:14 39:16 40:5
56:6 79:4
**area**  27:1 29:4 41:3
60:15
**areas**  24:8 29:22
35:18 41:9
**argumentative**
18:19 54:11
**arrangements**
111:16
**arrive**  43:7
**arrives**  44:23
**arriving**  44:18
**aside**  16:19 17:7
78:12
**asked**  16:24 39:4
54:10 65:1 67:19
76:13 98:22 99:2

100:24
**asking**  6:15 38:10
40:4 48:1,2 52:6
94:16
**assign**  35:16
**assigned**  35:12,13
35:22
**assistance**  30:1
67:13
**assume**  32:22
**assumption**  32:23
**astounding**  68:14
**attached**  107:7
**attend**  11:18 33:15
33:16 80:11,16
82:13 83:6 90:14
91:4 96:8 97:8
**attended**  82:17
91:1,5 96:13 97:4
99:1,9,17
**attendees**  81:24
96:16
**attending**  5:6 81:2
95:6 96:12 97:3
98:1,25 99:6,14
**attends**  33:12
**attention**  23:4 61:6
111:6,20
**attorney**  5:11,21
38:20 92:14 110:14
110:16
**attorneys**  92:19
94:15
**audio**  4:10,11
**audit**  9:24 10:2,5
60:6 89:24 90:3,6
**august**  109:11
110:19 111:8
**authority**  109:7
**authorized**  5:2
110:8

**automated** 51:18
**automatically** 32:7
**available** 18:1
  32:12 35:5 68:7
  69:7 111:9,12
**aware** 13:15 26:3
  31:2,21 36:10,14
  36:15,16,18 37:11
  38:7 39:6 41:7,8
  44:15 49:7,13 54:2
  54:5,8,12 59:12
  61:18 72:8,12,22
  73:14 75:12 79:11
  92:8,11 98:13
  101:18,23

**b**

**b** 14:10,10
**bachelor's** 11:23
**back** 19:4,14 20:5,8
  20:16 28:12 45:21
  45:24 50:14,19
  53:5 66:22 68:22
  70:4,5 77:9 81:19
  83:19,22 90:24
  105:16
**background** 61:7
**based** 44:15 59:16
  59:19 60:23 69:11
  75:10 81:22 82:4
  82:25 101:19
**basis** 31:6 32:23
  61:1 67:5,16 77:1
  78:23 89:5,10
**bates** 9:19 46:5
  57:7 71:2 87:14
  96:4
**battery** 2:14 111:5
**beaming** 43:21
**becker** 2:4
**began** 89:23

**beginning** 5:10
  53:21 55:17
**behalf** 2:2,12 5:13
  5:15,22 8:14 9:1
  95:6
**believe** 10:8 11:8
  23:23 26:12 27:3
  29:4 36:24 37:18
  37:20,23 47:7
  61:13 63:14,22
  68:1,4 69:1,4,12,21
  72:13 82:14 91:7,9
  96:19 104:12
**benz** 2:12,20 5:18
  9:1 10:24 11:1,3,11
  11:14 13:5,15 14:3
  14:17 15:12,13,21
  17:24 18:3,8,15,25
  19:24 20:6,8,13
  21:11 24:22 25:10
  25:15,22 26:4,10
  26:14 34:3,5 48:4
  48:12 50:9 51:6
  52:10 54:15 55:6
  58:14 59:1,20 60:2
  61:15 63:7 68:1
  69:12,17,22 71:14
  71:19,25 72:9,12
  72:22 76:10,11
  92:8 96:25 99:21
  101:25 102:25
  104:12 105:19
**best** 17:16 66:7,15
  70:3 88:14
**better** 74:24 75:4
**bibi** 14:8,10 31:9
  33:14 57:21 96:18
**bigger** 23:17
**biscayne** 111:1
**bit** 19:4 90:24

**blank** 84:9,12 87:4
  87:10
**blvd** 111:1
**body** 20:17 21:1,20
  21:24
**boggs** 2:14 5:18
  111:4
**bold** 71:19
**bottom** 20:2,20
  46:22 64:10 71:3
  73:13
**bower** 2:5 3:3 5:12
  5:12 6:9,14 10:20
  13:14 16:16 17:3
  17:20 18:13,24
  25:14,21 38:16,24
  39:24 40:23 42:17
  43:3,4 44:5,6,14
  45:3,11,15,23
  46:12 47:25 48:8
  48:22 49:12 50:17
  51:14 52:5,20 53:4
  53:6,23 54:7,13
  56:24 57:3 59:16
  59:18 60:8 61:19
  62:10,21,25 63:3
  63:18 64:2,8,21
  65:3,9 66:12,20
  67:4,15,24 68:9,21
  69:9,16 70:2,20,25
  72:21 73:8 74:20
  75:8 76:21 78:11
  78:22 79:25 83:8
  83:15,21 84:2,8,12
  84:15,18,22 86:23
  87:2,8,19 88:16
  90:1 92:24 93:12
  93:17,23 94:16,22
  95:13,14,21,25
  99:10 102:7,14,24
  103:10 104:1,8

  105:8,12 106:3
**brand** 77:14
**break** 7:18,20,22
  45:10 83:9,13
  105:11
**breakdown** 47:11
  47:19 48:7,17,20
**briefly** 92:24
**bring** 70:18
**broad** 27:14 29:4
**brody** 2:3
**brook** 11:19 12:3,6
**broward** 109:5
  110:5
**brunner** 14:8 33:18
  49:20 52:3 53:18
  54:23,25 55:17
  57:25 58:18 70:17
  83:6 91:6 96:17
  97:25 99:18
**bucket** 60:20
**build** 28:2
**bullet** 60:12 81:12
**bumper** 15:8,9
  43:23,24 101:13,13
**bunch** 65:5
**business** 68:5 69:5
  88:22
**button** 87:11
**byrne** 2:3 5:13

**c**

**c** 111:4
**cac** 29:25 30:1
  51:11,16
**cadence** 89:24
**cafe** 25:7 26:6,18
**california** 2:15
  111:6
**call** 30:9 87:8 94:18
  111:13

**called**  20:15 22:18
**calls**  7:4 38:20 44:2
  63:12
**campaign**  24:5
  25:4 27:3,7,12,12
  27:13,14,15,15,16
  28:14 61:4 63:16
**campaigns**  27:8,9,9
**capable**  70:16 75:5
**capacity**  8:14 64:25
  107:18
**car**  77:14
**carb**  24:14 25:2
  26:5
**carefully**  68:10
**carella**  2:3 5:13
**carl**  2:19
**cars**  41:18 78:16
  96:19
**case**  1:3,4 6:15 8:10
  8:14,18,18,21 9:17
  22:18,19,19,21
  30:23 31:3 35:12
  37:7,25 39:15,15
  40:9 48:21,24
  70:15 75:2,9,11
  77:1,1 92:14 100:9
  107:6
**cases**  35:13,22 37:4
  51:2 70:11
**caudle**  2:20 5:20,21
  9:7
**cause**  1:19 64:12
**caused**  102:8,15
**cecchi**  2:3
**cell**  4:8
**cellular**  4:7
**center**  30:1,9 41:14
  41:16,17,17 67:13
  85:21

**centers**  41:21 43:6
  43:8
**certain**  13:16,16,19
  35:18,18,21,22
  60:22 91:15 97:8
**certainly**  7:19
  44:22
**certificate**  107:11
  109:2 110:2
**certification**  14:14
  15:1,7,17 76:16
  77:8
**certifications**  14:19
  14:20,24 15:14,22
  16:4,12,22 17:10
  17:25,25
**certified**  107:5
**certify**  14:22 15:10
  109:7 110:8,13
**chain**  104:18
**chance**  46:18 79:19
**change**  14:15 23:16
  72:19
**changed**  85:9 86:12
**changes**  111:17,17
**channel**  56:5,6,16
  56:22 57:12 59:20
  79:1,10
**characterized**
  101:13
**charge**  52:10 53:14
**chart**  3:8,8 79:16
  84:3,25 87:5,22,23
**chassis**  13:2 20:17
  21:20,22,23
**check**  15:2,2,16,21
  43:12 76:16 86:16
**checkage**  19:19
**chris**  86:14
**christian**  82:1,9

**christiane**  33:22
  90:22 91:7
**christina**  82:8
**circle**  2:8
**circulated**  58:2
**circumstance**
  30:11 77:5
**circumstances**
  24:18 25:1 40:12
  49:3 60:3 61:22
**clarification**  14:9
  73:12 86:13
**clarify**  100:21
**class**  13:1
**clear**  10:1 28:13
  99:12 104:9
**clearly**  58:21,22
**client**  38:20 92:14
**closest**  111:14
**colleague**  52:3
  53:18 54:23 70:17
**colleagues**  17:14
  25:5 33:13 47:6
  50:4,14,19 77:24
  97:17
**collect**  100:11
**collected**  101:3
**college**  11:16,18
**colloquy**  70:3
**colson**  2:7 5:15
**come**  7:25 19:4
  23:5 30:13,15
  31:18 32:25 33:20
  33:21 38:17 43:10
  50:1 51:11,16,22
  55:13 70:12,13
  85:18 111:14
**comes**  29:12 51:18
  53:17 61:11,13
  103:13

