# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**<br><br>**This Document Relates to All Economic Loss Class Actions and:**<br><br>**ECONOMIC LOSS TRACK CASES AGAINST <u>MERCEDES-BENZ USA, LLC</u>** | MDL No. 2599<br><br>Master File No.15- MD 2599- FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

### DECLARATION OF PETER PRIETO IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT MERCEDES-BENZ USA, LLC'S STATEMENT OF UNDISPUTED MATERIAL FACTS AND PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS IN OPPOSITION TO DEFENDANT'S <u>MOTION FOR SUMMARY JUDGMENT, PURSUANT TO LOCAL RULE 56.1</u> <u>(FILING #4)</u>

I, PETER PRIETO, declare as follows:

1. I am an attorney admitted to practice in this Court. I am a partner at the law firm of Podhurst Orseck, P.A., counsel of record for Plaintiffs in the above-entitled action. Based on personal knowledge of the matters stated herein, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

| EXHIBIT NO. | EXHIBIT NAME |
|---|---|
| 111 | Jobs Mercedes-Benz Engineering/Power Train Chassis |
| 112 | Mike Capps LinkedIn |
| 113 | TKPOD00303817 |
| 114 | CUST129_PRIV00017544 |

| | |
|---|---|
| 115 | MBUSI – Supplier Quality Engineering LinkedIn Job Posting – mid-2023 |
| 116 | CUST021_PRIV00005285 |
| 117 | TKPOD03316459 |
| 118 | TKPOD03346422 |
| 119 | CUST038_PRIV00093195 |
| 120 | CUST038_PRIV00093201 |
| 121 | CUST038_PRIV00093198 |
| 122 | CUST038_PRIV00093199 |
| 123 | CUST038_PRIV00093200 |
| 124 | CUST038_PRIV00093202 |
| 125 | CUST038_PRIV00093197 |
| 126 | Claus Falcke LinkedIn Profile |
| 127 | Lisa Hutchins LinkedIn Profile |
| 128 | Andrew Lewandowski LinkedIn Profile |
| 129 | Andre Vignola LinkedIn |
| 130 | CUST038_PRIV00093196 |
| 131 | Mercedes-Benz Careers/About us/Locations website information |
| 132 | Mercedes-Benz Careers/About us/Locations website information |
| 133 | Mercedes-Benz Careers/About us/Locations website information |
| 134 | TKPOD00701241 |
| 135 | TKPOD01450996 |
| 136 | Srinivas Yalamanchi LinkedIn Profile |
| 137 | TKPOD04142622 |
| 138 | TKPOD04142625 |
| 139 | TKPOD04263042 |
| 140 | TKPOD01655024 |
| 141 | Deposition Transcript of Lowery |
| 142 | Deposition Transcript of Gunther |
| 143 | NHTSA's Historical Timeline |
| 144 | Honda's Part 573 Safety Recall Report, Recall No. 08V-593 |
| 145 | TKH-MDL-0004797575 |
| 146 | TKH-MDL-0004798689 |
| 147 | MBUSA_00059256 |
| 148 | MBUSA_00059257 |
| 149 | Michael Scott LinkedIn Profile |
| 150 | TKH-MDL-0004797578 |
| 151 | TKH-MDL0001974929 |
| 152 | TKH_MDL0000005581 |
| 153 | TKH-MDL-0004798740 |
| 154 | Brunner 2020 Dep. Tr. Ex. 21 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of August, 2024 at Miami, Florida.

By: /s/ *Peter Prieto*
Peter Prieto

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ *Peter Prieto*
Peter Prieto