# EXHIBIT NO. 155

| | |
|---|---|
| **From:** | Greg Barnes <greg.barnes@billussery.com> |
| **To:** | Treiber, Christian (171); Schmid, Jay (171) |
| **Sent:** | 24-May-16 9:14:09 AM |
| **Subject:** | FW: Article Shared from BMW Dealer Direct: Update 5.19.16: Takata Airbag Recall |

This is one of two e-mail messages that Dan sent me. He called me yesterday and we traded messages and I asked him to forward any information so that it would be easier to pass it along. My guess is that MBUSA/Daimler are monitoring and familiar with what other manufacturers are doing but just in case........

Second e-mail to follow.

Hope the P&S Forum Road Show is of to a good start!

Greg Barnes
Bill Ussery Motors Group
300 Almeria Avenue
Coral Gables, FL 33134
P:(786)413-1300 | F:(305)448-5694
greg.barnes@billussery.com <mailto:greg.barnes@billussery.com> | www.mbcoralgables.com

<http://www.mbcoralgables.com>Find us online at:
[Become a fan]<https://www.facebook.com/MercedesBenzofCoralGables> [Join our Circle] <https://plus.google.com/s/Mercedes-Benz%20of%20Coral%20Gabels#111656147269858288087/posts>


From: Daniel Sunderland [mailto:DSunderland@sunmotorcars.com]
Sent: Tuesday, May 24, 2016 8:49 AM
To: Greg Barnes <greg.barnes@billussery.com>
Subject: FW: Article Shared from BMW Dealer Direct: Update 5.19.16: Takata Airbag Recall

Greg,

Here is the updated process for BMW. They are sending us the old inflator equipped airbags as NHTSA has concluded that they are safe up to 6 years. BMW will replace these interim bags once the other parts solution is available.

Dan
[15_02_981_COE2016_EmailSig_Final]

From: BMW Dealer Direct [mailto:noreply@bmwdealerdirect.com]
Sent: Thursday, May 19, 2016 5:49 PM
Subject: Article Shared from BMW Dealer Direct: Update 5.19.16: Takata Airbag Recall

[http://bmwdealerdirect.com/Portals/0/BMW_Images/BMW-Email-Header-600.jpg]


[https://bmwdealerdirect.com/DesktopModules/DigArticle/Styles/BmwDD/flag.png]Takata<https://bmwdealerdirect.com/?Category=6>

Update 5.19.16: Takata Airbag Recall<https://bmwdealerdirect.com/Home/Article/471/Update-51916-Takata-Airbag-Recall>
2016 , May 19

Craig Westbrook shares updates related to the industry-wide Takata airbag recall, including important additions to the Dealer Communication Toolkit. Please read this full communication, including the updated Q&A where we have highlighted changes and added new information.

Dear Colleagues,

We are planning to meet the commitments we made to you and your customers regarding the Takata recall situation.

We will send customer letters commensurate with parts availability starting next week. In parallel, we will begin to distribute parts to dealers and to auction. Of the parts distributed, customers will receive the most, followed by dealers and then auction. We are confident that there will be a consistent supply and will distribute parts as quickly as possible on a fair share basis.

The parts you receive will be for an interim repair, which involves replacing the inflator with a newly manufactured version. NHTSA has concluded that the time until propellant degradation may occur varies from 6-20 years. Therefore, replacing the older inflators with a newer version reduces the potential safety risk to customers.

Please do not order replacement parts. We will push the parts to you based on the VINs you have in your inventory. The dealer purchase order will be the same as the VIN for which the shipped part is intended.

To help ease the impact on your business, we created a financial assistance package earlier this year to assist you in managing your inventory when parts were not available. As indicated in the toolkit, once replacement parts became available, the per-vehicle subsidy you receive would expire. If an air bag is delivered to your store on or by the 25th of any given month, starting this month, the subsidy will no longer be paid on that vehicle. This is consistent with how the subsidies were initially paid out to you: as we did not pro-rate when we first launched the financial assistance program; similarly, we will not pro-rate a subsidy once vehicle parts become available at your center.

As you know, NHTSA announced a recall extension on May 4, 2016. Here's what that announcement means for you:

* Approximately 700 MY11 and older X5/X6 vehicles in your inventory will require a passenger air bag in addition to the driver air bag replacement. Passenger air bag availability is estimated for mid-summer 2016, so these vehicles will remain under stop sale.
* Other X5/X6 vehicles will require a passenger air bag at a later date.
* In addition, there are about 11,000 X1 MY15 that will require a driver air bag in 2018 per the schedule issued by NHTSA.

For more details about the remedy schedule, see page 7 of the Amendment Order PDF located on the NHTSA website: http://www.safercar.gov/rs/takata/takata-docs.html.

As we prepare to send customer letters and distribute parts, we want to ensure you feel well-prepared prior to customers receiving letters. Please review the two additions to the Toolkit:

* An updated Technical Q&A that contains information related to the interim repairs.
* The letter that custom

*** This message has been archived. ***

Retrieve Message

MBUSA_00153282