# EXHIBIT NO. 156



ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Testing Strategy – Facilities and Methodologies

**TK Global LLC**
Armada, Michigan

**Recall Services Europe GmbH**
Aschaffenburg, Germany

**(Takata Testing Center)**
Echigawa, Japan

**Fraunhofer Institute for Chemical Technology ICT**
Pfinztal, Germany









Inflator Level Ballistic Testing



CT Scanning



Live Dissection with propellant analysis

Closed Vessel Propellant Ballistic Testing

Daimler AG

NHTSA Meeting, November 9, 2018 - 2

HIGHLY CONFIDENTIAL

MBUSA_00094227

# Overview of tested inflators

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

**Inflator Level Ballistic Testing**

| | Number of tested inflators* returned from… | | |
|---|---|---|---|
| | Driver Side | Passenger Side | Total |
| US | 10,476 (thereof 602 tested by ICT) | 824 (thereof 388 tested by ICT) | 11,300 |
| Japan | 4,487 | | 4,487 |
| South Korea | 56 | | 56 |
| Europe** | 105 | | 105 |

**Live Dissection**

| | Number of tested inflators* returned from… | | |
|---|---|---|---|
| | Driver Side | Passenger Side | Total |
| US | 990 (thereof 164 tested by ICT) | 158 (thereof 40 tested by ICT) | 1,148 |

*All Inflators tested by Takata facilities if not stated otherwise          ** Voluntary EU-Monitoring KBA

Daimler AG                                                    NHTSA Meeting, November 9, 2018 - 3

HIGHLY CONFIDENTIAL                                                                    MBUSA_00094228



ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Live Dissection Results MB Cars PSDI-5 (Zone A)

**Average Primary Chamber Tablet Density  [g/cm³],
with respect to age of inflator [Years]: N = 920**

**Primary Chamber Tablet IBR  [(mm/s)*MPa],
with respect to Tablet Density Avg. [g/cm³]: N=872**



- Though there are some inflators with a density outside the specification, **even the oldest inflators** returned from Mercedes-Benz cars (14 years) **show no sign of an increase of the integrated burn rate and therefore no sign for a change of the ballistic quality of the inflators**

Daimler AG

NHTSA Meeting, November 9, 2018 5

HIGHLY CONFIDENTIAL

MBUSA_00094230

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Ballistic Test Results MB Cars PSDI-5 Zone A

**Maximum Pressure Measured in Chamber 1, PC1max [MPa], with respect to age of inflator [Years]: N = 9298**



- The chamber pressures continue to be stable with no critical values.

- There have been **NO INFLATOR RUPTURES.**

Daimler AG

NHTSA Meeting, November 9, 2018 6

HIGHLY CONFIDENTIAL

MBUSA_00094231



ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Live Dissection Results MB Cars PSPI-2

**Wafer IBR [(mm/s)*MPa], with respect to age of inflator [Years]: N = 158**

| Zone | no. of tested inflators | Age Min | Age Max | IBR Chamber 1 [(mm/s)*MPa] | | | IBR Chamber 2 [(mm/s)*MPa] | | |
|------|------|------|------|------|------|------|------|------|------|
| | | | | Min. | max. | ø | Min. | max. | ø |
| 1 | 89 | 5.22 | 10,40 | 1373 | 2028* | 1682 | 1550 | 2638*2 | 1715 |
| 2 | 7 | 6.08 | 9,15 | 1524 | 1795 | 1662 | 1648 | 1712 | 1675 |
| 3 | 36 | 5.75 | 11,34 | 1597 | 1772 | 1696 | 1405 | 3273*3 | 1751 |
| 4 | 26 | 6.42 | 11,41 | 1534 | 1786 | 1680 | 1579 | 1908 | 1698 |

* Slightly increased IBR values are not considered critical and were reviewed with NHTSA on October 18, 2017
*2 Broken wafer
*3 Inflator XBFA20001797: High value (currently inexplicable) only at 2nd stage. 1st Stage is unremarkable

