# EXHIBIT NO. 157

| | |
|---|---|
| **From:** | Johnson, Allison R. </O=HHLAW/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JOHNSON, ALLISON R.5DD> |
| **To:** | 'Hench, Stephen (NHTSA)' |
| **CC:** | McAuliffe, Susan R.; Montague, R. Latane; 'R-Thomas.Brunner@mbusa.com' |
| **Sent:** | 15-Nov-18 3:56:19 PM |
| **Subject:** | Mercedes' Nov. 9, 2018 Testing Update to NHTSA - CONTAINS CONFIDENTIAL BUSINESS INFORMATION |
| **Attachments:** | MBUSA Confidentiality Request - Update Takata Testing Information - November 2018.pdf; MBUSA Confidentiality Certificate - Takata Testing Update - November 2018.pdf; CONFIDENTIAL - MBUSA - Update Takata Testing Information - November 2018.pdf; REDACTED - MBUSA - Update Takata Testing Information - November 2018.PDF |

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION**

Steve,

Attached is Mercedes' November 9, 2018 Takata recall testing update. Mercedes is requesting confidential treatment for the entire presentation. Accordingly, a confidentiality request letter and supporting certificate are attached, as well as confidential and redacted versions of the material.

Please let us know if there are any questions.

Regards,

Allison


**Allison R. Johnson**
Associate

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

| | |
|---|---|
| Tel: | +1 202 637 5600 |
| Direct: | +1 202 637 5895 |
| Fax: | +1 202 637 5910 |
| Email: | allison.johnson@hoganlovells.com |
| | www.hoganlovells.com |

*Please consider the environment before printing this e-mail.*



Global Regulatory
Influence | Implement | Monitor | Dispute
www.hoganlovells.com/GlobalRegulatory