# EXHIBIT NO. 158



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

**VIA ELECTRONIC MAIL**

November 15, 2018

Mr. Jonathan Morrison
Chief Counsel
National Highway Traffic Safety Administration
(NCC-111), Room W41-227
1200 New Jersey Avenue, SE
West Building
Washington, DC 20590

**RE:   Request for Confidentiality Concerning Mercedes November 9, 2018 Takata Recall Testing Update to NHTSA**

Dear Mr. Morrison:

This letter requests confidential treatment under 49 C.F.R. Part 512 for the Takata recall testing update made by Daimler AG and Mercedes-Benz USA, LLC (collectively, Mercedes) to the National Highway Traffic Safety Administration (NHTSA) on November 9, 2018.

Pursuant to 49 C.F.R. Part 512 and the instructions provided by NHTSA, this request attaches a complete, unredacted version of the November 9 presentation and a redacted version of the presentation.  The confidential version is marked "CONFIDENTIAL BUSINESS INFORMATION" in accordance with 49 C.F.R. § 512.6(b) and (c).

The information contained in the update is voluntarily submitted to NHTSA, is the kind of information that is not customarily released to the public by Mercedes, and has not been publicly disclosed.  The update includes confidential information concerning Mercedes' testing of Takata inflators, including methodologies, strategies, and results.  This type of information is used for internal operations, decision-making, and planning, and is not customarily released to the public.  Additionally, the Mercedes update includes depictions of the airbag module assembly and testing.  This information is not normally available to the public.  The material therefore is entitled to confidential treatment under 49 C.F.R. § 512.15(d).

The information described above is also entitled to confidential treatment under *Critical Mass Energy Project v. Nuclear Regulatory Commission,* 975 F.2d 871 (D.C. Cir. 1992), because it is voluntarily submitted and not customarily released to the public.  The *Critical Mass* basis for confidential treatment has been incorporated into the Agency's regulations at 49 C.F.R. § 512.3(c)(2)(ii).  Some of the information contained in the Mercedes update has not been publicly disclosed.  Mercedes has taken measures to ensure that the information contained in the update has not been disclosed or otherwise made available to any persons outside of Mercedes, its parents, suppliers, or affiliates.  Insofar as is known by Mercedes, this information is not known outside of the company, except by these related parties.  The information has also been disclosed as necessary for the purpose of obtaining advice

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington DC   Associated offices: Budapest   Jakarta   Shanghai FTZ   Ulaanbaatar   Zagreb.  Business Service Centers:  Johannesburg   Louisville.  For more information see www.hoganlovells.com

Mr. Jonathan Morrison
November 15, 2018
Page 2

and assistance from counsel and other confidential advisers. Such disclosures do not compromise the confidential nature of the information because of the close business relationship between Mercedes and its parents and affiliates, nor does selective disclosure to advisers bound by obligations of confidentiality compromise the confidential nature of the information.

We request that confidentiality be granted indefinitely for the information designated as confidential in Mercedes' submission to NHTSA, or until such time as the information is no longer held confidential by Mercedes. We would appreciate your notifying us of your decision regarding this confidentiality request.

Thank you for your consideration of this request. Please forward your response to this request to my attention.

Sincerely,

R. Latane Montague


Attachments:
One complete version of Mercedes' November 9, 2018 update
One redacted version of Mercedes' November 9, 2018 update
Certificate in Support of Request for Confidentiality

HIGHLY CONFIDENTIAL

MBUSA_00094224