# EXHIBIT NO. 159

# See Exhibit No. 156