# EXHIBIT NO. 160

NOT FOR PAGE CONFIDENTIAL BUSINESS INFORMATION



# DAIMLER

# Status update

October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002457

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

# Agenda

1. Introduction

2. Testing

3. Development timelines

4. Consumer outreach

5. Summary



ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Agenda

**1. Introduction**

2. Testing

3. Development timelines

4. Consumer outreach

5. Summary



Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002459

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

# The Mercedes-Benz Approach to the Takata issue includes PSAN-free vehicles and an optimized recall execution

**1**

Mercedes-Benz PC is pursuing a **PSAN-free airbag inflator strategy**
- All future models will be PSAN-free
- **Recalled vehicles will receive PSAN-free airbag inflator replacements**

**2**

Field and test performance
- **No field reports of inflator ruptures**
- **Ballistic testing data** from early MY HAH vehicles (n= >12,000) with non-desiccated PSAN inflators **does not currently indicate any safety risk**
- Additional testing of inflators from different models / MYs is ongoing to increase confidence level

**3**

Optimized recall execution
- Replacement of all non-desiccated frontal airbags **during single workshop visit to optimize completion rates** and reduce customer confusion and inconvenience
- **Recall launch schedule** based on **NHTSA Priority Group ranking**

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002460

HIGHLY CONFIDENTIAL BUSINESS INFORMATION

# Recall status US market

| model | MY | inflator | # of inflators | Recall stage 1 | | |
|---|---|---|---|---|---|---|
| | | | | # of vehicles | Launch date | Spare part |
| C-Class (203 platform) | 2005 - 2007 | PSDI-5 | 113,057 | MY 2005 – 2007, HAH 37,890 | 10/12/2016 | PSDI-5d |
| SLK (171 platform) | 2007 - 2008 | PSDI-5 | 12,327 | MY 2007, 2008, HAH 3,774 | 10/12/2016 | PSDI-5d |
| ML, GL (164 platform) | 2009 - 2012 | PSDI-5 | 169,264 | MY 2009, HAH 9,253 | CW 11/17 | PSDI-5d |
| R-Class (251 platform) | 2009 - 2013 | PSDI-5 | 10,425 | MY 2009, HAH 688 | CW 11/17 | PSDI-5d |
| C-Class, GLK (204 platform) | 2008 - 2015 | PSDI-5 PSPI-2 | 340,571 693,529 | MY 2008 – 2009, HAH 685[3] | 11/14/2016 | Like for like |
| E-Class C/C (207 platform) | 2010 – 2016[1] | PSDI-5 PSPI-2 | 25,711 82,403 | | | |
| E-Class (212 platform) | 2010 - 2011 | PSDI-5 | 31,893 | | | |
| SLS (197 platform) | 2011 - 2015 | PSDI-5 PSPI-2 | 2,746 2,746 | | | |
| Total # of vehicles: 1.115.647 | Total[2]: | | PSDI-5: 705,994 PSPI-2: 778,678 | 52,290 | | |

[1] E-Class Coupe / Convertible available until MY17; [2] based on Polk data
[3] Service campaign aligned with NHTSA; Dealer inventory vehicles

Daimler AG

NHTSA Meeting, October 18, 2017

MBUSA_00002461

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Agenda

1. Introduction
2. **Testing**
3. Development timelines
4. Consumer outreach
5. Summary



Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002462

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Testing Strategy – Facilities and Methodology

80 % of returned US parts at
**Takata Inflator Engineering
Staging Center**
Armada, Michigan
150 inflators/week

10 % of returned US
and Japan parts at
**Takata Product Safety Group
Europe Analysis Center**
Aschaffenburg, Germany
75 inflators/week



10 % of returned US parts at
**Fraunhofer Institute for
Chemical Technology ICT**
Pfinztal, Germany
20 inflators/week

90 % of returned
Japan parts at
**Takata Testing
Center**
Echigawa, Japan
60 inflators/week

Inflator Level Ballistic
Testing



CT Scanning



Live Dissection with
propellant analysis



Closed Vessel Propellant
Ballistic Testing

HIGHLY CONFIDENTIAL

MBUSA_00002463

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Overview of tested inflators

**Number of tested inflators\* returned from..**

| Inflator Level Ballistic Testing | | Driver Side | Passenger Side | Total |
|---|---|---|---|---|
| | US | 9,745<br>(9582 tested by Takata facilities, 163 tested by ICT) | 490<br>(323 tested by Takata facilities, 167 tested by ICT) | 10,235 |
| | Japan | 2,636 | – | 2,636 |
| | South Korea | 20 | | 20 |
| | Europe\*\* | 42 | | 42 |

