# EXHIBIT NO. 161



# Mercedes-Benz Cars

## US implementation Takata recalls PSDI-5 / PSPI-2

June 22, 2016



HIGHLY CONFIDENTIAL

MBUSA_00000596

Confidential

# Agenda

| 1 | **Mercedes-Benz Cars US market volume and distribution** |
|---|---|
| 2 | **Strategy Mercedes-Benz Cars** |
| 3 | **Development timelines** |
| 4 | **Recall plan PSDI-5** |
| 5 | **Dealer & Customer communication MBUSA** |
| 6 | **Testing Mercedes-Benz Cars** |
| 7 | **Summary** |

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000597

Confidential

# Affected inflators Mercedes-Benz Cars

| Inflator Type | PSDI-5 | PSPI-2 |
|---|---|---|
| Used on | Mercedes-Benz Cars C-Class 203, C-Class 204, SLK-Class, ML-/GL-Class, R-Class, E-Class Coupe / Convertible, E-Class, SLS-Class | Mercedes-Benz Cars C-Class, SLS-Class, E-Class Coupe / Convertible |
| Inflator Technology |  |  |
| Propellant Geometry | Tablets  | 5g „Thin wafers"  |

Pictures provided by Takata Corp.

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000598

**Confidential**

# Mercedes-Benz Cars non-desiccated PSAN Takata inflators US market

| model | MY | inflator | # of inflators |
|---|---|---|---|
| ML, GL (164 platform) | 2009 - 2012 | PSDI-5 | 169,264 |
| SLK (171 platform) | 2007 - 2008 | PSDI-5 | 12,327 |
| SLS (197 platform) | 2011 - 2015 | PSDI-5 PSPI-2 | 2,746 2,746 |
| C-Class (203 platform) | 2005 - 2007 | PSDI-5 | 113,057 |
| C-Class, GLK (204 platform) | 2008 - 2015 | PSDI-5 PSPI-2 | 340,571 693,529 |
| E-Class Coupe/Convertible (207 platform) | 2010 – 2016[1] | PSDI-5 PSPI-2 | 25,711 82,403 |
| E-Class (212 platform) | 2010 - 2011 | PSDI-5 | 31,893 |
| R-Class (251 platform) | 2009 - 2013 | PSDI-5 | 10,425 |

[1] E-Class Coupe / Convertible available until MY17
[2] based on production records (Polk data not included)

|  | Total[2]: | PSDI-5 | 705,983 |
|---|---|---|---|
|  |  | PSPI-2 | 778,678 |

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000599

**Confidential**

# 1.5 million inflators (driver/passenger) in 1.1 million MB passenger cars are affected in the US market



| model | driver-side only (PSDI-5) | both | passenger-side (PSPI-2) |
|---|---|---|---|
| ML / GL | 169.000 | | |
| SLK | 12.000 | | |
| SLS | | 2.700 | |
| C (203) | 113.000 | | |
| C (204) / GLK | | 340.000 | 353.000 |
| E-Coupe / Conv. | | 26.000 | 57.000 |
| E | 32.000 | | |
| R | 10.000 | | |
| Vehicles | 336.000 | 368.700 | 410.000 |

| Modules | 706.000 PSDI-5 | 779.000 PSPI-2 |
|---|---|---|

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000600

Confidential

# Agenda

| | |
|---|---|
| **1** | **Mercedes-Benz Cars US market volume and distribution** |
| **2** | **Strategy Mercedes-Benz Cars** |
| **3** | **Development timelines** |
| **4** | **Recall plan PSDI-5** |
| **5** | **Dealer & Customer communication MBUSA** |
| **6** | **Testing Mercedes-Benz Cars** |
| **7** | **Summary** |

6  US implementation Takata recalls PSDI-5 / PSPI-2 | June 22, 2016

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000601

**Confidential**

# Mercedes-Benz Cars Takata strategy

- A steering committee has been installed at Daimler on Board of Management level for forward strategy in dealing with the Takata situation

