# EXHIBIT NO. 163



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION**

August 19, 2016

Mr. Paul A. Hemmersbaugh
Chief Counsel
National Highway Traffic Safety Administration
(NCC-111), Room W41-227
1200 New Jersey Avenue, SE
West Building
Washington, DC  20590

RE:   Mercedes-Benz USA, LLC Response to August 5, 2016 Request for Information Regarding Coordinated Remedy Program to Address Takata Recalls

Dear Mr. Hemmersbaugh:

On behalf of our client, Mercedes-Benz USA LLC (MBUSA), this letter responds to your August 5, 2016 request for information regarding the Takata coordinated remedy program.

Each of your questions is repeated below, followed by MBUSA's corresponding response.

**Request No. 1**

**Identify all new vehicles currently offered for sale by your dealers that are equipped with Takata inflators that are not currently under recall, but are scheduled to be recalled under the Amendment. Your response should be broken down by make, model, and model year, and should include the estimated population of such vehicles and the inflator type installed in each vehicle.**

**Response**:

[

| Make | Model | MY | Est Population | Inflator Type |
|---|---|---|---|---|
| Mercedes-Benz | E-Class Coupe | MY16 | 111 | PSPI-2 |
| Mercedes-Benz | E-Class Cabriolet | MY16 | 64 | PSPI-2 |
| Mercedes-Benz | E-Class Coupe | MY17 | 266 | PSPI-2 |
| Mercedes-Benz | E-Class Cabriolet | MY17 | 165 | PSPI-2 |

*Above table reflects Dealer Inventory as of August 17, 2016.* ]

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Ulaanbaatar  Warsaw  Washington DC   Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com

Mr. Paul A. Hemmersbaugh - 2 - August 19, 2016

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

**Request No. 2**

Identify all new vehicles currently in production, or scheduled to be produced, that will be equipped with Takata inflators that are not currently under recall, but are scheduled to be recalled under the Amendment. Your response should be broken down by make, model, and model year, and should include the estimated number of vehicles that will be produced and the inflator type that will be installed in each vehicle.

**Response**:

[

| Make | Model | MY | Est Population | Inflator Type |
|---|---|---|---|---|
| Mercedes-Benz | E-Class Coupe | MY17 | 1942 | PSPI-2 |
| Mercedes-Benz | E-Class Cabriolet | MY17 | 2117 | PSPI-2 |

]

**Request No. 3**

Identify the date upon which you will no longer equip any new vehicles with Takata inflators that are scheduled to be recalled under the Amendment.

**Response**: [The MY17 E-Class coupe and cabrio will no longer be equipped with Takata inflators that are scheduled to be recalled under the Amendment as of December, 2016. This coincides with the end-of-production for this model.]

**Request No. 4**

Explain how you intend to notify new vehicle purchasers and prospective new vehicle purchasers that the vehicle is equipped with a Takata inflator that is scheduled to be recalled.

**Response**: [MBUSA will notify new vehicle purchasers and prospective new vehicle purchasers in the near future, and is currently evaluating the notification method.]

**Request No. 5**

Explain the contact information you have or obtain for purchasers of new vehicles equipped with a Takata inflator that is scheduled to be recalled, including whether you obtain cell phone numbers and email addresses.

**Response**: [MBUSA has contact information for purchasers of new E-Class coupe and cabriolet cars equipped with a Takata inflator that includes name, address, telephone number, preferred telephone number, and email address(es).]

Mr. Paul A. Hemmersbaugh - 3 - August 19, 2016

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

Request No. 6

Explain your policy or instructions for dealers on the sale of used vehicles with open Takata recalls, whether those vehicles were manufactured by you or by another motor vehicle manufacturer. At a minimum, your response should answer the following questions:

    a. Do you permit dealers to sell used vehicles with open recalls?

    **Response**: [MBUSA has recommended a retail hold to authorized Mercedes-Benz dealers for pre-owned Mercedes-Benz vehicles in dealer inventory that have an open Takata recall.]

    b. If the answer to subpart a. is yes:

        i. Describe the extent to which you require dealers to disclose the existence of the open recall and obtain additional contact information for the used vehicle purchaser.

        ii. Describe any steps you take to discourage dealers from selling used vehicles with an open recall.

    c. If the answer to subpart a. is no, explain the steps you take to ensure that your dealers do not sell used vehicles with an open recall.

    **Response**: [Within the guidelines of the Takata Recall Dealer Resource Package, MBUSA reimburses authorized Mercedes-Benz dealers for not selling vehicles with open Takata recalls. MBUSA will not indemnify a dealer if they chose to sell a vehicle under the retail hold that is included in the Takata recall.]

    d. Please include a copy of documents that support your response.

    **Response**: [Please see Attachment A, Takata Recall Dealer Resource Package.]


Request No. 7

Explain the measures you have in place to trace recalled Takata inflators once they are removed by the dealer. For example, is the dealer instructed to return the inflator to Takata, and is reimbursement conditioned on confirmation that the recalled part has been sent to Takata? What controls do you have in place to ensure that the dealer does not sell or otherwise profit from the recalled inflator? What controls do you have in place to ensure that the recalled inflator does not make its way back into the stream of commerce?

**Response**: [The return process for hazmat/pyrotechnic devices already exists for authorized Mercedes-Benz dealers to return such parts to the Mercedes-Benz Quality Evaluation Center (QEC), where they are then transferred to third party vendors for proper disposal, and documented by the vendor that proper disposal has occurred.

Mr. Paul A. Hemmersbaugh - 4 - August 19, 2016

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

Once MBUSA launches the recall for affected Mercedes-Benz passenger vehicles, authorized Mercedes-Benz dealers performing the replacements for recalled airbags will be required to return the airbag via internal tracking to the QEC. Reimbursement for the dealer performing the recall will be contingent upon the return of the airbag. These airbags will be sent to Takata and the Fraunhofer Institute for testing.]

### Request No. 8

**Explain the steps you have taken to implement the Monitor's nineteen recommended strategies contained in the Monitor's letter to you dated April 1, 2016. Your response should be broken down by strategy and explain the status of, and rationale for, your decision-making.**

**Response**: [MBUSA has not yet launched the recall for any of the Takata recall affected vehicles, and is taking steps to incorporate many of the 19 recommended strategies by the time the recall is launched.]

### Request No. 9

**Please feel free to share any constructive ideas, commentary, or information that you believe may be helpful or useful to the Agency in either directing the Coordinated Remedy Program or amending the Coordinated Remedy Order.**

**Response**: [MBUSA continues to work with the Monitor to exchange valuable feedback.]

We hope this information is helpful. Please feel free to contact me with any questions regarding this submission.

Sincerely,

*[signature]*

R. Latane Montague

Partner
latane.montague@hoganlovells.com
D 202.637.6567

Attachment