# EXHIBIT NO. 164

| YEAR | MONTH | WEEK # | WEEK DATES | BUSINESS AREA | MODEL CLASS | MODEL | Model CATEGORY |
|------|-------|--------|------------|---------------|-------------|-------|----------------|
| 2016 | 11-Nov | 44 | 10/31/16 - 11/06/16 | PRODUCT | C-Class | C203 | PASSENGER CAR |

| SR_NUM | SR_AREA | SR_CAT_TYPE_CD | SR_SUBTYPE_CD | X_TYPE | X_PARENT_CODE | X_CODE_DESC | ACT_OPEN_DT |
|---|---|---|---|---|---|---|---|
| 1-513742653 | Customer Advocacy | Inquiry | Vehicle | Vehicle | Recall Campaign | Airbag/Takata | 11/1/2016 16:48 |

| ACT_CLOSE_DT | SR_STAT_ID | ASSET_NUM | SERIAL_NUM | ENGINE TYPE CODE | MODEL_CD | MODEL_YR |
|---|---|---|---|---|---|---|
| blank | In Progress | WDBRF52H37F924248 | 2030521F924248 | 27292030579615 | C230WZ | 2007 |

| METER_CNT (MILEAGE) | WARRANTY_START_DT | X_DEALER_CODE | NAME | X_REPORT_SOURCE |
|---|---|---|---|---|
| 105446 | 2007-06-26-00.00.00.000000 | blank | blank | Siebel - CAC |

| SOURCE_TYP_CD | SR_NOTES | OPEN_AGENT | OWNER |
|---|---|---|---|
| CAC | summary of allegations:  airbag deployment  Questionnaire sent: Yes  Photos requested: Yes  property damage: no  severe or fatal injury: no  cust claims fragment from airbag left scar over eye- related to Takata  Date: sometime in 2013 | ASHLAMB | T7595KM |

| GROUP | RESOLUTION_CD | REGION | MARKET_TYPE_CD |
|---|---|---|---|
| Product Analysis | blank | blank | blank |