# EXHIBIT NO. 165

007a93Daimler Internal

| SR_NUM | LAST_NAME | FST_NAME | ADDR | CITY | STATE | ZIPCODE | ASSET_NUM | SERIAL_NUM | MODEL_CD |
|---|---|---|---|---|---|---|---|---|---|
| 1-412033883 | | | | | | | 4JGBF8GE! | 1648861A | GL550 |
| 1-412033883 | | | | | | | 4JGBF8GE! | 1648861A | GL550 |
| 1-412033883 | | | | | | | 4JGBF8GE! | 1648861A | GL550 |
| | | | | | | | | | |
| 1-412033883 | | | | | | | 4JGBF8GE! | 1648861A | GL550 |
| 1-412033883 | | | | | | | 4JGBF8GE! | 1648861A | GL550 |
| 1-412033883 | | | REDACTED PII | | | | 4JGBF8GE! | 1648861A | GL550 |
| 1-412033883 | | | REDACTED PII | | | | 4JGBF8GE! | 1648861A | GL550 |
| 1-412033883 | | | | | | | 4JGBF8GE! | 1648861A | GL550 |
| 1-412033883 | | | | | | | 4JGBF8GE! | 1648861A | GL550 |
| 1-412033883 | | | | | | | 4JGBF8GE! | 1648861A | GL550 |
| 1-412033883 | | | | | | | 4JGBF8GE! | 1648861A | GL550 |
| 1-412033883 | | | | | | | 4JGBF8GE! | 1648861A | GL550 |
| 1-412033883 | | | | | | | 4JGBF8GE! | 1648861A | GL550 |



007a93Daimler Internal



1-412033883

4JGBF8GE⸱1648861A⸱GL550

007a93Daimler Internal



1-412033883

4JGBF8GE51648861A GL550

007a93Daimler Internal



1-412033883                                                           4JGBF8GE!1648861A!GL550
1-412033883                                                           4JGBF8GE!1648861A!GL550
1-412033883                                                           4JGBF8GE!1648861A!GL550

1-412033883                        **REDACTED PII**                   4JGBF8GE!1648861A!GL550

007a93Daimler Internal

1-412033883  4JGBF8GE!1648861A˙GL550
1-412033883 4JGBF8GE!1648861A˙GL550

1-412033883 4JGBF8GE!1648861A˙GL550
1-412033883 4JGBF8GE!1648861A˙GL550
1-412033883 4JGBF8GE!1648861A˙GL550
1-412033883 4JGBF8GE!1648861A˙GL550
1-412033883 4JGBF8GE!1648861A˙GL550
1-412033883 4JGBF8GE!1648861A˙GL550
1-412033883 4JGBF8GE!1648861A˙GL550

007a93Daimler Internal



1-412033883                                              4JGBF8GE 1648861A GL550

1-412033883                                              4JGBF8GE 1648861A GL550

007a93Daimler Internal



1-412033883                                    4JGBF8GE!1648861A˙GL550
1-412033883                                    4JGBF8GE!1648861A˙GL550

007a93Daimler Internal



1-412033883                                             4JGBF8GE51648861A GL550

1-412033883                                             4JGBF8GE51648861A GL550

007a93Daimler Internal



| 1-412033883 | 4JGBF8GE51648861A GL550 |
| 1-412033883 | 4JGBF8GE51648861A GL550 |
| 1-412033883 | 4JGBF8GE51648861A GL550 |
| 1-417607205 | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | WDCGG8H2049871F2GLK350W4 |

007a93Daimler Internal



| | | |
|---|---|---|
| 1-417607205 | **REDACTED PII** | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | | WDCGG8H2049871F2GLK350W4 |
| 1-417607205 | | WDCGG8H2049871F2GLK350W4 |
| 1-513742653 | | WDBRF52I2030521F9C230WZ |
| 1-513742653 | | WDBRF52I2030521F9C230WZ |
| 1-513742653 | | WDBRF52I2030521F9C230WZ |

007a93Daimler Internal



1-513742653                                          WDBRF52I2030521F9C230WZ
1-513742653                                          WDBRF52I2030521F9C230WZ
1-513742653                                          WDBRF52I2030521F9C230WZ

007a93Daimler Internal



1-513742653 WDBRF52K2030521F9C230WZ
1-513742653 WDBRF52K2030521F9C230WZ
1-513742653 WDBRF52K2030521F9C230WZ
1-513742653 WDBRF52K2030521F9C230WZ
1-513742653 WDBRF52K2030521F9C230WZ
1-513742653 WDBRF52K2030521F9C230WZ
1-513742653 WDBRF52K2030521F9C230WZ
1-513742653 WDBRF52K2030521F9C230WZ
1-513742653 WDBRF52K2030521F9C230WZ
1-513742653 WDBRF52K2030521F9C230WZ
1-513742653 WDBRF52K2030521F9C230WZ

1-513742653 WDBRF52K2030521F9C230WZ

007a93Daimler Internal



| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-513742653 | WDBRF52I2030521F9C230WZ |
| 1-917631380 | WDDGF5EI2040541R3C300W |

007a93Daimler Internal



1-917631380                                           WDDGF5E|2040541R:C300W
1-917631380                                           WDDGF5E|2040541R:C300W

**REDACTED PII**

1-917631380                                           WDDGF5E|2040541R:C300W
1-917631380                                           WDDGF5E|2040541R:C300W

007a93Daimler Internal



1-917631380                                    WDDGF5EI2040541R.C300W
1-917631380                                    WDDGF5EI2040541R.C300W
1-917631380                                    WDDGF5EI2040541R.C300W
1-917631380                                    WDDGF5EI2040541R.C300W

007a93Daimler Internal



1-917631380  WDDGF5E⊺2040541R⊺C300W
1-917631380  WDDGF5E⊺2040541R⊺C300W
1-917631380  WDDGF5E⊺2040541R⊺C300W

007a93Daimler Internal



| 1-917631380 | WDDGF5EI2040541R:C300W |
| 1-917631380 | WDDGF5EI2040541R:C300W |
| 1-963958578 | WDBRF52I2030521F£C 230 |
| 1-963958578 | WDBRF52I2030521F£C 230 |

007a93Daimler Internal

1-963958578

WDBRF52Ⱡ2030521FɛC 230



1-963958578

WDBRF52Ⱡ2030521FɛC 230

1-963958578

WDBRF52Ⱡ2030521FɛC 230

007a93Daimler Internal



1-963958578

WDBRF52I2030521F8C 230

007a93Daimler Internal



1-963958578

WDBRF52I2030521F&C 230

007a93Daimler Internal



1-963958578                                    WDBRF52Ͱ2030521FƐC 230
1-963958578                                    WDBRF52Ͱ2030521FƐC 230

007a93Daimler Internal



1-963958578                                     WDBRF52ł2030521FꞓC 230
1-963958578                                     WDBRF52ł2030521FꞓC 230
1-963958578                                     WDBRF52ł2030521FꞓC 230

007a93Daimler Internal



1-963958578 WDBRF52ł2030521FƐC 230
1-963958578 WDBRF52ł2030521FƐC 230

1-963958578 WDBRF52ł2030521FƐC 230
1-963958578 WDBRF52ł2030521FƐC 230

007a93Daimler Internal



1-963958578                      WDBRF52ł2030521FƐC 230
1-963958578                      WDBRF52ł2030521FƐC 230
1-963958578                      WDBRF52ł2030521FƐC 230
1-963958578                      WDBRF52ł2030521FƐC 230
1-963958578                      WDBRF52ł2030521FƐC 230

1-963958578                      WDBRF52ł2030521FƐC 230
1-963958578                      WDBRF52ł2030521FƐC 230
1-963958578                      WDBRF52ł2030521FƐC 230
1-963958578                      WDBRF52ł2030521FƐC 230
1-963958578                      WDBRF52ł2030521FƐC 230

007a93Daimler Internal



1-963958578                          WDBRF52ł2030521F£C 230
1-963958578                          WDBRF52ł2030521F£C 230

1-963958578                          WDBRF52ł2030521F£C 230
1-963958578                          WDBRF52ł2030521F£C 230
1-963958578                          WDBRF52ł2030521F£C 230
1-963958578                          WDBRF52ł2030521F£C 230
1-963958578                          WDBRF52ł2030521F£C 230
1-963958578                          WDBRF52ł2030521F£C 230
1-963958578                          WDBRF52ł2030521F£C 230
1-963958578                          WDBRF52ł2030521F£C 230
1-963958578                          WDBRF52ł2030521F£C 230
1-963958578                          WDBRF52ł2030521F£C 230
1-963958578                          WDBRF52ł2030521F£C 230

007a93Daimler Internal



1-963958578   REDACTED PII   WDBRF52I2030521FℇC 230
1-963958578                  WDBRF52I2030521FℇC 230

007a93Daimler Internal



1-963958578                       WDBRF52I2030521FℇC 230
1-963958578                       WDBRF52I2030521FℇC 230
1-963958578                       WDBRF52I2030521FℇC 230

007a93Daimler Internal



1-1169731954                                   WDDGF54040541FC300W
1-1169731954                                   WDDGF54040541FC300W

007a93Daimler Internal



1-1169731954                                        WDDGF54204 0541FC300W
1-1169731954                                        WDDGF54204 0541FC300W

007a93Daimler Internal



1-116973195 WDDGF54040541FC300W

007a93Daimler Internal



1-1230426034                                    WDCGG8I2049871FGLK350W

1-1230426034                                    WDCGG8I2049871FGLK350W

007a93Daimler Internal



1-12304260341                                    WDCGG8I2049871FGLK350W
1-12304260341                                    WDCGG8I2049871FGLK350W

