# EXHIBIT NO. 166

| | |
|---|---|
| From: | Mcabee, Mike (171) <mike.mcabee@mbusa.com> |
| To: | Moran, Robert (171); Bokich, Christian (171); Boland, Donna (171) |
| Sent: | 10-Feb-16 3:55:13 PM |
| Subject: | RE: Daimler recalls nearly 1 million vehicles due to airbagcontroversy |

**Thanks Rob and Christian,**
**I've forwarded below to Philippa and told her to use in response to query only, i.e. we don't need to be announcing this or bringing it up ourselves.**

**Thanks,**
**Mike**

Mike McAbee
Department Manager: Sales and Leadership Training
Mercedes-Benz Academy - MBUSA
303 Perimeter Center North
Atlanta, GA, 30346
Office: 1.770.705.2119
Cell: 1.404.295.9047

**From:** Moran, Robert (171)
**Sent:** Wednesday, February 10, 2016 3:38 PM
**To:** Bokich, Christian (171); Mcabee, Mike (171); Boland, Donna (171)
**Subject:** RE: Daimler recalls nearly 1 million vehicles due to airbag controversy

Hi Mike:

Suggest we stick with the approved statement…same we are using for the press, field and CAC.

"Although we are not aware of any such instances of this occurring in any of our vehicles, following discussions with NHTSA, Daimler has decided to carry out a precautionary recall of approximately 705,000 Mercedes-Benz cars and about 136,000 Daimler vans in the United States.  Included are various 2005 -2014  Mercedes-Benz models including SLK, C-Class, E-Class, M-Class, GL, R-Class and SLS.  On the Daimler Vans side, 2007 – 2014 Dodge, Freightliner and Mercedes-Benz Sprinter models are impacted."

Thx for checking in.

Best,

Rob

**Robert Moran**
**Director, Corporate Communications**
**Mercedes-Benz USA LLC.**
**303 Perimeter Center North, Suite 202**
**Atlanta, GA  30346**
**o: 770-705-2270**
**m: 201-286-7646**
**robert.moran@mbusa.com**
**www.media.mbusa.com**

**From:** Bokich, Christian (171)
**Sent:** Wednesday, February 10, 2016 3:34 PM

CONFIDENTIAL
MBUSA_00092893

**To:** Mcabee, Mike (171); Boland, Donna (171); Moran, Robert (171)
**Subject:** Re: Daimler recalls nearly 1 million vehicles due to airbag controversy

Thanks a ton Mike for sending this over. Rob and Donna are the only spokespersons allowed to speak to media or non company personnel about this.

Sent from my iPhone

Christian Bokich
Dept. Manager
Product & Technology Communications
Mercedes-Benz USA
303 Perimeter Center North, Suite 202
Atlanta, GA 30346
O: +1 770 705 2245
M: +1 201 749 0790
christian.bokich@mbusa.com

On Feb 10, 2016, at 2:11 PM, Mcabee, Mike (171) <mike.mcabee@mbusa.com> wrote:

**Hi Christian,**
 **I was CC'd on this from my Training Manager for Brand Immersion. As this is a sensitive topic, I wanted to confirm or at least check with you on below. While it's good that she's addressing the potential questions, I'm concerned that this didn't come from MBUSA and that this might be ahead of our stated position?**

**Thanks,**
**Mike**

Mike McAbee
Department Manager: Sales and Leadership Training
Mercedes-Benz Academy - MBUSA
303 Perimeter Center North
Atlanta, GA, 30346
Office: 1.770.705.2119
Cell: 1.404.295.9047

**From:** Green, Philippa (171)
**Sent:** Wednesday, February 10, 2016 11:57 AM
**To:** johannes@pro-motionevents.com; wynn.springer@gmail.com; jennifer.lindemann@hughes.net; Michael Musso; jalvis1990@gmail.com; busylady3@aol.com; Kerry Carnes (kcarnes2921@gmail.com); kcarnes0684@charter.net; cle2004@yahoo.com; marciacoleman71@gmail.com; Justin Brahce; Dylan Sever; mkemperbrown@gmail.com; kballen@crimson.ua.edu; rashad_tusant@yahoo.com
**Cc:** Vannatter, Brenda (171); Mcabee, Mike (171); Cutler, Sarah (171)
**Subject:** Daimler recalls nearly 1 million vehicles due to airbag controversy
**Importance:** High

Team –

Daimler announced a recall this morning due to an airbag controversy (see below). MBUSI has looked over the media response to the airbag recall and below is how they would recommend us respond "if" you get questions from Participants:

- Daimler AG was informed by the airbag supplier (Takata) in late January that they reported a possible safety defect with some of their airbags to NHTSA (National Highway Traffic and Safety Administration). Daimler AG is working closely with NHTSA and Daimler decided to carry out a recall as a precaution.
- This recall does involve vehicles built here in Vance, although MBUSI can't provide you with the exact specifics.
- Mercedes-Benz Cars puts safety as its top priority, and our service groups will do what we can to get these cars repaired and back to our customers as quickly as possible."

Please let me know if you get any further questions that do not allow for the above answer.

CONFIDENTIAL                                                                                                                                                        MBUSA_00092894

Brenda – please discuss in your debrief to ensure we are all on the same page.

Thank you !

Press Release this morning:

# Daimler recalls nearly 1 million vehicles due to airbag controversy

Feb 9, 2016, 8:04pm CST

**Ryan Phillips**
*Birmingham Business Journal*

The U.S. National Highway Traffic Safety Administration (NHTSA) this week notified Daimler AG – the parent company of Mercedes-Benz – that it has been informed about potentially defective airbags in their vehicles.

The airbag models mentioned in the recall are produced by Japanese manufacturer Takata, which are installed in many Mercedes-Benz cars and Daimler vans, according to a news release.

Takata has come under fire in the last year for airbag models that explode when triggered, sending metal shell fragments toward the driver and passenger.

Daimler

Other automakers have also been negatively impacted by defects in Takata airbags, including Honda.

Since 2008, Honda has issued recalls of 11.4 million vehicles due to problems with Takata airbags, as we previously reported.

Mercedes-Benz and Honda both have substantial operations in Alabama, employing thousands across their manufacturing footprint and supply chains in the state.


Philippa Green
Brand Immersion Training Manager
Mercedes-Benz USA

philippa.green@mbusa.com
mobile  201.312.5227