# EXHIBIT NO. 167

| | |
|---|---|
| **From:** | Boland, Donna (171) <Donna.Boland@mbusa.com> |
| **To:** | Jerald, Felyicia (138); Moran, Robert(171); Eichhorn, Klaus (138) |
| **Sent:** | 09-Feb-16 6:24:39 PM |
| **Subject:** | RE: Daimler recall / Takata airbags |

2005 -2014 Mercedes-Benz models including SLK, C-Class, E-Class, M-Class, GL, R-Class and SLS.

Donna Boland
Manager, Corporate Communications
Mercedes-Benz USA LLC.

**Note new address/phone:**
303 Perimeter Center North
Atlanta, GA 30346
770.705.2009
Donna.Boland@mbusa.com

**From:** Jerald, Felyicia (138)
**Sent:** Tuesday, February 09, 2016 6:22 PM
**To:** Boland, Donna (171); Moran, Robert (171); Eichhorn, Klaus (138)
**Subject:** Daimler recall / Takata airbags

The Tuscaloosa News asked if Plant Tuscaloosa is involved in this recall.  To your knowledge, are we affected?  If so, should I send them to MBUSA or to Tjan?

WASHINGTON/FRANKFURT (Reuters) - German automaker Daimler said on Tuesday it would recall 840,000 U.S. vehicles with Takata airbag inflators that could be defective, a step that would result in a charge of 340 million euros ($383.96 million).

Daimler said it had decided to recall approximately 705,000 Mercedes-Benz cars and about 136,000 Daimler vans. It did not immediately respond to a question about which models are being recalled.

Thanks,
Felyicia

Felyicia Jerald
Mercedes-Benz U.S. International, Inc.
Communications
1 Mercedes Drive
Vance, AL USA 35490

Phone: +1.205.507.3507
Mobile: +1.205.394.4395
Fax: +1.205.507.3710
felyicia.jerald@daimler.com

www.daimler.com
http://media.daimler.com

CONFIDENTIAL                                                                                                                                           MBUSA_00092878