# EXHIBIT NO. 168

| | |
|---|---|
| **From:** | Boland, Donna (171) </O=MSXDAI/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DOBOLAN429> |
| **To:** | Jerald, Felyicia (138) |
| **Sent:** | 20-May-16 3:38:37 PM |
| **Subject:** | RE: Takata recall - List of models to be recalled in North America |

Yes this was confirmed.

Sent from my Windows Phone

---

**From:** Jerald, Felyicia (138)
**Sent:** 5/20/2016 2:20 PM
**To:** Boland, Donna (171)
**Subject:** Takata recall - List of models to be recalled in North America

Hi Donna:  Has MBUSA really confirmed these models or is this speculation on the part of reporters?  I haven't seen a press release with this level of detail.

Thanks,
Felyicia

# There are new safety campaigns on the way for North America.

**[UPDATE]:** *Mercedes-Benz USA has advised us on the specific models and years that are involved in the passenger side airbag recall. In addition, the company says, "NHTSA allocates the parts under the Coordinated Remedy Program based on their assessment of highest risk. We do not currently know when we will receive the parts and begin the replacement."*
*The affected models are as follows:*

| | |
|---|---|
| *C-Class* | *2012 - 2014* |
| *GLK-Class* | *2013 - 2015* |
| *E-Class Coupe* | *2012 - 2017* |
| *E-Class Cabrio* | *2012 - 2017* |
| *SLS Coupe* | *2015* |
| *SLS Cabrio* | *2015* |

Daimler will reserve 500 million euros ($561 million at current exchange rates) to handle the upcoming repair costs of recalling more vehicles with Takata airbag inflators in North America, *Automotive News* reports. Mercedes-Benz will need to replace an additional 196,975 passenger side inflators in the U.S. because the components lack a desiccant – a substance to absorb moisture.

Felyicia Jerald
Mercedes-Benz U.S. International, Inc.
Communications
1 Mercedes Drive
Vance, AL USA 35490

Phone: +1.205.507.3507
Mobile: +1.205.394.4395
Fax: +1.205.507.3710
felyicia.jerald@daimler.com

www.daimler.com
http://media.daimler.com