# EXHIBIT NO. 169

| | |
|---|---|
| **From:** | Bischof, Markus M. (171) <Markus.M.Bischof@mbusa.com> |
| **To:** | Haury, Joseph (171); Coratekin, Turan (171); Harty, Kevin (171); Rosenfeld, Lisa (171); Wankmuller, Joseph(171); Schmid, Jay (171); Connolly, David (171); Parlet, Craig C. (171); Seibles, Shayla (171); Tait, David (171); Ramani, Mustafa (171); Cook, Tiffany (171); Copeland, Darius (171); Brunner, R-Thomas (171); Analil, Bibi (171); Matri, Karen (171); Domino, Blaise (171); Nitsche, Paul (171); Scheuble, Heike (171); Scott, Michael D.(171) |
| **Sent:** | 08-Mar-17 12:59:49 PM |
| **Subject:** | Takata Weekly Follow-Up Meeting Mar 8 - To Dos |

**\*\*\* PLEASE SCROLL DOWN TO OPEN ITEMS SECTION \*\*\***

Good morning everyone.

Thank you for your time and inputs during today's Takata update. Here is the status update per our meeting of Mar 8.
As agreed, I will cancel the call on Feb 8 (due to many being at NPSMM). The next call after that will take place on **Wednesday, Mar 15.**

## Wave 1 Recall:

- Target dates for Wave 1 recall campaign (41K + 11K) to work towards to:
  41K C(203) and SLK:
    - **OCTOBER 12 – CAMPAIGN LAUNCH** to dealer
    - **OCTOBER 18 – Notification to VEHICLE OWNERS** - First 3K \*, **OCTOBER 31 and NOVEMBER 11 – Notification to VEHICLE OWNERS** - 19K each
    - Campaign/Replacements Ongoing **Update 02/01**: 11K airbags shipped to dealers, 7.5 replacements done to-date, another 16K airbags on hand at PDCs
    - Takata production and shipments **Update 02/01**: Takata production continuing, shipments to dealers throttled back as there is sufficient inventory at dealers. No known issues.

  11K (ML/GL/R): Parts availability now scheduled for week 11/2017 (mid-March). These 11K vehicles will then be added to existing campaign # - outreach efforts then also need to include these 11K vehicles. **Update 03/08:** Parts are available at PDCs; these 11K will be launched under same campaign # as the prior 41K – 201609001; scheduled campaign launch to dealers: Fr, 3/17; final customer notification: Fr, 3/24; VCA and SCM will coordinate and align on parts distribution (allocations vs pull); Tom B to check if Phone numbers are appended to the address files for the 11K VINs; if so, Tom B to forward VIN / address / phone list to Mark B for distribution to Stericycle and CityTwist.

## LFL Replacement C204 MY 2008/2009 (650 vehicles):

- Target dates:
    - **JANUARY 2017 – CAMPAIGN LAUNCH to dealer – balance of 600 pcs** - Parts are unblocked and available for dealers to order freely, parts are available in the PDC; **Update 03/08:** Dealers have been reminded to repair those vehicles in dealer inventory; <u>unfortunately, some dealers elected to wholesale some of these cars.</u>

## LFL Replacement Vehicles in Dealer Inventory (3,339 vehicles)

- ES/Dave – *Additional LFL units* - Dave T informed of an effort by Dr. Zimmermann to get us more inventory so we could do more **like-for-like** (LFL) replacements to fix the used-car inventory at dealers. List of 3,339 VINs for vehicles in dealer inventory under 'stop sale' given to SCM and SCM ordered parts as directed by CT. –

    - **Update 01/19:** No change in delivery estiamte March/April 2017. Per DAG, The supplier faces some problems with raw materials or with tier-2-suppliers which DAG tried to solve through Daimler-purchasing. Nevertheless they have to use the capacity of the supplier for the official recall first and then for the L4L-measure second. **Update 03/01:** sufficient parts to cover 1,507 vehicles are available now; VCA working on launching campaign – scheduled date is Tuesday, 3/14. VCA will continue to reconcile inventory lists received from dealers to validate inventory; vehicle inventory then will need to be matched up with parts for SCM to

distribute parts to these specific dealers.

