# EXHIBIT NO. 170

Hogan
Lovells

**Hogan Lovells US LLP**
**Columbia Square**
**555 Thirteenth Street, NW**
**Washington, DC 20004**
**T +1 202 637 5600**
**F +1 202 637 5910**
**www.hoganlovells.com**

April 5, 2017

Mr. Stephen P. Wood
Acting Chief Counsel
National Highway Traffic Safety Administration
(NCC-111), Room W41-227
1200 New Jersey Avenue, SE
West Building
Washington, DC 20590

**RE: Docket No. NHTSA-2015-0055 – Mercedes-Benz USA Response to NHTSA Tolling Order (March 22, 2017)**

Dear Mr. Wood:

On behalf of our clients, Daimler AG ("DAG") and Mercedes-Benz USA, LLC (hereinafter "MBUSA"), this letter provides MBUSA's responses to NHTSA's March 22, 2017 Order Tolling Supply & Launch Deadline for Certain Priority Group 4 Ford and Mercedes-Benz Vehicles ("Tolling Order").

The response includes the specific information requested by NHTSA in ¶18 of the Tolling Order, as well as responses to several other provisions of the Order.

**Paragraph 8**

NHTSA notes in ¶8 of the Tolling Order that "approximately 2,500 MBUSA PSDI-5 driver inflators [have been] tested," and notes in footnote 1 that "it is NHTSA's understanding that no Mercedes PSPI-2 passenger inflators have been tested." Tolling Order at 4. MBUSA will continue to ship PSDI-5 field return parts, which have been replaced under the already launched recall, to Takata for testing. The amount of inflators tested per week is currently limited by Takata's testing capabilities. In addition, while it is true that passenger inflators had not yet been tested at the time of the submission of the February 14, 2017 extension request, MBUSA has voluntarily started to collect PSPI-2 inflators from a limited number of U.S. vehicles which are currently not under recall. Testing of the first batch of inflators was concluded on April 3, 2017. Test results do not indicate any pattern of critical aging and are being prepared for submission to NHTSA.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Chicago Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Warsaw Washington DC Associated offices: Budapest Jeddah Riyadh Zagreb

**Paragraph 13b**

The Tolling Order states that "for the PSDI-5 driver inflator, the only available alternative remedy part [for MBUSA] is a desiccated PSDI-5 inflator, which may be recalled in the future if Takata is unable to prove the safety of or safe service life of its desiccated inflators in accordance with the November 3, 2015 Consent Order." Tolling Order at 5.

MBUSA has developed modules with desiccated PSDI-5d inflators for all models subject to the current recall of Priority Group 4 HAH vehicles ("stage 1" of the recall). These vehicle models are: the C-Class (203 platform), SLK (171 platform), ML (164 platform), GL (164 platform), and R-Class (251 platform). While these PSDI-5d modules could also be used in the same models of Priority Group 4, the modules are not readily available as interim remedy solutions due to **[**the limitations of Takata's manufacturing capacity and the expected production and logistics time required for sub-supplier materials.

In addition, MBUSA notes that both the steering wheel and airbag module are specific to each vehicle model, with each model having different design, space and performance considerations. As a result, the available desiccated PSDI-5d remedy parts cannot be used interchangeably between different models. Therefore, MBUSA does not have alternative remedy driver airbag modules with a desiccated PSDI-5d inflator for the following Priority Group 4 and 5 models: the C-Class (204 platform), SLS (197 platform), E-Class Coupe/Cabrio (207 platform) and E-Class (212 platform).**]**

**Paragraph 18**

**a. Extension requests for all future-affected priority groups**

MBUSA is respectfully requesting an extension of 12 months for the launch of Priority Groups 4, 5, 6, and 7. Due to the fact that vehicles from Priority Group 8 are moved forward **[**in order to fulfill the one workshop visit strategy**]**, these vehicles will be remedied along with Priority Group 5 (and therefore no specific extension is needed for Priority Group 8). In addition, MBUSA is respectfully requesting an extension of 9 months for Priority Group 9 as well as 6 months for Priority Group 10.

Please see Attachment 1, Extension Request for Priority Groups 4-10.

**b. A schedule and description of how they plan to phase the remedy launch for each affected priority group**

In Attachment 1, we have provided an overview of Mercedes-Benz vehicles in the U.S. market as allocated to the Priority Groups. This chart includes NHTSA's launch deadlines as published in the Third Amendment to the Coordinated Remedy Order ("ACRO"), as well as MBUSA's proposed launch deadlines which are the subject of this extension request.

**[**The last column in each table in Attachment 1 identifies those instances in which passenger airbag modules will be replaced during an earlier workshop visit, along with the respective driver airbag module. This procedure takes into account the overall MBUSA approach of fixing all Takata frontal airbag modules on a certain vehicle during one workshop visit.**]** In addition, in the planning phase for the remedy launch for certain models, model years (MYs) and zones, MBUSA will evaluate parts availability for the specific model and schedule the launch date accordingly. For this reason, vehicles of a certain model, MY or zone may be launched ahead of the proposed deadline.

