# EXHIBIT NO. 171

**To:** Bischof, Markus M. (171)[Markus.M.Bischof@mbusa.com]
**From:** Tait, David (171)
**Sent:** Tue 11/15/2016 7:28:02 PM
**Subject:** Re: Takata Weekly Follow-Up Meeting 11/10 - To Dos

No problem. Just checking that the data was okay.

Best Regards,
David S. Tait
General Manager
Engineering Services

Mercedes-Benz USA
1 Glenview Road
Montvale, NJ 07645

Office: (201) 573-2789
Mobile: (845) 499-3879
Email: david.tait@mbusa.com

On Nov 15, 2016, at 2:19 PM, Bischof, Markus M. (171) <Markus.M.Bischof@mbusa.com> wrote:

> Yes should read 2017 will correct that going forward

Sent from my Windows Phone

---

**From:** Tait, David (171)
**Sent:** 11/15/2016 2:15 PM
**To:** Bischof, Markus M. (171)
**Subject:** Re: Takata Weekly Follow-Up Meeting 11/10 - To Dos

LfL shows March/April 2016... shouldn't that be 2017?

Best Regards,
David S. Tait
General Manager
Engineering Services

Mercedes-Benz USA
1 Glenview Road
Montvale, NJ 07645

Office: (201) 573-2789
Mobile: (845) 499-3879
Email: david.tait@mbusa.com

On Nov 15, 2016, at 9:11 AM, Bischof, Markus M. (171) <Markus.M.Bischof@mbusa.com> wrote:

> See below
>
> Mark Bischof
> Project Lead Engineering Services
> 1 Glenview Road

Montvale, NJ 07645
Phone: 201-573-2635
E-mail: markus.m.bischof@mbusa.com

**From:** Tait, David (171)
**Sent:** Tuesday, November 15, 2016 6:25 AM
**To:** Bischof, Markus M. (171)
**Subject:** Re: Takata Weekly Follow-Up Meeting 11/10 - To Dos

Markus:
2 questions / concerns:

1) daily reporting to CT. When will this happen? I need current numbers today please. The report will
- feature a daily number from the scan app
- contrast airbags shipped and warranty claims on a weekly snapshot by state and dealer. This is to address Christian's concern – which is how many airbags shipped vs repairs claimed as not to have too much of an imbalance between sales and warranty claims
- I'm working out some reconciliation issues between the two reports today.

2) when will we send a reminder to those who we have an airbag for? We only have a few weeks so a reminder should be ready to go out latest next week. CT is looking to make sure we improve completion rates before year end

Per discussion with Tom, several options:
- Phone follow-up - As soon as we have appended phone information from Polk (approx. 2 weeks) – we can either have a) our CAC or b) vendor (e.g. Stericycle) perform these follow-up calls
- Letter follow-up (generally done 4-6 weeks following the launch of a campaign) – could be realized within ~2 weeks. [NR Redacted PARTS] Money may be better spent with phone call follow up, since we don't yet know letter penetration.
- Any preference phone vs letter?

Best Regards,

David S. Tait
General Manager
Engineering Services

Mercedes-Benz USA
1 Glenview Road
Montvale, NJ 07645

Office: (201) 573-2789
Mobile: (845) 499-3879
Email: david.tait@mbusa.com

On Nov 10, 2016, at 12:18 PM, Bischof, Markus M. (171) <Markus.M.Bischof@mbusa.com> wrote:

**\*\*\* PLEASE SCROLL DOWN TO OPEN ITEMS SECTION \*\*\***

Good afternoon everyone.

Thank you for your time and inputs during today's Takata update. Here is the status update per our meeting of November 10.
Our next weekly Takata meeting is on Wednesday, November 16.

**Wave 1 Recall:**

- Target dates for Wave 1 recall campaign (52K) to work towards to:
  - **OCTOBER 12** – **CAMPAIGN LAUNCH** to dealer

- o **OCTOBER 18** – **Notification to VEHICLE OWNERS** - First 3K *
- o **OCTOBER 31 and NOVEMBER 2** – **Notification to VEHICLE OWNERS** - Next 19K each *
    - Some of the 3K 10/18 owner letters and some of the 19K 10/28 owner letters had incorrect dealer phone numbers mixed in; Tom currently checking w/CT and DT to see actions may be required. Update 11/10: Tom/VCA: 9800 of 10/31 mailing were incorrect and will be remailed; the November 2 mailing was delayed – those 19K are scheduled to go out 11/11.

