# EXHIBIT NO. 172



# Takata Update

David Tait, GM Engineering Services
October 17, 2016

Mercedes-Benz
The best or nothing.

CONFIDENTIAL
MBUSA_00098452

# Content

1. Passenger Cars
2. Commercial Vans
3. General – Recall, Service Campaign, C1 Action





CONFIDENTIAL
MBUSA_00098455





# Content

1. Passenger Cars
2. Commercial Vans
3. General – Recall, Service Campaign, C1 Action





Mercedes-Benz
CONFIDENTIAL
Takata Recall | Customer Services | October 17, 2016    9
MBUSA_00098460



# Content

1. Passenger Cars
2. Commercial Vans
3. General – Recall, Service Campaign, C1 Action

Mercedes-Benz
CONFIDENTIAL

Takata Recall | Customer Services | October 17, 2016    11

MBUSA_00098462

# Contrasting Recall Campaigns, Service Campaigns and Customer 1 Actions

| Criteria | Recall Campaign | Service Campaign | Customer 1 Action |
|---|---|---|---|
| Formal Government Notification | ✓ | | |
| Safety or Emissions Issue | ✓ | | |
| Quality/Customer Satisfaction issue | | ✓ | ✓ |
| Posted on Government Website/Press Release | ✓ | | |
| Issue Profile | **High** (like SBC, Airbags, Fires) | **Lower** (like Navi) | **Lower** (like Navi) |
| Customer Awareness | **High** | **Lower** | **Lower** |
| Completion Rates to Government | ✓ | | |
| Dealer Inventory Campaigned Prior to Sale | ✓ | ✓ | ✓ |
| # of Campaigns | Avg 5-6 / Year | Avg 30-40 / Year | Avg 1-2 / Year |
| Costs covered by | **Manufacturer** (Daimler) | **Manufacturer** (Daimler) | **Market** (MBUSA) * |

\* There were instances where we helped out MBUSI for example and they covered the costs.