# EXHIBIT NO. 173



The Supplier Cooperation Model
External Presentation

Daimler
**SUPPLIER**NETWORK

The Daimler Supplier Network (DSN) philosophy has been providing the basis for the collaboration between Daimler and the suppliers.

## Performance and partnership
### are at the basis of successful collaboration.

Performance is measured based on the criteria of quality, technology, costs and supply.

Partnership is based on trust and open communications. This also includes compliance with our sustainability standards along the supply chain.

The closer the collaboration, the higher the expectations and the greater the commitments between the partners.

# The Daimler Supplier Network (DSN) categorizes our supply base in four segments.

The segmentation involves a close examination of the criteria of **Innovation**, **Performance** and **Purchasing Volume**. Based on these criteria we classify suppliers as belonging to one of four groups using the DSN pyramid. The higher a supplier ranks on the pyramid, the more opportunities and trust the supplier is met with.

The goal of all our partners should always be to make the jump to the top of the pyramid: from **Supplier** to **Key Supplier (KS)** and ultimately to **Strategic Partner (SP)**.

We aim to establish business relationships with **Potential Suppliers** in existing and new markets. We want to give potential suppliers the opportunity to get to know and understand the company, our values and our quality demands, and show them that DSN is profitable for top performers.



Daimler AG                                                                 3

## The higher the segment, the higher the mutual expectations & commitments.

*for selected suppliers



**Expectations**

- **Best in class** performance in Quality, Supply, Cost and Innovation
- Early access to **innovation**

- Support of Daimler **strategy** and **global activities**
- Key Account on **Executive Level**

- **Performance** according to Quality, Supply, Cost and Innovation
- Continuous **improvement**
- Cost **transparency**

- **Compliance** with Sustainability Standards
- **Competitive** quotes
- **Innovative** Solutions & Business Models

**Commitments**

- Exclusive exchange in **Strategic Dialog** on Top Management Level*
- **Company portrait** in Daimler Supplier Magazine Online*

- Consideration in **nomination** for Daimler Supplier Award
- Invitation **Daimler Supplier Award**
- **Exclusive insights** and **collaboration** C of / participation in **Supplier Days***

- Sourcing decisions based on **performance**
- Strong commitment to **Daimler values**

- Possible **consideration** in selected RFQs, RFI's
- **Supplier Development***
- Invitation to **Supplier Forums***, **Marketplace*** and **operative meetings**

Daimler AG                                    4

## The principle of selective partnership is also anchored in the DSN meeting cluster: The higher the segment, the closer the exchange.

*for selected suppliers

**Normal Business** → **Exclusiveness**

| | Operative Meetings | Supplier Days | | | Strategic Dialog | Daimler Supplier Award |
| --- | --- | --- | --- | --- | --- | --- |
| | | Supplier Forum | TEC Day | Marketplace | | |
| **DSN Status** | PS, Su, KS, SP | PS, Su, KS, SP | KS, SP* | PS, Su, KS, SP | SP* | SP, KS |
| **Meeting purpose** | • Negotiation<br>• Supplier Review | Information | Exchange on innovation | Exchange on new products / Services Solutions | • Share insights<br>• Strengthen relationship | Appreciation of best performing suppliers |
| **Lead** | Daimler/ Supplier | Daimler | Supplier | Daimler/Supplier | Daimler | Daimler |
| **Participants** | On demand | **Daimler/Supplier**:<br>• Top Management: Level 1 (Level C on demand)<br>• Operative Management: Level 2, Level 3<br>• Experts: Level 4 + employees | | **Daimler /Supplier:**<br>• Key Accounts<br>• GCM´s<br>• E3 / E4 | **Daimler:** Top Management: Level C, Level 1<br>**Supplier:** CEO<br>• 4-5 people max. | **Daimler:** Top Mgmt: Level C, Level 1-3<br>**Supplier:** SP: 2 Persons; KS: 1 Person |
| **Setting, Time** | No special setting | • Daimler or external location<br>• TEC Day: @supplier or Daimler location<br>• Timeframe: ~0,5-1 Day | | • Daimler Locations<br>• Timeframe: 0,5 – 1 Day<br>• 15-20 Suppliers | • Individual „personal" setting,<br>• Timeframe ~2h | • February |









# We honor our best suppliers every year for their outstanding performances in the past business year with the Daimler Supplier Award.

All key suppliers and strategic partners are invited to the annual Daimler Supplier Award ceremony.
Daimler honors its best suppliers with the Daimler Supplier Award. For top performance in the categories of **Quality**, **Inspiration**, **Innovation** and **Sustainability**.









# The DSN communications channels and tools are intended to ensure a regular flow of information.



### Daimler Supplier Award

- Exclusive event for all Key Suppliers and Strategic Partners
- Daimler Board of Management and top executives, about 650 participants
- Every year in Stuttgart in February
- Presentation of the Daimler Supplier Award for top performances in the past financial year in the categories Quality, Inspiration, Innovation and Sustainability.




### Daimler Supplier Magazine Online

- Information about procurement-related topics
- Steady information flow on Procurement topics in the categories Daimler, Cars & Vans, Materials & Services and Trucks & Buses.

Sign up for our newsletter: https://supplier-magazine.daimler.com/newsletter



### Daimler Supplier Portal

- About 155,000 registered users
- About 20,000 visitors daily
- Precise communication and secure data exchange
- https://supplier-portal.daimler.com/portal/en



### Other measures

- Opportunity to organize supplier days in cooperation with Daimler (KS and SP only)
- Opportunity to exchange with Top Management (SP only)
- Opportunity to participate in supplier days (SP only)