# EXHIBIT NO. 174

Case 1:15-md-02599-FAM   Document 4815-20   Entered on FLSD Docket 08/02/2024   Page 2 of 4

**DAIMLER SUPPLIER MAGAZINE 01 | 2010** – A MAGAZINE FOR SUPPLIERS AND ASSOCIATES OF DAIMLER AG

# Daimler
# SUPPLIERMAGAZINE
## 01 | 10



## "The Best or Nothing"

During the second Daimler Key Supplier Meeting at the Mercedes-Benz Center in Stuttgart Daimler AG's top management paid tribute to the supplier performance in the past business year. The highlight of the event was the presentation of the Daimler Supplier Awards to the best suppliers. *Read more starting from page 4.*



04

# "The Best or Nothing"

During the second Daimler Key Supplier Meeting at the Mercedes-Benz Center in Stuttgart Daimler AG's top management paid tribute to the supplier performance in the past business year. The highlight of the event was the presentation of the Daimler Supplier Awards to the best suppliers.

▶ Photography Daimler Key Supplier Meeting: KD Busch

01

▶ Daimler Trucks & Buses

# Global Partners

Five supply partners from three countries are being awarded the Daimler Supplier Awards 2009 from Daimler Trucks & Buses.


01


02

**AWARD WINNERS**
*Daimler Supplier Award 2009*
**EXTERIOR**
**Polyplex AG**
**Headquarters:** Neunkirch, Switzerland
**Employees:** approx. 40
**Product program:** Fiber-reinforced formed parts, duro- and thermoplastics, small and large components

**INTERIOR**
**Takata-Petri AG**
**Headquarters:** Tokyo, Japan
**Employees:** approx. 28,000
**Product program:** Seat belts, airbags, steering wheels, child seats

**MECHATRONICS**
**Mitsubishi Heavy Industries Ltd.**
**Headquarters:** Tokyo and Yokohama, Japan
**Employees:** approx. 33,000
**Product program (automotive):** Engines and transmissions, vehicle climate control, production and testing systems, intelligent transport systems

**CHASSIS**
**Kirchhoff Automotive GmbH**
**Headquarters:** Iserlohn, Germany
**Employees:** approx. 3,500
**Product program:** Chassis and suspension components, frames and detachable frame components

**POWERTRAIN**
**ElringKlinger AG**
**Headquarters:** Dettingen/Erms, Germany
**Employees:** approx. 4,100
**Product program:** Cylinder head gaskets, speciality gaskets, plastic housing modules and shielding systems for the engine, transmissions and exhaust gas systems

**Polyplex AG**

Plastic offers safety, functionality and attractive design. It is a material that shows resistance and quality but must also undergo constant development particularly in automotive manufacturing, which is precisely where the expertise of Polyplex AG lies. The product range of the medium sized company covers small to large component series, individual structural components through to assembly-ready complete solutions.

For more than a decade, Polyplex AG has been providing exterior parts for the Mercedes-Benz Citaro city bus. The Swiss supplier produces front panels, bumpers and corner bumpers for the Setra Top Class 400 and Mercedes-Benz Travego coaches. The sheet molding compound (SMC) composite material system enables a lightweight construction solution which can withstand extreme mechanical, chemical and thermal stresses. On the basis of this material technology, it was also possible to replace metal components by SMC components. In addition, Polyplex AG has decisively optimized the manufacture of tools and thus the costs compared with standard tool-intensive processes.

The Daimler Supplier Award 2009 from Daimler Trucks & Buses in the "Exterior" category was accepted by Managing Director Rolf Suthaus on behalf of his employees. "Last year posed considerable challenges for us all, which is why this award means a great deal to us. It is a token of genuine appreciation of our daily work and will motivate us to become even better in the future."

**Takata-Petri AG**

The Daimler Supplier Award 2009 from Daimler Trucks & Buses in the "Interior" category goes to Takata-Petri AG. Founded in 1933 as a textile manufacturer, road safety came increasingly into the company's focus during the 1960s. Over the years, the company has expanded its portfolio and has developed active and passive safety systems for protecting vehicle occupants, including airbags, child seats and steering wheels. Along with its product range, the Japanese company also expanded its global production to a total of 46 factories in 16 countries, including Germany, the USA and China.

These two aspects – development expertise and a worldwide presence – are a significant success factor in the cooperation between Daimler AG and Takata-Petri AG. For example, the supplier achieved crucial synergies in the development and production of the "global steering wheel" for Mercedes-Benz Trucks Europe, Mercedes-Benz do Brasil and Daimler Trucks North America. Takata-Petri plays an active role in the worldwide implementation of common parts strategies in the Commercial Vehicles Division of Daimler AG. The supplier has proved to be everything one could wish for in a partner in new product projects as well: dedicated, competent and reliable.

"We are driven by the vision of protecting human life and harness our pioneering spirit into developing innovative products," explains Dr. Heinrich Binder, Chairman of Takata-Petri AG. "In our cooperation with Daimler AG, we are coming ever closer to this vision. That is why we are all the more delighted to be honored with this year's Daimler Supplier Award."

**01** Rolf Suthaus, Managing Director of Polyplex AG, receives the award from Stefan Buchner, Head of Procurement Trucks and Buses, and Andreas Renschler, Member of the Board of Management of Daimler AG and Head of Daimler Trucks.

**02** Stefan Buchner and Andreas Renschler share happiness with Dr. Heinrich Binder, Chairman of Takata-Petri AG.