# EXHIBIT NO. 176

# PodhurstOrseck
## TRIAL & APPELLATE LAWYERS

Aaron S. Podhurst
Robert C. Josefsberg
Joel D. Eaton
Steven C. Marks
Peter Prieto
Stephen F. Rosenthal
Ricardo M. Martínez-Cid
Ramon A. Rasco
John Gravante III
Roy K. Altman
Lea P. Bucciero
Matthew Weinshall
Alissa Del Riego
Dayron Silverio

Robert Orseck (1934-1978)
Walter H. Beckham, Jr. (1920-2011)

Karen Podhurst Dern
Of Counsel

January 30, 2018

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mercedes-Benz USA, LLC
c/o CT Corporation System
289 S. Culver St.
Lawrenceville, GA 30046

Mercedes-Benz USA, LLC
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

**VIA INTERNATIONAL REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Daimler AG
Corporate Headquarters
Mercedesstr. 137
70327 Stuttgart
Germany

RE:   Notice of Violations of Consumer Protection and Warranty Laws

Dear Sir/Madam:

Our law firms represent the following owners and lessees of Mercedes-Benz vehicles:

| Name | State of Residence/State Purchased | Vehicle |
|---|---|---|
| Michael Adkins | Texas/Texas | 2007 328xi |
| Marianne Berry | New Jersey/New Jersey | 2011 GLK 350 |
| Tiffany Bolton | Texas/Texas | 2012 GL 450 |

January 30, 2018
Page 2

| Ashley Brown | Texas/Texas | 2010 GL 450 |
| --- | --- | --- |
| Loretta Collier | Alabama/Alabama | 2012 Sprinter/Motorhome |
| Julius Fulmore | North Carolina/Texas | 2014 Sprinter |
| William Goldberg | Washington/Washington | 2011 GLK 350 |
| Mary Jackson-Robinson | Florida/Florida | 2013 C Class |
| Victoria Rodriguez | New Jersey/New Jersey | 2011 GLK 350 |
| Raymond Winzy | Louisiana/Louisiana | 2008 C300 |

On behalf of these individuals (collectively "Plaintiffs") and all others similarly situated in the United States (the "Classes"), we write to notify you that your companies have breached express and/or implied warranties, and engaged in unfair, fraudulent, deceptive, and other unlawful acts and practices in connection with your manufacturing, advertising, marketing, and/or sale of Defective Vehicles. These acts and practices violate express warranty, implied warranty, and consumer protection laws in all United States jurisdictions.[1] Plaintiffs, on behalf of a class of United States residents, intend to bring suit against you unless you promptly cure such violations.

The Defective Vehicles contain airbags manufactured by Takata Corporation and TK Holdings, Inc. (collectively, "Takata") with a common, uniform defect: the use of ammonium nitrate, a notoriously volatile and unstable compound, as the propellant in their inflators (the "Inflator Defect"). In the milliseconds following a crash, the inflator ignites a propellant to produce gas that is released into the airbag cushion, causing the airbag cushion to expand and deploy. As a result of the Inflator Defect, instead of protecting vehicle occupants from bodily injury during accidents, the defective airbags too often either fail to deploy or violently explode, sometimes expelling metal debris and shrapnel at vehicle occupants.

The defect in the airbags dates back to the late 1990s when Takata decided to abandon the safer propellant it used in its airbags in favor of ammonium nitrate, a far cheaper and more

---

[1] To the extent required under any of these statutes, this letter constitutes notice of violations and an intent to bring suit, including, but not limited to, under the Alabama Deceptive Trade Practices Act - Ala. Code § 8-19-10 et seq., Alaska Unfair Trade Practices and Consumer Protection Act – Alaska Stat. § 45.50.535, California Consumer Legal Remedies Act – Cal. Civ. Code § 1782, Georgia Fair Business Practices Act – Ga. Code § 10-1-399, Indiana Deceptive Consumer Sales Act – Ind. Code § 24-5-0.5-5, Maine Unfair Trade Practices Act – Me. Rev. Stat. tit. 5, § 213 1-A, Massachusetts Regulation of Business Practice and Consumer Protection Act – Mass. Gen. Laws ch. 93A, § 9(3), Texas Deceptive Trade Practices Consumer Protection Act – Tex. Bus. & Com. Code §§ 17.501, 17.505, West Virginia Consumer Protection Act - W. Va. Code § 46A-6-106(c), and Wyoming Consumer Protection Act – Wyo. Stat. § 40-12-109.

