UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**<br><br>**This Document Relates to All Economic Loss Class Actions and:**<br><br>**ECONOMIC LOSS TRACK CASES AGAINST <u>GENERAL MOTORS, LLC</u>** | MDL No. 2599<br><br>Master File No.15- MD 2599- FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**DECLARATION OF PETER PRIETO IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANT GENERAL MOTORS, LLC'S
STATEMENT OF UNDISPUTED MATERIAL FACTS AND PLAINTIFFS'
STATEMENT OF ADDITIONAL FACTS IN OPPOSITION TO DEFENDANT'S
<u>MOTION FOR SUMMARY JUDGMENT, PURSUANT TO LOCAL RULE 56.1</u>**

I, PETER PRIETO, declare as follows:

1. I am an attorney admitted to practice in this Court. I am a partner at the law firm of Podhurst Orseck, P.A., counsel of record for Plaintiffs in the above-entitled action. Based on personal knowledge of the matters stated herein, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

| EXHIBIT NO. | EXHIBIT NAME |
|---|---|
| 1 | Deposition Transcript (excerpts) of Tommy Rivers |
| 2 | Deposition Transcript (excerpts) of Mary Rivers |
| 3 | Deposition Transcript (excerpts) of Dyeshawn Lodge |
| 4 | Declaration of Dyeshawn Lodge |
| 5 | Deposition Transcript (excerpts) of Tarus Sibley |

1

| 6  | Deposition Transcript (excerpts) of Ramand Giddings |
| --- | --- |
| 7  | Screenshot of Mr. Giddings' Carfax Report for VIN 1GKFK638X8J102750 |
| 8  | Deposition Transcript of Clyde Holmes |
| 9  | Exhibit 1 to the Deposition of Clyde Holmes |
| 10 | Declaration of Clyde Holmes |
| 11 | Deposition Transcript (excerpts) of Gene Paleno |
| 12 | Deposition Transcript (excerpts) of Jay Riojas |
| 13 | NHTSA, July 25, 2024, "Takata Airbag Recall Spotlight" |
| 14 | "Takata Airbag Recall: Everything You Need to Know"; Consumer Reports, July 10, 2024 |
| 15 | 23V-516 Part 573 Report – 04/30/2024 |
| 16 | NHTSA Historical Timeline |
| 17 | 23V-516 Part 573 Report – 07/27/2023 |
| 18 | GM-MDL2599-000742925 |
| 19 | 15V-324 Part 573 Report |
| 20 | AP News – GM Recalls Nearly 900 Vehicles with Takata Air Bag Inflators, Blames Manufacturing Problem |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 2nd day of August, 2024 at Miami, Florida.

By: /s/ *Peter Prieto*
Peter Prieto

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ *Peter Prieto*
Peter Prieto