# EXHIBIT NO. 2

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |
|---|---|
| IN RE: | ) MDL No. 2599 |
|  | ) |
|  | ) Master File No. |
|  | ) 15-MD-2599-MORENO |
| TAKATA AIRBAG | ) |
| PRODUCTS LIABILITY | ) S.D. Fla. Case No. |
| LITIGATION | ) 1:14-cv-2409-FAM |

_____

REMOTE VIDEOTAPED DEPOSITION OF
MARY RIVERS
located in Alpine, Alabama
Tuesday, September 8, 2020

Reported By:
CATHI IRISH, RPR, CRR, CLVS, CCR

```
                                                  Page 30
 1                   M. RIVERS
 2   receive either six months or 12 months so
 3   therefore, it would be an additional
 4   feature.
 5       Q.   And did you pay for the OnStar
 6   for longer than the six or 12 months?
 7       A.   Maybe an additional year.  I
 8   don't recall exactly.
 9       Q.   And when we discussed safety
10   features, you also mentioned airbags.  Do
11   you recall asking specific questions about
12   the airbags on the Avalanche when you made
13   the purchase?
14            MR. BEATON:  Objection, asked and
15       answered and as to form.  You can
16       answer.
17            THE WITNESS:  I didn't ask
18       specifically about any particular
19       airbags because it was actually
20       written on the window sticker.
21   BY MR. TSHIAMALA:
22       Q.   So other than the airbags, the
23   antilock mechanism and the navigation, do
24   you recall what other safety features were
25   important in terms of this purchase?
```

```
                                            Page 93
 1                  M. RIVERS
 2    warranty document in connection with your
 3    purchase?
 4            MR. BEATON:  Objection as to form
 5       and foundation.
 6            THE WITNESS:  I don't recall this
 7       actual document, no.
 8    BY MR. TSHIAMALA:
 9       Q.  What documents do you recall
10    receiving in connection with your purchase
11    of the 2009 Chevrolet?
12            MR. BEATON:  Objection as to
13       form.
14            THE WITNESS:  I received the
15       owner's manual.  I never totally
16       examined all of the information but if
17       this was a specific document, I don't
18       recall receiving this document alone
19       or separate.
20    BY MR. TSHIAMALA:
21       Q.  Other than the owner's manual,
22    you don't recall getting any other
23    document in connection with your purchase
24    of the 2009 Chevrolet?
25            MR. BEATON:  Objection as to
```

```
                                              Page 137
 1                     M. RIVERS
 2         the extent it calls for a legal
 3         observation or conclusion or for a
 4         technical observation or conclusion.
 5         You can answer.
 6              THE WITNESS:  As I said, I can't
 7         give an exact number but when
 8         considering the circumstances, you
 9         asked earlier if I had attempted to
10         resell my vehicle.  I have not but if
11         I had, then I don't feel that I would
12         receive a fair market value based on
13         the stigma of the defective airbag
14         that is, you know, attached to this
15         actual vehicle.
16     BY MR. TSHIAMALA:
17         Q.   Right.  And earlier when I asked
18     you whether anybody had told you the
19     vehicle was unsafe, you said no one had
20     told you the vehicle was unsafe; correct?
21         A.   Correct.
22         Q.   And you mentioned stigma.  The
23     can you explain to me what that stigma
24     emanates from given that no one has told
25     you the vehicle is unsafe?
```

Page 177

1        M. RIVERS
2            (Discussion off the record.)
3            THE VIDEOGRAPHER:  The time is
4        3:29.  We're back on the record.
5            MR. BEATON:  This is Marcos
6        Beaton.  I have no questions and
7        Ms. Rivers is going to read.
8            THE VIDEOGRAPHER:  Nothing else
9        for the record?
10           MR. TSHIAMALA:  No.
11           MR. BEATON:  Not on our --
12           THE VIDEOGRAPHER:  The time is
13       3:30 p.m.  We're going off the record.
14       This is the end of media file number 4
15       and that concludes this deposition.
16       Thank you.
17           (Time noted:  3:30 p.m.)
18
19                    _____
20                    MARY RIVERS
21
22   Subscribed and sworn to before me
23   this ___ day of _____, 2020.
24
25   _____