# EXHIBIT NO. 3

Page 1

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF FLORIDA
3    MIAMI DIVISION

     ------------------------------------------------
4

5

     IN RE:
6

7         TAKATA AIRBAG PRODUCTS
          LIABILITY LITIGATION
8

     ------------------------------------------------
9

     This Document Relates to
10   Whitaker et al. V.
     General Motors Co. et al.
11

12   MDL No. 2599
     Master File No. 15-MD-2599-MORENO
13   S.D. Fla. Case No. 1:14-cv-2409-FAM

     ------------------------------------------------
14

15                          August 31, 2020
                            9:04 a.m.
16

17

18

19            VIDEOCONFERENCE DEPOSITION of
20   DYESHAWN LODGE, taken by Defendants,
21   pursuant to Notice, held at 1207 Big Tree
22   Pointe, Villa Rica, Georgia, before Wayne
23   Hock, a Notary Public of the State of New
24   York.

25

Page 69

```
 1                    D. Lodge
 2   accident, all kinds of stuff.
 3       Q.    Was there anything that Nelson
 4   told you about the Suburban that you
 5   believe was incorrect?
 6       A.    Yes.
 7       Q.    What is that?
 8       A.    He made us feel confident that
 9   we were getting a safe vehicle and he told
10   us that, you know, GMC stands behind their
11   product and this truck will probably last
12   us for a lifetime and the airbags and
13   everything.  He made us think it was
14   safety.  Because we wouldn't have bought
15   it had we known.
16       Q.    You mentioned that he took you
17   through a checklist of items that were on
18   the Suburban.
19            Do you recall saying that?
20       A.    Yes.
21       Q.    Did the vehicle you purchased
22   have all of the features that were
23   included on the checklist?
24       A.    The basic features, yes.
25       Q.    So you'd agree that there was
```

Page 72

1                     D. Lodge
2    reviewed prior to purchasing the Suburban?
3         A.    I can't remember verbatim, but
4    it wasn't our first choice.
5         Q.    Do you recall any specific
6    statements that you read in Internet
7    research by Chevrolet about the Suburban?
8         A.    What I'm recalling, we made a
9    list, my husband and I made a list and it
10   was on a list because of the safety
11   features that Chevrolet offered, even on
12   the website it went by the safety
13   features.  That's what really stood out to
14   us as well as the gas mileage, because of
15   the engine, how it goes into idle -- when
16   you're not moving, it goes into idle so
17   you're not burning gas.  It was the top
18   three things we were looking for on our
19   list.
20        Q.    Were there any unique safety
21   features that you identified were in the
22   Suburban that other vehicles did not have
23   that you researched?
24        A.    Nothing I can recall.
25        Q.    You mentioned that you made a

```
                                    Page 74

 1                     D. Lodge

 2   brand spanking new.  When it's used, you

 3   do it a totally different way.

 4       Q.    So do you believe that you paid

 5   less for your 2010 Suburban than you would

 6   have paid if you had bought that same 2010

 7   Suburban brand-new?

 8              MS. BARTLETT: Objection.

 9              THE WITNESS:  I don't get your

10       question.

11       Q.    Do you believe your Suburban

12   cost less than a brand-new 2010 Suburban

13   would cost?

14              MS. BARTLETT: Objection.

15              THE WITNESS:  I can't say.  That

16       would cause for speculation and I

17       can't speculate.

18       Q.    When you purchased the Suburban,

19   did you receive an owner's manual?

20       A.    I believe so.

21              MR. BHATTACHARYYA: I'm going to

22       mark the next exhibit.

23              (Whereupon, a document entitled

24       2010 Chevy Tahoe/Suburban Owner Manual

25       was marked Lodge Exhibit 3
```

Page 75

1                          D. Lodge

2          for identification.)

3          Q.    Ms. Lodge, I'm showing you

4     Exhibit 3.

5                Can you see the sticker that's

6     showing upside ways on the page?  It says

7     Lodge 03.

8          A.    Yes.

9          Q.    I'll represent to you that

10    Lodge 03 is a portion of a document that

11    GM has produced in this case.  So what I'm

12    showing you here is the table of contents

13    of the 2010 Chevrolet Tahoe/Suburban owner

14    manual.  And then beneath that, I'm

15    showing you two separate pages from that

16    owner's manual.

17                Do you see these items?

18         A.    Yes.

19         Q.    On the third page of Exhibit 3

20    it says, "reporting safety defects.

