# EXHIBIT NO. 4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to All Economic Loss Class Actions and:<br><br>DAVID WHITAKER, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS COMPANY, GENERAL MOTORS HOLDINGS LLC, and GENERAL MOTORS LLC,<br><br>Defendants. | MDL No. 2599<br><br>Master File No.15- MD 2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**DECLARATION OF DYESHAWN LODGE**

Dyeshawn Lodge declares as follows:

1. I am a Plaintiff in the *Whitaker v. General Motors, et al.*, class action lawsuit. I make the following declaration based upon my personal knowledge.

2. On June 15, 2022, through an attorney named Stacey Butler, I filed a petition for bankruptcy in the Northern District of Georgia under Chapter 13 of the bankruptcy code.

3. I am neither an attorney nor an expert in bankruptcy law. I relied on the advice of my bankruptcy counsel to complete and submit the requisite forms in the bankruptcy case.

4. During the bankruptcy case, I did not realize that I was required to list my participation in the *Whitaker* action as a pending lawsuit or asset. In fact, given the passage of time since my deposition was taken in the *Whitaker* action in August 2022, I did not recall the *Whitaker* action when I was completing the forms for the bankruptcy case. And in June of 2022, during the same month that my bankruptcy case was filed, I underwent knee surgery, which occupied most of my attention.

5. I did not inform counsel in the *Whitaker* action of my pending bankruptcy case.

6. The omission of the *Whitaker* action from documents in the bankruptcy case was unintentional and inadvertent.

7. In connection with the Chapter 13 bankruptcy plan, I am now repaying my debts.

8. My understanding is that the omission of the *Whitaker* action from documents in the bankruptcy case would not have affected the outcome of the bankruptcy case in any way.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2023

_____
Dyeshawn Lodge