# EXHIBIT NO. 5

Page 1

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   Miami Division

                              ) MDL No. 2599
  IN RE:                      )
                              ) Master File No.
                              ) 15-MD-2599-MORENO
  TAKATA AIRBAG               )
  PRODUCTS LIABILITY          ) S.D. Fla. Case No.
  LITIGATION                  ) 1:14-cv-2409-FAM
  _____
```

REMOTE VIDEOTAPED DEPOSITION OF
TARUS SIBLEY
located in Ponchatoula, Louisiana
Wednesday, September 9, 2020

Reported By:
CATHI IRISH, RPR, CRR, CLVS, CCR

```
                                                    Page 22
 1                        SIBLEY
 2    1978 Caprice?
 3         A.   I'm going to say around 2009 or
 4    '10.  I'm not exactly sure but around that
 5    area.
 6         Q.   Do you still own your 2005 Chevy
 7    Impala?
 8         A.   Yes, I do.
 9         Q.   Do you still own your 1978
10    Caprice?
11         A.   Yes, I do.
12         Q.   So when you decided to purchase
13    the 2007 GMC Sierra, what factors were
14    important to you in making that decision?
15         A.   Mainly like I said, number one,
16    safety, and number two, I needed a bigger
17    vehicle because I was having another baby.
18         Q.   And when you say safety was an
19    important factor, were there particular
20    safety features that were important to
21    you?
22         A.   Yes, all of them.  You know what
23    I mean, all of the safety features are
24    important.  No one bigger than the other
25    one.
```

```
                                                    Page 56
 1                      SIBLEY
 2       Q.   Did you ever purchase any service
 3   contracts for your vehicle?
 4       A.   No, I didn't.
 5       Q.   When you purchased the GMC
 6   Sierra, did you receive an owner's manual
 7   with it?
 8       A.   I think so.  Yeah.  I did.
 9       Q.   Did you read the owner's manual
10   for the GMC Sierra?
11       A.   No, I didn't.
12            MS. BRUMFIELD-MEYERS:  Give me
13       one moment.  I'm going to share
14       another exhibit.  Hopefully without
15       any glitches this time.
16            (Exhibit SIBLEY02, document Bates
17       labeled GM-MDL2599-001428053, marked
18       for identification.)
19   BY MS. BRUMFIELD-MEYERS:
20       Q.   I'm now sharing what has been
21   marked as Sibley Exhibit 2.
22            Do you see that sticker on the
23   bottom corner?
24       A.   Yes, I do.
25       Q.   This is -- I'll represent to you
```

Page 125

1              SIBLEY
2    performed that do relate to the airbag on
3    your GMC Sierra?
4         A.    No, ma'am.
5         Q.    Have you ever had any
6    recall-related work done on your GMC
7    Sierra?
8         A.    I couldn't hear you.
9         Q.    Have you had any recall-related
10   work done on your GMC Sierra?
11        A.    Not since I had it but I did call
12   the dealership to see did they have a
13   recall on it before.
14        Q.    So you called Ross Downing
15   dealership about a recall; is that right?
16        A.    Yes, ma'am.
17        Q.    When did you call Ross Downing
18   about the recall?
19        A.    That was around the time when I
20   heard about the airbag situation so I
21   figured they was going to do a recall so I
22   called.  When I seen it, the next day I
23   called them to see whether they were going
24   to try to get us in to swap them out or
25   something but they was like no, you don't

Page 126

SIBLEY

1
2  have a recall on it.
3      Q.   So you called Ross Downing to see
4  if there was a recall related to your GMC
5  Sierra airbags; is that right?
6      A.   Yes, ma'am.
7      Q.   And you called Ross Downing about
8  whether there was a recall after you found
9  out about the Takata airbag issue; is that
10 right?
11     A.   Yes, ma'am.
12     Q.   And you say you called them the
13 next day after you found out about the
14 airbag issue?
15     A.   Right.
16     Q.   And what did you ask Ross Downing
17 when you called them about the airbag?
18     A.   I asked them did they know about
19 the airbag situation and they said yes,
20 they do.  And I was like well, can you all
21 just check and see do they have a recall
22 on my truck with anything, and they said
23 no.
24     Q.   Did Ross Downing say they
25 couldn't check or there wasn't a recall?

```
                                              Page 127
 1                    SIBLEY
 2        A.   It wasn't a recall they told me.
 3   They checked.
 4        Q.   So you asked Ross Downing if
 5   there was a recall on your GMC Sierra and
 6   they said no?
 7        A.   Right.
 8        Q.   And you estimate that would have
 9   been around the end of 2017?
10        A.   Yes, ma'am.
11        Q.   Have you contacted Ross Downing
12   since then to ask about any recall related
13   to your airbags?
14        A.   No, ma'am.
15        Q.   Has any service or repair shop or
16   dealership ever advised you of a problem
17   with the airbags in your GMC Sierra?
18        A.   No, ma'am.
19        Q.   Has any other repair shop or
20   dealership advised you of any other
21   problems with your GMC Sierra?
22        A.   No, ma'am.
23        Q.   Have you ever submitted a
24   complaint to a federal government agency
25   related to your GMC Sierra?
```

