# EXHIBIT NO. 6

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |
|---|---|
| IN RE: | ) MDL No. 2599 |
|  | ) |
|  | ) Master File No. |
|  | ) 15-MD-2599-MORENO |
| TAKATA AIRBAG | ) |
| PRODUCTS LIABILITY | ) S.D. Fla. Case No. |
| LITIGATION | ) 1:14-cv-2409-FAM |

_____

REMOTE VIDEOTAPED DEPOSITION OF
RAMAND GIDDINGS
located in Pompton Lakes, New Jersey
Tuesday, August 25, 2020

Reported By:
CATHI IRISH, RPR, CRR, CLVS, CCR

```
                                                    Page 19
 1                          GIDDINGS
 2    drives the Yukon Denali; correct?
 3         A.   Yeah.
 4         Q.   And after 2018, did you also say
 5    you don't have your children in the Yukon
 6    Denali?
 7         A.   Yeah.
 8         Q.   Could you explain why that is?
 9         A.   Because of the defective airbag.
10         Q.   How did you find out about the
11    defective airbag?
12         A.   Carfax.
13         Q.   Did Carfax contact you, how did
14    you get the information from Carfax?
15         A.   I downloaded one of their apps
16    and I put in my vehicle to keep up with
17    the maintenance and when I put in the VIN
18    number, it came up.
19         Q.   Do you remember what the Carfax
20    app said about the airbag?
21         A.   That it was a recall.
22         Q.   Do you remember anything else?
23         A.   That's pretty much it.
24         Q.   What did you do after you learned
25    about the recall?
```

```
 1                    GIDDINGS
 2        A.   I got in contact with the
 3   dealership and asked them if they -- if I
 4   could bring my vehicle in to fix it and
 5   they didn't have any parts at that time.
 6        Q.   What was your dealership's name?
 7        A.   Kristal Automobile.
 8        Q.   Is that in New Jersey or
 9   New York?
10        A.   In New York.
11        Q.   And is that the dealership from
12   which you purchased the Yukon Denali
13   originally?
14        A.   No.
15        Q.   What dealership did you --
16        A.   EMG.
17        Q.   Where is EMG?
18        A.   New Jersey.
19        Q.   Why did you contact a different
20   dealership regarding the recall than the
21   one from which you purchased the vehicle
22   originally?
23        A.   Because it's (inaudible) --
24        Q.   Sorry, one second, you're just
25   breaking up for one second.
```

```
                                                  Page 25
 1                       GIDDINGS
 2         Q.   Are you saying you only reviewed
 3    documents your attorneys gave you?
 4         A.   Yes.
 5         Q.   You mentioned the defective
 6    airbag, I think is the way you put it.
 7    What is your understanding of what the
 8    defective airbag is in this case?
 9         A.   A module that's in the airbag,
10    when it deploys, it explodes and sends
11    shards through the airbag.
12         Q.   And aside from your attorneys,
13    who have you spoken with regarding what
14    I'll call the airbag issue?
15         A.   Nobody.
16         Q.   Aside from your attorneys, have
17    you spoken with anyone else about this
18    lawsuit?
19         A.   No.
20         Q.   You mentioned that your wife and
21    your children no longer ride in the Yukon
22    Denali; is that right?
23         A.   Yes.
24         Q.   And was that your decision?  How
25    did that come to be?
```

```
                                                    Page 26
 1                       GIDDINGS
 2        A.   That was my decision.
 3        Q.   And what did you say to them, if
 4   anything, about that decision?
 5        A.   It's not safe.
 6        Q.   Have you spoken with anyone about
 7   your attorneys regarding the airbag
 8   recalls?
 9        A.   Repeat that, please.
10        Q.   Have you spoken with anyone aside
11   from your attorneys about the recall?
12        A.   No.
13        Q.   Aside from the dealer who you
14   contacted about the recall, did you do any
15   follow-up after that about the recall or
16   getting parts?
17        A.   I went there and spoke to
18   somebody and they said they would get in
19   contact with me.
20        Q.   And would that have been around
21   2017 or 2018?
22        A.   2018.
23        Q.   Do you recall that person's name?
24        A.   I don't recall.
25        Q.   And you went there in person; is
```

```
 1                    GIDDINGS
 2    that correct?
 3         A.    Yes.
 4         Q.    So did you call the dealership
 5    first before you went to the dealership in
 6    person?
 7         A.    I called the dealership first and
 8    then I went.
 9         Q.    And I think you said the
10    dealership said they would contact you
11    about parts; is that correct?
12         A.    Yes.
13         Q.    And has the dealership ever
14    contacted you about parts?
15         A.    No.
16         Q.    Since 2018, have you followed up
17    with the dealership about parts?
18         A.    I went there a third time to get
19    parts fixed on my car and I asked again
20    and they said they have no parts.
21         Q.    And when was the third time you
22    went to the dealership?
23         A.    In 2018.
24         Q.    Was that the last time you had an
25    interaction with the dealership about
```

```
                                              Page 93
                         GIDDINGS
 1
 2        A.    Yes.
 3        Q.    Sitting here today, how would you
 4   describe the way in which you believe you
 5   were damaged by General Motors?
 6              MR. FERNANDES:  Object to form.
 7        You can answer if you can.
 8              THE WITNESS:  By purchasing the
 9        vehicle with a defective airbag.
10   BY MS. SMITH:
11        Q.    Aside from that, any other way
12   you believe you were damaged?
13              MR. FERNANDES:  Object to form.
14        You can answer.
15              THE WITNESS:  If I knew it was
16        damaged, I would have never bought the
17        car.
18   BY MS. SMITH:
19        Q.    Have you -- do you know what the
20   NHTSA is or the National Highway Traffic
21   and Safety Administration?
22        A.    I'm not too sure.
23        Q.    If -- if it is determined that
24   the airbag in your vehicle is not
25   defective, I'm sorry, let me scratch that.
```

Page 103

GIDDINGS

C E R T I F I C A T E

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NASSAU     )

I, CATHI IRISH, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public within and for the State of New York, do hereby certify:

That RAMAND GIDDINGS, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 28th day of August, 2020.

CATHI IRISH, RPR, CRR, CLVS, CCR