# EXHIBIT NO. 7

**DENALI**

August 14, 2020  6:52 PM

CARFAX Car Care                                      Details



# CARFAX

## August Vehicle Report

**2008 GMC YUKON DENALI**

Today's Mileage - 166,288 mi.

| | History-Based Value by CARFAX | $6,280 Trade-In | > |
|---|---|---|---|
| | 1 Open Recall Reported as of 08/14/2020 | 1 DUE NOW | > |
| | Oil Change Not enough data for estimate | + Add Record | > |
| | Tire Rotation Not enough data for estimate | + Add Record | > |
| | Registration | 6 Months Left | > |
| | Emissions Inspection | 8 Months Left | > |

**Automatically Track Your Service**

Continue to have your vehicle serviced at a CARFAX shop and we will automatically add the service records to your CARFAX Service History

[View Your Service History]



Reply    Reply all    Forward    Delete    Thread


EXHIBIT 0012

GIDDINGS_000024

→ Alert! See if your car is affected

January 14, 2015  11:02 AM

CARFAX                                              Details



# Get a FREE Open Recall Check!

Go to **myCARFAX.com** now to see if your car has any reported open recalls.

 

This message was sent to yahboo4434@gmail.com. Please click here if you do not wish to receive future emails from myCARFAX. For customer inquiries contact us at myCARFAX Help.

Please do not reply to this automated message.

CARFAX Inc. | 5860 Trinity Parkway | Suite 600 | Centreville, VA 20120

Reply    Reply all    Forward    Delete    Thread

GIDDINGS_000025



→ Airbag Safety Recall – Check Your Car for FREE

July 18, 2017  9:03 PM

myCARFAX                                    Details



# Airbag Recall expands to 34 million cars!

Find out if your car is affected.

This message was sent to yahboo4434@gmail.com. Please click here if you do not wish to receive future emails from myCARFAX. Please do not reply to this automated message. For customer inquiries contact us at myCARFAX Help.

CARFAX Inc. | 5860 Trinity Parkway | Suite 600 | Centreville, VA 20120

Reply | Reply all | Forward | Delete | Thread

GIDDINGS_000027



GIDDINGS_000028



GIDDINGS_000029





## 1 Open Recall & 1 Overdue Service for your 2008 GMC YUKON DENALI

May 6, 2020  5:42 PM

CARFAX Car Care                                   Details





GIDDINGS_000032





