# EXHIBIT NO. 8

Page 1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF FLORIDA

4  Miami Division

5  Master File No. 15-MD-2599-MORENO

6  S.D. Fla. Case No. 1:14-cv-2409-FAM

7  ----------------------------------x

8  IN RE:

9

10  TAKATA AIRBAG PRODUCTS LIABILITY

11  LITIGATION

12  ----------------------------------x

13                October 9, 2020

14                11:58 a.m.

15

16        Remote video-teleconference

17  deposition via Zoom of CLYDE HOLMES, taken

18  by Defendant, pursuant to notice, before

19  Jineen Pavesi, a Registered Professional

20  Reporter, Registered Merit Reporter,

21  Certified Realtime Reporter and Notary

22  Public of the State of New York.

23

24

25

```
                                    Page 28
 1              C. HOLMES
 2     Q.      Have you spoken with your wife
 3  about this lawsuit?
 4     A.      She lives here with me, so she
 5  know everything I know, we is one, and
 6  that's the way we keep it and that's where
 7  it stays, in this house.
 8              My wife and I live here so what
 9  goes on here stays in here.
10     Q.      What is your understanding of
11  the claim you are bringing against GM in
12  this case?
13     A.      My understanding is that GMC
14  should inform someone that they don't even
15  know, I think GMC should inform people
16  that these trucks are not safe, they have
17  air bags that can damage or even cause a
18  life in that automobile, that's my issue.
19     Q.      You said air bags can cause
20  damage; do you have an understanding of
21  what is the issue with the air bags in
22  your vehicle?
23     A.      Well, yes, I have major
24  information, I have done research and my
25  truck, I own one, one of these GMC trucks
```

```
                                          Page 29
 1                C. HOLMES
 2   with the air bags, I own one, so I have
 3   guys around here associated, young
 4   mechanic, the guy, he is up to date, near
 5   --  anyway, he is a mechanic and he asked
 6   me, we were talking, in 2017 he said, oh,
 7   I see you got your GMC, I said yeah, he
 8   said you know it got a defect, don't you,
 9   I said, no, who do I call with a vehicle
10   with a problem and so he told me, he said
11   that is a problem with that automobile
12   that most people don't know to look for,
13   but he do it every day.
14        Q.      What was the name of the
15   mechanic that told about these issues in
16   2017?
17        A.      His name is confidential, I am
18   going to have to get back to that.
19        Q.      Mr. Holmes, your counsel is
20   able to mark parts of this deposition
21   confidential if they believe there is
22   confidential information, so can you
23   please provide the name of the person,
24   that mechanic, that told you about these
25   issues in 2017.
```

Page 134

 1

 2        C E R T I F I C A T I O N

 3

 4

 5

 6     I, Jineen Pavesi, a Registered

 7   Professional Reporter, Registered Merit

 8   Reporter, Certified Realtime Reporter and

 9   a Notary Public, do hereby certify that

10   the foregoing witness, CLYDE HOLMES, was

11   duly sworn on the date indicated, and that

12   the foregoing is a true and accurate

13   transcription of my stenographic notes.

14     I further certify that I am not employed

15   by nor related to any party to this

16   action.

17

18

19

20

21       *[signature: Jineen Pavesi, RPR, RMR]*

22

23

24       JINEEN PAVESI, RPR, RMR, CRR

25