# EXHIBIT NO. 9

Boca Raton, FL
Reference Number: 391C-59D2-75AF-6E34-1446461



# CARFAX Vehicle History Report™

## 2009 GMC SIERRA K1500 SLE
VIN: 3GTEK23369G205154
CREW PICKUP
5.3L V8 F OHV 16V
FLEX FUEL
REAR WHEEL DRIVE W/ 4X4

| | |
|---|---|
| ⚠ | Accident reported |
| 🔧 | Damage repairs reported |
| 👥 | **3** Previous owners |
| 🚗 | At least 1 open recall |
| 🔧 | **10** Service history records |
| 🚗 | **209,111** Last reported odometer reading |

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 8/26/20 at 2:00:37 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX Ownership History
The number of owners is estimated

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Year purchased | 2009 | 2011 | 2014 |
| Type of owner | Personal | Personal | Personal |
| Estimated length of ownership | 2 yrs. 1 mo. | 2 yrs. 6 mo. | 6 yrs. 2 mo. |
| Owned in the following states/provinces | Mississippi | Mississippi | Mississippi |
| Estimated miles driven per year | 44,896/yr | --- | --- |
| Last reported odometer reading | 96,927 | 130,268 | 209,111 |

## CARFAX Title History
CARFAX guarantees the information in this section

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem |



**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
Register | View Terms

EXHIBIT
Holmes01

## CARFAX Additional History
Not all accidents / issues are reported to CARFAX.

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Total Loss No total loss reported to CARFAX. | ✔ No Issues Reported | ✔ No Issues Reported | ✔ No Issues Reported |

| | | | |
|---|---|---|---|
| **Structural Damage**<br>CARFAX recommends that you have this vehicle inspected by a collision repair specialist. | ☑ No Issues Reported | ☑ No Issues Reported | ☑ No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ☑ No Issues Reported | ☑ No Issues Reported | ☑ No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | ☑ No Issues Indicated | ☑ No Issues Indicated | ☑ No Issues Indicated |
| **Accident / Damage**<br>Accident reported on 05/23/2012. Damage repairs reported on 06/15/2012. | ☑ No Issues Reported | Accident Reported | No New Issues Reported |
| **Manufacturer Recall**<br>At least 1 manufacturer recall requires service. Check for open recalls or schedule dealer service on GM vehicles at recalls.gm.com. | ☑ No Recalls Reported | ☑ No Recalls Reported | Recall Reported |

**CARFAX** Detailed History

## Owner 1
Purchased: 2009

Personal Vehicle
44,896 mi/yr

| | Mileage | Source | Comments |
|---|---|---|---|
| Original Equipment | | OnStar | Vehicle equipped with OnStar<br><br>Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| 03/24/2009 | 2 | Stan King Chevrolet, Inc.<br>Brookhaven, MS<br>601-833-4961<br>stankinggmsuperstore.com<br>3.9 / 5.0<br>18 Verified Reviews<br>♥ 43  Customer Favorites | Vehicle serviced<br>- Pre-delivery inspection completed<br>- Emissions or safety inspection performed |
| 04/30/2009 | 12 | Stan King Chevrolet, Inc.<br>Brookhaven, MS<br>601-833-4961<br>stankinggmsuperstore.com<br>3.9 / 5.0<br>18 Verified Reviews<br>♥ 43  Customer Favorites | Vehicle sold |
| 04/30/2009 | | Mississippi<br>Motor Vehicle Dept. | Vehicle purchase reported<br>- Titled or registered as personal vehicle |
| 05/01/2009 | | Mississippi<br>Motor Vehicle Dept.<br>Brandon, MS<br>Title #F21584001 | Title issued or updated<br>- First owner reported<br>- Loan or lien reported<br>- Vehicle color noted as Blue |
| 07/01/2009 | 8,944 | Stan King Chevrolet, Inc.<br>Brookhaven, MS<br>601-833-4961<br>stankinggmsuperstore.com<br>3.9 / 5.0<br>18 Verified Reviews<br>♥ 43  Customer Favorites | Vehicle serviced<br>- Recommended maintenance performed<br>- Electrical system checked<br>- Steering/suspension checked<br>- Body electrical system checked |
| 03/31/2010 | 46,827 | Stan King Chevrolet, Inc.<br>Brookhaven, MS<br>601-833-4961<br>stankinggmsuperstore.com<br>3.9 / 5.0 | Vehicle serviced<br>- Recommended maintenance performed |

