# EXHIBIT NO. 10

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to All Economic Loss Class Actions and:<br><br>DAVID WHITAKER, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS COMPANY, GENERAL MOTORS HOLDINGS LLC, and GENERAL MOTORS LLC,<br><br>Defendants. | MDL No. 2599<br><br>Master File No.15- MD 2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

## DECLARATION OF CLYDE HOLMES

Clyde Holmes declares as follows:

1. I am a Class Representative in the Whitaker v. General Motors, et al., class action lawsuit.

2. I purchased a 2009 GMC Sierra on May 3, 2014, from Toyota of Brookhaven in Brookhaven, Mississippi.

3. At that time, I was not aware and it was not disclosed to me that this vehicle was equipped with a defective airbag inflator.

4. If I had known then that this vehicle was equipped with a defective airbag inflator, I either would not have purchased the vehicle or would not have paid as much for it as I did.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March /4, 2022

_Clyde Holmes_
Clyde Holmes