# EXHIBIT NO. 11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Miami Division

```
                        ) MDL No. 2599
IN RE:                  )
                        ) Master File No.
                        ) 15-MD-2599-MORENO
TAKATA AIRBAG           )
PRODUCTS LIABILITY      ) S.D. Fla. Case No.
LITIGATION              ) 1:14-cv-2409-FAM
_____
```

REMOTE VIDEOTAPED DEPOSITION OF

GENE PALENO

located in Northridge, California

Friday, September 4, 2020

Reported By:
CATHI IRISH, RPR, CRR, CLVS, CCR

```
                                              Page 136

 1                     PALENO
 2         my confusion a second ago was because
 3         it says "or" so I think that's where I
 4         was confused.  The sentence I don't
 5         think is being read in its contemplate
 6         form and there's an "or" there that I
 7         think is pretty important, and that
 8         was my confusion there.
 9              MR. TSHIAMALA:  Right, I guess
10         when I read the question, it doesn't
11         say "and"; right?  So --
12              MR. FERNANDES:  I agree with you.
13         It says he would not have purchased
14         the vehicle or would not have paid as
15         much as he did for it, and I believe
16         he's testified now multiple times that
17         he just would not have purchased the
18         vehicle.
19              MR. TSHIAMALA:  And I just want
20         to make sure that's the record.
21              MR. FERNANDES:  Sure.
22    BY MR. TSHIAMALA:
23         Q.   So Mr. Paleno, given what you
24    know now, is it your testimony you would
25    not have purchased the vehicle?
```

Page 137

1           PALENO
2      A.   Yes.
3      Q.   So it's not a matter of whether
4  of there was more or less money you would
5  have paid for it; correct?
6      A.   Correct.
7      Q.   I want to introduce another
8  exhibit.
9           One more question.  In the
10 sentence before that, you said that the
11 Yukon Denali XL has been diminished as a
12 result of the inflator defect; correct?
13     A.   Correct.
14     Q.   But you don't have a value that
15 you could tell me sitting here today of
16 how much that vehicle has been diminished;
17 correct?
18          MR. FERNANDES:  Object to form.
19     You can answer.
20          THE WITNESS:  I don't.
21          (Exhibit PAL 006, document Bates
22     labeled PALENO_000062 through 063,
23     marked for identification.)
24 BY MR. TSHIAMALA:
25     Q.   This one is going to be PAL 6.

PALENO

C E R T I F I C A T E

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NASSAU     )

    I, CATHI IRISH, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public within and for the State of New York, do hereby certify:

    That GENE PALENO, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

    I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of September, 2020.

_____
CATHI IRISH, RPR, CRR, CLVS, CCR