# EXHIBIT NO. 12

```
                                                      Page 1
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF FLORIDA
 3    MIAMI DIVISION
      ------------------------------------------------
 4
 5
      IN RE:
 6
 7        TAKATA AIRBAG PRODUCTS
          LIABILITY LITIGATION
 8
      ------------------------------------------------
 9
      This Document Relates to
10    Whitaker et al. V.
      General Motors Co. et al.
11
12    MDL No. 2599
      Master File No. 15-MD-2599-MORENO
13    S.D. Fla. Case No. 1:14-cv-2409-FAM

      ------------------------------------------------
14
15                              September 4, 2020
                                12:06 p.m.
16
17
18
19           VIDEOCONFERENCE DEPOSITION of
20    JAY RIOJAS, taken by Defendants, pursuant
21    to Notice, held at 9342 La Paloma Court,
22    Altascadaro, California before Wayne Hock,
23    a Notary Public of the State of New York.
24
25
```

|  | Page 153 |
|---|---|

```
 1                    J. Riojas
 2   questions, but we're definitely hitting
 3   the homestretch here.
 4              You were asked some questions --
 5   I'm going to sort of work backwards.  You
 6   were asked some questions about how you
 7   were damaged by the defective Takata
 8   airbag inside of your Tahoe.
 9              Do you rely upon the experts who
10   would be hired in this case to do a
11   mathematical calculation to determine how
12   much your vehicle has depreciated in value
13   based upon this defect?
14        A.    Yes, I would.
15              MR. BHATTACHARYYA: Objection.
16        Form.
17        Q.    All right.
18              Had you known about the
19   defective airbag inside of your Tahoe back
20   when you purchased it, would you have
21   bought this car?
22        A.    Never.
23        Q.    You were asked some questions
24   about how you know that the value of the
25   car is diminished based upon the airbag.
```

CERTIFICATION BY REPORTER

I, Wayne Hock, a Notary Public of the State of New York, do hereby certify:

That the testimony in the within proceeding was held before me at the aforesaid time and place;

That said witness was duly sworn before the commencement of the testimony, and that the testimony was taken stenographically by me, then transcribed under my supervision, and that the within transcript is a true record of the testimony of said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, that I am not interested directly or indirectly in the matter in controversy, nor am I in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of September, 2020.

*/s/ Wayne Hock/*