# EXHIBIT NO. 13

# Takata Recall Spotlight

Language: **English** ▾

## Overview

Tens of millions of vehicles with Takata air bags are under recall. Long-term exposure to high heat and humidity can cause these air bags to explode when deployed. Such explosions have caused injuries and deaths.

NHTSA urges vehicle owners to take a few simple steps to protect themselves and others from this very serious threat to safety.

### DO NOT DRIVE

Do Not Drive warnings have been issued for some of the vehicles.

### OTHER

A separate group of defective Takata air bags was recalled in late 2019. Unlike the air bag inflators in the larger Takata recalls, this recall involves non-azide driver inflators.

Share:    f    𝕏    in    ✉

Live Chat

# What's Wrong With Your Air Bag?

Live Chat

Takata Recall Spotlight ⌄

**FOR CONSUMERS**

# Overview

| RELATED TOPICS
| THE STEPS FROM COMPLAINT TO RECALL
| AIR BAGS

Approximately 67 million Takata air bags (priority groups 1-12) have been recalled because these air bags can explode when deployed, causing serious injury or even death. All vehicle owners should:

- **Check for Recalls** using your vehicle identification number (VIN).
- **Get the Fix** by calling your local dealer; it will be repaired for free.
- **Sign Up for** Recall Alerts about any future recall affecting your vehicle.



## Consumers Should Be Aware

DO NOT DRIVE warnings have been issued for certain vehicles that are at a far higher risk for an air bag explosion that could injure or kill vehicle occupants. These vehicles can and should be repaired immediately.

## Contact Your Manufacturer

If you would like to contact the manufacturers directly, you can find phone and web-based contact information here.

| TAKATA CONTACT INFORMATION |

**FIND OUT MORE**

Recall of Volkswagen Vehicles Equipped with Takata SDI-D Air Bag Inflators - FAQs

State of the Takata Airbag Recalls - The Independent Monitor of Takata and the Coordinated Remedy Program Update

Takata Air Bags With NADI Inflators Recalled - Separate From Much Larger Takata Recall

Takata "Alpha" Air Bags Pose Increased Risk - Get Your Alpha Air Bag Inflator Fixed Now

Find Out If Your Air Bag Is Under Recall - Consumer Fact Sheet (PDF, 109.66 KB)



## Stay Informed.

Know if there is a safety problem with your vehicles, air bags, tires or car seat, and how to get it fixed.

SIGN UP

FOR CONSUMERS

# FAQs

Is my vehicle included in the air bag recall?  ⊕

What should I do if my vehicle is under recall?  ⊕

Should I ask the dealer to disable my air bag while I am waiting for a repair?  ⊕

Should I stop driving my vehicle until it is repaired?  ⊕

What is an "interim" or "like for like" repair, and why should I bother having that performed?  ⊕

Is it true that if I have an interim repair performed, I lose my priority for a permanent repair? Why would I agree to that?  ⊕

I was told that my vehicle will have to wait to be repaired because the replacement of air bags in other vehicles were given higher priority than mine. Why isn't my vehicle being fixed first? ⊕

I spend my winters in south Florida and have done so for the past 10 years, but my car is registered in a northern State. Why shouldn't my car have a higher priority? ⊕

How can I find out what priority group I'm in for getting my recall repair? ⊕

How many people have been killed or injured by defective Takata PSAN air bag inflators? ⊕

How many vehicles and air bag inflators are being recalled? ⊕

What is NHTSA's role in the Takata recall? ⊕

I got something in the mail about the Takata bankruptcy and/or the class action lawsuit, but I'm not sure what it is. Is it legitimate? What am I supposed to do? ⊕

### Motor Vehicle Safety Defects And Recalls - What Every Vehicle Owner Should Know

Download this brochure to get more information about how and why recall campaigns are initiated, and to know your rights and responsibilities when a vehicle or item of motor vehicle equipment is recalled.

**VIEW BROCHURE**

FOR CONSUMERS

# Vehicles Affected

Click on the make of your vehicle to find out if it is currently included in the Takata recalls.

