# EXHIBIT NO. 15

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report      23V-516

| | |
|---|---|
| **Manufacturer Name :** | General Motors, LLC |
| **Submission Date :** | APR 30, 2024 |
| **NHTSA Recall No. :** | 23V-516 |
| **Manufacturer Recall No. :** | N232413120 |



## Manufacturer Information :

Manufacturer Name : General Motors, LLC

Address : 29427 Louis Chevrolet Road
MAIL CODE 480-210-2V WARREN MI 48093

Company phone : 586-596-1733

## Population :

Number of potentially involved : 767
Estimated percentage with defect : 1 %

## Vehicle Information :

Vehicle 1 : 2013-2013 Buick Verano
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : Manufacturing records and part trace data were used to identify vehicles that may have received a driver airbag inflator from the suspect inflator production lot.

Vehicles that were not built with an airbag inflator from the suspect lot are not part of this recall.

There are 43 Buick Verano vehicles affected by this recall.

Production Dates : JAN 25, 2013 - FEB 12, 2013
VIN Range 1 : Begin : NR      End : NR      ☐ Not sequential

Vehicle 2 : 2013-2013 Chevrolet Camaro
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : Manufacturing records and part trace data were used to identify vehicles that may have received a driver airbag inflator from the suspect inflator production lot.

Vehicles that were not built with an airbag inflator from the suspect lot are not part of this recall.

There are 537 Chevrolet Camaro vehicles affected by this recall.

Production Dates : JAN 17, 2013 - MAR 11, 2013
VIN Range 1 : Begin : NR      End : NR      ☐ Not sequential

# Part 573 Safety Recall Report                23V-516

| | |
|---|---|
| Vehicle 3 : | 2013-2013 Chevrolet Sonic |
| Vehicle Type : | |
| Body Style : | |
| Power Train : | NR |
| Descriptive Information : | Manufacturing records and part trace data were used to identify vehicles that may have received a driver airbag inflator from the suspect inflator production lot.<br><br>Vehicles that were not built with an airbag inflator from the suspect lot are not part of this recall.<br><br>There are 69 Chevrolet Sonic vehicles affected by this recall. |
| Production Dates : | JAN 30, 2013 - FEB 11, 2013 |
| VIN Range  1 : Begin : | NR            End :   NR            ☐ Not sequential |

| | |
|---|---|
| Vehicle 4 : | 2013-2013 Chevrolet Volt |
| Vehicle Type : | |
| Body Style : | |
| Power Train : | NR |
| Descriptive Information : | Manufacturing records and part trace data were used to identify vehicles that may have received a driver airbag inflator from the suspect inflator production lot.<br><br>Vehicles that were not built with an airbag inflator from the suspect lot are not part of this recall.<br><br>There are 118 Chevrolet Volt vehicles affected by this recall. |
| Production Dates : | JAN 30, 2013 - FEB 18, 2013 |
| VIN Range  1 : Begin : | NR            End :   NR            ☐ Not sequential |

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | General Motors has decided that a defect which relates to motor vehicle safety exists in certain 2013 model year Buick Verano and Chevrolet Camaro, Sonic, and Volt vehicles.  In these vehicles, the front-driver airbag inflator may contain a supplier manufacturing defect that may result in inflator rupture during deployment. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | In the event of a vehicle crash and the driver air bag is commanded to deploy, the driver airbag inflator may rupture, causing metal fragments to pass through the airbag and into the vehicle interior, which may result in injury or death to vehicle occupants. |

# Part 573 Safety Recall Report          23V-516

|  |  |
|---|---|
| Description of the Cause : | GM is continuing its investigation into this incident. |
| Identification of Any Warning that can Occur : | NR |

## Involved Components :

| | |
|---|---|
| Component Name  1 : | MODULE ASM-INFL RST STRG WHL |
| Component Description : | Driver Front Airbag Module |
| Component Part Number : | 20986955, 20986956, 22943125, 22945347, 92263785, 95249765, 95273777 |

## Supplier Identification :

### Component Manufacturer

| | |
|---|---|
| Name : | TK Global LLC |
| Address : | 1199 Austin Ct |
| | Howell Michigan 48843 |
| Country : | United States |

## Chronology :

On March 20, 2023, GM Brazil received an allegation that a 2013 model year Chevrolet Camaro was in a crash on May 23, 2022, and that the front-driver airbag inflator ruptured during deployment.

GM Brazil obtained the subject vehicle on May 24, 2023.  An inspection completed by GM Brazil on May 26, 2023, confirmed that the front driver airbag inflator in the subject vehicle ruptured during deployment. Inflator components and driver side carpet from the subject vehicle were shipped to Joyson Safety Systems' facility in Armada, Michigan for further analysis.  At the time of this filing, analysis is still ongoing.  Initial findings, including the post-deployment condition of the inflator, indicate the rupture is likely related to a manufacturing defect in the inflator and not due to propellant degradation from age or environmental exposure.

On July 20, 2023, GM's Safety and Field Action Decision Authority decided to conduct a safety recall on all front-driver airbag modules containing an inflator from the suspect production lot.  GM is not aware of any other field reports of similar inflator ruptures on any Takata desiccated inflators.

# Part 573 Safety Recall Report          23V-516

## Description of Remedy :

| | |
|---|---|
| Description of Remedy Program : | Dealers will replace the front driver airbag module.  For some 2013 Volt vehicles, this will also involve replacement of the steering wheel.  Pursuant to 577.11, General Motors does not plan to provide notice about reimbursement to owners because owners would not have been aware of the issue prior to this recall. |
| How Remedy Component Differs from Recalled Component : | The remedy component does not contain an inflator that was manufactured in the suspect time period. |
| Identify How/When Recall Condition was Corrected in Production : | NR |

## Recall Schedule :

| | |
|---|---|
| Description of Recall Schedule : | Dealers will be notified on July 27, 2023.  This recall will be executed under two bulletins: N232413120 and N232413121.<br> Owner interim notification is expected to mail August 21, 2023.  Owner notification of an available remedy will occur in phases, estimated to begin October 16, 2023 and complete May 31, 2024. |
| Planned Dealer Notification Date : | JUL 27, 2023 - JUL 27, 2023 |
| Planned Owner Notification Date : | OCT 16, 2023 - MAY 31, 2024 |

\* NR - Not Reported