# EXHIBIT NO. 19

# Part 573 Safety Recall Report    15V-324

**Manufacturer Name :** General Motors LLC
**Submission Date :** OCT 20, 2017
**NHTSA Recall No. :** 15V-324
**Manufacturer Recall No. :** 15438 and 15817



## Manufacturer Information :

**Manufacturer Name :** General Motors LLC
**Address :** 30001 VAN DYKE
MAIL CODE 480-210-2V WARREN MI 48090
**Company phone :** 5961733

## Population :

**Number of potentially involved :** 330,198
**Estimated percentage with defect :** 100 %

## Vehicle Information :

**Vehicle 1 :** 2007-2007 Chevrolet Silverado 2500/3500
**Vehicle Type :**
**Body Style :**
**Power Train :** NR
**Descriptive Information :** 2007 Chevrolet Silverado 2500/3500 Heavy Duty Pickup Trucks
**Production Dates :** NOV 28, 2006 - JUL 13, 2007
**VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

**Vehicle 2 :** 2008-2008 Chevrolet Silverado 2500/3500
**Vehicle Type :**
**Body Style :**
**Power Train :** NR
**Descriptive Information :** 2008 Chevrolet Silverado 2500/3500 Heavy Duty Pickup Trucks
**Production Dates :** MAY 07, 2007 - AUG 29, 2008
**VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

**Vehicle 3 :** 2007-2007 GMC Sierra 2500/3500
**Vehicle Type :**
**Body Style :**
**Power Train :** NR
**Descriptive Information :** 2007 GMC Sierra 2500/3500 Heavy Duty Pickup Trucks
**Production Dates :** NOV 27, 2006 - JUN 30, 2007
**VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

**Vehicle 4 :** 2008-2008 GMC Sierra 2500/3500
**Vehicle Type :**
**Body Style :**

The information contained in this report was submitted pursuant to 49 CFR §573

# Part 573 Safety Recall Report       15V-324        Page 2

| | |
|---|---|
| Power Train : | NR |
| Descriptive Information : | 2008 GMC Sierra 2500/3500 Heavy Duty Pickup Trucks |
| Production Dates : | MAY 07, 2007 - AUG 29, 2008 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

## Description of Defect :

**Description of the Defect :** This part 573 notice is in furtherance of the Takata Holdings Inc. ("Takata") equipment recall described in NHTSA recall number 15E-041. Takata equipment recall 15E-041 relates to Takata SPI airbag inflators produced from April 2000 through the end of vehicle model year 2008.

Inflators subject to Takata equipment recall 15E-041 were installed in certain 2007-2008 model year Chevrolet Silverado and GMC Sierra 2500/3500 Heavy Duty pickup trucks as original equipment. In accordance with Takata's defect determination for these Takata inflators, GM is recalling these vehicles to replace these Takata inflators.

**FMVSS 1 :** NR
**FMVSS 2 :** NR

**Description of the Safety Risk :** Takata's part 573 report for equipment recall 15E-041 states, in part:

"The propellant wafers in some of the subject inflators may experience an alteration over time, which could potentially lead to over-aggressive combustion in the event of an air bag deployment. Depending on the circumstances, this potential condition could create excessive internal pressure when the air bag is deployed, which could result in the body of the inflator rupturing upon deployment. . . . In the event of an inflator rupture, metal fragments could pass through the air bag cushion material, which may result in injury or death to vehicle occupants."

**Description of the Cause :** See Takata's part 573 report for equipment recall 15E-041.

**Identification of Any Warning that can Occur :** See Takata's part 573 report for equipment recall 15E-041.

## Supplier Identification :

### Component Manufacturer

**Name :** TK Holdings Incorporated (Takata)
**Address :** 69700 Powell Rd
Armada MICHIGAN 48005
**Country :** United States

**Chronology :**

See attached

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | Dealers are to replace the front passenger air bag inflator. The replaced inflator will be collected for further investigation. Pursuant to 577.11, General Motors does not plan to provide notice about reimbursement to owners because owners would not be aware of the issue prior to this recall. |
| How Remedy Component Differs from Recalled Component : | NR |
| Identify How/When Recall Condition was Corrected in Production : | NR |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | General Motors is conducting this as a national recall, addressing all regions of the United States. General Motors will work with NHTSA and Takata to coordinate a phased implementation as parts become available. General Motors expects to acquire a sufficient supply of desiccated SPI inflators, in accordance with the second amendment to the coordinated remedy order, by December 31, 2016 for vehicles in high humidity regions (GM #15438) and by March 31, 2017 for vehicles in non-high humidity regions (GM #15817). Owners were provided interim notification of this recall in July, 2015. Mailing dates for owner notification of remedy availability will be provided when available. |
| Planned Dealer Notification Date : | NR - NR |
| Planned Owner Notification Date : | NR - NR |

\* NR - Not Reported