**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**MDL No. 2599**
**Master File No.: 15-MD-02599-MORENO**
S.D. Fla. Case No. 1:14-cv-24009-MORENO

IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO**:
ECONOMIC LOSS TRACK CASES

**NOTICE OF FILING CROSS-REFERENCE LIST OF EXHIBITS FOR PLAINTIFFS' RESPONSE TO MBUSA'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs filed their responses (ECF Nos. 4805, 4808) to MBUSA's motion for summary judgment and statement of material facts earlier this afternoon, before the 2:00 P.M. deadline set forth in the Court's briefing order (ECF Nos. 4785). Plaintiffs' counsel, however, encountered technical issues with the CM/ECF system when attempting to electronically file the 177 exhibits submitted in support of Plaintiffs' response.[1] As a result, Plaintiffs attempted to break up the filing of exhibits into smaller electronic submissions. Through this process, and after numerous unsuccessful efforts, Plaintiffs' counsel succeeded in filing the exhibits via five separate docket entries during the later afternoon and early evening (ECF Nos. 4811, 4812, 4813, 4814, 4815). For the Court's convenience, Plaintiffs are submitting a cross-reference list that identifies the ECF No. for each exhibit. A handful of exhibits with "CUST" bates numbers have not been electronically filed, however, because they are subject to a stipulated confidentiality and Rule

---

[1] After clicking through the CM/ECF screens and entering information for a large set of exhibits, Plaintiffs' counsel's web browser would often appear to freeze, and after an extended period of time, the CM/ECF system would display the following error message: "Object not found! The requested URL was not found on this server. If you entered the URL manually please check your spelling and try again. Error 404."

1

502(d) order. Plaintiffs' counsel are in the process of securing confirmation that the documents may be filed on the public docket, in order to avoid a request to file them under seal. If Plaintiffs' counsel are unable to obtain such confirmation, Plaintiffs' counsel will seek leave of the Court to file them either publicly or under seal.

| EXHIBIT NO. | EXHIBIT NAME | ECF No. |
|---|---|---|
| 1 | Deposition Transcript of Thomas Brunner – 9/24/2020 | 4811-1 |
| 2 | MBUSA_00153443 at MBUSA_00153463 | 4811-2 |
| 3 | CUST038_PRIV00093198 | |
| 4 | Brunner 2020 Dep. Tr. Ex. 25 at TKH-MDL-0003214060 | 4811-4 |
| 5 | 16V-363 | 4811-5 |
| 6 | 16V-081 | 4811-6 |
| 7 | 17V-017 | 4811-7 |
| 8 | MBUSA_00083957 at MBUSA_00083958 | 4811-8 |
| 9 | Goldberg Dep. Tr. Ex. 4 | 4811-9 |
| 10 | TAYLOR000005 | 4811-10 |
| 11 | Mercedes Benz USA sales – Q4 2023) | 4811-11 |
| 12 | Mercedes-Benz C-Class Offers Sport or Luxury Persona - C-Class – The Most Popular Mercedes-Benz) | 4811-12 |
| 13 | MBUSA_00124376 at MBUSA_00124376 | 4811-13 |
| 14 | Monroney label for Class Representative Knapp's Class Vehicle. | 4811-14 |
| 15 | NHTSA, July 25, 2024, "Takata Airbag Recall Spotlight") | 4811-15 |

| 16 | "*Takata Airbag Recall: Everything You Need to Know*"; Consumer Reports, July 10, 2024. | 4812-1 |
|---|---|---|
| 17 | ("40 years ago: Mercedes-Benz launched the driver's airbag and seat belt tensioner in series production", December 22, 2020 ("Media Release 40 years ago") | 4812-2 |
| 18 | Patent No. DE 2152902 C 2 filed by Daimler-Benz AG on October 3, 1971 | 4812-3 |
| 19 | ("Mercedes-Benz Airbags Celebrate Their Anniversary" last accessed on 7/29/2024 | 4812-4 |
| 20 | ("Mercedes-Benz safety: History of the Airbag and Restraint System," February 7, 2011) | 4812-5 |
| 21 | TKH-MDL-0000733820 | 4812-6 |
| 22 | "The Merger between Daimler-Benz and Chrysler to Daimler Chrysler AG (1995 – 2007")  | 4812-7 |
| 23 | "The Culture Clash Heard 'Round the World." | 4812-8 |
| 24 | USCAR, ABOUT USCAR, https://uscar.org/about/ (last visited April 18, 2022 | 4812-9 |
| 25 | United States Senators Blumenthal and Markey Letter to Takata dated Dec. 10, 2014 | 4812-10 |
| 26 | 1996 Patent Number 5,531,941: "Process for Preparing Azide-Free Gas Generant Composition.") at 4-5, ¶¶ 60, 65; (1999 patent assigned to Takata, "Nonazide Gas Generant Composition" Patent Number 5,872,329 | 4812-11 |

