# **EXHIBIT 1**

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                           MDL NO.: 2599
 3              MASTER FILE NO.: 15-MD-2599-MORENO
               S.D. FLA. CASE NO.: 14-CV-24009-MORENO
 4
     IN RE:
 5
     TAKATA AIRBAG PRODUCT LIABILITY             Courtroom 12-2
 6   LITIGATION,
                                                 Miami, Florida
 7
                                                 May 29, 2024
 8
     ==========================================================
 9
                    PROCEEDINGS ON ORAL ARGUMENTS
10           BEFORE THE HONORABLE FEDERICO A. MORENO
                SENIOR UNITED STATES DISTRICT JUDGE
11   ==========================================================
12   APPEARANCES:
     FOR PLAINTIFFS:        PETER PRIETO, ESQ.
13                          MATTHEW P. WEINSHALL, ESQ.
                            Podhurst Orseck, P.A.
14                          One Southeast Third Avenue
                            Suite 2300
15                          Miami, Florida 33131
                                               305-358-2800
16                                       Fax:  305-358-2382
17                          ROBERT MARTINEZ, ESQ.
                            Colson Hicks Eidson, P.A.
18                          255 Alhambra Circle
                            Penthouse
19                          Coral Gables, Florida 33134
                                               305-476-7400
20                                       Fax:  305-476-7444
21                          ANDREW L. BEYDA, ESQ.
                            Boies, Schiller & Flexner LLP
22                          100 Southeast 2nd Street
                            Suite 2800
23                          Miami, Florida 33131
                                               305-539-8400
24                                       Fax:  305-539-1307
25
```

```
 1  they are in the pending class certification opposition where
 2  plaintiffs do have two briefs.
 3          THE COURT:  Do you want to write something, too --
 4          MR. YOSHINO:  Well, what I would submit --
 5          THE COURT:  -- or you don't?
 6          MR. YOSHINO:  -- is that we are dealing with 18 states
 7  and I think 23 claims, or something of that nature, so --
 8          THE COURT:  How do you all divide up the stuff?
 9          MR. KNAPP:  Draw straws.
10          MR. YOSHINO:  Yeah.  But, you know, I think given the
11  fact that we've dealing with so many states, we would perhaps
12  ask for 40 pages in the summary judgment motion.
13          THE COURT:  Do you think some of your points are
14  stronger for certain plaintiffs and certain states?
15          MR. YOSHINO:  Well, I mean --
16          THE COURT:  You won't even yield that?  You don't even
17  think your case is stronger in certain places with certain
18  plaintiffs?
19          MR. YOSHINO:  I mean, I think that we're entitled to
20  summary judgment on all of them, Your Honor.
21          THE COURT:  All of them.  I know, you're not giving up
22  anything.
23          MR. YOSHINO:  Sure.
24          THE COURT:  Some are stronger than others.
25          MR. YOSHINO:  I think the arguments are different as
```

1  to the individual plaintiffs.
2          THE COURT: But they're not stronger in certain places.
3  They are all the same.
4          MR. YOSHINO: There are more arguments for some of the
5  plaintiffs. That would be maybe a way of saying it.
6          THE COURT: More arguments, all of equal strength.
7  Okay. All right. And you've made them already.
8          MR. YOSHINO: Well, Your Honor --
9          THE COURT: You haven't made them.
10         MR. YOSHINO: Sorry. Excuse me.
11         THE COURT: See? You want to be able to respond to
12 what they file next week?
13         MR. YOSHINO: I think it would be sufficient for us to
14 get an extension of the page limits on our motion.
15         THE COURT: Of the page limits.
16         MR. YOSHINO: Yes, correct. That's what I'm asking
17 for.
18         THE COURT: Oh, that's a different issue.
19         MR. YOSHINO: Yes.
20         THE COURT: Okay. I mean, that's probably reasonable
21 unless you would divide it up. If you wanted to divide it and
22 see, I think -- what I was getting to is, if I could corner you
23 into telling me these are our strong arguments, they're all
24 strong, but these are the strongest arguments, these are the
25 stronger arguments, and these are the strong arguments based

1  upon what you've done before.

2           You divide it up like that, that would help me begin
3  thinking and writing about what you perceive to be the strongest
4  arguments, but if you're telling me they're all strong, Judge,
5  they're all strong -- but one is stronger than the other, don't
6  you think?

7           MR. YOSHINO:  So --

8           THE COURT:  Not every state is the same, or if you can
9  do it by state, then I can concentrate on the states that are --

10          MR. YOSHINO:  I mean, certainly not every state is the
11 same.  So just to ask I guess --

12          THE COURT:  You're better off in some states than
13 others, right?

14          MR. YOSHINO:  I'm sorry?

15          THE COURT:  You're better off as a defendant in some
16 states than others based upon the powerful interest with the
17 State Legislatures.  That's the truth.

18          MR. YOSHINO:  We certainly have more arguments as to
19 some states than others, but is Your Honor proposing that we
20 sort of phase the briefing in some way or another?

21          THE COURT:  No.  If you want to divide it up among
22 yourselves, then I give you a deadline for certain things that
23 is shorter but, you know, I don't want to manage how your time
24 is --

25          MR. YOSHINO:  I think it is probably easier for us to

1  do one brief because it will also help us to, you know, perhaps
2  state the point more fully as to some state or some plaintiff,
3  and then summarize it as to other states and other plaintiffs.
4  I think that would result in Your Honor having less paper.
5              THE COURT:  You'd want no page limitation.
6              MR. YOSHINO:  No, Your Honor, I think 40 -- we would
7  request 40 at this point.
8              THE COURT:  All right.  And you have no problem with
9  that, the plaintiffs, right?
10             MR. PRIETO:  As long as we get the equal --
11             THE COURT:  Of course you get 40, equal everything.
12             MR. PRIETO:  40/40.  And the reply is?
13             THE COURT:  Well, we haven't even gotten to that
14 because someone suggested five pages.
15             MS. SMITH:  I'm sorry.
16             MR. YOSHINO:  Your Honor, we do have a few more claims
17 than GM at issue.
18             THE COURT:  For a reply.
19             MR. YOSHINO:  Well, just in general, we have a few more
20 claims than GM does, so...
21             MS. SMITH:  Yes, and obviously defer to the Court.
22             THE COURT:  Where is my white flag?
23             MR. YOSHINO:  I suppose we'd ask for 20 on the reply.
24             THE COURT:  Sure.  See, that's the only time I regret
25 not being an appellate judge; pages, lines, and all of that, but

83

```
 1            MR. YOSHINO:  Thank you, Your Honor.
 2            MR. PRIETO:  Thank you, Your Honor.
 3            THE COURT:  We're in recess.
 4       (The hearing concluded at 11:55 a.m.:)
 5
 6                      C E R T I F I C A T E
 7       I hereby certify that the foregoing is an accurate
 8  transcription of proceedings in the above-entitled matter.
 9
10  _____            _____
         DATE                 GILDA PASTOR-HERNANDEZ, RPR, FPR, FPR-C
11                            Official United States Court Reporter
                              Wilkie D. Ferguson Jr. U.S. Courthouse
12                            400 North Miami Avenue, Suite 12-2
                              Miami, Florida  33128     305.523.5118
13                            gphofficialreporter@gmail.com
14
15
16
17
18
19
20
21
22
23
24
25
```