# EXHIBIT 1

| | |
|---|---|
| **From:** | MATT P. WEINSHALL |
| **To:** | Cantero, Raoul; PETER PRIETO |
| **Cc:** | Knapp, Eric Jonathan; Troy Yoshino (tyoshino@winston.com) |
| **Subject:** | RE: In re Takata MDL -- MBUSA -- response to MBUSA"s statement of facts |
| **Date:** | Tuesday, August 6, 2024 10:24:00 AM |
| **Attachments:** | image001.png |

Raoul,

For the initial round of summary judgment briefing, the parties agreed that defendants needed 50 pages for their statements of fact, Plaintiffs needed 75 pages for their responses, and Defendants needed 40 pages for their replies, and the court extended the page limits accordingly. The order also noted that, if plaintiffs' additional facts exceeded 40 pages, the defendants were entitled to exceed 40 pages to the same extent.

We think that extension, or at a minimum the rationale for it, applies here as well. Particularly since MBUSA has made such a big deal about its purported lack of knowledge, Plaintiffs need the additional space to describe the evidence establishing MBUSA's knowledge. While I understand why MBUSA would wish to restrict our ability to present that evidence, insisting on a 5-page limit is clearly unreasonable. Nor would it be appropriate to characterize any motion regarding the page limit as an "emergency," as your email suggested.

Under the earlier order on page limits still applies, MBUSA has at least 40 pages for its reply. If MBUSA thinks it needs additional space, we would consider not opposing a reasonable request to extend the page limit. Likewise, if you do not believe that the earlier order applies, we are willing to either jointly or on our own move the court to expand the page limits in accordance with the earlier order. Please let us know how you wish to proceed, or if you'd like to set up a call to discuss.   Thanks.

--Matt

**From:** Cantero, Raoul <raoul.cantero@whitecase.com>
**Sent:** Monday, August 5, 2024 4:23 PM
**To:** PETER PRIETO <PPrieto@podhurst.com>; MATT P. WEINSHALL <MWeinshall@PODHURST.com>
**Cc:** Knapp, Eric Jonathan <EKnapp@winston.com>; Troy Yoshino (tyoshino@winston.com) <tyoshino@winston.com>
**Subject:** In re Takata MDL -- MBUSA -- response to MBUSA's statement of facts

Counsel:

We are in receipt of plaintiffs' filed response to MBUSA's statement of facts, which includes about 40 pages of additional facts.  In addition to the fact that plaintiffs' Friday filings violated the court-ordered 2 pm ET deadline, including 40 pages of additional facts is a

clear violation of the local rules, which explicitly limit additional facts to five pages.  See Local Rule 56.1(b)(2)(D) ("The additional facts shall be separately titled as 'Additional Facts' and may not exceed five (5) pages").

Plaintiffs must immediately correct this violation by withdrawing the filed statement of facts and filing an amended statement of facts that complies with the local rules.  Please let us know if you agree to withdraw the statement by tomorrow, Tuesday August 6, at noon.  If you will not agree to withdraw the statement and file an amended statement that complies with the local rules, we plan to file an emergency motion to strike pursuant to Local Rule 56.1(d).

**Raoul G. Cantero**  |  Partner
T  +1 305 995 5290     E  raoul.cantero@whitecase.com
White & Case LLP  |  Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900  |  Miami, FL 33131-2352
**WHITE & CASE**

===============================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available here.

===============================================================================