# EXHIBIT 2

| | |
|---|---|
| **From:** | MATT P. WEINSHALL |
| **To:** | Knapp, Eric Jonathan; Troy Yoshino (tyoshino@winston.com); Cantero, Raoul |
| **Cc:** | PETER PRIETO |
| **Subject:** | In re Takata MDL -- MBUSA -- Service of Confidential Documents |
| **Date:** | Friday, August 2, 2024 8:21:00 PM |
| **Attachments:** | image001.png |

Counsel,

Our summary judgment response cited a number of documents that were produced by the bankrupt Takata entities under the agreed confidentiality and Rule 502(d) protocol. As we are still awaiting confirmation about the public filing of the documents, we did not file them on the public docket with our response today and are serving them on MBUSA via the link below. Once we receive confirmation, we will either file them on the public docket or seek permission to file them under seal. Please let us know if you have any trouble accessing the documents. Thanks.

--Matt

📁 Takata - Exhibits not filed with the Court on 8-2-2024


**Matthew P. Weinshall**
**Podhurst** Orseck **P.A**.
One S.E. 3rd Ave., Suite 2300
Miami, FL 33131
Office: (305) 358-2800
Fax: (305) 358-2382
Email: mweinshall@podhurst.com