# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates to All Economic Loss Class Actions and:<br><br><br>STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | MDL No. 2599<br><br>Master File No. 15-MD-2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

## SUGGESTION OF DEATH OF JOHN PHILLIPS

                                                Raoul G. Cantero
                                                Jaime A. Bianchi
                                                WHITE & CASE LLP
                                                200 South Biscayne Blvd., Suite 4900
                                                Miami, FL 33131-2352
                                                Telephone: (305) 371-2700
                                                Facsimile: (305) 358-5744

                                                Troy M. Yoshino
                                                Eric J. Knapp
                                                WINSTON & STRAWN LLP
                                                101 California Street, Suite 3500
                                                San Francisco, CA 94111-5840
                                                Telephone: (415) 591-1000
                                                Facsimile: (415) 591-1400

                                                *Attorneys for Defendant*
                                                *Mercedes-Benz USA, LLC*

Pursuant to Federal Rule of Civil Procedure 25, the undersigned counsel hereby files this Suggestion of Death and notifies the Court that Plaintiff John Phillips passed away on February 9, 2023. Mercedes-Benz USA, LLC ("MBUSA") learned of Mr. Phillips' death when preparing its Motion for Summary Judgment, filed July 12, 2024 (D.E. 4800), through a public announcement. *See John "Jack" Fredrick Phillips*, Vernonia's Voice (Mar. 9, 2023), https://www.vernoniasvoice.com/obituaries/john-jack-fredrick-phillips-august-29-1934-february-9-2023/article_d21aaf54-beb6-11ed-8acb-ff1355ea1e23.html.

Dated: August 9, 2024

Respectfully submitted,

*/s/ Raoul G. Cantero*
Raoul G. Cantero (Florida Bar No. 552356)
raoul.cantero@whitecase.com
Jaime A. Bianchi (Florida Bar No. 908533)
jbianchi@whitecase.com
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino (*admitted pro hac vice*)
TYoshino@winston.com
Eric J. Knapp (*admitted pro hac vice*)
EKnapp@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      By: */s/ Raoul G. Cantero*
           Raoul G. Cantero

2