## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates to All Economic Loss Class Actions and:<br><br><br><br>STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | MDL No. 2599<br><br>Master File No. 15-MD-2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

## SUGGESTION OF DEATH OF THERESA M. RADICAN

    Raoul G. Cantero
    Jaime A. Bianchi
    WHITE & CASE LLP
    200 South Biscayne Blvd., Suite 4900
    Miami, FL 33131-2352
    Telephone: (305) 371-2700
    Facsimile: (305) 358-5744

    Troy M. Yoshino
    Eric J. Knapp
    WINSTON & STRAWN LLP
    101 California Street, Suite 3500
    San Francisco, CA 94111-5840
    Telephone: (415) 591-1000
    Facsimile: (415) 591-1400

    *Attorneys for Defendant*
    *Mercedes-Benz USA, LLC*

Pursuant to Federal Rule of Civil Procedure 25, the undersigned counsel hereby files this Suggestion of Death and notifies the Court that Plaintiff Theresa M. Radican passed away on July 19, 2023.  Mercedes-Benz USA, LLC ("MBUSA") learned of Ms. Radican's death when preparing its Motion for Summary Judgment, filed July 12, 2024 (D.E. 4800), through a public announcement.  *See Theresa M. Radican Obituary*, Barrett & Cotter (July 19, 2023), https://www.barrettandcotter.com/obituaries/Theresa-M-Radican?obId=28516351.

Ms. Radican's estate was closed on August 23, 2023, without the appointment of a personal representative.  *See* Order of Summary Administration, *In re Radican*, No. 2023CP001178 (Fla. Cir. Ct. Aug. 23, 2023), D.E. 20; *see id.*, D.E. 23 ("CASE CLOSED").  Substitution, if sought at this late stage in the litigation—over six years since Ms. Radican first filed her claims in 2018 (D.E. 2430)—should be denied due to the prejudice against MBUSA.

Dated: August 9, 2024

Respectfully submitted,

*/s/ Raoul G. Cantero*
Raoul G. Cantero (Florida Bar No. 552356)
raoul.cantero@whitecase.com
Jaime A. Bianchi (Florida Bar No. 908533)
jbianchi@whitecase.com
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino (*admitted pro hac vice*)
TYoshino@winston.com
Eric J. Knapp (*admitted pro hac vice*)
EKnapp@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Raoul G. Cantero*
Raoul G. Cantero

2