**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: <br><br> **TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION** <br><br> This Document Relates to *Whitaker et al. v. General Motors Co. et al.* | MDL No. 2599 <br><br> Master File No. 15-MD-2599-MORENO <br><br> S.D. Fla. Case No. 1:14-CV-24009-FAM (Economic Loss Track) |

**DECLARATION OF SAM IKARD IN SUPPORT OF GENERAL MOTORS LLC'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

I, Sam Ikard, an attorney admitted *pro hac vice* to practice before this Court, hereby declare under penalty of perjury as follows:

1. I am a partner in the firm of Kirkland & Ellis LLP and counsel for General Motors LLC, General Motors Holding Company, and General Motors Holdings LLC (collectively, "New GM") in the above-captioned matter.

2. I make this Declaration in support of General Motors LLC's Reply in Support of Its Motion for Summary Judgment. The following fact is within my personal knowledge, and if called, I would testify as follows.

3. Attached hereto as Exhibit A is a true and correct copy of the Petition for Redhibition in the matter of *Philip A. Franco v. Mercedes-Benz USA, LLC,* Case No. 767659 (La. Dist. Ct. Dec. 12, 2016).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  August 9, 2024                    */s/ Sam Ikard*
                                                          Sam Ikard

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, I electronically filed the foregoing Declaration using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

By: */s/ Nadia Abramson*
Nadia Abramson