# Exhibit A

FILED FOR RECORD 12/22/2016 11:09:22
Brooke L. Camardelle, DY CLERK
JEFFERSON PARISH, LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

No. 767659

DIVISION " "

### PHILIP A. FRANCO

versus

### MERCEDES-BENZ USA, LLC

FILED:_____          _____
                                    DEPUTY CLERK

### PETITION FOR REDHIBITION

The petition of Philip A. Franco, a person of the full age of majority and resident of and domiciled in the Parish of Jefferson, State of Louisiana, respectfully represents:

1.

Made defendant herein is Mercedes-Benz USA, LLC, a foreign corporation authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

2.

On January 22, 2013, Petitioner purchased a 2010 Mercedes-Benz GL450 SUV (VIN #4JGBF7BEXAA577442) for FORTY-SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($47,500.00) plus taxes, license fees and other charges, which was manufactured and distributed by Mercedes-Benz USA, LLC.

3.

Petitioner also purchased an extended warranty issued by Mercedes-Benz USA, LLC on the vehicle.

4.

In May, 2016, Petitioner received a Safety Recall letter from Mercedes-Benz USA, LLC advising petitioner that a "defect" exists in the driver side airbag in the vehicle which "could result in metal fragments striking the driver or other occupants, possibly causing serious injury or death." The Notice went on to advise there is no current suitable replacement available to remedy this defect. (See Exhibit 1 attached hereto.)

1

5.

On May 16, 2016, Petitioner responded to the recall notice expressing disbelief that he was advised of an existing defect that could result in serious injury or death and yet was expected to continue to use the vehicle. Petitioner consequently demanded Mercedes-Benz USA, LLC repurchase the vehicle or provide a loaner until the defect was eliminated. (See Exhibit 2 attached hereto.)

6.

A representative of Mercedes-Benz USA, LLC responded to Petitioner's letter by telephone and declined Petitioner's demands.

7.

The defect in the driver side airbag constitutes a redhibitory defect pursuant to LSA C.C. art. 2520 in that it renders use of the vehicle either useless or so inconvenient that it must be presumed petitioner would not have bought it had he known of the defect. The defect also renders the vehicle unreasonably dangerous under the provisions of LSA-R.S. 2800.51 *et seq*.

8.

Mercedes-Benz USA, LLC is deemed to know the vehicle has a redhibitory defect.

9.

Because Mercedes-Benz USA, LLC is deemed to know the vehicle has a redhibitory defect and because there is no current remedy to correct the defect, Mercedes-Benz USA, LLC is liable to petitioner for return of the price with interest from the time it was paid and all reasonable expenses occasioned by the sale and for damages and reasonable attorney's fees.

10.

Mercedes-Benz USA, LLC is also liable for breach of the extended warranty issued for the vehicle by failing to remedy the admitted defect.

11.

Mercedes-Benz USA, LLC is also liable for additional damages, including emotional distress, as a result of the vehicle being unreasonably dangerous.

**WHEREFORE,** Plaintiff prays that Defendant, Mercedes-Benz USA, LLC, be duly cited and served with a copy of this petition and that after due proceedings be had, there be judgment herein in favor of Petitioner, Philip A. Franco, and against Defendant in the true and full sum of the total purchase price paid for the vehicle (plus taxes, license fees and other

charges), plus all other damages suffered, including emotional distress, together with legal interest from the time the purchase price was paid, for all costs of these proceedings, attorney's fees, and for all general and equitable relief.

Respectfully submitted,

PHILIP A. FRANCO, Bar #5819, Plaintiff
4500 One Shell Square
New Orleans, LA 70139
Telephone:   (504) 585-0291

**PLEASE SERVE:**

MERCEDES-BENZ USA, LLC
Through its registered agent:
C T CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, LA 70816

3

A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.