UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
MDL No. 2599
Master File No.: 15-MD-02599-MORENO

IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
ECONOMIC LOSS TRACK CASES

**NOTICE OF FILING CROSS-REFERENCE LIST OF EXHIBITS FOR PLAINTIFFS' RESPONSE TO MBUSA'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs filed their response to MBUSA's motion for summary judgment on August 2, 2024. (ECF Nos. 4805, 4808, 4818-1.) Plaintiffs cited 177 exhibits in support of their response and filed most of the exhibits on the public docket via CM/ECF on the same day. (ECF Nos. 4811, 4812, 4813, 4814, 4815, and 4817.) Several exhibits, however, could not be filed publicly at that time due to confidentiality and privilege designations. Plaintiffs, therefore, served MBUSA with the exhibits on August 2 and sought to negotiate the public filing of them. Plaintiffs now have obtained consent to publicly file these documents, and thus are hereby filing the exhibits referenced below as attachments to this notice.

| EXHIBIT NO. | EXHIBIT NAME | ECF No. |
|---|---|---|
| 3 | CUST038_PRIV00093198 | 4830-1 |
| 68 | CUST038_PRIV00086545 | 4830-2 |
| 69 | CUST038_PRIV00086546 | 4830-3 |
| 75 | CUST162_PRIV00000130 | 4830-4 |

1

| | | |
|---|---|---|
| 78 | CUST007_PRIV00006310 | 4830-5 |
| 87 | CUST021_PRIV00016231 | 4830-6 |
| 88 | CUST038_PRIV00896316 | 4830-7 |
| 89 | CUST038_PRIV00896317 | 4830-8 |
| 90 | CUST038_PRIV00896321 | 4830-9 |
| 99 | CUST021_PRIV00008205 | 4830-10 |
| 100 | CUST021_PRIV00005285 | 4830-11 |
| 101 | CUST021_PRIV00011193 | 4830-12 |
| 102 | CUST021_PRIV00011195 | 4830-13 |
| 103 | CUST021_PRIV00011196 | 4830-14 |
| 104 | CUST021_PRIV00006912 | 4830-15 |
| 105 | CUST038_PRIV00896267 | 4830-16 |
| 106 | CUST038_PRIV00862891 | 4830-17 |
| 107 | CUST021_PRIV00008206 | 4830-18 |
| 114 | CUST129_PRIV00017544 | 4830-19 |
| 116 | CUST021_PRIV00005285 | 4830-20 |
| 119 | CUST038_PRIV00093195 | 4830-21 |
| 120 | CUST038_PRIV00093201 | 4830-22 |
| 121 | CUST038_PRIV00093198 | 4830-23 |
| 122 | CUST038_PRIV00093199 | 4830-24 |
| 123 | CUST038_PRIV00093200 | 4830-25 |
| 124 | CUST038_PRIV00093202 | 4830-26 |
| 125 | CUST038_PRIV00093197 | 4830-27 |

| 130 | CUST038_PRIV00093196 | 4830-28 |
|---|---|---|

Dated: August 12, 2024

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
Matthew P. Weinshall (FBN 84783)
SunTrust International Center
One S.E. Third Ave., Suite 2300
Miami, Florida 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: pprieto@podhurst.com
apodhurst@podhurst.com
srosenthal@podhurst.com
mweinshall@podhurst.com

*Chair Lead Counsel for Plaintiffs*

| | |
|---|---|
| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **SMITH LACIEN LLP**<br>Todd A. Smith<br>tsmith@smithlacien.com<br>70 W Madison St Suite 5770,<br>Chicago, IL 60602<br>(312) 509-8900<br><br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| **BOIES SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel:  (914) 749-8200<br>Fax:  (914) 749-8300<br>Email: dboies@bsfllp.com<br>            mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel:  (305) 539-8400<br>Fax:  (305) 539-1307<br>Email: szack@bsfllp.com<br>            mheise@bsfllp.com<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T:     415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br><br>*Plaintiffs' Steering Committee* |

| | |
|---|---|
| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC**<br>James E. Cecchi<br>jcecchi@carellabyrne.com<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>T: 973 994-1700<br>f: 973 994-1744<br><br>*Plaintiffs' Steering Committee* | **BARON & BUDD, PC**<br>Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@bardonbudd.com<br>Mark Pifko<br>mpifko@baronbudd.com<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436<br>T: 818-839-2333<br><br>J. Burton LeBlanc<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>T: 225-761-6463<br><br>*Plaintiffs' Steering Committee* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Peter Prieto*
        Peter Prieto