# EXHIBIT NO. 3

Case 1:15-md-02599-FAM Document 4588-1 Entered on FLSD Docket 12/20/2024 Page 2 of 55
CONFIDENTIAL - SUBJECT TO ATTORNEYS' EYES ONLY MBUSA-TK-PDD0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)





# QEC Tool Training

## QEC 2014 Supplier Day

Heiko Saupe, QEC Tool Administrator
Q/EC | April 8, 2014

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4318-3 Entered on FLSD Docket 12/12/2023 Page 3 of 1
CONFIDENTIAL-SAN DIEGO ATTORNEYS' EYES ONLY - KPS-000001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

- Logon to Covisint and access the QEC Tool

Case 1:15-md-02599-FAM CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER Document 4388-3 Entered on FLSD Docket 05/12/2023 Page 4 of TKP-0D0001

QEC Tool Training

# Processing field returned parts within the QEC Tool



Select „QEC-Tool"

3 QEC Tool Training I Heiko Saupe I QEC 2014 Supplier Day I April 8, 2014

Mercedes-Benz

CONFIDENTIAL - SAN DATA - ATTORNEYS' EYES ONLY - TKP0001

QEC Tool Training

# Processing field returned parts within the QEC Tool

| Summary | History | Attachments |
| --- | --- | --- |

**?**

## Inspection report summary

### Selection of inspection reports

| Inspection report number | | Open |
| Reclaimed part reference number | | Open |

### Undone inspection reports

| Export | Select all | Select none | Import |

| | Inspection report number | Amount of reclaimed parts | Due date |
| --- | --- | --- | --- |
| ☐ | 389255 | 3 | 10/11/2013 |

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

- Select the appropriate Inspection Report

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

| Summary | History | Attachments | ? |

## Inspection report summary

### Selection of inspection reports

| Inspection report number | | | Open |
| Reclaimed part reference number | | | Open |

| Export | Select all | Select none | Import |

### Undone inspection reports

| | Inspection report number | Amount of reclaimed parts | Due date |
| □ | 389255 | 3 | 10/11/2013 |

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

- Confirm receipt of the parts

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



**Attention:**

After confirming the receipt of the parts there are 28 days for investigation

Case 1:15-md-02599-FAM Document 4399-5 Entered on FLSD Docket 03/21/2023 Page 10 of 001
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER-ATTORNEYS' EYES ONLY-MODEL001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

- Date of receipt saved successfully.

**Edit** | **Files**

Home | Complete | Export | Import

**Edit inspection report - header**

| | |
|---|---|
| Inspection report number | 389255 | Inspection report version 1 |
| Contact person | Andy Newborn, Phone +1 904 8282721, foo.bar@daimler.com |
| Text | For tracing go to http://www.fedex.com/us/national/main/ |
| Date of receipt | 9/10/2013 | Due date for report 10/6/2013 |
| Search reference number | Open |

**Shipping information**

Date of shipment 9/10/2013

Shipping company | Save | Select all | Tracking# | Apply | Select none

**Reclaimed parts**

| Processed | Ref. no. | Part number | Denotation | Accepted | ntf | Cust.a.fault | Consent | Delayed | Log delayed | Root cause required | Vendor return shipment | Date of shipment | Shipping company | Tracking# | Apply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| × | 211300481 | A164320273 | SHOCK ABSORBER ADS | ✓ | ✓ | | | | | □ | | | | | |
| × | 211300483 | A164320273 | SHOCK ABSORBER ADS | ✓ | ✓ | ✓ | | | | □ | | | | | |
| × | 211300600 | A164320163 REAR | SHOCK ABSORBER REAR | ✓ | | | | | | □ | | | | | |

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4399-3 Entered on FLSD Docket 03/12/2023 Page 11 of 001
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER-ATTORNEYS' EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

- Select a certain part in the inspection report

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4809-8 Entered on FLSD Docket 09/02/2023 Page 12 of 55
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER MBUSA-TK-00001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



Mercedes-Benz

Case 1:15-md-02599-FAM Document 4809-3 Entered on FLSD Docket 03/07/2023 Page 13 of 001
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

- <u>Enter the master data of the returned part</u>

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4809-9 Entered on FLSD Docket 03/12/2023 Page 14 of 001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS EYES ONLY - MBUSA-TK-PLD-0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

