# EXHIBIT NO. 68

| | |
|---|---|
| **Subject:** | NAAHAC 6/25/13 - Call-in Meeting |
| **Location:** | Call In |
| **Start:** | Tue 06/25/2013 6:00:00 PM |
| **End:** | Tue 06/25/2013 7:30:00 PM |
| **Required Attendees:** | alinzncr@mobisusa.com; brian.booth@gm.com; chuck.fancher@nissan-usa.com; craig.howard@vw.com; dan_wieten@toyota.com; darnell.spencer@vw.com; dave.madsen@autoliv.com; deanna.hartwell@gm.com; djh42@chrysler.com; gamlend@keysafetyinc.com; ghaves@ford.com; gregory.mcclellan@nissan-usa.com; Newell, Jason; jnorton7@ford.com; john_dho@ahm.honda.com; julia.smith@trw.com; laurie.moore@delphi.com; mike_henry@ham.honda.com; Adkins, Stephen; monica.hummerick@tema.toyota.com; nd7@chrysler.com; nikki_gilmore@toyota.com; shannot@keysafetyinc.com; smp74@chrysler.com; terry.pfaff@gm.com; tom.ballard@tema.toyota.com; wally_adu@ahm.honda.com; chris@costha.com; lara@currieassociates.com; thomas.darminio@mbusa.com |
| **Attachments:** | NAAHAC Call-in General Membership Meeting 0625_13 .doc |

All:

See attached agenda. I understand that most of the Working Groups have not met since San Diego – everyone is extremely busy. We should still meet as there are some updates in other areas and plenty of time to prepare for our September 25th meeting in Saratoga Springs, NY.

Note the new call in number. See you Tuesday.

If you are not the addressee, please inform us immediately that you have received this e-mail by mistake, and delete it. We thank you for your support.