# EXHIBIT NO. 69

Case 1:15-md-02599-FAM Document 4839-8 Entered on FLSD Docket 08/12/2024 Page 2 of 3
CONFIDENTIAL - SUBJECT TO ATTORNEYS' EYES ONLY - TK-PROD-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# NAAHAC General Membership: Call-In Meeting Agenda

Tuesday, June 35, 2013    1:00 PM – 2:30 PM EDT

**Phone:          866 – 730 - 7514**
**Access code:    249031**

| Topic | Lead | Time |
|---|---|---|
| Welcome<br>• Anti-Trust Guidelines (note bottom of this agenda)<br>• Confirm members participating on call | T. D'Arminio | 1:00 PM |
| • Approve Minutes from previous Gen. Membership Mtg. Briefly discuss minutes. | T. D'Arminio | 1:10 PM |
| Hazardous Materials Update<br>• HM – 254 ("non-significant designation").  Anticipated schedule for final rule.  Implementation?  Meaning (benefits) to members?   How does it get harmonized into ICAO/ IATA?<br>• Packaging letters of interpretation concerning airbag module & seatbelt pretensioners.  Shifting in the packaging?  What is, what is not permitted.<br>• UN Paper concerning new proper shipping name "Safety Devices".  Prospects for approval?  Is there still debate?  Inclusion in the regulations.<br>• Inclusion of Special Permits concerning airbag modules and seatbelt pretensioners into the regulations.<br>• Schedule for NAAHAC renewal application for airbag module / seatbelt pretensioners  recycling / resource reclamation SP. | Dave Madsen (if available) or T. D'Arminio | 1:20 PM |
| Regulatory Update – What's new that could affect our membership.  General Discussion to go along with what Dave Madsen discusses. | Nikki Gilmore | 1:30 PM |
| Working Group Updates<br>• New Technologies Update<br>• Dealer Training Update<br>• Dealer Training Update | Chair Leads | 1:40 PM |
| Auditing Workgroup Update | Monica Hummerick | 1:50 PM |
| COSTHA Quarterly Summary | DArminio | 2:00 PM |
| UN Paper Summary - | COSTHA / DARMINIO | 2:10 PM |
| New Business / Working Groups?<br>• Reverse Logistics<br>• Packaging | All | 2:20 PM |
| Meeting in Saratoga Springs, NY – Who will be attending?<br>In concert with COSTHA Quarterly | Chairs | 2:25 PM |
| Adjourn | (N. Dobric) | 2:30 PM |

Case 1:15-md-02599-FAM   Document 4839-8   Entered on FLSD Docket 03/21/2024   Page 3 of 3
CONFIDENTIAL - SUBJECT TO ATTORNEYS' EYES ONLY - SOPAKTK00001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

Next General Membership Meeting, September 25, 2013 in Saratoga Springs, NY in association with the COSTHA Quarterly meeting 9/23 and 9/24

*COSTHA's Antitrust Policy is set forth in a formal statement which is printed in your membership directory. Each of you is strongly encouraged to read the statement and to consider its implications whenever discussions take place here today. The prohibitions of antitrust law apply to all dialogue as well as the open floor deliberation during consideration of the agenda topics.*

*It is your personal responsibility, and not just that of COSTHA, to stop all discussion, and if necessary, withdraw from any conversation that appeared to violate the antitrust law. Silence will not insulate anyone from violation; active participation in a prohibited act is not required.*

*Discussions of prices, profit levels, pricing procedures or policies etc. of your company or another is always forbidden. Similarly, consideration of proposals, which might have the effect of producing an adverse economic impact on some companies must be avoided. These are examples of prohibited conduct. Any action or conversation which could lead to restraining trade or otherwise represent unfair competition would be in violation of legal prohibitions.*

*This reminder is not intended to stifle spirited and comprehensive discussion of the important items included on our agenda. Rather, it is to ensure that we avoid even unintended actions which could be inferred to be violative of the law.*