# EXHIBIT NO. 75

## Case, Charlie

| | |
|---|---|
| **From:** | Raher, Patrick M. [PMRaher@HHLAW.com] |
| **Sent:** | Monday, August 01, 2005 4:39 PM |
| **To:** | Case, Charlie |
| **Cc:** | rodolfo.schoeneburg@daimlerchrysler.com; peter.schramm@daimlerchrysler.com; sak58@dcx.com; pritzlf@mbusa.com |
| **Subject:** | Proposed test Program and additional inflator analysis |

**Importance:** High

Charlie: Pursuant to our telephone conversation, please find attached two files. The first is an XL spreadsheet which contains a proposed 3 segment test program which DCAG believes will develop data that will be useful in assessing the test variations which the Company believes have affected certain NHTSA test results. The second attachment contains the results of simulation analysis conducted by the Company on the upper and lower production variations of its inflators. This data demonstrates that the production variation should not have any significant impact on compliance test results.

Following the Agency's review of this information, the Company looks forward to establishing a time frame for undertaking and completing the tests so that a final determination can be made on the data variations that have occurred. If you have any questions, please do not hesitate to contact me. Dr. Schoeneburg also indicated that if NHTSA would like to have a video or telephone conference to address questions or issues, we can arrange for this as well.


Patrick

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (+1-202-637-5600) or by electronic mail (PostMaster@HHLAW.COM) immediately.

11/3/2005

# Proposed Joint Test Program

## 1. Test of Dynamic material used for taping (at DC)

Objective:

Tension tests with 3M SCOTCH 234 at different strain rates for single taping and 3-times taping 100% o

## 2. Test of Tape Strength and Position During Deployment Testing (at MGA)

Objective:

Quantify impact and variability of taping method and position on potential interference with the airbag an

| | | | | | |
|---|---|---|---|---|---|
| Test object | 203 body in white supplied by DC | | | | |
| Dummy | 5% FTSS | | | | |
| Test position | FMVSS 208 position1 "chin on module" | | | | |
| Seating position | MGA and DC | | | | |
| Steering column | new | | | | |
| number of tests for each parameter | 3 | | | => 15 tests | |

| taping | horizontal | | downward | | |
|---|---|---|---|---|---|
| | Y narrow | Y wide | Y narrow | Y wide | |
| | DC | MGA | MGA | MGA | |
| | (baseline for taping tests) | | | (baseline for neck intrusion tests) | |
| test/ seating position | | | | | |
| side view |  |  |  |  | |
| front view |  |  |  |  | |

## 3. Deployment tests "neck shield" (at MGA)

**Test objective**  Quantify variability of airbag neck intrusion

| Test object | 203 body in white supplied by DC |
| Dummy | 5% FTSS |
| Test position | FMVSS 208 position1 "chin on module" |
| Seating position | MGA |
| Steering column | new |

| taping | downward |
|---|---|
| test/ seating position | MGA |
| side view |  |
| 3-times taping | 3 |

| single taping | 3 | 3 | — | — | — |
|---|---|---|---|---|---|
| 3-times taping | 3 | 3 | 3 | 3 | 3 |

## 4. Steering column tests (at DC)

**Test objective**  Quantify the elasticities in the steering column due to airbag deployment

**Test object**  203 complete car
Impact tests with a new steering column and a used (after an oop test "chin on module) steering column

# Add. analyses of the inflator characteristics

DAIMLERCHRYSLER

(see top 4 of the graphs) representing an inflator characteristic at the upper limit of the production variation.

Simulation of an 60-l tank test with an inflator characteristic at the lower limit of the production variation.



Simulation of an 60-l tank test with an inflator characteristic at the upper limit of the production variation.

**Tank test AB95 of FSC**

| | | |
|---|---|---|
| — PX3 | Nte=0.78 | |
| — R34 | Nte=1.00 | |
| — R7P | Nte=0.93-1.20 | |
| ---- RYW | Nte=0.78 | |
| ---- S29 | Nte=0.77 | |
| — S2A | Nte=0.60-0.94 | |
| — S2R | Nte=1.10 | |
| — S34 | Nte=0.80 | |
| — S4F | Nte=0.73-0.75 | |
| — Simulation upper limit | Nte=0.83 | |

pressure (kpa) axis: 0, 25, 50, 75, 100, 125, 150, 175, 200, 225

time (ms) axis: -25, 0, 10, 20, 30, 40, 50

# Add. analyses of the inflator characteristics

DAIMLERCHRYSLER

(see top 4 of the "complete presentation" with an inflator characteristic at the upper limit of the production variation.

Simulation of "position 1 – chin on module" with an inflator characteristic at the lower limit of the production variation.



The variation of the inflator characteristic in the computer simulation show a variance of the $N_{ij}$ from 0.75 to 0.83

## Case, Charlie

| | |
|---|---|
| **From:** | Case, Charlie |
| **Sent:** | Monday, August 08, 2005 11:40 AM |
| **To:** | rodolfo.schoeneburg@daimlerchrysler.com |
| **Cc:** | pritzlf@mbusa.com; 'Raher, Patrick M.'; peter.schramm@daimlerchrysler.com; sak58 @dcx.com; Smith, Brian ; Krauss, Robert ; 'ulrich.tschaeschke@daimlerchrysler.com'; Case, Charlie |
| **Subject:** | 2005 Mercedes-Benz C230 |

Dr. Schoeneburg

Thank you for the copy of the July 20, 2005 DaimlerChrysler presentation and the proposed test plan. I would like to obtain some additional information for the tests performed by and on behalf of DaimlerChrysler.

Please fill in the empty cells and those cells with questoin marks in sheet 2 of the attached Excel file for the DaimlerChrysler tests.

In addition, please provide the following information about the July 20th presentation:

1. On page 2 of section 1 there is a plot of 26 tests that are in chronological order except for test 9. Why is test 9 shown out of order?
2. Was the steering column in test 22 a 1st or 2nd exposure to a low risk deployment test? What is the history of the use of this column?
3. Was the steering column in test 23 a 2nd or 3rd exposure to a low risk deployment test? What is the history of the use of this column?
4. Explain again in writing the meaning of the air bag module numbers and the inflator numbers.

Please provide the spread sheet and other information no later than August 15, 2005.

Also note that on the 4th page of section 5 of the presentation, the test numbers should be 20, 21, 22, and 23 on the bar chart.

With respect to the proposed test plan, we do not believe the data from this testing will bring our investigation to a close. We plan to perform some more low risk deployment tests with the NHTSA vehicle at MGA. Once we receive the above information, we will determine the testing. In anticipation of that testing, please provide an inventory of the air bag module numbers and inflator numbers for those modules that are in currently in stock so that we may purchase specific components.

Charles Case
NHTSA/OVSC
202-366-5319



LRD results 5th
female positio...

1

2005 Mercedes-Benz C-230 Position 1 Low Risk Deployment Testing

| Spec | IARVs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cert. Test | | | | | | |
| Test Date | | 02.13.04 | 02.13.04 | 01.31.05 | 03.10.05 | 04.05.05 | 04.11.05 | 04.11.05 | 04.20.05 | 04.15.05 | |
| Test Sponsor | | TP | TP | TP | NHTSA | NHTSA | DC | TP | NHTSA | DC | |
| Test Lab | | | | | MGA | MGA | | | MGA | | |
| Vehicle/Test Buck | | | | | Vehicle | Vehicle | Vehicle | | Vehicle | Vehicle | |
| Dummy | | Denton | Denton | Denton | FTSS | FTSS | FTSS | FTSS | FTSS | FTSS | |
| Tape Position | | | | | NHTSA | NHTSA | NHTSA | | NHTSA | NHTSA | |
| Leg Position | | DC/Takata | DC/Takata | DC/Takata | NHTSA | NHTSA | NHTSA | DC/Takata | NHTSA | DC/Takata | |
| Steering wheel | | New | New | New | Original | Original | New | New | New | New | |
| Steering Column | | Not Replaced* | Not Replaced* | Not Replaced | Original | Original | Not Replaced* | Not Replaced | Not Replaced* | New | |
| Air bag module number | | 0331B009161758.E136 | 0331B010161758.E136 | 0331B011161758.E136 | 4050816270 | 4042020158 | 4042530185 | Not Replaced | 4042530256 | 4050950??? | |
| Inflator | | YP3 PX3 3N COX | YP3 P9T 3N FDN | YP3 P9T 3N FDM | YP3 RYW 3N BKM | YP3 R84 3N DX2 | | YP3 R7P 3N ??? | | YP3 S2A 3N ??? | |
| Steering Column number | | | | | | | | | 40050274117788 | 400502741117788 | |
| HIC | 700 | | | | 106 | 67 | 65 | | | 55 | |
| Chest g | 60 g | | | | 17 | 14 | 17 | | | 16 | |
| Chest Defl | 52 mm | | | | 17 | 14 | 14 | | | 14 | |
| Nte - unmounted | | 0.78 | 0.72 | 0.73 | 0.78 | 1.0 | 1.074 | 1.2 | 0.33 | 1.151 | 0.83 |
| Nte | | 0.8 | 0.7 | 0.7 | 0.8 | 1.1 | 1.1 | 1.2 | 0.9 | 1.2 | 0.8 |
| Ntf | | | | | 0.3 | 0.3 | 0.3 | | | 0.2 | |
| Nce | | | | | 0.8 | 0.9 | 0.9 | | | 0.5 | |
| Ncf | | | | | 0.1 | 0.1 | 0.1 | | | 0.2 | |
| Tension | | | | | 1290.0 | 1411 | 1458 | | | 1434 | |
| Compression | | | | | 930.0 | 846 | 0353 | | | 480 | |
| Left Femur | | | | | 140 | 159 | 193 | | | 1042 | |
| Right Femur | | | | | 200 | 227 | 375 | | | 517 | |
| Myos | n/a | | | | | | | | | | |

*Not Replaced

*Also had P2 LRD test on column and wheel

**2005 Mercedes-Benz C-230 Posh**

| Spec | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 04.15.05 | 04.15.05 | 04.15.05 | 05.09.05 | 05.09.05 | 05.10.05 | 05.10.05 | 05.10.05 | 05.10.05 | 06.02.05 | 06.02.05 | 06.02.05 |
| | | | | | | | | | | TP | TP | TP |
| | DC | DC | DC | DC | DC | DC | DC | DC | DC | DC | DC | DC |
| | FTSS | FTSS | FTSS | MGA | MGA | MGA | MGA | MGA | MGA | MGA | MGA | MGA |
| it Buck | | | | Vehicle | Vehicle | Vehicle | Vehicle | Vehicle | Vehicle | Vehicle | Vehicle | Vehicle |
| | | | | Denton | Denton | Denton | Denton | FTSS | FTSS | FTSS | FTSS | Denton |
| on | | | | | | | | | Denton | Denton | Denton | |
| n | DC/Takata | DC/Takata | DC/Takata | DC/Takata | NHTSA | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata |
| eel | New | New | New | Original | New | New | New | Not Replaced | New | New | New | Not Replaced |
| lturns | | | | | | | | Not Replaced | Not Replaced | | | |
| lure number | 4050950772 | 4050950772 | | 4051150191 | 4050950779 | 4050950784 | 4050950782 | 4042530241 | 4051150189 | 4051510655 | 4051510662 | |
| lumn number | YP3 S2A 3N7?? | YP3 S29 3N | YP3 S29 3N | YP3 S2A 3N ESS-1 | YP3 S2A 3N AY11 | YP3 S2A 3N BFN | YP3 S2A 3N AWD | | YP3 S4F 3N DNS | YP3 S4F 3N DNS | YP3 S4F 3N DDF | |
| 700 | | | | 71 | 79 | 82 | 70 | 67 | 105 | | | |
| 60 g | | | | 13 | 15 | 15 | 22 | 17 | 17 | | | |
| 52 mm | | | | 27 | 27 | 26 | 14 | 15 | 14 | | | |
| nded | 0.6 | 0.77 | 0.77 | 0.94 | 0.85 | 0.9 | 0.89 | 1.1 | 1.1 | 0.75 | 0.73 | 0.54 |
| | 0.6 | 0.8 | 0.8 | 0.9 | 0.9 | 0.9 | 0.9 | 0.3 | 1.1 | 0.8 | 0.7 | 0.9 |
| | | | | 0.0 | 0.1 | 0.0 | 0.0 | 0.1 | 0.3 | | | |
| | | | | 0.8 | 0.8 | 0.7 | 0.8 | 0.8 | 1.0 | | | |
| | | | | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | | | |
| | | | | 1230 | 1127 | 1205 | 1211 | 1377 | 1457 | | | |
| on | | | | 822 | 845 | 623 | 840 | 868 | 1167 | | | |
| | | | | 142 | 166 | 68 | 234 | 301 | 374 | | | |
| if | | | | 187 | 203 | 46 | 192 | 387 | 213 | | | |

