# EXHIBIT NO. 78



**RECEIVED**
By Recall Mangement Division at 12:51 pm, Jul 01, 2014

Mercedes-Benz

July 1, 2014

Mercedes-Benz USA, LLC
A Daimler Company

***SENT BY E-MAIL*** (rmd.odi@dot.gov) ***AND CERTIFIED U.S. MAIL***

Ms. Nancy Lummen Lewis
Associate Administrator, Enforcement
National Highway Traffic Safety Administration
Attention: Recall Management Division
1200 New Jersey Avenue, S.E.
NVS-200, Room W45-306
Washington, D.C. 20590

Re: Part 573 Defect Information Report

Dear Ms. Lewis:

Pursuant to the requirements of 49 C.F.R. Part 573, and on behalf of our parent company, Daimler AG (DAG), this letter advises you of a voluntary safety-related recall for certain Mercedes-Benz vehicles. Specifically, Mercedes-Benz USA, LLC (MBUSA) submits this report regarding the front passenger airbag in certain 2014 Model Year Mercedes-Benz SLK-Class (172 platform) and SL (231 platform) vehicles.

**573.6(c)(1): Manufacturer's Name**

Daimler AG, Stuttgart, Germany.

Designated Agent:     Mercedes-Benz USA, LLC
                      Montvale, NJ 07645

**573.6(c)(2): Identification of Vehicles**

| Make | Line/Model | Model Year | Inclusive Dates of Manufacture |
|---|---|---|---|
| Mercedes-Benz | SLK 250, SLK 350, SLK 55 AMG (172 platform)<br>SL 550, SL 63 AMG, SL 65 AMG (231 platform) | 2014 | March 19, 2014 - May 5, 2014 |

Mercedes-Benz USA, LLC
One Mercedes Drive
P.O. Box 350
Montvale, NJ 07645-0350
Phone (201) 573-0600
Fax (201) 573-0117
www.MBUSA.com

Mercedes-Benz - are registered trademarks of Daimler AG, Stuttgart, Germany

Nancy Lummen Lewis
July 1, 2014
Page 2

### 573.6(c)(2)(iv): Name of Affected Component, Manufacturer and Country of Origin

Component: Front passenger airbag
Manufacturer: TAKATA AG
Bahnweg 1
D-63743 Aschaffenburg
+49 6021 650
Country of Origin: Germany

### 573.6(c)(3): Total Number of Vehicles

Approximately 311 Mercedes-Benz vehicles are potentially affected in the US.

### 573.6(c)(4): Percentage of Vehicles

The percentage of vehicles that are projected to actually contain the issues described below is unknown.

### 573.6(c)(5): Description

DAG has determined that on a limited number of SLK-Class (172 platform) and SL-Class (231 platform) vehicles produced between March 19, 2014 and May 5, 2014, the fasteners that secure the gas diffusor to the front passenger airbag housing might not have been properly press-fitted to the diffusor frame.

As a consequence, improperly press-fitted fasteners might not be able to secure the diffusor to the airbag housing in the event of front passenger airbag deployment and the diffusor could detach from the fasteners and enter the passenger compartment. This may lead to improper airbag function and may result in an increased risk of injury in the event of a crash.

### 573.6(c)(6): Chronology of Principal Events

During regular Conformity of Production (COP) tests in April 2014, a DAG supplier discovered two airbags, in which the diffusor detached from the fasteners during test deployment.

Initial internal investigations determined the root cause to be a temporary issue in the sub-supplier production process resulting in improperly press-fitted fasteners on a very limited subset of production parts.

Nancy Lummen Lewis
July 1, 2014
Page 3

The production documentation was further analyzed to determine the scope of affected vehicles. A DAG internal evaluation led to a determination that this could potentially lead to a safety related defect.

### 573.6(c)(8)(i-ii): Remedy Program

MBUSA will conduct a voluntary recall campaign for the subject vehicles described above as a precautionary measure to replace the front passenger airbags on the affected SLK-Class and SL-Class vehicles. Dealers will be notified of the pending voluntary recall campaign in July, 2014. MBUSA estimates an owner notification will be mailed in July, 2014 after NHTSA has approved the draft customer letter. Pursuant to 49 C.F.R. § 577.11(e), MBUSA does not plan to provide notice about pre-notice reimbursement to owners since all involved vehicles remain covered under the new vehicle warranty.

### 573.6(c)(10): Copies of Communications with Dealers or Purchasers

A copy of all communications will be provided when available.

### 573.6(c)(11): Manufacturer's Campaign Identification Number

The MBUSA Recall Campaign Number will be provided when available.

Should you have any questions, please do not hesitate to contact Mr. R. Thomas Brunner at brunnert@mbusa.com.

Sincerely,

Julian Soell
General Manager,
Engineering Services

R. Thomas Brunner
Department Manager,
Vehicle Compliance and Analysis