# EXHIBIT NO. 87

Case 1:15-md-02599-FAM Document 4833-3 Entered on FLSD Docket 03/21/2023 Page 2 of 2
CONFIDENTIAL – SUBJECT TO ATTORNEYS' EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

| | |
|---|---|
| **From:** | Bartoy, Devara |
| **Sent:** | Thursday, April 05 2012 9:15:43 PM |
| **To:** | Cooper, Brian |
| **Subject:** | May 2012 - Travel to VW, Mercedes, BMW |
| **Attachments:** | May 2012 - Travel to VW, Mercedes, BMW.docx; ItineraryMB3PZ2_05APR.PDF |

Brian,

Based on the info provided, I believe that I've managed to work through the logistics for your trip to visit VW, Mercedes & BMW the week of May 7th.

At your convenience, please review the calendar timeline & itinerary attached to verify accuracy.
Once you give the okay, I'll move forward with reserving hotel rooms for Mr. Plag next week.

Please note; hotels were scarce in NC but I think you'll be happy with what I chose for you and it's not too close to the airport.

Hope you enjoy the long holiday weekend.

Please give my regards to your family.

# Devara

---

The information in this email and attachments hereto may contain legally privileged, proprietary or confidential information that is intended for a particular recipient. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this e-mail information is prohibited and may be unlawful. When addressed to Takata customers or vendors, any information contained in this e-mail is subject to the terms and conditions in the governing contract, if applicable. If you have received this communication in error, please immediately notify us by return e-mail, permanently delete any electronic copies of this communication and destroy any paper copies.

P Think Green - Please consider the environment before printing this email.