# EXHIBIT NO. 88

| | |
|---|---|
| **From:** | "Webster, Tl" [Tl.Webster@Takata.com] sent on behalf of Webster, Tl |
| **Sent:** | Tuesday, July 16 2013 1:34:42 PM |
| **To:** | Shaver, Bryan; Bustamante Maldonado, Noe Jesus; Bahnmueller, Mathias; Escareno, Erick; Rodriguez Moreno, Francisco; Esquivel, Robert; Montano, Myriam; Falcon, Hector |
| **Subject:** | Fwd: Announcement: New Supplier Logistics Performance Evaluation |
| **Attachments:** | Letter to suppliers.pdf, ATT00001.htm, The Logistics Performance Scoring System.pdf, ATT00002.htm, The Quality Performance Scoring System.pdf, ATT00003.htm |

Begin forwarded message:

**From:** <138_mbusi-sqe@daimler.com>
**Date:** July 15, 2013, 15:27:51 CDT
**To:** undisclosed-recipients:;
**Subject: Announcement: New Supplier Logistics Performance Evaluation**

Dear Supplier,

Please review the attached Letter and calculation manual on our new Logistics Score Card evaluation.
The Quality Score Cards will NOT change, but as a refresher, the manual is attached as well.

You will receive the new score cards for the June 2013 data this week.

Let me know if you have any questions,


Mit freundlichen Grüßen/Kind regards

Kai Neunzig
Cross Functional Team
Procurement and Supplier Quality
Mercedes-Benz Plant 138 (MBUSI)
Daimler AG

Vance, AL – 35490, U.S.A.

Phone +1 205 462-5632
Fax +1 205 507-3993

mailto: Kai.Neunzig@daimler.com


If you are not the addressee, please inform us immediately that you have received this e-mail by mistake, and delete it. We thank you for your support.

The information in this email and attachments hereto may contain legally privileged, proprietary or confidential information that is intended for a particular recipient. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this e-mail information is prohibited and may be unlawful. When addressed

CONFIDENTIAL - SUBJECT TO ATTORNEYS' EYES ONLY NISSAN DATA dated 07.31.2023 TKPRD-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

to Takata customers or vendors, any information contained in this e-mail is subject to the terms and conditions in the governing contract, if applicable. If you have received this communication in error, please immediately notify us by return e-mail, permanently delete any electronic copies of this communication and destroy any paper copies.

P Think Green - Please consider the environment before printing this email.