# EXHIBIT NO. 89



## Supplier Performance Measurement

Dear Supplier,

Beginning with June 2013 data, MBUSI will begin measuring logistics performance via a more comprehensive measurement system similar to that utilized by Supplier Quality. This method will provide enhanced performance transparency for both Supplier and MBUSI by expanding the number of KPIs by which a given supplier is measured. The table below details the weighting factor utilized for each topic and is based on the production impact.

| Topic | RAN Weight | SEQ Weight |
|---|---|---|
| On-Time Delivery | 50% | 0% |
| ASN Errors | 15% | 0% |
| Mislabeled Parts | 10% | 0% |
| Responsiveness | 10% | 10% |
| Missed @ Station | 5% | 45% |
| Expedites | 5% | 0% |
| Block Request | 5% | 45% |

As in previous releases, Suppliers will receive this information by the 15th of each month and it will include individual Quality and Logistics score cards. There will be two separate Logistics score cards for RAN and Sequence deliveries. (where applicable)

The Supplier Quality performance score will remain unchanged. For your convenience, please find the weighting used for the quality scorecard below:

- Q-PPM — 25%
- CPA Issues — 20%
- Sorting Hours — 20%
- Offline Issues — 15%
- Responsiveness — 15%
- GFP Issues — 5%

Mercedes-Benz U.S. International, Inc., P.O. Box 100, Tuscaloosa, Alabama 35403-0100, 1-205-507-3300

Mercedes-Benz - are registered trademarks of Daimler AG, Stuttgart, Germany



For a detailed explanation of the KPIs and the Logistics Performance Score Card please see attached documents. Please read through the attachment thoroughly as this information is crucial to understanding how the scores are calculated. One of the primary advantages of the revised performance measurement system is that you receive additional information on more parameters.

We anticipate that this expanded evaluation will be a welcomed addition and be utilized to support driving your performance to higher levels.

If you have any further questions please do not hesitate to contact your MRP Specialist or Supplier Quality Engineer.

Sincerely Yours,

Karl Affleck
Senior Manager
PSQ/NE
MBUSI, Vance, AL

Klaus Schanz
Senior Manager
PSQ/NI
MBUSI, Vance, AL

Jim Page
Senior Manager
Program Planning and Material Supply
MBUSI, Vance, AL

Mercedes-Benz U.S. International, Inc., P.O. Box 100, Tuscaloosa, Alabama 35403-0100, 1-205-507-3300

Mercedes-Benz - are registered trademarks of Daimler AG, Stuttgart, Germany