# EXHIBIT NO. 90

Case 1:15-md-02599-FAM Document 3939-1 Entered on FLSD Docket 03/12/2021 Page 2 of 5
CONFIDENTIAL-SUBJECT TO ATTORNEYS' EYES ONLY MBUSI-TK-0015001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)



Mercedes-Benz
U.S. International, Inc.

March 2011

# Supplier Quality Performance Card

### Introduction and terminology

The "Supplier Quality Performance Card" will be sent out on a monthly basis (latest at the middle of a month, for the previous month) and will contain several scores and values to document a supplier's quality performance:

- Supplier monthly quality score
- Supplier 12 months average quality score
- Commodity 12 months average quality score
- Best-in-Commodity 12 months average quality score
- KPI values

**Commodity**: all suppliers which deliver similar parts based on complexity etc. are grouped in one commodity.

### The supplier quality performance score is based on the following six key performance indicators (KPIs)

- **"Q-PPM"** Quality parts per million = (# defective parts/# delivered parts)* 1,000,000
- **"CPA"** stands for "customer product audit" and is a quality check based on the point of view of a customer
- **"Sorting Hours"** How many hours did MBUSI spend sorting at the yard because of a supplier quality issue
- **"Offline"** describes a car which has to leave the production line unscheduled because of a supplier quality issue
- **"Responsiveness"** how good is the communication between the supplier and the SQE. Possible values are 1 (very good communication) to 9 (none communication at all)
- **"GFP"** is a quality audit of a finished car

### Each KPI value should be as low as possible

### Calculation of quality score



Case 1:15-md-02599-FAM   Document 4839-5   Entered on FLSD Docket 08/21/2023   Page 3 of 5

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER  MBUSI-TK-0015001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

1. Use supplier specific range tables to assign KPI scores to measured KPI values.
   E. g. 150 Q-PPM = 75%

| Q-PPM Value | Q-PPM Score |
|---|---|
| 0   – 100 | 100% |
| 101 – 150 | 75% |
| 151 – 200 | 50% |
| 201 – 250 | 25% |
| > 250 | 0% |



Value ⇒ Range Table ⇒ Score

2. Weight each KPI score and add them up to a total quality score:

   **25% * Q-PPM Score** + **20% * CPA Score** + **20% * Sorting Score** + **15% * Offline Score** +
   **15% * Responsiveness Score** + **5% * GFP Score**

---

**Quality score categories**

- Green:   The quality score is 100 and therefore on target
- Yellow:  The quality score is below 100 but greater or equal a minimum tolerance threshold (supplier specific)*
- Red:     The quality score is below a minimum tolerance threshold.
           Overall Status and monthly table headers are immediately on red if the supplier is on Q-Help.

\* Minimum threshold: A value defined by SQE and based on factors like achievable performance or target performance.

---

**Communication of quality performance from us to you**

- Middle of each month you will receive the below sheet of information on your performance from us:



**Explanation of Supplier Quality Performance Card**

Contact names at MBUSI (Supplier Quality Engineer and Assistant Manager)

Status of the reported month aligned with the Q-Help status. Can be green (G), yellow (Y) or red (R).
Being in Q-Help sets the overall status automatically on red



Shows if supplier has been in Q-Help (1, 2 or 3) by end of the reported month

Score rank within the commodity a supplier is grouped (based on the 12 months score)

Score for the reported month (0-100 points)

Score over the last 12 months (0-100 points)

Score commodity average over the last 12 months (0-100 points)

Score of the Best-in-Commodity supplier over the last 12 months (0-100 points)



Quality performance development over the last 12 months

Minimum tolerance line: Border between yellow and red status

Limit values for each KPI. They describe threshold in order to receive 100 points per KPI and refer to current month

KPIs and their values over the last 12 months

Case 1:15-md-02599-FAM  Document 4839-8  Entered on FLSD Docket 08/12/2024  Page 5 of 5
CONFIDENTIAL - SUBJECT TO MDL PROTECTIVE ORDER
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

## Key Points

- The target is to have low KPI values.
- The target is 100 points per month per supplier.

## Performance Card Example



### Supplier Quality Performance Card

**December 2010**

| | |
|---|---|
| **Supplier:** Supplier Name | **Overall Status:** R (Month + Q-Help status) |
| **Supplier no:** Supplier Number | **Q-Help Status:** 2 (at MBUSI) |
| **Responsible SQE:** SQE Name | **Score Rank within Commodity:** 30 of 33 (Point of reference: performance score 12 months) |
| **Responsible AM:** Assistant Manager Name | |

**Supplier Quality Performance Score**

- Performance Score December 2010: 88
- Performance Score 12 Months: 75
- Commodity Average Score 12 Months: 93
- Best-in-Commodity Score 12 Months: 100

**Comments**
- If there are no deliveries in a month this won't effect the 12 months scores
- For details on calculation please refer to Supplier Quality Performance information sheet
- If you have any questions feel free to contact your SQE

### Quality Performance History Last 12 Months



Minimum Tolerance

| | Aug 10 | Sep 10 | Oct 10 | Nov 10 | Dec 10 | Limit* |
|---|---|---|---|---|---|---|
| Monthly Score | 81 | 61 | 70 | 76 | 88 | 100 |
| Q-PPM Value | 57 | 44 | 56 | 62 | 41 | < 142 |
| CPA Issues | 2 | 5 | 3 | 1 | 2 | < 3 |
| Sorting Hours | | | | | | < 20 |
| Offline Issues | 23 | 24 | 19 | 20 | 15 | < 12 |
| Responsiveness | 3 | 3 | 7 | 7 | 5 | < 2 |
| GFP Issues | 6 | 4 | 16 | 13 | 11 | < 9 |

\* Limit describes threshold in order to receive 100 points per KPI and refers to the current month.

- 4 -