# EXHIBIT NO. 99



Mercedes-Benz U.S. International, Inc.

## MBUSI Production - Supplier Warranty Process

To all MBUSI Tier 1 Suppliers:                                                               May 2011

Please find the process to recover warranty/goodwill cost for defective parts/components/software and labor only claims attached. This document details the warranty process as described in the supplier contract Section 16.1 and the appendix "Warranties" of the Master Terms Direct Purchasing.

This process is effective July 2011 and will apply in all cases.

We encourage you to thoroughly review the procedure at your earliest convenience. Your understanding of the enclosed procedure will significantly simplify the warranty recovery process and expedite quality improvement in our products. Should you have any additional questions or concerns, feel free to contact us.

We appreciate your support in this matter and look forward to working with you and your company.

Sincerely,

- Florian Hohenwarter
  Supplier Quality Field, Recovery and Standards, Senior Manager (MBC/QEC)
  Tel: +49 7031 90 71664
  florian.hohenwarter@daimler.com

  Mathias Jens
  Quality Engineering Center Jacksonville, Manager (MBC/QEC)
  Tel: +1 904 443 2480
  mathias.jens@daimler.com

**CONFIDENTIALITY NOTICE:** This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

Mercedes-Benz U.S. International, Inc.

Created: 05-05-2011



Mercedes-Benz U.S. International, Inc.

# Table of Contents

| | | |
|---|---|---|
| I. | Warranty Terms and Conditions | 3 |
| II. | Special Warranty Considerations | 4 |
| III. | Warranty claim elements | 4 |
| IV. | Warranty Parts Testing | 4 |
| V. | MBUSI financial recovery process | 7 |

Mercedes-Benz U.S. International, Inc.

Created:  05-05-2011



Mercedes-Benz U.S. International, Inc.

## I. WARRANTY TERMS AND CONDITIONS

- <u>Canadian and US market:</u>        **4 years/50,000 miles**
- <u>Emission warranty:</u>                    **8 years/80,000 miles (U.S. + Canada)**
- <u>Rest of World (RoW) market:</u>  **2 years/unlimited kilometers/miles**
- <u>Service Parts warranty:</u>             **2 Years/unlimited kilometers/miles**

Mercedes-Benz U.S. International, Inc. ("MBUSI") will invoice the supplier for all expenses (warranty claim elements) incurred within the warranty period(s) described above should a retailer replace or repair a defective part or component as a result of a customer complaint. Parts and/or components will only be classified as defective after extensive part testing has been conducted. <u>It is important to note that the purchasing agreement will take precedence over the supplier warranty process. In cases where the Purchasing Agreement does not address a topic addressed by the warranty process, the warranty process will apply.</u>





Mercedes-Benz U.S. International, Inc.

Created:  05-05-2011



Mercedes-Benz U.S. International, Inc.

## II. SPECIAL WARRANTY CONSIDERATIONS

### A) Goodwill / Kulanz

All technical goodwill conditions will be reviewed and negotiated with the supplier on a case by case basis.

### B) Service Actions

The Purchasing Agreement applies and addresses Recalls, Service Campaigns and special service measures. Should these items be omitted from the Purchasing Agreement, they will be reviewed and negotiated with the supplier on a case by case basis.

## III. WARRANTY CLAIM ELEMENTS

The MBUSI warranty claim consists of five (5) basic cost elements described in the MTDP (labor, parts, parts handling, sublet and indirect costs) which when added together make up the total expense incurred by the MBUSI.

To simplify the chargeback procedure, average worldwide warranty costs are calculated on a part number basis.

## IV. WARRANTY PARTS TESTING

### a) Part Families
All quality defect inspection, acceptance rates, and the determination of supplier's cost contribution shall be based on part families. A part family is a set of part numbers representing similar parts from one supplier for all MBUSI manufactured vehicles. The following parts must be combined in one part family:
- Production part number and service part number
- Special (country) versions of a part
- New improved versions replacing an older version of a part

The part families will be established between MBC/QEC and the supplier.

New service part numbers will automatically be added to part families by MBC/QEC. Previously negotiated acceptance rates for part families will be extended to the new allocated part number in the part family.

Mercedes-Benz U.S. International, Inc.

Created:  05-05-2011



Mercedes-Benz U.S. International, Inc.

### b) Parts return volume

In order to reduce the cost and time involved to process and analyze all returned parts, the supplier will receive a random sample of parts from the US market. These parts will be utilized to conduct defect inspection and determine the supplier's contribution rate.

After the supplier has analyzed up to fifty (50) parts from one Part-Family MBC/QEC can request to establish an acceptance rate with the supplier for the related production range. Once the process of establishing of an acceptance rate has been started, the QEC in Jacksonville will stop sending further parts from this Production-Range.

If requested by the QEC in Jacksonville, the supplier must analyze single parts from a production range and part family with an established acceptance rate agreement. This is required to detect potential long term failures. As this is not a random sample, it will not impact established acceptance rate.

If NAFTA manufactured parts are failing in markets other than the U.S.A., MBC/QEC can independently or upon the supplier's request, facilitate collection of parts from Germany or other Mercedes-Benz markets. If this type of part is requested by the supplier, all costs incurred will be expensed to the supplier.

