# EXHIBIT NO. 100

| | |
|---|---|
| **From:** | Amaya, Marco |
| **Sent:** | Friday, January 28 2011 3:07:21 PM |
| **To:** | Willwerth, Gregory A; Russell, Steve |
| **Cc:** | Cooper, Brian |
| **Subject:** | FW: Mercedes AR |
| **Attachments:** | 20110126_costs_Takata Holding Inc_supp.xls |

FYI

As I mentioned yesterday, Mercedes is now looking for the acceptance rates for Warranty Claims cost..

We are checking how much will the cost be..

---

**From:** Gonzalez Esqueda, Alexandro Isaac
**Sent:** Friday, January 28, 2011 8:05 AM
**To:** Garcia Garza, Eugenio
**Cc:** Amaya, Marco; Arredondo Juarez, Hugo Eduardo
**Subject:** Mercedes AR

FYI

**From:** heiko.saupe@daimler.com [mailto:heiko.saupe@daimler.com]
**Sent:** Thursday, January 27, 2011 4:14 PM
**To:** Gonzalez Esqueda, Alexandro Isaac
**Cc:** andrew.a.lewandowski@daimler.com; mathias.jens@daimler.com
**Subject:** acceptance rate proposal Takata Holdings Inc

Dear Mr. Gonzalez Esqueda,

As we have informed Takata in May 2007 the responsibilities for QEC part evaluation for the M-, R- and GL-class vehicles, were transferred to the Mercedes-Benz QEC in Jacksonville Florida. As part of these responsibilities we want to establish acceptance rates on behalf of MBUSI for parts you supplied to MBUSI.

The establishing of the rates is in accordance with the "MBUSI M & GL (164) -/R (251) - Class Supplier Warranty Process", which details the process to recover warranty/goodwill cost for defective parts as described in the MBUSI supplier contract Section 13.1 and the Warranties of the Master Terms and Conditions appendix.

In the attachment you find the rates we request for the individual part numbers and FIN-ranges. The rates are based on your analysis results you entered in the QEC-Tool.

Please, confirm the established acceptance rates by signing the requested rates. In case we do not hear from you by **02/11/2011**, MBUSI will debit your supplier account with the requested rates applied to the respective warranty costs. Acceptance Rate negotiations must never exceed 30 days. If negotiations go beyond 30 days, MBUSI must and will impose the requested rates.


If you have any questions please don't hesitate to contact me.

Kind regards,

Heiko Saupe

CONFIDENTIAL‐BGAN DATA – ATTORNEYS' EYES ONLY – MBUSA PI0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

DAIMLER AG
Mercedes-Benz USA L.L.C.
Quality Engineering Center
13470 International Parkway
Jacksonville, FL 32218, USA


Phone: +1 904 443-2477
Cell: +1 904 415-9597
E-mail: heiko.saupe@daimler.com
If you are not the intended addressee, please inform us immediately that you have received this e-mail in error, and delete it. We thank you for your cooperation.

---

The information in this email and attachments hereto may contain legally privileged, proprietary or confidential information that is intended for a particular recipient. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this e-mail information is prohibited and may be unlawful. When addressed to Takata customers or vendors, any information contained in this e-mail is subject to the terms and conditions in the governing contract, if applicable. If you have received this communication in error, please immediately notify us by return e-mail, permanently delete any electronic copies of this communication and destroy any paper copies.

Think Green - Please consider the environment before printing this email.