# EXHIBIT NO. 101

| | |
|---|---|
| From: | Gonzalez, Eliud |
| Sent: | Thursday, September 29 2011 11:31:11 PM |
| To: | Horton, Tony; Bahnmueller, Mathias; Russell, Steve |
| Cc: | Cooper, Brian; Frick, Ed; Garcia, Nicolas; Valdez, Carlos; Valdez, Sergio (MTY); Guzman Aguirre, Cecilia; Amaya, Marco; Flores Montes, Alex Xavier; Garza, Oscar; Willwerth, Gregory A; Herrera, Ricardo; Medina, Fernando; Garcia Garza, Eugenio |
| Subject: | FW: Initial Letter: Audit of warranty analysis at Takata in Mexico |
| Attachments: | 20110927_Proposal Agenda.pdf, 2011-09-27_Initial Letter.pdf, DaimlerChrysler Guideline Quality Analysis MCG.pdf, 20110927_scope of audit.pdf |

Good afternoon,

The Warranty group at Monterrey Plant 2 greatly appreciate your support and presence for Oct 18th and 19th on these dates we will have warranty claims acceptance rate negotiation and settlement, including a warranty process audit.

If you have any questions or comment please let me know.

Best regards,

Eliud Gonzalez    @    Mobile (210) 440-1153    @    Office (210) 250-5227


**From:** heiko.saupe@daimler.com [mailto:heiko.saupe@daimler.com]
**Sent:** Tuesday, September 27, 2011 2:24 PM
**To:** Gonzalez Esqueda, Alexandro Isaac
**Cc:** mathias.jens@daimler.com; klaus.schanz@daimler.com; mairym.m.samra@mbusa.com
**Subject:** Initial Letter: Audit of warranty analysis at Takata in Mexico


Ladies and Gentlemen,

As the world's oldest manufacturer of premium cars, it is of great significance to Mercedes-Benz to analyze warranty parts that are replaced in the field. The Quality Engineering Center (QEC) in Jacksonville has been forwarding warranty parts to your company as well, using your analysis results to trigger improvements in the design of our parts as well as our processes. A thorough analysis of the warranty parts returned to you is therefore of paramount importance to ultimately reduce overall costs and improve customer satisfaction.

In order to make an assessment of a supplier's analysis procedures, which is needed to interpret the analysis results provided to us, quality engineers from the QEC perform Quality Analysis Audits on a regular basis. As already discussed, we are planning a two-day Quality Analysis Audit at Takata in Apodaca on **10/18 - 10/19/2011.**

The attached agenda shows our planned schedule as well as the names of the participants from our company. Our findings will result in a rating (on a scale of 0 – 100%), reflecting the state we perceive the quality of your analysis procedures to be in. Based on the results, we will identify areas that show room for improvement. This, together with the rating itself, will have an impact on our future cooperation. The results from our audit will be shared with all involved departments within our company.

CONFIDENTIAL — LEGAL — ATTORNEYS' EYES ONLY

Attached you will find an overview of the topics we will address during our audit. In addition, we are also sending you our "Guideline Quality Analysis".

If you have any questions, please do not hesitate to contact me by phone 904 443-2477 or via e-mail heiko.saupe@daimer.com.

Best regards,

Heiko Saupe

If you have any questions please don't hesitate to contact me.

Kind regards,

Heiko Saupe

DAIMLER AG
Mercedes-Benz USA L.L.C.
Quality Engineering Center
13470 International Parkway
Jacksonville, FL 32218, USA

Phone: +1 904 443-2477
Cell: +1 904 415-9597
E-mail: heiko.saupe@daimler.com

If you are not the intended addressee, please inform us immediately that you have received this e-mail in error, and delete it. We thank you for your cooperation.

The information in this email and attachments hereto may contain legally privileged, proprietary or confidential information that is intended for a particular recipient. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this e-mail information is prohibited and may be unlawful. When addressed to Takata customers or vendors, any information contained in this e-mail is subject to the terms and conditions in the governing contract, if applicable. If you have received this communication in error, please immediately notify us by return e-mail, permanently delete any electronic copies of this communication and destroy any paper copies.

Think Green - Please consider the environment before printing this email.