# EXHIBIT NO. 102

Case 1:15-md-02599-FAM Document 4886-13 Entered on FLSD Docket 08/12/2020 Page 2 of 2
CONFIDENTIAL-BUSINESS DATA - ATTORNEY'S EYES ONLY - PKP2D001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# DAIMLER



Takata Holdings Inc.  
Carretera Santa Rosa Km 3.5  
66600 Apodaca, N.L.  
Mexico

Jacksonville, 2011-09-27

Ladies and Gentlemen,

As the world's oldest manufacturer of premium cars, it is of great significance to Mercedes-Benz to analyze warranty parts that are replaced in the field. The Quality Engineering Center (QEC) in Jacksonville has been forwarding warranty parts to your company as well, using your analysis results to trigger improvements in the design of our parts as well as our processes. A thorough analysis of the warranty parts returned to you is therefore of paramount importance to ultimately reduce overall costs and improve customer satisfaction.

In order to make an assessment of a supplier's analysis procedures, which is needed to interpret the analysis results provided to us, quality engineers from the QEC perform Quality Analysis Audits on a regular basis.
As already discussed, we are planning a two-day Quality Analysis Audit at Takata in Apodaca on **10/18 - 10/19/2011.**

The attached agenda shows our planned schedule as well as the names of the participants from our company. Our findings will result in a rating (on a scale of 0 – 100%), reflecting the state we perceive the quality of your analysis procedures to be in. Based on the results, we will identify areas that show room for improvement. This, together with the rating itself, will have an impact on our future cooperation. The results from our audit will be shared with all involved departments within our company.

Attached you will find an overview of the topics we will address during our audit. In addition, we are also sending you our "Guideline Quality Analysis".

If you have any questions, please do not hesitate to contact me by phone 904 443-2477 or via e-mail heiko.saupe@daimer.com .

Best regards,

Heiko Saupe

<u>Attachments:</u>  
Initial Letter  
Agenda  
Scope of Audit  
Guideline Quality Analysis

Daimler AG MBC/QEC Jacksonville is located at:  
Mercedes-Benz USA LLC 13470 International Parkway, Unit 3, Jacksonville, FL, 32218, USA