# EXHIBIT NO. 103

CONFIDENTIAL-BOSCH DATA - ATTORNEYS' EYES ONLY

# DAIMLERCHRYSLER

# Guideline regarding Defective Parts Analysis
# of Reclaimed Vehicle Parts from the Field
# (Quality Analysis Specification)

Version date: 01/2005

DaimlerChrysler AG

Quality Engineering Center (MCG/QPE)

HPC G163

71059 Sindelfingen

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

## Table of Contents

0 Scope ............................................................................................................................. 5

1 Purpose .......................................................................................................................... 5

2 Introduction ................................................................................................................... 5

3 General information ....................................................................................................... 5
   3.1 Definition of terms ................................................................................................ 5
      3.1.1 Defective part ............................................................................................. 5
      3.1.2 Defective part analysis ............................................................................... 5
      3.1.3 Diagnostic findings .................................................................................... 5
      3.1.4 Quality analysis report ............................................................................... 5
      3.1.5 Test report statement ................................................................................. 6
      3.1.6 NTF and NG .............................................................................................. 6
   3.2 Goal of the guideline ............................................................................................ 6
      3.2.1 Goal of the defective part analysis ............................................................. 6
      3.2.2 Goal of the quality analysis report ............................................................. 6
   3.3 Supplier's responsibility ....................................................................................... 7
   3.4 Communication ..................................................................................................... 7
   3.5 Auditing the defective part analysis at the supplier .............................................. 7

4 Defective part analysis ................................................................................................. 7
   4.1 Defective part analysis concept ............................................................................ 7
   4.2 Principles of the defective part analysis ................................................................ 7
   4.3 Vehicle-realistic part tests .................................................................................... 8
   4.4 Testing procedure ................................................................................................. 8
   4.5 Process stability .................................................................................................... 9
   4.6 Physical damages .................................................................................................. 9

5 Conducting the defective part analysis ...................................................................... 10
   5.1 Defective part analysis procedure ........................................................................ 10
   5.2 Description of the test procedure .......................................................................... 11
      5.2.1 Supplier's acceptance of incoming goods (1) ............................................. 11
      5.2.2 Recording and registration (2) ................................................................... 11
      5.2.3 Standard test (3) ........................................................................................ 11
      5.2.4 Standard test results (9)+(15) .................................................................... 12
      5.2.5 Standard test results (4) ............................................................................. 12
      5.2.6 Complaint-oriented defect reproduction test (5) ........................................ 12
      5.2.7 Environmental test (6) ............................................................................... 12
      5.2.8 Vehicle simulation test (7) ........................................................................ 13
      5.2.9 Long-term test (8) ..................................................................................... 13
      5.2.10 Marking parts (10+14) ............................................................................ 13
      5.2.11 Cause analysis (11) ................................................................................. 13

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

5.2.12 Definition of corrective actions (12) ......................................................................... 14
5.2.13 Quality analysis report (13) .................................................................................... 14
5.2.14 Complete statement provided to QEC (16) .............................................................. 15
5.2.15 Reclaimed part provided to QEC (17) ..................................................................... 15
5.2.16 Time limits ............................................................................................................ 15
    5.2.16.1 Overview ....................................................................................................... 15
    5.2.16.2 Delay ............................................................................................................ 15

5.3 Documentation and reporting .............................................................................................. 16
5.3.1 Document and report types ........................................................................................ 16
5.3.2 General minimum requirements ................................................................................. 16
5.3.3 Analyzability ........................................................................................................... 16
5.3.4 Format   16
5.3.5 Basic information ...................................................................................................... 16
5.3.6 Test protocol ............................................................................................................ 17
5.3.7 Test report statement ................................................................................................ 17
5.3.8 General reporting requirements .................................................................................. 17
5.3.9 Data retention .......................................................................................................... 18

6 Appendix ................................................................................................................................. 19
6.1 Index of illustrations ......................................................................................................... 19
6.2 Index of tables .................................................................................................................. 19
6.3 Index of abbreviations ....................................................................................................... 19
6.4 Specification interface for data export/import ....................................................................... 20
6.4.1 Table set-up ............................................................................................................. 20
6.4.2 Rules for file construction .......................................................................................... 20
6.4.3 Data formats ............................................................................................................ 21
6.4.4 Header construction for the test report header .............................................................. 21
6.4.5 Data record construction for the test report header ....................................................... 21
6.4.6 Header construction for the test report items ................................................................ 21
6.4.7 Data record construction for the test report items (damaged part) ................................. 22

