# EXHIBIT NO. 104

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

| | |
|---|---|
| **From:** | Russell, Steve |
| **Sent:** | Thursday, October 27 2011 1:43:59 PM |
| **To:** | Cooper, Brian |
| **Subject:** | FW: Audit of Quality Analysis for Field Returns at Takata, Monterrey, Mexico (2011-Oct-18) |
| **Attachments:** | 20111018_Final Audit Presentaion Takata.pdf, 20111026_Audit Summary Takata_2011-10-18.pdf, Assessment Sheet Takata Mexico 20111019.pdf, 20111026_Action Item List Takata_2011-10-18.doc |

FYI
When this gets out, its going to be a black eye.

---

**From:** Russell, Steve
**Sent:** Thursday, October 27, 2011 7:43 AM
**To:** Willwerth, Gregory A
**Subject:** FW: Audit of Quality Analysis for Field Returns at Takata, Monterrey, Mexico (2011-Oct-18)

You are responsible for this. This needs to be closed out before I meet with them on the 17th of November. I want a full detail report and executive summary.

Also, I want Eliud to go to TPAG (Aschaffenburg and Romania) to review their warranty process for wheels. If TPAG is getting Mercedes and BMW to accept leather peel as a customer abuse then we need to understand how they perform their analysis. If Eugenio has not been there, then we should discuss one or both of them going.

I'm tired of knowing of these types of audits and not performing well. One is knowledge, the other is proper attention to detail. You and I have been in enough customer meetings to know how an audit is going to be carried out. We need to be more prepared. Having parts in logistics for 10 days and not having an adequate response other than "that's a surprise" is not acceptable. Issues like this cast a doubt to the entire organization when it gets out. It's not acceptable.

---

**From:** Gonzalez, Eliud
**Sent:** Wednesday, October 26, 2011 9:11 PM
**To:** Willwerth, Gregory A; Amaya, Marco
**Cc:** Russell, Steve; Bahnmueller, Mathias; Horton, Tony; Valdez, Carlos; Valdez, Sergio (MTY); Terry, John; Garza, Oscar; Flores Montes, Alex Xavier; Guzman, Gildardo
**Subject:** FW: Audit of Quality Analysis for Field Returns at Takata, Monterrey, Mexico (2011-Oct-18)

Hello,
Please find attached the official result information from the Mercedes Audit. We currently do not meet Daimler requirements.
Any comment please let me know.
Regards,

Eliud Gonzalez   @   Mobile (210) 440-1153   @   Office (210) 250-5227
**From:** heiko.saupe@daimler.com [mailto:heiko.saupe@daimler.com]
**Sent:** Wednesday, October 26, 2011 2:49 PM
**To:** Gonzalez, Eliud; Gonzalez Esqueda, Alexandro Isaac; Garcia Garza, Eugenio
**Cc:** mathias.jens@daimler.com; wolfgang.alm@daimler.com; volker.kiem@daimler.com; bernd.mueller@daimler.com
**Subject:** Audit of Quality Analysis for Field Returns at Takata, Monterrey, Mexico (2011-Oct-18)

Gentlemen,

Thank you for the warm reception and support during the visit at Takata in Monterrey. We also want to thank you and your colleagues for the frank discussions and for the work you put into the audit.

The analysis process at Takata does currently not meet all Daimler requirements. There are a number of issues deviating from our standard (13 yellow points and 12 red points). Our assessment result:

**Degree of performance 74 %** (see assessment sheet for details)

Attached you find a list of the issues we identified during the audit. Please send us an action plan for the mentioned issues completed with actions, responsible persons and deadlines until November 04, 2011.

Attachments:
- Assessment sheet
- Audit summary & action list
- Final Audit Presentation

If you have any questions please don't hesitate to contact me.

Kind regards,

Heiko Saupe

DAIMLER AG
Mercedes-Benz USA L.L.C.
Quality Engineering Center
13470 International Parkway
Jacksonville, FL 32218, USA

Phone: +1 904 443-2477
Cell: +1 904 415-9597
E-mail: heiko.saupe@daimler.com

If you are not the intended addressee, please inform us immediately that you have received this e-mail in error, and delete it. We thank you for your cooperation.

The information in this email and attachments hereto may contain legally privileged, proprietary or confidential information that is intended for a particular recipient. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this e-mail information is prohibited and may be unlawful. When addressed to Takata customers or vendors, any information contained in this e-mail is subject to the terms and conditions in the governing contract, if applicable. If you have received this communication in error, please immediately notify us by return e-mail, permanently delete any electronic copies of this communication and destroy any paper copies.

Think Green - Please consider the environment before printing this email.