# EXHIBIT NO. 105

**From:** "Horton, Tony" [Tony.Horton@takata.com] sent on behalf of Horton, Tony
**Sent:** Thursday, December 13 2012 9:15:29 PM
**To:** Shaver, Bryan
**Subject:** FW: meeting minutes vendor recovery negotiation on 10-19-2011 at Takata in Monterrey

Martin Benzinger – TKAG Global Support.

# Tony Horton
PH# (248) 475-6583

---

**From:** Gonzalez Esqueda, Alexandro Isaac
**Sent:** Thursday, October 20, 2011 9:16 AM
**To:** Horton, Tony
**Cc:** heiko.saupe@daimler.com
**Subject:** FW: meeting minutes vendor recovery negotiation on 10-19-2011 at Takata in Monterrey

Tony this is Heiko Saupe Email, this way you guys can be in contact

Regards
AG

**From:** heiko.saupe@daimler.com [mailto:heiko.saupe@daimler.com]
**Sent:** Wednesday, October 19, 2011 10:11 PM
**To:** mathias.jens@daimler.com; Russell, Steve; Benzinger Martin; Gonzalez Esqueda, Alexandro Isaac; Garcia Garza, Eugenio; eluid.gonzalez@takata.com
**Subject:** meeting minutes vendor recovery negotiation on 10-19-2011 at Takata in Monterrey

Gentlemen,

please see the meeting minutes from todays negotiation below.

- part families "shift paddles": contract has to be checked if German or US contracts with Takata for vendor recovery
- part family "switches" is mixed up with shift paddles and will be corrected
- overruled parts + delayed responses in the tool + delayed returned parts to the QEC will be summarized and shared 50% by Daimler and 50% by Takata Holdings - this is valid for all part families - also those which are technically not agreed yet
- the part family "driver airbag" has an acceptance rate of 62% - established by Daimler and Takata
- the part family "steering wheel leather" has an acceptance rate of 72% - established by Daimler and Takata
- the FIN ranges for the part families established today and also those which are going to be established on November 17th, 2011 in Jacksonville will be from SOP (middle 2008) until end of model range W164 and X164, the model range W251 will be affected by the acceptance rates from SOP until June 30st, 2011 (production Date MBUSI Tuscaloosa) - W251 parts produced from July 1st 2011 will be shipped for further investigation
- the open analysis results for the "steering wheel wood/leather" will also be used for the negotiation on November 17th, 2011
- the final meeting will be on November 17th, 2011 in the QEC in Jacksonville to establish the acceptance rates for the open part families (switches, shift paddles, steering wheel wood/leather)

muchos saludos de Silao

Case 1:15-md-02599-FAM Document 4836-16 Entered on FLSD Docket 08/12/2024 Page 3 of 3
CONFIDENTIAL - DAIMLER ATTORNEYS' EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

If you have any questions please don't hesitate to contact me.

Kind regards,

Heiko Saupe

DAIMLER AG
Mercedes-Benz USA L.L.C.
Quality Engineering Center
13470 International Parkway
Jacksonville, FL 32218, USA


Phone: +1 904 443-2477
Cell: +1 904 415-9597
E-mail: heiko.saupe@daimler.com
If you are not the intended addressee, please inform us immediately that you have received this e-mail in error, and delete it. We thank you for your cooperation.

The information in this email and attachments hereto may contain legally privileged, proprietary or confidential information that is intended for a particular recipient. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this e-mail information is prohibited and may be unlawful. When addressed to Takata customers or vendors, any information contained in this e-mail is subject to the terms and conditions in the governing contract, if applicable. If you have received this communication in error, please immediately notify us by return e-mail, permanently delete any electronic copies of this communication and destroy any paper copies.

Think Green - Please consider the environment before printing this email.