# EXHIBIT NO. 106

| | |
|---|---|
| From: | Horton, Tony |
| Sent: | Wednesday, November 30 2011 5:24:51 PM |
| To: | Russell, Steve |
| Cc: | Bahnmueller, Mathias |
| Subject: | FW: Acceptance Rate Sheet as of 11-17-2011 |
| Attachments: | 20111117_costs_Takata Holdings- established.xls, 20111116_vendor recovery Takata Holdings Mx.pdf |

Hi Steve,

Has managerment signed the acceptance sheet?


**Tony Horton**
*PH 248-475-6583*
**From:** heiko.saupe@daimler.com [mailto:heiko.saupe@daimler.com]
**Sent:** Friday, November 18, 2011 8:06 AM
**To:** Horton, Tony; steve.russel@takata.com; Gonzalez Esqueda, Alexandro Isaac; Benzinger Martin; wliud.gonzalez@takata.com
**Cc:** mathias.jens@daimler.com; andrew.a.lewandowski@daimler.com
**Subject:** Acceptance Rate Sheet as of 11-17-2011


Dear gentlemen,

thanks for coming to Jacksonville on 11-17-2011 for the vendor recovery negotiation. Please see the acceptance rate sheet attached as agreed yesterday by both Daimler and Takata. The part family "switches" is taken out for further quality investigation.

Please send the signed acceptance rate sheet back until 11-28-2011.



If you have any questions please don't hesitate to contact me.

Kind regards,

Heiko Saupe

DAIMLER AG
Mercedes-Benz USA L.L.C.
Quality Engineering Center
13470 International Parkway
Jacksonville, FL 32218, USA


Phone: +1 904 443-2477
Cell: +1 904 415-9597
E-mail: heiko.saupe@daimler.com
If you are not the intended addressee, please inform us immediately that you have received this e-mail in error, and delete it. We thank you for your cooperation.