# EXHIBIT NO. 107

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# DAIMLER



To all MBUSI Tier 1 Suppliers                                    Jacksonville, 2011-05-05

Ladies and Gentlemen,

With this notice, we would like to inform you about the latest updates of the **MBUSI Production - Supplier Warranty Process.**

This document details the warranty process as described in the supplier contract Section 16.1 and the appendix "Warranties" of the Master Terms Direct Purchasing.
This process will be effective **July 2011** and will apply in all cases.

We encourage you to thoroughly review the procedure at your earliest convenience.
Your understanding of the enclosed procedure will significantly simplify the warranty recovery process and expedite quality improvement in our products.
Please forward this information to all necessary contacts within your company.

Summary of the updates:
- Title (model specific designation changed to "MBUSI Production", page 1)
- IV. Warranty Parts Testing / a) Part Families ("MRGL-Class" replaced with "MBUSI manufactured", page 4)

No change has been made to the process itself, the verbiage has only been modified to ensure validity for the next generation M & GL – Class (166).

Please do not hesitate to contact us in case you have additional questions or concerns.

Kind regards,

_____          _____
Florian Hohenwarter                       Mathias Jens
(Senior Manager)                           (Manager)