# EXHIBIT NO. 114



TK HOLDINGS INC.

2600 Centerpoint Parkway

Pontiac, Michigan 48341

# Quality Assurance Visit (QAV) Report

**Company Visited**: Mercedes Benz Location: Vance, Alabama Date: 11/03/10

| Participants & Agenda: | |
|---|---|
| Michael Capps: SQE Manager (MBUS) | Supplier: Torreon Takata |
| Woit Helenius: SQE | Issued By: T L Webster |
| Tammy Hampton: Ai3 Logistics Specialist | |
| TL Webster: TK Holding | Takata Mgr: Robert Esquivel |
| Customer quality visit to support production. | |
| Program: W164 | |

Summary:

Issue: Airbag (1648602202911670102 9387485) was DMT for scratched on the trim bezel found in the tote. This is a long going issue since start up. The parts were being scrap to MBUSI cost center because of handling issue. Today this issue was discussed again with the Groupleader, Lineleader, SQO and Woit. The groupleader said logistic haven't being stacking the containers high and the issue still exist because the packaging. When picking the container up during production and place it on the rack, the airbags comes out of the slot. Logistic said there nothing else they can do on their end, this is a packaging issue. MBUSI assembly lines plant1 and plant2 said they cannot keep taking a hit for this issue, they said they believe the airbags are not leaving Takata in that condition but the line can not continue taking the hit.

Issue: Airbag (1644602202911670102 9387424) was DMT for barcode label won't scan on night shift. I taking the part to the line and had day shift team leader to scan the airbag barcode label and the barcode scan. The part was use for production and the DMT was removed.

Case 1:15-md-02599-FAM Document 4836-19 Entered on FLSD Docket 08/12/2024 Page 3 of 3

CONFIDENTIALBUSINESS DATA ATTORNEYS' EYES ONLY

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)