# EXHIBIT NO. 119

| | |
|---|---|
| **From:** | hannes.witte@daimler.com |
| **Sent:** | Monday, April 14 2014 1:41:35 PM |
| **To:** | harvey@a123systems.com; greene@a123systems.com; ustin.marx@thyssenkrupp.com; cott.may@us.agc.com; Gonzalez, Alex; Perez, Mayra; tye@intevaproducts.com; page@intevaproducts.com; plimpton@intevaproducts.com; kauffmann@intevaproducts.com; martinez@us.tiauto.com; mueller@us.tiauto.com; malone@us.tiauto.com; ason.pawloski@dr-schneider.com; arl.limburg@dr-schneider.com; dukes@lear.com; repetto@lear.com; lberto.castro@bocar.com; ainer.kremmeicke01@fluid.contitech.us; ue.jackson@zf.com; illy.rudisill@continental-corporation.com |
| **Cc:** | laus.falcke@daimler.com |
| **Subject:** | 205 Supplier Day - Mercedes-Benz QEC - Documents |
| **Attachments:** | image001.jpg, 1_Supplier Day 2014_QEC JAX summary.pdf, 2_Supplier Day 2014_QEC Tool Training.pdf, 3_Supplier Day 2014_Introduction of VDA Standards.pdf, 4_Supplier Day 2014_Vendor Recovery Supplier Overview.pdf, 5_Supplier Day 2014_205 Launch Concept.pdf, 6_Supplier Day 2014_Intro to Supplier Recovery System.pdf |

Dear 205 Suppliers,

The QEC Mercedes-Benz Team wants to thank you for a great 2014 Supplier Day. We hope your visit in the Sunshine State was beneficial for our future cooperation.

Attached you find all presentations from last Tuesday.

If you have further questions or feedback, do not hesitate to contact me or any of our engineers.

Case 1:15-md-02599-FAM Document 4836-21 Entered on FLSD Docket 08/12/2020 Page 3 of 3
CONFIDENTIAL – SUBJECT TO ATTORNEYS' EYES ONLY TK-PROD-001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)



If you have any questions please do not hesitate to contact me.

kind regards / Mit freundlichen Grüßen / 此致敬礼

# Hannes Witte
Quality Engineer
------------------------------------------------------------------------
**DAIMLER AG**
Mercedes-Benz USA L.L.C.
Q/EC - Quality Engineering Center
13470 International Parkway
Jacksonville, FL 32218, USA
Phone: +1 904 443-2475
Cell: +1 904 652-5371
E-Mail: hannes.witte@daimler.com
------------------------------------------------------------------------
DAIMLER AG
Sitz und Registergericht / Domicile and Court of Registry: Stuttgart
HRB-Nr. / Commercial Register No.: 19360
Vorsitzender des Aufsichtsrats / Chairman of the Supervisory Board: Manfred Bischoff
Vorstand / Board of Management: Dieter Zetsche (Vorsitzender/Chairman), Wolfgang Bernhard, Christine Hohmann-Dennhardt, Wilfried Porth, Andreas Renschler, Bodo Uebber, Thomas Weber


If you are not the addressee, please inform us immediately that you have received this e-mail by mistake, and delete it. We thank you for your support.