# EXHIBIT NO. 120



# 205 Launch Concept & Corrective Action Process

## QEC 2014 Supplier Day

Hannes Witte, Launch Coordinator
Q/EC  |  April 8, 2014



205 Launch Concept & Corrective Action Process

# The 205 Global Production Setup Offers Economic Benefits but also Entails a High Complexity Degree

QEC
Parts & Knowledge Transfer
QEC
Parts & Knowledge Transfer
QEC

| 2014 Market Launches | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 |
| | | | ▼ | | | | | | | | | |
| | | | | | | | | | ▼ | | | |
| | | | | | | | ▼ | | | | | |
| | | | | | | | | | ▼ | | | |

**Supplier-Market Constellations**

- Local Sourcing & Global Sourcing
  → Parts with 1 worldwide supplier
  → Parts with X local suppliers
- Spare Parts Sourcing & Series Sourcing
  → Sourcing same as for series production
  → Sourcing differs for spare parts
- Plant Market Constellations
  → Capacity compensations possible

2 205 Launch Concept & Corrective Action process I Hannes Witte I QEC 2014 Supplier Day I April 8, 2014 Mercedes-Benz

# The QECs collaborate with all departments involved in the launch throughout the complete process

**Launch 205 - General Concept**



Case 1:15-md-02599-FAM Document 4830-22 Entered on FLSD Docket 08/12/2024 Page 5 of 7

# QEC prepares Suppliers for 205 Launch and sets up regular Meetings with Tuscaloosa and Sindelfingen to ensure the best prerequisites for the launch

**Pre-Launch Phase – Setting the Stage**

US Market Launch 9/2014

MBUSI | Q | GSP | RD | MP | EMO | MBUSA

- Establish contacts with QEC for launch phase
- Share experiences from development and PT phase (part maturity level)
- Share experiences from European Launch (current)
- Identify issues that could become a field problem

*INFORMATION !*

Inform all involved parties about launch responsibility, planned activities, given possibilities and contact persons at QEC Jax

QUALITY ENGINEERING CENTER

Launch preparation for QEC with technical staff training and tools / systems ready (SRS + QEC Tool updated)

Tracking list for potential field issues

*PREPARATION !*

Supplier

- Establish contact between QEC and supplier, focus on new suppliers
- Inform about launch specific corrective action process
- Supplier Day to familiarize new suppliers with QEC specific systems and tools
- Ensure availability of knowledge and proper test equipment at the supplier

June 2014
Request for Supplier Self-Info
*(Warranty Location, Team, Analysis Process...)*

# Launch focus is on the corrective action process with the supplier and communication of results to all involved departments





# Thank you for your Attention!

## QEC 2014 Supplier Day

Hannes Witte, Launch Coordinator
Q/EC | April 8, 2014