**coming**  24:13 76:19
**comment**  68:22
**commission**  107:24
  108:24 109:16
  110:22
**commitment**  65:19
  67:22
**communicate**
  22:16
**communications**
  62:19 92:22
**companies**  101:25
**company**  16:7 25:5
**compass**  30:8,9,14
  30:15
**compiling**  25:9
**complaints**  50:23
  66:6,15
**complete**  18:22
  58:8
**completed**  111:19
**completion**  62:20
**compliance**  14:6
  23:14 24:2 27:18
  27:20,22,25,25
  28:7,8,17,18,20,21
  28:23,25 29:1,6,21
  31:1 35:23 36:3,21
  39:3 41:11 49:19
  51:6,24 52:10,22
  53:13 54:15,19
  55:6 58:13 63:6
  67:25 69:1,12 76:9
  81:23 85:4,8 89:14
  92:7 98:9 99:20
  101:20 103:18
  104:11
**comply**  14:14
**component**  23:6
  51:1 102:9,16

components 20:18
21:21 100:13,18
101:5,8,12 102:20
concern 8:11
concerned 13:25
concerns 19:20
92:14
concierge 2:19
84:11,14
conclude 111:19
concluded 106:8
concludes 105:21
conclusion 44:3
condescending
54:11 68:19
conduct 30:18
34:15,18 35:6,10
36:21 68:5 69:5
89:13 102:22
conducted 15:9
39:12 92:9,11,12
93:2,7,10 98:14
101:16
conducting 18:10
32:2 94:8,12,24
101:21
confirm 17:17
90:24
confirmed 69:22
70:11,15 72:17,23
73:3
connected 110:17
connection 23:21
25:16 31:12 32:15
52:1,15 90:4,4
101:16,22
connections 22:4
consent 32:13
consequence 29:2
89:13,14

considered 89:25
consistent 20:22
42:10
constructions
42:21 57:19 58:5,7
73:11
consumer 102:9
contain 71:8
content 58:21
context 27:24
28:21 29:14 48:6,9
66:19 67:8 94:14
100:22 102:12
continue 4:11
48:19
continuing 18:19
control 22:4,10
43:22
convenience 7:22
48:21 49:2
conversation 93:25
98:12
conversations 4:7
93:21
coordination 63:17
copper 22:8
copy 92:1 107:5
111:18
coral 2:9
corners 22:2
correct 8:5,6 10:3
11:17 19:24 20:1
20:11 23:9,10 27:4
27:5 29:7,8 30:14
34:25 35:1 37:21
37:22 39:7 42:8,11
44:25 45:5,7,8
46:25 49:1,2,21,22
52:7,11,12 54:9,16
54:17 55:2,3,4
57:14 59:3,4,6 60:4

65:11,12 66:25
70:23 71:6,7,9,15
71:25 72:1 76:12
76:25 80:7 83:2,23
85:24 87:24 90:5
96:21 97:1,2,9
98:21 100:19 101:7
101:11 103:20
104:3
corrections 107:7
111:17
correctly 91:14
correlate 47:15
corrosion 21:23
council 36:15
counsel 4:15 5:5
9:5 38:6,10 91:7
92:22 93:14,22
94:1,6 95:1,2,9,10
95:15,18 98:12
110:14,16 111:18
count 60:23
counterparts 15:5
78:9 99:7,8 104:20
county 107:3,13
109:5 110:5
couple 9:14 46:1,16
course 33:14 34:23
86:16
courses 12:4
court 1:1 4:18,24
5:23 6:6 7:5,10
52:25 70:3 106:1
cover 21:22 22:3
covered 98:23
covers 66:24
covid 33:18,19 98:6
crash 29:17 77:17
77:22 78:1,17
created 51:3

creating 104:20
credits 26:8
criteria 29:24
curious 47:10
current 10:23
26:21 41:10 75:23
76:1
currently 86:18
curtis 2:9 5:14
customer 27:17
28:16 29:23,25
48:18,21,25 49:2,4
50:23 51:21 59:2
60:20 62:19 65:16
66:6,14 67:12,13
67:22 73:1,6 79:17
80:3,5 102:5
customers 30:10
39:10 40:1,9 59:25
60:1,21 66:8,16
67:11 68:2,7 69:3,8
69:13,18,23 70:10
71:11 72:24 89:19
103:1 104:13,24
105:3
cut 53:2 65:3
cv 1:3,4

## d

d 3:1
daimler 15:4,18
16:21 17:9,15,24
33:15,16,19,21
42:6 65:18,22 68:6
69:6 73:14,19,20
74:3,18,21 75:3,19
76:19 77:23 78:9
89:4,9,11 90:11,14
90:19 91:18 95:4,6
95:7,11,17 97:18
98:2 104:19

**damage** 29:13,14
29:15,16
**dangerous** 62:13
63:9,11,20 103:19
**darin** 2:19 4:22
**dash** 81:11
**data** 47:4,13 48:11
49:16
**date** 55:20,22 72:8
85:10 96:14 98:3
99:4 108:3 111:19
**dated** 87:23 108:24
110:19
**david** 33:22 82:9
88:2 98:7
**day** 12:18 34:11,13
59:23 88:22 107:6
107:20 108:24
109:11 110:19
**days** 111:9
**dca** 91:4
**dd179981** 109:16
110:22
**deal** 63:1
**dealer** 22:14,16
43:17 44:24 56:1
57:18 58:11 60:21
60:25 62:19 73:10
100:10
**dealer's** 60:22
**dealers** 12:22 19:11
19:13,18 22:17
41:19 43:10 44:18
44:20 50:12,22
58:23 59:1 60:18
60:18 66:4 71:12
72:14
**dealing** 82:22
**death** 29:13
**decided** 90:15

**decides** 89:11
**decision** 74:19,22
75:10,19
**declaration** 9:1
**dedicated** 57:22
58:19
**defeat** 25:16
**defect** 28:24 31:21
32:9 33:2,8,10 39:9
39:9 61:13 62:4,9
62:16 63:15,23
65:19 70:8 73:20
73:23 74:3,13 75:5
75:9 103:13,14
**defective** 64:4,6
102:9,16,20 103:3
**defects** 65:20 102:1
**define** 21:12 25:13
34:1 88:5
**degree** 11:20,22
**demand** 77:13
**department** 13:18
14:5 20:25 23:14
24:1 29:6,12,21,22
29:25 30:1,2,3,6,12
30:16,20 31:2,8,11
32:17 33:24,25
34:6,14,15,25 35:2
35:14,17,24 36:4
36:20,21 39:4
41:10 47:8 49:19
50:6 51:6,23 52:7
54:20 55:25 56:1
56:19 58:4 85:5,7,8
85:9,12 86:17 89:2
90:22 98:9 99:21
101:1,16,19 103:18
**departments** 99:22
100:5
**depending** 37:3

**depends** 102:12
**deployment** 40:10
40:13 41:4 61:24
62:12 63:8
**deponent** 107:8
108:2
**deposition** 1:14,18
4:10,15,20 6:18 8:5
8:24 9:4 10:7,15
57:7 85:1 87:14,18
107:5 110:9 111:12
111:20
**describe** 19:8 27:15
29:9 57:15
**described** 36:19
39:9 107:17
**description** 12:19
23:21
**design** 77:17,22
78:1,17 103:8
105:5
**designers** 78:24
**desire** 107:7
**desk** 12:21 19:10
**detail** 24:7
**details** 35:7 37:25
**detected** 42:2
**determination**
73:23 75:5,10
89:12,12 103:14,14
**determinations**
73:21 74:3,13 89:4
89:9
**determine** 35:2,9
65:24 70:14
**determined** 64:12
65:14 67:17
**determines** 65:18
68:6 69:6
**develop** 77:24

**developed** 74:6
**development** 74:1
74:4
**deviation** 41:25
**device** 25:16
**diagnose** 12:22
**diagnosis** 19:13
50:24
**died** 54:2,8
**difference** 27:11
28:7
**different** 14:12
20:22 22:10 32:25
66:9 68:24 77:3
82:22
**difficult** 50:25
87:15
**direct** 3:3 6:8 61:6
71:1
**directed** 67:12
**disagree** 18:7 61:15
**disclose** 92:19,20
**disclosed** 94:9,11
**discuss** 51:11 70:17
90:11 96:9
**discussed** 8:25
41:10 51:15 52:22
53:14 81:4 83:4
91:12 95:3
**discussion** 38:6,10
54:1 73:3 91:15
**discussions** 51:17
51:25 52:14,18
53:21,25 54:19,22
**displayed** 85:16
**district** 1:1,1 4:18
4:19
**document** 9:24
10:4,18 46:10 57:1
61:3 79:23 80:8
81:7 84:20 86:25

87:20,25 95:23
96:6,11 97:7,11
**documentation**
18:21 19:1
**documents** 9:12,14
9:15,16,19,23 10:6
15:18 17:17 19:5
**doing** 17:19
**double** 86:16
**dr** 91:8
**drivability** 19:20
**driver** 61:22
**driving** 49:8
**drop** 86:5
**due** 61:24 62:12
63:5
**duly** 6:3 107:5
109:9
**duties** 23:25 41:12

**e**

**e** 3:1 13:1 30:16
46:14,14,15,16,23
47:1,5,7 88:8,11
90:18,20
**earlier** 85:23 90:24
98:24
**early** 91:4,10 94:4
**easily** 24:20
**economic** 1:5
**edits** 58:4,5
**ee** 21:1,2
**effect** 37:19
**eidson** 2:7 5:15
**eight** 11:2
**either** 28:25 29:18
79:15 91:18 93:14
94:4
**electrical** 19:21
20:18 21:3,20 22:2
22:3,6,9