Daimler AG

NHTSA Meeting, November 9, 2018 8

HIGHLY CONFIDENTIAL

MBUSA_00094233

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Live Dissection Results MB Cars PSPI-2

**Wafer IBR [(mm/s)*MPa],  with respect to age of inflator [Years]: N = 158**



**High burning rate at stage 2 only, stage 1 is completely unremarkable.**

Daimler AG

NHTSA Meeting, November 9, 2018 9

HIGHLY CONFIDENTIAL

MBUSA_00094234

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# PSPI-2 Module XBFA20001797 (increased burn rate only in chamber 2)

## Module Information

| | |
|---|---|
| **Module** DAG SN: | 20486000050000701020704949 |
| TAK SN: | JFZZZ02070494 |
| Lot: | 10200F01 |
| Part Number: | A 204 860 00 05 |
| Production Date: | July 26, 2010 |
| Type of Module: | Passenger Airbag |
| Factory: | Nilkheim, Germany |

| | |
|---|---|
| **Inflator** TAK SN: | XBFA20001797 |
| Type of Inflator: | PSPI-2 |
| Production Date: | July 19, 2010 |
| Factory: | Freiberg, Germany |



## Vehicle Information

| | |
|---|---|
| VIN/FIN: | WDDGF8BB2BR153574/ WDD2040811R153574 |
| Production No.: | 7153706 |
| Platform: | C-Class 204 |
| Model: | C 300 4MATIC |
| Type of Vehicle: | Sedan |
| MY: | 2011 |
| Production Date: | Nov 9, 2010 |
| Production Plant: | East London, South Africa |
| Registration Date: | Dec 30, 2010, Pennsylvania |
| Total Owners, States: | 3 (PA, PA, NY) |
| DAB PG: | 6 |
| PAB PG: | 10 |
| Service Campaign: | 2017 "like for like" |

**Inflator Installation Schematic**



ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# PSPI-2 Module XBFA20001797 (increased burn rate only in chamber 2)

## Next Steps

1. **Inspection of the vehicle**
   a. Check for special events (e.g. flooding of the car)
   b. Check for special accessories/aftermarket components which potentially could cause high temperatures at the secondary chamber of the inflator

2. **Systematic testing** of additional passenger inflators from same production range
   a. Contact vehicle owners in order to test a representative sample size
   b. Thorough vehicle history verifications

HIGHLY CONFIDENTIAL                                                                                    MBUSA_00094236



ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Test Results MB Cars PSPI-2 Zone A

**Maximum Pressure Measured in <u>Chamber 1</u>, PC1max [MPa], with respect to age of inflator [Years]: N=280**



- Results are very repeatable, also in between the different testing facilities ICT and JSS.
- The **average hydroburst limit** for PSPI-2 inflators used by Mercedes-Benz Cars is **105.5 MPa**.
- Previously, the **highest maximum pressure measured** in Chamber 1 (all zones) **was 58.81 MPa**.
- **1 Inflator rupture**, exceeding the hydroburst limit, 9.7 years old, zone A (FL).

Daimler AG

NHTSA Meeting, November 9, 2018 13

HIGHLY CONFIDENTIAL

MBUSA_00094238

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Test Results MB Cars PSPI-2 Zone A

**Maximum Pressure Measured in <u>Chamber 2</u>, PC2max [MPa], with respect to age of inflator [Years]: N=278**



- Results are very repeatable, also in between the different Testing Facilities ICT and JSS.

- The **average hydroburst limit** for PSPI-2 inflators used by Mercedes-Benz Cars is **105.5 MPa**.

- Previously, the **highest maximum pressure measured** in Chamber 2 (all zones) was **44.9 MPa**.

- 1 **Inflator rupture**, exceeding hydroburst limit, 9.7 years old, zone A (FL).