**Number of tested inflators\* returned from..**

| Live Dissection | | Driver Side | Passenger Side | Total |
|---|---|---|---|---|
| | US | 680 | 56 | 736 |

\* All Inflators tested by Takata facilities if not stated otherwise          \*\*  Voluntary EU-Monitoring KBA

Daimler AG                                                                                                  NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL                                                                                    MBUSA_00002464

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION



# Test Results Mercedes-Benz Cars PSDI-5

MBUSA_00002465

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Test Results (Takata) MB Cars PSDI-5 Zone 1 (<u>all results by 10/2017</u>)

**Maximum Pressure Measured in Chamber 1, PC1max [MPa], with respect to age of inflator [Years]: N = 8974**



- Results are very repeatable (for each testing procedure).

- The average hydroburst limit for PSDI-5 inflators used by Mercedes-Benz Cars is 110 MPa or 102.9 MPa with a minus-3-sigma value.

- The highest maximum pressure measured in Chamber 1 with 0 ms ignition delay (worst case testing scenario) is 73.7 Mpa and with 5 ms ignition delay it is 67.14 MPa.

- **The chamber pressures continue to be stable.**

Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002466

# Test Results (Takata) MB Cars PSDI-5 All Other Zones

**Maximum Pressure Measured in Chamber 1, PC1max [MPa], with respect to age of inflator [Years]:**



Zone 2

USA: 42
Japan: 200
Korea: 11

Zone 3

USA: 21

Zone 4

Germany: 49
unknown: 2

Zone unknown

unknown: 333

Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002467

# Test Results (ICT) MB Cars PSDI-5 All Zones

**Maximum Pressure Measured in Chamber 1, PC1max [MPa], with respect to age of inflator [Years]: N = 163**



- Results are very repeatable (for each testing procedure).

- The **average hydroburst limit** for PSDI-5 inflators used by Mercedes-Benz Cars is **110 MPa** or 102.9 MPa with a minus-3-sigma value.

- The **highest maximum pressure measured** in Chamber 1 with 5 ms ignition delay is **67.38 MPa**.

- **The chamber pressures continue to be stable.**

Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002468

# Live Dissection  Results (Takata) MB Cars PSDI-5

**Average Primary Chamber Tablet Density  [g/m³], with respect to age of inflator [Years]: N = 680**

**Zone 1**

**Unknown Zone**



**For some of the inflators, the measured average density lies outside the specification.**

---

Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Live Dissection  Results (Takata) MB Cars PSDI-5

**Primary Chamber Tablet IBR  [N/m*s], with respect to Tablet Density Avg. [g/m³]: N=630**



- The maximum measured integrated burn rate is 1598 N/m*s.

- Despite the lower average tablet density measured in some inflators, **even the oldest inflators** returned from Mercedes-Benz cars (12 years) **show no sign of an increase of the integrated burn rate**

→ **no sign for a change of the ballistic qualities of the inflators**

Determination of IBR

Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002470

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Determination of IBR

- Takata, along with ICT, developed the Integrated Burning Rate or IBR to provide a quantitative measure of the change in propellant burning from a baseline value.
  - It represents the area under the burning rate versus pressure curve from 100 to 650 bar.





Jan. 2017



Proprietary & Confidential

**TAKATA**

HIGHLY CONFIDENTIAL

MBUSA_00002471

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION



# Test Results Mercedes-Benz Cars PSPI-2

HIGHLY CONFIDENTIAL

MBUSA_00002472

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Test Results (Takata) MB Cars PSPI-2 Zone 1

**Maximum Pressure Measured in Chamber 1, PC1max [MPa], with respect to age of inflator [Years]: N=167**



- Results are very repeatable.

- The **average hydroburst limit** for PSPI-2 inflators used by Mercedes-Benz Cars is **105,5 MPa** or 101.3 MPa with a minus-3-sigma value.

- The **highest maximum pressure measured** in Chamber 1 (all zones) is **56,88 MPa**.

- **The chamber pressures continue to be stable with no critical values.**

- Recording of baseline is pending.

Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002473

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Test Results (Takata) MB Cars PSPI-2 All Other Zones

**Maximum Pressure Measured in Chamber 1, PC1max [MPa], with respect to age of inflator [Years]:**



**Zone 2**

USA: 82





**Zone 3**

USA: 60

**Zone 4**

USA: 7



**Zone unknown**

unknown: 7



Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Test Results (ICT) MB Cars PSPI-2 All Zones

**Maximum Pressure Measured in Chamber 1, PC1max [MPa], with respect to age of inflator [Years]: N = 167**



- Results are very repeatable (for each testing procedure).

- The **average hydroburst limit** for PSDI-5 inflators used by Mercedes-Benz Cars is **105,5 MPa** or 101.3 MPa with a minus-3-sigma value

- The **highest maximum pressure measured** in Chamber 1 with 5 ms ignition delay is **58.81 MPa**.

- **The chamber pressures continue to be stable with no critical values.**

Daimler AG

HIGHLY CONFIDENTIAL

MBUSA_00002475

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Live Dissection MB Cars PSPI-2 – Inflator Overview



NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002476

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Live Dissection  Results (Takata) MB Cars PSPI-2

**Wafer IBR [N/m*s], with respect to age of inflator [Years]: N = 56**

**Primary Chamber**



**Secondary Chamber**



**For some of the wafers, the IBR shows a slight increase.**

---

Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Live Dissection  Results (Takata) MB Cars PSPI-2

**Wafer IBR [N/m\*s], with respect to wafer OD [mm]: N = 56**

**Primary Chamber**



**Secondary Chamber**



**Despite a slight increase of the IBR in some inflators, the chamber pressures continue to be stable (even in oldest inflators).**

---

Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Summary Testing

**Inflator Level Ballistic Testing of Driver Airbag Inflator <u>PSDI-5</u> used by Mercedes-Benz Cars:**

- The chamber pressure for the driver airbag inflators PSDI-5 continues to be stable with no critical values even for the oldest inflators (MY2005).

- There have been no inflator ruptures.

- For some of the inflators, the measured average density lies outside the specification.

- Despite the lower average tablet density measured in some inflators, **even the oldest inflators** returned from Mercedes-Benz cars (12 years) **show no sign of an increase of the integrated burning rate**

**Inflator Level Ballistic Testing of Passenger Airbag Inflator <u>PSPI-2</u> used by Mercedes-Benz Cars:**

- For some of the wafers, the IBR shows a slight increase.

- Nevertheless, the chamber pressure for the passenger airbag inflators PSPI-2 continues to be stable with no critical values even for the oldest inflators (MY2008).

- There have been no inflator ruptures.

**→ The test results show no pattern that indicates a change of the ballistic qualities of the inflators**

Daimler AG                                                                                                              NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

ENTIRE PAGES CONFIDENTIAL BUSINESS INFORMATION

# Agenda

1. Introduction

2. Testing

3. **Development timelines**

4. Consumer outreach

5. Summary



Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002480

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Expedited schedules for development of GuNi inflators are on track

| Task<br>driver and passenger airbags with GuNi | Milestones | 2016 | | | 2017 | | | | 2018 |
|---|---|---|---|---|---|---|---|---|---|
| | | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Kick off<br>- purchase order, contract documents, specifications | 20160517 | ◆ | | | | | | | |
| NHTSA-Meeting | 20160622 | ◆ | | | | | | | |
| Design<br>- engineering, package | | | | | | | | | |
| Simulation in position | | | | | | | | | |
| Facility<br>- implement assy line & facility equipment, hire and train workers | | | | | | | | | |
| Tooling<br>- cover, cushion, metal parts (fixation) | | | | | | | | | |
| Establish assembly lines for<br>- cutting, sewing, folding | | | | | | | | | |
| First tooling parts | 20170317 | | | | | ◆ | | | |
| Module qualifications<br>- deployment tests module only -35°C ... +85°C | | | | | | | | | |
| Module qualifications static tests<br>- deployment tests in car surrounding, out of position testings | | | | | | | | | |
| Module qualifications dynamic tests<br>- impactor, sled (in position) | | | | | | | | | |
| Off tool parts | 20170428 | | | | | ◆ | | | |
| Approval<br>- static deployment tests, out of position tests, crash tests, environmental | | | | | | | | | |
| Approval for transportation of dangerous goods | 20170922 | | | | | | ◆ | | |
| SOP<br>- production of initial supply volume for driver and passenger airbags | 20171027 | | | | | | | ◆ | |
| Start Of Delivery (SOD) with 20% initial supply volume for driver and passenger airbag ready for **PG4** | | | | | | | | | |
| W204 MY 2008-2009 | 20171124 | | | | | | | ◆ | |
| W164 MY 2009 | 20171124 | | | | | | | ◆ | |
| X164 MY 2009 | 20171124 | | | | | | | ◆ | |
| V251 MY 2009 | 20171124 | | | | | | | ◆ | |
| W203 MY 2005-2007 | 20180119 | | | | | | | ◆ | |
| R171 MY 2007-2008 | 20180119 | | | | | | | | ◆ |
| Start Of Delivery (SOD) with 20% initial supply volume for driver and passenger airbag ready for **PG5** | | | | | | | | | |
| W204 MY 2008-2011 | 20171124 | | | | | | | ◆ | |
| X204 MY 2010-2012 | 20171124 | | | | | | | ◆ | |
| W164 MY 2009-2011 | 20171124 | | | | | | | ◆ | |
| X164 MY 2009-2012 | 20171124 | | | | | | | ◆ | |
| V251 MY 2009-2012 | 20171124 | | | | | | | ◆ | |
| W203 MY 2005-2007 | 20180119 | | | | | | | | ◆ |
| R171 MY 2007-2008 | 20180119 | | | | | | | | ◆ |
| C/A207 MY 2010-2011 | 20180119 | | | | | | | | ◆ |
| W212 MY 2010-2011 | 20180119 | | | | | | | | ◆ |
| C/R197 MY 2011-2014 | 20180119 | | | | | | | | ◆ |