- Daimler is part of the 13 OEM committee dealing with the Takata situation

- Inflator technology:

  - No non-desiccated PSAN in current inflators
    (exception: E-Class Coupe / Convertible MY17, R-Class China)

  - Review of all ongoing vehicle projects

  - Future inflator technology at Daimler will be PSAN-free

- US recall implementation: Each vehicle is called to workshops only <u>once</u>

---

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000602

Confidential

# Agenda

| 1 | **Mercedes-Benz Cars US market volume and distribution** |
| 2 | **Strategy Mercedes-Benz Cars** |
| 3 | **Development timelines** |
| 4 | **Recall plan PSDI-5** |
| 5 | **Dealer & Customer communication MBUSA** |
| 6 | **Testing Mercedes-Benz Cars** |
| 7 | **Summary** |

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000603

Confidential

# Recall replacement part development timelines

- Driver inflators Takata PSDI-5

  - 2016: PSDI-5d desiccated (Takata, all from Freiberg / Germany plant)

  - 2017: Guanidine nitrate (GuNi) inflator (ZF / Autoliv)

- Passenger-side inflators PSPI-2

  - 2017: GuNi inflator (tbd, non-Takata)

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000604

**Confidential**

# PSDI-5d (desiccated)

## TAKATA, all from Freiberg plant / Germany

| Task | Milestone | 2016 | |
|---|---|---|---|
| | | Q2 | Q3 |
| | | PSDI-5d development | |
| Off tool parts | 20160418 | ⬇ | |
| Inflator qualifications<br>- ballistic tests, environmental tests | | | |
| Module qualifications<br>- impactor, sled tests (in position), out of position | | | |
| Part release | 20160715 | | ⬇ |
| SOP | 20160729 | | ⬇ |

10  US implementation Takata recalls PSDI-5 / PSPI-2 | June 22, 2016

Mercedes-Benz

HIGHLY CONFIDENTIAL

Confidential

# PSDI-5 / PSPI-2 replacement with GuNi

## ADPS-1.5 from Autoliv, DI10.2 from ZF, passenger side airbag tbd

| Task | Milestone | 2016 | | | 2017 | | |
|---|---|---|---|---|---|---|---|
| | | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 |
| | | 18 months driver and passenger side airbag development | | | | | |
| Kick off<br>- purchase order, contract documents, spezifications | | ⬇ | | | | | |
| Design<br>- engineering, package | | | | | | | |
| Facility<br>- implement assy line & facility equipment, hire and train workers | | | | | | | |
| Establish assembly lines for<br>- cutting, sewing, folding | | | | | | | |
| Tooling<br>- cover, cushion, metal parts (fixation) | | | | | | | |
| First tooling parts | 20170317 | | | | ⬇ | | |
| Simulation in position | | | | | | | |
| Module qualifications<br>- deployment tests module only -35°C … +85°C, AKLV 01/ 02/ 03, DOT approval | | | | | | | |
| Module qualifications<br>- deployment tests in car surrounding, out of position testings | | | | | | | |
| Module qualifications<br>- impactor, sled (in position) | | | | | | | |
| Off tool parts | 20170818 | | | | | | ⬇ |
| Approval<br>- static deployment tests, out of position tests, crash tests, environmental tests | | | | | | | |
| Part release | 20170910 | | | | | | ⬇ |
| SOP | 20170930 | | | | | | ⬇ |