007a93Daimler Internal



1-10045897617                                                     WDDGF8I2040811RC300W4

007a93Daimler Internal



1-100458976̶                                                                    WDDGF8ł2040811RC300W4

007a93Daimler Internal



1-1004589767                                              WDDGF8E2040811RC300W4
1-1004589767                                              WDDGF8E2040811RC300W4
1-1004589767                                              WDDGF8E2040811RC300W4
1-1004589767                                              WDDGF8E2040811RC300W4
1-1004589767                                              WDDGF8E2040811RC300W4

007a93Daimler Internal



| | |
|---|---|
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| | |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |
| 1-100458976T | WDDGF8E2040811RC300W4 |

REDACTED PII

007a93Daimler Internal



1-100458976⟨                                                    WDDGF8⟨2040811RC300W4
1-100458976⟨                                                    WDDGF8⟨2040811RC300W4
1-100458976⟨                                                    WDDGF8⟨2040811RC300W4
1-100458976⟨                                                    WDDGF8⟨2040811RC300W4
1-100458976⟨                                                    WDDGF8⟨2040811RC300W4
1-100458976⟨                                                    WDDGF8⟨2040811RC300W4
1-100458976⟨                                                    WDDGF8⟨2040811RC300W4

007a93Daimler Internal



1-1004589767      WDDGF8ß2040811RC300W4
1-1004589767      WDDGF8ß2040811RC300W4
1-1004589767      WDDGF8ß2040811RC300W4
1-1004589767      WDDGF8ß2040811RC300W4
1-1004589767      WDDGF8ß2040811RC300W4
1-1004589767      WDDGF8ß2040811RC300W4

007a93Daimler Internal



| 1-100458976⁷ | REDACTED PII | WDDGF8ß2040811ᴿC300W4 |
| 1-100458976⁷ | | WDDGF8ß2040811ᴿC300W4 |
| 1-100458976⁷ | | WDDGF8ß2040811ᴿC300W4 |
| 1-100458976⁷ | | WDDGF8ß2040811ᴿC300W4 |
| 1-100458976⁷ | | WDDGF8ß2040811ᴿC300W4 |
| 1-100458976⁷ | | WDDGF8ß2040811ᴿC300W4 |
| 1-100458976⁷ | | WDDGF8ß2040811ᴿC300W4 |
| 1-100458976⁷ | | WDDGF8ß2040811ᴿC300W4 |

007a93Daimler Internal



1-100458976ᵀ                    WDDGF8ɮ2040811ʀC300W4
1-100458976ᵀ                    WDDGF8ɮ2040811ʀC300W4
1-100458976ᵀ                    WDDGF8ɮ2040811ʀC300W4
1-100458976ᵀ                    WDDGF8ɮ2040811ʀC300W4
1-100458976ᵀ                    WDDGF8ɮ2040811ʀC300W4
1-100458976ᵀ                    WDDGF8ɮ2040811ʀC300W4

007a93Daimler Internal

| MODEL_YR | MILEAGE | SR_CAT_TYPE_CD | SR_SUBTYPE_CD | SR_AREA | SR_CREATED | SR_NOTES (free text) | ACTIVITY_CREATED_DATE | ACTIVITY_TYPE |
|---|---|---|---|---|---|---|---|---|
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | 04/08/201 | Call - Inbou |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | 04/08/201 | Call - Inbou |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | 04/08/201 | Call - Outb |
| | | | | | | Property damage: no | | |
| | | | | | | Severe or fatal injury: yes | | |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | 04/08/201 | Call - Inbou |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | 04/17/201 | Call - Inbou |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | 04/17/201 | Call - Inbou |
| | | | | | | Alleges injurie | | |
| | | | | | | Questionnaire | | |
| | | | | | | Property dam | | |
| | | | | | | Severe or fata | | |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | NULL | Email - Out |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | 04/17/201 | Call - Inbou |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | 04/17/201 | Email - Out |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | NULL Yes | Email - Inb |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | NULL Yes | Email - Inb |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | 04/20/201 | Call - Outb |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | 04/20/201 | Call - Outb |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer | 2016-04-0! | Photos reque | 04/20/201 | Call - Inbou |

007a93 Daimler Internal

| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | NULL | Email - Inb |

Alleges injurie

Questionnaire
Property dam
Severe or fata

007a93 Daimler Internal

Alleges injurie

Questionnaire
Property dam
Severe or fata

| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | 04/20/201 | Email - Inb |

007a93 Daimler Internal

Alleges injurie

Questionnaire
Property dam
Severe or fata

| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | 04/20/201 | Email - Inb |
|------|-------|-----------|-----------|----------|-----------|--------------|-----------|-------------|
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos request | NULL Yes | Email - Inb |
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos request | 04/21/201 | Call - Inbou |

Alleges injurie

Questionnaire
Property dam
Severe or fata

| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | NULL | Email - Out |

007a93Daimler Internal

| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | 04/27/201 | Call - Inbo |
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | NULL Yes | Email - Inb |

Alleges injurie

Questionnaire
Property dam
Severe or fata

| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | NULL | Email - Inb |
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | 04/27/201 | Note |
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | 04/28/201 | Call - Inbo |
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | 04/28/201 | Call - Outb |
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | 04/28/201 | Call - Inbo |
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | 04/28/201 | Call - Inbo |
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0 | Photos reque | NULL Yes | Email - Inb |

007a93Daimler Internal

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Alleges injurie | | | |
| | | | | | Questionnaire | | | |
| | | | | | Property dam | | | |
| | | | | | Severe or fata | | | |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer ( | 2016-04-0! | Photos reque: | NULL | Email - Out |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Alleges injurie | | | |
| | | | | | Questionnaire | | | |
| | | | | | Property dam | | | |
| | | | | | Severe or fata | | | |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer ( | 2016-04-0! | Photos reque: | NULL | Email - Out |

007a93Daimler Internal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Alleges injurie | | | | |
| | | | | | Questionnaire | | | | |
| | | | | | Property dam | | | | |
| | | | | | Severe or fata | | | | |
| 2012 | 62042 | Complaint | | Vehicle Sy| Customer | 2016-04-0! | Photos reque: | NULL | Email - Ou |
| 2012 | 62042 | Complaint | | Vehicle Sy| Customer | 2016-04-0! | Photos reque: | 04/29/201 | White Mai |

007a93 Daimler Internal

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Alleges injurie | | | |
| | | | | | Questionnaire | | | |
| | | | | | Property dam | | | |
| | | | | | Severe or fata | | | |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer ( | 2016-04-0! | Photos reque: | NULL | Email - Inb |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Alleges injurie | | | |
| | | | | | Questionnaire | | | |
| | | | | | Property dam | | | |
| | | | | | Severe or fata | | | |
| 2012 | 62042 | Complaint | Vehicle Syr | Customer ( | 2016-04-0! | Photos reque: | NULL | Email - Out |

007a93Daimler Internal

|  |  |  |  |  | Alleges injurie |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  | Questionnaire |  |  |
|  |  |  |  |  | Property dam |  |  |
|  |  |  |  |  | Severe or fata |  |  |
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0! | Photos reque: | NULL | Email - Inb |
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0! | Photos reques | 06/14/201 | Call - Inbou |
| 2012 | 62042 | Complaint | Vehicle Sy | Customer | 2016-04-0! | Photos reques | 06/14/201 | Call - Inbou |
| 2010 | 52564 | Complaint | Vehicle Sy | Customer | 2016-05-1! | Summary- cus | 05/10/201 | Light on bi driving, invo |
| 2010 | 52564 | Complaint | Vehicle Sy | Customer | 2016-05-1! | Summary- cus | 05/10/201 | Light on bi driving, invo |
| 2010 | 52564 | Complaint | Vehicle Sy | Customer | 2016-05-1! | Summary- cus | 05/10/201 | Light after driving, invo |
| 2010 | 52564 | Complaint | Vehicle Sy | Customer | 2016-05-1! | Summary- cus | 05/10/201 | Light Durib driving, invo |

Airbag deploy

property dam
photos- yes
Injury-breast i

| 2010 | 52564 | Complaint | Vehicle Syr | Customer | 2016-05-1( | Summary- cus | NULL | Email - Out |
| 2010 | 52564 | Complaint | Vehicle Syr | Customer | 2016-05-1( | Summary- cus | 05/10/201( | Engine - driving, invo |
| 2010 | 52564 | Complaint | Vehicle Syr | Customer | 2016-05-1( | Summary- cus | Nulleges dat | Engine Id | driving, invo |
| 2010 | 52564 | Complaint | Vehicle Syr | Customer | 2016-05-1( | Summary- cus | Nulleges dat | Engine Id | driving, invo |
| 2010 | 52564 | Complaint | Vehicle Syr | Customer | 2016-05-1( | Summary- cus | 05/26/201( | Light - Indi | driving, invo |
| 2010 | 52564 | Complaint | Vehicle Syr | Customer | 2016-05-1( | Summary- cus | 05/26/201( | Gener | al driving, invo |
| 2010 | 52564 | Complaint | Vehicle Syr | Customer | 2016-05-1( | Summary- cus | 06/02/201( | Light - Out | driving, invo |
| 2010 | 52564 | Complaint | Vehicle Syr | Customer | 2016-05-1( | Summary- cus | 09/06/201( | Light - Indi | driving, invo |
| 2010 | 52564 | Complaint | Vehicle Syr | Customer | 2016-05-1( | Summary- cus | 09/06/201( | Light - Indi | driving, invo |
| 2010 | 52564 | Complaint | Vehicle Syr | Customer | 2016-05-1( | Summary- cus | 09/06/201( | Engine - Out | driving, invo |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0: | cust claims frag | 10/01/2016 | air-bag | left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0: | cust claims frag | 10/01/2016 | Call - Inb | left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0: | cust claims frag | 10/02/2016 | air-bag | left scar ov |