### *** NEW *** Priority Group 2 Vehicles in Dealer Inventory

- By January 13, MBUSA will have to flag Priority Group 2 vehicles in VMI and customers will receive corresponding interim notification at the end of February. This will add MY 2012 for Zone A, MY 2009 for Zone B and MYs 2005-2008 for Zone C to the mix, 103K vehicles in total.
- Sprinter: 8.5K vehicles.
- We are currently beginning the process of determining how many vehicles of these 103K are either in dealer inventory or are expected to be in dealer inventory (i.e. coming off lease). Once we have a number and dependent on that number, we as MBUSA need to make a decision if we want to push for a LFL replacement on these as well, or if we want to wait for the final GUNI replacement. **Update 3/8**: in dealer inventory: à 2407 Mercedes-Benz, 10 Sprinter, 1 Freightliner à Vehicles coming off lease still being determined – stakeholder discussion needed to decide if "LFL" or "Wait fur GUNI" approach should be taken on these; if LFL replacement -> dealer inventory will have to be scrutinized and reconciled in the same fashion as the prior group of 3,339 vehicles. LFL replacement dependent on outcome DT discussion with Legal/PR/Distribution regarding stop-sale on 3/9.

## General:

**Ordering Process – Wave 2.**

1. SCM/Joe – this topic started with the ordering process for Commercial Vans Wave 2 but now will effect next (bigger) round of airbags shipments on/around August 2017.
   - **Update 3/08: Status unchanged – VCA asked to remind all in SCM to keep this on discussion agendas with DAG; we want to avoid a last minute unpleasant surprise in order process change. Current Status:**
   IPS decided not to support the direct sourcing from supplier to MBUSA. After DAG Workshop with MP and clarification on E1-Level it is clear that MP is not allowed to do purchasing contracts for MBUSA. This means:
   - <u>The Vans Wave 2 airbags due in February</u> will be handled through the existing processes supplier->GLC and GLC->MBUSA.
   - There are now 3 different options being investigated which would <u>take effect on/around August 17 for the later rounds of airbag supplies</u>:
     1) Supply through GLC by seafreight (airfreight handling is impossible with such big volumes);
     2) Supply via MBUSI Tuscaloosa (legal check is currently running, if Euro-sourced part can be integrated into MBUSI CMOP process) or
     3) Supply through the bypass process (means order and invoice is standard GLC process but shipments come directly from the supplier).
   We are waiting for the legal check for MBUSI-supply and some answers of the bypass team. At the moment we have enough time because we have to have the process in August 17 (maybe later due to R&D-schedule).

## Open items – To Dos

2. QEC/VCA – Reverse flow **Update 02/01**: Returned to Takata USA: 5,292 airbags; another 441 staged for pick-up. Returned to EuroGBZ 1,008 pcs shipped to Germany for testing at Fraunhofer and Takata Germany; another 63 pcs staged for pick-up. Update 3/8: QEC please supply updated numbers.
3. **Follow-Up / Outreach Programs:**

   **Update 03/08** Various follow-up / outreach programs are in place or are in the process of being set-up. Given the number of initiatives, these need to be aligned to leverage existing methods and/or avoid duplication of efforts and also make sure owners are routed properly:

   - ES/David Tait / Tom Brunner – Outreach Program Current Recall PC 41K+11K later – Vendor CityTwist – **Update 03/08**: Completed repair list sent to CityTwist on 2/28 so they can suppress those owners from being targeted again; CityTwist will refresh the campaign. CityTwist also supplied with new art for refreshed ad. CityTwist will circulate new ad for approval soon. - Community Management process was put on place following various discussions and final discussion on 2/10 and per 3/1

seems to be running smoothly. Community Management:
- CityTwist provided the permalinks to their current ad campaigns to RGA; This way, RGA (the vendor MBUSA employs for community management of all MBUSA social media), can see the threads, go through the responses and see which ones need action.
- RGA has existing standard protocols in place on how to respond and hand over consumers with topics that need follow-up to the CAC. Note: RGA will monitor the volumes and scenarios they need to respond to; at this time – since it is limited to 41K owners – they feel confident they can handle the volume; if this takes an unexpected direction, we would need to reconvene. Also, RGA feels that their existing scripts are sufficient to handle the initial response to get the customer to dial into the CAC.