**c. An assessment of their capability to acquire a sufficient supply of interim remedy parts should the request be denied, in whole or in part**

[As discussed during our prior meetings with NHTSA and in MBUSA's original February 2017 extension request, MBUSA is pursuing a PSAN-free airbag inflator strategy both for its future models and for all remaining vehicles subject to the current Takata recalls. MBUSA intends to optimize recall execution by replacing all non-desiccated frontal airbags during one single workshop visit to maximize completion rates and reduce customer confusion and inconvenience.

Since only one production line is available at Takata for production of final and interim remedy parts for driver airbags, and the production line for passenger airbags is utilized for different modules, there is no capacity to acquire a sufficient supply of interim remedy parts for Mercedes-Benz cars without affecting the production of final remedy parts.

The consideration of interim remedy parts would cause significant delays in final remedy part production, since necessary test parts for development processes cannot be manufactured in time. Also, the production of interim remedy parts would strictly draw from production capacity of the final remedy parts. In addition, critical pre-assembled outsourced items (e.g. steering wheel switches) from sub-suppliers used for interim remedy parts would not be available for any final remedy parts.

Aside from final remedy part delays, the following timelines for manufacturing capacity, expected handling time for sub-supplier materials, as well as 3-4 weeks delivery time, show that the required start-up volume of interim remedy parts would not be available in the U.S. before November 2017, depending on date of assignment of production. Interim remedy parts, which would still be based on PSAN, would therefore only be available four to six weeks earlier than the scheduled launches of final remedy, GuNi-based modules.

| **Module** | **Manufacturing capacity (modules/week)** | **Sub-supplier material handling time** | **Total expected production and handling time for module start-up volume [20% of total volume]** | **Modules available for Dealer** |
|---|---|---|---|---|
| *DAB PSDI5-d models 171/203* | *3,000 modules/week* | 16 weeks | *26 weeks* | *End of 11/2017* |
| *DAB PSDI-5d models 164/251* | *3,000 modules/week* | 15 weeks | *24 weeks* | *Middle of 11/2017* |
| *DAB PSDI-5 models 204/207/197* | *5,000 modules/week* | 22 weeks | *44 weeks* | *Middle of 04/2018* |
| *PAB PSPI-2 models 204/207/197* | *3,700 modules/week* | 12 weeks | *28 weeks* | *Middle of 12/2017* |

Potential interim remedy parts for Priority Groups 4 and 5 are PSDI-5d (DAB: C-Class (203 platform); SLK-Class; R-Class; ML-Class; GL-Class) and "like for like" (DAB: C-Class; E-Class

Cabrio/Coupe; GLK-Class; SLS-Class; PAB: C-Class (204 platform); E-Class Cabrio/Coupe; SLS-Class).**]**

**d. An assessment of any new areas of inflator design and development that may be expedited without compromising the safety of the replacement inflators**

**[**As noted above, MBUSA is pursuing optimized recall execution by replacing all non-desiccated frontal airbags during one single workshop visit with PSAN-free airbag modules to maximize completion rates and reduce customer confusion and inconvenience.

In order to provide the PSAN-free remedy as soon as possible, MBUSA has been expediting the development of remedy parts as much as possible. However, MBUSA is firmly committed to ensuring the effective and safe performance of the GuNi-based airbag modules. Therefore, the following validation and testing milestones are necessary for the development of the GuNi-based remedy:

- Statistically based testing of the deployment function in the temperature spectrum between low, room and high temperature
- Airbag overload testing with dummy pendulum
- Testing of dynamic performance regarding airbag positioning, head acceleration and chest deflection by sled test
- Testing of dynamic performance in out-of-position situations
- Vehicle crash tests (for development tests and self-certification)
- Environmental tests and material tests
- Approval of system integration in instrument panel
- Approval for transportation of dangerous goods

In strong collaboration between all affected divisions of the Company and with Takata, MBUSA has been able to significantly reduce the development and approval time for the GuNi-based modules by applying several measures, such as:

- Establishing a new department tasked with airbag development related to the Takata recalls
- Hiring of 20 additional engineers
- Reducing the diversity of driver airbag modules from 19 original designs to 8 remedy designs, and reducing passenger airbag modules from 8 original designs to 3 remedy designs
- Adopting several module components from current series and development projects in order to reduce the overall validation and approval time of the components' material and functionality
- Further reducing validation and approval time through overlapping execution of module only deployment tests, static deployment tests (e.g. out-of-position tests), dynamic deployment tests (e.g. sled tests) and final approval. Please see Fig. 1 below.

In order to further expedite the supply of final remedy parts, Takata has agreed to start production of GuNi-based remedy modules for Priority Groups 4 and 5 at its own risk as soon as design and module functionality have been approved, and only vehicle crash test confirmation and final paperwork need to be done for an official approval of the modules.