- From PL/Shayla
  - o Takata production and shipments. Update **11/11**: Takata production continuing, so do shipments. Parts are being shipped to dealers as they arrive.
    - Per VCA/Tom: All airbags arriving right now are for C(203)/SLK – none for SUVs (ML/GL/R) since these are delayed due to Takata certification issues – scheduled to arrive in Jan 2017.
  - o Distribution to dealers for Wave 1 airbags will be based on "Parts Allocation to Dealer" –
    - **Update 11/11:** SCM all set to continue distribution to dealers until those airbags for ML/GL/R will be arriving.

- From CAC/Lisa R:
  - o CAC – **Headcount Request** - with CT for EM meeting. **Update 10/26 CAC currently interviewing candidates. ONGOING**

## LFL Replacement C204 MY 2008/2009 (650 vehicles):

- Target dates:
  - o **NOVEMBER TBD** – **CAMPAIGN LAUNCH** to dealer – 50 PCS – parts on hand; launch to be determined - includes the 7 dealers / 13 vehicles; launch needs to be coordinated with Germany/Joe Seider work visit to these dealers. Update 11/11: all airbags are in now; Germany/Joe Seider are scheduled to go and do the 7 dealers/13 vehicles the week of November 13-19.
  - o **NOVEMBER END NOV/MID DEC** – – **CAMPAIGN LAUNCH to dealer – 600 pcs** - Update 11/11: parts have been on order; ETA arrival given to us from Germany is 1st week of December 2016.

- **Cars Fixed in Dealer Inventory: 9/28:** Dave T highlighted the issue that cars fixed in dealer inventory must be taken off the reimbursement list to dealers. This is accomplished by notifying Daniel Kipnis in IT who then can take-off these VINS in the RAP system to stop vehicle payments for these cars. Dealers will be given 1 week time to install the new airbag when given a LFL replacement bag. **Update 11/11:**
  - o LFL Replacement C204: Tom/VCA will send list of VINs to Daniel Kipnis prior to next payment scheduled on Nov 17;
  - o Recall Wave 1 (52K): Tom/VCA to identify any vehicles in dealer inventory out of the 41K up for recall right now and for which airbags are available; Tom/VCA will send list of VINs to Daniel Kipnis prior to next payment scheduled on Nov 17.

## LFL Replacement Vehicles in Dealer Inventory (3,339 vehicles)

- ES/Dave – *Additional LFL units* - Dave T informed of an effort by Dr. Zimmermann to get us more inventory so we could do more **like-for-like** (LFL) replacements to fix the used-car inventory at dealers. List of 3,339 VINs for vehicles in dealer inventory under 'stop sale' given to SCM and SCM ordered parts as directed by CT.

- - - **Update 10/19** Parts ordered with GLC. Those order cancellations SCM saw happening were the result of miscommunication at DAG; the situation has been corrected and the those cancelled orders are back in system. Once we have expected delivery information and if DAG is maintaining it is a C1A action, ES/VCA will have to do a cost / benefit summary getting these vehicles done as LFL and C1A Action vs waiting for desiccated and Service Campaign.
    - **Update 11/11:** Initial estimate for delivery: March/April 2016; more info from Turan forthcoming.

  General:

  **Ordering Process – Wave 2 – 22,000 - Commercial Vans:**

  - SCM/Joe – Commercial Vans Wave 2 ordering process. **10/5:** SCM/Joe reopened discussion with Germany on this topic.
    - **Update 10/12: SCM in collaboration with Germany decided to set-up Takata USA as a domestic vendor:**
      - MBUSA will order airbags from Takata USA and Takata USA would ship directly to each of the MBUSA's PDC (Takata USA would receive airbags from Takata Germany – all freight charges from Takata Germany to Takata USA would be responsibility of Takata)
      - Actions required SCM to enbable MBUSA to order from Takata USA:
        - Add Takata USA to our EDI platform for POs, billing, inbound generation etc. ---> initial est. effort: 3 months – discussions ongoing SCM/IT to potentially reduce timeline Current ETA: End 2016
        - negotiate vendor contract between MBUSA and Takata USA – GLC already has contract in place with Takata -→ initial est. effort: 3 months – Current ETA: mid-November; SCM reported that purchasing does not want to set up Takata USA as domestic vendor and SCM has requested a list of issues / reasons why that is. QEC/Eric Wendell offered to his assistance by providing input as MBUSI is using Takata USA as one of their vendors. **Update 10/19**: Joe Haury escalating issue w/purchasing. **Update 10/26**: Joe Haury working thru a new purchasing contact to get issue resolved. **Update 11/2:** PL pushing for meeting with purchasing to resolve any obstacles. **Update 11/11:** topic with 2 board members in Germany; board meeting takes place on 11/14.