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346  |  www.podhurst.com

January 30, 2018
Page 3

unstable compound that is better suited for large demolitions in mining and construction. Under ordinary conditions, including daily temperature swings and contact with moisture in the air, ammonium nitrate propellant degrades and destabilizes, causing irregular and dangerous behavior ranging from inertness to violent combustion. When Takata decided to abandon the safer propellant in favor of the more dangerous but cheaper ammonium nitrate, it was aware of these risks and abandoned the safer alternative over the objections and concerns of its engineers. Mercedes-Benz knew or should have known of the dangerous risks associated with ammonium nitrate inflators, not only from basic engineering analyses that preceded Mercedes-Benz's approval of the defective airbags, but also from in other automakers' vehicles, some dating back to the early 2000s.

Mercedes-Benz's recalls did not commence until 2016, and will take months or years to complete. Indeed, many of Mercedes-Benz's vehicles will not be officially recalled until next year and perhaps beyond. Consumers are, therefore, in the frightening position of having to drive dangerous vehicles for many months (or even years) while they wait for replacement of the defective airbags in their cars. To Plaintiffs' knowledge, Mercedes-Benz is not providing replacement or loaner vehicles on a systematic basis, even though there is an immediate need to provide safe vehicles to Plaintiffs and Class members. Even more troubling, many of the replacement airbags that the vehicle manufacturers are using to "repair" recalled vehicles suffer from the same common, uniform defect that plagues the airbags being removed—they use unstable and dangerous ammonium nitrate as the propellant within the inflator.

Plaintiffs and members of the proposed Classes were harmed and suffered actual damages. Plaintiffs and the Classes did not receive the benefit of their bargain. Instead, they purchased and leased vehicles that are of a lesser standard, grade, and quality than represented, do not meet ordinary and reasonable consumer expectations regarding safe and reliable operation, and are unfit for their intended purpose. Purchasers or lessees of the Class Vehicles paid more, either through a higher purchase price or higher lease payments, than they would have had the Inflator Defect been disclosed. Furthermore, the public disclosure of the defective airbags has caused the value of the Defective Vehicles to materially diminish.

This Notice is being served on behalf of Plaintiffs and Classes of current and former owners and lessees of Defective Vehicles in the United States who will promptly seek damages, injunctive relief, and the full panoply of remedies available under the 50 states' consumer protection and warranty laws unless you provide the following remedies on a Class-wide basis:

- compensate Plaintiffs and all members of Classes for their overpayment in purchasing or leasing Defective Vehicles, and for the diminished value caused by your allegedly deceptive and unfair conduct;

- permit Plaintiffs and members of the Classes to revoke acceptance of their Defective Vehicles and fully refund their purchase price or payments under their leases;

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346 | www.podhurst.com

January 30, 2018
Page 4

- reimburse Plaintiffs and members of the Classes for incidental and consequential damages;

- agree to Court-supervision over all ongoing recalls to ensure that defects are fully and promptly remedied; and

- cease and desist from all further deceptive, unfair, and unlawful conduct in connection with your business, vehicles currently on the road, and new vehicles offered for sale.

If you would like to discuss resolving these violations on a class-wide basis without the need for litigation, I invite you to contact me at any time. I look forward to hearing from you.

Sincerely,

Peter Prieto
John Gravante
Matthew Weinshall
Alissa Del Riego
PODHURST ORSECK P.A.
One S.E. Third Ave, 23rd Floor
Miami, FL 33131
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
Email: jgravante@podhurst.com

Nimish R. Desai
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: ndesai@lchb.com

January 30, 2018
Page 5

        James Cecchi
        Caroline F. Bartlett
        Zach Bower
        CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
        5 Becker Farm Road
        Roseland, New Jersey 07068
        Telephone: (973) 994-1700
        Facsimile: (973) 994-1744
        Email: JCecchi@carellabyrne.com

        Roland Tellis
        rtellis@baronbudd.com
        David Fernandes
        dfernandes@bardonbudd.com
        Mark Pifko
        mpifko@baronbudd.com
        BARON & BUDD, PC
        15910 Ventura Blvd.,
        Suite 1600
        Encino, CA 91436
        T: 818-839-2333