21    Reporting safety defects to the United

22    States government.  If you believe that

23    your vehicle has a defect which could

24    cause a crash or which could cause injury

25    or death, you should immediately inform

```
 1                    D. Lodge
 2   the National Highway Traffic Safety
 3   Administration, NHTSA, in addition to
 4   notifying General Motors.  If NHTSA
 5   receives similar complaints, it may open
 6   an investigation, and if it finds that a
 7   safety defects exists in a group of
 8   vehicles, it may order a recall and remedy
 9   campaign.  However, NHTSA cannot become
10   involved in individual problems between
11   you, your dealer, or General Motors."
12           Did I read that correctly?
13       A.    Yes.
14       Q.    Do you recall seeing a statement
15   like this in the owner's manual that you
16   received?
17       A.    No.
18       Q.    When you became aware of the
19   airbag issue, did you contact the National
20   Highway Traffic Safety Administration?
21       A.    No.
22       Q.    When you purchased the 2010
23   Suburban, were you aware that it's
24   possible for vehicles to be recalled?
25       A.    Rephrase your question, please.
```

Page 77

1                         D. Lodge

2       Q.     Prior to 2010, had you heard of

3    vehicles getting recalled?

4       A.     No, not really.

5       Q.     You've never had any of your

6    vehicles be subject to a part that needs

7    to be recalled?

8       A.     No.

9       Q.     Had you heard in the news or in

10   any other source of information that any

11   vehicle had been recalled?

12              MS. BARTLETT: Objection.

13              THE WITNESS:  It would cause for

14      me to speculate again.  I don't.  I'm

15      not familiar with that.

16      Q.     In this case, did you ever

17   receive any letters about the airbag issue

18   in your Suburban?

19      A.     No.

20      Q.     When you purchased the Suburban,

21   did you feel that you had been offered a

22   fair price?

23              MS. BARTLETT: Objection.

24              THE WITNESS:  I would have to

25      speculate.

Page 102

```
 1                      D. Lodge
 2              MS. BARTLETT: Objection.
 3              THE WITNESS:  I wouldn't have
 4      never -- we would have never purchased
 5      this vehicle.
 6      Q.    Do you believe that the value of
 7  your vehicle is lower from the airbag
 8  issue?
 9              MS. BARTLETT: I'm sorry, I
10      didn't hear that.
11              Can you repeat that?  I didn't
12      hear the question.
13      Q.    Do you believe that the value --
14              MR. BHATTACHARYYA: I'll start
15      over.
16      Q.    Do you believe that the value of
17  your vehicle is lower because of the
18  airbag issue?
19              MS. BARTLETT: Objection.
20              THE WITNESS:  Yes, obviously we
21      couldn't trade it in twice.
22      Q.    And how much value do you
23  believe the Suburban has lost because of
24  the airbag issue?
25              MS. BARTLETT: Objection.
```

Page 103

```
 1                    D.  Lodge
 2            THE WITNESS:  I hired my
 3      attorney on that.  I wouldn't be able
 4      to say.  I don't know.
 5      Q.    You're not claiming any damages
 6  from personal injuries as a result of the
 7  airbag issue; right?
 8      A.    I'm sorry, say that again?
 9      Q.    Are you making any claims for
10  physical injuries relating to the airbag
11  issue?
12            MS. BARTLETT: I'm going to
13      object.
14            THE WITNESS:  Again, I'm not
15      really understanding your question.
16      Q.    You claim that there's an issue
17  with your airbag; right?
18      A.    That's correct.
19      Q.    Has that issue caused you any
20  physical injuries?
21      A.    Myself, no.
22      Q.    Has the airbag caused physical
23  injuries for anyone who has been inside
24  the Suburban?
25      A.    I don't know how to answer that
```

Page 124

1

2                 CERTIFICATION BY REPORTER

3

4        I, Wayne Hock, a Notary Public of the

5    State of New York, do hereby certify:

6        That the testimony in the within

7    proceeding was held before me at the

8    aforesaid time and place;

9        That said witness was duly affirmed

10   before the commencement of the testimony,

11   and that the testimony was taken

12   stenographically by me, then transcribed

13   under my supervision, and that the within

14   transcript is a true record of the

15   testimony of said witness.

16       I further certify that I am not

17   related to any of the parties to this

18   action by blood or marriage, that I am not

19   interested directly or indirectly in the

20   matter in controversy, nor am I in the

21   employ of any of the counsel.

22       IN WITNESS WHEREOF, I have hereunto

23   set my hand this 8th day of September, 2020.

24

25