```
 1                   SIBLEY
 2      now is a good time for us to take a
 3      quick break if that's okay with
 4      everyone else.
 5             MS. SMILEY:  That works for us.
 6             THE VIDEOGRAPHER:  We're going
 7      off the record.  The time is 2:51 p.m.
 8      and this is the end of media file 3.
 9             (Recess taken from 2:51 p.m. to
10      3:07 p.m.)
11             THE VIDEOGRAPHER:  Good
12      afternoon.  We are back on the record.
13      The time is 3:07 p.m. and this is the
14      beginning of media file 4.
15   BY MS. BRUMFIELD-MEYERS:
16      Q.   Mr. Sibley, I'm just about to
17   mark and admit --
18      A.   I wanted to make something clear
19   what we was talking about before we left
20   in the last session.  I was telling you
21   about I went to the dealership or I called
22   a dealership and I asked them about the
23   recall and they said there wasn't one and
24   that if it was to be one, they would mail
25   me something to my house for further
```

```
                                          Page 130
 1                      SIBLEY
 2     instruction but I in turn went and looked
 3     it up and there was something, there was a
 4     recall but I never got nothing in the
 5     mail.
 6         Q.    Okay.  Just to make sure I
 7     understand, so when you called Ross
 8     Downing dealership after finding out about
 9     the Takata airbag issue in late 2017, they
10     told you there was no recall; right?
11         A.    They told me there was no recall.
12         Q.    And they told you that if there
13     were a recall in the future, you would get
14     mailed a notice of that recall; is that
15     right?
16         A.    Exactly, telling me to either
17     bring it to whichever dealership,
18     whichever one I wanted to.
19         Q.    And you never received a recall
20     mailed to you; is that right?
21         A.    Never did, but I did look it up,
22     me and me brother, and saw that there was
23     one but they never sent me anything.
24         Q.    So you did Internet research to
25     figure out if there was a recall; is that
```

```
                                              Page 138
 1                    SIBLEY
 2   25,000, not $21,000?
 3        A.   Yes, ma'am.
 4        Q.   Is there anything else in this
 5   paragraph 66 that does not look accurate
 6   to you?
 7        A.   No, ma'am.
 8        Q.   And I'd like to direct your
 9   attention to the last sentence of
10   paragraph 66 which says, "If plaintiff had
11   known about the inflator defect, he would
12   not have purchased the vehicle, or would
13   not have paid as much as he did for it."
14             Did I read that correctly?
15        A.   Yes, you did.
16        Q.   If you had known about the Takata
17   airbag issue when you purchased your
18   vehicle, would you still have purchased
19   it?
20        A.   No, ma'am.
21        Q.   So there's no price at which you
22   would have purchased the GMC Sierra
23   vehicle had you known about the Takata
24   inflator issue?
25        A.   No, I wouldn't because it
```

1             SIBLEY
2    wouldn't have made sense.  I don't care
3    how cheap or how low a vehicle is, if
4    there's a possibility of some unsafe
5    technology, I don't want it.  I'm not
6    going to spend my hard earned money on it
7    either.
8         Q.   So you would not have purchased
9    the vehicle if you had known about the
10   Takata airbag issue?
11        A.   No.
12        Q.   Okay.  And is there anything else
13   in this paragraph that doesn't seem
14   accurate to you or that you would want to
15   change?
16        A.   No, ma'am.
17        Q.   I'm going to stop sharing Exhibit
18   9.
19             When did you decide to file a
20   lawsuit against GM LLC related to your GMC
21   Sierra?
22        A.   After I saw what was going on, I
23   never got nothing back in the mail or I
24   heard about they was bringing their
25   vehicles to get fixed or nothing, so like

```
                                         Page 165
 1                 SIBLEY
 2     conversations, then you can go ahead
 3     and explain that.
 4          THE WITNESS:  No, I don't
 5     understand.
 6  BY MS. BRUMFIELD-MEYERS:
 7     Q.   So you don't have an
 8  understanding outside of conversations
 9  with your counsel about why you believe
10  your vehicle has diminished in value
11  because of the Takata airbag issue?
12     A.   That's easy, because it's not
13  safe.  It's not safe.  That takes all the
14  value away, like how can you have a
15  vehicle that you don't know what will
16  happen if you get in a crash or not get in
17  a crash.  That has no value.
18     Q.   So how much do you believe your
19  vehicle's value has diminished by because
20  of this Takata airbag issue?
21     A.   A hundred percent.
22     Q.   And so you originally purchased
23  your vehicle for approximately $25,000; is
24  that right?
25     A.   Right.
```

```
                                                Page 169
```

1                        SIBLEY
2               THE WITNESS:  I think that would
3        have to be done with the lawyers and
4        the courts.  I wouldn't know.
5    BY MS. BRUMFIELD-MEYERS:
6        Q.   So earlier you told me that you
7    think your vehicle diminished by the full
8    $25,000 figure; is that right?
9        A.   But I'm not putting a price on
10   anything.  I'm saying like when I bought
11   it and the airbags weren't working, they
12   didn't want to fix them, whatever I spent
13   was just like putting in a fire pit but as
14   far as this case goes, I can't say what
15   you lawyers in the courtroom are going to
16   come up with because I'm not even a judge
17   nor a lawyer so that's what I'm saying.
18       Q.   In the same way that you would
19   talk about the details of your purchase of
20   your vehicle to determine your damages,
21   would we have to look at the details of
22   other class members' purchases and
23   vehicles to calculate their damages?
24              MS. SMILEY:  Object to the extent
25        it call for expert opinion or legal

Page 190

SIBLEY

C E R T I F I C A T E

STATE OF NEW YORK     )
                      : ss.
COUNTY OF NASSAU      )

I, CATHI IRISH, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public within and for the State of New York, do hereby certify:

That TARUS SIBLEY, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 21st day of September, 2020.

_____
CATHI IRISH, RPR, CRR, CLVS, CCR