3.9 / 5.0

<u>18 Verified Reviews</u> ✓

🖤 43  Customer Favorites

| 04/29/2010 | | Mississippi<br>Motor Vehicle Dept.<br>Brandon, MS<br>Title #F215840 | Registration issued or renewed<br>- Registration updated when owner moved the<br>  vehicle to a new location<br>- Vehicle color noted as Blue |
|---|---|---|---|
| 01/21/2011 | 81,933 | Meineke Car Care Center<br>Flowood, MS<br>Meineke.com<br>🖤 13  Customer Favorites | Vehicle serviced<br>- Oil and filter changed |
| 04/29/2011 | | Mississippi<br>Motor Vehicle Dept.<br>Madison, MS<br>Title #F215840 | Registration issued or renewed<br>- Registration updated when owner moved the<br>  vehicle to a new location<br>- Vehicle color noted as Blue |
| 06/27/2011 | 96,927 | Auto Auction | Listed as a dealer vehicle<br>- Vehicle sold |



Millions of used vehicles are bought and sold at auction every year.

| 07/11/2011 | | Car City Auto Sales<br>Brookhaven, MS<br>601-833-0264 | Vehicle offered for sale |
|---|---|---|---|

## Owner 2
Purchased: 2011

Personal Vehicle

| | Mileage | Source | Comments |
|---|---|---|---|
| 07/11/2011 | | Mississippi<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 09/29/2011 | | Mississippi<br>Motor Vehicle Dept.<br>Wesson, MS<br>Title #F21584002 | Title issued or updated<br>- New owner reported<br>- Loan or lien reported<br>- Vehicle color noted as Blue |
| 05/23/2012 | | Mississippi<br>Damage Report | ⚠ Accident reported with another motor vehicle<br>- Damage to left rear<br>- Estimated damage exceeds $500<br>- Vehicle towed<br>- Airbags did not deploy |



**Damage Location**



| Date | Mileage | Source | Comments |
|---|---|---|---|
| 06/15/2012 | | Porter's Body Shop<br>Brookhaven, MS | Damage repairs performed<br>- Repairs to front<br>- Repairs to left side<br>- Repairs to left front<br>- Repairs to rear |
| 07/30/2012 | | Mississippi<br>Motor Vehicle Dept.<br>Wesson, MS<br>Title #F215840 | Registration issued or renewed<br>- Vehicle color noted as Blue |
| 07/25/2013 | | Mississippi<br>Motor Vehicle Dept.<br>Wesson, MS<br>Title #F215840 | Registration issued or renewed<br>- Vehicle color noted as Blue |
| 01/15/2014 | | Toyota of Brookhaven<br>Brookhaven, MS<br>601-624-2099<br>toyotaofbrookhaven.com<br>4.9 / 5.0<br>27 Verified Reviews<br>726 Customer Favorites | Vehicle offered for sale |
| 02/11/2014 | | Stan King Chevrolet, Inc.<br>Brookhaven, MS<br>601-833-4961<br>stankinggmsuperstore.com<br>3.9 / 5.0<br>18 Verified Reviews<br>43 Customer Favorites | Vehicle serviced<br>- Engine checked |
| 02/24/2014 | | Toyota of Brookhaven<br>Brookhaven, MS<br>601-823-7000<br>toyotaofbrookhaven.com<br>4.9 / 5.0<br>27 Verified Reviews<br>726 Customer Favorites | Vehicle serviced<br>- Engine checked |
| 02/28/2014 | | Majestic Auto & Truck Services<br>Brookhaven, MS<br>601-833-9053<br>5.0 / 5.0<br>16 Verified Reviews<br>18 Customer Favorites | Vehicle serviced<br>- Vehicle washed/detailed |
| 04/02/2014 | 129,268 | Toyota of Brookhaven<br>Brookhaven, MS<br>601-823-7000<br>toyotaofbrookhaven.com<br>4.9 / 5.0<br>27 Verified Reviews<br>726 Customer Favorites | Vehicle serviced<br>- Vehicle washed/detailed |
| 05/03/2014 | | Toyota of Brookhaven<br>Brookhaven, MS<br>601-823-7000<br>toyotaofbrookhaven.com<br>4.9 / 5.0<br>27 Verified Reviews<br>726 Customer Favorites | Vehicle sold |
| 05/03/2014 | | Mississippi<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 05/14/2014 | 130,268 | Toyota of Brookhaven<br>Brookhaven, MS<br>601-823-7000<br>toyotaofbrookhaven.com | Vehicle serviced<br>- Alignment checked<br>- Exterior lights checked<br>- Exterior trim checked |