NOTE: This list is subject to change and does not guarantee that any specific vehicle is or is not included in any of the Takata recalls. Vehicle owners are urged to use NHTSA's Recalls Lookup Tool to check their Vehicle Identification Number (VIN) for any open recalls — including Takata recalls.

**Acura (Honda)** ⊕



**Audi (VW)**                                                        ⊕

**BMW**                                                             ⊕

**Cadillac (GM)**                                                   ⊕

**Chevrolet (GM)**                                                  ⊕

**Chrysler**                                                        ⊕

**Daimler Trucks North America (Sterling Bullet)**                  ⊕

**Daimler Vans USA LLC (Sprinter)**                                 ⊕

**Dodge/Ram (Chrysler)**                                            ⊕

**Ferrari**                                                         ⊕

**Fisker (Karma)**                                                  ⊕

**Ford**                                                            ⊕

**GMC (GM)**                                                        ⊕

**Honda**                                                           ⊕

**Infiniti (Nissan)**                                               ⊕

**Jaguar**                                                          ⊕

**Jeep (Chrysler)**                                                 ⊕

**Land Rover (Jaguar Land Rover)** ⊕

**Lexus (Toyota)** ⊕

**Lincoln (Ford)** ⊕

**Mazda** ⊕

**McLaren** ⊕

**Mercedes-Benz** ⊕

**Mercury (Ford)** ⊕

**Mitsubishi** ⊕

**Nissan** ⊕

**Pontiac (GM)** ⊕

**Saab (GM)** ⊕

**Saturn (GM)** ⊕

**Scion (Toyota)** ⊕

**Subaru** ⊕

**Tesla** ⊕

**Toyota** ⊕

Live Chat

**Volkswagen** 

FOR CONSUMERS

# Schedule of Recalls

After consultation with the affected vehicle manufacturers and Takata, NHTSA prioritized the recall of Takata air bag inflators based on the risk of injury or death to vehicle occupants. As the chart below shows, recalls are phased by the location and age of the vehicles. This schedule is designed to ensure that vehicles that pose the greatest risk are fixed immediately while others are replaced before they may become dangerous. The phased recalls began in May 2016 and continued through December 2019.

| TAKATA DEFECT FILING DATE | ZONE A VEHICLES | ZONE B VEHICLES | ZONE C VEHICLES |
|---|---|---|---|
| **May 16, 2016** | MY 2011 & Older | MY 2008 & Older | MY 2004 & Older |
| **December 31, 2016** | MY 2012 & Older | MY 2009 & Older | MY 2008 & Older |
| **December 31, 2017** | MY 2013 & Older | MY 2010 & Older | MY 2009 & Older |
| **December 31, 2018** | All remaining vehicles | All remaining vehicles | All remaining vehicles |
| **December 31, 2019** | All like-for-like replacement parts | All like-for-like replacement parts | All like-for-like replacement parts |

RECALL ZONES BASED ON TEMPERATURE & HUMIDITY

**Zone A: Hot & Humid**

Alabama, California, Florida, Georgia, Hawaii, Louisiana, Mississippi, South Carolina, Texas, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands (Saipan), and the U.S. Virgin Islands

**Zone B: Less Hot & Humid**

Arizona, Arkansas, Delaware, District of Columbia, Illinois, Indiana, Kansas, Kentucky, Maryland, Missouri, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Pennsylvania, Tennessee, Virginia, and West Virginia

**Zone C: Least Hot & Humid**

Alaska, Colorado, Connecticut, Idaho, Iowa, Maine, Massachusetts, Michigan, Minnesota, Montana, New Hampshire, New York, North Dakota, Oregon, Rhode Island, South Dakota, Utah, Vermont, Washington, Wisconsin, and Wyoming

ANY VEHICLE RECALL IS SERIOUS AND AFFECTS SAFETY. ALL VEHICLE OWNERS SHOULD:

- Check for recalls at least twice a year using the Recalls Lookup Tool.
- Sign up for Recall Alerts to be informed of any future recall. If your vehicle is recalled you should be contacted by the manufacturer. Signing up for Recall Alerts is a good backup plan, particularly if you purchased your vehicle used.