| 27 | FCA_US_LLC_000055731 | 4812-12 |
|---|---|---|
| 28 | FCA_US_LLC_000280272 at FCA_US_LLC_000280305 | 4812-13 |
| 29 | TKH-MDL-0003953035 | 4812-14 |
| 30 | TKH-MDL-000518854 | 4812-15 |
| 31 | TKPOD000560379 | 4812-16 |
| 32 | Steve Stram LinkedIn Profile | 4812-17 |
| 33 | TKH-MDL-0005413067 | 4812-18 |
| 34 | TKH-MDL-0004704477 | 4812-19 |
| 35 | TKH-MDL-0003278121 | 4812-20 |
| 36 | TKH-MDL-0004294774 | 4812-21 |
| 37 | TKH-MDL-0005036741 | 4812-22 |
| 38 | TKH-MDL-0003240950 | 4812-23 |
| 39 | TKH-MDL 0003240952 | 4812-24 |
| 40 | TKH-MDL-0005548177 | 4812-25 |
| 41 | TKPOD00751202 | 4812-26 |
| 42 | TKPOD00751203 | 4812-27 |
| 43 | TKH-MDL-0003240950 | 4812-28 |
| 44 | TKPOD00363444 | 4812-29 |
| 45 | TKH-MDL-0005466672 | 4812-30 |
| 46 | TKH-MDL-0004838848 (Analysis of Mercedes Driver-Side Airbag Cushion, 12/10/2009 | 4812-31 |
| 47 | TKH-MDL-0004269359 | 4812-32 |
| 48 | TKH-MDL-0005467000 at TKH-MDL-0005467001 | 4812-33 |

| | | |
|---|---|---|
| 49 | TKH-MDL-0002386746 at TKH-MDL-0002386747 | 4812-34 |
| 50 | TKC-MDL-0001045665 | 4812-35 |
| 51 | TKH-MDL-0006000199 | 4812-36 |
| 52 | TKH-MDL-0000827592 | 4812-37 |
| 53 | TKH-MDL-0000827595 | 4813-1 |
| 54 | TKH-MDL-0000834627 | 4813-2 |
| 55 | TKH-MDL-0004001343 | 4813-3 |
| 56 | Deposition Transcript of Gunther | 4813-4 |
| 57 | MBUSA_00031893 | 4813-5 |
| 58 | MBUSA_00092986 | 4813-6 |
| 59 | TKPOD00880802 | 4813-7 |
| 60 | TKPOD00880803 | 4813-8 |
| 61 | TKPOD00880804 | 4813-9 |
| 62 | TKPOD01214262 | 4813-10 |
| 63 | TKPOD01214263 | 4813-11 |
| 64 | TKPOD00537470 | 4813-12 |
| 65 | TKPOD00978610 | 4813-13 |
| 66 | TKPOD00978611 | 4813-14 |
| 67 | TKPOD00978612-613 | 4813-15 |
| 68 | CUST038_PRIV00086545 | |
| 69 | CUST038_PRIV00086546 | |
| 70 | TKPOD02181791 | 4813-18 |
| 71 | TKPOD02181149 | 4813-19 |