Compare the part number shown in the tool with the one on the part and correct if necessary.

| Reclaimed part | | | | | |
|---|---|---|---|---|---|
| Inspection report | 389255 | | Ref. no. | 211500481 | |
| Complaint | Patern. | | | | Home |
| Response from Daimler | | | | | |
| FIN (Branch) | 164B231A771771 (MEC) | VIN | | | Inspection report |
| Date of registration | 12/19/2011 | Date of repair | | QMS part number | |
| Q-level | | Serial number | | Country code | Germany |
| Date of manufacture | | Supplier part number | | Date of production | 10/12/2011 |
| Analysis | | | | Engine s.No. | 642B241197517 |
| Root cause | | | | Mileage [km] | 43701 |
| Immediate measures | | | | Software version | |
| Replacement part | A164-3203031 | File name 8D | | Hardware version | |
| Vendor return required | Yes  No | | | | |
| Statement of Daimler AG | Accepted  no trouble found | Customer at fault  Delayed | | | |
| Supplier's statement | Accepted  no trouble found | Customer at fault  Delayed | Part relevant for acceptance rate | Yes  No | |
| Field 1 | | Field 2 | | | |
| Field 3 | | Field 4 | | | |
| Field 5 | | | | | |

QMS part number: A164202731

QEC Tool Training

# Processing field returned parts within the QEC Tool

- <u>Processing the analysis and data entry</u>

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4809-8 Entered on FLSD Docket 03/03/2023 Page 16 of 55
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - OUTSIDE ATTORNEYS' EYES ONLY - TK-PLD-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



Different steps of analysis

Identified root causes

Corrective action with implementation date

Mercedes-Benz

Case 1:15-md-02599-FAM   Document 4889-1   Entered on FLSD Docket 08/31/2023   Page 17 of 1001
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER – ATTORNEYS' EYES ONLY   MB-TK-POD 001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

Reclaimed part

| Field | Value | | |
|---|---|---|---|
| Inspection report | 388255 | Ref. no. | 211300481 |

`< 1/3 >` Home | Inspection report | Save | Complete | Cancel

| Field | Value |
|---|---|
| Complaint | Pattern |
| Response from Daimler | |
| FIN (Branch) | 1644231A771771 (MBC) |
| Date of registration | 12/19/2011 |
| Q-level | 4 |
| Date of manufacture | 01/18/2012 |

| | | |
|---|---|---|
| VIN | | QUIS part number | A1643202731 |
| Date of repair | 4/29/2013 | Country code | Germany |
| Serial number | xxx | Date of production | 10/12/2011 |
| Supplier part number | xxx | Engine S.No. | 642822419751 |
| | | Mileage [km] | 43701 |
| | | Software version | 3 |
| | | Hardware version | 1 |

| Field | Value |
|---|---|
| Analysis | Analysis steps processed |
| Root cause | Root cause |
| Immediate measures | Corrective action |
| Replacement part | A1643203031 |

File name BD

| Field | Value |
|---|---|
| Vendor return required | ◯ Yes ◯ No |
| Statement of Daimler AG | ◉ Accepted ◯ no trouble found ◯ Customer at fault |
| Supplier's statement | ◉ Accepted ◯ no trouble found ◯ Customer at fault |
| Part relevant for acceptance rate | ◯ Yes ◯ No |

◯ no trouble found ◯ Customer at fault ☐ Delayed ☐ Log Delayed

| Field 1 | Field 2 |
| Field 3 | Field 4 |
| Field 5 | |

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

- Create a VDA 8D upload and update

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4898-39 Entered on FLSD Docket 08/01/2023 Page 19 of 55

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY - MBUSA-TK8DPD-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

Upload 8D Report

| Known issue? | → | Link with existing 8D, 1 : n |

- one 8D report per issue
- known issue ≠ new 8D – link with an existing 8D

| New issue | → | Create and upload new 8D |

!!! Important !!!

**Do not create a new 8D for every part**

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

On inspection report level there are the 8D reports (attachments) under „Files"

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4896-1 Entered on FLSD Docket 08/21/2023 Page 21 of 001

QEC Tool Training

# Processing field returned parts within the QEC Tool



20 QEC Tool Training I Heiko Saupe I QEC 2014 Supplier Day I April 8, 2014

Mercedes-Benz

Case 1:15-md-02599-FAM   Document 4399-8   Entered on FLSD Docket 03/01/2023   Page 22 of 56

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER – ATTORNEYS' EYES ONLY   MBUSA-TK-PROD-0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



Please notice that only files with a maximum size of 4000 KB will be accepted.