| 2005 Mercedes-Benz C- | Spec | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Date | 06.02.05 | 07.07.05 | 07.07.05 | 07.07.05 | 07.14.05 | | | | | | | | |
| Test Sponsor | TP | NHTSA | NHTSA | NHTSA | NHTSA | DC | DC | DC | DC | DC | DC | DC | DC |
| Test Lab | | MGA | MGA | MGA | MGA | | | | | | | | |
| Vehicle/Test Buck | | Vehicle | Vehicle | Vehicle | Vehicle | | | | | | | | |
| Dummy | Denton | | Denton | FTSS 505 | FTSS 506 | FTSS 510 | Denton | Denton | Denton | Denton | Denton | Denton | Denton | Denton |
| Tape Position | | NHTSA | NHTSA | NHTSA | NHTSA | | | | | | | | |
| Leg Position | DC/Takata | NHTSA | NHTSA | NHTSA | NHTSA | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata |
| Steering wheel | Not Replaced | New | New | New | New | New | New | New | New | New | New | New | New |
| Steering Column | | New | New | New | New | New | New | New | New | New | New | New | New |
| Air bag_module number | | 405115013# | | 405080028# | 405060030# | | | | | | | | |
| Inflator | | YP3 S2R 3N CCJ | YP3 S34 3N DBH | YP3 S34 3N CSL | ??? SAV ?? ??? | ??? SAV ?? ??? | ??? SAV ?? ??? | ??? SAV ?? ??? | ??? SAV ?? ??? | ??? SAV ?? ??? | ??? SAV ?? ??? | ??? SAV ?? ??? | ??? SAV ?? ??? |
| Steering Column number | | 3290031411580? | 4190019531580? | 4190019731580? | | | | | | | | | |
| HIC | 700 | 66 | 66 | 60 | 64 | | | | | | | | |
| Chest g | 60 g | 11 | 11 | 13 | 13 | | | | | | | | |
| Chest Displ | 52 mm | 13 | 13 | 13 | 12 | | | | | | | | |
| Nte - unrounded | N/A | 1.118 | 1.23 | 0.764 | 0.786 | 0.750 | 0.900 | 0.920 | 0.790 | 0.930 | 0.800 | 0.950 | 0.910 |
| Nte | 1.0 | 1.1 | 1.2 | 0.8 | 0.8 | 0.8 | 0.9 | 0.9 | 0.8 | 0.9 | 0.8 | 1.0 | 0.9 |
| Ntf | 1.0 | 1.2 | | 0.3 | 0.3 | | | | | | | | |
| Nte | 1.0 | 0.0 | | 0.6 | 0.6 | | | | | | | | |
| Ncf | 1.0 | 0.7 | | 0.6 | 0.6 | | | | | | | | |
| | | 0.2 | | 0.2 | 0.2 | | | | | | | | |
| Tension | 2070 N | 1344 | | 1231.0 | 1195.0 | | | | | | | | |
| Compression | 2520 N | 549 | | 508.0 | 576.0 | | | | | | | | |
| Left Femur | 6805 N | 122 | | 214.0 | 571.0 | | | | | | | | |
| Right Femur | 6805 N | 334 | | 254.0 | 419.0 | | | | | | | | |
| Nvpc | N/A | | | | | | | | | | | | |

| 2005 Mercedes-Benz C-230 Fosdi | | | | | |
|---|---|---|---|---|---|
| Spec | IIARVs | | | | |
| | | 35 | 36 | 37 | 38 |
| | | | | | 07.19.05 |
| | | DC | DC | DC | DC |
| tck | | Denton | Denton | Denton | Denton |
| | | DC/Takata | DC/Takata | DC/Takata | DC/Takata |
| no | | New | New | New | New |
| a number | | ??? SSG ?? ??? | ??? SSG ?? ??? | ??? SSJ ?? ??? | ??? SSJ ?? ??? |
| no number | | ??? SSG ?? ??? | ??? SSG ?? ??? | ??? SSJ ?? ??? | ??? SSJ ?? ??? |
| | 700 | | | | |
| | 60 g | | | | |
| | 52 mm | | | | |
| xd | N/A | 0.840 | 0.800 | 0.980 | 0.910 |
| | 1.0 | 0.8 | 0.8 | 1.0 | 0.9 |
| | 1.0 | | | | |
| | 1.0 | | | | |
| | 2070 N | | | | |
| | 2520 N | | | | |
| | 6805 N | | | | |
| | 6805 N | | | | |
| | N/A | | | | |

## Case, Charlie

| | |
|---|---|
| **From:** | Case, Charlie |
| **Sent:** | Tuesday, August 09, 2005 3:33 PM |
| **To:** | 'rodolfo.schoeneburg@daimlerchrysler.com' |
| **Cc:** | 'pritzlf@mbusa.com'; 'Raher, Patrick M.'; 'peter.schramm@daimlerchrysler.com'; 'sak58 @dcx.com'; Smith, Brian ; Krauss, Robert ; 'ulrich.tschaeschke@daimlerchrysler.com'; Case, Charlie |
| **Subject:** | RE: 2005 Mercedes-Benz C230 |

Dr. Schoeneburg

I have another question about the July 20th presentation. The plot of inflator characteristics includes S4V, S5G, and S5P for additional tests by TP. The bar chart in section 3 lists inflators S4V, S5G, and S5J for these tests. Which is correct for tests 37 and 38, S5P or S5J?

Charles Case
NHTSA/OVSC
202-366-5319

-----Original Message-----
| | |
|---|---|
| **From:** | Case, Charlie |
| **Sent:** | Monday, August 08, 2005 11:40 AM |
| **To:** | rodolfo.schoeneburg@daimlerchrysler.com |
| **Cc:** | pritzlf@mbusa.com; 'Raher, Patrick M.'; peter.schramm@daimlerchrysler.com; sak58@dcx.com; Smith, Brian ; Krauss, Robert ; 'ulrich.tschaeschke@daimlerchrysler.com'; Case, Charlie |
| **Subject:** | 2005 Mercedes-Benz C230 |

Dr. Schoeneburg

Thank you for the copy of the July 20, 2005 DaimlerChrysler presentation and the proposed test plan. I would like to obtain some additional information for the tests performed by and on behalf of DaimlerChrysler.

Please fill in the empty cells and those cells with question marks in sheet 2 of the attached Excel file for the DaimlerChrysler tests.

In addition, please provide the following information about the July 20th presentation:

1. On page 2 of section 1 there is a plot of 26 tests that are in chronological order except for test 9. Why is test 9 shown out of order?
2. Was the steering column in test 22 a 1st or 2nd exposure to a low risk deployment test? What is the history of the use of this column?
3. Was the steering column in test 23 a 2nd or 3rd exposure to a low risk deployment test? What is the history of the use of this column?
4. Explain again in writing the meaning of the air bag module numbers and the inflator numbers.

Please provide the spread sheet and other information no later than August 15, 2005.

Also note that on the 4th page of section 5 of the presentation, the test numbers should be 20, 21, 22, and 23 on the bar chart.

With respect to the proposed test plan, we do not believe the data from this testing will bring our investigation to a close. We plan to perform some more low risk deployment tests with the NHTSA vehicle at MGA. Once we receive the above information, we will determine the testing. In anticipation of that testing, please provide an inventory of the air bag module numbers and inflator numbers for those modules that are in currently in stock so that we may purchase specific components.

Charles Case
NHTSA/OVSC
202-366-5319

1

<< File: LRD results 5th female position 1 07.06.05.xls >>

**Case, Charlie**

| | |
|---|---|
| **From:** | Rodolfo.Schoeneburg@daimlerchrysler.com |
| **Sent:** | Monday, August 15, 2005 6:42 AM |
| **To:** | Case, Charlie |
| **Cc:** | pritzlf@mbusa.com; PMRaher@HHLAW.com; peter.schramm@daimlerchrysler.com; sak58 @daimlerchrysler.com; Smith, Brian ; Krauss, Robert ; ulrich.tschaeschke@daimlerchrysler.com; markus.heinisch@daimlerchrysler.com |
| **Subject:** | WG: Antwortschreiben an die NHTSA |

**Follow Up Flag:** Follow up
**Flag Status:** Flagged


answers, ncerning mail 1 and


pic21446.jpg


pic27758.jpg


NHTSA_LRD results 5th female p...


chart 1. Test summary.pdf


NHTSA_presentatio n 09_06_05 se...


explanation modul_inflator_num..


chart 5. Steering column new_u...


chart 4. Inflator characterist...

Mr. Case:

In response to  your emails from 08th Aug. and 09th Aug.2005, attached please find DaimlerChrysler's answers to your questions.
Our responses are provided in blue letters (in the WORD-document).

(See attached file: answers, concerning mail 1 and mail 2_2005_08_15.doc.zip)

If you have any further questions please do not hesitate to let me or Mr. Heinisch know.

Mit freundlichen Grüßen
With kind regards

DaimlerChrysler AG
(Embedded image moved to file: pic21446.jpg)
Dr. Rodolfo Schöneburg

Leiter Sicherheit/ Fahrzeugfunktionen EP/SP
Director  Safety/ Durability

| | |
|---|---|
| Mail: | HPC X410, D-71059 Sindelfingen, Germany |
| Tel: | +49-(0)7031-90-2790 |
| Mobil: | +49-(0)160-8638781 |
| Fax: | +49-(0)7031-90-3402 |

----------------------------------------------------------------------------------------------
----------------

(Embedded image moved to file: pic27758.jpg)

Attachments:

(See attached file: NHTSA_LRD results 5th female position 1 05_08_12.xls)
(See attached file: chart 1. Test summary.pdf)(See attached file: NHTSA_presentation 09_06_05 section 6.pdf)(See attached file: explanation modul_inflator_number.pdf)(See attached file: chart 5. Steering column new_used.pdf)(See attached file: chart 4. Inflator characteristics.pdf)

1

Sindelfingen 14th Aug. 2005

Dear Mr. Case,

In response to your emails from 08.Aug. and 09.Aug.2005, attached please find DaimlerChrysler's answers to your questions. Our responses are provided below in blue letters.

⇨ Concerning Mail 1 (08.08.2005)

Dr. Schoeneburg

Thank you for the copy of the July 20, 2005 DaimlerChrysler presentation and the proposed test plan. I would like to obtain some additional information for the tests performed by and on behalf of DaimlerChrysler.

Please fill in the empty cells and those cells with questoin marks in sheet 2 of the attached Excel file for the DaimlerChrysler tests.
Answer: The Excel file containing the additional information is attached: "*NHTSA_LRD results 5th female position 1 05_08_12.xls*"

In addition, we have several comments regarding the spreadsheet:
1.) There are several instances in which we have different values in our database from those contained in your original chart. For these tests, we put our values in parenthesis in front of your values and shaded the data cells in orange. The affected cells are as follows:
   - In test 4, all values.
   - In test 9, HIC-value.
   - In tests 16 and 17, all values.
   - In test 25, Ncf-value.
2.) Regarding the steering column number:
   - In the row "steering column number" we inserted "N/A" because we did not document that information.
3.) In our tests, we identified the relevant parameter as the airbag inflator. Therefore, we have not documented the module number in all cases. We did document the inflator-charge in all tests, however (the digits 4, 5, 6 from the inflator number). Consequently, we do not have the complete airbag module-number for the tests 7, 8, 10, 11, 12 and 13. Also, we do not have the complete inflator-information for the tests 7, 8, 10, 11.

In addition, please provide the following information about the July 20th presentation:

1. On page 2 of section 1 there is a plot of 26 tests that are in chronological order except for test 9. Why is test 9 shown out of order?
Answer: Test 9 was inadvertently placed in the plot out of chronological order. Attached please find the corrected chart: "*chart 1. Test summary.pdf*"

2. Was the steering column in test 22 a 1st or 2nd exposure to a low risk deployment test? What is the history of the use of this column?
Answer: We presented the column-history in the presentation from 9th June (section 6):
see "*NHTSA_presentation 09_06_05 section 6.pdf*"

We used a new steering column in test 21. After this test, we used the same steering column in test 22 and 23. That means:
test 21: new steering column,
test 22: steering column was once used,
test 23: column was double used and additionally fixed.

3. Was the steering column in test 23 a 2nd or 3rd exposure to a low risk deployment test? What is the history of the use of this column?
Answer: see answer to question 2.

4. Explain again in writing the meaning of the air bag module numbers and the inflator numbers.

Answer: A chart is attached: "explanation *modul_inflator_number.pdf*"

Please provide the spread sheet and other information no later than August 15, 2005.

Also note that on the 4th page of section 5 of the presentation, the test numbers should be 20, 21, 22, and 23 on the bar chart.
Answer: You are correct. Attached you will find the corrected chart: "*chart 5. Steering column new_used.pdf*"

With respect to the proposed test plan, we do not believe the data from this testing will bring our investigation to a close. We plan to perform some more low risk deployment tests with the NHTSA vehicle at MGA. Once we receive the above information, we will determine the testing. In anticipation of that testing, please provide an inventory of the air bag module numbers and inflator numbers for those modules that are in currently in stock so that we may purchase specific components.
Answer: We are currently working with MBUSA to develop and inventory of existing modules in MBUSA's inventory. We estimate that we should have this data in the next 7-10 business days and we will deliver it to you when it is complete.

Charles Case
NHTSA/OVSC
202-366-5319

⇨ Concerning Mail 2 (08.09.2005)

Dr. Schoeneburg

I have another question about the July 20th presentation. The plot of inflator characteristics includes S4V, S5G, and S5P for additional tests by TP. The bar chart in section 3 lists inflators S4V, S5G, and S5J for these tests. Which is correct for tests 37 and 38, S5P or S5J?

Charles Case
NHTSA/OVSC
202-366-5319

Answer: The correct inflator charge is S5J. Attached you find the corrected chart: "*chart 4. Inflator characteristics.pdf*"

Further Information:
In our deposit in Germersheim (Germany) we have the following inflator charges available:
S4V, S4W, S4X, S4E, S6J.
These days we verify the available inflator charges in the USA deposit.
Not later than Friday this week we will get the information and send it to you.