Parts not used for the inspection, technical analysis or remanufacture will be disposed immediately.

In the event of claim count fluctuation, MBC/Q or the supplier may choose to select an additional twenty (20) parts for re-testing. The acceptance rate will be negotiated accordingly.

### c) Determination of acceptance rates (AR)

Based on an inspection of the damaged parts contained in the random sample, MBUSI and the supplier generally agree on an acceptance rate (AR). All AR's are related to a specific part family and production range and apply to all worldwide claims.

The AR is calculated from the number of defects accepted by the supplier from the random sample in relation to the number of defects contained in the random sample. Parts not analyzed in the given time period or rejected parts not returned to the QEC on time are regarded as accepted for the determination of the acceptance rate.

$$AR = \frac{\text{(amount of defects accepted)} + \text{(amount of rejected claims not analyzed in time)} + \text{(amount of rejected claims not returned in time)}}{\text{Damage claims contained in the random sample}}$$

Page 5 of 8

Mercedes-Benz U.S. International, Inc.

Created:  05-05-2011



Mercedes-Benz U.S. International, Inc.

AR negotiations may not exceed thirty (30) calendar days without the prior written consent of MBUSI or MBC/QEC. An acceptance rate will be imposed based on initial test results should the supplier fail to submit a signed Acceptance Rate Form within this time period.

### d) Parts testing
**Procedures**
    All parts testing must comply with the *Mercedes-Benz directive for Quality Analysis of defective field parts*. You will find this directive in the "Supplier Management Handbook" in the Daimler Supplier Portal: http://daimler.covisint.com.

**Execution**
    The supplier will have exactly twenty eight (28) calendar days from the receipt of parts to perform testing and complete the Inspection Report utilizing the QEC-Tool. It must be indicated in the QEC-Tool whether the part has been accepted or rejected.
    If the inspection result is not entered in the QEC-Tool within twenty eight (28) calendar days, the parts on the inspection report will be considered as accepted defects. The inspection period may be extended; however, an extension must be authorized in writing by MBC/QEC before the 28 day inspection period has been exceeded.

**Rejected parts**
    Rejected parts that are not returned within seven (7) calendar days in the original condition are regarded as accepted.

**Parts remaining at the supplier**
    Parts that remain at the supplier's facility after the analysis are to be scrapped and disposed of properly. A non-authorized use of the parts is not permitted.



Mercedes-Benz U.S. International, Inc.

**Audits**

MBC/QEC can audit the supplier's compliance, test procedures, and execution of the *Mercedes-Benz directive for Quality Analysis of defective field parts* at any time. If out of standard conditions are observed during the audit, the AR for all related part families will be adjusted as outlined below:

| Degree of performance | Increase of acceptance rate |
|---|---|
| 100% - 85% | none |
| 84% - 80% | + 3 percentage points |
| 79% - 70% | + 10 percentage points |
| <70% | 100% acceptance rate will apply |

The AR will be increased and applied to all new AR's, all related parts tested before the audit and all parts tested until the analysis procedures and execution are within standard. This determination will be made by conducting a secondary (follow-up) audit.

### e) Test equipment & Freight costs

The supplier and MBUSI shall each bear their own costs associated with the inspection, including the costs of returning and making available the parts.

The freight costs associated with returning warranty parts from US Dealers to the supplier's NAFTA Test facilities will be paid by MBUSI.

Should a supplier request sample parts from markets outside of the USA, the freight costs associated with procuring the parts will be expensed to the supplier.

All parts not accepted by the suppliers must be returned to the QEC in Jacksonville at the supplier's expense.

### f) Failures not involving parts exchange & defective software

Defective supplier software. The costs of delivering defect-free software and the labor costs for updating software in the field will be expensed to the supplier. An estimated labor cost will be calculated for all affected vehicles and this will be used to invoice the supplier.

Until improved software is available in the market via standard Mercedes-Benz after sales tools, the supplier will be responsible for the full cost of a claim where parts are exchange to remedy defective software failures/symptoms.

Mercedes-Benz U.S. International, Inc.

Created: 05-05-2011



Mercedes-Benz U.S. International, Inc.

## V. **MBUSI** FINANCIAL RECOVERY PROCESS

Financial recovery is fundamentally based on the information contained in the Supplier Recovery System ("SRS"). In the SRS system the claim costs are noted in EUR and in the invoice itself in EUR and US dollars. The calculation of the US dollar amount is based on the daily exchange rate when the invoice was created. The debiting of the invoice amount is done in US dollars. MBC/QEC will send a <u>debit</u> note to inform the supplier of impending charge-backs. The supplier will have fourteen (14) calendar days to dispute the charge. If a formal dispute is not received within fourteen (14) days, the amount will be debited on the supplier account.

Charge-back notifications/statements will only be sent to Tier 1 suppliers unless otherwise arranged with MBC/QEC.

The supplier will be notified of any changes that have a financial impact before they are implemented.

Mercedes-Benz U.S. International, Inc.

Created: 05-05-2011