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

## Change index

| Date | Version | Revised by | Change | DaimlerChrysler AG authorization |
|---|---|---|---|---|
| 14.01.2005 | 1.0 | Martin Westhof | First edition | Dr. Paul Starker |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

# 0  Scope

This document applies to vehicle parts that were provided to the supplier by the DaimlerChrysler Quality Engineering Center (QEC) for analysis.

# 1  Purpose

This document is a binding description of the general procedure for supplier testing of reclaimed vehicle parts from the field as well as the contents and form of the quality analysis report.

The following items are described:

- Logistics (incoming and outgoing defective parts)
- Defective parts analysis (tests, analyses)
- Documentation (quality analysis report, etc.)

# 2  Introduction

The customers for our premium and luxury brands Mercedes-Benz and Maybach place the highest demands and expectations on our automobile products. Any deviations from these expectations lead to disproportional customer dissatisfaction, costs and loss of image. The purchased products represent an elementary component of our products. If these products are determined to be defective by our external organizations and then exchanged, then the cause of the complaint must be determined as fast as possible. A quick, capable state-of-the-art defective parts analysis is an important part of the corrective action process at DaimlerChrysler and at the suppliers. Weak points in ongoing developments can only be recognized and fundamentally corrected with the help of a closed feedback loop. The same thing applies to management of sub-suppliers on the part of the supplier.

# 3  General information

## 3.1    Definition of terms

### 3.1.1    Defective part

"Defective part" refers to the vehicle part that was rejected by the customer and/or the authorized MB repair shop. It will be viewed as damaged and/or defective (NG) until complete functionality can be proven.

### 3.1.2    Defective part analysis

"Defective part analysis" refers to any tests and analyses that are conducted on-site at the supplier to determine the defect and its cause.

The term "defective part analysis" corresponds the common term "quality analysis" as well.

### 3.1.3    Diagnostic findings

"Diagnostic findings" refers to the results of the defective part analysis.

### 3.1.4    Quality analysis report

"Quality analysis report" refers to the specified documentation of the results of the defective part analysis (see Chapter 5 .3) for a defective part.

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

### 3.1.5   Test report statement

The test report statement contains the quality analysis reports for every defective part listed in the test report.

### 3.1.6   NTF and NG

Two options for the results of the defective part analysis are defined.

1. NTF (no trouble found): This is assigned when a part does not show any defects and all tolerances are maintained within the scope of the defective part analysis. In addition, the customer's complaints do not point to development or production defects.

2. NG (no good): This is assigned when a defect was found or a defect pattern appears.
   NG is assigned when:

   - Sporadic, non-reproducible defects occur in an analysis step

   - There are defective memory entries that point to an internal defect

   - The complaint involves known defect patterns (in conjunction with SW / HW versions)

## 3.2   Goal of the guideline

The goal of this guideline is to describe a mandatory examination concept that ensures uniform and/or comparable quality when examining defective parts with the various suppliers and the various components.

The implementation of this guideline should provide the following results:

1. Fast recognition of the causes of failure in the field and incorporation of corrective actions

2. Improvements in product and process quality

3. Provision of evaluations and data regarding failures in the field

4. Reduction in warranty and goodwill costs and possible buybacks.

5. Secure data for obtaining acceptance rates for recovery processing

### 3.2.1   Goal of the defective part analysis

The goals of the defective part analysis are:

1. Determining the precise cause of the defect

2. Determining the basic weak points in the vehicle part that led to the defect

3. Reproducing the defect under field-approximate vehicle conditions (if necessary, with simulation of the vehicle parts, the environmental conditions, etc.)