**electronic** 22:19
**emission** 24:10
**emissions** 24:4,14
25:2,3,8,11,16
27:18,19,22 28:16
28:18,20,22
**employ** 101:1
**employed** 10:25
**employee** 82:10
110:14,15
**employees** 82:7
**employer** 8:12
10:23
**employment** 6:23
11:10
**encounter** 19:17
**encouraged** 62:18
**engineer** 11:24
12:1 30:4,7,13
35:11
**engineering** 11:23
12:4 82:16 100:1
100:25 104:21
**engineers** 33:5
**ensure** 67:13 77:20
77:23,25
**entail** 29:10
**enter** 45:25
**entity** 94:11,24
105:6
**environmental**
26:24
**epa** 24:14 25:2 26:5
26:14,21
**equipped** 75:24
76:4
**eric** 2:16 5:17 65:3
84:2 105:18 111:6
**errata** 107:7 108:1
**es** 82:20

**escalate** 23:4
**escalation** 22:21
100:9
**esmt** 82:13
**especially** 6:25
**esq** 2:5,9,16,20
111:6
**estimate** 26:18
**event** 47:11 48:18
48:20 69:23 87:12
87:17 111:16
**events** 47:9,19,21
48:7,17
**evidence** 35:5,10
**exact** 40:21 96:14
**exactly** 28:10 39:22
44:12 79:2 102:22
**examination** 3:2
6:8
**example** 9:19 43:18
49:7 57:12 71:17
88:7
**examples** 19:16
71:14
**excessive** 61:24
62:12
**executed** 107:17,18
**exhibit** 3:6,6,7,7,8
3:8,9 10:11,14,19
45:25 46:11 56:25
57:2,6 60:10 64:10
77:10 79:13,15,24
83:25 84:5,13,21
84:24 86:1,24 87:1
87:3,9,13,18 95:22
95:24 96:2 97:14
**exhibits** 3:4
**expect** 17:23
**expected** 72:3
**experience** 18:9
35:19 36:2 44:16

59:19 69:11 81:22
82:20 101:19 102:6
**experienced** 36:4
53:19
**expert** 52:4 54:24
55:15 74:16,17,18
89:3
**expertise** 35:18,24
35:25 74:5,11
**experts** 37:4,7
73:24 74:23
**expires** 107:24
108:24 109:16
110:22
**explain** 12:9 15:6
27:6,11,23 88:23
89:8
**explode** 61:23
62:12,17 63:5,8
70:9
**expressed** 107:18
**extended** 27:9
**extent** 38:9,20,25
92:17
**external** 93:15

**f**

**f.p.r.** 1:16 109:15
110:7,21 111:22
**fact** 10:12 53:12
72:15,24 104:25
**fall** 31:9
**familiar** 13:18 49:3
86:7 97:11,14
100:3,6,24
**faq** 72:19
**far** 13:25 21:23
58:20 89:24
**farm** 2:4
**features** 13:20,23
**february** 19:23
20:9,13 98:4 99:5

**federal** 13:20 14:13
14:22 15:3,9 28:2
76:17
**ferrari** 8:12,15
11:5,6 12:16 19:9
19:18
**fiber** 13:2
**field** 22:24 24:6
27:8,12,14 47:16
47:20 50:13,22
58:9,23 63:15,24
64:7 65:17 88:20
88:25 89:18 103:25
**figure** 104:22,23
**figures** 26:19
**file** 1:3 4:19
**filed** 1:18 4:17 6:2
8:22
**filing** 70:9 104:6
**filings** 104:7
**final** 106:7
**financially** 5:4
110:17
**fine** 45:12,17 60:2
84:6 90:5,6
**fines** 25:22 26:2,4,8
26:10,13
**finish** 19:6
**firm** 4:22 95:18
**first** 6:3 11:13,16
12:18 13:1,5 20:12
22:22,23,24 23:1
35:4 46:23 59:7
60:11,11 80:19
81:7,19 96:16
107:5
**firsthand** 37:9,24
**fits** 29:24
**five** 40:24 45:13,15
56:9 105:11

**fl** 111:2
**fla** 1:3,4
**floor** 2:4
**florida** 1:1,17 2:9
4:19,23 5:1 7:14
105:25 107:2,13
109:4,15 110:4
111:1
**focus** 16:14
**focused** 48:15
**folks** 33:15,16,20
35:17,19,21 57:21
58:6 81:22 82:6
85:17,18,25 86:8
91:2 95:3 98:2 99:6
100:11 101:3
**follow** 25:3
**following** 4:1 53:20
55:16
**follows** 6:4
**foregoing** 107:17
110:9
**foreign** 97:8
**form** 13:10 16:13
16:24 18:6,18
25:12,18 38:3
39:19 40:19 42:12
43:1 44:2 45:1
47:23 48:14 49:10
50:10 51:9 52:2,24
53:16 54:4,10
59:14 60:5 61:17
62:5,14 63:10,21
64:5,18,24 65:7
66:3,18 67:1,7,19
68:3 69:14,24 70:6
70:24 72:16,25
74:14 75:6 78:6,19
88:12 89:22 95:12
97:9 102:3,11
103:4,21 104:4

105:4
**formal** 88:4,5
**formalized** 88:10
**format** 88:11
**four** 22:1
**fourth** 71:18
**francisco** 2:15
111:6
**frequently** 71:8
**friday** 111:15
**front** 10:16 61:22
**fts** 22:25
**full** 32:5,6
**funds** 81:13
**furnish** 111:18
**further** 47:18
105:8 110:13
**future** 79:9

## g

**gables** 2:9
**gas** 25:7 26:6,19
**general** 9:22 12:11
12:19 39:21 79:17
80:3 99:25 100:2,6
**generally** 8:17 12:9
12:17 19:8 21:18
26:17 29:20,23
42:5,24 43:5 44:15
48:10 51:5 57:15
66:21 78:14 80:1
101:24
**german** 99:7
**germany** 14:21
50:15,19 51:3
**gethers** 2:19
**getting** 41:2
**gg001** 10:14
**give** 19:16 34:12
43:18 46:1,6 56:21
57:8 58:9 79:12
82:20 86:24

**given** 8:4 32:6
71:14 98:3 105:22
**gms** 80:5
**go** 4:12 6:25 29:25
30:8 40:13 46:21
59:1 65:5 66:22
83:15 90:24 94:19
99:3 104:14,17
**goes** 56:23 67:10
**going** 4:2 19:5 38:3
38:19 45:18,21,25
56:24 59:2,13
68:18,19 79:12
83:13,14,16,19,25
86:23 92:13,18
95:21 105:13,16
**good** 5:12,14,17,20
6:10,12,13 10:11
45:10,13 83:8
**goodwill** 81:13
**government** 24:3
24:10 26:22
**graduating** 12:3,6
**greenhouse** 25:7
26:6,18
**greg** 1:14 4:15 5:19
6:1 44:10 52:17
63:13 83:11 92:17
96:17,18 105:22
108:2 109:8 110:10
111:4,10
**ground** 6:25
**group** 79:3 85:14
95:3
**groups** 91:16
**gsp** 90:21
**guess** 46:22 48:23
71:18
**guest** 80:20 82:23
**guidance** 71:11

**gunther** 1:14 4:15
5:19,22 6:1,10
45:24 83:22 84:23
87:21 96:18 105:22
108:2 109:8 110:10
111:4,10

**h**

**hand** 107:20
109:10
**handle** 25:8
**hands** 70:17
**happen** 104:24
**happens** 34:8 43:5
**harm** 70:9
**harness** 22:3,6,8
**harry** 82:10
**haury** 82:1,11
**head** 7:6 32:20 34:7
40:17 54:14 58:13
63:6 67:25 68:25
69:11 76:9 103:17
104:11
**headlight** 43:21
**headquarters**
14:21 19:14
**heard** 6:13
**held** 21:14 24:15
**help** 12:21 19:10
55:17 71:10
**helped** 12:22
**heretofore** 6:2
**hey** 68:12,12
**hicks** 2:7 5:15
**high** 33:4 64:12,16
65:14 66:1,17
67:17
**hire** 74:16
**hiring** 74:11
**history** 19:6 60:21
**hit** 79:14 84:23
87:10 96:1

**hoc** 88:21
**hogan** 95:20
**hold** 21:4 68:12
**holding** 43:9
**holdings** 104:6
**holistic** 47:19
**honda** 49:7
**hours** 9:11 111:15
**house** 5:21
**housing** 61:23
**huh** 60:13 61:8
**hundred** 24:25
**huthe** 86:17,19
**hynekamp** 82:10

**i**

**identification**
10:19 46:11 57:2
79:24 84:21 87:1
95:24
**identify** 65:17
**impact** 28:4 72:3
**impacted** 98:5
**important** 7:2,4
68:1,4 69:2,5,13
72:14
**inbox** 23:5
**incidence** 72:13,23
**incidences** 71:24
**include** 29:15
47:21 98:18 101:10
101:12
**included** 57:23
**including** 65:13
97:23
**inconvenience**
64:11
**increase** 62:20
**independent** 38:5,8
38:22 39:1,2 74:12
92:21 93:9

**indicated** 107:7
**individual** 8:14,20
26:23 53:19 58:1,3
58:18
**inflator** 36:17
37:15 61:23 63:8
**inflators** 72:9 92:9
98:15
**influence** 60:15
**inform** 69:22 72:24
89:18
**information** 15:5
32:8,11 35:4 36:2
43:20 47:4,14
49:24 57:23,24
58:15 60:20 71:9
76:19 78:10 82:4
88:17 92:18 93:3
93:21,25 94:2,8,18
**informed** 69:17
**infotainment** 13:3
**initial** 60:24
**initiate** 89:15,18
**initiated** 63:16
**injured** 34:3,5
37:17
**injuries** 36:8 37:21
38:18 39:5 41:6
54:3 86:3
**injury** 1:4 29:13
38:2 102:8,13,15
102:21
**inside** 70:8 73:6
103:23
**inspect** 42:13
**inspecting** 42:25
43:2
**inspects** 42:9
**installed** 75:13,18
77:14