Daimler AG

NHTSA Meeting, November 9, 2018 14

HIGHLY CONFIDENTIAL

MBUSA_00094239

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

## PSPI-2 Module XBFV24602608 (rupture)



- Inflator Level Ballistic Test carried out at ICT on October 25, 2018
- Inflator from zone A
- Age: 9.7 years
- Maximum pressure beyond measuring range of pressure sensor

Daimler AG

NHTSA Meeting, November 9, 2018 15

HIGHLY CONFIDENTIAL

MBUSA_00094240

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# PSPI-2 Module XBFV24602608 (rupture)

| Chamber 2 | Chamber 1 | | Chamber 2 | Chamber 1 |

 

- No indication of errors in the test set up at ICT, esp. no blocked orifices

HIGHLY CONFIDENTIAL

MBUSA_00094241

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# PSPI-2 Module XBFV24602608 (rupture)



- Condition of parts is consistent with ruptured inflators based on Takata's experience

HIGHLY CONFIDENTIAL                                                                                                                                    MBUSA_00094242



**PSPI-2 Module XBFV24602608** (rupture)

- Spring of chamber 1 is missing
- Corrosion visible on divider disk at the side facing chamber 1

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# PSPI-2 Module XBFV24602608 (rupture)



- Broken wafers show an increased burn rate with a stable progress with respect to the pressure.
- With an increasing amount of broken wafer particles, the gradient of the burn rate will increase.

HIGHLY CONFIDENTIAL

MBUSA_00094244

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# PSPI-2 Module XBFV24602608 (rupture)

## Module Information

| | |
|---|---|
| Module DAG SN: | 20486000050000700825412067 |
| TAK SN: | n.a. |
| Lot: | n.a. |
| Part Number: | A 204 860 00 05 |
| Production Date: | Sep 10, 2008 |
| Type of Module: | Passenger Airbag |
| Factory: | Nilkheim, Germany |

| | |
|---|---|
| Inflator TAK SN: | XBFV24602608 |
| Type of Inflator: | PSPI-2 |
| Production Date: | Sep 02, 2008 |
| Factory: | Freiberg, Germany |
| Charge: | XBFV246 |

## Vehicle Information

### Production Information

| | |
|---|---|
| VIN/FIN: | WDDGF54X79R066142/ WDD2040541R066142 |
| Production No.: | 7066157 |
| Platform: | C-Class 204 |
| Model: | C 300 |
| Type of Vehicle: | Sedan |
| MY: | 2009 |
| Paint: | Arctic White |
| Production Date: | Nov 26, 2008 |
| Production Plant: | East London, South Africa |
| Recall Campaign: | PG 4 |

### Ownership Information

| | |
|---|---|
| Registration Date: | Jun 01, 2009 - Florida |
| Total Owners, (States): | 2 (FL) |
| Type/length ownership: | Rental (11m), private owner (8.5y) |
| Last reported odometer: | 19,646 mls; 118,774 mls (191.148km) |
| DAB NHTSA-PG: | 4 |
| PAB NHTSA-PG: | 4 |
| Recall repair date: | Aug 14, 2018 |

- Frontal right accident reported in 2015
  *(Airbags did not deploy, no airbags replaced)*

Daimler AG

NHTSA Meeting, November 9, 2018 20

HIGHLY CONFIDENTIAL

MBUSA_00094245

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# PSPI-2 Module XBFV24602608 (rupture)

**Current status:**
- Inflator housing material defects can be ruled out
- No indication on errors in test set up at ICT
- Inflator from Takata production, no indication of counterfeit parts

**Open questions:**
- Failure in stage 1 only or in both stages?
- Currently no evidence of porous burning
- Possible root cause: multiple broken wafers
- Reason for corrosion on divider disc (between chamber1 and 2) only at side facing chamber 1 currently unclear

**Next steps:**
- Investigate potential for systematic deviations in Takata's manufacturing process
- Investigation of influences of a missing spring on the IBR
- CT scan and subsequent live dissection of the corresponding driver inflator
- Inspection of the vehicle

Daimler AG                                        NHTSA Meeting, November 9, 2018 21

HIGHLY CONFIDENTIAL                                        MBUSA_00094246