## *Efforts taken / Challenges*

- New department set up for GuNi-development in R&D
- 20 engineers hired
- New airbag modules for **29** driver and **8** passenger applications

 

## *Current status*

- All GuNi development activities are **on schedule**
- First US modules will be manufactured in Q4/2017, roll-out MBC end of Q1/2018 as planned

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Agenda

1. Introduction
2. Testing
3. Development timelines
4. **Consumer outreach**
5. Summary



Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Current Completion Rate Campaign – 2016090001 (16V081)



- Not yet leveraging

- Not yet leveraging

  category.



- Up to 4,600 vehicles of campaign population potentially no longer on the road (Scrapped, Stolen, Exported)

- "Other" category

- to identify, archive and document Scrapped, Stolen, Exported (SSE) Vehicles already at time of Data Acquisition process and regular scrubbing (no separate data pull just for SSE).

- to identify, archive, document and continuously track for 10 months vehicles identified as "Other" per Paragraph 45 in Amended Coordinated Remedy Order (ACRO).

  using primary and secondary vehicle status codes – serves as input for Dealer KPI reporting.

  Outreach (see also next slide)

---

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Data Acquisition is the foundation for successful & cost-effective outreach

- CRM data of limited use
- Standard phone appends purchased not sufficient.

9,7%  6,7%

31,3%   52,3%

Address Only
Address/Phone
Address/Email/Phone
Address/Email



Traditional Mailers & Postcards

Email

Phone

Texts

Facebook

Required: once a month employing min. 3 different methods for unrepaired VINs

- "Traditional" outreach (e.g. Stericycle, etc) until **Comprehensive Program RFP Bid** is awarded (12 / 17)
  - Best email + phone

- **Dealer Tools**
  - KPI's
  - Consolidated data access
  - CDK initiatives
  - Autopoint test case

- **Used Car Lots | ISPs | Online Listings | Appraisals | Collision Tools**
  - CDK, Cox Automotive, Carfax, MB Collision Shops

- **Scrap, Stolen, Export, "Other", +Retrieval**
  - Included in Comprehensive Program RFP

HIGHLY CONFIDENTIAL

MBUSA_00002484

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Agenda

1. Introduction
2. Testing
3. Development timelines
4. Consumer outreach
5. **Summary**



Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002485

ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION

# Recall launch plan is on schedule



Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002486

ANTI LEAKAGE CONFIDENTIAL BUSINESS INFORMATION

# Summary

- Recall launch-plan is **on schedule**

- Additional challenges due to **new recalls** (China, Australia etc.)

- Consumer outreach: Multiple initiatives have been started by MBUSA

- Testing activities will continue, focusing on **live dissection** and **desiccated inflators**

- The test results show **no pattern that indicates a change of the ballistic qualities** of the inflators

- **No inflator ruptures** (field and lab-testing) **worldwide**

Daimler AG

NHTSA Meeting, October 18, 2017

HIGHLY CONFIDENTIAL

MBUSA_00002487