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000606

Confidential

# Agenda

1    **Mercedes-Benz Cars US market volume and distribution**

2    **Strategy Mercedes-Benz Cars**

3    **Development timelines**

4    **Recall plan PSDI-5**

5    **Dealer & Customer communication MBUSA**

6    **Testing Mercedes-Benz Cars**

7    **Summary**

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000607

Confidential

# Comparison PSDI-5 / PSPI-2 recall plan

Driver and passenger-side inflators follow different NHTSA priority and zone schedules

| Driver | Passenger |
|---|---|
| *PSDI-5* | *PSPI-2* |





| Priority Group | Timeline |
|---|---|
| Priority Group 1 | December 31, 2017 |
| Priority Group 2 | December 31, 2017 |
| Priority Group 3 | December 31, 2017 |
| Priority Group 4 | December 31, 2019 |

| Phase | Takata DIR Date | Zone A | Zone B | Zone C |
|---|---|---|---|---|
| 1 | 16-May-16 | MY2011 and older | MY2008 and older | MY2004 and older |
| 2 | 31-Dec-16 | MY2012 and older | MY2009 and older | MY2008 and older |
| 3 | 31-Dec-17 | MY2013 and older | MY2010 and older | MY2009 and older |
| 4 | 31-Dec-18 | All remaining vehicles | All remaining vehicles | All remaining vehicles |
| 5 | 31-Dec-19 | All non-desiccated Like-for-Like | All non-desiccated Like-for-Like | All non-desiccated Like-for-Like |

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000608

Confidential

# Using the PSPI-2 recall methodology also on PSDI-5 inflator modules to ensure consistent recall implementation*



**Zone A**
States with greatest temperature cycling and absolute humidity
"High Absolute Humidity" (HAH)-States

**Zone B**
States with moderate temperature cycling and absolute humidity

**Zone C**
States with lower temperature cycling and absolute humidity

PSDI-5
PSPI-2

* preliminary; vehicle population based on current registration data

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000609

Confidential

# Recap: Differences between TAKATA production plants



**TAKATA**

| | La Grange | Freiberg | Monclova |
|---|---|---|---|
| **Supply** | | Mercedes-Benz | Mercedes-Benz |
| *Complete temperature & humidity controlled production* | ✗ [1] | | since 2011 |
| *Welding process and weld line monitoring* | ✗ | | since 2008 |
| *Manufacturing/ automatization level* | High percentage of manual processes | Highest level of automatization | High percentage of manual processes |

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000610

Confidential

# Recalled vehicles in stage 1 for testing purposes

**Assumed main influencing factors on PSDI-5:**

- Inflator age

- Exposure to high humidity over time

- Different levels of technology at Takata manufacturing plants

- Differences among OEM vehicle designs

---

**C-Class (203 platform) and SLK (171 platform)**
- Takata plant Freiberg, Germany
- MY 2005/2006/2007 (first MYs)
- Vehicles from High Absolute Humidity (HAH) States in the U.S.

 

**ML / GL (164 platform) and R-Class (251 platform)**
- Takata production plant Monclova, Mexico
- MY 2009 (oldest MY)
- Vehicles from High Absolute Humidity (HAH) States in the U.S.

 

---

**Additional 1st stage recall (Japanese market)**



**A-Class (169 platform)**
- Takata plant Freiberg, Germany
- MY 2005 / 2006 / 2007
- Vehicles from all areas in the Japanese market

---

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000611

# Mercedes-Benz cars PSDI-5 recall plan uses risk-based prioritization



| Calender Year | 2016 | | | | 2017 | | | | 2018 | | | | 2019 | | | |
| Platform | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C (203) / SLK | | | | HAH-States: 38.000 vehicles MY 05/06/07 | | | | approx. 124.000 vehicles | | | | | | | | |
| C (203) / SLK | | | | | | | | | | | | | | | | |
| ML / GL / R | | | | HAH-States: 9.500 vehicles MY 2009 | | | | approx. 179.000 vehicles | | | | | | | | |
| ML / GL / R | | | | | | | | | | | | | | | | |
| C (204), GLK | | | | | | | | approx. 402.000 vehicles | | | | | | | | |
| E-Coupe / Conv. | | | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | | | |
| SLS | | | | | | | | | | | | | | | | |



Recall
Spare part: PSDI-5 desiccated

Recall
Spare part: GuNi

+ oldest inflators  (MY05-07) and inflators from Monclova in HAH-states (priority group 1) prioritized