007a93Daimler Internal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | summary of a | | | | |
| | | | | | airbag deploy | | | | |
| | | | | | Questionnaire | | | | |
| | | | | | Photos req: Ye | | | | |
| | | | | | property dam | | | | |
| | | | | | severe/ fatal i | | | | |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | NULL | Email - Out | |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 11/03/2016 | Call-Out | airbag left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 11/03/2016 | Email-Out | airbag left scar ov |

summary of a
airbag deploy
Questionnaire
Photos req: Ye
property dam
severe/ fatal i

| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | NULL | Email - Inb |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 10/04/201 | air bag left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | No dent from | Email air bag left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | No dent from | Email air bag left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | No dent from | Email air bag left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | No dent from | Email air bag left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 10/20/201 | Note air bag left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 10/20/201 | air bag left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | No dent from | Email air bag left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 12/02/201 | Note air bag left scar ov |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 12/02/201 | Email air bag left scar ov |

summary of a
airbag deploy
Questionnaire
Photos req: Ye
property dam
severe/ fatal i

| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | NULL | Email - Inb |

007a93Daimler Internal

| | | | | | | summary of a<br>airbag deploy<br>Questionnaire<br>Photos req: Ye<br>property dam<br>severe/ fatal i | | |
|---|---|---|---|---|---|---|---|---|
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | NULL | Email - Out |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | went from main bag left scar ov | Email - Out |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 12/19/2016 air bag left scar ov | Call - Out |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 12/19/2016 Note bag left scar ov | Note |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | went from main bag left scar ov | Email - Out |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 01/13/2016 air bag left scar ov | Call - Out |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | went from main bag left scar ov | Email - Out |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 01/13/2016 Note bag left scar ov | Note |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 01/13/2016 Waiting bag left scar ov | Email - Out |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 01/13/2016 air bag left scar ov | Call - Out |
| 2007 | 105446 | Inquiry | Vehicle | Customer | 2016-11-0 | cust claims fra | 01/13/2016 Email bag left scar ov | Email - In |
| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary:  Cus | 04/17/2017 Call airbag deployed | |

007a93Daimler Internal

airbag deploy

Property dam
Photos: no
Injury:yes

| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: Cu | 04/17/201 | Call - Inbou |
| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: Cu | 04/17/2017 Legal a Dralg deployed |

airbag deploy

Property dam
Photos: no
Injury:yes

| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: Cu | NULL | Email - Out |
| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: Cu | 04/17/2017 Legal a airbag deployed |

007a93Daimler Internal

airbag deploy

Property dam
Photos: no
Injury:yes

| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: | Cu | NULL | Email - Inb |
| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: | Cus | 04/19/2017 Note: airbag deployed |
| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: | Cus | 04/28/2017 Note: airbag deployed |
| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: | Cus | 05/01/2017 Legal Call airbag deployed |

007a93Daimler Internal

airbag deploy

Property dam
Photos: no
Injury:yes

| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: | Cu | NULL | Email - Out |
| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: | Cu | 05/09/2018 | Note airbag deployed |
| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: | Cu | 05/15/2018 | Legal - Out airbag deployed |

007a93Daimler Internal

airbag deploy

Property dam
Photos: no
Injury:yes

| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: | CuNULL | Email - Out |
| 2011 | 21817 | Inquiry | Vehicle | Customer | 2017-04-1 | Summary: | Cu 05/15/201 Email - Deg airbag deployed |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/09/201 | Call - Inbou |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/09/201 | Call - Inbou |

007a93 Daimler Internal

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0... | ***customer | 08/10/201 | Call - Outb |
|------|--------|---------|---------|----------|--------------|-------------|-----------|-------------|

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0... | ***customer | NULL | Email - Out |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0... | ***customer | 08/10/201 | Email - Out |

007a93Daimler Internal

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0! | ***customer | NULL | Email - Inb |

007a93Daimler Internal

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0! | ***customer | NULL | Email - Inb |

007a93Daimler Internal

| 2006 | 179572 | Inquiry | Vehicle | Customer ( | 2017-08-0! | ***customer | NULL | Email - Inb |
| 2006 | 179572 | Inquiry | Vehicle | Customer ( | 2017-08-0! | ***customer | 08/14/201 | Call - Outb |

007a93Daimler Internal

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0! | ***customer | NULL | Email - Inb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0! | ***customer | 08/15/201 | General |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0! | ***customer | 08/17/201 | Call - Outb |

007a93Daimler Internal

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | NULL | Email - Inb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/17/201 | Call - Inbo |

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/17/201 | Call - Inbo |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/17/201 | Call - Inbo |

007a93Daimler Internal

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | NULL | Email - Inb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/17/201 | Fax - Inbou |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/17/201 | Call - Outb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/25/201 | Call - Outb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/29/201 | Call - Outb |

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/29/201 | Call - Outb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/29/201 | Call - Inbou |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 08/31/201 | Call - Outb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 09/06/201 | Call - Inbou |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 09/28/201 | Call - Outb |

007a93Daimler Internal

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | NULL | Email - Ou |
|------|--------|---------|---------|----------|-----------|-------------|------|------------|
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 09/28/201 | Call - Outb |

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 09/29/201 | Call - Outb |
|------|--------|---------|---------|----------|-----------|-------------|-----------|-------------|
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 09/29/201 | Note |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 10/03/201 | Note |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 10/03/201 | Call - Outb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 10/11/201 | Note |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 10/16/201 | Call - Outb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 11/15/201 | Call - Inbo |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 11/16/201 | Call - Outb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 12/06/201 | Call - Inbo |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 12/06/201 | Call - Outb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 01/22/201 | White Mai |

007a93Daimler Internal

| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0! | ***customer | NULL | Email - Out |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0! | ***customer | 01/23/201 | Email - Out |

007a93Daimler Internal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | NULL | | Email - Inb |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 04/02/201 | White Mai |
| 2006 | 179572 | Inquiry | Vehicle | Customer | 2017-08-0 | ***customer | 04/02/201 | Email - Out |

007a93Daimler Internal

Airbag
deployed

Property
damage: no
Photos:
Injury:yes

Summary:
Customer

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | 37465.00 | Inquiry | Vehicle | Customer | 10/14/20 | alleges | | 10/14/20 | Email - Inl |
| 2008 | 37465.00 | Inquiry | Vehicle | Customer | 10/14/20 | Summary: Customer alleges | 10/16/20 | Outl |

007a93Daimler Internal

Airbag deployed

Property damage: no
Photos:
Injury:yes

| 2008 | 37465.00 | Inquiry | Vehicle | Customer | 10/14/20 | Summary: | Customer a | Email - Ou |
| 2008 | 37465.00 | Inquiry | Vehicle | Customer | 10/14/20 | Summary: | Customer a10/16/20Hegais | Email - Ou |

007a93Daimler Internal

Airbag deplo

Property dar
Photos:
Injury:yes

| 2008 | 37465.00 | Inquiry | Vehicle | Customer | 10/14/20 | Summary:  C | 10/15/20 | Email - Ou |

007a93Daimler Internal

| 2011 | 39220.00( | Complaint | Vehicle | Customer | 04/03/20 | Airbag deployed -customer wanted to know when airbag parts will be available<br><br>Property damage: Photos: Injury:yes<br><br>Summary: Customer alleges | 04/03/20 | Note |
| 2011 | 39220.00( | Complaint | Vehicle | Customer | 04/03/20 | Airbag deployed -customer wanted to know when airbag parts will be available<br><br>Property damage: Photos: Injury:yes<br><br>Summary: Customer alleges | 04/03/20 | Call - Outl |

007a93Daimler Internal

| | | | | | | Airbag deplo | | |
|---|---|---|---|---|---|---|---|---|
| 2011 | 39220.00( | Complaint | Vehicle | Customer | 04/03/20: | -customer w | 04/03/20: | Call - Outk |
| 2011 | 39220.00( | Complaint | Vehicle | Customer | 04/03/20: | -customer wa | 04/03/20: | Email - On airbag p |

007a93Daimler Internal

Takata
Summary of
Allegations
-Air bag
deployment
and veh fire
-Property
damage:
veh total
loss
-Severe or
fatal injury:
cust
complains
of pain
-Colllision
event-cust
asks why
airbags
deployed at
25 mph and
why veh
caught fire

Claim No

2010    60385.00(Complaint    Vehicle Sy Customer 12/06/20:0483950341 12/06/20:Call - Inbo

007a93Daimler Internal

|      |           |           |           |          |          |              |          |             |
|------|-----------|-----------|-----------|----------|----------|--------------|----------|-------------|
|      |           |           |           |          |          | Takata       |          |             |
|      |           |           |           |          |          | Summary of   |          |             |
|      |           |           |           |          |          | -Air bag depl|          |             |
|      |           |           |           |          |          | -Property da |          |             |
| 2010 | 60385.00( | Complaint |           | Vehicle Sy | Customer | 12/06/20: | -Severe or fa | 12/06/20: | Call - Inbo |

007a93Daimler Internal

|  |  |  |  |  |  |  | Takata Summary of -Air bag depl -Property da |  |  |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20' | -Severe or fa | 12/07/20: | Call - Outl |  |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20' | -Severe or fa | 12/08/20: Written | Call - Out p |  |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20' | -Severe or fa | 12/08/20: Email co | Complains of p |  |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20' | -Severe or fa | 01/17/20: Written | Complains of p |  |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20' | -Severe or fa | 01/17/20: Email co | Complains of p |  |

007a93Daimler Internal

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Takata | |
| | | | | | Summary of Allegation | |
| | | | | | -Air bag deployment a | |
| | | | | | -Property damage: veh | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: Email - Int | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: Email complains of p | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/19/20 Call - c Complains of p | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: Email complains of p | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/19/20 Call - comp plains of p | |
| | | | | | Takata | |
| | | | | | Summary of | |
| | | | | | -Air bag depl | |
| | | | | | -Property da | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fa 01/19/20 Call - Outl | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/24/20 Call - comp plains of p | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/24/20 Call - c Complains of p | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/24/20 Call - c Complains of p | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/24/20 Call - c Complains of p | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/24/20 Call - comp plains of p | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: Email complains of p | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: Email complains of p | |
| 2010 | 60385.00(Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/30/20 Call - c Complains of p | |