The CAC then handles these calls. Mustafa works with RGA on regular basis) and gave him a heads-up. He will also monitor the additional volume coming in.

- CAC/Lisa Rosenfeld/Karen Matri/Blaise Domino – Outreach Program Current Recall PC 41K– Polk supplied phone numbers; however, there are limitations: no text messages can be sent and it has to be a real person doing a one-to-one call, no robo calls. This updated list with those vehicles already repaired flagged (supplied by ES) will be used by CAC and vendor Stericycle for phone outreach program. **Update 3/8:**
  - Stericycle Outreach using phone continues as well as *** new *** **text messages** in the works. KM estimates that of the phone numbers we have, approx. 50% might be mobile phones capable of receiving text messages. Generally, all are looking forward to be using the text message channel to see what traffic we get.

- ASBD/Tiffany Cook/Darious Copeland – Various Outreach Programs in Place:
  - **Launched - MBUSA Social Media** drive to channel owners to Takata update site so they can check if VIN on affected vehicle list and drive owners to recall website and update contact info. **Update 03/01: will schedule brief meeting with Mani, Karen, Tiffany, Bibi on the updating of the website data.**
    - ASBD/Tiffany Cook had meeting with IT/Mannie to ensure updated info received on website is carried over into CRM; Karen Matri to check/confirm /validate if this update also carried into CAC/Siebel.
- **ASBD/Tiffany Cook – The Star Magazine and MBCA.org**
  - Would like to place ad in Star Magazine (marketplace banner) and on website mbca.org creating awareness of ongoing recall and drive owners/readers to www.mbusa.com/recall site. JC to check into using art / creative from postcard to place ad in Star Magazine and on mbca.org. **Update 3/1: Star Magazine**: no change - on target for Mar/April edition MBCA.org: launched – see banner ad on their website here: MBCA | More Than a Car Club | We're a Community℠

4. **NHTSA Campaign Remedy Order / Monitor Recommendations**
   - Met with vendor Stericycle who has an approved CRO program in place plus can handle Monitor recommendations. Currently obtaining quotes for the various modular services. Upon quote receipt, prepare business proposal involving Takata stakeholders (including Commercial Vans) to present to senior management. **Update 3/1: Meetings with two work groups held re reports for dealers and campaign customer data initial file.** Ongoing

5. *** NEW *** ASBD/Tiffany Cook www.mbusa.com/recall Traffic and Usage Statistics
   - Tiffany ahead of our call already reached out to IT to obtain usage statistics on our recall website. As mentioned during our call, with all the different outreach programs now set in place driving traffic to the recall website (see # 4 and #5), we soon have to evaluate how effective these efforts are/have been in a) increasing traffic to the recall website and b) what users do on the website (like checking a VIN, or updating their contact information). We will need to obtain and evaluate his on a regular basis and CRO/Monitor requirements will also require such a piece in our initial Engagement Plan and Quarterly Supplements. **Update 3/1: IT send updated traffic reports to Tiffany; in Jan/Feb we had 38,000 customers visiting and updating their address; the latest week, we had 7,000. These**

**numbers underscore the importance to leverage this data in future campaign mailings (see also prior bullet).** Plan is to have report being generated weekly on Tuesdays in time for call.

**Thank you!**

Mark Bischof
Project Lead Engineering Services
1 Glenview Road
Montvale, NJ 07645
Phone: 201-573-2635
E-mail: markus.m.bischof@mbusa.com

CONFIDENTIAL
MBUSA_00083960