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION**

With these measures, MBUSA succeeded in expediting the development and approval time for the GuNi-based remedy modules from about 36 months (regular development and approval process) to 18 months.[1]

**Figure 1: Compressed Development Timeline**

| Task<br>driver and passenger airbags with GuNi | Milestones | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
|---|---|---|---|---|---|---|---|---|---|
| Kick off<br>- purchase order, contract documents, spezifications | 20160517 | ◆ | | | | | | | |
| NHTSA-Meeting | 20160622 | ◆ | | | | | | | |
| Design<br>- engineering, package | | | | | | | | | |
| Simulation in position | | | | | | | | | |
| Facility<br>- implement assy line & facility equipment, hire and train workers | | | | | | | | | |
| Tooling<br>- cover, cushion, metal parts (fixation) | | | | | | | | | |
| Establish assembly lines for<br>- cutting, sewing, folding | | | | | | | | | |
| First tooling parts | 20170317 | | | | ◆ | | | | |
| Module qualifications<br>- deployment tests module only -35°C ... +85°C | | | | | | | | | |
| Module qualifications static tests<br>- deployment tests in car surrounding, out of position testings | | | | | | | | | |
| Module qualifications dynamic tests<br>- impactor, sled (in position) | | | | | | | | | |
| Off tool parts | 20170428 | | | | | ◆ | | | |
| Approval<br>- static deployment tests, out of position tests, crash tests, environmental tests | | | | | | | | | |
| Approval for transportation of dangerous goods | 20170922 | | | | | | ◆ | | |
| SOP<br>- production of initial supply volume for driver and passenger airbags | 20171027 | | | | | | | ◆ | |
| Start Of Delivery (SOD) with 20% initial supply volume for driver and passenger airbag ready for **PG4** | | | | | | | | | |
| W204 MY 2008-2009 | 20171124 | | | | | | | ◆ | |
| W164 MY 2009 | 20171124 | | | | | | | ◆ | |
| X164 MY 2009 | 20171124 | | | | | | | ◆ | |
| V251 MY 2009 | 20171124 | | | | | | | ◆ | |
| W203 MY 2005-2007 | 20180119 | | | | | | | | ◆ |
| R171 MY 2007-2008 | 20180119 | | | | | | | | ◆ |
| Start Of Delivery (SOD) with 20% initial supply volume for driver and passenger airbag ready for **PG5** | | | | | | | | | |
| W204 MY 2008-2011 | 20171124 | | | | | | | ◆ | |
| X204 MY 2010-2012 | 20171124 | | | | | | | ◆ | |
| W164 MY 2009-2011 | 20171124 | | | | | | | ◆ | |
| X164 MY 2009-2012 | 20171124 | | | | | | | ◆ | |
| V251 MY 2009-2012 | 20171124 | | | | | | | ◆ | |
| W203 MY 2005-2007 | 20180119 | | | | | | | | ◆ |
| R171 MY 2007-2008 | 20180119 | | | | | | | | ◆ |
| C/A207 MY 2010-2011 | 20180119 | | | | | | | | ◆ |
| W212 MY 2010-2011 | 20180119 | | | | | | | | ◆ |
| C/R197 MY 2011-2014 | 20180119 | | | | | | | | ◆ |

]

**e. The date on which they anticipate that supply of the replacement parts will catch up with demand and they will be able to comply with the schedule in Paragraph 34 of the ACRO**

MBUSA expects to launch the recall for vehicles in Priority Group 10 by September 30, 2019, and would therefore be in line with NHTSA's remedy launch schedule prior to the launch deadline for Priority Group 11 at the latest. Due to the fact that large scale like-for-like replacements are avoided under MBUSA's plan, Priority Groups 11 and 12 (which cover vehicles with like-for-like

[1] Please note that the timelines described herein assume that the global demand for **[**Takata**]** inflators remains relatively unchanged from current projections. Should another country implement a wide-ranging recall similar to the U.S. recall, all development and supply timelines will be greatly impacted.

replacements) do not contain any Mercedes-Benz vehicles and are therefore irrelevant for MBUSA.[2] In addition, under the MBUSA plan all Takata recalls will be completed prior to the overall end date in the ACRO.

**f. A statement as to whether they propose to provide any notification (including warnings against occupants in the passenger seat) or assistance (including loaner vehicles) to affected consumers should their Extension Request be granted, in whole or in part.**

MBUSA proposes to provide affected Priority Group 4 customers included in the extension request with a supplemental notification reminding them of the potential dangers of a defective Takata inflator that may rupture in a crash, and encouraging them to dialogue with the MBUSA Customer Assistance Center and/or Authorized Mercedes-Benz Dealers with any lingering concerns. Additionally, MBUSA proposes to include a reminder that remedy parts are currently not available, but that an additional notification will be sent once replacement airbags are available. Furthermore, customers will be directed to an MBUSA website where they can enter their most recent contact information, including phone and email address, to help ensure that MBUSA has their most up-to-date information.

* * *

We trust that this information is helpful as NHTSA considers MBUSA's pending extension requests. Please let us know if there are any questions.

Sincerely,

R. Latane Montague

[signature]

Cc: Stephen Hench, Esq.
R. Thomas Brunner

[2] A small number of vehicles will receive a like-for-like replacement module as part of an interim remedy campaign. These vehicles will remain in the original Priority Group in order to receive a final remedy, [GuNi-based module].