## Open items – To Dos

- QEC/VCA – Reverse flow information to Takata Germany and Fraunhofer Institute – contacts, shipping procedure etc. Update 9/6: information needed so all pertinent details will be available at campaign launch. **Update 9/28:** Shipping address for Europe-bound airbags for testing received: **Daimler AG | EuroGBZ |** Abladestelle 670 | Interpark 10 | 76877 Offenbach a.d. Queich; Daimler currently working to expand the existing airfreight contract with Penske to include these expected airbag volumes in that contract. **Open item**: We should receive a contact @ Penske the QEC can reach out to book shipments. **CLOSED Update 10/26 Stefan Lehnheiser gave contact of Larry Fife at PDC; Update 11/1: Larry F forwarded Pense contact info to Dave C and Craig P.**

- **QEC/VCA** – Dave C interested in knowing how many airbags we need to have to initiate a shipment. Tom to clarify with DAG **OPEN Update 11/11:** objective is to ship airbags as quickly as possible; QEC will meet with German visitors the week of

Nov 13-19 to go thru the return process; any actionable items that come out of the meeting will be incorporated into the return process

- **QEC/VCA** – Tom to resend all part numbers <u>going into the car</u> for all ongoing campaigns (PC Wave 1, LFL and CV Final Desiccated) so QEC can ensure all GALA rules have been set-up. **Update 11/2**: **CLOSED** Tom compiled list of all airbags / which campaign / where they go – going to send to QEC after 11/2 meeting.

- **QEC/VCA** – Dave C mentions that he hasn't received instructions on how to use the scan app for the QEC piece. Tom to follow-up with Stefan Lehnheiser. **Update 11/2 OPEN:** QEC operating on their own work instructions developed from exchanges with Stefan Lenheiser; QEC will meet with German visitors the week of Nov 13-19 to go thru the return process; any actionable items that come out of the meeting will be incorporated into the return process; Sidenote: QEC asking to see if these validations can be counted against their return volume checks.

- **Completion Tracking**: to track progress by dealer, Stacey/WTY will send weekly completion numbers based on damage code to Mark B; Sheila/SCM will send number of airbags shipped to each dealer; both reports to be sent on Mondays cumulative from start through end of prior week. Note: regular bi-weekly completion rate reporting for government purposes will continue through Tom/VCA. The weekly report is strictly for internal purposes. Update 11/2: first reports received from WTY and PL, ES/Mark will compile and then update based on future weekly reports. Update 11/11: Mark/ES using the two weekly reports to generate a 'shipped airbags vs warranty completion report"

- **Follow-up / Outreach**: to be prepared to reach out to customers, the team is challenged to come with a way to do so. Several initiatives are being put in place:

    - Per Lisa/CAC: could do outreach program with CAC calling these customers reminding them it is important to bring in their vehicle. To do so, CAC would need phone or email. **Action required:** Tom/VCA will follow-up with Polk to see how/if we can get phone numbers to those customer records we receive from Polk for campaigns. Update 11/11: Polk can supply phone numbers; however, there are limitations: no text messages can be sent and it has to be a real person doing a one-to-one call, no robo calls. Tom/VCA to obtain phone numbers.

    - Per Dave/ES: meeting with company on Tuesday November 1; company uses tools to identify vehicle owner's Facebook or Instagram accounts which would allow us to reach out to these customers using social media channels. **Update 11/11:** vendor proposal currently in review with legal.

    - ASBD/Darius Copeland: ASBD has three initiatives:
        - Topic of airbag recall on social media – ASBD analyzing who is clicking on it
        - Direct mail piece being launched to anyone impacted by the Takata recall with a pending flag. Objective is to reach out to owners to update their owner/address info. ASBD/Darius: give est number on how many letters will be going out.
        - Updated Takata portion on mbusa.com

- VCA/ASBD/Field – Define roll-out strategy for PR dealer and also include field in communication to ensure PR dealer can handle volume. **Update 9/23**: Jay in discussion with AOM Adam Rowley on how to handle the vehicle population affected in PR with Tom offering assistance. **ONGOING** Update 11/2: PR dealer asked if he could have more airbags; appears not to have issues with repair volume.

**Takata Cost Tracking (see attachment)**

- All: with Takata recall now getting launched and parts flowing in, all departments are asked to keep track of their costs related to Takata. **Please provide spreadsheet attached by the 10th working day following month's close (i.e. October 10 for September and so forth) and send to Mark Bischof for consolidation.** If you need an extra line item to capture certain costs, please let Mark Bischof know. **Update 10/12**: CAC/Joe W ok; VCA/Gina Cila ok, QEC/Dave C ok; SCM reviewing within department on how to best handle, incl. transportation. **Update 11/11:** Need info from everyone (see attachment) – contact me if you need additional line items or have line items changed.

**Thank you!**

Mark Bischof
Project Lead Engineering Services
1 Glenview Road
Montvale, NJ 07645
Phone: 201-573-2635
E-mail: markus.m.bischof@mbusa.com

<CostTracking_V1.xlsx>