4.9 / 5.0

27 Verified Reviews 

- Radio/sound system checked
- Emissions or safety inspection performed

726  Customer Favorites

## Owner 3
Purchased: 2014

Personal Vehicle

| | Mileage | Source | Comments |
|---|---|---|---|
| 06/20/2014 | | Mississippi<br>Motor Vehicle Dept.<br>Natchez, MS<br>Title #F21584003 | Title issued or updated<br>- New owner reported<br>- Loan or lien reported<br>- Vehicle color noted as Blue |
| 06/04/2015 | | Mississippi<br>Motor Vehicle Dept.<br>Natchez, MS<br>Title #F215840 | Registration issued or renewed<br>- Vehicle color noted as Blue |
| 05/26/2016 | | Mississippi<br>Motor Vehicle Dept.<br>Natchez, MS<br>Title #F215840 | Registration issued or renewed<br>- Vehicle color noted as Blue |
| 07/06/2016 | | General Motors | Manufacturer Safety recall issued<br>- NHTSA #16V381<br>- Recall #2049151<br>- PASSENGER AIRBAG INFLATORS<br>- Status: Remedy Not Yet Available<br><br>Locate an authorized General Motors dealer to obtain more information about this recall.<br><br>- Learn more about this recall |

**Description:** Takata Corporation (Takata) has decided that a defect which relates to motor vehicle safety exists in certain 2007-2011 Cadillac Escalade, Escalade ESV, Escalade EXT, Chevrolet Avalanche, Silverado 1500, Suburban, Tahoe, GMC Sierra 1500, Yukon, Yukon XL, and 2009-2011 Chevrolet Silverado 2500/3500 and GMC Sierra 2500/3500 vehicles. This is based upon Takatas decision that front passenger airbag inflators it supplied to GM are defective. GM has submitted to NHTSA a Petition for Inconsequentiality and NHTSA has granted GM until August 2017 to complete its investigation and to submit all data supporting the petition. If the petition is denied, GM will conduct a recall of the airbag inflators covered by Takatas defect information report. For more information visit www.regulations.gov and search for Docket No. NHTSA-2016-0124.

The propellant in some types of Takata airbag inflators can degrade over time, especially after long term exposure in hot and humid regions. If the propellant degrades to a certain level, the inflators may rupture during deployment, causing serious or fatal injuries.

**Remedy:** The necessity of a remedy is dependent upon NHTSAs decision on GMs Petition for Inconsequentiality. Additional information will be available following that decision. In the meantime, you can also check the status of this recall at my.gm.com/recalls. GM considers your vehicle safe to drive.

| | Mileage | Source | Comments |
|---|---|---|---|
| 07/07/2017 | | Mississippi<br>Motor Vehicle Dept.<br>Natchez, MS<br>Title #F215840 | Registration issued or renewed<br>- Vehicle color noted as Blue |
| 06/04/2018 | | Mississippi<br>Motor Vehicle Dept.<br>Natchez, MS<br>Title #F215840 | Registration issued or renewed<br>- Loan or lien reported<br>- Vehicle color noted as Blue |
| 06/03/2019 | | Mississippi<br>Motor Vehicle Dept.<br>Natchez, MS<br>Title #F215840 | Registration issued or renewed<br>- Loan or lien reported<br>- Vehicle color noted as Blue |
| 10/10/2019 | 209,111 | Mississippi Auto Direct<br>Natchez, MS<br>601-443-9750<br>https://msautodirect.com/ | Vehicle serviced<br>- Four wheel alignment performed |
| 06/04/2020 | | Mississippi<br>Motor Vehicle Dept.<br>Natchez, MS<br>Title #F215840 | Registration issued or renewed<br>- Loan or lien reported<br>- Vehicle color noted as Blue |



Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller.

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

 Glossary

**Accident Indicator**
CARFAX receives information about accidents in all 50 states, the District of Columbia and Canada.

Not every accident is reported to CARFAX. As details about the accident become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- According to the National Safety Council, Injury Facts, 2015 edition, 8% of the 254 million registered vehicles in the U.S. were involved in an accident in 2013. Over 74% of these were considered minor or moderate.
- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 8/26/20 at 2:00:37 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**Collision Repair Facility**
A collision repair facility specializes in repairing vehicle damage caused by accidents and other incidents. A vehicle inspection completed by your dealer or a professional inspector is recommended.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Manufacturer Recall**
Automobile manufacturers issue recall notices to inform owners of car defects that have come to the manufacturer's attention. Recalls also suggest improvements that can be made to improve the safety of a particular vehicle. Most manufacturer recalls can be repaired at no cost to you.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:    facebook.com/CARFAX    @CARFAXinc    About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®

© 2020 CARFAX, Inc., a unit of IHS Markit. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
8/26/20 2:00:37 PM (CDT)