- Make sure that your vehicle's registration includes your correct, current address so that your vehicle manufacturer can reach you if your vehicle is recalled for any reason.

NHTSA IN ACTION

# Related Documents

**2021**

**December**

Final Report on Field Monitoring of Takata X-Series Inflators

**January 19**

Ford Motor Company; Denial of Petition for Inconsequentiality

Mazda North American Operations; Denial of Petition for Inconsequentiality

**January 7**

State of Takata Air Bag Recalls | Fourth Report

**2020**

**November 23**

GM - Denial of Consolidated Petition (NHTSA-2016-0124)

Exhibit A - Blomquist Report

**November 16**

Mercedes-Benz USA Request for Partial Extension of Priority Group 10 Sufficient Supply and Remedy Launch Deadline

**October 3**

Correction to Mercedes-Benz USA Request for Partial Extension of Priority Group 10 Sufficient Supply and Remedy Launch Deadline

**July 27**

Second Amendment to the Feb. 25, 2015 Preservation Order and Testing Control Plan

Amended Takata Preservation Order Protocols

**June 18**

Exponent Report of Desiccated PSPI-X and PSDI-X Inflators Installed in Honda Vehicles

**May 7**

Agreement to Address the Recall of Volkswagen Vehicles Equipped with Takata SDI-D Air Bag Inflators

FAQs: Takata Desiccated Inflators and Volkswagen Recalls

Summary of the TK Global Report on Takata Desiccated PSAN Inflator Safety

PSAN Inflator Test Program and Predictive Aging Modal Final Report

**April 23**

Mercedes-Benz USA Request for Partial Extension of Priority Group 9 Sufficient Supply and Remedy Launch Deadline

**January 23**

Takata Airbag Recall Spotlight | NHTSA

The Independent Monitor of Takata and the Coordinated Remedy Program Update on the State of the Takata Airbag Recalls (PDF, 741 KB)

## 2019

**September 10**

Mercedes-Benz USA Request for Extension of Priority Group 10 Sufficient Supply and Remedy Launch Deadline (PDF, 196.37 KB)

**August 9**

Mercedes-Benz USA Request for Extension of Priority Group 6 Sufficient Supply and Remedy Launch Deadline (PDF, 48.57 KB)

**February 19**

Daimler Vans Request for Extension of Priority Group 10 Sufficient Supply and Remedy Launch Deadline (PDF, 167 KB)

Mercedes-Benz USA Request for Extension of Priority Group 9 Sufficient Supply and Remedy Launch Deadline (PDF, 355 KB)

## 2018

**December 21**

The Independent Monitor of Takata and the Coordinated Remedy Program: Update on the State of the Takata Airbag Recalls, December 21, 2018 (PDF, 2.9 MB)

**November 20**

Mercedes-Benz Request for Extension of Priority Group 7 Sufficient Supply and Remedy Launch Deadline (PDF, 170 KB)

**October 5**

Correction to Mercedes-Benz Request for Extension of Priority Group 5 Sufficient Supply and Remedy Launch Deadline (PDF, 60 KB)

**September 25**

Ford Motor Company Notice of Anticipated Shortage and Request for Extension for Certain Priority Group 5-9 Vehicles - Supplement (PDF, 3 MB)

**August 22**

Mercedes-Benz Request for Extension of Priority Group 6 Sufficient Supply and Remedy Launch Deadline (PDF, 360 KB)

**July 30**

Update to Mercedes-Benz Request for Extension of Priority Groups 4 and 5 Sufficient Supply and Remedy Launch Deadline (PDF, 120 KB)

**July 20**

Daimler Vans Second Request for Extension of Priority Group 8 and 9 Launch Deadlines (PDF, 50 KB)

**July 13**

General Motors LLC's Amended Request to Extend Certain Sufficient Supply and Launch Deadlines (PDF, 65 KB)