| 72 | TKPOD02181248 | 4813-20 |
|---|---|---|
| 73 | TKPOD02181481 | 4813-21 |
| 74 | RCONL-05V560-3619 (MBUSA Safety Recall #2006020005 letter) | 4813-22 |
| 75 | CUST162_PRIV00000130 | |
| 76 | [2005_MERCEDES-BENZ_C-CLASS_2_DR | NHTSA NHTSA List_of_Recalls_for_the_MY_2005_Mercedes-Benz_C-Class_-identifying_both_the_unrelated_March_2006_recall_for_the_airbag_and_the_Takata_PSAN-based_inflator_recall] | 4813-24 |
| 77 | TKPOD00310596 | 4813-25 |
| 78 | CUST007_PRIV00006310 | |
| 79 | Mercedes-Benz Plant Celebrates Milestone | 4813-27 |
| 80 | New Generation Mercedes-Benz GL Sport Utility Hits the Road | 4813-28 |
| 81 | MBUSA_00137451 at MBUSA_00137452 | 4813-29 |
| 82 | MBUSA_00051592 | 4813-30 |
| 83 | Alabama/Germany Org Membership Directory | 4813-31 |
| 84 | Mercedes-Benz Careers/Locations (map with the location of MBUSA's Part Distribution Center as directly across the street from MBUSI's manufacturing facilities in Vance, Alabama) | 4813-32 |
| 85 | Google Maps screenshot showing a zig-zagged drive of 1.4 miles or 3 minutes distance between the two destinations | 4813-33 |
| 86 | TKPOD00303816 | 4813-34 |
| 87 | CUST021_PRIV00016231 | |

| 88 | CUST038_PRIV00896316 | |
|---|---|---|
| 89 | CUST038_PRIV00896317 | |
| 90 | CUST038_PRIV00896321 | |
| 91 | MBUSI Suppliers | 4813-39 |
| 92 | MBUSI Suppliers – Doing Business with MBUSI | 4813-40 |
| 93 | TKH-MDL-0005456746 at TKH-MDL-0005456749 | 4813-41 |
| 94 | TKPOD03255744 at TKPOD03255749–TKPOD03255750 | 4813-42 |
| 95 | TKH-MDL-0005456756 | 4813-43 |
| 96 | MBUSA_00120407 | 4813-44 |
| 97 | Quality Evaluation Center (QEC)" and its Sales Operations Southern Regional Office | 4813-45 |
| 98 | Mercedes-Benz Careers/Locations | 4813-46 |
| 99 | CUST021_PRIV00008205 | |
| 100 | CUST021_PRIV00005285 | |
| 101 | CUST021_PRIV00011193 | |
| 102 | CUST021_PRIV00011195 | |
| 103 | CUST021_PRIV00011196 | |
| 104 | CUST021_PRIV00006912 | |
| 105 | CUST038_PRIV00896267 | |
| 106 | CUST038_PRIV00862891 | |
| 107 | CUST021_PRIV00008206 | |
| 108 | Mathias Jens Xing Profile | 4813-56 |
| 109 | Florian Hohenwarter LinkedIn Profile | 4813-57 |

| 110 | Hannes Witte LinkedIn | 4813-58 |
|---|---|---|
| 111 | Jobs Mercedes-Benz Engineering/Power Train Chassis | 4814-1 |
| 112 | Mike Capps LinkedIn | 4814-2 |
| 113 | TKPOD00303817 | 4814-3 |
| 114 | CUST129_PRIV00017544 | |
| 115 | MBUSI – Supplier Quality Engineering LinkedIn Job Posting – mid-2023 | 4814-5 |
| 116 | CUST021_PRIV00005285 | |
| 117 | TKPOD03316459 | 4814-7 |
| 118 | TKPOD03346422 | 4814-8 |
| 119 | CUST038_PRIV00093195 | |
| 120 | CUST038_PRIV00093201 | |
| 121 | CUST038_PRIV00093198 | |
| 122 | CUST038_PRIV00093199 | |
| 123 | CUST038_PRIV00093200 | |
| 124 | CUST038_PRIV00093202 | |
| 125 | CUST038_PRIV00093197 | |
| 126 | Claus Falcke LinkedIn Profile | 4814-16 |
| 127 | Lisa Hutchins LinkedIn Profile | 4814-17 |
| 128 | Andrew Lewandowski LinkedIn Profile | 4814-18 |
| 129 | Andre Vignola LinkedIn | 4814-19 |
| 130 | CUST038_PRIV00093196 | |
| 131 | Mercedes-Benz Careers/About us/Locations website information | 4814-21 |