Case 1:15-md-02599-FAM CONFIDENTIAL – SUBJECT TO ATTORNEYS' EYES ONLY Document 3802-1 Page 23 Filed 01/22/2020 MBUSA-TK-000001

QEC Tool Training

# Processing field returned parts within the QEC Tool

Enter name of 8D report – 8D reports are attached on inspection report level

| Field | Value | | |
|---|---|---|---|
| Reclaimed part | | | |
| Inspection report | 388255 | Ref. no. | 211300481 |
| Complaint | Pattern. | | |
| Response from Daimler | | | |
| FIN (Branch) | 164823147I771 (MBC) | VIN | QUIS part number A164320273 1 |
| Date of registration | 12/19/2011 | Date of repair | 4/29/2013 | Country code | Germany |
| Q-level | 4 | Serial number | xxx | Date of production | 10/12/2011 |
| Date of manufacture | 1/18/2012 | Supplier part number | xxx | Engine S.No. | 6428224197517 |
| Analysis | Analysis steps processed | | Mileage [km] | 43701 |
| Root cause | Root cause | Corrective action | | Software version | 3 |
| | | | | Hardware version | 1 |

Immediate measures — Corrective action

Replacement part — A164320530 31 — File name 8D — FILENAME OF 8D REPORT

Supplier's statement: ● Accepted  ○ no trouble found  ○ Customer at fault

Statement of Daimler AG: ● Accepted  ○ no trouble found  ○ Customer at fault  ○ Delayed  ○ Log. Delayed

Vendor return required: ○ Yes  ● No

Part relevant for acceptance rate: ○ Yes  ● No

Field 1, Field 2, Field 3, Field 4, Field 5

Buttons: ‹ 1/3 › Home | Inspection report | Save | Complete | Cancel

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

## Upload 8D Report

Known issue?

Link with existing 8D, 1 : n

New issue

Create and upload new 8D

- one 8D report per issue
- known issue ≠ new 8D – link with an existing 8D

!!! Important !!!

**Do not create a new 8D for every part**

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4089-8 Entered on FLSD Docket 12/02/2023 Page 26 of 100
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY TK-PSDI001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



On inspection report level select „Files"

# Processing field returned parts within the QEC Tool



| File number | Current version | Original version | File name | |
|---|---|---|---|---|
| 553044 | 9/10/2013 | 9/10/2013 | 8D-Report_FORMULAR_with_guiding_Questions.pdf | Delete |

Upload · Assign

Edit · Files

Case 1:15-md-02599-FAM Document 4389-3 Entered on FLSD Docket 03/21/2023 Page 26 of 100
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY - MBUSA-TK-PROD-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4389-3 Entered on FLSD Docket 02/02/2023 Page 27 of 55
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER MBUSA-TK-POD-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

| Show all hits | Filter | Reset filter | Back |

| File number | File name | |
| --- | --- | --- |
| | 8D | |
| • 250 results | | |
| 201019 | 8D-Warranty 2541 A164 320 1331.doc | Assign |
| 213044 | 8D-Warranty 2757 210801545 080715.doc | Assign |
| 213045 | 8D-Warranty 2758 210801595 080715.doc | Assign |
| 213046 | 8D-Warranty 2746 210802446 080715.doc | Assign |
| 213047 | 8D-Warranty 2761 220802112 080715.doc | Assign |
| 213048 | 8D-Warranty 2751 230802725 080715.doc | Assign |
| 213049 | 8D-Warranty 2752 230802726 080715.doc | Assign |
| 213050 | 8D-Warranty 2750 230803456 080715.doc | Assign |
| 213051 | 8D-Warranty 2752 230802726 080715.doc | Assign |
| 213052 | 8D-Warranty 2748 210801375 080715.doc | Assign |

Link the existing 8D to the inspection report

Mercedes-Benz

# Processing field returned parts within the QEC Tool

Linked 8Ds with the current inspection report



| File number | Current version | Original version | File name | |
|---|---|---|---|---|
| Upload | Assign | | | |
| SS3044 | 9/10/2013 | 9/10/2013 | 8D-Report_FORMULAR_with_guiding_Questions.pdf | Delete |
| 201019 | 5/20/2008 | 5/20/2008 | 8D-Warranty 2541 A164 320 1331.doc | Delete |

Case 1:15-md-02599-FAM Document 4399-9 Entered on FLSD Docket 02/19/2023 Page 28 of 55
CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY - MBUSA-TK-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4809-8 Entered on FLSD Docket 08/01/2023 Page 29 of 55
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY - NISSAN-TAK-POD001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

... inspection report level ...