# 1. Test summary



DAIMLERCHRYSLER

| Test | 1 2 3 | 4 | 5 | 6 | 7 | 8 | 9 10 11 12 | 13 | 14 15 16 17 | 18 19 | 20 21 | 22 23 | 24 25 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TP Release | TP COP | MGA Compl. | MGA Compl. | DC Retest 6 | TP Test | DC Tests | MGA Compl. | MGA Tests | MGA Tests | TP Tests | TP Tests | MGA Tests |
| Date | 13.2.04 | 31.1.05 | 10.3.05 | 5.4.05 | 11.4.05 | 11.4.05 | 15.4.05 | 20.4.05 | 9./10.5.05 | 10.5.05 | 2.6.05 | 2.6.05 | 7.7.05 |
| Dummy | Denton | Denton | FTSS | FTSS | FTSS | FTSS | FTSS | FTSS | Denton/ FTSS | FTSS | Denton | Denton | FTSS |
| Dummy position | DC | DC | NHTSA | NHTSA | NHTSA | DC | DC | NHTSA | DC/ NHTSA | DC | DC | DC | NHTSA |
| Steering column | New | New | New | Used | Used | New | New | New | New | Used | New | Used | New |
| Car | | | New | | | | | | New | New | | | New |

Used steering columns lead to approx. +20% higher $N_{TE}$, see test no. 20-21 $\Leftrightarrow$ 22-23
Only small differences in the values between the Denton and the FTSS dummy, see test no. 16 $\Leftrightarrow$ 17
Only small differences in the values between the NHTSA and the DC dummy positioning, see test no. 14/ 15 $\Leftrightarrow$ 16

# 6. Influence of an unrepaired column

DAIMLERCHRYSLER



| | Test location | Test date | Dummy | Dummy Positioning | steering column | Test rig | comments |
|---|---|---|---|---|---|---|---|
| 05-BL-064 | DC | 30.05.2005 | FTSS | Takata/DC | new | BIW | |
| 05-BL-065 | DC | 30.05.2005 | FTSS | Takata/DC | Not replaced | BIW | |
| 05-BL-066 | DC | 30.05.2005 | FTSS | Takata/DC | Not replaced | BIW | |
| | TP | 02.06.2005 | Denton | Takata/DC | new | BIW | |
| BOPB0622 | TP | 02.06.2005 | Denton | Takata/DC | Not replaced | BIW | |
| BOPB0623 | TP | 02.06.2005 | Denton | Takata/DC | Not replaced | BIW | Steering column blocked for no movement |

All test results with a new steering column were lower than the test results with the same but used steering column.



## 5. Steering column new / used Summary

DAIMLERCHRYSLER

There is no permanent deformation of the steering column after the deployment tests as measured by the NHTSA test engineers during the last 3 tests at MGA.

Dynamic elasticities could be found within the moveable parts of the steering column (column, spindle, adjuster) and in the detachments (connections, fittings).

These elasticities stiffen due to impact forces. The hardenings are not measurable but occur as shown in the comparative tests where a new steering column was tested and re-used once and twice. This is confirmed by the computer simulation where a fixed (= non elastic) steering column leads to 20% higher Nte.



| Test | 20 | 21 | 22 | 23 |
|------|-----|-----|-----|-----|
| | | TP Tests | | TP Tests |
| Date | | 2.6.05 | | 2.6.05 |
| Dummy position | | Denton DC | | Denton DC |
| Steering column | | new | | used once   used twice |

**Tests with a used steering column lead to about 20% higher NTE values and are therefore not valid for compliance testing.**

# 4. Inflator characteristics

DAIMLERCHRYSLER

Inflator characteristics (test 1-5, 8-17, 20-21, 24-26 and additional tests at TP)



**Case, Charlie**

| | |
|---|---|
| **From:** | markus.heinisch@daimlerchrysler.com |
| **Sent:** | Friday, August 19, 2005 8:38 AM |
| **To:** | Case, Charlie |
| **Cc:** | pritzlf@mbusa.com; PMRaher@HHLAW.com; peter.schramm@daimlerchrysler.com; sak58 @daimlerchrysler.com; Smith, Brian ; Krauss, Robert ; ulrich.tschaeschke@daimlerchrysler.com; Rodolfo.Schoeneburg@daimlerchrysler.com; karl-heinz.blume@daimlerchrysler.com |
| **Subject:** | Detailed information about the inflator-number code |



explanation
modul_inflator_num..

Dear Mr. Case,

I send you a detailed explanation of the inflator-charge-code (Attachment:
explanation modul_inflator_number_new).

Our contact in USA for the USA-deposit is out of the office and will return
next week. I hope, we will get the information about the available
inflator-charges in the USA-deposit next week.

I wish a nice weekend and if you have any further question, please feel
free to contact me via mail.


With kind regards

Markus Heinisch
Passive Safety Entry/Volume cars

DaimlerChrysler AG
059/X414 - EP/SPV
71059 Sindelfingen/Germany

mailto: markus.heinisch@daimlerchrysler.com

Attachments:
(See attached file: explanation modul_inflator_number_new.pdf)

1



Explanations

DAIMLERCHRYSLER

explanation modul-number:

4  05  080  0286

→ sequence number
→ day code
→ year code
→ internal code

explanation inflator-number:

YP3  S4F  3N  DOC

→ sequence number
→ facilities, line code
→ S = year code,
   4 = month code,
   F = day code
→ customer code

# Explanation inflator-number

DAIMLERCHRYSLER

YP3  S4F  3N  DOC

S = year code,
4 = month code,
F = day code

year code:

A= 1990
B= 1991
C= 1992
D= 1993
E= 1994
F= 1995
G= 1996
H= 1997
J= 1998
K= 1999
L= 2000
M= 2001
N= 2002
P= 2003
R= 2004
S= 2005
T= 2006
X, Y, Z is not used

month code:

1= January
2= February
3= March
4= April
5= May
6= June
7= July
8= August
9= September
X= October
Y= November
Z= December

day code:

1= 1.
2= 2.
3= 3.
4= 4.
5= 5.
6= 6.
7= 7.
8= 8.
9= 9.
A= 10.
B= 11.
C= 12.
D= 13.
E= 14.
F= 15.
G= 16.
H= 17.
J= 18.

k= 19.
L= 20.
M= 21.
N= 22.
P= 23.
R= 24.
S= 25.
T= 26.
U= 27.
V= 28.
W= 29.
X= 30.
Y= 31.

**Case, Charlie**

| | |
|---|---|
| **From:** | markus.heinisch@daimlerchrysler.com |
| **Sent:** | Tuesday, August 30, 2005 5:56 AM |
| **To:** | Case, Charlie |
| **Cc:** | Smith, Brian ; peter.schramm@daimlerchrysler.com; PMRaher@HHLAW.com; pritzlf@mbusa.com; Krauss, Robert ; Rodolfo.Schoeneburg@daimlerchrysler.com; sak58@daimlerchrysler.com; ulrich.tschaeschke@daimlerchrysler.com; karl-heinz.blume@daimlerchrysler.com |
| **Subject:** | answer: information about My and available inflator-charges |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



Corrected LRD
results 5th fema...

Dear Mr. Case,

sorry for the delayed answers, but it's not so easy to get the information
due to the actual vacation-situation.

1. Concerning your mail (08.22.05) and the different values in the tests 16
and 17 between NHTSA and Mercedes:
I haven't the original test summary data sheet from the tests 16 and 17.
Perhaps we have a transfer mistake to our excelfile. Could you send me a
copy from the original test summary data sheet?

I attached the updated version of the excelfile with your requested data.
(See attached file: Corrected LRD results 5th female position 1
08.26.05.xls)

2. Concerning my mail (08.19.05) about the actual available
inflator-charges:
    inventory at Germersheim (germany): S4V, S4W, S4X, S4E, S6J
    inventory at Carol Stream (USA): S29, S66, S63
    inventory at Fontana (USA): S48, S3A, S34, S39, S3B, S2R, S3E, S4B

There may also be a few inflator-charges in dealer inventory but normally
our dealers do not carry such inventory since there is not an immediate
need for such spare parts. If NHTSA would like us to check this would take
some time due to the inquiry process.

If you have any further question, please feel free to contact me via mail.


With best regards

Markus Heinisch
Entwicklungsingenieur
Passive Safety Entry/Volume cars

DaimlerChrysler AG
059/X414 - EP/SPV
71059 Sindelfingen/Germany

Phone +49-(0)70 31-90-8 07 83
Fax +49-(0)70 31-90-8 19 47
mailto: markus.heinisch@daimlerchrysler.com

1

Charlie.Case@nhts
a.dot.gov

29.08.2005 12:52

                                                    An
                          markus.heinisch@daimlerchrysler.co
                          m
                                                  Kopie
                          pritzlf@mbusa.com,
                          PMRaher@HHLAW.com,
                          peter.schramm@daimlerchrysler.com,
                          sak58@daimlerchrysler.com,
                          Brian.Smith@nhtsa.dot.gov,
                          Robert.Krauss@nhtsa.dot.gov,
                          ulrich.tschaeschke@daimlerchrysler
                          .com,
                          Rodolfo.Schoeneburg@daimlerchrysle
                          r.com,
                          karl-heinz.blume@daimlerchrysler.c
                          om
                                                  Thema
                          RE: Detailed information about the
                          inflator-number code

Dear Mr. Heinisch

What is the status of air bag module inventory request?

Sincerely,
Charles Case

-----Original Message-----
From: markus.heinisch@daimlerchrysler.com
[mailto:markus.heinisch@daimlerchrysler.com]
Sent: Friday, August 19, 2005 8:38 AM
To: Case, Charlie
Cc: pritzlf@mbusa.com; PMRaher@HHLAW.com;
peter.schramm@daimlerchrysler.com; sak58@daimlerchrysler.com; Smith,
Brian ; Krauss, Robert ; ulrich.tschaeschke@daimlerchrysler.com;
Rodolfo.Schoeneburg@daimlerchrysler.com;
karl-heinz.blume@daimlerchrysler.com
Subject: Detailed information about the inflator-number code

Dear Mr. Case,

I send you a detailed explanation of the inflator-charge-code (Attachment:
explanation modul_inflator_number_new).

Our contact in USA for the USA-deposit is out of the office and will return
next week. I hope, we will get the information about the available
inflator-charges in the USA-deposit next week.

I wish a nice weekend and if you have any further question, please feel
free to contact me via mail.

2

With kind regards

Markus Heinisch
Passive Safety Entry/Volume cars

DaimlerChrysler AG
059/X414 - EP/SPV
71059 Sindelfingen/Germany

mailto: markus.heinisch@daimlerchrysler.com

Attachments:
(See attached file: explanation modul_inflator_number_new.pdf)

## Case, Charlie

| | |
|---|---|
| **From:** | Raher, Patrick M. [PMRaher@HHLAW.com] |
| **Sent:** | Wednesday, August 31, 2005 5:49 AM |
| **To:** | Case, Charlie |
| **Cc:** | Smith, Brian ; Krauss, Robert |
| **Subject:** | RE: 2005 Mercedes C 230 |

```
Charlie:  Just spoke with Germany and I think they will have all the
data in your spread sheet by COB tomorrow.  If not I have asked that
they begin sending you data on a storage site by storage site basis so
you will have data earlier.  If there are any issue let me know.

Patrick

-----Original Message-----
From: Case, Charlie [mailto:Charlie.Case@nhtsa.dot.gov]
Sent: Tuesday, August 30, 2005 8:37 AM
To: Raher, Patrick M.
Cc: Smith, Brian ; Krauss, Robert
Subject: 2005 Mercedes C 230

Hi Pat

As you can see in your e-mail, Markus Heinisch responded to NHTSA's
request for information on the 2005 Mercedes C230.  We appreciate the
information and are concerned that we did not get a complete response.
The original request on August 8 was for the following:

     In anticipation of that testing, please provide an inventory of
the air bag module numbers and inflator numbers for those modules that
are in currently in stock so that we may purchase specific components.

Mr. Heinisch provided inflator numbers, but not the air bag module
numbers.  It has been 3 weeks since the original request and we only
have a partial response.  We need to complete our investigation before
the end of our fiscal year (9/30/05).  There is a lot of coordination
required (lab, parts, dealer, Merecedes, funding) to meet this deadline.
We would appreciate it if you would discuss this with Mercedes-Benz
representatives to make sure they understand the need to provide this
information quickly and to resolve any potential misunderstandings there
may be about our request.

Sincerely,

Charles Case



This electronic message transmission contains information from this law firm which may be
confidential or privileged. The information is intended to be for the use of the
individual or entity named above. If you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of the contents of this information is
prohibited.

If you have received this electronic transmission in error, please notify us by telephone
(+1-202-637-5600) or by electronic mail (PostMaster@HHLAW.COM) immediately.
```

**Case, Charlie**

| | |
|---|---|
| **From:** | markus.heinisch@daimlerchrysler.com |
| **Sent:** | Thursday, September 01, 2005 1:21 AM |
| **To:** | Case, Charlie |
| **Cc:** | Smith, Brian ; peter.schramm@daimlerchrysler.com; PMRaher@HHLAW.com; pritzif@mbusa.com; Krauss, Robert ; Rodolfo.Schoeneburg@daimlerchrysler.com; sak58 @daimlerchrysler.com; ulrich.tschaeschke@daimlerchrysler.com; karl-heinz.blume@daimlerchrysler.com |
| **Subject:** | inventory list |

  

Deposit_Inventory     Corrected LRD
2005_08_31 N...    results 5th fema...

Dear Mr. Case,

I got the first information about your request to the complete airbag and inflator numbers in our stocks (see attachment "Deposit_Inventory 2005_08_31 NHTSA.xls")

The information from the Fontana stock is complete. The Carol Steam stock gave me the airbag-numbers and during the course of the day I would get the inflator numbers. In the german stock they check the inventory, it looks like that the most of the airbag-moduls are sold. I hope I get the complete information from the german stock this week.