The following framework conditions need to be fulfilled to reach these goals:

- The completeness of the individual tests must be ensured

- The reproducibility of the tests must also be ensured (including at the various test stations)

- The defective part tests must be conducted independently of the tester

- The preciseness of the test must be ensured

### 3.2.2   Goal of the quality analysis report

The goal of the quality analysis report is to provide complete, meaningful and traceable information regarding:

1. Cause of the defect

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

2. Basic weak points in the vehicle part

3. Analysis steps conducted

To do this, the following is imperative:

- The uniformity of the suppliers' quality analysis reports is ensured

- The consistency of the quality of the reports is indicated

- The tests conducted for recording the results are traceable

- The quality of the analysis is independent of the tester

### 3.3 Supplier's responsibility

The supplier is responsible for implementing the guideline specific to the component. The supplier ensures that the requirements of this guideline are fulfilled with respect to the QEC even upon transfer of the defective part to a subcontractor.

The QEC always has the option of being present during the defective part analysis.

### 3.4 Communication

To ensure a smooth process, both sides will name a contact person as well as a substitute in the event that the first contact is absent.

### 3.5 Auditing the defective part analysis at the supplier

The QEC reserves the right to audit the defective part analysis process for creating a quality analysis report at any time upon prior notification.

## 4 Defective part analysis

### 4.1 Defective part analysis concept

It is important that all significant tests for reproducing the cause of the complaint is conducted and that the test results are included in the statement.

The following basic procedure is used when analyzing defective parts:

1. Each defective part is initially subjected to a *standard test*. The general status of the defective part with regard to function and quality is determined in the standard test.

2. Attempts are made to reproduce the defect in the subsequent *defect reproduction test*.

3. If this is not successful, the test scope is expanded successively ("expanded test scope") until either a defect can be reproduced or the absence of a defect is determined for the rejected part.

4. If a defect can be reproduced, the defective part is marked as "NG".

5. Subsequently, the defect pattern and the cause of the defect are analyzed, and corrective actions are defined.

6. All tests and test results as well as a summary of the results with the reasoning (findings) must then be documented.

### 4.2 Principles of the defective part analysis

- To verify sporadic or as-of-yet unknown defect patterns, the following information sources, among others, must be used for the defective part analysis:

Case 1:15-md-02599-FAM Document 4038-14 Entered on FLSD Docket 12/20/24 Page 9 of 001
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER-ATTORNEYS EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

  o Parts history

  o Defective part analysis database

  o Information with respect to known defect patterns (model-based)

  o Defect statistics

  o Defect catalog

  o Analysis sheets (with special actions)

  o Process documentation from the production schedule

  o Component specification

  o Miscellaneous documented agreements with DaimlerChrysler employees

- The defective parts must be tested in an unchanged condition

- No SW or HW adjustments can be made prior to the defective part analysis

- The test and measuring equipment used must be calibrated regularly (in accordance with VDA guidelines)

- The individual test steps must be determined specific to the component and must have limit and tolerance values

- Qualified personnel, corresponding to the requirements of a qualification matrix and, if necessary, trained according to the training plan, must be used for the defective part analysis

- Continuous improvement in the defective part analysis must be ensured and documented

## 4.3  Vehicle-realistic part tests

The part tests must be adapted to the actual requirements of the component-specific usage profile in the vehicle.

Variables that can influence the reliability of components are:

- Vehicle environment (temperature, climate, and vibration profiles; system integration; etc.)

- Stress (active operational condition, wear, aging, etc.)

- Design (design elements, known weak points, etc.)

- Material (selection, material changes with temperature, over time, etc.)

- Production processes (process stability of the production processes, logistics processes, quality capabilities of sub-suppliers, etc.)

## 4.4  Testing procedure

- Detailed work instructions with regard to the testing procedure at the worksite must be created

- The testing procedure should be automated to the extent possible for reasons of process stability

- Follow-up adjustments in the defective part analysis procedure may be required due to special field requirements

- Any changes or modifications in the defective part analysis process must be agreed between the supplier and QEC in advance. In addition to changes in the process and data collection, this also includes any changes in test software and test equipment in particular

- An expansion in the defective part analysis for testing known defect patterns must be implemented

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis<br>(Quality Analysis Specification) | Mercedes Car Group<br>Quality Engineering Center |
|---|---|---|

- Particular care must be taken for ensuring that the defective part analysis starts with SOP (Start of Production) as early as the product development process

## 4.5    Process stability

In general, the quality analysis process must be clearly documented with the following:

- Process description,
- Procedural diagram,
- Workplace instructions,
- Evidence for inspection and test equipment capability,
- Document that accompanies the test (checklists)

To ensure lasting process stability throughout, automated functional test processes that ensure an automatic procedure must be implemented.