**instance** 58:17
**instances** 72:8
**instructing** 93:6,12
93:20
**instrument** 107:17
107:18
**intention** 102:19
**interact** 25:6
**interacting** 24:3
26:20,21 82:21
**interaction** 24:9
25:4
**interactions** 24:12
24:14,16,19 26:25
30:10
**interchangeably**
28:9
**interested** 5:4 33:3
110:18
**interesting** 30:23
31:2 32:4
**interfere** 4:9
**interference** 4:7
**interim** 59:25
**internal** 16:3 61:24
62:13 93:14 98:18
98:19
**internally** 58:10
**introduce** 56:21,24
83:25 84:13 95:21
103:6,12
**introduced** 12:23
14:16 57:6
**investigate** 30:22
32:1 33:25 39:4
40:13 51:19 74:18
**investigated** 31:22
32:18 36:7,24 37:2
39:11 40:3
**investigating** 39:20
47:17,18 50:2 86:2

**investigation** 30:19
32:3,10 33:2,8,10
34:16,18,22 35:3,6
35:10 36:21
**investigations**
31:24 32:14 34:21
36:5 39:12,17 40:5
**involve** 26:21 41:11
**involved** 8:9 19:9
25:2 27:2 29:5
44:23 45:6 51:3
55:18,23 81:24
**involvement** 21:10
21:16
**involves** 29:17
35:21 38:9
**issue** 22:21 23:2
25:13 28:1 33:25
34:1,2 50:12 72:4
73:15 79:9 103:20
103:24,24
**issued** 24:22 49:8
59:20 63:24 64:23
65:10 78:25
**issues** 12:22,25
19:12,14,17,19,21
21:10,23 22:3
25:10 39:10 40:1
47:16,22 48:3,12
49:5,17,18,24,25
50:8,22,25 51:2,8
51:25 52:14 65:17
99:23 100:1,4
101:2 102:5 104:19
**issuing** 57:16
**italy** 19:15

**j**

**j** 2:16 111:6
**jacksonville** 7:14
**january** 87:23 96:9
98:4

**jersey** 2:5 20:10
**job** 11:16 12:19
13:5,24 14:1 20:7
20:12 23:21,25
24:23 103:15
**joe** 82:1,10
**july** 1:11 4:4 107:6
108:3
**jury** 7:11

**k**

**keep** 7:2 65:6 83:13
**keeps** 44:20
**kept** 55:20,22
**kimberly** 46:24
**kind** 21:19 29:4
34:23 35:3 81:11
81:21 89:20
**knapp** 2:16 5:17,17
9:7 13:10 16:13,24
17:12 18:6,18
25:12,18 38:3,15
38:19 39:19 40:19
42:12 43:1 44:2,9
45:1,9,13,17 47:23
48:5,14 49:10
50:10 51:9 52:2,16
52:24 53:2,5,16
54:4,10 59:14 60:5
61:17 62:5,14,23
63:10,21 64:5,18
64:24 65:8 66:3,18
67:1,7,19 68:3,12
69:14,24 70:6,24
72:16,25 74:14
75:6 76:13 78:6,19
83:11 84:6,17
88:12 89:22 92:13
93:9,16,20 94:13
94:19 95:12 99:2
102:3,11,18 103:4
103:21 104:4 105:4

105:10,18,18 106:5
111:6
**knew** 75:17
**knock** 68:20
**know** 7:18,19,20
8:2 9:15 12:19
18:10 31:23 36:9
37:13,17 39:14,16
44:11,19 45:2,10
46:4,18 47:9 53:8
61:11 65:4 69:20
74:24 75:17,25,25
76:8,24 79:6,19
80:1 81:14,17,21
82:8,15 84:2,10
87:4 88:10 89:5
91:21,24 93:1,4
95:18 97:13,16
100:8 101:15
**knowledge** 18:9
37:9,24 38:5,9,22
39:1,2 92:21 93:10
93:14
**known** 21:24 47:16
48:12 107:16,16
**knows** 75:3
**kroenke** 86:14

**l**

**l** 14:10,10
**label** 43:20
**lack** 68:13
**lamps** 19:20
**language** 61:11
65:21 73:6
**large** 1:17
**late** 91:10 94:4
99:14
**launch** 57:17 59:15
59:23 61:4 79:3
103:15

**launching** 89:7
91:15
**law** 7:10 95:18
**lawful** 6:3
**lawsuit** 37:10,11,14
38:7
**lead** 57:20 102:21
**leadership** 23:18
82:19,21
**learn** 94:2
**learned** 92:18
93:21,25
**leave** 70:16
**leaving** 85:18
**led** 52:7
**left** 86:19
**legal** 4:23,25 29:12
29:22 30:2,2,6,11
30:16,19 33:24
34:5,14,24 36:20
44:3,11 50:3,6
51:12,19 58:3
105:25
**letter** 27:17 28:16
59:25 111:11
**letters** 59:2,5 73:1
73:7
**level** 22:22,23,24
23:2 64:12,17
65:14 66:2,17
67:17
**levels** 34:20
**liability** 1:8 4:17
8:11
**licensed** 11:24 12:1
**light** 70:2
**lights** 19:19
**likelihood** 33:4
**lillian** 2:20 5:20
**limited** 82:4

limiting   48:9
line   22:21 61:21
    108:5 111:17
linkedin   3:6 10:8
    10:12,21 20:3,19
    21:8
linking   58:12
list   59:4 81:22
    111:16
listed   29:2 80:20
    99:7
listen   68:11
litigation   1:8 4:17
    107:6 108:2 111:9
little   19:4 24:7
    60:19
llc   2:12 5:18 111:1
llp   2:14 111:4
load   56:23
loaded   56:25
located   7:13 20:9
logistics   42:22
    43:10
long   9:10 10:25
    11:6,13 21:4
longer   82:9 86:22
look   19:5,25 20:20
    34:22 50:12 51:21
    58:20 77:3,5,7
    81:11 96:15 97:13
    100:4
looking   23:18
    26:19 35:20 47:6
    47:22 48:3,7,11,16
    50:21 61:20 64:20
    71:17 76:6 81:21
    82:19 100:2
looks   41:13 87:9,13
    97:10
loop   30:2 70:18

loss   1:5
lot   43:9
lovells   95:20
lowery   35:15 36:6
    36:7 86:15
lowery's   86:4
lunch   83:14,18

## m

mail   30:16 46:14
    46:14,15,23 47:1,5
    47:7 88:11 90:18
mails   46:16 88:8
    90:20
main   27:1
maintain   64:12,16
    65:14 66:1,17
    67:17
making   67:5 73:23
    75:5 100:15
manage   55:12,17
management   12:11
    79:17 80:4,4 82:16
manager   14:6
    23:14 24:1 29:6
    41:11 49:19 51:24
    81:23 85:7,11 92:7
    98:9 101:20
managing   89:3
manufactured   42:6
manufacturer   18:8
    63:25 66:10
manufacturers
    15:10 31:5 54:6
maranello   19:15
march   19:22
mark   84:4 86:23
marked   10:14,19
    46:11 57:2 79:24
    84:3,21 87:1,3,12
    95:24 96:2

market   12:23 42:16
    42:19
marketing   16:7
marking   84:7
master   1:3 4:19
matt   86:19
matter   4:16 9:22
    31:20 33:5 35:21
    97:20,23 111:20
matters   10:6 97:21
mb   5:21,22 16:3,11
    16:20 17:9 33:24
    43:25 44:7,17,19
    49:15 53:19 62:7
    64:12,16 65:1,14
    65:23,24 66:1,16
    67:17 73:19,22
    74:10,15 75:12,17
    75:21,23 76:2
    77:20,23 78:3,15
    82:6,9 90:5 91:18
    95:3,11,17 96:19
    99:1,8,16 104:16
    105:6 106:5
mbusa   3:6,7,7,9
md   1:3 4:20
mdl   1:2
mean   13:12 15:6
    21:19,21 24:11
    27:6,23 31:15
    34:10 41:15 42:18
    50:18 51:15 55:9
    60:16 65:13 73:25
    74:8,25 89:8,10
    103:11
means   65:1 89:11
meant   40:7
mechanical   11:23
mechanism   30:5
media   4:14 105:24

meet   9:6 13:16
    15:11 17:17 18:5
    18:11,12,16 28:2
    77:16
meeting   26:7 60:3
    76:16 79:18 80:2,4
    80:5,14 91:3,5,9,13
    91:19 92:5 94:3,5,6
    94:7,15 95:1 96:8
    96:12,16 97:3,7,9
    98:1,24 99:6,13,17
meetings   9:8,13
    33:1,7,12 80:11,15
    80:16 81:2 82:13
    82:13,18 83:1,4,6
    90:10,13 91:1
    96:13
meets   77:21 78:1
member   86:18
mentioned   8:4 17:8
    24:8 27:1 28:14
    29:5 37:8 50:21
    66:13 94:3 100:10
    101:2
mentoring   13:24
mercedes   2:12,20
    5:18 9:1 10:24 11:1
    11:3,11,14 12:18
    13:5,15 14:3,17
    15:12,13,21 17:24
    18:3,8,15,25 19:24
    20:6,8,13 21:11
    24:22 25:10,15,22
    26:4,10,14 34:3,5
    48:4,12 50:9 51:6,7
    52:10 54:15 55:6
    58:14 59:1,20 60:2
    61:15 63:7,24 66:2
    66:11 68:1 69:12
    69:17,19,22 71:14
    71:19,25 72:9,12