+  returned inflators from oldest vehicles available for testing

+ returned Monclova inflators available for investigation of manufacturing influences

Mercedes-Benz

HIGHLY CONFIDENTIAL

Confidential

# PSDI-5 recall schedule stage 1

| | model | MY | inflator | # of inflators | Recall stage 1 |
|---|---|---|---|---|---|
|  | ML, GL (164 platform) | 2009 - 2012 | PSDI-5 | 169,264 | **9,039** MY 2009, HAH |
|  | SLK (171 platform) | 2007 - 2008 | PSDI-5 | 12,327 | **2,229** MY 2007, HAH |
|  | SLS (197 platform) | 2011 - 2015 | PSDI-5 PSPI-2 | 2,746 2,746 | |
|  | C-Class (203 platform) | 2005 - 2007 | PSDI-5 | 113,057 | **36,141** MY 2005 – 2007, HAH |
|  | C-Class, GLK (204 platform) | 2008 - 2015 | PSDI-5 PSPI-2 | 340,571 693,529 | |
|  | E-Class Coupe/Convertible (207 platform) | 2010 – 2016[1] | PSDI-5 PSPI-2 | 25,711 82,403 | |
|  | E-Class (212 platform) | 2010 - 2011 | PSDI-5 | 31,893 | |
|  | R-Class (251 platform) | 2009 - 2013 | PSDI-5 | 10,425 | **653** MY 2009, HAH |
| | [1] E-Class Coupe / Convertible available until MY17 [2] based on Polk data | | **Total[2]:** | **PSDI-5** | **48,062** |

Mercedes-Benz

Confidential

# Completion rate forecast in the US market

**Expected completion rate for stage 1**



Assumptions:

Number of affected vehicles: 48.062
Model range: 164, 171, 203, 251
**Start Recall: End of CW 42**

October 2016

# Recall stage 1 for SLK and C-Class (203) in HAH states

**Expected completion rate vs. parts delivery**



Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000615

Confidential

# Agenda

| | |
|---|---|
| **1** | **Mercedes-Benz Cars US market volume and distribution** |
| **2** | **Strategy Mercedes-Benz Cars** |
| **3** | **Development timelines** |
| **4** | **Recall plan PSDI-5** |
| **5** | **Dealer & Customer communication MBUSA** |
| **6** | **Testing Mercedes-Benz Cars** |
| **7** | **Summary** |

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000616

Confidential

# Dealer & Customer communication MBUSA
## Recall Preparation

**Current Measures:**
- Specific Takata customer service phone number at MBUSA CAC (1-877-496-3691)
- Dealer Webinar
- Dealer Resource Packet
- Specific Takata Link from VIN-Lookup Site on www.mbusa.com/mercedes/recalls
  - Pop-up site with FAQs



**Planned Measures**

| | Timeline |
|---|---|
| Upgrade pop-up site to Microsite and include means for Customer to enter current contact info, preferred method of follow-up (email, text, preferred dealer, etc) | August 2016 |
| Outreach to Customer pre Recall Wave 1 Launch via Marketing Communications | August 2016 |
| Incorporation of Certain Lessons-Learned from FCA-hosted recall summit | Ongoing |