007a93Daimler Internal

Takata
Summary of Allegation
-Air bag deployment ar
-Property damage: veh

| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20: | -Severe or fatal injury: | Email - Ou |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20: | -Severe or fatal injury: | Ensite Impl | ains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20: | -Severe or fatal injury: | Ensite Impl | ains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20: | -Severe or fat | 01/31/20: Cast-cont | ains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20: | -Severe or fat | 01/31/20: Cast-cont | ains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20: | -Severe or fat | 01/31/20: Cast-combo | ains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20: | -Severe or fat | 01/31/20: Cast-cont | ains of p |

007a93Daimler Internal

Takata
Summary of Allegation
-Air bag deployment an
-Property damage: veh

| 2010 | 60385.00 | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: | Email - Int |
| 2010 | 60385.00 | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: | Email - complains of p |
| 2010 | 60385.00 | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: 01/31/20: Call-co | Email - complains of p |
| 2010 | 60385.00 | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: 02/05/20: Call-co | Email - complains of p |
| 2010 | 60385.00 | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: 01/31/20: Call-co | Email - complains of p |
| 2010 | 60385.00 | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: | Email - complains of p |

007a93Daimler Internal

Takata
Summary of Allegation
-Air bag deployment a
-Property damage: veh

| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: Email - Int |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/06/20 Call-out complains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/06/20 Call-out complains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/06/20 Call-out complains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/06/20 Call-out complains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: Email complains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat 01/06/20 Call-out complains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: Email complains of p |

Takata
Summary of Allegation
-Air bag deployment a
-Property damage: veh

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fatal injury: | Email - Int |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat | 01/26/20: Note complains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat | 03/01/20: Call - comp complains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat | 03/01/20: Call - comp complains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat | 03/01/20: Email com complains of p |
| 2010 | 60385.00( | Complaint | Vehicle Sy | Customer | 12/06/20 | -Severe or fat | 04/27/20: Email com complains of p |

007a93Daimler Internal

**COMMENTS_LONG (free text)**

Inbound Call - Log - ANI=9252343200 | DNIS = 6393| Data_A=9252343200| Data_B=5738863280| Data_C=101| Da
-cust stated that he had injuries from leg airbag (ankle and knee, worst on right side, knee hit switch on driver rt sid
Writer left customer voice message requesting call back, advised writer will be OOO on monday.
Customer left writer voice message requesting call back on cell [Redacted PII]

Writer left customer voice message requesting call back, will be OOO on 4/11.
Writer left customer voice message requesting call back.
Customer stated his current concerns are the airbags deployed on 2/3/2015 and caused injuries; injuries on hand, m


Dear [REDACTED PII],

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed questionnaire.  If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door.  Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved.  We request the completed form is returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Warm Regards,

Susan M.
Case Manager
Mercedes-Benz USA, LLC
Phone:  (800) 367-6372 Ext.6324
Fax: (201) 476-6213


[THREAD ID:1-6TRXJD]
[REDACTED PII] returning Susan's call
Created for -PPI Email Outbound
Please be advised that Anthony Zepf is supervising this matter for the Legal Department. At his request, and in anti
I see that this customer is now past due for returning the completed questionnaire to us. Can you please reach out
Writer left customer voice message requesting call back.
Customer stated he has some of the requested information which he will forward, he is currently attempting to me
Customer asked writer about SRS components, writer stated this is customer response, cannot advise him, he will s

007a93Daimler Internal

From: "MBUSA_CAC@mbusa.com" <MBUSA_CAC@mbusa.com>
To: [REDACTED PI]
Sent: Tuesday, April 12, 2016 9:55 AM
Subject: A Message from Mercedes-Benz USA

Dear [REDACTED PII],

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed questionnaire.  If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door.  Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved.  We request the completed form is returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Warm Regards,

Susan M.
Case Manager
Mercedes-Benz USA, LLC
Phone:  (800) 367-6372 Ext.6324
Fax: (201) 476-6213


[THREAD ID:1-6TRXJD]

007a93Daimler Internal

From: MBUSA_CAC@mbusa.com USA_CAC@mbusa.como: [REDACTED PII]
Sent: Tuesday, April 12, 2016 9:55 AM
Subject: A Message from Mercedes-Benz USA

Dear [REDACTED PII],

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed questionnaire. If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door. Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved. We request the completed form is returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Warm Regards,

Susan M.
Case Manager
Mercedes-Benz USA, LLC
Phone:

007a93Daimler Internal

From: MBUSA_CAC@mbusa.com USA_CAC@mbusa.como: [REDACTED PII]
Sent: Tuesday, April 12, 2016 9:55 AM
Subject: A Message from Mercedes-Benz USA

Dear [REDACTED PII],

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed questionnaire. If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door. Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved. We request the completed form is returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Warm Regards,

Susan M.
Case Manager
Mercedes-Benz USA, LLC
Phone:
Can you please contact the customer, they appear to be having issues with the attachments (oversized). The may h
Customer left writer voice message stating having difficulties sending pictures.

Dear [REDACTED PII],

I received your voice message. It appears that you are having issues with the attachments being oversized. You may have to send multiple messages to avoid going over the size limit. Please send them in response to this email and the attachments will be entered into your file.

Please call me with any further questions at 1-800-367-6372 ext. 6324.

Kind regards,

Susan M.
Regional Case Manager
Mercedes-Benz USA, LLC


[THREAD ID:1-6UN5NC]

007a93Daimler Internal

Writer called cust back, 5  photos were received, customer will be sending additional photos.
Hi Susan - Attached are more pictures and will send more in new couple emails. Please call me that you received th
Sent: Thursday, April 21, 2016 10:41 AM
 Subject: Re: A Message from Mercedes-Benz USA

Hi Susan - Attached are more pictures and will send more in new couple emails. Please call me that you received them.
  http://www.columbiatribune.com/news/local/collision-on-scott-boulevard-sends-two-to-hospital/article_14347e77-9e46-
5be1-90a4-ce8467474d2f.html
 Thanks,[REDACTED PII]
[REDACTED PII]

    From: "MBUSA_CAC@mbusa.com" <MBUSA_CAC@mbusa.com>
 To: [REDACTED PII]
 Sent: Tuesday, April 12, 2016 9:55 AM
 Subject: A Message from Mercedes-Benz USA

Dear [REDACTED PII],

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate
the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed
questionnaire.  If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos
across the interior, front and back through an opened door.  Other helpful documents would be a police report, if available,
and permission from your insurance company to assess the vehicle if they are involved.  We request the completed form is
returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Warm Regards,

Susan M.
Case...
Provided feedback to Legal's request
Customer left writer voice message requesting call back.
Received Legal Department's recommendation for resolution of this matter and advised customer of MBUSA's posi
Customer called writer back and has since looked up on line and has found that his airbag is part of pending recall a
Cust req to speak with Susan - Writer wt call.
Based on our conversation today I am sending you email to make sure you have clear understanding of my compla

007a93Daimler Internal

Dear [REDACTED PII]:

This email is in follow up to your inquiry regarding your 2012 GL550 with Vehicle Identification Number WDDHF5GB6BA422251.

Please be assured that Mercedes-Benz USA, LLC ("MBUSA") thoroughly evaluated your claims and has determined that the supplemental restraint system operated properly.   In light of the fact that you were involved in a head on collision at 45 mph, the supplemental restraint system responded appropriately, mitigating severe or life threatening injuries.  The residual injury to your hand and finger would not be unexpected in a crash of this magnitude.

We appreciate the opportunity to provide our position in writing as requested.

Kind regards,

Susan M.
Regional Case Manager
1-800-367-6372 ext. 6324
Mercedes-Benz USA, LLC


[THREAD ID:1-6VK2V8]

Dear [REDACTED PII],

PLEASE DISREGARD PREVIOUS EMAIL, WRONG VIN!

Thank you.

Susan
Regional Case Manager
Mercedes-Benz USA, LLC

[THREAD ID:1-6VK32L]

007a93Daimler Internal

Dear [REDACTED PII]:

This email is in follow up to your inquiry regarding your 2012 GL550 with Vehicle Identification Number 4JGBF8GE5CA767053.

Please be assured that Mercedes-Benz USA, LLC ("MBUSA") thoroughly evaluated your claims and has determined that the supplemental restraint system operated properly.   In light of the fact that you were involved in a head on collision at 45 mph, the supplemental restraint system responded appropriately, mitigating severe or life threatening injuries.  The residual injury to your hand and finger would not be unexpected in a crash of this magnitude.

We appreciate the opportunity to provide our position in writing as requested.

Kind regards,

Susan M.
Regional Case Manager
1-800-367-6372 ext. 6324
Mercedes-Benz USA, LLC


[THREAD ID:1-6VK32Q]
Writer sent response in writing to customer.

007a93Daimler Internal

Below you mentioned about hand and finger only, how about injury to my knee which was caused by leg air bag after it deployed and hit the switch which was on right side under the driver seat?

Why Mercedes-Benz changed the design now?Did you find any issue in your crash testing?Did anybody else complaint about leg air bad issue and causing he injury to knees in past with Mercedes?

Can you please send me all this information in Mercedes official letter head with the names who evaluated my claim with title & qualification/expertise?

Thanks,[REDACTED PII]

    From: "MBUSA_CAC@mbusa.com" <MBUSA_CAC@mbusa.com>
 To: [REDACTED PII]
 Sent: Friday, April 29, 2016 11:19 AM
 Subject: A Message from Mercedes-Benz USA

Dear [REDACTED PII]:

This email is in follow up to your inquiry regarding your 2012 GL550 with Vehicle Identification Number 4JGBF8GE5CA767053.