**June 22**

Mercedes-Benz USA Request for Extension of Priority Groups 4 and 5 Sufficient Supply and Remedy Launch Deadline (PDF, 115 KB)

**June 11**

Ford Motor Company Notice of Anticipated Shortage and Request for Extension for Certain Priority Group 5-9 Vehicles (Supplement) (PDF, 4.8 MB)

Live Chat

**May 17**

Ford Motor Company Notice of Anticipated Shortage and Request for Extension for Certain PG 9 Vehicles (PDF, 7.75 MB)

**May 14**

Mercedes-Benz USA, LLC Request for Corrected Launch Deadline for Model Year (MY) 2010 Mercedes-Benz C-Class (204 platform) Vehicles (PDF, 94 KB)

**April 24**

Ford Motor Company Extension Request for PG 5-8 (Update to Feb. 9, 2018) (PDF, 560 KB)

**April 12**

Preservation Order Amendment (Public) - April 12, 2018 (PDF, 7.5 MB)

**April 11**

Ford Motor Company Notice of Anticipated Shortage and Request for Extension (PDF, 212 KB)

**April 9**

General Motors LLC, Receipt of Third Petition for Inconsequentiality and Notice of Consolidation (PDF, 220K)

**March 28**

Mercedes Benz USA Request for Extension of Priority Group 4 Launch Deadline (PDF, 31 KB)

**March 6**

Volkswagen Request for Extension of Priority Group 8 Launch Deadline (PDF, 51 KB)

Daimler Vans Request for Extension of Priority Group 8 and 9 Launch Deadline (PDF, 26 KB)

**February 13**

Mazda Extension Request for Priority Groups 5, 6, and 8 (Supplement) (PDF, 61 KB)

Ford Motor Company Extension Request for PG 4-8 (Supplement to Nov. 30, 2017) (PDF, 2.1 MB)

**January**

General Motors LLC's Petition for Inconsequentiality and Request for Deferral of Determination Regarding Certain GMT900 Vehicles Equipped with Takata "SPI YP" and "PSPI-L YD" Passenger Inflators Subject to January 2018 Takata Equipment DIR Filings (PDF, 576K)

## 2017

**December 18**

Ford Motor Company Request regarding Priority Group 4 Ford Ranger Vehicles (PDF, 335 KB)

**December 15**

Ford Motor Company Notice of Anticipated Shortage and Request for Extension (dated Nov. 30, 2017) (PDF, 71 KB)

General Motors LLC's Request to Extend Certain Sufficient Supply and Launch Deadlines (PDF, 82 KB)

Daimler Vans Request for Extension of Priority Group 6 Launch Deadline (PDF, 27 KB)

Daimler Vans Request for Extension of Priority Group 6 Launch Deadline (Revised) (PDF, 45 KB)

Mazda Notice of Anticipated Shortage and Request for Extension ("Extension Request") for Priority Groups #5 and #6 (PDF, 64 KB)

**November 17**

The State of the Takata Airbag Recalls, Report of the Independent Monitor

Live Chat

Media Statement (PDF, 180 KB)

Fifth Amendment to the Coordinated Remedy Order (Extensions) (PDF, 13 MB)

**November 16**

Ford Motor Company, Receipt of Petition for Inconsequentiality and Decision Denying Request for Deferral of Determination (PDF, 212 KB)

Ford Petition for Inconsequentiality re Calcium-Sulfate Desiccated PSDI-5 Driver-side Inflators Submission (PDF, 849KB)

Mazda Motor Corporation, Receipt of Petition for Determination of Inconsequentiality of Takata's Defect Information Report Filing Under NHTSA Campaign Number 17E−034 for PSDI−5 Desiccated Driver Air Bag Inflators and Decision Denying Request for Deferral of Determination (PDF, 219 KB)

Mazda Petition for Inconsequentiality re Calcium-Sulfate Desiccated PSDI-5 Driver-side Inflators Submission (PDF, 903KB)

**July 13**

Media Statement, July 13, 2017 (PDF, 23 KB)