| 132 | Mercedes-Benz Careers/About us/Locations website information | 4814-22 |
|---|---|---|
| 133 | Mercedes-Benz Careers/About us/Locations website information | 4814-23 |
| 134 | TKPOD00701241 | 4814-24 |
| 135 | TKPOD01450996 | 4814-25 |
| 136 | Srinivas Yalamanchi LinkedIn Profile | 4814-26 |
| 137 | TKPOD04142622 | 4814-27 |
| 138 | TKPOD04142625 | 4814-28 |
| 139 | TKPOD04263042 | 4814-29 |
| 140 | TKPOD01655024 | 4814-30 |
| 141 | Deposition Transcript of Lowery | 4814-31 |
| 142 | Deposition Transcript of Gunther | 4814-32 |
| 143 | NHTSA's Historical Timeline | 4814-33 |
| 144 | Honda's Part 573 Safety Recall Report, Recall No. 08V-593 | 4814-34 |
| 145 | TKH-MDL-0004797575 | 4814-35 |
| 146 | TKH-MDL-0004798689 | 4814-36 |
| 147 | MBUSA_00059256 | 4814-37 |
| 148 | MBUSA_00059257 | 4814-38 |
| 149 | Michael Scott LinkedIn Profile | 4814-39 |
| 150 | TKH-MDL-0004797578 | 4814-40 |
| 151 | TKH-MDL0001974929 | 4814-41 |
| 152 | TKH_MDL0000005581 | 4814-42 |
| 153 | TKH-MDL-0004798740 | 4814-43 |
| 154 | Brunner 2020 Dep. Tr. Ex. 21 | 4814-44 |

| 155 | MBUSA_00153281 | 4815-01 |
| --- | --- | --- |
| 156 | MBUSA_00094226 | 4815-02 |
| 157 | MBUSA_00094222 | 4815-03 |
| 158 | MBUSA_00094223 | 4815-04 |
| 159 | MBUSA_00094226 | 4815-05 |
| 160 | MBUSA_00002457 at MBUSA_00002466 - MBUSA_00002479 | 4815-06 |
| 161 | MBUSA_00000596 | 4815-07 |
| 162 | Third Amendment to the Coordinated Remedy Order, MBUSA_00001453 -1520 | 4815-08 |
| 163 | MBUSA_00000405 | 4815-09 |
| 164 | Brunner 2020 Dep. Tr. Ex. 26 | 4815-10 |
| 165 | MBUSA_00152970 | 4815-11 |
| 166 | MBUSA_00092893 | 4815-12 |
| 167 | MBUSA_00092878 | 4815-13 |
| 168 | MBUSA_00155814 | 4815-14 |
| 169 | MBUSA_00083957 | 4815-15 |
| 170 | MBUSA_00000266 | 4815-16 |
| 171 | MBUSA_00152825 | 4815-17 |
| 172 | MBUSA_00098452 | 4815-18 |
| 173 | PowerPoint-Präsentation | 4815-19 |
| 174 | Daimler Supplier Magazine January 2010 | 4815-20 |
| 175 | PowerPoint-Vorlage | 4815-21 |

| 176 | On January 30, 2018, a copy of a statutory notice letter, was mailed to MBUSA. | 4815-22 |
|---|---|---|
| 177 | MBUSA also received a statutory notice letter dated November 28, 2017, to which its counsel responded in a letter dated December 5, 2017. | 4815-23 |

Dated: August 2, 2024

Respectfully submitted,
**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
Matthew P. Weinshall (FBN 84783)
SunTrust International Center
One S.E. Third Ave., Suite 2300
Miami, Florida 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
Email:
    apodhurst@podhurst.com
    srosenthal@podhurst.com
    mweinshall@podhurst.com
    adelriego@podhurst.com

***Chair Lead Counsel for Plaintiffs***

| | |
|---|---|
| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **SMITH LACIEN LLP**<br>Todd A. Smith<br>tsmith@smithlacien.com<br>70 W Madison St Suite 5770,<br>Chicago, IL 60602<br>(312) 509-8900<br><br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| **BOIES SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>Fax: (914) 749-8300<br>Email: dboies@bsfllp.com<br>       mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: (305) 539-8400<br>Fax: (305) 539-1307<br>Email: szack@bsfllp.com<br>       mheise@bsfllp.com<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T: 415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br><br>*Plaintiffs' Steering Committee* |

| | |
|---|---|
| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC**<br>James E. Cecchi<br>jcecchi@carellabyrne.com<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>T: 973 994-1700<br>f: 973 994-1744<br><br>*Plaintiffs' Steering Committee* | **BARON & BUDD, PC**<br>Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@bardonbudd.com<br>Mark Pifko<br>mpifko@baronbudd.com<br>15910 Ventura Blvd.,<br>Suite 1600<br>Encino, CA 91436<br>T: 818-839-2333<br><br>J. Burton LeBlanc<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>T: 225-761-6463<br><br>*Plaintiffs' Steering Committee* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Peter Prieto*
     Peter Prieto