**Edit inspection report - header**

| | | | Home | Complete | Export | Import |

| Inspection report number | 389255 | | **Inspection report version** 1 |
| Contact person | Andy Newborn
Phone: +1 904 8282721.
foo.bar@daimler.com | | ☒ Completed on |
| Text | For tracing go to http://www.fedex.com/us/national/mainr/ | |
| Date of receipt | 9/10/2013 | | Due date for report | 10/8/2013 |
| Search reference number | | [ Open ] |

**Shipping Information**

| Date of shipment | 9/10/2013 📅 | Shipping company | | Tracking# | | | Apply |

[ Save ] [ Select all ] [ Select none ]

**Reclaimed parts**

| | Processed | Ref. no. | Part number | Denotation | Accepted | ntf | Custa.fault | Consent | Delayed | Log. delayed | Root cause | Root cause required | Vendor return required | Date of shipment | Shipping company | Tracking# | Apply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | | 211300481 | A164320273 | SHOCK ABSORBER ADS | ✓ | | | ✓ | | | | ☐ | | | | |
| ☒ | | 211300483 | A164320273 | SHOCK ABSORBER ADS | ✓ | | | ✓ | | | | ☐ | | | | |
| ☒ | | 211300600 | A164320163 | SHOCK ABSORBER REAR | ✓ | | | ✓ | | | | ☐ | | | | |

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4889-8 Entered on FLSD Docket 02/01/2023 Page 30 of 55
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MBUSA-TK-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

## Update of existing 8D reports

| | Summary | History | Attachments | ? |
|---|---|---|---|---|

### Inspection report summary

Selection of inspection reports

| Inspection report number | | Open |
|---|---|---|
| Reclaimed part reference number | | Open |

Undone inspection reports

| Export | Select all | Select none | Import |
|---|---|---|---|

| | Inspection report number | Amount of reclaimed parts | Due date |
|---|---|---|---|
| ☐ | 389255 | 3 | 10/8/2013 |

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4389-9 Entered on FLSD Docket 03/21/2023 Page 31 of 55
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - OUTSIDE ATTORNEYS' EYES ONLY MB-SONN-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Processing field returned parts within the QEC Tool



Mercedes-Benz

Case 1:15-md-02599-FAM Document 4389-38 Entered on FLSD Docket 02/12/2024 Page 32 of 55
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - CONFIDENTIAL ATTORNEYS' EYES ONLY MBUSA-TK-FRD-00011
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Processing field returned parts within the QEC Tool



**Update attachment**

Please notice that only files with a maximume size of 4000 KB will be accepted.

**File number** 553044

**File name** 8D-Report_FORMULAR_with_guiding_Questions.pdf

Please select the new version of the attachment, you want to upload.

**Path to file**  [ Browse... ]

[ Update ]  [ Cancel ]

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4896-4 Entered on FLSD Docket 08/21/2023 Page 3 of 001
CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER — ATTORNEYS' EYES ONLY — TK-PSD00

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



Mercedes-Benz

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – NISSAN-TK-PROD-001

QEC Tool Training

# Processing field returned parts within the QEC Tool



Mercedes-Benz

Case 1:15-md-02599-FAM Document 4336-1 Entered on FLSD Docket 02/12/2023 Page 36 of 1001
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER-OUTSIDE ATTORNEYS' EYES ONLY MBUSA-KP-SD-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)
55

QEC Tool Training

# Processing field returned parts within the QEC Tool

Summary | History | Attachments

Show all hits | Filter | Reset filter

?