This is the extent of the inventory but MBUSA is continuing to check and if there is additional inventory identified we will notify NHTSA.

Concerning your mail from 08.22.2005:
I got a the injury summary from the trials 3 and 4 (tests 16 and 17 in the chart) from the MGA. I agree with your records and deleted the values in parenthesize in the chart (see attachment: "Corrected LRD results 5th female position 1 08.31.05.xls").

Attachments:
(See attached file: Deposit_Inventory 2005_08_31 NHTSA.xls)(See attached file: Corrected LRD results 5th female position 1 08.31.05.xls)


Mit freundlichem Gruß / best regards

Markus Heinisch
Entwicklungsingenieur
Passive Safety Entry/Volume cars

DaimlerChrysler AG
059/X414 - EP/SPV
71059 Sindelfingen/Germany

mailto: markus.heinisch@daimlerchrysler.com


| | | |
|---|---|---|
| Charlie.Case@nhts a.dot.gov | | |
| | | An |
| 22.08.2005 20:58 | Rodolfo.Schoeneburg@daimlerchrysle r.com | |
| | | Kopie |

pritzlf@mbusa.com,
PMRaher@HHLAW.com,
peter.schramm@daimlerchrysler.com,
sak58@daimlerchrysler.com,
Brian.Smith@nhtsa.dot.gov,
Robert.Krauss@nhtsa.dot.gov,
ulrich.tschaeschke@daimlerchrysler
.com,
markus.heinisch@daimlerchrysler.co
m

Thema
RE: Antwortschreiben an die NHTSA

Dr. Schoeneburg
Thank you for your e-mail.

I have reviewed the injury measures on the chart for which Mercedes-Benz
had different results recorded.
Your comment is repeated and my thoughts are in parentheses.

1.) There are several instances in which we have different values in our
database from those contained in your original chart.  For these tests, we
put our values in parenthesis in front of your values and shaded the data
cells in orange.  The affected cells are as follows:
- In test 4, all values. (I agree.  The results I listed are the original
certification results supplied to NHTSA and are test 1 in the spreadsheet.)
- In test 9, HIC-value. (The correct HIC value is 55.)
- In tests 16 and 17, all values.  (My records do not agree with
Mercedes.)
- In test 25, Ncf-value. (I agree the Ncf should be 0.2)

Attached is an updated version of the chart based on your comments and
adding the build dates for air bag modules and inflators.  It also moves
the 4/20/05 test to its chronological position and lists the number of
times a steering column was used instead of stating "replaced."
Previously, I included a line at the end of the spreadsheet for y-axis
moment data at the peak Nte time.  Please fill in that line for the tests
for which I did not have that information.

Sincerely yours,
Charles Case

2

**Case, Charlie**

| | |
|---|---|
| **From:** | markus.heinisch@daimlerchrysler.com |
| **Sent:** | Thursday, September 01, 2005 3:49 AM |
| **To:** | Case, Charlie |
| **Cc:** | Smith, Brian ; peter.schramm@daimlerchrysler.com; PMRaher@HHLAW.com; pritzlf@mbusa.com; Krauss, Robert ; Rodolfo.Schoeneburg@daimlerchrysler.com; sak58 @daimlerchrysler.com; ulrich.tschaeschke@daimlerchrysler.com; karl-heinz.blume@daimlerchrysler.com |
| **Subject:** | WG: inventory list - update |



Deposit_Inventory
2005_09_01 N...

Dear Mr. Case,

I attached a update from the stock inventory list.

Status inventory list:
```
    Fontana stock:            information complete
    Carol steam stock:        information complete
    Germersheim stock:    information in process
```

Attachment:
(See attached file: Deposit_Inventory 2005_09_01 NHTSA.xls)


Mit freundlichem Gruß / best regards

Markus Heinisch
Entwicklungsingenieur
Passive Safety Entry/Volume cars

DaimlerChrysler AG
059/X414 - EP/SPV
71059 Sindelfingen/Germany

mailto: markus.heinisch@daimlerchrysler.com
----- Weitergeleitet von Markus Heinisch/059/DCAG/DCX am 01.09.2005 09:42
-----

```
            Markus
            Heinisch/059/DCAG
            /DCX                              An
                              Charlie.Case@nhtsa.dot.gov@WK-BAC
            01.09.2005 07:21      KBONE
                                                  Kopie
                              Brian.Smith@nhtsa.dot.gov,
                              peter.schramm@daimlerchrysler.com
                              , PMRaher@HHLAW.com,
                              pritzlf@mbusa.com,
                              Robert.Krauss@nhtsa.dot.gov,
                              Rodolfo.Schoeneburg@daimlerchrysl
                              er.com,
                              sak58@daimlerchrysler.com,
                              ulrich.tschaeschke@daimlerchrysle
                              r.com, Karl-Heinz
                              Blume/059/DCAG/DCX@WK-EMEA2
                                                  Thema
```

inventory list(Document link:
Markus Heinisch)

Dear Mr. Case,

I got the first information about your request to the complete airbag and
inflator numbers in our stocks (see attachment "Deposit_Inventory
2005_08_31 NHTSA.xls")

The information from the Fontana stock is complete. The Carol Steam stock
gave me the airbag-numbers and during the course of the day I would get the
inflator numbers. In the german stock they check the inventory, it looks
like that the most of the airbag-moduls are sold. I hope I get the complete
information from the german stock this week.

This is the extent of the inventory but MBUSA is continuing to check and if
there is additional inventory identified we will notify NHTSA.

Concerning your mail from 08.22.2005:
I got a the injury summary from the trials 3 and 4 (tests 16 and 17 in the
chart) from the MGA. I agree with your records and deleted the values in
parenthesize in the chart (see attachment: "Corrected LRD results 5th
female position 1 08.31.05.xls").

Attachments:
## deleted by Markus Heinisch ##


Mit freundlichem Gruß / best regards

Markus Heinisch
Entwicklungsingenieur
Passive Safety Entry/Volume cars

DaimlerChrysler AG
059/X414 - EP/SPV
71059 Sindelfingen/Germany

mailto: markus.heinisch@daimlerchrysler.com

2

| Deposit Germersheim (germany) | Airbag number | Inflator number | notice |
|---|---|---|---|
| | 1 | ...S4W... | in process |
| | 2 | ...S4W... | in process |
| | 3 | ...S4W... | in process |
| | 4 | ...S4W... | in process |
| | 5 | ...S4W... | in process |
| | 6 | ...S4W... | in process |
| | 7 | ...S4W... | in process |
| | 8 | ...S4W... | in process |
| | 9 | ...S4X... | in process |
| | 10 | ...S4X... | in process |
| | 11 | ...S4X... | in process |
| | 12 | ...S4X... | in process |
| | 13 | ...S4X... | in process |
| | 14 | ...S4X... | in process |
| | 15 | ...S4X... | in process |
| | 16 | ...S4X... | in process |
| | 17 | ...S4X... | in process |
| | 18 | ...S4X... | in process |
| | 19 | ...S4X... | in process |
| | 20 | ...S4X... | in process |
| | 21 | ...S4X... | in process |
| | 22 | ...S4X... | in process |
| | 23 | ...S4X... | in process |
| | 24 | ...S4X... | in process |
| | 25 | ...S4X... | in process |
| | 26 | ...S4X... | in process |
| | 27 | ...S4X... | in process |
| | 28 | ...S4X... | in process |
| | 29 | ...S4X... | in process |
| | 30 | ...S4X... | in process |
| | 31 | ...S4E... | in process |
| | 32 | ...S4E... | in process |
| | 33 | ...S4E... | in process |
| | 34 | ...S4E... | in process |
| | 35 | ...S4E... | in process |

| Deposit Germersheim (germany) | Airbag number | Inflator number | notice |
|---|---|---|---|
| | 36 | …S4E… | in process |
| | 37 | …S4E… | in process |
| | 38 | …S4E… | in process |
| | 39 | …S4E… | in process |
| | 40 | …S4E… | in process |
| | 41 | …S4E… | in process |
| | 42 | …S4E… | in process |
| | 43 | …S4E… | in process |
| | 44 | …S4E… | in process |
| | 45 | …S4E… | in process |
| | 46 | …S4E… | in process |
| | 47 | …S4E… | in process |
| | 48 | …S4E… | in process |
| | 49 | …S6J… | in process |
| | 50 | …S6J… | in process |
| | 51 | …S6J… | in process |
| | 52 | …S6J… | in process |
| | 53 | …S6J… | in process |
| | 54 | …S6J… | in process |
| | 55 | …S6J… | in process |
| | 56 | …S6J… | in process |
| | 57 | …S6J… | in process |
| | 58 | …S6J… | in process |
| | 59 | …S6J… | in process |
| | 60 | …S6J… | in process |
| | 61 | …S6J… | in process |
| | 62 | …S6J… | in process |
| | 63 | …S6J… | in process |
| | 64 | …S6J… | in process |
| | 65 | …S6J… | in process |
| | 66 | …S6J… | in process |
| | 67 | …S6J… | in process |
| | 68 | …S6J… | in process |
| | 69 | …S6J… | in process |
| | 70 | …S6J… | in process |

| Deposit Germersheim (germany) | Airbag number | inflator number | notice |
|---|---|---|---|
| 71 | | ...S6J... | in process |
| 72 | | ...S6J... | in process |
| 73 | | ...S6J... | in process |
| 74 | | ...S6J... | in process |
| 75 | | ...S6J... | in process |
| 76 | | ...S6J... | in process |
| 77 | | ...S6J... | in process |
| 78 | | ...S6J... | in process |
| 79 | | ...S6J... | in process |
| 80 | | ...S6J... | in process |
| 81 | | ...S6J... | in process |
| 82 | | ...S6J... | in process |
| 83 | | ...S6J... | in process |
| 84 | | ...S6J... | in process |
| 85 | | ...S6J... | in process |
| 86 | | ...S6J... | in process |
| 87 | | ...S6J... | in process |
| 88 | | ...S6J... | in process |
| 89 | | ...S6J... | in process |
| 90 | | ...S6J... | in process |
| 91 | | ...S6J... | in process |
| 92 | | ...S6J... | in process |
| 93 | | ...S6J... | in process |
| 94 | | ...S6J... | in process |
| 95 | | ...S6J... | in process |
| 96 | | ...S6J... | in process |
| 97 | | ...S6J... | in process |
| 98 | | ...S6J... | in process |
| 99 | | ...S6J... | in process |
| 100 | | ...S6J... | in process |
| 101 | | ...S6J... | in process |
| 102 | | ...S6J... | in process |
| 103 | | ...S6J... | in process |
| 104 | | ...S6J... | in process |
| 105 | | ...S6J... | in process |

| Deposit Germersheim (germany) | Airbag number | Inflator number | notice |
|---|---|---|---|
| | 106 | ...S6J... | in process |
| | 107 | ...S6J... | in process |
| | 108 | ...S6J... | in process |
| | 109 | ...S6J... | in process |
| | 110 | ...S6J... | in process |
| | 111 | ...S6J... | in process |
| | 112 | ...S6J... | in process |
| | 113 | ...S6J... | in process |
| | 114 | ...S6J... | in process |
| | 115 | ...S6J... | in process |
| | 116 | ...S6J... | in process |
| | 117 | ...S6J... | in process |
| | 118 | ...S6J... | in process |
| | 119 | ...S6J... | in process |
| | 120 | ...S6J... | in process |
| | 121 | ...S6J... | in process |
| | 122 | ...S6J... | in process |
| | 123 | ...S6J... | in process |
| | 124 | ...S6J... | in process |
| | 125 | ...S6J... | in process |
| | 126 | ...S6J... | in process |
| | 127 | ...S6J... | in process |
| | 128 | ...S6J... | in process |
| | 129 | ...S6J... | in process |
| | 130 | ...S6J... | in process |
| | 131 | ...S6J... | in process |
| | 132 | ...S6J... | in process |
| | 133 | ...S6J... | in process |
| | 134 | ...S6J... | in process |
| | 135 | ...S6J... | in process |
| | 136 | ...S4V... | in process |
| | 137 | ...S4V... | in process |
| | 138 | ...S4V... | in process |
| | 139 | ...S4V... | in process |
| | 140 | ...S4V... | in process |

| | Airbag number | Inflator number | notice |
|---|---|---|---|
| **Deposit Germersheim (germany)** | | | |
| **Deposit Fontana (USA)** | | | |
| 1 | | YP3 S48 3N CMW | sold |
| 2 | 1718600102911670051240232X | YP3 S3A 3N ALC | |
| 3 | 1718600102911670051501763 | YP3 S34 3N CLX | |
| 4 | 1718600102911670051240282288 | YP3 S39 3N FKX | |
| 5 | 1718600102911670051240240 | YP3 S39 3N FKU | |
| 6 | 1718600102911670051240283 | YP3 S3B 3N EKL | |
| 7 | 1718600102911670051501726 | YP3 S2R 3N CBN | |
| 8 | 1718600102911670051501738 | YP3 S2R 3N CDN | |
| 9 | | YP3 S3E 3N ASH | sold |
| 10 | | YP3 S3E 3N AVC | sold |
| 11 | 1718600102911670051570276 | YP3 S4B 3N AOG | |
| **Deposit Carol Steam (USA)** | | | |
| 1 | 1718600102911670051302800 | YP3S3K3NADN | |
| 2 | 1718600102911670050970583X | YP3S293NFGF | |
| 3 | 1718600102911670042370184 | YP3R6W3NEYR | |
| 4 | | S63... | sold |

**Case, Charlie**

| | |
|---|---|
| **From:** | markus.heinisch@daimlerchrysler.com |
| **Sent:** | Friday, September 02, 2005 12:57 AM |
| **To:** | Case, Charlie |
| **Cc:** | Smith, Brian ; jeff.lewandowski@mgaresearch.com; karl-heinz.blume@daimlerchrysler.com; markus.heinisch@daimlerchrysler.com; peter.schramm@daimlerchrysler.com; PMRaher@HHLAW.com; pritzlf@mbusa.com; Krauss, Robert ; Rodolfo.Schoeneburg@daimlerchrysler.com; sak58@daimlerchrysler.com; ulrich.tschaeschke@daimlerchrysler.com; karl-heinz.blume@daimlerchrysler.com |
| **Subject:** | Antwort: RE: inventory list - update |



Deposit_Inventory
2005_09_01 N...