## 4.6    Physical damages

A complete defective part analysis and reporting of the results–as generally described herein– must be conducted, even for components with visible damage (e.g. scratches) that does not affect basic functionality.

A component can only be rejected as having physical damage once it has been determined that the external damage effect is also the clear cause of the complaint.

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

# 5  Conducting the defective part analysis

## 5.1    Defective part analysis procedure



*Illustration 1: Defective part analysis procedure*

**Note:**

The tester can change the sequence of the expanded tests (defect reproduction test, environmental test, vehicle-simulation test and long-term test) if that would accelerate reproducing the defect and/or determining the cause of the defect.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY - MBUSA PROD 0001

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

## 5.2 Description of the test procedure

The individual procedural steps for the supplier's quality analysis process are described in the following.

The numbers in parentheses after the section headings correspond to the respective number of the process step in *Illustration 2.*

### 5.2.1 Supplier's acceptance of incoming goods (1)

The QEC will provide the supplier with the defective part.

A defective part examination outside the scope of the warranty is requested by the QEC in the form of a special examination.

### 5.2.2 Recording and registration (2)

Clear recording of the system, unit, and test-specific data and procedures is required. This enables identification and reproducibility of the quality analysis results and the history starting with the time of failure up to the conclusion of reporting the results.

The time the goods are received must be documented with a delivery note or upon acceptance in the QEC. The delivery must be checked for completeness, and this must be documented.

### 5.2.3 Standard test (3)

The standard test must be conducted completely for every reclaimed vehicle part, and this must be documented. Thus, this test cannot be interrupted even if the cause of the defect has already been determined unless the test is no longer possible due to the defect.

The standard test fulfills the following purpose:

- Documentation of the general condition of the defective part upon receipt
- Documentation of component-specific index data (e.g. error memory contents)
- Standard test for determining defects without reference to the complaint

The scope of the standard test must correspond to a complete quality check of production at a minimum and includes the following types of tests:

1. Visual check for (to the extent applicable to the component)...

- ... Damages
- ... Dirt (control elements)
- ... Corrosion (connectors)
- ... Traces of moisture
- ... Completeness (control parts, fuses, etc.).

  *Notes:*

  Limit values and patterns must be specified in the work instructions.

  A visual check of the display elements must be conducted (e.g. with displays via test dot matrix).

2. Maintain general index data such as:

- Dimensional accuracy
- Luster
- Color comparison

| Version date 01/2005 | © DaimlerChrysler AG | Page 11/22 |
|---|---|---|

Case 1:15-md-02599-FAM CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Page 13

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - MERCEDES ONLY / SCW PROD 0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

- Sleep current and active current consumption
- Error memory contents
- DC coding

3. Function test:

- All functions and control elements

*Requirements:*

All known technical requirements must be noted (current technology).

## 5.2.4    Standard test results (9)+(15)

The implementation and results of the standard test must be documented completely.

The standard test results contain the following items at a minimum:

- General report information (basic data) as listed in Chapter 5.3
- Recording of the test results as listed in Chapter 5.3

## 5.2.5    Standard test results (4)

In the event that the defect can be shown using the standard test, the defective part must be marked as "NG" (10), and the cause of the defect must be analyzed extensively (11).

## 5.2.6    Complaint-oriented defect reproduction test (5)

The defect reproduction test must be conducted if the preceding standard test did not result in reproducing the defect or in obtaining the (exact) cause of the defect.

The complaint-oriented defect reproduction test fulfills the following purpose:

- Targeted defect reproduction as quickly as possible

The type and scope of the defect reproduction test is initially determined by the supplier specifically for the component and the defect.

## 5.2.7    Environmental test (6)

The environmental test must be conducted if the preceding test did not result in reproducing the defect or in obtaining the (exact) cause of the defect.

The environmental test fulfills the following purpose:

- Reproduction of the defect behavior under realistic environmental conditions (climate, mechanical stress, etc.)