72:22 76:10,11
92:8,10 96:25
98:15 99:21,24
101:25 102:25
104:12,12 105:1,19
**mesh** 22:8
**messages** 22:11
**met** 9:5 26:24 78:5
78:8,18
**miami** 111:2
**microphones** 4:5,9
**million** 26:12
**miner** 2:9 5:14,14
**minutes** 45:13,14
79:17 80:2 105:11
**models** 75:23 76:1
77:3
**mole** 96:22,23,24
**moment** 16:20 19:7
45:9 46:2 56:22
57:8 65:4 86:24
90:25 96:5
**monday** 111:15
**monitor** 51:10
101:1
**monitoring** 50:8
51:7 99:23
**month** 34:12
**monthly** 31:6
**months** 79:7
**moreno** 1:3,3,4
4:20
**morning** 5:12,14
5:17,20 6:10
**motor** 13:20 14:13
14:23 15:3 28:3
76:17
**move** 20:5 62:21,25
68:9
**moved** 20:8

**multiple** 77:2 96:13

**n**

**n** 3:1 14:10
**name** 4:22 6:13
20:23 56:2,20
57:13 65:10 80:20
93:1,7,10,18,19
94:11,16,23
**named** 6:2
**names** 86:8 97:13
97:16
**nationals** 97:8
**nature** 8:18
**ncu** 56:4,17 58:1,2
58:25 59:5 64:23
65:10
**ncus** 56:1 58:11,15
70:21 71:8 73:9
**need** 7:18 63:23
92:16 106:1
**needed** 22:17 35:3
42:22 61:1
**needs** 37:4 77:16
**negotiation** 12:11
**neither** 82:10
**netstar** 58:10
**network** 22:10,14
22:16
**netzker** 33:22
90:22 91:7
**never** 54:19 102:19
**new** 2:5 12:22 13:4
14:16 20:10 23:12
27:2 29:5 45:25
55:12 76:2 89:4,9
89:20 90:12
**news** 56:5,6,15,22
57:12 59:19 79:1,9
**nhtsa** 9:24 10:4
15:2,5,15,19,20
16:2,15,17,19 17:7

19:3 24:13,16
25:23 26:10,20
27:24 28:24 30:25
31:4 32:5 33:11,14
50:1,5 51:10 60:2
61:14 62:18 63:17
73:2,4,9,11 77:8
78:8,13 89:16 90:5
91:2 94:5,7,9 96:9
96:14 98:25
**noah** 86:15,20
**non** 40:10,13 41:4
47:9
**nonresponsive**
62:22 68:10
**normal** 34:23
**north** 8:12 11:5,6
19:9,11 100:13,18
101:4
**notarized** 111:16
**notary** 1:17 107:23
108:23 109:15
**note** 4:5
**notes** 110:12
**notice** 1:18 6:2
**noticing** 5:10
**notification** 57:18
57:18 90:14
**notifications** 59:8
62:20 73:10 90:17
**notified** 59:21
**notify** 59:24 72:14
**noting** 111:17
**ntanos** 96:18
**number** 4:20 40:16
40:18,22 46:5 57:7
64:10 66:9,22
87:15 96:5 105:23
111:13
**numbers** 9:20 71:2
111:17

**o**

**o** 111:4
**oath** 5:2 6:4 83:23
109:2
**object** 13:10 16:13
16:24 18:6,18
25:12,18 38:3,19
39:19 40:19 42:12
43:1,1 44:2 45:1
47:23 48:14 49:10
50:10 51:9 52:24
53:16 54:4,10
59:14 60:5 61:17
62:5,14 63:10,21
64:5,18,24 65:8
66:3,18 67:1,7 70:6
89:22 92:13
**objection** 17:12
44:9 48:5 52:2,16
59:17 62:23,23
67:19 68:3 69:14
69:24 70:24 72:16
72:25 74:14 75:6
76:13 78:6,19
88:12 94:13 95:12
99:2 102:3,11,18
103:4,21 104:4
105:4
**objections** 5:8 65:5
65:6
**obligation** 18:4
78:4,8,15,21 103:1
103:5,11 104:13
105:2,7
**obtained** 93:13
**occupant** 28:5
**occur** 9:8 59:13
**occurred** 31:24
32:14,21 39:17
40:6 54:5 70:22
91:9

**occurring**  42:25 47:20 99:23
**october**  21:7 23:8 23:13 24:23 85:8 85:12
**oems**  14:13 32:6 62:18 63:17
**offer**  58:23
**office**  32:9 33:1,8 33:10 111:14,14
**official**  107:20 109:10
**offloaded**  43:8
**okay**  6:16 7:6 8:2 8:13 9:6 12:17 22:15 38:15 41:3 46:3,13,22 56:23 57:4,11 68:11 73:5 77:11 79:20,22 82:6 83:9,11,12 84:8 85:3 87:6 96:4 96:7 99:16,19
**olstein**  2:3
**once**  6:20 26:3 34:11,11,11,13 43:16 58:8
**ones**  14:21 17:18 18:10 32:19 74:6 75:5 76:23 77:3,25
**ongoing**  90:11
**open**  10:13
**opening**  46:4,9 57:5
**operational**  89:17
**opportunity**  23:18
**optic**  13:2
**order**  60:18 74:12 104:21 106:4,6
**ordering**  61:1
**orders**  43:9

**org**  3:8,8 84:3 87:5 87:22,23
**organization**  17:16 85:4
**organizational**  84:25
**original**  84:7
**outcome**  5:4
**outside**  16:17 37:4 37:7 38:5 55:8,9 74:16,17 88:20,25 91:6 92:22 95:1,2 95:15 98:12 100:5
**overseas**  41:18 42:7 43:7 44:24
**oversee**  103:7
**owner**  30:24 59:8
**owner's**  32:13
**owners**  49:8 59:3 59:12,21
**ownership**  43:25 44:7,12,17

**p**

**p.m.**  1:12 83:17,20 105:14,17,23 106:8 111:15
**page**  3:2,5 20:3,20 46:23 48:24 59:7 60:11 61:2 64:10 71:1,5,17,19 73:13 77:9,10 80:19 81:7 81:20 84:24 85:19 96:17 97:6,14 108:5 111:17
**pages**  71:3
**paid**  25:22 26:2,4 26:10,14 60:2 90:5
**paperwork**  44:22
**part**  12:16 13:20 26:6 53:24 55:13 60:6 61:14 62:6

**89**:16 95:2 103:19 104:18
**particular**  35:24,25 37:10 43:13,23 50:12 58:17 88:20 88:25 89:7
**parties**  4:12 110:15 110:16
**parts**  42:22 60:12 60:17,25 61:1 66:6 66:14 68:7 69:7 82:2 91:16 100:12 101:3 103:2 104:14
**party**  5:3 93:19 98:19
**passenger**  61:23
**patrick**  86:16,19
**patton**  2:14 5:18 111:4
**paying**  26:7
**pc**  2:3
**pedestrian**  28:4
**pending**  7:21,21 8:21
**penthouse**  2:8
**people**  54:2,8
**perceive**  39:10 40:1 40:10
**perception**  48:18
**perform**  15:16,21 43:15 60:25
**performed**  42:3 43:16
**performing**  67:9
**period**  47:2 48:2,10 49:16 56:15 80:10 80:24 81:3,25 82:12
**person**  23:6 33:17 34:21 35:16 55:5 91:1,4 94:17 97:4

**98**:2,10 107:16
**personal**  1:4 32:11 64:25
**personally**  107:15 109:8
**personnel**  58:23
**persons**  99:22
**philburn**  46:24
**phones**  4:8
**phonetic**  86:17
**physically**  7:13 20:9
**pick**  4:6
**picture**  47:19
**place**  4:8,12,21 59:23
**plaintiff**  3:4 4:16
**plaintiffs**  2:2 5:13 5:16 6:14 9:16 10:19 46:11 57:2 79:24 84:21 87:1 87:13,17 95:24
**plans**  79:9
**plant**  41:23,24,25 42:14,15 43:13,19
**please**  4:5,8 5:9,24 7:19 8:1 68:10 70:4 111:13,16
**point**  43:25 44:12 44:16 49:23 59:11 60:12 64:9 81:12 83:14
**poliner**  82:9
**position**  14:5 21:5 21:9,14 23:11,12 23:19 26:5 55:11 55:12 74:16 93:17 103:17
**positions**  23:9
**possible**  102:1,5 103:16

**posted**  58:10
**posting**  58:11
**potential**  48:12
  49:25 73:15
**potentially**  26:7
  32:10 90:12
**powerpoint**  79:16
**powertrain**  20:21
  81:1 82:24
**preparation**  41:14
  41:15,17,21 43:6,8
  85:21
**prepare**  9:3 10:6
  57:23 58:1,7
**prepared**  43:16
  56:2 92:4
**present**  2:18 5:5
  7:15 86:11,13
**presentations**
  91:19,22,24 92:2
**presenter**  82:23
**presenters**  80:20
**presenting**  80:24
**press**  70:13,14
**pressure**  61:25
  62:13
**prevent**  16:11,20
  17:8 74:10
**preventing**  73:22
  101:21
**previous**  8:12 20:7
  66:22,24 68:22,23
  81:1
**previously**  40:7
  84:3,25
**pridmore**  86:19
**prior**  6:20,22 8:4
  11:3,9,12 28:12
  31:24 33:19 39:25
  44:18 59:2 75:13
  75:18 80:12 94:6