Mercedes-Benz

HIGHLY CONFIDENTIAL

Confidential

# Dealer & Customer communication MBUSA
## Customer Assistance Center Data – Takata related  Inquiries



*Date range: 4/28– 6/12

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000618

Confidential

# Agenda

1    **Mercedes-Benz Cars US market volume and distribution**

2    **Strategy Mercedes-Benz Cars**

3    **Development timelines**

4    **Recall plan PSDI-5**

5    **Dealer & Customer communication MBUSA**

**6**    **Testing Mercedes-Benz Cars**

7    **Summary**

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000619

Confidential

# Testing - Methodology



TAKATA  Inflator Engineering
Staging Center, Armada / MI

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000620

**Confidential**

# Testing – parts flow and distribution



Authorized US dealer

Quality Engineering Center Jacksonville, FL

**80 %**  **10 %**  **10 %**

TAKATA  Inflator Engineering
Staging Center, Armada/ MI

TAKATA  Product Safety Group,
Aschaffenburg/ Germany

Fraunhofer Institute for Chemical
Technologies (ICT), Pfinztal/ Germany

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000621

**Confidential**

# Agenda

1   **Mercedes-Benz Cars US market volume and distribution**

2   **Strategy Mercedes-Benz Cars**

3   **Development timelines**

4   **Recall plan PSDI-5**

5   **Dealer & Customer communication MBUSA**

6   **Testing Mercedes-Benz Cars**

**7**   **Summary**

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000622

**Confidential**

# Summary

1.  Stage 1 PSDI-5 recall launch will commence in October 2016 for SLK, C-Class, ML, GL, R-Class platforms in HAH states (priority 1)

    a.  Other affected models follow after alternative driver-side inflator is developed, and NHTSA PSPI-2 methodology will be employed
    b.  Passenger-side inflators are replaced according to same schedule

2.  Replaced airbag modules will be tested in three locations (US, Germany)

3.  MBUSA to proactively collect preferred customer contact information to maximize future completion rates

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000623



# Daimler Vans

## US implementation Takata recalls SDI/SPI

June 22, 2016



HIGHLY CONFIDENTIAL

MBUSA_00000624

Confidential

# Agenda

| | |
|---|---|
| **1** | **Sprinter Recall Overview** |
| **2** | **Development Timelines and Recall Scenario** |

---

30  US implementation Takata recalls SDI/SPI| June 22, 2016

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000625

Confidential

# Sprinter Recall Overview

| vehicle | model years | inflators | Total no. of inflators** |
|---|---|---|---|
| Sprinter* (NCV3 platform) | 2007 to 2016 | SDI Driver<br>SPI Passenger | approx. 158,000<br>approx. 148,000 |

**Driver Airbag SDI,
tablets propellant**



**Passenger Airbag SPI,
10g wafer propellant**



*Mercedes-Benz and Freightliner Sprinter, Dodge not included

** Volumes vehicles based on production records (incl. sales forecast) MY16

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000626

Confidential

# Sprinter Passenger-side Airbag RC already started
# Driver-side Airbag RC will follow in early 2017

Daimler Vans will implement recalls following NHTSA 5-phase-plan when rolling-out recall campaigns.
Replacement parts will be GDI-O for driver-side airbag and SPI-D (desiccated) for passenger-side airbag.

| CY / BR | 2016 | | | | 2017 | | | | 2018 | | | | 2019 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| **Sprinter Driver Airbag** | | GuNi development | | | RC with GuNi spare parts (GDI-O): approx. 158,000 vehicles in total RC will start with NHTSA phase #1 and #2 vehicles: approx. 22,000* vehicles (Zone A: MY07-12, Zone B: MY07-09, Zone C: MY07-08) | | | | | | | | | | | |
| **Sprinter Passenger Airbag** | RC with like for like parts: ca. 1.500 vehicles Zone A | | | | RC with SPI-D spare parts: approx. 148,000 vehicles in total RC will start with NHTSA phase #1 vehicles: approx. 12,000* vehicles (Zone A: MY07-11, Zone B: MY07-08) followed by NHTSA phase #2 vehicles in Q1/2017: additional approx. 11,000* vehicles (Zone A: MY07-12, Zone B: MY07-09, Zone C: MY07-08) | | | | | | | | | | | |

\* Volumes vehicles based on production records (POLK data under evaluation)

+ "short time to market"
+ returned inflators from old vehicles available for investigation on aging influences

## Summary:
### 1. Sprinter passenger-side airbag RC remedy switches to SPI with desiccant in Q4/2016

### 2. Sprinter driver-side airbag RC with non-PSAN propellant ready to start early 2017

Mercedes-Benz

HIGHLY CONFIDENTIAL

MBUSA_00000627