Please be assured that Mercedes-Benz USA, LLC ("MBUSA") thoroughly evaluated your claims and has determined that the supplemental restraint system operated properly.   In light of the fact that you were involved in a head on collision at 45 mph, the supplemental restraint system responded appropriately, mitigating severe or life threatening injuries.  The residual injury to your hand and finger would not be unexpected in a crash of this magnitude.

We appreciate the opportunity to provide our position in writing as requested.

Kind regards,

Susan M.
Regional Case Manager
1-800-367-6372 ext. 6324...

Dear [REDACTED PII],

Mercedes-Benz USA, LLC (MBUSA) will not engage in any further dialogue with you about this matter.  MBUSA undertook a complete evaluation of all of your concerns and determined that the SRS operated as designed in response to a head-on collision at 45 MPH.  We share your appreciation and gratitude that the vehicle airbag saved you life.

Kind regards,

Susan M.
Regional Case Manager
Mercedes-Benz USA, LLC

[THREAD ID:1-6VSHDW]

007a93Daimler Internal

I shared earlier with you that my vehicle was not moving @ 45 mph, I moved my vehicle slowly to right on the shoulder of bridge to avoid the accident and stopped my vehicle.
Thanks,[REDACTED PII]

    From: "MBUSA_CAC@mbusa.com" <MBUSA_CAC@mbusa.com>
To: [REDACTED PII]
Sent: Monday, May 2, 2016 10:29 AM
Subject: A Message from Mercedes-Benz USA

Dear [REDACTED PII],

Mercedes-Benz USA, LLC (MBUSA) will not engage in any further dialogue with you about this matter.  MBUSA undertook a complete evaluation of all of your concerns and determined that the SRS operated as designed in response to a head-on collision at 45 MPH.  We share your appreciation and gratitude that the vehicle airbag saved you life.

Kind regards,

Susan M.
Regional Case Manager
Mercedes-Benz USA, LLC

[THREAD ID:1-6VSHDW]


-Customer called in to complain about Takata Driver Side Airbag Notice that he recieved in the mail, and the invest number as per Takata Holding INC NA's website. Advised of their mailing address as per that informaiton. Custome
Inbound Call - Log - ANI=8185507587 | DNIS = 6391| Data_A=8185507587| Data_B=8185507587| Data_C=101| Da
-Customer called in claiming that her daugher Loren Toomian, a primary operator of the vehicle, had an airbag dep purchased used 6/13/2011 at 26,300 miles from Calstar
on 5/3/16 while customer daughter was driving alone on Freeway 5 in LA, the car in front of her stopped, cust vehi

007a93Daimler Internal

Dear [REDACTED PII],

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed questionnaire.  If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door.  Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved.  We request the completed form is returned at your earliest convenience.

Thank you for your contact with our Customer Assistance Center.


Warm Regards,

Susan M.
Customer Assistance Center
Mercedes-Benz USA, LLC
Phone:  (800) 367-6372 Ext. 6324
Fax: (201) 476-6213


[THREAD ID:1-6WN2X6]
Created for -PPI Email Outbound
Please be advised that Anthony Zepf is supervising this matter for the Legal Department. At his request, and in anti

Called West coast body shop 5950 Laurel Canyon Blvd, Valley View, CA 818-509-9939 to confirm vehicle location an
Response to Legal's investigation request.
Received Legal Department's recommendation for resolution of this matter and advised customer of MBUSA's posi
Customer requesting compensation for the airbag she replaced because her mechanic stated it should  not have de
Writer conf custr with CM Susan for further assist
Created after Outbound Email for Product Analysis SR Closure.
Inbound Call - Log - ANI=NONE | DNIS = 6204| Data_A=| Data_B=12057038994| Data_C=101| Data_D=6204| Data
writer advised foward email to ERM and advised of callback
ended call

007a93Daimler Internal

In order to best assist you in this investigation, please reply to this e-mail (with history & thread id) with the completed questionnaire.  If the vehicle was damaged include photographs (JPEG or PDF format) taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door.  Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved.  We request the completed form is returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Warm Regards,

Kyla

Executive Referral Manager

Mercedes-Benz USA, LLC

Phone:  (800) 367-6372 Ext. 6335

Fax: (201) 476-6213

[THREAD ID:1-8IMAFR]

IMPORTANT:

When responding, please "reply with history" as this email includes a special thread ID that ensures faster notification and processing of your response.  Please be sure to not delete the THREAD ID associated with this e-mail when responding.

ended call
Created for -PPI Email Outbound

007a93Daimler Internal

SR#: 1-513742653

Customer: [REDACTED PII]

VIN: WDBRF52H37F924248

Model: C230WZ

Make: Mercedes

Model Year: 2007

Summary: summary of allegations:
airbag deployment
Questionnaire sent: Yes
Photos: Yes
property damage: no
severe or fatal injury: no
cust claims fragment from airbag left scar over eye- related to Takata
Date: sometime in 2013


[THREAD ID:1-8JB74K]


*******************************************************************************


Please Review.
Questionnaire and police report


I reviewed the customer questionnaire, since the vehicle has been repaired an inspection of the vehicle would not b
processing of your response.  Please be sure to not delete the THREAD ID associated with this e-mail when responding.
ERROR
ended call

Case closed pending follow up from the customer
Created after Outbound Email for Product Analysis SR Closure.

 blockquote, div.yahoo_quoted { margin-left: 0 !important; border-left:1px #715FFA solid !important; padding-left:1ex
!important; background-color:white !important; }          This is what I got for repair shop pls contact me [REDACTED PII]
thanks


Sent from Yahoo Mail for iPhone

007a93Daimler Internal

Dear [REDACTED PII]:

Thank you for your follow up email. Your repair order documentation was successfully received.  This information will be relayed to the appropriate parties for review. I will follow up with you once I have further insight to share.

Happy holidays to you and your family!

Kind Regards,

Kyla

Executive Referral Manager

Mercedes-Benz USA

(800)367-6372 (ext. 6335)


[THREAD ID:1-96JBG8]

IMPORTANT:

When responding, please "reply with history" as this email includes a special thread ID that ensures faster notification and processing of your response.  Please be sure to not delete the THREAD ID associated with this e-mail when responding.



I reviewed the customer questionnaire, since the vehicle has been repaired an inspection of the vehicle would not b
determination will be provided sometime in the new year
Provided feedback to Legal's request
I've reviewed the RO from the subject vehicle and it does indicate that the left front airbag was replaced by the bod
Received Legal Department's recommendation for resolution of this matter and advised customer of MBUSA's posi

Feedback provided legal
NULL
Writer contacted cust and reiterated position provided in writing.
[REDACTED PII] inquired requesting to speak with the supervisor for ERM Kyla. Stated he no longer wanted to spea
Created after Outbound Email for Product Analysis SR Closure.
Inbound Call - Log - ANI=1 | DNIS = 11| Data_A=1| Data_B=7543670587| Data_C=101| Data_D=11| Data_E= |Time

007a93Daimler Internal

customer stated he was in an accident on 12/15/16 and believes that he was injured due to the recall on the vehicle.

customer stated a vehicle hit the front right of his vehicle and the airbag deployed and when the customer hit the airbag the airbage exploded.

customer stated he was brought to Coral Springs hospital and had surgery in early january in Del Ray beach. Customer stated he wanted to provide his doctors name which was Steve Meadows and his phone number is 561-496-6622. customer stated he has a plate and a bone graph in his right upper arm due to the injury.

customer stated that he does not know where the vehicle is located. it was originally towed to a tow yard and then his insurance company had the vehicle picked up.

customer also stated he had a laptop and a duffle bag in the trunk of the vehicle that he was unable to retrieve after the accident. looking for them to be replace

writer advised of callback in 24 hrs and wished customer a speedy recovery.
12/15/16 he was making a left turn, was hit front right, front airbags deployed and as soon as he hit it the airbag "e

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed questionnaire. If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door. Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved. We request the completed form is returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Regards,

Susan

Executive Referral Manager

Mercedes-Benz USA, LLC

(800) 367-6372 (ext. 6324)

[THREAD ID:1-F6CS57]

Created for -PPI Email Outbound

007a93Daimler Internal

SR#: 1-917631380

Customer: [REDACTED PII]

VIN: WDDGF5EB1BR134136

Model: C300W

Make: Mercedes

Model Year: 2011

Summary: airbag deployed

Property damage: no
Photos: no
Injury:yes

Summary:  Customer alleges airbag deployed and exploded when customer hit it causing injury


[THREAD ID:1-F6CS5E]


*******************************************************************************


Please Review.

Provided feedback to Legal's request
Provided feedback to Legal's request.
Writer confirmed email address

007a93Daimler Internal

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed questionnaire. If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door. Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved. We request the completed form is returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Regards,

Susan

Executive Referral Manager

Mercedes-Benz USA, LLC

(800) 367-6372 (ext. 6324)

[THREAD ID:1-FGINP4]

Provided feedback to Legal's request
Writer left customer voice message stating questionnaire has not been received.

007a93Daimler Internal

IMPORTANT:

When responding, please "reply with history" as this email includes a special thread ID that ensures faster notification and processing of your response.  Please be sure to not delete the thread ID associated with this e-mail when responding.

[THREAD ID:1-FIIZ7G]

Dear [REDACTED PII],

Thank you for your contact to our
Customer Assistance Center.  As of today,
we have not received a completed incident questionnaire.  As such, we are unable to move forward with a
review of your concerns.  MBUSA reminds
you that it is incumbent upon you to properly preserve the Mercedes-Benz vehicle
and any other relevant evidence.

Should you have any outstanding
questions please do not hesitate to email or call our offices.