**January 18**

General Motors LLC, Receipt of Second Petition for Inconsequentiality and Notice of Consolidation (PDF, 215 KB)

General Motors LLC's Petition for Inconsequentiality and Request for Deferral of Determination Regarding Certain GMT900 Vehicles Equipped with Takata "SPI YP" and "PSPI-L YD" Passenger Inflators Subject to January 2017 Takata Equipment DIR Filings (PDF, 491 KB)

General Motors LLC's Petition for Inconsequentiality and Request for Deferral of Determination Regarding Certain GMT900 Vehicles Equipped with Takata "SPI YP" and "PSPI-L YD" Passenger Inflators Subject to January 2017 Takata Equipment DIR Filings – Exhibit A (PDF 1 MB)

**January 10**

Takata PSAN Phase-Out Certification (PDF 128 KB)

---

**2016**

**December 27**

Fourth Amendment to the Coordinated Remedy Order (Extensions) (PDF, 186 KB)

**December 23**

Coordinated Communications Recommendations (PDF, 221 KB)

**December 9**

Third Amendment to the Coordinated Remedy Order and Annex A (PDF 943 KB)

Fact Sheet: NHTSA Actions to Accelerate Takata Remedy (PDF, 182 KB)

Fact Sheet: Takata Recall History and Key Terms (PDF, 208 KB)

**November 22**

General Motors LLC, Withdrawal of Petition to Amend Takata DIR Schedule (PDF 192 KB)

General Motors LLC, Receipt of Petition for Inconsequentiality and Decision Granting Request to File Out of Time and Request for Deferral of Determination (PDF 206 KB)

General Motors LLC's Petition for Inconsequentiality and Request for Deferral of Determination Regarding Certain GMT900 Vehicles Equipped with Takata "SPI YP" and "PSPI-L YD" Passenger Inflators (PDF 436 KB)

Live Chat

General Motors LLC's Petition for Inconsequentiality and Request for Deferral of Determination Regarding Certain GMT900 Vehicles Equipped with Takata "SPI YP" and "PSPI-L YD" Passenger Inflators – Exhibit A (PDF 1 MB)

**September 30**

Second Amendment to Coordinated Remedy Order (Extensions) (PDF 2.9 MB)

**September 23**

Takata's Report of Internal Investigation (PDF 3.1 MB)

Takata (Fraunhofer ICT) Research Summary (PDF 1.6 MB)

Exponent Research Summary (PDF 766 KB)

Orbital ATK Research Summary (PDF 2.3 MB)

**May 4**

Amendment to November 3, 2015 Consent Order (PDF 492 KB)

Expert Report of Harold R. Blomquist, Ph.D. (PDF 106 KB)

Fact Sheet: May 2016 Takata Recall Expansion (PDF 113 KB)

Fact Sheet: NHTSA Actions to Accelerate the Takata Remedy (PDF 123 KB)

Fact Sheet: Takata Recall History and Key Terms (PDF 106 KB)

**March 15**

First Amendment to the Coordinated Remedy Order (Extensions) (PDF 245 KB)

**January 20**

Takata PSAN Phase-Out Certification (PDF 128 KB)

---

## 2015

**November 3**

Fact Sheet on Takata Consent Order (PDF 211 KB)

Fact Sheet on NHTSA Coordinated Remedy (PDF 235 KB)

Consent Order to Takata (PDF 1.1 MB)

Takata Coordinated Remedy Order (PDF 978 KB)

Coordinated Remedy Priority Group (PDF 160 KB)

**May 25**

Takata Preservation Order (PDF 494 KB)

Takata Preservation Order Protocols (PDF 60 KB)

**May 18**

Consent Order to Takata (PDF 2.8 MB)

- Recall 15E-040 - PSDI, PSDI-4, and PSDI-4K Inflators (PDF 2.6 MB)
- Recall 15E-041 - SPI Inflator (PDF 2.6MB)
- Recall 15E-042 - PSPI-L Inflator (PDF 2.6 MB)

Live Chat

- [Recall 15E-043 - PSPI Inflator](#) (PDF 2.6 MB)

**COMPLETION RATES**

# Completion Rates

To help you see the progress vehicle manufacturers are making in replacing affected air bags, we are providing more comprehensive recall completion data. Please note that these are dynamic data and will continue to fluctuate as repairs are made and previously announced recall campaigns launch on a rolling basis under the coordinated remedy program. Recall completion rates vary by auto manufacturer.