File number

553044

File name

Formular

NEW_8D-
Report_FORMULAR_with_guiding_Que! Update
- Copy.pdf

Case 1:15-md-02599-FAM Document 4399 Entered on FLSD Docket 03/12/2023 Page 36 of 1001
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY - 30(b)(6)
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Processing field returned parts within the QEC Tool

- <u>Vendor recovery relation</u>

Case 1:15-md-02599-FAM Document 4809-3 Entered on FLSD Docket 03/12/2023 Page 37 of 001
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY MB_SDFL_00001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

# Vendor recovery relation

**Supplier's statement**

◉ Accepted    ○ no trouble found    ○ Customer at fault

All parts which show issues caused by the supplier and do not meet the specification by Daimler.

Mercedes-Benz

Case 1:15-md-02599-FAM  Document 4809-1  Entered on FLSD Docket 03/02/2023  Page 39 of 41
CONFIDENTIAL - SUBJECT TO ATTORNEYS EYES ONLY - MBUSA0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool
## Vendor recovery relation



Parts which passed the tests according to the specification and the reason for the parts replacement is unknown.

Supplier's statement

○ Accepted   ⦿ no trouble found   ○ Customer at fault

**Change vendor return requirement**

Vendor return requirement was changed.

OK

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool
## Vendor recovery relation

Parts which show defects caused by Daimler AG, dealership or the final customer. Those also include force damages. Consider: even parts with visible damage have to be processed with in the whole standard testing to make sure the functionality is given. A part can only be declared as „forced damage" if we make sure that external impact is the root cause for the complaint.

**n.t.f. = part can be installed back in the car and used without any changes to the part**

Supplier's statement   ○ Accepted   ○ no trouble found   ◉ Customer at fault



Change vendor return requirement

Vendor return requirement was changed.

OK

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4389-8 Entered on FLSD Docket 03/11/2023 Page 1 of 1
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER – ATTORNEYS' EYES ONLY    MBUSA-TK-000001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Processing field returned parts within the QEC Tool
## Vendor recovery relation

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4899-30 Entered on FLSD Docket 08/01/2023 Page 42 of 55
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - MBUSA-TK000001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

## Vendor recovery relation

**Supplier's statement**

○ Accepted   ⦿ no trouble found   ⦿ Customer at fault

Field returned parts with the analysis result „not trouble found" or „customer at fault" have to be sent back to Daimler AG for further investigation and warranty controlling.

**Vendor return required**

⦿ Yes   ○ No

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

# Vendor recovery relation

Supplier's statement

◉ Accepted ○ no trouble found ○ Customer at fault

Parts accepted by the supplier stay with the supplier and can be used for further internal investigation.

**Vendor return required**

○ Yes ◉ No

Mercedes-Benz

# Processing field returned parts within the QEC Tool

## Vendor recovery relation

QEC Tool Training

Part is under warranty

…

This box is usually marked – can be unmarked if part is from other markets than the US or is out of warranty

| Reclaimed part | | | |
|---|---|---|---|
| Inspection report | 388255 | Ref.no. | 211300481 |
| Complaint | Pollen. | | |
| Response from Daimler | | | |
| FIN (Branch) | 164823141771771 (MBC) | VIN | |
| Date of registration | 12/19/2011 | Date of repair | 4/29/2013 |
| Q-level | 4 | Serial number | xxx |
| Date of manufacture | 1/18/2012 | Supplier part number | xxx |

| | |
|---|---|
| Analysis | Analysis steps processed |
| Root cause | Root cause |
| Immediate measures | Corrective action |
| Replacement part | A1642030031 |
| Supplier's statement | ○ Accepted ● no trouble found ○ Customer at fault |
| Statement of Daimler AG | ○ Accepted ○ no trouble found ○ Customer at fault |
| Vendor return required | ○ Yes ● No |

| | | |
|---|---|---|
| File name 80 | | |
| | Field 2 | Part relevant for acceptance rate ● Yes ○ No |
| | Field 4 | ○ Delayed □ Log Delayed |

| QUIS part number | A1643202731 |
|---|---|
| Country code | Germany |
| Date of production | 10/22/2011 |
| Engine S.No. | 6428224119751 7 |
| Mileage [km] | 43701 |
| Software version | 3 |
| Hardware version | 1 |

Home | Inspection report | Save | Complete | Cancel

Field 1 | Field 3 | Field 5

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4366-8 Entered on FLSD Docket 03/22/2023 Page 46 of 56
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY MBUSA-KPH-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool
# Vendor recovery relation

Parts is under warranty when:



- Period from registration to repair date is between 0 and 48 months
- Period from production of the part to repair date is between 0 and 54 months

Part is not under warranty when:



- Period from registration to repair date is ≥ 48 months or
- Period from production of the part to repair date is ≥ 54 months
- Parts declared as additional test parts due to extension of the reference market

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4889-3 Entered on FLSD Docket 02/21/2023 Page 46 of 100

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - NON-US PERSON DATA - ATTORNEYS' EYES ONLY - MBUSA-00001001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



Position 1 is completed and can be closed

After can be continued with the next positions in the inspection report.