Mr. Case:
Mr. Tschäschke will attend to the shipping of the moduls to you.

I have attached the complete inventory list (see "Deposit_Inventory
2005_09_01 NHTSA_update.xls"). The moduls of Germersheim are moduls which
are delivered from the supplier to the stock Germersheim. At the moment,
the stock Germersheim verify the available moduls. The most of the moduls
are apparently sold.

to all:
I will go on vacation at next monday. Please send all mails to Mr.
Tschäschke, he will assume this topic in the future again. You can delete
me from the mail-list.


Attachment:
(See attached file: Deposit_Inventory 2005_09_01 NHTSA_update.xls)


Mit freundlichem Gruß / best regards

Markus Heinisch
Entwicklungsingenieur
Passive Safety Entry/Volume cars

DaimlerChrysler AG
059/X414 - EP/SPV
71059 Sindelfingen/Germany

mailto: markus.heinisch@daimlerchrysler.com



                    Charlie.Case@nhts
                    a.dot.gov                                             An
                                              markus.heinisch@daimlerchrysler.co
                    01.09.2005 15:35          m
                                                                       Kopie
                                              Brian.Smith@nhtsa.dot.gov,
                                              peter.schramm@daimlerchrysler.com,
                                              PMRaher@HHLAW.com,
                                              pritzlf@mbusa.com,
                                              Robert.Krauss@nhtsa.dot.gov,
                                              Rodolfo.Schoeneburg@daimlerchrysle

                                 1

```
                                    r.com,  sak58@daimlerchrysler.com,
                                    ulrich.tschaeschke@daimlerchrysler
                                    .com,
                                    karl-heinz.blume@daimlerchrysler.c
                                    om,
                                    jeff.lewandowski@mgaresearch.com
                                                                  Thema
                                    RE: inventory list - update
```

Markus
Thank you for the inventory.

We would like to obtain the following air bag modules as quickly as
possible from the USA sites.

Deposit Fontana (USA)
1718600102911670051150176
1718600102911670051150172
1718600102911670051150173

Deposit Carol Steam (USA
171860010291167005097058X
1718600102911670042370418

They can be sent to the dealer

Concours Service, Inc.
1400 West Silver Spring Drive
Milwaukee, WI  53209
Attn: Dan Kolasinski

For payment purposes it would be better for us to work through the dealer.

We are hoping to perform the low risk deployment tests the week of 9/12 or
9/19.  Therefore, we need the modules as quickly as possible for funding
reasons and in case we can test in September.  I will let you know if we
can get a test date in September.

I will be out of the office from September 6 through 12.  During that
period, you may contact Brian Smith at brian.smith@nhtsa.dot.gov.

Please let me know what else I need to do to get these modules.

Sincerely,

Charles Case

-----Original Message-----
From: markus.heinisch@daimlerchrysler.com
[mailto:markus.heinisch@daimlerchrysler.com]
Sent: Thursday, September 01, 2005 3:49 AM
To: Case, Charlie
Cc: Smith, Brian ; peter.schramm@daimlerchrysler.com; PMRaher@HHLAW.com;
pritzlf@mbusa.com; Krauss, Robert ;
Rodolfo.Schoeneburg@daimlerchrysler.com; sak58@daimlerchrysler.com;
ulrich.tschaeschke@daimlerchrysler.com;
karl-heinz.blume@daimlerchrysler.com

                              2

Subject: WG: inventory list - update


Dear Mr. Case,

I attached a update from the stock inventory list.

Status inventory list:
    Fontana stock:             information complete
    Carol steam stock:       information complete
    Germersheim stock:   information in process

Attachment:
(See attached file: Deposit_Inventary 2005_09_01 NHTSA.xls)


Mit freundlichem Gruß / best regards

Markus Heinisch
Entwicklungsingenieur
Passive Safety Entry/Volume cars

DaimlerChrysler AG
059/X414 - EP/SPV
71059 Sindelfingen/Germany

mailto: markus.heinisch@daimlerchrysler.com
----- Weitergeleitet von Markus Heinisch/059/DCAG/DCX am 01.09.2005 09:42
-----

| | |
|---|---|
| Markus Heinisch/059/DCAG/DCX<br><br>01.09.2005 07:21 | **An**<br>Charlie.Case@nhtsa.dot.gov@WK-BACKBONE<br>**Kopie**<br>Brian.Smith@nhtsa.dot.gov, peter.schramm@daimlerchrysler.com, PMRaher@HHLAW.com, pritzlf@mbusa.com, Robert.Krauss@nhtsa.dot.gov, Rodolfo.Schoeneburg@daimlerchrysler.com, sak58@daimlerchrysler.com, ulrich.tschaeschke@daimlerchrysler.com, Karl-Heinz Blume/059/DCAG/DCX@WK-EMEA2<br>**Thema**<br>inventory list(Document link: Markus Heinisch) |


Dear Mr. Case,

I got the first information about your request to the complete airbag and
inflator numbers in our stocks (see attachment "Deposit_Inventary
2005_08_31 NHTSA.xls")

3

The information from the Fontana stock is complete. The Carol Steam stock gave me the airbag-numbers and during the course of the day I would get the inflator numbers. In the german stock they check the inventory, it looks like that the most of the airbag-moduls are sold. I hope I get the complete information from the german stock this week.

This is the extent of the inventory but MBUSA is continuing to check and if there is additional inventory identified we will notify NHTSA.

Concerning your mail from 08.22.2005:
I got a the injury summary from the trials 3 and 4 (tests 16 and 17 in the chart) from the MGA. I agree with your records and deleted the values in parenthesize in the chart (see attachment: "Corrected LRD results 5th female position 1 08.31.05.xls").

Attachments:
## deleted by Markus Heinisch ##


Mit freundlichem Gruß / best regards

Markus Heinisch
Entwicklungsingenieur
Passive Safety Entry/Volume cars

DaimlerChrysler AG
059/X414 - EP/SPV
71059 Sindelfingen/Germany

mailto: markus.heinisch@daimlerchrysler.com

| | Airbag number | Inflator number | |
|---|---|---|---|
| **Deposit Germersheim (germany)** | | | |
| 1 | 171860070291167005222202216 | YP3S4E3NAPO | |
| 2 | 171860070291167005222202241 | YP3S4E3NAPP | |
| 3 | 171860070291167005222202253 | YP3S4E3NAPR | |
| 4 | 17186007029116700522201990X | YP3S4E3NAPT | |
| 5 | 171860070291167005222201789 | YP3S4E3NAPV | |
| 6 | 171860070291167005222201832 | YP3S4E3NAQB | |
| 7 | 171860070291167005222201820 | YP3S4E3NAQD | |
| 8 | 17186007029116700522220187X | YP3S4E3NAQF | |
| 9 | 171860070291167005222201881 | YP3S4E3NAQG | |
| 10 | 171860070291167005222201819 | YP3S4E3NAQI | |
| 11 | 171860070291167005222202137 | YP3S4E3NAQJ | |
| 12 | 171860070291167005222201807 | YP3S4E3NAQK | |
| 13 | 171860070291167005222201790 | YP3S4E3NAQL | |
| 14 | 171860070291167005222201753 | YP3S4E3NAQM | |
| 15 | 171860070291167005222202125 | YP3S4E3NAQN | |
| 16 | 171860070291167005222202149 | YP3S4E3NAQO | |
| 17 | 171860070291167005222202162 | YP3S4E3NAQP | |
| 18 | 171860070291167005222202198 | YP3S4E3NAQQ | |
| 19 | 171860070291167005222201741 | YP3S4V3NEWL | |
| 20 | 17186007029116700522220173X | YP3S4V3NEWN | |
| 21 | 171860070291167005222201777 | YP3S4V3NEWO | |
| 22 | 171860070291167005222201765 | YP3S4V3NEWP | |
| 23 | 171860070291167005222201728 | YP3S4V3NEWQ | |
| 24 | 171860070291167005222202150 | YP3S4W3NAUN | |
| 25 | 171860070291167005222202101 | YP3S4W3NAUU | |
| 26 | 171860070291167005222202186 | YP3S4W3NAUY | |
| 27 | 171860070291167005222202113 | YP3S4W3NAVC | |
| 28 | 171860070291167005222202083 | YP3S4W3NAVE | |
| 29 | 171860070291167005222201868 | YP3S4X3NCWA | |
| 30 | 171860070291167005222202071 | YP3S4X3NCWB | |
| 31 | 171860070291167005222202046 | YP3S4X3NCWH | |
| 32 | 171860070291167005222201996 | YP3S4X3NCWI | |
| 33 | 171860070291167005222202010 | YP3S4X3NCWO | |
| 34 | 171860070291167005222201893 | YP3S4X3NCWP | |
| 35 | 171860070291167005222202009 | YP3S4X3NCWX | |
| 36 | 171860070291167005222201923 | YP3S4X3NCWZ | |
| 37 | 171860070291167005222202022 | YP3S4X3NCYK | |
| 38 | 171860070291167005222201935 | YP3S4X3NCYR | |
| 39 | 17186007029116700522220206X | YP3S4X3NCYV | |
| 40 | 171860070291167005222201984 | YP3S4X3NCYY | |
| 41 | 171860070291167005222202058 | YP3S4X3NCYZ | |
| 42 | 171860070291167005222201972 | YP3S4X3NCZB | |
| 43 | 171860070291167005222201856 | YP3S4X3NCZC | |
| 44 | 171860070291167005222201844 | YP3S4X3NCZD | |
| 45 | 171860070291167005222201960 | YP3S4X3NCZE | |
| 46 | 171860070291167005222202034 | YP3S4X3NCZG | |
| 47 | 171860070291167005222201947 | YP3S4X3NCZH | |
| 48 | 171860070291167005222201911 | YP3S4X3NCZI | |
| 49 | 171860070291167005222201959 | YP3S4X3NCZK | |
| 50 | 171860070291167005222202095 | YP3S4X3NCZL | |
| 51 | 171860070291167005222202265 | YP3S5K3NETC | |
| 52 | 171860070291167005222202204 | YP3S5K3NEUG | |
| 53 | 171860070291167005222202174 | YP3S5K3NEUP | |
| 54 | 171860070291167005222202782 | YP3S6H3NERK | |

| | | |
|---|---|---|
| 55 | 1718600070291167005222202952 | YP3S6H3NEWR |
| 56 | 1718600070291167005222202812 | YP3S6H3NEXB |
| 57 | 1718600070291167005222203002 | YP3S6H3NEYU |
| 58 | 1718600070291167005222202824 | YP3S6H3NEZL |
| 59 | 1718600070291167005222202976 | YP3S6H3NFAY |
| 60 | 1718600070291167005222202678 | YP3S6H3NFBA |
| 61 | 1718600070291167005222202733 | YP3S6H3NFBB |
| 62 | 1718600070291167005222203026 | YP3S6J3NAWU |
| 63 | 1718600070291167005222202757 | YP3S6J3NAXD |
| 64 | 1718600070291167005222202654 | YP3S6J3NAZY |
| 65 | 1718600070291167005222202897 | YP3S6J3NBCL |
| 66 | 1718600070291167005222202605 | YP3S6J3NBDO |
| 67 | 1718600070291167005222203117 | YP3S6J3NBDR |
| 68 | 1718600070291167005222202587 | YP3S6J3NBES |
| 69 | 171860007029116700522220285X | YP3S6J3NBEU |
| 70 | 1718600070291167005222203063 | YP3S6J3NBEX |
| 71 | 1718600070291167005222203051 | YP3S6J3NBEY |
| 72 | 1718600070291167005222202861 | YP3S6J3NBEZ |
| 73 | 1718600070291167005222203099 | YP3S6J3NBFB |
| 74 | 1718600070291167005222203038 | YP3S6J3NBFC |
| 75 | 1718600070291167005222203087 | YP3S6J3NBFF |
| 76 | 171860007029116700522220304X | YP3S6J3NBFH |
| 77 | 1718600070291167005222203105 | YP3S6J3NBFI |
| 78 | 1718600070291167005222202915 | YP3S6J3NBFJ |
| 79 | 1718600070291167005222202873 | YP3S6J3NBFM |
| 80 | 1718600070291167005222203014 | YP3S6J3NBFN |
| 81 | 1718600070291167005222203075 | YP3S6J3NBFP |
| 82 | 1718600070291167005222202617 | YP3S6J3NBFQ |
| 83 | 1718600070291167005222202927 | YP3S6J3NBFR |
| 84 | 1718600070291167005222202526 | YP3S6J3NBFS |
| 85 | 1718600070291167005222202885 | YP3S6J3NBFT |
| 86 | 1718600070291167005222202769 | YP3S6J3NBFV |
| 87 | 1718600070291167005222202551 | YP3S6J3NBFW |
| 88 | 1718600070291167005222202642 | YP3S6J3NBFX |
| 89 | 1718600070291167005222202629 | YP3S6J3NBFY |
| 90 | 1718600070291167005222202575 | YP3S6J3NBFZ |
| 91 | 1718600070291167005222202563 | YP3S6J3NBGA |
| 92 | 171860007029116700522220254X | YP3S6J3NBGB |
| 93 | 1718600070291167005222202538 | YP3S6J3NBGC |
| 94 | 1718600070291167005222202940 | YP3S6J3NBGD |
| 95 | 1718600070291167005222202903 | YP3S6J3NBGE |
| 96 | 1718600070291167005222202666 | YP3S6J3NBGF |
| 97 | 1718600070291167005222202599 | YP3S6J3NBGG |
| 98 | 1718600070291167005222202514 | YP3S6J3NBGH |
| 99 | 1718600070291167005222202848 | YP3S6J3NBGJ |
| 100 | 1718600070291167005222202630 | YP3S6J3NBIF |
| 101 | 1718600070291167005222202988 | YP3S6J3NBKM |
| 102 | 1718600070291167005222202708 | YP3S6J3NBKU |
| 103 | 171860007029116700522220271X | YP3S6J3NBLA |
| 104 | 171860007029116700522220268X | YP3S6J3NBLB |
| 105 | 1718600070291167005222202745 | YP3S6J3NBLC |
| 106 | 1718600070291167005222202721 | YP3S6J3NBLE |
| 107 | 1718600070291167005222202691 | YP3S6J3NBLQ |
| 108 | 1718600070291167005222202459 | YP3S6J3NBLX |
| 109 | 1718600070291167005222202472 | YP3S6J3NBLY |
| 110 | 1718600070291167005222202435 | YP3S6J3NBND |