The scope of the environmental test is component- but not defect-specific, and the test is conducted according to the component specification, e.g.:

1) Temperature test

2) Moisture test

3) Mechanical test

Case 1:15-md-02599-FAM Document 4985 Entered on FLSD Docket 03/12/2024 Page 14 of PROD0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)
of 23

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

### 5.2.8 Vehicle simulation test (7)

The vehicle simulation test must be conducted if the preceding test did not result in reproducing the defect or in obtaining the (exact) cause of the defect.

The vehicle simulation test fulfills the following purpose:

- Reproduction of the defect behavior with realistic vehicle simulation with respect to the function to be tested (e.g. re-creation of the design environment; mechanical stress; CAN, control unit and load simulations; fluctuations in operational voltage)
- Re-creation of the original configuration in the vehicle

The vehicle simulation test is initially specified by the supplier specifically for the component and the defect.

With a batch of multiple defective parts of the same type (same item number or Q status) with the same complaint, the quantity of defective parts to be tested can be reduced, for economical and technical reasons, upon agreement with the QEC.

### 5.2.9 Long-term test (8)

The long-term test must be conducted if the preceding test did not result in reproducing the defect or in obtaining the (exact) cause of the defect.

The long-term test fulfills the following purpose:

- Reproduction of sporadic defects (e.g. loose contact, "random events")

The long-term test is specific to the component and the defect.

The long-term test is conducted with the test set-up of the vehicle simulation and the environmental test and is initially determined by the supplier specifically for the component and the defect.

With a batch of multiple defective parts of the same type (same item number or Q status) with the same complaint, the quantity of defective parts to be tested can be reduced, for economical and technical reasons, upon agreement with the QEC.

### 5.2.10 Marking parts (10+14)

As soon as the defect can be found, a clear "NG" marking must be placed on the defective part so it is recognizable.

A "NTF" marking can only be placed on the returned part once all tests have been conducted, and the supplier has determined that the tested part is free of defects.

### 5.2.11 Cause analysis (11)

If the reclaimed vehicle part was found to be NG, the supplier must conduct a detailed defect-cause analysis.

In this case, the following examinations must be conducted:

- Defect pattern analysis (description of the symptoms)
- Defect-cause analysis
- Defect-consequences analysis (effects of the defect on other components, production, etc.)
- Defect-root analysis (determining the defects and/or weaknesses of the product that can lead to this or other defects if applicable)
- Risk analysis

Case 1:15-md-02599-FAM Document 4438-4 Entered on FLSD Docket 03/12/2024 Page 15 of PROD 0001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - FOR USE IN MDL 2599 ONLY - SCHWAB PROD 0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

### 5.2.12 Definition of corrective actions (12)

After the defect-cause analysis has been conducted, the supplier must implement steps for remedying the defect within the scope of the corrective action process; this must meet the following criteria:

- Assurance of immediate measures and series-production measures
- Systematic procedure with definition and implementation of the corrective action
- Indication of implementation deadlines for the corrective action
- Clear specification of persons responsible for the corrective action
- Proof of the effectiveness of the corrective action
- Closed feedback loop (lessons learned)

### 5.2.13 Quality analysis report (13)

After all necessary (follow-up) tests and defect analyses are concluded, the quality analysis report with the final statement must be created for each reclaimed vehicle part. This report contains the expanded test report and, in the event of a defect (NG), the 8D report as well.

The quality analysis report must at least contain the following items for each reclaimed vehicle part (see Chapter 5.3):

- General report information (basic information)
- Test protocol for the standard test
- Test protocol of the expanded tests if conducted
- Results:
    - NG (new defect or known defect)
    - NTF (no defect)
    - Defect acknowledged or rejected
    - Customer caused defect (e.g. handling or configuration errors, external components defective)
    - Defect code (for statistical evaluation)
- Clustering of the defect at the component level
- Final statement: Summary of the findings results with reasoning if necessary
- In the event of a defect (NG)
    - o  8D report in the attachment + reference to the 8D report (8D report no., date)
    - o  For previously known defects reference to the existing 8D report is sufficient
- In the event of NTF
    - Best guess as to the cause of the defect (e.g. external components[1], handling errors, etc.)
    - Return date for the "NTF" device

---

[1] The supplier is required to provide DC technical help when analyzing the defect behavior even if the defect is caused by external events (customer caused fault).