104:25 105:3
  111:19
**priorities**  16:15
**priority**  79:3 91:16
**private**  4:6
**privilege**  38:21
  92:15
**privileged**  93:3,19
  94:17,18
**problem**  51:4
  104:22
**procedurally**  58:25
**procedure**  34:24
**proceeding**  1:11
  5:9
**proceedings**  4:1
**process**  14:15
  23:22 29:20 32:2
  36:19 42:4 43:12
  44:17 57:16 85:22
  89:6,15,21 100:3,7
  100:8,25
**processed**  43:11
**processes**  41:18
**produced**  9:16
**product**  8:11 20:16
  20:23,25 21:5,15
  21:19 22:18 24:5
  29:6,11 30:3,7,12
  30:16 35:11 39:13
  47:8 48:16 50:2,15
  50:20 51:19 80:13
  86:20 102:9
**production**  42:1,4
**products**  1:7 4:17
  102:2 104:24 105:2
**professionalism**
  68:13
**professor**  91:8 95:5
**profile**  3:6 10:8,12
  10:21 20:3,19 21:8

**program**  81:14
**project**  53:20 55:10
  55:13,17,18 89:3
**projects**  13:1
**promotion**  23:17
**prompt**  111:20
**property**  29:13,14
  29:16,19
**provide**  7:5 60:24
  71:10 78:10 88:6,9
  88:14 93:11
**provided**  8:25 14:7
  42:21,23
**provides**  31:4
**providing**  14:19
**ptss**  22:18 100:10
**public**  1:17 40:8,9
  107:23 108:23
  109:15
**publish**  42:14
**published**  42:16,18
  43:14
**publishing**  41:23
**pull**  79:19 87:4
**pulled**  79:21
**purpose**  80:11
  82:17 107:18
**pursuant**  1:18
**put**  55:12,15 84:12
**puts**  103:2
**putting**  16:19 17:7

**q**

**quality**  43:22,22
  64:13,17,20 65:15
  66:2,10,17 67:3,18
  67:22 103:7
**quarterly**  33:2
**query**  9:25 10:2,5
  89:24 90:3,6
**question**  7:21
  13:12 17:2,4 28:10

53:9,10 63:2 68:23
  68:24,25 70:1,4,5
  71:9,13,18,23 72:3
  73:14 75:15 77:12
  77:13 93:13,24
  94:21 97:25 99:11
  100:23
**questionnaire**
  30:24 31:3
**questions**  6:15 7:25
  38:11 46:1,19 57:9
  60:9 67:11 68:11
  68:15,17 71:6 72:2
  92:17 96:6 105:19
**quick**  45:16 92:14
  105:10
**quickly**  102:1,4
  103:15
**quinones**  46:15
**quite**  34:8,10

**r**

**r&d**  17:15 18:9
  73:24,25
**r.p.r.**  1:16 109:15
  110:7,21 111:22
**rates**  62:20
**reach**  34:6
**read**  28:12 53:5
  68:22 70:4,5 87:15
  105:20 107:5
  111:14
**reading**  10:1 36:1
  111:9,12,18,19
**reaffirms**  67:21
**real**  92:13
**really**  33:18 43:23
  65:6
**reason**  68:15 74:3
  87:10 111:17
**reasons**  50:7

**recall** 8:7,8,9,16,17
8:21,23 9:21 12:14
14:11,12 26:16,17
27:9,13,15,19,21
28:17 32:19 34:7
39:11 40:2,8,11,16
40:18,21 41:5
52:19,21 53:13
54:24 55:14,21,23
55:24 56:8,10,12
56:14 57:17 59:13
59:22 61:4 63:16
63:24 67:9,10 70:7
75:14,19 79:2,4,8
79:10 80:13,23
81:2,3,5 83:2,5
89:4,7,9,12,13,18
89:20 91:3,5,12,14
92:3,6 94:10 96:12
96:14,15 97:3,5
98:6,24 99:5,14
103:20
**recalling** 64:7
**recalls** 24:22 25:23
58:12 68:5 69:6
73:2 88:20,25
90:11,12 91:2
96:10 102:23
**receive** 11:20 14:1
90:16 92:1
**received** 12:7,10
13:8,22 47:13
**receives** 41:18
**receiving** 47:3
**recess** 45:20 83:18
105:15
**recognize** 87:20,22
**recollection** 47:3
82:25
**recommend** 72:19

**record** 4:3,13 5:8
10:1 45:19,22,24
57:6 83:15,17,20
83:22 96:4 105:14
105:17 110:12
**recorded** 4:14
**recording** 4:11
**refer** 60:14 65:21
80:2 84:4 85:20
**referenced** 47:4
95:15 111:19
**referred** 10:18
46:10 57:1 79:23
82:13 84:20 86:25
95:23
**referring** 20:2 21:1
33:9 76:1 90:3,9
**refers** 65:23 73:19
81:17
**reflect** 72:19 85:3
**reflected** 59:6
85:25
**refresh** 46:6 79:14
84:23 96:1
**regarding** 10:4
14:2 41:4 91:2
98:25 100:25
**regardless** 48:19
**regret** 64:11
**regular** 33:1,7
88:10 90:10 106:2
**regularly** 80:16
**regulations** 13:19
13:25 14:2 59:24
**related** 5:3 13:5
21:10,23 24:21
25:23,23 31:13
33:25 34:1 36:8,11
36:16 39:5,8,10,18
39:22 40:2,11 41:5
41:6 47:21 48:3,11

48:17 49:5,5,9,17
49:18,24,25 50:8
51:8,25 52:14 56:7
56:16 72:4 76:18
79:10 80:25 83:1
86:3 88:21
**relation** 56:18 79:1
**relative** 110:14,15
**relatively** 85:13
**relevance** 50:13
51:13
**relevant** 27:18,20
27:22 28:17,18,20
**remarks** 108:5
**remedies** 69:7
103:6,12,13
**remedy** 63:15,23
68:7 102:1,5
103:18,24,24
**remember** 98:1
**remote** 1:11 33:18
34:21
**remotely** 5:6
**removed** 92:10
98:15
**repairs** 60:25
**repeat** 53:10 69:25
75:15 94:20
**rephrase** 8:2 13:11
17:1,5 21:13 43:3
44:5 53:11 59:16
63:5 75:16 95:13
**replaced** 100:14
101:6,8
**replacement** 51:1
**report** 19:14 28:25
50:3 88:1,5,10,14
89:16 110:9
**reported** 50:14,19
50:22 98:8,11

**reporter** 4:24 5:23
6:6 7:5 14:9 52:25
70:4 73:12 106:1
**reporting** 25:8
104:18
**reports** 25:9 88:4
103:23
**represent** 6:14
**representation**
93:5
**represented** 95:10
**representing** 95:16
**request** 15:20
17:13,24 19:3 30:3
30:6,13,17,19 32:9
34:15,19,24 36:20
50:11 76:15 77:7
88:21,24 97:8
**requested** 33:24
88:13,17 110:11
**requesting** 88:15
**requests** 15:2,15
16:10,15,17,19
17:7 24:12 30:12
51:18 78:7,13
**require** 13:19
59:24 73:5
**required** 15:25
16:1 84:8,16 89:16
**requirements**
13:17 16:4 18:5,16
26:24 77:17,22
78:2,4,18
**requires** 26:7
**research** 74:1,4
**reside** 60:22
**resolve** 23:2
**respect** 13:23 41:21
**respective** 111:18
**respond** 16:10
92:24

**response** 89:23
**responsibilities** 23:25 41:12
**responsibility** 23:7 58:18 100:6
**responsible** 14:18 16:8 31:8 41:22 50:21 55:6 67:2 85:14 86:2 99:22 104:20
**restraint** 77:25
**result** 54:9 90:6
**retained** 105:24
**return** 66:5,14 100:12 101:3
**returned** 19:23 20:13
**review** 9:12 15:14 15:17,21 16:4 17:14,16,25 18:25 31:5,18 33:2,5 37:4 46:13,19,21 49:23 50:1 57:8 58:3 66:5 79:20 96:5 100:13 100:18 101:5,16,22 110:10
**reviewed** 10:6 31:11,13 37:7
**reviewing** 16:12,21 17:9 18:21 31:8 49:16 57:10 66:14 79:21
**right** 7:23 44:23 48:23 52:9 59:6 64:22 79:22 91:11
**risk** 103:22 104:3
**risks** 72:3
**road** 2:4 29:18
**rohani** 46:15
**role** 18:15,20 20:17 22:12 24:15 25:11

26:21 27:2 29:5 41:10,20 49:21 51:23 69:11 80:12 80:17 81:1 82:19 98:8
**room** 5:5 7:15
**roseland** 2:5
**rough** 106:2,7
**rules** 6:25
**rupture** 36:16,17 36:18 37:2,8 69:21 70:22 71:15,24 72:13,23 73:3
**ruptured** 37:16 69:18 72:8
**ruptures** 54:9

**s**

**s** 2:5
**s.d.** 1:3,4
**safe** 52:23 53:15 54:21 105:2
**safely** 32:22
**safer** 71:20
**safety** 13:6,9,13,16 13:17,19,20,23 14:2,13,23 15:3,3 16:12,21 17:9 18:5 18:16 21:10,12 24:4,10,13,16,21 25:23 27:18,19,22 27:25 28:3,3,5,7,8 28:16,18,20,22,23 28:25 29:2 31:20 33:25 34:1 39:9 47:21 48:4,12 49:5 49:17,18,24,25 50:8,13 51:8,12,25 52:14 62:4,8,16 63:14,23 65:18 76:17 77:17,22,25 78:1,17 89:12,13