Kind regards,

Susan

Executive Referral Manager

Mercedes-Benz USA, LLC

Created after Outbound Email for Product Analysis SR Closure.
Inbound Call - Log - ANI=7029853777 | DNIS = 6393| Data_A=1| Data_B=4042325818| Data_C=101| Data_D=3| D
cust stated that his 18 year old daughter was driving and got into an accident on May 11, 2016. his daughter who w

007a93Daimler Internal

Customer alleges:

5/11/16 his 18 yo daughter [REDACTED PII] was driving, 7 yo daughter [REDACTED PII] was in front passenger seat and 10 yo daughter [REDACTED PII] was in rear passenger seat when the vehicle was T-boned by a fire truck on driver's side,dragged a distanced and stopped by sidewalk, all taken to the hospital by ambulance

-customer alleging driver's injuries from Takata airbag, fragments causing cuts

-all wearing seatbelts

-driver's front and curtain airbag deployed

-injuries: driver has facial injuries, cuts and bruises

  front passenger: head hit side, unconscious, bleeding, brain damage

  rear passenger: head, shoulder, and back injuries

-has police report

-has photos

-vehicle totaled

Customer will find out location of vehicle

United Insurance

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed questionnaire. If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door. Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved. We request the completed form is returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Regards,

Susan

Executive Referral Manager

Mercedes-Benz USA, LLC

(800) 367-6372 (ext. 6324)

[THREAD ID:1-FY1HBK]

Created for -PPI Email Outbound

007a93Daimler Internal

SR#: 1-963958578

Customer: [REDACTED PII]

VIN: WDBRF52H96F835184

Model: C 230

Make: Mercedes

Model Year: 2006

Summary: airbag deployment

Property damage: no
Photos: yes
Injury:yes

Summary:  Customer alleges airbag deployed, causing facial injuries (Takata?) and passenger injured


[THREAD ID:1-FY1HI6]


***************************************************************************************


Please Review.

007a93Daimler Internal

> It was a pleasure speaking with you earlier.
>
>
>
> At Mercedes-Benz, the safety and security of vehicle occupants has always
> been our foremost priority, and we appreciate the opportunity to review your
> questions.
>
>
>
> In order to best assist you in this investigation of your concern, please
> reply to this e-mail with the completed questionnaire. If the vehicle was
> damaged include photographs taken of all sides of the exterior of the
> vehicle and photos across the interior, front and back through an opened
> door. Other helpful documents would be a police report, if available, and
> permission from your insurance company to assess the vehicle if they are
> involved. We request the completed form is returned at your earliest
> convenience within a week.
>
>
>
> Thank you for your contact with our Customer Assistance Center.
>
>
>
> Regards,
>
> Susan
>
> Executive Referral ...

007a93Daimler Internal

\>

> At Mercedes-Benz, the safety and security of vehicle occupants has always
> been our foremost priority, and we appreciate the opportunity to review your
> questions.

>

>

>

> In order to best assist you in this investigation of your concern, please
> reply to this e-mail with the completed questionnaire. If the vehicle was
> damaged include photographs taken of all sides of the exterior of the
> vehicle and photos across the interior, front and back through an opened
> door. Other helpful documents would be a police report, if available, and
> permission from your insurance company to assess the vehicle if they are
> involved. We request the completed form is returned at your earliest
> convenience within a week.

>

>

>

> Thank you for your contact with our Customer Assistance Center.

>

>

>

> Regards,

>

> Susan

>

> Executive Referral Manager

>

> Mercedes-Benz USA, LLC

>

> (800) 367-6372 (ext. 6324)...

Customer stated he will be calling ins co about location of vehicle but does not know if it will still be available given

007a93Daimler Internal

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed questionnaire. If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door. Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved. We request the completed form is returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Regards,

Susan

Executive Referral Manager

Mercedes-Benz USA, LLC

(800) 367-6372 (ext. 6324)

[THREAD ID:1-FY1HBK]

Hey Susan, we need the CQA ASAP. Also we need the insurance CO info so I can contact to get access to the car.  I a Customer stated he had emailed it but I told him it did not come through, he will fax it within the next hour

007a93Daimler Internal

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed questionnaire. If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door. Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved. We request the completed form is returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Regards,

Susan

Executive Referral Manager

Mercedes-Benz USA, LLC

(800) 367-6372 (ext. 6324)

[THREAD ID:1-FY1HBK]

Inbound Call - Log - ANI=4042325818 | DNIS = 6393| Data_A=4042325818| Data_B=4042325818| Data_C=101| Da

cust called requesting fax number to send in questionaire.

writer placed on hold to retrieve number - [REDACTED PII]

writer did not hear any response once cust was off hold

no response - writer disconnected
[REDACTED PII] called to get the fax number... Saw previous notes and gave cust the number listed...

007a93Daimler Internal

At Mercedes-Benz, the safety and security of vehicle occupants has always been our foremost priority, and we appreciate the opportunity to review your questions.

In order to best assist you in this investigation of your concern, please reply to this e-mail with the completed questionnaire. If the vehicle was damaged include photographs taken of all sides of the exterior of the vehicle and photos across the interior, front and back through an opened door. Other helpful documents would be a police report, if available, and permission from your insurance company to assess the vehicle if they are involved. We request the completed form is returned at your earliest convenience within a week.

Thank you for your contact with our Customer Assistance Center.

Regards,

Susan

Executive Referral Manager

Mercedes-Benz USA, LLC

(800) 367-6372 (ext. 6324)

[THREAD ID:1-FY1HBK]

My vehicle is at Clayton County Impound 11720 SLR blvd. Hampton, Georgia
Writer requested customer advise impound that vehicle is to be inspected on 8/29/17, customer stated he would.
Writer contacted cust at [REDACTED PII] advising she was calling in Susan's absence to confirm location of the veh C
Writer contacted cust at [REDACTED PII] to inquire who he spoke with since an MB rep is at the yard and is unable t

Writer contacted cust at [REDACTED PII] advising after our rep contacted Captain Thompson they were advised the veh was no longer their property and in order to inspect the veh would have to be towed elsewhere.  Captain Thompson suggested cust contact the evidence custodian officer Kemp but no contact info was provided.  Cust advised he would contact his wife to try and get the veh towed and get in touch with evidence custodian
Writer advised she would touch base with the cust again in another half hour
Writer contacted cust at [REDACTED PII] advising once cust has the vehicle towed to a new location to follow up wi
Customer asked for inspection availability and he will then have towed to a location that he will advise writer of.
Customer stated October 3d is good for him, he is not sure where the vehicle will be, what storage yard; he will con
Writer attempted to call customer but could not leave voice message because mailbox was full.

007a93Daimler Internal

IMPORTANT:

When responding, please "reply with history" as this email includes a special thread ID that ensures faster notification and processing of your response.  Please be sure to not delete the thread ID associated with this e-mail when responding.

[THREAD ID:1-G6MTSI]

Dear [REDACTED PII],

Please contact me at your earliest convenience.  We need to know the location of your vehicle for the inspection next week.

Thank you.

Kind regards,

Susan

Executive Referral Manager

Mercedes-Benz USA, LLC

1-800-367-6372 ext. 6324

Customer stated vehicle is at his home, writer stated she will have to confirm if inspection can take place there.

Customer stated vehicle is still at the tow yard:
Clayton County Impound 11720 SLR blvd. Hampton, Georgia

MBUSA will have it towed on:
10/3 8:00 AM
to: MB South Atlanta

Once inspection is completed it will be towed to customer home at [REDACTED PII].
Sent tow request for tuesday 10/3/17
Writer advised by roadside vehicle was not released to them at the impound.
Customer stated he has gone out of his way trying to get this done.
Please have roadside tow vehicle to MB South Atlanta. Once completed I can inspect. Dealership is aware.
Writer left customer voice message requesting call back.
cust is requesting a callback and stated he will be in a meeting from 3pm-4pm.
Writer left customer voice message requesting call back., would like to arrange for the tow of the vehicle.
-customer received writer's voice message in Nov requesting call back to arrange for inspection, atty stated not to i
Customer stated HE will not proceed with the vehicle inspection
Writer sent final no contact communication.

007a93Daimler Internal

IMPORTANT:

When responding, please "reply with history" as this email includes a special thread ID that ensures faster notification and processing of your response.  Please be sure to not delete the thread ID associated with this e-mail when responding.

[THREAD ID:1-HA7WPZ]

Dear [REDACTED PII],

Please find attached a letter that was mailed to your home.

Please send any responses by email or letter.

Best regards,

Mercedes-Benz USA, LLC

Created after Outbound Email for Product Analysis SR Closure.

007a93Daimler Internal

Good morning,

Your letter contains erroneous information. On a couple of occasions to pick up my vehicle it was the negligence of Mercedes Benz. The first time the Mercedes Benz customer service representative Suzanne, notified me hours after the scheduled time to meet at the Salvage yard.  The second time Mercedes Benz was suppose to pick up my vehicle, the tow truck never showed up, because they said he had to take another call. I have proof and witnesses, to prove the above mentioned. Lastly, the auto accident pictures and the police report that you have in your possession, shows that the Takat air bag on the passenger's side was defective, by not deploying in the major auto accident with a 60,000 pound fire truck. As a result of Mercedes defective Takat air bag not deploying on the passenger side, my daughter suffers from permanent brain damage injuries. One of the defective recall of Takat air bags, is that it has a history of not deploying in accidents, causing severe injuries or death. This is the same case with my daughter. The Takat air bag in our Mercedes is defective, and this is self evident.  Please call me to accept liability, and compensate our family for Mercedes Benz gross negligence. Thank you.

Sincerely,
[REDACTED PII]

[REDACTED PII].
Sent customer letter
Created after Outbound Email for Product Analysis SR Closure.