**Understanding our data**

The propellant in the inflators breaks down after long-term exposure to high temperature fluctuations and humidity. This breakdown can cause the propellant to burn too quickly, creating too much pressure for the inflator, and in extreme cases the inflator explodes, shooting shrapnel toward vehicle occupants.

Using this information, the agency prioritized the recall of air bag inflators based on the risk of injury or death to vehicle occupants.

The recalls are phased by the location of the vehicles and their age. Generally, the vehicles in the highest danger zones and that are the oldest, are in the first priority group. The second priority group includes the vehicles that are not yet in the Priority Group One danger category, but are the second-highest risk group, and so on through the levels of risk based, largely, on inflator age. The schedule for recalls has been set to make sure that vehicles are recalled before the propellant in the inflator will break-down to the point of becoming dangerous.

Our data tables show data from all 12 Priority Groups that NHTSA previously identified. NHTSA will update the tables as additional data become available.

NHTSA will only post the last set of verifiable data from each manufacturer. For the website update of May 9, 2024, the data for all OEMs are current through April 5, 2024. Note that at present, recall completion rates for 13 OEMs (BMW, Daimler Vans, FCA, Ford, GM, Honda, Jaguar Land Rover, Mazda, Mitsubishi, Nissan, Subaru, Toyota, and VW) reflect their approved use of the "other" category for specific campaigns.



Air Bags Remaining Compared to Repaired & Other

The % of net air bags remaining and the % of dispositioned air bags.



The chart above sho_____groups 1 – 12. Those priority groups are _____ded in this chart because vehicle m_____ for those priority groups relevant to th__ chart. In addition to net air bags remaini_____bags as approved by NHTSA, specifi_____ vehicles determined to have been scrap_____that have had aftermarket modificati____ or that are degraded such that the re_____er has been nonresponsive to or affir___tively refused the recall remedy outreac_____several of these reporting categorie_____ nonresponsive, affirmative refus_____re a vehicle manufacturer can submit _____these categories, they must send a reque_____chart will be updated. Not all vehicle m_____facturers have been approved for or subm_____d definitions of these categories can be fo___d under the _source data_.



### Air Bag Replacement Completion by Priority Group for Groups 1-12
The % of recalled air bags that have been replaced in each priority group.

The chart above shows priority groups 1 – 12. Those priority groups are included in this chart because vehicle manufacturers have submitted verifiable underlying data for those priority groups relevant to this chart. Vehicle manufacturers with more than two brands affected by the recalls are listed under the parent manufacturer. They are: Chrysler (Dodge, Ram, and Jeep), Ford (Mercury and Lincoln), General Motors (Cadillac, Chevrolet, GMC, Pontiac, Saab, and Saturn), and Toyota (Lexus and Scion).

### Air Bags Repaired / Remaining by Priority Group for Groups 1-12
The total number of air bags that have been replaced and the number remaining in each priority group.



The chart above shows priority groups 1 – 12. Those priority groups are included in this chart because vehicle manufacturers have submitted verifiable underlying data for those priority groups relevant to this chart.

### Driver / Passenger Air Bag Replacements Remaining by Manufacturer for Group...
The total number driver (DAB) and passenger (PAB) side air bags left to be replaced by each manufacturer.



The chart above shows priority groups 1 – 12. Those priority groups are included in this chart because vehicle manufacturers have submitted verifiable underlying data for those priority groups relevant to this chart. Vehicle manufacturers with more than two brands affected by the recalls are listed under the parent manufacturer. They are: Chrysler (Dodge, Ram, and Jeep), Ford (Mercury and Lincoln), General Motors (Cadillac, Chevrolet, GMC, Pontiac, Saab, and Saturn), and Toyota (Lexus and Scion).