Case 1:15-md-02599-FAM Document 4809-8 Entered on FLSD Docket 05/02/2023 Page 47 of 61
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - OUTSIDE ATTORNEYS' EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Processing field returned parts within the QEC Tool

## Position 2 ...

QEC Tool Training

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool



... Position 3

After completing analysis of all the parts you go back to „inspection report" so there is a complete summary of the inspection report

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4395-16 Entered on FLSD Docket 02/12/2024 Page 49 of 55

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

| File number | Current version | Original version | File name | Delete |
|---|---|---|---|---|
| 5530d44 | 9/10/2013 | 9/10/2013 | NEW_8D-Report_FORMULAR_with_guiding_Questions - Copy.pdf | Delete |
| 201019 | 5/20/2008 | 5/20/2008 | 8D-Warranty 2541 A164 320 1331.doc | Delete |

Edit

Files

Upload

Assign

Under „Files"
there is an
overview about
the attached
files (8Ds)

48   QEC Tool Training I Heiko Saupe I QEC 2014 Supplier Day I April 8, 2014

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4809-5 Entered on FLSD Docket 12/02/2023 Page 50 of 101
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - OUTSIDE ATTORNEYS' EYES ONLY - ADM-NHTSA-000001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

QEC Tool Training

# Processing field returned parts within the QEC Tool

NTF and Customer at Fault parts need to be returned and shipping information provided



Mercedes-Benz

# Processing field returned parts within the QEC Tool

QEC Tool Training



SAFE

Case 1:15-md-02599-FAM Document 4399 Entered on FLSD Docket 02/21/2023 Page 53 of 001
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER – ATTORNEYS EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# QEC Tool Training

# Processing field returned parts within the QEC Tool

- Shipment Information successfully saved.



Once all the analyzed parts are processed the inspection report can be closed (investigation period is 28 days from receiving of the parts).

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4888-8 Entered on FLSD Docket 09/21/2023 Page 54 of 1001
CONFIDENTIAL – SUBJECT TO ATTORNEYS' EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

Relevant field returned parts (as „NTF and „customer at fault") have to be sent back to the QEC within 14 days after closing the inspection report.

* Inspection report successfully completed.

| Part number | Denotation | Accepted | ntf | Cust.a.fault | Consent | Delayed | Log. delayed | Root cause | Vendor return required | Date of shipment | Shipping company | Tracking# | Apply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A164320272 | SHOCK ABSORBER ADS | | | | | | | Root cause | ☐ | | | | |
| 211300481 | SHOCK ABSORBER ADS | ✓ | | | | | | Identified Root Cause | ☑ | 9/10/2013 | FEDEX | 999999999 | |
| 211300483 A164320272 1 | SHOCK ABSORBER ADS | | ✓ | | | | | Identified Root Cause | ☑ | 9/10/2013 | FEDEX | 999999999 | |
| 211300600 A164320163 1 | SHOCK ABSORBER REAR | | ✓ | | | | | Identified Root Cause | ☑ | 9/10/2013 | FEDEX | 999999999 | |

Reclaimed parts

Processed Ref. no.

Shipping Information

Date of shipment 9/10/2013

Search reference number

Date of receipt 9/10/2013

Text

For tracking go to: http://www.fedex.com/us/national/main/

Contact person Andy Newborn
Phone +1 904 6282721
foo.bar@daimler.com

Inspection report number 398255

Edit inspection report - header

Due date for report 10/8/2013

Inspection report version 1

✓ Completed on 9/10/2013

Edit | Files

Home | Complete | Export | Import

Open

Save | Select all | Select none

Tracking# | Apply

Case 1:15-md-02599-FAM Document 4399-3 Entered on FLSD Docket 02/11/2023 Page 56 of 001
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY - Wagner-PSC
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