| | | | |
|---|---|---|---|
| 111 | 1718600702911670052220233 | YP3S6J3NBNM | |
| 112 | 171860070291167005222023 7X | YP3S6J3NBNP | |
| 113 | 1718600702911670052220236 8 | YP3S6J3NBNX | |
| 114 | 171860070291167005222024 0X | YP3S6J3NBNZ | |
| 115 | 1718600702911670052220242 3 | YP3S6J3NBOB | |
| 116 | 171860070291167005222029 0 | YP3S6J3NBOI | |
| 117 | 171860070291167005222028 9 | YP3S6J3NBOJ | |
| 118 | 1718600702911670052220238 1 | YP3S6J3NBOK | |
| 119 | 1718600702911670052220232 0 | YP3S6J3NBOL | |
| 120 | 1718600702911670052220235 6 | YP3S6J3NBOM | |
| 121 | 1718600702911670052220241 1 | YP3S6J3NBON | |
| 122 | 1718600702911670052220230 7 | YP3S6J3NBOO | |
| 123 | 1718600702911670052220234 4 | YP3S6J3NBOP | |
| 124 | 1718600702911670052220227 7 | YP3S6J3NBOT | |
| 125 | 1718600702911670052220239 3 | YP3S6J3NBOW | |
| 126 | 1718600702911670052220231 9 | YP3S6J3NBOY | |
| 127 | 1718600702911670052220246 0 | YP3S6J3NBQJ | |
| 128 | 1718600702911670052220283 6 | YP3S6J3NBRX | |
| 129 | 1718600702911670052220248 4 | YP3S6J3NBSA | |
| 130 | 1718600702911670052220249 6 | YP3S6J3NBSD | |
| 131 | 1718600702911670052220250 2 | YP3S6J3NBSE | |
| 132 | 1718600702911670052220244 7 | YP3S6J3NBSG | |
| 133 | 1718600702911670052220222 8 | YP3S6J3NBSL | |
| 134 | 171860070291167005222029 9X | YP3S6J3NBSO | |
| 135 | 171860070291167005222023 23X | YP3S6J3NBSY | |
| 136 | 1718600702911670052220296 4 | YP3S6J3NBSZ | |
| 137 | 1718600702911670052220293 9 | YP3S6J3NBUA | |
| 138 | 1718600702911670052220280 0 | YP3S6J3NBUE | |
| 139 | 1718600702911670052220277 0 | YP3S6J3NBUG | |
| 140 | 1718600702911670052220279 4 | YP3S6J3NBUI | |
| **Deposit Fontana (USA)** | | | |
| 1 | 1718600102911670051570643 4 | YP3 S48 3N CMW | sold |
| 2 | 171860010291167005124023 2X | YP3 S3A 3N ALC | |
| 3 | 1718600102911670051150176 3 | YP3 S34 3N CLX | |
| 4 | 1718600102911670051240228 8 | YP3 S39 3N FKX | |
| 5 | 1718600102911670051240224 0 | YP3 S39 3N FKU | |
| 6 | 1718600102911670051240248 3 | YP3 S3B 3N EKL | |
| 7 | 1718600102911670051150172 6 | YP3 S2R 3N CBN | |
| 8 | 1718600102911670051150173 8 | YP3 S2R 3N CDN | |
| 9 | 1718600102911670051240250 1 | YP3 S3E 3N ASH | sold |
| 10 | 1718600102911670051240243 4 | YP3 S3E 3N AVC | sold |
| 11 | 1718600102911670051570627 6 | YP3 S4B 3N AOG | |
| **Deposit Carol Steam (USA)** | | | |
| 1 | 1718600102911670051330280 0 | YP3S3K3NADN | |
| 2 | 171860010291167005097058 3X | YP3S293NFGF | |
| 3 | 1718600102911670042370418 4 | YP3R6W3NEYR | |
| 4 | | …S63… | sold |

## Case, Charlie

| | |
|---|---|
| **From:** | ulrich.tschaeschke@daimlerchrysler.com |
| **Sent:** | Tuesday, September 06, 2005 9:55 AM |
| **To:** | Case, Charlie |
| **Cc:** | Rodolfo.Schoeneburg@daimlerchrysler.com; karl-heinz.blume@daimlerchrysler.com; PMRaher@HHLAW.com; matthias.struck@daimlerchrysler.com |
| **Subject:** | 203 tests at MGA |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |


Test program
1.xls.zip

Charlie,

Matthias Struck will attend the 203 tests at September 22/ 23.
Thank you for the invitation!

We will conduct the 15 taping tests and 3 neck shield tests from September
26 till September 30  and invite you for attending the tests.
We will start at MGA at 08.00 am.

The test matrix is attached.

(See attached file: Test program 1.xls.zip)


Mit freundlichen Grüßen

Ulrich

1

# Proposed Joint Test Program

## 1. Test of Dynamic material used for taping (at DC)

Objective:                          Tension tests with 3M SCOTCH 234 at different strain rates for single taping and 3-times taping 100% overlap

## 2. Test of Tape Strength and Position During Deployment Testing (at MGA)

Objective:                          Quantify impact and variability of taping method and position on potential interference with the airbag and during performance

Test object                         **203 body in white supplied by DC**
Dummy                               5% FTSS
Test position                       FMVSS 208 position1 "chin on module"
Seating position                    MGA and DC
Steering column                     new
number of tests for each parameter  3                    => 15 tests

| taping | horizontal | | downward | |
|---|---|---|---|---|
| | Y narrow | Y wide | Y narrow | Y wide |
| test/ seating position | DC (baseline for taping tests) | MGA | MGA | MGA (baseline for neck intrusion tests) |
| side view |  |  |  |  |
| front view |  |  |  |  |
| single taping | 3 | — | — | — |
| 3-times taping | 3 | 3 | 3 | 3 |

## 3. Deployment tests "neck shield" (at MGA)

Test objective                      Quantify variability of airbag neck intrusion

Test object                         203 body in white supplied by DC
Dummy                               5% FTSS
Test position                       FMVSS 208 position1 "chin on module"
Seating position                    MGA
Steering column                     new

| taping | downward |
|---|---|
| test/ seating position | MGA |
| side view |  |
| 3-times taping | 3 |

## 4. Steering column tests (at DC)

Test objective                      Quantify the elasticities in the steering column due to airbag deployment

Test object                         203 complete car
                                    Impact tests with a new steering column and a used (after an oop test "chin on module) steering column

**Case, Charlie**

| | |
|---|---|
| **From:** | Raher, Patrick M. [PMRaher@HHLAW.com] |
| **Sent:** | Tuesday, September 06, 2005 10:26 AM |
| **To:** | ulrich.tschaeschke@daimlerchrysler.com; Case, Charlie |
| **Cc:** | Rodolfo.Schoeneburg@daimlerchrysler.com; karl-heinz.blume@daimlerchrysler.com; matthias.struck@daimlerchrysler.com; peter.schramm@daimlerchrysler.com; SAK58 @daimlerchrysler.com; Montague, R. Latane; bowneg@mbusa.com; pritzlf@mbusa.com |
| **Subject:** | RE: 203 tests at MGA |

Ulrich:  Thank you for the note.  I had not known that DCAG was going to carry out the 15
taping and 3 neck shield tests at MGA and would invite NHTSA participation.  Can you tell
me the theory of conducting these tests with NHTSA before we even know if the NHTSA tests
of Sept. 22/23 are good or failures?  Now that we have notified NHTSA there is likely
nothing we can do about this.  However, I strongly recommend that if all NHTSA tests at
MGA are "pass" that we consider not doing any more testing.  We should arrange for a
conference call to discuss this immediately after the NHTSA tests so that we have this
data and can make a fully informed decision.  Would you like me to set up a conference
call in number for the late afternoon of Sept. 23 or even Saturday the 24th?

Patrick

-----Original Message-----
From: ulrich.tschaeschke@daimlerchrysler.com
[mailto:ulrich.tschaeschke@daimlerchrysler.com]
Sent: Tuesday, September 06, 2005 9:55 AM
To: charlie.case@nhtsa.dot.gov
Cc: Rodolfo.Schoeneburg@daimlerchrysler.com; karl-heinz.blume@daimlerchrysler.com; Raher,
Patrick M.; matthias.struck@daimlerchrysler.com
Subject: 203 tests at MGA


Charlie,

Matthias Struck will attend the 203 tests at September 22/ 23.
Thank you for the invitation!

We will conduct the 15 taping tests and 3 neck shield tests from September
26 till September 30  and invite you for attending the tests.
We will start at MGA at 08.00 am.

The test matrix is attached.

(See attached file: Test program 1.xls.zip)



Mit freundlichen Grüßen

Ulrich


This electronic message transmission contains information from this law firm which may be
confidential or privileged. The information is intended to be for the use of the
individual or entity named above. If you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of the contents of this information is
prohibited.

If you have received this electronic transmission in error, please notify us by telephone
(+1-202-637-5600) or by electronic mail (PostMaster@HHLAW.COM) immediately.

2005 MERCEDES BENZ C230 (5TH P1 Trial 7)
LOW RISK DEPLOYMENT TEST
5th % FEMALE (P1 Trial 7)
MGA RESEARCH CORPORATION
September 23, 2005

### INJURY SUMMARY CALCULATED ON 0 ms TO 325 ms

| PARAMETER | FMVSS 208 MAXIMUM ALLOWABLE INJURY ASSESSMENT VALUE | MEASURED VALUE |
|---|---|---|
| HIC 15 | 700 | 47 |
| Chest Acceleration | 60 g | 14.3 |
| Chest Displacement | 52 mm | 12.0 |
| Nij: | | |
| Nte | 1.0 | 0.9 |
| Nte Time | NA | 0.0301 S |
| Ntf | 1.0 | 0.2 |
| Ntf Time | NA | 0.0433 S |
| Nce | 1.0 | 0.6 |
| Nce Time | NA | 0.1508 S |
| Ncf | 1.0 | 0.2 |
| Ncf Time | NA | 0.1789 S |
| Neck Tension (Fz) | 2070 N | 1177 |
| Neck Compression (Fz) | 2520 N | 644 |
| Left Femur | 6805 N | 766 |
| Right Femur | 6805 N | 1191 |

## *PRELIMINARY DATA*

*2nd test on 3/23/05*

**2005 MERCEDES BENZ C230 (5TH P1 Trial 8)**
**LOW RISK DEPLOYMENT TEST**
**5th % FEMALE (P1 Trial 8)**
**MGA RESEARCH CORPORATION**
**September 23, 2005**

### INJURY SUMMARY CALCULATED ON 0 ms TO 325 ms

| PARAMETER | FMVSS 208 MAXIMUM ALLOWABLE INJURY ASSESSMENT VALUE | MEASURED VALUE |
|---|---|---|
| HIC 15 | 700 | 98.4 |
| Chest Acceleration | 60 g | 15.5 |
| Chest Displacement | 52 mm | 13.3 |
| Nij: | | |
| Nte | 1.0 | 0.9 |
| Nte Time | NA | 0.0266 s |
| Ntf | 1.0 | 0.1 |
| Ntf Time | NA | 0.2407 s |
| Nce | 1.0 | 1.1 |
| Nce Time | NA | 0.1345 s |
| Ncf | 1.0 | 0.1 |
| Ncf Time | NA | 0.2506 s |
| Neck Tension (Fz) | 2070 N | 1557 |
| Neck Compression (Fz) | 2520 N | 1125 |
| Left Femur | 6805 N | 213 |
| Right Femur | 6805 N | 198 |

## *PRELIMINARY DATA*

2005 MERCEDES BENZ C230 (5TH P1 Trial 9)
LOW RISK DEPLOYMENT TEST
5th % FEMALE (P1 Trial 9)
MGA RESEARCH CORPORATION
September 23, 2005