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

### 5.2.14 Complete statement provided to QEC (16)

The complete supplier's statement contains the quality analysis reports for each reclaimed vehicle part in the test report.

The complete statement must be sent to QEC after the completion of all necessary (follow-up) tests, defect analyses and documentation, within the prescribed time limit ($t_1$) (see Chap. 0).

### 5.2.15 Reclaimed part provided to QEC (17)

If the reclaimed vehicle part was found to be "NTF" (no defect) or "NG" but the supplier is not at fault, then the part must be returned to QEC within the $t_2$ time limit (see Chap. 0).

The supplier or a named provider is responsible for returning the part to the QEC.

### 5.2.16 Time limits

#### 5.2.16.1 Overview

The following time limits (Table 1) are applicable for the defective part analysis (times are in business days).

The deadline for providing the complete statement is specified by the QEC in the test report.

| Time | Time frame | Action |
|---|---|---|
| $t_0$ | Start point | Supplier's receipt of goods |
| $t_1$ | Deadline as required in the test report | Complete test report statement available |
| $t_2$ | $t_1$ + 5 days | Return of rejected parts to the QEC |
| $t_3$ | 20 days after receipt of defective part | Rejection based on terms of business when no statement at hand |

*Table 1: Time limits*

#### 5.2.16.2 Delay

If it becomes necessary to extend the time limits due to long-term tests for reproducing defect patterns or because of a request by sub-contractors to analyze the defect behavior, this can be requested with the QEC on a case-by-case basis.

Case 1:15-md-02599-FAM Document 1483-4 Entered on FLSD Docket 01/12/2024 Page PROD0001
CONFIDENTIAL BUSINESS DATA - ATTORNEYS' EYES ONLY SC4 Page 26
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

## 5.3 Documentation and reporting

### 5.3.1 Document and report types

The supplier must create the following types of reports for each defective part:

- Standard test report consisting of:
  - o Test protocol for the standard test
- Quality analysis report consisting of:
  - o Test protocol for the expanded test scope including the defect reproduction test
  - o Final statement for each defective part (findings, reasoning)
  - o 8D report (for NG in the event of a defect)

### 5.3.2 General minimum requirements

The documentation of results must satisfy the following minimum requirements:

- Component-specific
- Based on the series number
- Results-oriented (complete text)
- Statistically analyzable

### 5.3.3 Analyzability

The documentation must enable analysis of...

- ...a clustering of individual defects for defect emphases,
- ...projecting a defect pattern or cause of the defect onto customer complaints
- ...and an individual defective part.

### 5.3.4 Format

Every report and every statement must be created in Excel format until the QEC supplier portal is implemented. Once the supplier portal is implemented (planned for the end of May 2005), the supplier will be required to enter the results into the supplier portal. The interface described in the appendix can be used for this.

### 5.3.5 Basic information

The report and the statement must contain the following basic data at a minimum:

- Report information
  - – Type of report (standard test report, expanded test report, final statement, 8D report)
  - – Test report no.
  - – Test report version
  - – Contact person (name, first name, company, scope of responsibility, department, address, phone no., e-mail address)
  - – Statement deadline
- Defective part information

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

- DaimlerChrysler reference number
- Name of the defective part
- DaimlerChrysler item number for the defective part
- Supplier's item number for the defective part
- Q status (if available)
- Software version (if available)
- Hardware version (if available)
- DaimlerChrysler mechanic's findings and/or basis of the complaint
- Refurbished unit yes/no
- Repair date (if available)
- Date of manufacture (production date and/or end-of-line test)
- Series number of the defective part
- Vehicle information
  - Vehicle identification number (FIN)
  - Engine number
  - Initial registration
  - Mileage

### 5.3.6    Test protocol

Every test protocol must contain the following items at a minimum:

- Reference to the defective part
- List of the tests conducted
- Date tests conducted
- Test set-up and environment (including SW and H W versions for the test equipment during the test)
- Test parameters
- Test results
- Supplementary test protocols e.g. from independent testing institutes

### 5.3.7    Test report statement

The statement for the test report contains complete documentation for each reclaimed part in the test report as described in Chapter 5.3.