99:23,25 101:1,8 101:10,14 102:22 103:22 104:2,14
**sale** 104:25
**sales** 16:7 44:21
**san** 2:15 111:6
**satisfaction** 65:16 67:14,23
**save** 84:18
**saw** 32:4
**sayed** 46:15
**says** 20:20 59:8 61:3 71:19 72:7 80:19,20 81:12 84:16
**scenario** 48:21,25
**schoneburg** 91:8 95:5
**score** 66:10
**screen** 46:7
**seal** 107:20 109:10
**second** 2:4 22:21 27:1 46:6,13,23 56:21 61:2,21 68:12 79:12 81:7 87:6 97:6,14
**section** 61:7,20
**see** 35:4 46:5,9 47:10,16 59:9 60:11 61:3,9 62:1 64:14 71:4,16,21 72:5,10 73:5,16 77:18 80:19 81:6,9 81:15 84:24 85:2 86:5 87:7 96:3,17 96:20,21
**segue** 10:11
**select** 75:21 76:14 76:23 103:6
**self** 14:14 15:1,7,10 15:17

**sell** 76:2 102:2 103:9
**selling** 105:3
**sells** 77:21 78:16
**send** 30:16 32:10 42:15 56:15 59:11 90:19 111:16
**sending** 58:16
**sense** 28:6 34:9,12 43:18 55:11,15
**sensitive** 4:5
**sent** 22:20 33:4 56:1,7,17,19 58:9 59:5,25
**separate** 78:12
**separately** 92:16
**september** 80:7,8
**series** 71:5
**service** 27:8,12,15 27:16 28:14 79:17 80:6
**services** 80:3 82:16 100:2
**shaking** 7:6
**sheet** 107:7 108:1
**shipment** 43:17
**shipped** 41:19
**ships** 43:7
**shoot** 45:15
**short** 45:20 83:9,13 105:15
**shut** 68:18
**side** 24:13,14,16 25:2 26:25 28:4,23 33:14 58:20 61:22 61:23 77:8 82:2 89:15
**sign** 105:20 111:14
**signals** 22:9
**signature** 108:22 109:14 110:21

111:21
**signing** 111:12,18
  111:20
**simple** 51:1
**single** 34:19 39:7
**sir** 10:16 17:4,21
  17:23 18:14 19:23
  20:19 24:8 38:25
  40:4 49:13 52:6
  53:7,25 54:2,14,18
  54:25 55:19 61:4
  62:11 63:4 64:9,22
  65:10,21 67:6,25
  68:10 69:4,21
  70:21 73:9,13 74:2
  75:9 76:9,22 78:25
  79:14 80:1,7 81:6
  81:12,21 85:3
  90:23 93:24 99:20
  101:24 102:25
  104:10
**sit** 43:9 82:25 86:7
**situation** 35:20
  37:3
**situations** 40:14
  47:10
**six** 79:6
**slide** 79:16
**smoothly** 67:10
**snarky** 68:15,20
**software** 42:22
**sold** 13:17 14:18
  15:13 16:22 17:10
  18:4 19:1 104:24
**solutions** 4:23,25
  105:25
**solve** 50:25 51:4
**solved** 22:22
**soon** 68:8 69:8
**sorry** 17:1 19:23
  53:8 69:25 75:15

84:19 85:10 94:20
  97:7 98:4 100:22
**sort** 19:21 29:18
**sorts** 12:24
**sounds** 20:1 91:11
**south** 19:11 111:1
**southern** 1:1 4:19
**spare** 91:16
**speak** 92:23 97:24
**speaking** 12:17
  21:18 42:5,24 43:5
  48:10 51:5 58:25
  65:5 78:14 80:1
  101:25
**specialist** 22:25
**specialized** 12:15
**specific** 12:16 15:3
  31:7 32:19 40:16
  61:21 75:1 76:15
  83:3 88:13,21
  90:15 99:25 101:7
**specifically** 31:14
  31:15 41:20 48:17
  57:21 60:17 64:19
  97:24 99:4
**specifications** 42:1
  42:11
**speculate** 40:20
  47:24 48:1 91:8
**speculating** 99:9
**speculation** 41:2
  63:12
**spot** 15:2,16,21
**squire** 2:14 5:18
  111:4
**srs** 74:9 75:2
**stamp** 84:9,11
**stand** 21:2 60:14
**standard** 76:18
**standards** 13:21
  14:13,22,23 15:4

15:11 17:18 18:11
  18:12 26:7 28:3,24
  76:17
**standing** 106:3,6
**stands** 62:24 82:15
**starr** 82:8
**start** 10:13 55:11
  56:18 91:4
**started** 14:5 55:10
**starting** 46:22
**starts** 44:13
**state** 1:17 5:6,9
  26:23 70:21 103:23
  107:2,13 109:4,15
  110:4
**stated** 88:24 104:5
**statement** 8:25
  66:23,24 67:6,16
  78:23
**states** 1:1 4:18
  13:17 14:18,25
  15:13 16:23 17:11
  18:5,17 19:2 42:7
  47:1 61:20 64:11
  77:21 78:16 80:9
  87:25 97:12 99:24
  104:13
**status** 52:19,21
  53:11,12 55:20,23
  88:19 89:6 91:16
**stenographic**
  110:12
**stenographically**
  110:9
**step** 42:4
**stephen** 46:14,14
**sticker** 87:9
**stint** 11:13
**stoddard** 33:22
**stony** 11:19 12:3,6

**stop** 49:8
**stops** 44:13
**straight** 7:3
**street** 2:14 111:5
**strict** 77:17,22
  78:17
**strike** 16:18 17:22
  23:11 62:21,25
  65:25 68:9 80:15
**string** 46:17,23
**structure** 21:24
  85:9,13
**subject** 9:22 10:5
  14:15 33:5 59:22
**submission** 61:14
  61:16 62:7
**submit** 15:18 22:18
  28:24 89:15
**submitted** 14:24
  18:22 30:24
**subsequent** 89:17
**substantiate** 15:17
**sufficient** 35:5,10
**suggestion** 49:8
**suggestions** 58:24
**suite** 2:15 111:1,5
**summary** 51:20
**supervisor** 20:15
  20:20,23 21:5,14
  35:15 85:15
**supervisors** 20:24
  100:17,20
**supplier** 76:6,20
**suppliers** 75:21
  76:10,14,23,25
  77:2 100:12 101:4
  103:7,8
**supplies** 76:11
**supply** 15:5 60:24
  60:24 76:19 77:3
  91:17

**support** 12:21
19:10,12 20:16,17
20:23,25 21:6,15
21:20 22:17,19
24:5 29:7,22 30:3,6
30:12,17 34:6 47:8
48:16 50:15,20
66:4,5,7,15 80:13
100:11
**supporting** 22:13
50:23
**supports** 29:11
**sure** 16:9 17:7
18:21 34:2 42:10
46:8 67:9 70:2 73:4
75:16 78:4,8,15
79:16 90:8 94:23
98:23 100:15 103:1
105:2,12
**suspect** 82:5
**suspension** 20:17
21:20 22:1,1
**suzanne** 1:16 4:24
109:15 110:7,21
111:22
**swear** 5:24
**switched** 23:8
**sworn** 6:4 8:25
107:5 109:9
**system** 13:2 23:3
30:8,9,9 36:1 58:11
74:6,8,9,9 77:24,25
78:24 100:10
**systems** 74:23,25
75:4 103:8 104:21
104:21

**t**

**tait** 88:2 98:7
**takata** 1:7 4:16
31:12,14,16,20
36:8,11 37:15

38:18 39:5,9,11,18
39:22,23 40:2,9,11
41:5,6 49:9 52:1,15
52:19 53:13,14,18
54:3,9,20,24 55:8,9
55:10,14 56:7,16
56:18 57:17,22
58:19 62:7 63:19
64:1 66:19 69:18
71:10,20 75:10,13
75:18 77:14 79:1
79:10 81:3,8,13,24
83:2,3,4 86:3 88:20
88:25 89:3 91:2
92:9 93:8 94:24
96:9 97:19,23,24
98:15,25 101:17,22
104:3,5,6 107:6
108:2 111:9
**takata's** 61:13
75:19
**take** 4:12 7:6,19,22
12:4 19:25 27:24
43:25 44:7 45:11
46:13 65:19 96:5
105:10
**taken** 1:16 4:15
6:18 45:20 83:18
105:15 107:6,6
**takes** 44:17 59:23
**talk** 32:24 38:23
92:16
**talked** 85:22
**talking** 42:5 99:13
**talks** 71:14
**task** 89:17
**team** 20:20 21:1
22:20 23:5,18 25:8
26:25 29:11 30:17
31:9,13,22 32:1
35:15 36:24 37:1

39:13,20 40:12,15
41:13,22 42:9
43:14 50:2,15 51:3
51:20 52:22,22
53:13,13 56:3
57:21 58:6,19
85:15 86:4,6,8,19
86:20
**tech** 2:19
**technical** 12:21,24
19:10 20:16,16,23
20:25 21:5,15,19
22:19,24 47:8
48:16 50:15,20
58:6 66:5 80:13
**technologies** 12:23
12:24 13:4 14:16
**teleconference** 1:15
**tell** 56:25 77:2
**ten** 11:8 24:20 41:1
45:13 56:11
**tenured** 53:19
**term** 27:14
**terms** 64:20
**test** 104:14
**testified** 6:4 38:7
41:4
**testifying** 7:10 8:13
64:25
**testimony** 7:9
18:14 39:25 54:18
74:2 105:22
**testing** 15:8 17:19
18:10 92:8,11,12
93:2,8,11 94:9,12
94:24 98:14,19,20
**thank** 6:6 29:3
84:15 86:13 90:2,9
99:19 105:8,20
**theodore** 86:15,20