007a93Daimler Internal

Please know I have received recalls on 7/2016, 12/2017 & 1/2018 to get my air bags replace. I have made every effort to have them replace. However, this month the air bag deployed in an accident that left your Mercedes emblem burned into my arm and various cuts from other metal fragments.  I had to get a Tetanus shot after the accident. So I'm no longer in need of replacement since the vehicle was totaled as I was a victim in the accident and also with a deployed air bag that left a mark.

Please make ever effort to all that are still waiting for their air bags!

If you are sincerely concerned about safety. Thank you for your attention to this important matter.

[REDACTED PII]

-a vehicle turned in front of him and customer hit the other vehicle, the front airbag deployed, the cover b

007a93Daimler Internal

[THREAD ID:1-JCOT35]

Dear [REDACTED PII],

It was a pleasure speaking with you earlier today and for you letting us know about your experience.

At Mercedes-Benz USA, LLC ("MBUSA"), the safety and security of vehicle occupants has always been our foremost priority.  MBUSA is happy to hear you are safe. Should you want MBUSA to evaluate your incident, please preserve the Mercedes-Benz vehicle and any other relevant evidence.

Please call our Customer Assistance Center if you have any outstanding concerns.

Thank you.

Warm regards,

Susan

Executive Referral Manager

Mercedes-Benz USA, LLC

800-367-6372 ext. 6324

Created after Outbound Email for Product Analysis SR Closure.

007a93Daimler Internal

Dear [REDACTED PII],

Thank you for your email to Mercedes-Benz USA.

We regret to learn the circumstances that prompted your contact to this office and have forwarded your concern to one of our Executive Referral Managers for follow up.

You will receive a call at the number listed, (732) 905-8923, within one business day.

We appreciate the opportunity to respond.
Kind Regards,

Debbie A.
Mercedes-Benz USA
(800) 367-6372

007a93Daimler Internal

Notes from Compass ref#2-1300346248
Escalated by Sadik  (SMUJOVIC)

REDACTED PII] called stating that she was involved in an accident some time Mid March. As a result, customer alleges that her doctor found "shiny" particles in her face, legs, and knees. Cust states that her legs are black and blue and is swollen. Customer stated that the doctor had advised her that he is unable to determine whether or not she will fully heal from the accident in regards to the bruises.

Accident: Mid March
Speed: City driving and a minute from her home location
No one else was in the vehicle.
Vehicle has been claimed a total loss by her auto insurance company.

Customer also purchased WDCGG8JB9EG270054 2014 GLK and expressed her fear of driving due to the Takata recall that's still in pending status.


Writer advised will note concerns and forward it over for a callback.




Writer left customer voice message at [REDACTED PII] reques

007a93Daimler Internal

Customer only wanted to know when are parts coming
-writer informed customer that she will be advised when the parts are available and to make an appointment
-she understands about the deployment of the airbags in her accident
Customer alleges: Mid March 2019 she was hit head on, front and knee airbags deployed in response.
-customer understands her brusing is expected in this type of incident

Customer thanked writer for the information.
Created after Outbound Email for Product Analysis SR Closure.

007a93Daimler Internal

Inbound Call - Log - ANI = 2035454553

007a93Daimler Internal

Cust stated that:

-On Dec 1st at 4:30pm,  she "was driving 25 mph", hit the bumper of the VW in front of her, and her driver airbag deployed

-She was "hit in the head, side of the head  and side and shoulders and knees and back" and is in shock and doesn't know what will happen to her

-She is having issues with her neck, head shoulders back and knees

-Writer asked cust to clarify if she hit the veh in front of her, and cust stated, "Supposedly, i don't know, I was in shock and ambulance [sic] took me to the hospital"

-Her bags exploded and she didn't know what was going on with her

-She got out of the veh because there was fire

-The front of her car was completely destroyed

-She believes that deployment was because of the Takata recall

Writer advised that:

- This recall was launched as a precautionary measure only

- As far as we know, there have been no incidents of this nature in any Mercedes-Benz vehicles worldwide.

- We are working with the NHTSA on this recall.

-NHTSA is making the determination as to when and to which regions the available airbags are allocated

Cust stated that:

-She has a dr appt at 2 pm on Thurs 12/7/2017 and will NOT be available between 12pm and 4pm - please call before or after

007a93Daimler Internal

(203) 545-4553 - Writer attempted to determine customer's intention and what happened

Customer was uncooperative, repeatedly referred to recalls, stated airbags caught fire but could not recall what happened, said she was driving then got out and got in an ambulance, could not explain anything between

Customer stated she was stressed and would call when she was ready, writer provided their extension

Created after Outbound Email for Product Analysis SR Closure.
Questionnaire and police report
Created for -PPI Email Outbound

007a93Daimler Internal

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SR#: 1-1004589767

Customer: [REDACTED PII]

VIN: WDDGF8BB7AR090437

Model: C300W4

Make: Mercedes

Model Year: 2010

Summary: Takata
Summary of Allegations
-Air bag deployment and veh fire
-Property damage: veh total loss
-Severe or fatal injury: cust complains of pain -Colllision event-cust asks why airbags deployed at 25 mph and why veh caught fire

[THREAD ID:1-H6TWXF]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please Review.


We just received the questionnaire from the customer and she did not provide a location of the vehicle. S
[REDACTED PII] - Left message
To: Tzortzinis, Joe (171) <joe.tzortzinis@mbusa.com>; Pool-ID, Cacsiebprd1 (171-PID) <MBUSA_CAC@mb

[REDACTED PII] Writer stated:
-please provide the address and phone number for the current location
-please advise Allstate that we may be inspectin the vehicle and will need access to the yard

Customer stated they will call Allstate Monday because they took rthe car
Customer LVM stating she could not obtain any information from Allstate, Contact is [REDACTED PII], Clai
Per Deborah at Allstate Adjuster is Kim Christopher 954-956-3883 but writer needs to speak with Auto De
Allstate Kelsey Kennedy 727-556-3756 -Referred writer to  Katy Washington 727-556-3749 - adjuster that
Casualty group no 888-719-7905
Katy Washington from Allstate - Caller LVM saying customer is being represented by the Newsome law fir
The rep from Allstate left me a voicemail stating that the customer has retained an attorney and we will n
The customer has failed to provide a location of the vehicle (Allstate is not an answer), since there is an at
-they will send photos

007a93Daimler Internal

[THREAD ID: 1-HDGL5B]


Dear Ms. Katie Washington,


Thank you for taking the time to speak with me today.


As we discussed, please forward photos of [REDACTED PII] 2010 C300W4 bearing Vehicle Identification Number WDDGF8BB7AR090437, Claim Number 0483950341.


Regards,

Joe

Executive Referral Manager

Mercedes-Benz USA, LLC

(800) 367-6372 (ext. 6299)

[THREAD ID:1-HDGL5B]
The vehicle location is Tampa South Copart, Lot # 49430367, 12020 US Highway 301 South, Riverview, FL 3
Can you please check with the attorney to see if Feb 16 works for them for a joint inspection? Also can yo
-Attorney is  William Partridge 941-365-8666
941-365-8666 - Grossman, Roth & Partritdge - William Partridge - Left message
Grossman, Roth & Partritdge - Mr. Partridge is not representing customer at this time
Allstate Katie Washington 727-556-3749 - LVM

007a93Daimler Internal

Sent: Tuesday, January 30, 2018 3:24 PM
To: Washington, Katie <Katie.Washington@allstate.com>
Subject: [EXTERNAL SENDER] Message from Mercedes-Benz USA, LLC - Claim Number 0483950341

IMPORTANT:

When responding, please "reply with history" as this email includes a special thread ID that ensures faster notification and
 processing of your response.  Please be sure to not delete the THREAD ID associated with this e-mail when responding.

[THREAD ID: 1-HDGL5B]

Dear Ms. Katie Washington,

Thank you for taking the time to speak with me today.

As we discussed, please forward photos of [REDACTED PII] 2010 C300W4 bearing Vehicle Id...
To: Tzortzinis, Joe (171) <joe.tzortzinis@mbusa.com>; Pool-ID, Cacsiebprd1 (171-PID) <MBUSA_CAC@mb
Allstate Katie Washington 727-556-3749 - No answe
Attempted contacting alt number from Katie Washington's VM greeting, number is not in service
Allstate Katie Washington 727-556-3749 - LVM asking if inspection must be coordinated with 3rd party an

007a93Daimler Internal

Noah Yanowitz


Product Analysis Engineer- Vehicle Compliance and Analysis

Mercedes-Benz USA, LLC
13470 Intl. Parkway
Unit 3
Jacksonville, FL 32218

(904) 741-9605 Office

(201) 519-7864 Cell


noah.yanowitz@mbusa.com


We Play to Win.  #1 in Quality and #1 in Customer Experience



8887197905
Allstate Deborah 954-956-3718
Allstate Kelsey Kennedy 727-556-3756
Allstate Kim Christopher 954-956-3883 - Transferred to Katie Washington - They have no documentation t
To: Tzortzinis, Joe (171) <joe.tzortzinis@mbusa.com>; Pool-ID, Cacsiebprd1 (171-PID) <MBUSA_CAC@mb
-doesn't see a problem, just needs to confirm with Kim whether or not Allstate needs to hire someone to p
I just checked with Copart and we do not have permission to inspect the vehicle, I need to have confirmat

007a93Daimler Internal

Email: Katie.Washington@allstate.com

CONFIDENTIALITY NOTE:

This e-mail and any attachments are confidential and intended only for the stated recipient. If you are not the intended recipient, be aware that any disclosure,
 copying, distribution, or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

From: MBUSA_CAC@mbusa.com [mailto:MBUSA_CAC@mbusa.com]
Sent: Tuesday, January 30, 2018 3:24 PM
To: Washington, Katie <Katie.Washington@allstate.com>
Subject: [EXTERNAL SENDER] Message from Mercedes-Benz USA, LLC - Claim Number 0483950341

IMPORTANT:

When responding, please "reply with history" as this email includes a special thread ID that ensures faster notification and
 processing of y...
Provided feedback to Legal's request

[REDACTED PII]- Adbised customer per direction from Legal
Created after Outbound Email for Product Analysis SR Closure.
Created after Outbound Email for Product Analysis SR Closure.