### Total Affected / Repaired Air Bags by Manufacturer for Groups 1-12
The number of air bags affected and replaced by each manufacturer in the United States (net of scrapped, stolen and exported vehi...





*The chart above shows priority groups 1 – 12. Those priority groups are included in this chart because vehicle manufacturers have submitted verifiable underlying data for those priority groups relevant to this chart. Vehicle manufacturers with more than two brands affected by the recalls are listed under the parent manufacturer. They are: Chrysler (Dodge, Ram, and Jeep), Ford (Mercury and Lincoln), General Motors (Cadillac, Chevrolet, GMC, Pontiac, Saab, and Saturn), and Toyota (Lexus and Scion).*



*The chart above shows priority groups 1 – 12. Those priority groups are included in this chart because vehicle manufacturers have submitted verifiable underlying data for those priority groups relevant to this chart. Vehicle manufacturers with more than two brands affected by the recalls are listed under the parent manufacturer. They are: Chrysler (Dodge, Ram, and Jeep), Ford (Mercury and Lincoln), General Motors (Cadillac, Chevrolet, GMC, Pontiac, Saab, and Saturn), and Toyota (Lexus and Scion). Ford's data reported on February 15, 2019, reflects an adjustment to the reporting of final repairs on vehicles that previously received an interim repair. These final repairs are now being reported separately in priority groups 11 and 12 in accordance with the ACRO. Prior to this, some vehicles that received both an interim and subsequent final repair may have had both repairs counted in priority groups 1 – 4.*



*The chart above shows priority groups 1 – 12. Those priority groups are included in this chart because vehicle manufacturers have submitted verifiable underlying data for those priority groups relevant to this chart. Vehicle manufacturers with more than two brands affected by the recalls are listed under the parent manufacturer. They are: Chrysler (Dodge, Ram, and Jeep), Ford (Mercury and Lincoln), General Motors (Cadillac, Chevrolet, GMC, Pontiac, Saab, and Saturn), and Toyota (Lexus and Scion). Ford's data reported on February 15, 2019, reflects an adjustment to the reporting of final repairs on vehicles that previously received an interim repair. These final repairs are now being reported separately in priority groups 11 and 12 in accordance with the ACRO. Prior to this, some vehicles that received both an interim and subsequent final repair may have had both repairs counted in priority groups 1 – 4.*

**IMPORTANT EXPLANATORY NOTES:** This information is for general informative purposes and is not intended to represent the real-time status of any manufacturer's recall completion rate performance or any group of recalls' performance. Some manufacturers have been able to report specific counts of vehicles that are no longer in use (or are "out of transit"). Where that is the case, the recalled population has been reduced by those counts in order to depict a more accurate recall completion figure, and to support manufacturers allocating resources to targeting vehicles that are still in use on U.S. roadways. The recalls to which this adjustment has been made are identified below. Please note that there are inherent delays between the time an individual car is repaired, when repair status is reported to the manufacturer, and when the status is then reported to NHTSA. The information displayed, therefore, generally represents a conservative account of actual recall completion rates. In addition, each individual recall has its own unique history, which makes it difficult to compare completion rates between recalls and between manufacturers. For example, some recalls include vehicles that have been under recall for many years, whereas as others reflect recalls that have only just started, or have only started in a discrete geographic area due to parts restrictions.

View the source data and perform more advanced searches, e.g., using Recall Campaign Numbers.

**SOURCE DATA**



Explore other topics in **Vehicle Safety**

**15-Passenger Vans →**

**Adapted Vehicles →**

**Air Bags →**

**Automated Vehicles for Safety →**

**Car Seats and Booster Seats →**

**Seat Belts →**

**Driver Assistance Technologies →**

**Electric and Hybrid Vehicles →**

**Odometer Fraud →**

**Tires →**

**Vehicle Theft Prevention →**

**Takata Recall Spotlight →**

Live Chat