## INJURY SUMMARY CALCULATED ON 0 ms TO 325 ms

| PARAMETER | FMVSS 208 MAXIMUM ALLOWABLE INJURY ASSESSMENT VALUE | MEASURED VALUE |
|---|---|---|
| HIC 15 | 700 | 103.9 |
| Chest Acceleration | 60 g | 13.0 |
| Chest Displacement | 52 mm | -12.4 |
| Nij: | | |
| Nte | 1.0 | 1.0 |
| Nte Time | NA | 0.027 S |
| Ntf | 1.0 | 0.07 |
| Ntf Time | NA | 0.2305 S |
| Nce | 1.0 | 1.0 |
| Nce Time | NA | 0.1339 S |
| Ncf | 1.0 | 0.1 |
| Ncf Time | NA | 0.2521 S |
| Neck Tension (Fz) | 2070 N | 1478 |
| Neck Compression (Fz) | 2520 N | 1094 |
| Left Femur | 6805 N | 275 |
| Right Femur | 6805 N | 231 |

## PRELIMINARY DATA

2005 MERCEDES BENZ C230 (5TH P1 Trial 10)
LOW RISK DEPLOYMENT TEST
5th % FEMALE (P1 Trial 9)
MGA RESEARCH CORPORATION
September 23, 2005

### INJURY SUMMARY CALCULATED ON 0 ms TO 325 ms

| PARAMETER | FMVSS 208 MAXIMUM ALLOWABLE INJURY ASSESSMENT VALUE | MEASURED VALUE |
|---|---|---|
| HIC 15 | 700 | 77 |
| Chest Acceleration | 60 g | 14 |
| Chest Displacement | 52 mm | 15 |
| Nij: | | |
| Nte | 1.0 | 1.1 (1.075) |
| Nte Time | NA | 0.0278 S |
| Ntf | 1.0 | 0.3 |
| Ntf Time | NA | 0.0422 S |
| Nce | 1.0 | 1.0 (0.961) |
| Nce Time | NA | 0.1365 S |
| Ncf | 1.0 | 0.1 |
| Ncf Time | NA | 0.1746 S |
| Neck Tension (Fz) | 2070 N | 1426 |
| Neck Compression (Fz) | 2520 N | 906 |
| Left Femur | 6805 N | 289 |
| Right Femur | 6805 N | 254 |

## *PRELIMINARY DATA*

SEP 2 3 2005

**2005 Mercedes-Benz C-230 Position 1 Low Risk Deployment Testing with Original or New Columns, Wheels, Clock Springs, and Air Bag Modules**

| Spec | IARVs | 1 | 2 | 3 | 4 (Cert Test) | 5 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Date | | 02.13.04 | 02.13.04 | 01.31.05 | 03.10.05 | 04.11.05 | 04.15.05 | 04.15.05 | 04.15.05 | 04.15.05 |
| Test Sponsor | | TP | TP | TP | NHTSA | DC | DC | DC | DC | DC |
| Test Lab | | TP | TP | TP | MGA | DC | DC | DC | DC | DC |
| Vehicle/Test Buck | | Body in white | Body in white | Body in white | Vehicle | Body in white | Vehicle | Vehicle | Vehicle | Vehicle |
| Dummy | | Denton | Denton | Denton | Denton | FTSS | FTSS | FTSS | FTSS | FTSS |
| Trage Position | | DC/Takata | DC/Takata | DC/Takata | NHTSA | DC/Takata | DC/Takata | NHTSA | NHTSA | NHTSA |
| Leg Position | | DC/Takata | DC/Takata | DC/Takata | NHTSA | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata |
| Steering wheel | | New | New | New | Original | New | New | New | New | New |
| Steering Column | | New | New | New | Original | New | New | New | New | New |
| Air bag module number | | 0331600916175&E136 | 0331600916175&E136 | 0331600916175&E136 | 4042020156 | N/A | | 4050650--- (N/A) | 4050650--- (N/A) | ? |
| Air bag module date (mm-dd-yr) | | 03.14.11 | 03.14.11 | 01.19.05 | 07.20.04 | | | 04.05.05 | 04.05.05 | |
| Inflator | | YP3 PX3 3N COX | YP3 P9T 3N FDM | YP3 P9T 3N FDM | YP3 RVW 3N BKM | YP3 R?P 3N --- (N/A) | Yi | YP3 S32A 3N --- (N/A) | YP3 S32A 3N --- (N/A) | YP3 S29 3N |
| Inflator date (mm-dd-yr) | | 10.30.03 | 09.26.03 | 11.29.04 | 06.04.04 | 07.23.04 | 0: | 02.10.05 | 02.10.05 | 02.09.05 |
| Steering Column number | | N/A | N/A | N/A | N/A | N/A | N... | N/A | N/A | N/A |
| HIC | 700 | 186 | 104 | 104 | 55 | 67 | 63 | 57.8 | 50.6 | 65.7 |
| Chest g | 60 g | 16.88 | 16.19 | 14.65 | 12.8 | 14 | 15.2 | 17.5 | 15.3 | 14.5 |
| Chest Displ | 52 mm | 16.8 | 16.2 | 14.4 | 14.8 | 14 | 23.9 | 20.4 | 18.7 | 21 |
| Nte - unrounded | N/A | 0.78 | 0.72 | 0.73 | 0.76 | 1.005 | 0.93 | 0.83 | 0.6 | 0.77 |
| Nte | 1.0 | 0.8 | 0.7 | 0.7 | 0.8 | 1.0 | 0.9 | 0.8 | 0.6 | 0.8 |
| Nce | 1.0 | 0.3 | 0.3 | 0.3 | 0.1 | 0.3 | 0.3 | 0.3 | 0.0 | 0.3 |
| Ncf | 1.0 | 0.8 | 0.9 | 0.9 | 0.7 | 0.9 | 0.8 | 0.7 | 0.8 | 0.99 |
| | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Tension | 2070 N | 1290.0 | 1250.0 | 1250.0 | 1123.0 | 1411 | 1250 | 1200 | 1310 | 1350 |
| Compression | 2520 N | 930.0 | 1090.0 | 1110.0 | 679.0 | 846 | 890 | 730 | 790 | 960 |
| Left Femur | 6805 N | 140 | 180 | 120 | 155 | 199 | 100 | 200 | 100 | 200 |
| Right Femur | 6805 N | 200 | 340 | 520 | 147 | 227 | 200 | 200 | 100 | 200 |
| My extension at peak Nte | N/A | 33.4 | 27.7 | 28.2 | 30 | 59.1 | 37.8 | 33.2 | 23.2 | 29.2 |

SEP 2 3 2005

| 2005 Mercedes-Benz C-230 Position 1 Lo | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Spec | IARVs | 12 | 13 | 14 | 15 | 16 | 17 | 20 | 21 | 24 | 25 |
| Test Date | | 04.15.05 | 04.20.05 | 05.09.05 | 05.09.05 | 05.10.05 | 05.10.05 | 06.02.05 | 06.02.05 | 07.07.05 | 07.07.05 |
| Test Sponsor | | DC | NHTSA | DC | DC | DC | DC | TP | TP | NHTSA | NHTSA |
| Test Lab | | DC | MGA | MGA | MGA | MGA | MGA | TP | TP | MGA | MGA |
| Vehicle/Test Buck | | Vehicle | Vehicle | Vehicle | Vehicle | Vehicle | Vehicle | Body in white | Body in white | Vehicle | Vehicle |
| Dummy | | FTSS | FTSS | Denton | Denton | FTSS | FTSS | Denton | Denton | FTSS 505 | FTSS 506 |
| Tape Position | | NHTSA | NHTSA | DCFTakata | DCFTakata | NHTSA | DCFTakata | DCFTakata | DCFTakata | NHTSA | NHTSA |
| Legs Position | | DCFTakata | NHTSA | DCFTakata | DCFTakata | NHTSA | DCFTakata | DCFTakata | DCFTakata | NHTSA | NHTSA |
| Steering wheel | | New | New | Original | New | New | New | New | New | New | New |
| Steering Column | | New | New | Original | New | New | New | New | New | New | New |
| Air bag module number | | ? | 404253025S | 4051150191 | 4050950779 | 4050950784 | 4050950782 | 4051510855 | 662 | 4051150138 | 4050800286 |
| Air bag module date (mm.dd.yr) | | | 09.09.04 | 04.25.05 | 04.05.05 | 04.05.05 | 04.05.05 | 05.31.05 | 04.25.05 | 04.25.05 | 03.21.05 |
| Inflator | | YP3 S29 3N | YP3 R7P 3N EXF | YP3 S2A 3N ESS-1 | YP3 S2A 3N AY1 | YP3 S2A 3N BFN | YP3 S2A 3N AWD | YP3 S4F 3N DNS | 3N DOF | YP3 S2R 3N CCJ | YP3 S34 3N D8H |
| Initiator | | 02.09.05 | 07.23.04 | 02.10.05 | 02.10.05 | 02.10.05 | 02.10.05 | 04.16.05 | 04.16.05 | 02.24.05 | 03.04.05 |
| Initiator date (mm.dd.yr) | | N/A | 4066024741176B | N/A | N/A | N/A | N/A | N/A | N/A | 3280031411580 | 4190019531550 |
| Steering Column number | | | | | | | | | | | |
| HIC | 700 | 64.7 | 55 | 71 | 79 | 62 | 70 | 134 | 186 | 66 | 60 |
| Chest g | 60 (g) | 15.1 | 16 | 13 | 15 | 15 | 22 | 17.73 | 16.79 | 11 | 13 |
| Chest Displ | 52 mm | 24 | 14 | 27 | 27 | 26 | 14 | 18.2 | 18.2 | 13 | 13 |
| Nte - unsmoothed | N/A | 0.77 | 1.151 | 0.94 | 0.85 | 0.9 | 0.89 | 0.75 | 0.73 | 1.118 | 0.764 |
| Nte | 1.0 | 0.8 | | 0.9 | 0.9 | 0.9 | 0.9 | 0.8 | 0.7 | | 0.8 |
| Ntf | 1.0 | 0.3 | 0.2 | 0.0 | 0.1 | 0.0 | 0.0 | 0.3 | 0.1 | 0.0 | 0.3 |
| Nte | 1.0 | 0.3 | 0.5 | 0.8 | 0.8 | 0.7 | 0.8 | 0.8 | 0.7 | | 0.6 |
| Nce | 1.0 | 0.9 | 0.2 | 0.0 | 0.1 | 0.2 | 0.1 | 0.2 | 0.1 | 0.7 | 0.2 |
| Ncf | 1.0 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.2 | | 0.2 | 0.2 | 0.2 |
| Tension | 2070 N | 1300 | 1434 | 1230 | 1127 | 1206 | 840 | 1260 | 1375 | 1344 | 1231.0 |
| Compression | 2520 N | 940 | 430 | 622 | 845 | 623 | 840 | 992 | 576 | 549 | 508.0 |
| Left Femur | 6805 N | 100 | 1042 | 142 | 166 | 66 | 234 | 166 | 209 | 122 | 214.0 |
| Right Femur | 6805 N | 100 | 517 | 187 | 203 | 46 | 192 | 171 | 202 | 334 | 254.0 |
| My extension at peak Nte | N/A | 29.2 | 65 | 57 | 52.8 | 55.4 | 54.2 | 30.9 | 24.8 | 68.9 | 37.5 |

SEP 2 3 2005

**2005 Mercedes-Benz C-230 Position 1 to**

| Spec | IARVs | 26 | 27 | 28 | 31 | 33 | 35 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Date | | 07.07.05 | 07.15.05 | 07.15.05 | 07.15.05 | 07.15.05 | 07.19.05 | 07.19.05 | 07.19.05 | 09.23.05 | 09.23.05 |
| Test Sponsor | | NHTSA | DC | DC | DC | DC | DC | DC | DC | NHTSA | NHTSA |
| Test Lab | | MGA | TP | TP | TP | TP | TP | TP | TP | MGA | MGA |
| Vehicle/Test Buck | | Vehicle | Body in white | Body in white | Body in white | Body in white | Body in white | Body in white | Body in white | Vehicle | Vehicle |
| Dummy | | FTSS 510 | Denton | Denton | Denton | Denton | Denton | Denton | Denton | FTSS | FTSS |
| Tspar-Position | | NHTSA | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata |
| Leg Position | | NHTSA | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata | DC/Takata |
| Steering wheel | | New | New | New | New | New | New | New | New | New | New |
| Steering Column | | New | New | New | New | New | New | New | New | New | New |
| Air bag module number | | 4050000303 | 4051950452 | 4051950454 | 4051950455 | 4051950453 | 4051990327 | 4051990312 | 4051990319 | 423704184 | 511501726 |
| Air bag module date (mm.dd.yr) | | 03.21.05 | 07.14.05 | 07.14.05 | 07.14.05 | 07.14.05 | 07.18.05 | 07.18.05 | 07.18.05 | 08.24.04 | 04.25.05 |
| Inflator | | YP3 3S4 3N CSL | YP3 S4V 3N EWW | YP3 S4V 3N EWJ | YP3 S4V 3N EWX | YP3 S4V 3N EXA | --- S6G --- (N/A) | --- SSJ --- (N/A) | YP3 3SJ 3N CMI | YP3 R6W 3N EYR | YP3 S2R 3N CBN |
| Inflator date (mm.dd.yr) | | 03.04.05 | 04.28.05 | 04.28.05 | 04.28.05 | 04.28.05 | 05.16.05 | 05.18.05 | 05.18.05 | 06.29.04 | 02.24.05 |
| Steering Column number | | 4190019731S502 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | S090048521178B ? | |
| HIC | 700 | 64 | 83 | 80 | 80 | 71 | 59 | 106 | 76 | 47 | 98 |
| Chest g | 60 g | 13 | 16.12 | 13.52 | 14.66 | 14.09 | 14.26 | 16.18 | 18.1 | 14 | 16 |
| Chest Disl | 52 mm | 12 | 20.7 | 19.3 | 19.2 | 21.7 | 15.7 | 18.8 | 19.7 | 12 | 13 |
| Nte - unrounded | N/A | 0.786 | 0.750 | 0.900 | 0.930 | 0.900 | 0.840 | 0.960 | 0.910 | 0.880 | 0.890 |
| Nte | 1.0 | 0.8 | 0.8 | 0.9 | 0.9 | 1.0 | 0.8 | 1.0 | 0.9 | 0.9 | 0.9 |
| Ntf | 1.0 | 0.3 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.2 | 0.1 |
| Ntf | 1.0 | 0.6 | 0.6 | 0.5 | 0.7 | 0.6 | 0.5 | 0.7 | 0.7 | 0.6 | 1.1 |
| Nce | 1.0 | 0.2 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 |
| Ncf | 1.0 | 0.2 | 0.1 | 0.2 | 0.2 | 0.6 | 0.5 | 0.7 | 0.7 | 1177 | 1557 |
| Tension | 2070 N | 1195.0 | 1260 | 1380 | 1380 | 1420 | 1240 | 1460 | 1349 | 1177 | 1557 |
| Compression | 2520 N | 576.0 | 750 | 770 | 790 | 710 | 710 | 990 | 788 | 644 | 1125 |
| Left Femur | 6805 N | 571.0 | 130 | 130 | 160 | 180 | 180 | 190 | 192 | 766 | 213 |
| Right Femur | 6805 N | 419.0 | 90 | 100 | 90 | 110 | 160 | 170 | 151 | 1191 | 198 |
| My extension at peak Nte | N/A | 44 | 28.3 | 33.8 | 35.3 | 36.6 | 35.6 | 37.2 | 37.4 | | |