### 5.3.8    General reporting requirements

The supplier must provide the following general information:

- Parts histories including the development phase
- Changes in the defective part analysis process
- Changes in the production process

| | Guideline for Defective Parts Analysis<br>(Quality Analysis Specification) | Mercedes Car Group<br>Quality Engineering Center |
|---|---|---|
| DAIMLERCHRYSLER | | |

- Risk analysis with defect rate estimate for known production defects (timeline and quantity)

### 5.3.9 Data retention

The following documents and data must be retained and kept available for at least five years:

- Standard test report

- Quality analysis report

- 8D report

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

# 6 Appendix

## 6.1 Index of illustrations

*Illustration 1: Defective part analysis procedure* .................................................................................. 10

## 6.2 Index of tables

Table 1: Time limits ............................................................................................................................ 15

Table 2: Data record construction for the test report header ............................................................ 21

Table 3: Data record construction for the test report items .............................................................. 22

## 6.3 Index of abbreviations

| | |
|---|---|
| DC | DaimlerChrysler AG |
| HW | Hardware |
| Chap. | Chapter |
| MCG/Q | Mercedes-Benz Car Group, Quality Management |
| NG | No Good (defective) |
| NTF | No trouble found |
| QEC | Quality Engineering Center (DaimlerChrysler, Dept.: MCG/QPE) |
| SOP | Start of production |
| SW | Software |
| VDA | Association of German Automobile Manufacturers |

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

## 6.4 Specification interface for data export/import

This specification contains the definition and description of the interface file construction for exporting and importing test report data in the QEC supplier portal.

The interface file is a text file in CSV format.

The exported data can be processed by the supplier outside the QEC supplier portal system. Plausibility tests take place during the import of changed data. The tests include field lengths, field formats, validity ranges and mandatory entries.

### 6.4.1 Table set-up

Data is exported/imported in CSV format. The interface file contains the information for one test report. This file is composed of:

- The test report header data represented by a data line in the interface file,
- The item data (information on the individual damaged parts) contained in the test report;
  Each damaged part is represented by a separate data line in the interface file.

To provide a better overview, both types of data records are given a header record in the interface file. This header record is where the technical reference to the contents of the data records is generated.

This results in the following interface file construction:

- Block for the test report header
    - Interface file line 1: Test report header
    - Interface file line 2: Test report header data
- Block for the test report items (damaged parts)
    - Interface file line 3: Damaged part header
    - Interface file line for line 4 to line n: Damaged part data

The files for importing and exporting have the same record construction. The description of the record construction characterizes what fields are tested during import and the fields from which changes can be imported and put into the QEC supplier portal.

### 6.4.2 Rules for file construction

The following basic rules apply to file construction:

- The separator for the data in one data record is the semicolon (character 59).
- The end of the line is coded in Windows format, i.e. carriage return + line feed (characters 10 + 13)
- Line breaks within one field are coded as a line feed (character 10)
- The character coding is ISO-8859-1 (Latin 1)
- The length of the individual fields is variable
- Fields that contain line breaks, a semicolon, or quote marks (character 34) are placed in quote marks. Quote marks in the text are represented by two quote marks.
- The first item of each data line contains a two-digit record identifier.

Columns the supplier can edit are characterized by an asterisk in the column header. The asterisk is added at the end of the particular text.

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

### 6.4.3 Data formats

There are 4 types of data formats:

| | |
|---|---|
| Integer: | Numeric values without decimal points |
| String: | Alphanumeric values |
| Date: | Format according to ISO-8601: YYYY-MM-DD |
| Boolean: | Numeric value with length of 1, only 0 (=false) and 1 (=true) permitted as values |

### 6.4.4 Header construction for the test report header

The header for the test report contains the contents of the field description column from Table 2: Data record construction for the test report header. The first attribute deviates from this however; it doesn't contain "record identifier" but instead has "HD" as the record identifier for the header record.