**thing** 19:21 90:9
104:9
**things** 7:2 66:9,13
**think** 7:3 34:13
48:15 53:2,4 65:4
70:2 84:6 98:22
101:2 104:10 105:1
106:3,5
**third** 29:4 77:12
81:11 93:19 98:19
**thirds** 59:7
**thomas** 85:19 86:21
**three** 9:11 24:8
29:22 41:9 105:24
**ticket** 23:4 100:9
**ticketing** 23:3
**tiffany** 96:18
**tim** 35:15 36:6 86:4
86:15
**time** 4:3 5:9 14:15
17:6 23:17 31:19
31:19 32:24,24
45:19,22 46:21
47:2 48:2,10 49:16
49:20 52:13 56:15
70:18 78:25 80:10
80:24 81:3,25
82:12 83:8,17,20
84:18 86:11,12,17
88:1,18 105:14,17
105:23
**times** 15:2 26:1
30:21 33:19,23
40:8,15 70:22
**title** 20:12 80:3
**today** 4:3 6:11,15
7:8,13,16 52:6,19
76:2 83:1 86:7
**today's** 9:3 10:7,15
57:6 105:21

**told** 38:1 94:23
**tom** 14:8 33:13
  49:20 52:3 53:18
  54:23 55:17 56:2
  57:25 58:3,18
  70:17 72:18 89:2
  91:6 96:17 97:25
  99:18
**top** 32:20 34:7
  40:17 46:15 48:24
  61:3 77:12
**topic** 29:1 34:22
  36:25 43:23 47:17
  47:18 51:19 52:4
  53:17 54:1,23
  55:16 57:20 62:7
  81:1,7 91:21
**topics** 24:4,11
  27:25,25 32:25
  39:21 51:11,16
  55:13 82:22,24
  90:15
**total** 105:23
**touched** 90:23
**tow** 47:9 48:7
**towed** 47:12
**tpr** 90:21
**track** 1:4,5 30:10
  44:20
**training** 12:7,10,11
  12:12,15 13:8,22
  13:24 14:2,7,11
**transcript** 110:10
  110:11 111:12,14
  111:20
**transferred** 44:24
**transmits** 22:9
**transparent** 68:2
  69:2,13
**transportation**
  13:19 42:2

**transported** 42:7
**travel** 20:7
**treiber** 82:1,9
**true** 76:24 107:5
  110:11
**try** 45:16 47:15
  60:17
**trying** 28:6,19 34:9
  66:7,15 69:10
  104:23
**turn** 4:8 61:2 77:9
  81:6,19 97:6
**turnover** 85:18
**two** 59:7 72:2 111:1
**type** 19:12,17 21:22
  35:20 41:25 42:22
  43:22,22 47:4
  49:16,23 71:9
  77:13
**types** 38:11 88:17
**typically** 27:19,21
  28:17 50:24 51:20
  59:4 60:19 88:19
  106:6

**u**

**u.s.** 13:18 18:23
  27:10 77:17,22
  78:1,17
**u.s.a** 16:21 33:24
  66:16 67:17 73:19
  73:22 74:11,15
  75:12,17,21,24
  76:2 77:20,23 78:3
  78:15 90:5 95:4,11
  99:1,8,17
**uh** 60:13 61:8
**ultimately** 89:14
**unaware** 76:10
**undersigned** 109:7
**understand** 7:9 8:1
  17:4 23:24 28:19

  38:13,17 65:2
  69:10 76:22 83:23
  95:16 100:14,15,23
  101:5
**understanding**
  37:6 73:18 95:10
**understood** 6:17
  7:7,24 8:3 58:22,22
**unit** 4:14
**united** 1:1 4:18
  13:17 14:18,25
  15:13 16:22 17:10
  18:5,17 19:2 42:7
  77:21 78:16 99:24
  104:13
**units** 22:5,10
  105:24
**university** 11:19
**unprofessional**
  68:16
**unreasonably**
  62:13 63:9,11
**unselt** 85:19 86:21
**unusual** 37:1
**update** 56:5 57:13
  79:1
**updates** 56:7,16,22
  57:16 59:1,20
  79:10
**usa** 2:12,20 5:18,21
  5:22 10:24 11:1,4
  15:13 16:3,12 17:9
  17:24 18:3,15,25
  19:24 20:6,9,13
  25:10,15,22 26:4
  26:10,14,14 43:25
  44:7,17,19 49:15
  51:6 52:10 53:20
  54:15 55:7 58:14
  61:15 62:8 63:7
  64:12,16 65:1,14

  65:23,24 66:1 68:1
  69:12,17,22 72:12
  72:22 76:10 82:6
  82:10 91:18 92:8
  95:17 99:21 101:25
  103:1 104:12,16
  105:6,19 106:5
**use** 48:25 49:4
  62:18 79:12 84:6
**user** 29:19
**usually** 29:17

**v**

**vague** 35:8 63:10
**vans** 96:25
**varies** 39:15 43:23
**various** 19:19 22:4
  24:3,9 34:20
**vaughn** 86:15,21
**vehicle** 13:9,12,20
  14:6,13,23 15:3
  21:25 22:2,4,7
  23:14 24:1 28:1,2,3
  29:6,15,17,18,21
  30:23 31:1 32:6
  34:3,5 35:23 36:3
  39:3 41:11,14,15
  41:17,21 43:6,8,10
  43:14,15,21 44:1
  44:23 47:11 48:7
  48:19 49:1,4,19
  51:24 52:10 54:14
  58:13 63:6 64:13
  64:17,20 65:15
  66:2,10,17 67:3,18
  67:22,25 69:1,11
  69:19 76:9,17
  81:23 85:4,8,21
  98:9 99:20 100:1
  101:13,20 103:18
  103:19 104:11

**vehicles**  12:16 13:15 14:17 15:12 16:22 17:10 18:4 18:16 19:1 21:11 41:19 42:2,6,9,14 42:25 43:6,9 44:8 44:17,19 48:4,13 49:9 50:9 51:7 59:12,21 65:20 66:2 71:25 72:9 74:7 75:12,18,20 75:22,24 76:2,4,11 92:10 98:16 99:24 102:20 103:2,9 104:15 105:6
**verbal**  7:5
**verify**  58:15
**veritext**  4:23,25 105:25 111:1,14
**video**  1:14 4:11,14
**videographer**  2:19 4:2,24 5:23 45:18 45:21 83:16,19 105:13,16,21
**view**  44:12
**vin**  32:5,6
**vitale**  1:16 4:25 109:15 110:7,21 111:22
**voq**  30:24 32:1
**voqs**  31:4,12,13,18 32:15,16,17,18,24 32:25 33:2,6 50:1 51:10
**vp**  80:5
**vpc**  85:14,20
**vpcs**  41:23 42:4,21 42:23 43:12,15

**w**

**waiting**  53:4,7 56:23
**waived**  111:19
**walk**  21:18 60:9
**want**  48:19 67:9,13 84:4 89:5 90:8 91:7 92:20 104:9
**warning**  19:20
**warranties**  27:9
**warranty**  66:5,14 100:12 101:3,9
**way**  59:8 61:15
**we've**  52:18 98:13
**weaver**  2:19 4:22
**wednesday**  4:4
**week**  34:11 88:22
**weekly**  31:5 89:5 89:10 90:10,13
**went**  57:13
**whispering**  4:6
**white**  21:24
**wholesales**  44:19 44:20
**window**  59:24 60:3
**wires**  22:8
**witness**  2:13 5:19 5:24 6:2,5 13:11 16:14 17:1,13 18:7 18:20 25:13,19 38:14 39:20 40:21 42:13 44:11 45:2 47:24 48:6,15 49:11 50:11 51:10 52:3,18 53:17 54:5 54:12 57:8 59:15 60:6 61:18 62:6,15 63:14,22 64:6,19 66:4,19 67:2,8,21 68:4 69:15,25 70:7 72:17 73:1 74:15

75:7 76:14 78:7,20 83:12 88:13 89:23 94:20 99:4 102:4 102:12,19 103:5,22 104:5 105:5,20 107:20 108:22 109:10
**wondering**  98:5
**word**  62:17,17
**words**  64:22 65:13
**work**  11:3,6 12:25 15:4 19:6,9,24 20:13 42:20 44:21 57:19,25 58:5,7 73:11 78:9 97:17 97:19,21 100:12,17 104:18
**worked**  11:11 12:21 13:5 101:4
**working**  16:8,9 19:17,18 36:4 41:9 47:7 104:19
**works**  95:19 96:25
**worst**  48:21,24
**wrap**  104:10
**writing**  88:7
**wrong**  87:11

**x**

**x**  3:1

**y**

**yanowitz**  86:15,20
**yeah**  20:1 28:11 57:10 65:8 79:21 83:12 85:13 99:11 99:15
**year**  11:15
**years**  6:22,24 11:2 11:8
**yep**  45:17

**yesterday**  9:9

**z**

**zach**  45:9
**zachary**  2:5 5:12 6:14
**zepf**  91:6 99:18
**zoom**  4:21 7:1,8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.