007a93Daimler Internal

| X_PAREN_T_CODE | X_CODE_DESC | X_CODE_NUM | X_DEALER_CODE | DEALER_NAME | INCIDENT_DATE | NUMBER_INJURIES | NUMBER_DEATH |
|---|---|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |

007a93Daimler Internal

Recall Cam Airbag/Tak 999301    45420       MERCEDES 2015-02-0         1           0

007a93Daimler Internal

Recall CamAirbag/Tak999301     45420        MERCEDES2015-02-0:              1            0

007a93Daimler Internal

| | | | | | |
|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |

007a93Daimler Internal

| | | | | | |
|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0: | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0: | 1 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0: | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0: | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0: | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0: | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0: | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0: | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0: | 1 | 0 |

007a93Daimler Internal

Recall Cam Airbag/Tak 999301   45420   MERCEDES 2015-02-0   1   0

Recall Cam Airbag/Tak 999301   45420   MERCEDES 2015-02-0   1   0

007a93Daimler Internal

| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |

007a93Daimler Internal

Recall CamAirbag/Tak999301     45420        MERCEDES2015-02-0:         1          0

Recall CamAirbag/Tak999301     45420        MERCEDES2015-02-0:         1          0

007a93Daimler Internal

| | | | | | |
|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak999301 | 45420 | MERCEDES | 2015-02-0 | 1 | 0 |
| Recall Cam | Airbag/Tak999301 | NULL | NULL | 2016-05-0 | 1 | 0 |
| Recall Cam | Airbag/Tak999301 | NULL | NULL | 2016-05-0 | 1 | 0 |
| Recall Cam | Airbag/Tak999301 | NULL | NULL | 2016-05-0 | 1 | 0 |
| Recall Cam | Airbag/Tak999301 | NULL | NULL | 2016-05-0 | 1 | 0 |

007a93Daimler Internal

| | | | | | |
|---|---|---|---|---|---|
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-05-0: | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-05-0: | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-05-0: | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-05-0: | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-05-0: | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-05-0: | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-05-0: | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-05-0: | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-05-0: | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-05-0: | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |

007a93Daimler Internal

| Recall Cam | Airbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall Cam | Airbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall Cam | Airbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |

007a93Daimler Internal

| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
|---|---|---|---|---|---|
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |

007a93Daimler Internal

| | | | | | |
|---|---|---|---|---|---|
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | NULL | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-12-1! | 1 | 0 |

007a93Daimler Internal

| Recall Cam | Airbag/Tak999301 | NULL | NULL | 2016-12-15 | 1 | 0 |
| Recall Cam | Airbag/Tak999301 | NULL | NULL | 2016-12-15 | 1 | 0 |

| Recall Cam | Airbag/Tak999301 | NULL | NULL | 2016-12-15 | 1 | 0 |
| Recall Cam | Airbag/Tak999301 | NULL | NULL | 2016-12-15 | 1 | 0 |

007a93Daimler Internal

| | | | | | |
|---|---|---|---|---|---|
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-12-1! | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-12-1! | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-12-1! | 1 | 0 |
| Recall CamAirbag/Tak999301 | NULL | NULL | 2016-12-1! | 1 | 0 |

007a93Daimler Internal

| Recall Cam | Airbag/Tak | 999301 | NULL | NULL | 2016-12-1! | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | NULL | NULL | 2016-12-1! | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | NULL | NULL | 2016-12-1! | 1 | 0 |

007a93Daimler Internal

| Recall Cam | Airbag/Tak | 999301 | NULL | NULL | 2016-12-1! | 1 | 0 |
|---|---|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak | 999301 | NULL | NULL | 2016-12-1! | 1 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |

007a93Daimler Internal

| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
|---|---|---|---|---|---|---|---|

| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |

007a93Daimler Internal

Recall CamAirbag/Tak999301     17113     MERCEDES 2016-05-1         3          0

007a93Daimler Internal

Recall CamAirbag/Tak999301     17113      MERCEDES2016-05-1:          3          0

007a93Daimler Internal

| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |

007a93Daimler Internal

| | | | | | | |
|---|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |

007a93Daimler Internal

| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |

| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |

007a93Daimler Internal

| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
|---|---|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |

007a93Daimler Internal

| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
|---|---|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |

| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
|---|---|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |

007a93Daimler Internal

| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |
|---|---|---|---|---|---|---|---|
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1 | 3 | 0 |

007a93Daimler Internal

| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |
| Recall Cam | Airbag/Tak | 999301 | 17113 | MERCEDES | 2016-05-1: | 3 | 0 |

007a93Daimler Internal

| | | | |
|---|---|---|---|
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |

007a93Daimler Internal

| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |

007a93Daimler Internal

Recall CarAirbag/Ta999301                         n/a       n/a       n/a

007a93Daimler Internal

Recall CarAirbag/Ta999301                    n/a      n/a      n/a

Recall CarAirbag/Ta999301                    n/a      n/a      n/a

007a93Daimler Internal

| | | | |
|---|---|---|---|
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |

007a93Daimler Internal

Recall CarAirbag/Ta999301                    n/a        n/a        n/a

007a93Daimler Internal

Recall CarAirbag/Ta999301                              n/a        n/a        n/a

007a93Daimler Internal

| | | | |
|---|---|---|---|
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |

007a93Daimler Internal

| | | | |
|---|---|---|---|
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |

007a93Daimler Internal

| | | | |
|---|---|---|---|
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |

007a93Daimler Internal

| | | | |
|---|---|---|---|
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |

007a93Daimler Internal

| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |

007a93Daimler Internal

| | | | |
|---|---|---|---|
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |
| Recall CarAirbag/Ta999301 | n/a | n/a | n/a |

007a93Daimler Internal

| Case Number | Actual Case Status | CAS Group | CAS Case Area | Month Case Created Short | Date Case Created Short | VEH Division (vehicle table) | VEH Class (vehicle table) | VEH Vehicle Producti on Date | VEH Type | Service Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-6235196 | Closed | Customer Advocacy - | 2018M08 | | :00:00 AM | Passenger | C-Class | | :00:00 AM | C 300 | CS |
| 2-5551649 | Closed | Product An | Customer / | 2020M06 | | :00:00 AM | Passenger | C-Class | | :00:00 AM | C 250 Blue | CS |
| 2-3964129 | Closed | Product An | Customer / | 2020M03 | | :00:00 AM | Passenger | C-Class | | :00:00 AM | C 230 | CS |

007a93Daimler Internal

2-7110922 Closed       Customer Advocacy - 2018M08  !:00:00 AM Passenger C-Class    !:00:00 AMC 300 4MACS

007a93Daimler Internal

| VEH Baumuster | VEH FIN | VEH X_VIN | VEH Model Year | VEH Series (vehicle table) | Case Type | Case Sub Type | Case Topic | Case Topic Detail | ISSUE_PARENT_CODE | ISSUE_CODE_ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 204054 | WDD20405 | WDDGF54 | 2009 | 204 | Complaint | Product Co | 14 Safety ! | Airbag | Driver airb | 9707 |
| 204347 | WDD2043 | WDDGJ4HI | 2012 | 204 | Complaint | Product Co | 14 Safety ! | Safety / SF | Recall Cam | 999301 |
| 203052 | WDB20305 | WDBRF52I | 2006 | 203 | Complaint | Quality of | Recall/Serv | Recall/Serv | Recall Cam | 999301 |

007a93Daimler Internal

204081   WDD2040(WDDGF8Bl2012   204   Complaint Quality of ( Recall/Serv Recall/Serv Recall Cam 999301

007a93Daimler Internal

| ISSUE_CODE_CAPTION | ISSUE_DETAIL_TYPE_ID | CAS Description | CAS Customer Expectation | CAS Case Solution & Final Statement | INF Symptom | All Free text concatenated |
|---|---|---|---|---|---|---|
| Surface da | Vehicle Sy | Cust states | cust wants | writer adv. case woul | Cust states that his vehicle has a recall for airbags |
| Airbag/Tak | Vehicle | | ** | COVID-19 Airbag deployed<br><br>Property damage: no<br>Photos: no<br>Injury: yes<br><br>Summary: Customer alleges driver's airbag deployed but thinks that is what broke his arm | 10/5/20 letter w/findi | COVID-19  Airbag deployed<br><br>Property damage: no<br>Photos: no<br>Injury: yes<br><br>Summary:  Customer alleges driver's airbag deploy |
| Airbag/Tak | Vehicle | | ** | ** | Airbag deployed<br><br>Property damage: no<br>Photos: no<br>Injury: yes<br><br>Summary: Customer alleges airbags deployed without impact. | **** | Airbag deployed<br><br>Property damage: no<br>Photos: no<br>Injury: yes<br><br>Summary: Customer alleges airbags deployed without impact. |

007a93Daimler Internal

Adjuster is requesting for inspection of vehicle due to recall of airbag. Goodwill Consideration Explained (if applicable): (Y/N)YES Advised No Guarantees of Assistance: (Y/N)YES Advised of 24 hour call back from ERM: (Y/N)YES

Adjuster: Jason Durcan 631-404-4434

due to recall of airbag. Goodwill Consideration Explained (if applicable): (Y/N)YES Advised No Guarantees of Assistance: (Y/N)YES Advised of 24 hour call back from ERM: (Y/N)YES

Adjuster: Jason Durcan 631-404-4434Adjuster: Jason Durcan 631-404-4434Refer to ERM

Airbag/TakVehicle    Adjuster: JRefer to ERM