SEP 2 3 2005

| 2005 Mercedes-Benz C-230 Position 1 Lo | | |
|---|---|---|
| Spec | IARVs | 42 |
| Test Date | 09.23.05 | |
| Test Sponsor | NHTSA | |
| Test Lab | MGA | |
| Vehicle/Test Buck | Vehicle | |
| Dummy | FTSS | |
| Tape Position | DC/Takata | |
| Leg Position | DC/Takata | |
| Steering wheel | New | |
| Steering Column | New | |
| Air bag module number | 51150173B | |
| Air bag module date (mm.dd.yr) | 04.25.05 | |
| Inflator | YP3 S52R 3N- | IN ALC |
| Inflator date (mm.dd.yr) | 02.24.05 | |
| Steering Column number | 50890B8321 | |
| HIC | 700 | 32 |
| Chest g | 60 g | |
| Chest Discl | 52 mm | |
| Nte - uncoarded | N/A | |
| Nte | 1.0 | |
| Ntf | 1.0 | |
| Nce | 1.0 | |
| Ncf | 1.0 | 0.1 |
| Tension | 2070 N | 1428 |
| Compression | 2520 N | 906 |
| Left Femur | 6805 N | 289 |
| Right Femur | 6805 N | 254 |
| My extension at peak Nte | N/A | |

## Case, Charlie

| | |
|---|---|
| **From:** | Case, Charlie |
| **Sent:** | Wednesday, September 28, 2005 2:57 PM |
| **To:** | matthias.struck@daimlerchrysler.com |
| **Cc:** | Rodolfo.Schoeneburg@daimlerchrysler.com; karl-heinz.blume@daimlerchrysler.com; PMRaher@HHLAW.com; 'ulrich.tschaeschke@daimlerchrysler.com' |

**Subject:** FW: data tape

Matthias
Here is the electronic data from the last low risk deployment test performed at MGA on 23 September.
Charles Case

-----Original Message-----
**From:** Donna Janovicz [mailto:donna.janovicz@mgaresearch.com]
**Sent:** Monday, September 26, 2005 3:07 PM
**To:** Case, Charlie
**Subject:** data tape

Hi Charlie,
Attached is the data tape for the Mercedes.

5th P1 - Trial 10
LR05042

*Donna M. Janovicz*
MGA Research Corporation
5000 Warren Road
Burlington, WI  53105
Tel: (262) 763-2705
Fax: (262) 763-0934
donna.janovicz@mgaresearch.com

**Confidentiality Note:**
Any documents/attachments accompanying this electronic transmission may contain information from MGA Research Corporation which is confidential and/or proprietary. If you received this transmission in error, please delete this message and notify us by telephone immediately. Thank you.

11/3/2005

# HOGAN & HARTSON

### L.L.P.

PATRICK M. RAHER
PARTNER
(202) 637-5682
PMRAHER@HHLAW.COM

October 5, 2005

COLUMBIA SQUARE
555 THIRTEENTH STREET, NW
WASHINGTON, DC 20004-1109
TEL (202) 637-5600
FAX (202) 637-5910
WWW.HHLAW.COM

*BY HAND DELIVERY*

Mr. Claude H. Harris
Director, Office of Vehicle Safety Compliance
National Highway Traffic Safety Administration
400 Seventh Street, S.W., Room 6111
Washington, DC  20590

> Re:   **MGA Low-Risk Deployment Testing**
> **2005 Mercedes-Benz C-230**

Dear Mr. Harris:

On behalf of DaimlerChrysler AG (DCAG), I am writing with respect to the above-referenced testing program.

As you are well aware, the Agency and DCAG have been involved in an extensive testing program regarding the vehicle population referenced above.  The result of this program is that 35 tests have been conducted at MGA, DCAG, and the Company's contractor regarding compliance with the low-risk provisions of FMVSS 208.  In 33 out of the 35 tests there has been a clear demonstration of compliance with the applicable NHTSA certification standards.  In several tests, DCAG has identified what it considers to be modifications to the test equipment or unexplained test data which the Company believes directly impacted the test results and caused them to be invalid.[1]  In addition, the Company has conducted extensive and detailed computer-aided simulation testing which specifically quantified artifacts of the existing test procedure that can vary, outside of normal test variance ranges, the results of test values.  Indeed, in the Company's opinion, the testing artifacts have a

---

[1] DCAG is currently reviewing the data from the test recording which your office recently sent.  Although DCAG is concerned that repeated testing of the same vehicle (more than 10) may have caused changes that might have test implications, the Company does not believe it is necessary to inspect the vehicle at this time, in view of the suggested resolution outlined below.

HOGAN & HARTSON L.L.P.

Mr. Claude H. Harris
National Highway Traffic Safety Administration
Page 2
October 5, 2005

direct impact on the overall level of even complying test results and are the cause of the minimal exceedences in two test results.

This vehicle and its airbag have, to the knowledge of the Company, been tested to a greater extent than any other airbag system ever tested under this procedure by NHTSA. Although in virtually every test the system has demonstrated compliance, the Agency continues to have questions regarding the limited number of test results that raise a question of compliance. DCAG, of course, is prepared to continue additional testing and computer simulation with the Agency. The Company believes such a test program will specifically quantify the testing artifacts and unrepresentative test results that currently exist as a result of the standard test procedure. A second alternative would be for the Company to merely take the data as it currently stands, and file a petition with the Agency for inconsequential non-compliance stating the same information with respect to unreasonable test artifacts affecting test outcomes and requesting the Agency's consideration of this petition. The Company believes, however, that continued testing by only one company, or the processing of a single petition for inconsequential non-compliance, is not the best means of addressing the issues identified with the FMVSS 208 test procedure or the potential need to modify the existing standard. Rather, the Company believes that any such an investigation should be open to the public for consideration and comment. Indeed, there are serious consequences if the standard is in fact causing excessive de-powering of airbags to account for test artifacts that may cause unrepresentative test results. Such de-powering will exist in not only the low-risk deployment test, but also in actual higher speed accident situations where consumers expect maximum protection from their airbag technology.

DCAG is also aware that the Agency has limited resources in terms of continued testing and analysis of data and wants to assure itself that technology in the marketplace is within the specifications set forth in the current FMVSS 208. As a result, DCAG believes that it is consistent with both its concerns regarding the validity of MGA test data, as well as the Agency's focus on FMVSS 208 to propose an alternative. Accordingly, DCAG would propose the following actions which would allow continued analysis and the potential for a proposal to modify the existing standard, as well as address the testing situation resulting from the MGA tests: **No later than November 1, 2005:**

HOGAN & HARTSON L.L.P.

Mr. Claude H. Harris
National Highway Traffic Safety Administration
Page 3
October 5, 2005

- DCAG would install into the new C-Class production, a new steering wheel airbag with an increased tolerance for the testing anomalies the Company believe exist in FMVSS 208. This tolerance modification would increase the compliance margin for FMVSS testing in all MGA tests with the current test procedure. DCAG would supply a number of enhanced airbag modules to NHTSA for testing at MGA.

- DCAG would begin electronically flagging affected C-Class vehicles which have been sold in the United States (approximately 47,000 vehicles) with a notification to the dealer that when the vehicle is brought into the dealership for any service whatsoever, that it would be equipped with the revised module. Since all affected vehicles are within approximately one year of original purchase, DCAG believes, based on analysis of prior owner activities, that virtually 100 percent of the vehicles will be brought into dealerships for normal service and warranty work over the next 12 months.

- DCAG would provide to NHTSA, on a quarterly basis, a listing by vehicle VIN of all vehicles that have been equipped with the revised module and the overall percentage of vehicles that remain to be modified.

- DCAG believes, based on previous campaign completion figures, that its efforts, described above, will result in 80 percent of the modules being replaced no later than June 1, 2006.

DCAG believes that the foregoing proposal effectively addresses concerns over current testing anomalies, and is consistent with the Company's position that the existing vehicle population is in compliance with FMVSS 208. At the same time, NHTSA is assured that an effective replacement program is instituted as quickly as possible with reporting from the Company, and the Agency and the Company are able to continue a dialog as to the overall impact of test variations and the need for, and benefit of, any proposed modification to FMVSS 208.

HOGAN & HARTSON L.L.P.

Mr. Claude H. Harris
National Highway Traffic Safety Administration
Page 4
October 5, 2005


        The Company appreciates the Agency's consideration of its proposal and, of course, if the Agency wishes to meet with the Company or further discuss or modify details of the proposal noted above, the Company would be pleased to further discuss this with you and members of your office.  Following your review of this letter, if you have any additional questions, please do not hesitate to contact me directly.

                                        Sincerely,

                                        *Patrick Raher* /RJM

                                        Patrick M. Raher


PMR:def

cc:        Rudolfo Schoeneburg
           Rudolf Thom
           Peter Schramm
           Stefan Kenn
           Frank Diertl
           Gary Bowne



Mercedes-Benz

Mercedes-Benz USA, LLC

Frank Diehl
General Manager, Engineering Services

December 15, 2005

Daniel C. Smith, Esq.
Associate Administrator for Enforcement
National Highway Traffic Safety Administration
400 Seventh Street, SW
Washington, DC 20590

Dear Mr. Smith,

This letter provides additional information regarding DaimlerChrysler AG's (DCAG's) agreement to provide owners of certain 2005/2006 model year C-Class Mercedes vehicles with new airbag inflator modules. As you know, NHTSA and DCAG have been discussing what DCAG perceives as testing irregularities identified by the Company in low risk deployment testing for 5th percentile female crash test dummies in out-of-position/unbelted position tests. While the Company prepares to submit data to the Agency, we have agreed to provide customers with a new module to eliminate any questions in the field.

The purpose of this letter is to provide the information needed by your staff to assign a campaign number to this program, so that MBUSA can begin the mailing of owner notification letters. The following sets forth the information you requested:

**Description of vehicles involved:** MY 2005/2006 C-Class vehicles equipped with sport-model steering wheels manufactured between May 2004 and November 2005.

**Number of Vehicles Involved:** Approximately 61,000

**Percentage of vehicles that will be included in the campaign:** 100%

Mercedes-Benz USA, LLC

One Mercedes Drive · P.O. Box 350 · Montvale, NJ 07645-0350 · Phone 201 573 0600 · Fax 201 573 0117
www.MBUSA.com

A DaimlerChrysler Company and successor of Mercedes-Benz of North America, Inc. and Mercedes-Benz Credit Corporation

Daniel C. Smith, Esq.
Page Two
December 15, 2005

**Description of the Issue:** Earlier this year NHTSA began FMVSS 208 compliance testing on a C-Class model equipped with the sport steering wheel. All NHTSA testing to date has demonstrated compliance except for a single injury value in some low-risk deployment tests for the fifth percentile female crash test dummy in the out-of-position/unbelted portion of the test.

DCAG identified utilization of steering columns used in prior testing and test dummy positioning and taping as factors DCAG believes may have affected initial test values. NHTSA sufficiently addressed those factors in its most recent testing. In addition, DCAG has presented test data and computer simulation data demonstrating, in DCAG's view, that a test anomaly has likely affected NHTSA testing. DCAG is continuing to develop data supporting its contention that the test results have no real world impact and that the absence of a neck shield on the test dummy causes unrepresentative results with the sport steering wheel. However, in order to assure our owners there is no question of real world safety consequences while we continue testing and develop a proposal for a possible test change, we are notifying all owners that they should have their airbag modules replaced with a module that is designed to be compatible with the existing NHTSA test.

**Description of the proposed campaign:** MBUSA will offer owners of the vehicles described above a new airbag inflator module at no charge.

**Representative Copies of Communications with Dealers:** MBUSA will forward these as soon as available.

**Representative Copies of Communications with customers:** MBUSA will forward these as soon as available.

Please contact this office with the assigned campaign number. DCAG intends to begin the owner notification program in mid-March 2006.

Sincerely,

DCL PRODUCED : 00010042