### 6.4.5 Data record construction for the test report header

| # | Field description | Attribute | Type | Maximum length | During import | |
|---|---|---|---|---|---|---|
| | | | | | Tested | Modifiable |
| 1 | Record identifier | „PB" | String | 2 | X | |
| 2 | Test report identifier | PBK_ID | Integer | | X | |
| 3 | Test report number | PBK_Prüfberichtsnummer | Integer | 12 | X | |
| 4 | Test report version | PBK_Prüfberichtsversion | Integer | 2 | | |
| 5 | Contact person | PBK_FachlicherAnsprechpartner | String | 30 | | |
| 6 | Text | PBK_Text | String | 2000 | | |
| 7 | Release date | PBK_Freigabedatum | Date | – | | |
| 8 | Goods Receipt Date | PBK_Datum_Wareneingang_Lieferant | Date | – | | |
| 9 | Statement up to | PBK_Stellungsnahmedatum | Date | – | | |
| 10 | Closed on | PBK_Datum_Abgeschlossen_Lieferant | Date | – | | |
| 11 | Closed | PBK_Kennz_Abgeschlossen_Lieferant | Boolean | 1 | | |

*Table 2: Data record construction for the test report header*

### 6.4.6 Header construction for the test report items

The header for the test report items contains the contents of the field description column from Table 3: Data record construction for the test report items. The first attribute deviates from this however; it doesn't contain "record identifier" but instead has "HD" as the record identifier for the header record.

Case 1:15-md-02599-FAM Document 4835-14 Entered on FLSD Docket 03/12/2024 Page 23 of 23
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY - TK4POD0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

| DAIMLERCHRYSLER | Guideline for Defective Parts Analysis (Quality Analysis Specification) | Mercedes Car Group Quality Engineering Center |
|---|---|---|

### 6.4.7 Data record construction for the test report items (damaged part)

| # | Field description | Attribute | Type | Maximum length | During import | |
|---|---|---|---|---|---|---|
| | | | | | Tested | Modifiable |
| 1 | Record identifier | „ST" | String | 2 | X | |
| 2 | Reference number | Referenznummer | String | 12 | X | |
| 3 | Status | Status | Integer | | | |
| 4 | Part's item number | SachnummerTeil | String | 16 | | X |
| 5 | Replacement part | SachnummerARS | String | 16 | | |
| 6 | Mechanic's findings | Monteurbefund | String | 300 | | |
| 7 | Feedback to the supplier | Rueckmeldung_an_Lieferant | String | 300 | | |
| 8 | FIN | FIN | String | 14 | | |
| 9 | VIN | VIN | String | 17 | | |
| 10 | Engine number | Motornummer | String | 14 | | |
| 11 | Registration date | Erstzulassung | Date | – | | |
| 12 | Repair date | Reparaturdatum | Date | – | | |
| 13 | Mileage [km] | Laufleistung | String | 7 | | |
| 14 | Q status | Q-Stand | Integer | 2 | | X |
| 15 | Date of manufacture | Lieferant_Herstelldatum | Date | – | | X |
| 16 | Series number | Lieferant_Seriennummer | String | 20 | | X |
| 17 | Supplier's item number | Lieferant_Sachnummer | String | 20 | | X |
| 18 | Software version | Lieferant_SW | String | 8 | | X |
| 19 | Hardware version | Lieferant_HW | String | 8 | | X |
| 20 | Analysis | Lieferant_Analyse | String | 300 | | X |
| 21 | Cause | Lieferant_Ursache | String | 300 | | X |
| 22 | Immediate measures | Lieferant_Massnahme | String | 300 | | X |
| 23 | File name_8D | Lieferant_Dateiname_8D | String | 50 | | X |
| 24 | Statement | Lieferant_anerkannt | Integer | 1 | | X |
| 25 | DC statement | Lieferant_anerkannt_Aenderung DC | Integer | 1 | | |
| 26 | Part returned to DCAG | Lieferant_Teil_zurueck | Boolean | 1 | | X |
| 27 | Field 1 | Lieferant_Feld1 | String | 50 | | X |
| 28 | Field 2 | Lieferant_Feld2 | String | 50 | | X |
| 29 | Field 3 | Lieferant_Feld3 | String | 50 | | X |
| 30 | Field 4 | Lieferant_Feld4 | String | 50 | | X |
| 31 | Field 5 | Lieferant_Feld5 | String | 50 | | X |

Note: #23: Radio (Value 0 – ntf, 1- customer at fault, 2 - acknowledged)
#24: Radio (Value 0 - ntf, 1- customer at fault, 2 - acknowledged, 9 – delayed)

*Table 3: Data record construction for the test report items*