# EXHIBIT NO. 121

Case 1:15-md-02599-FAM Document 4369-23 Entered on FLSD Docket 12/20/20 Page 2 of 5
CONFIDENTIAL - BUSINESS DATA - ATTORNEYS' EYES ONLY - SOW-TKPC001001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)





# QEC Tool Training

## QEC 2014 Supplier Day

Heiko Saupe, QEC Tool Administrator
Q/EC | April 8, 2014

Mercedes-Benz

# Processing field returned parts within the QEC Tool

- Logon to Covisint and access the QEC Tool

Case 1:15-md-02599-FAM Document 4889-23 Entered on FLSD Docket 12/20/2023 Page 3 of 001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)
CONFIDENTIAL BUSINESS DATA - ATTORNEYS' EYES ONLY

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool



Select „QEC-Tool"

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4399-23 Entered on FLSD Docket 12/23/2024 Page 6 of 56
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - PRODUCED AS ATTORNEYS' EYES ONLY 2014 SuppDay_00001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

| Summary | History | Attachments |
| --- | --- | --- |

## Inspection report summary

### Selection of inspection reports

| Inspection report number | | | Open |
| Reclaimed part reference number | | | Open |

### Undone inspection reports

| Export | Select all | Select none | Import |

| | Inspection report number | Amount of reclaimed parts | Due date |
| --- | --- | --- | --- |
| ☐ | 389255 | 3 | 10/11/2013 |

[?]

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

- Select the appropriate Inspection Report

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

| Summary | History | Attachments |

**Inspection report summary**

Selection of inspection reports

| Inspection report number | | |
| Reclaimed part reference number | | Open |
| | | Open |

Undone inspection reports

| Export | Select all | Select none | Import |

| | Inspection report number | Amount of reclaimed parts | Due date |
|---|---|---|---|
| ☐ | 389255 | 3 | 10/11/2013 |

Mercedes-Benz

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

- <u>Confirm receipt of the parts</u>

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4389-23 Entered on FLSD Docket 12/20/24 Page 9 of 10

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



**Attention:**

After confirming the receipt of the parts there are 28 days for investigation

QEC Tool Training

# Processing field returned parts within the QEC Tool



• Date of receipt saved successfully.

**Edit** / Files

Home | Complete | Export | Import

**Edit inspection report - header**

| | |
|---|---|
| Inspection report number | 389255 |
| Contact person | Andy Newborn<br>Phone +1 904 8282721<br>foo.bar@daimler.com |
| Text | For tracing go to http://www.fedex.com/us/national/main/ |
| Date of receipt | 9/10/2013 |
| Search reference number | |
| Inspection report version | 1 |
| Completed on | |
| Due date for report | 10/8/2013 |

Open

**Shipping information**

Date of shipment 9/10/2013

Save | Select all | Select none

Tracking# | Apply

**Reclaimed parts**

| Processed | Ref. no. | Part number | Denotation | Accepted | nfl | Cust.a.fault | Consent | Delayed | Log delayed | Root cause required | Vendor return shipment | Date of shipment | Shipping company | Tracking# | Apply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✕ | 211300481 | A164320273 | SHOCK ABSORBER ADS | ✓ | | ✓ | | | | ☐ | | | | | |
| ✕ | 211300483 | A164320273 | SHOCK ABSORBER ADS | ✓ | | ✓ | | | | ☐ | | | | | |
| ✕ | 211300600 | A164320163 | SHOCK ABSORBER REAR | ✓ | | ✓ | | | | ☐ | | | | | |

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4388-33 Entered on FLSD Docket 03/12/2024 Page 11 of 55
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER FOR USE IN MDL EYES ONLY MDL-PROD-0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

- Select a certain part in the inspection report

QEC Tool Training

# Processing field returned parts within the QEC Tool

- Date of receipt saved successfully.



11 QEC Tool Training | Heiko Saupe | QEC 2014 Supplier Day | April 8, 2014

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4... Entered on FLSD Docket 01/12/2024 Page ... PROD0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Processing field returned parts within the QEC Tool

- Enter the master data of the returned part

Case 1:15-md-02599-FAM CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER ATTORNEYS' EYES ONLY 2524 KROD0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

13 of 55

QEC Tool Training

# Processing field returned parts within the QEC Tool

Compare the part number shown in the tool with the one on the part and correct if necessary.



QEC Tool Training | Heiko Saupe | QEC 2014 Supplier Day | April 8, 2014

Mercedes-Benz

Case 1:15-md-02599-FAM   Document 4388-23   Entered on FLSD Docket 01/17/2024   Page 15 of PROD0001
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - FOR FINAL SETTLEMENT USE ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

- <u>Processing the analysis and data entry</u>

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



Different steps of analysis

Identified root causes

Corrective action with implementation date

Mercedes-Benz

Case 1:15-md-02599-FAM CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER Document FILED UNDER SEAL ONLY Filed 06/12/2024 Page MBUSA-PROD-0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

| | | Home | Inspection report | Save | Complete | Cancel |

< 1/3 >

**Reclaimed part**

| | | | | |
|---|---|---|---|---|
| Inspection report | 388255 | Ref. no. | 211300481 | QUIS part number: A-1643202731 |
| Complaint | Pattern | | | |

**Response from Daimler**

| | | | |
|---|---|---|---|
| FIN (Branch) | 1648231A771171 (MBC) | VIN | Country code: Germany |
| Date of registration | 12/19/2011 | Date of repair: 4/29/2013 | Date of production: 10/12/2011 — Engine S.No.: 64282241197517 |
| Q-level | 4 | Serial number: xxx | Mileage [km]: 43701 — Software version: 3 |
| Date of manufacture | 01/18/2012 | Supplier part number: xxx | Hardware version: 1 |

**Analysis** — Analysis steps processed

**Root cause** — Root cause

**Immediate measures** — Corrective action

**Replacement part** — A164320303031

**Statement of Daimler AG:** ⦿ Accepted ○ no trouble found ○ Customer at fault — File name 8D

**Supplier's statement:** ⦿ Accepted ○ no trouble found ○ Customer at fault — Part relevant for acceptance rate: ⦿ Yes ○ No — ☐ Delayed ☐ Log Delayed

**Vendor return required:** ○ Yes ○ No

| Field 1 | Field 2 |
| Field 3 | Field 4 |
| Field 5 | |

< > < > < >

QEC Tool Training

# Processing field returned parts within the QEC Tool

- Create a VDA 8D, upload and update

Mercedes-Benz

Case 1:15-md-02599-FAM CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER Document 4548-3 Entered on FLSD Docket 03/17/2024 Page 19 of 55

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

Upload 8D Report

Known issue?

Link with existing 8D, 1 : n

- one 8D report per issue
- known issue ≠ new 8D – link with an existing 8D

New issue

Create and upload new 8D

!!! Important !!!

Do not create a new 8D for every part

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool



On inspection report level there are the 8D reports (attachments) under „Files"

Mercedes-Benz

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY - MBUSA-TK4-PROD0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



Edit

Files

Upload | Assign

File number | Current version | Original version | File name

20 QEC Tool Training I Heiko Saupe I QEC 2014 Supplier Day I April 8, 2014

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4303-3 Entered on FLSD Docket 03/17/2024 Page 22 of 55
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY MBUSA-TK4WF-PROD0001...
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

Please notice that only files with a maximum size of 4000 KB will be accepted.

Path

Browse...

Upload   Cancel

Mercedes-Benz

CONFIDENTIAL DATA PRODUCED PURSUANT TO COURT ORDER

QEC Tool Training

# Processing field returned parts within the QEC Tool

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reclaimed part | | | | | ^ | 1/3 | v | Home | Inspection report | Save | Complete | Cancel |
| Inspection report | 388255 | | Ref. no. | 21130048|1 | QMIS part number | A1643202731 |
| Complaint | Potern. | | | | Country code | Germany |
| Response from Daimler | | | | | Date of production | 10/12/2011 |
| FIN (Branch) | 1648231A717771 (MBC) | VIN | | | Engine S.No. | 6428241197517 |
| Date of registration | 12/19/2011 | Date of repair | 4/29/2013 | | Mileage [km] | 43701 |
| Q-level | 4 | Serial number | xxx | | Software version | 3 |
| Date of manufacture | 1/18/2012 | Supplier part number | xxx | | Hardware version | 1 |

| | |
|---|---|
| Analysis | Analysis steps processed |
| Root cause | Root cause | Corrective action |
| Immediate measures | |
| Replacement part | A1643203031 | File name 8D | FILENAME OF 8D REPORT |
| Supplier's statement | ( ) Accepted  ( ) no trouble found  ( ) Customer at fault | |
| Statement of Daimler AG | ( ) Accepted  ( ) no trouble found  ( ) Customer at fault | |
| Vendor return required | ( ) Yes  ( ) No | Part relevant for acceptance rate  [ ] Delayed  [ ] Log. Delayed  ( ) Yes  ( ) No |
| Field 1 | | Field 2 | |
| Field 3 | | Field 4 | |
| Field 5 | | | |

Enter name of 8D report – 8D reports are attached on inspection report level

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4483-3 Entered on FLSD Docket 01/22/2024 Page 24 of 55
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY - MB_SATAKA_PROD_0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

## Upload 8D Report

Known issue?

Link with existing 8D, 1 : n

- one 8D report per issue
- known issue ≠ new 8D – link with an existing 8D

New issue

Create and upload new 8D

### !!! Important !!!

### Do not create a new 8D for every part

Mercedes-Benz

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

On inspection report level select „Files"

| Edit | | Home | Complete | Export | Import |

Edit inspection report : header

**Inspection report number** 339255

**Contact person** Andy Newbern
Phone: +1 904 8282721
foo.bar@daimler.com

**Text**

**Date of receipt** 9/10/2013

**Search reference number**

Shipping
company

**Date of shipment** 9/10/2013

Shipping information

Reclaimed parts

**Inspection report version** 1

X Completed on

**Due date for report** 10/8/2013

Tracking#

For tasking go to: http://www.fedex.com/us/national/main/

| Save | Select all | Select none | | Apply |

| Open |

| Processed | Ref. no. | Part number | Denotation | Accepted | ntf | Cust.a.fault | Consent | Delayed | Log delayed | Root cause | Root cause required | Vendor return required | Date of shipment | Shipping company | Tracking# | Apply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 2113004811 | A164320731 | SHOCK ABSORBER ADS | ✓ | | | | | | Root cause | | | | | | |
| X | 2113004813 | A164320731 | SHOCK ABSORBER ADS | ✓ | | | | | | | | | | | | ☐ |
| X | 2113006000 | A164320163 | SHOCK ABSORBER REAR | ✓ | | ✓ | | | | | ☐ | | | | | |

Mercedes-Benz

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER — ATTORNEYS' EYES ONLY

MBUSA-TK4WP-000001

QEC Tool Training

# Processing field returned parts within the QEC Tool



Mercedes-Benz

Case 1:15-md-02599-FAM Document 4835-23 Entered on FLSD Docket 03/12/2024 Page 27 of 55
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER – FOR USE IN THESE CASES ONLY MBUSA-TK4WF-PROD0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

Link the existing 8D to the inspection report

* 250 results

| Show all hits | Filter | Reset filter | Back |
| --- | --- | --- | --- |

| File number | File name | |
| --- | --- | --- |
| | 8D | |
| 201019 | 8D-Warranty 2541 A164 320 1331.doc | Assign |
| 213044 | 8D-Warranty 2757 210801545 080715.doc | Assign |
| 213045 | 8D-Warranty 2758 210801595 080715.doc | Assign |
| 213046 | 8D-Warranty 2746 210802446 080715.doc | Assign |
| 213047 | 8D-Warranty 2761 220802112 080715.doc | Assign |
| 213048 | 8D-Warranty 2751 230802725 080715.doc | Assign |
| 213049 | 8D-Warranty 2752 230802726 080715.doc | Assign |
| 213050 | 8D-Warranty 2750 230803456 080715.doc | Assign |
| 213051 | 8D-Warranty 2752 230802726 080715.doc | Assign |
| 213052 | 8D-Warranty 2748 210801375 080715.doc | Assign |

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4583-23 Entered on FLSD Docket 03/12/2024 Page 28 of 55

CONFIDENTIAL - SAN DATA - ATTORNEYS' EYES ONLY - 2024WP-KR002-00001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



Linked 8Ds with the current inspection report

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

... inspection report level ...

**Edit inspection report - header**

| Home | Complete | Export | Import |

| Inspection report number | 389255 | | Inspection report version | 1 |

| Contact person | Andy Newborn Phone: +1 904 8282721 foo.bar@daimler.com | ✗ Completed on | |

| Text | For tracing go to http://www.fedex.com/us/national/main/ | | |

| Date of receipt | 9/10/2013 | Due date for report | 10/8/2013 |

| Search reference number | | | Open |

**Shipping Information**

| Date of shipment | 9/10/2013 | Shipping company | | Tracking# | | Apply |

Save | Select all | Select none

**Reclaimed parts**

| | Part number | Denotation | Accepted | ntf | Custa.fault | Consent | Delayed | Log. delayed | Root cause delayed | Root cause required | Vendor return required | Date of shipment | Shipping company | Tracking# | Apply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✗ | 211300481 A164320273/1 | SHOCK ABSORBER ADS | ✓ | | ✓ | ✓ | | | | ☐ | | | | | |
| ✗ | 211300483 A164320273/1 | SHOCK ABSORBER ADS | ✓ | | ✓ | ✓ | | | | ☐ | | | | | |
| ✗ | 211300600 A164320163/1 | SHOCK ABSORBER REAR | ✓ | | ✓ | ✓ | | | | ☐ | | | | | |

QEC Tool Training

# Processing field returned parts within the QEC Tool

## Update of existing 8D reports

### Inspection report summary

Selection of inspection reports

| Inspection report number | | Open |
|---|---|---|
| Reclaimed part reference number | | Open |

Undone inspection reports

Export | Select all | Select none | Import

| Inspection report number | Amount of reclaimed parts | Due date |
|---|---|---|
| ☐ 389255 | 3 | 10/8/2013 |

Summary | History | Attachments

QEC Tool Training

# Processing field returned parts within the QEC Tool

Summary | History | Attachments

**File number**

553044

**File name**

Formular

8D-Report_FORMULAR_with_guiding_Out...

Update

Show all hits | Filter | Reset filter

Mercedes-Benz

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY

# Processing field returned parts within the QEC Tool



**Update attachment**

Please notice that only files with a maximume size of 4000 KB will be accepted.

| **File number** | 553044 |
| **File name** | 8D-Report_FORMULAR_with_guiding_Questions.pdf |

Please select the new version of the attachment, you want to upload.

**Path to file** [ ] Browse...

[ Update ] [ Cancel ]

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4853 Entered on FLSD Docket 03/12/2024 Page 10001

CONFIDENTIAL - SANDATA - ACTIONS EYES ONLY - JSON-WFK-PROD

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool



Case 1:15-md-02599-FAM Document 4851-23 Entered on FLSD Docket 03/12/2024 Page 34 of 55

MBUSA-TK-SRPTMDL-000001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

**Update attachment**

Please notice that only files with a maximume size of 4000 KB will be accepted.

| File number | 553044 |
|---|---|
| File name | 8D-Report_FORMULAR_with_guiding_Questions.pdf |

Please select the new version of the attachment, you want to upload.

**Path to file**

C:\8_Teams\Team_Jens\4_Staff files\  Browse...

[ Update ]   [ Cancel ]

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4385-23 Entered on FLSD Docket 03/12/2024 Page 35 of 55

CONFIDENTIAL – SANDIA HERZOG DUSTMANN DEFENDANTS ONLY MBUSA0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

Case 1:15-md-02599-FAM CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER Document 4362-3 Entered on FLSD Docket 09/12/2023 Page 36 of 001

QEC Tool Training

# Processing field returned parts within the QEC Tool

- <u>Vendor recovery relation</u>

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4318-23 Entered on FLSD Docket 01/17/2024 Page 37 of 55
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY - SC4WP-PROD0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4879-33 Entered on FLSD Docket 01/12/2024 Page 38 of 55
CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER — ATTORNEYS' EYES ONLY MBUSA-TK4P-00001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

## Vendor recovery relation

**Supplier's statement**

( • ) Accepted    ( ○ ) no trouble found    ( ○ ) Customer at fault

All parts which show issues caused by the supplier and do not meet the specification by Daimler.

Mercedes-Benz

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - PRODUCED IN NATIVE - DESIGNATED OUTSIDE ATTORNEYS' EYES ONLY

QEC Tool Training

# Processing field returned parts within the QEC Tool

## Vendor recovery relation



Parts which passed the tests according to the specification and the reason for the parts replacement is unknown.



Mercedes-Benz

Case 1:15-md-02599-FAM Document 4283-23 Entered on FLSD Docket 03/12/2024 Page 40 of 55

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER-ATTORNEYS' EYES ONLY TK4POD0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

## Vendor recovery relation



Parts which show defects caused by Daimler AG, dealership or the final customer. Those also include force damages. Consider: even parts with visible damage have to be processed with in the whole standard testing to make sure the functionality is given. A part can only be declared as „forced damage" if we make sure that external impact is the root cause for the complaint.

**n.t.f. = part can be installed back in the car and used without any changes to the part**



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER-ATTORNEYS' EYES ONLY MBUSA-TAK-PROD0001

QEC Tool Training

# Processing field returned parts within the QEC Tool
## Vendor recovery relation



Mercedes-Benz

Case 1:15-md-02599-FAM Document 4385-23 Entered on FLSD Docket 03/12/2024 Page 42 of 55

CONFIDENTIAL BUSINESS DATA – ATTORNEYS' EYES ONLY 2024WP-PROD 0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

## Vendor recovery relation



Field returned parts with the analysis result „not trouble found" or „customer at fault" have to be sent back to Daimler AG for further investigation and warranty controlling.

Case 1:15-md-02599-FAM Document 4385-23 Entered on FLSD Docket 03/12/2024 Page 43 of 55

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY MBUSA-TK-PROD0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

## Vendor recovery relation

Supplier's statement

◉ Accepted    ○ no trouble found    ○ Customer at fault

Parts accepted by the supplier stay with the supplier and can be used for further internal investigation.

**Vendor return required**

○ Yes    ◉ No

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - ATTORNEYS' EYES ONLY

QEC Tool Training

# Processing field returned parts within the QEC Tool
# Vendor recovery relation

Part is under warranty

…

This box is usually marked – can be unmarked if part is from other markets than the US or is out of warranty

| Reclaimed part | | | | |
|---|---|---|---|---|
| Inspection report | 388255 | Ref. no. | 211300481 | |
| | | | ▲ ▼ 1/3 ◄ ► Home | Inspection report  Save  Complete  Cancel |
| Complaint | Poltem. | | | |
| Response from Daimler | | | Country code | Germany |
| FIN (branch) | 6482231A771771 (MBC) | VIN | QUIS part number | A164320273 |
| Date of registration | 12/19/2011 | Date of repair | 4/29/2013 | Date of production | 10/12/2011 |
| Q-level | 4 | Serial number | xxx | Engine S.No. | 648282419751 |
| Date of manufacture | 1/18/2012 🔘 | Supplier part number | xxx | Mileage [km] | 43701 |
| | | | | Software version | 3 |
| Analysis | Analysis steps processed | | | Hardware version | 1 |
| Root cause | Root cause | | ◄ ► | ◄ ► |
| | Corrective action | | File name 8D | |
| Replacement part | A164320031 | | | |
| Supplier's statement | ○ Accepted  ● no trouble found  ○ Customer at fault | Part relevant for acceptance rate | ● Yes  ○ No | |
| Statement of Daimler AG | ● Accepted  ○ no trouble found  ○ Customer at fault  ○ Delayed  ○ Log. Delayed | | | |
| Vendor return required | ○ Yes  ● No | | | |
| Field 1 | | Field 2 | | |
| Field 3 | | Field 4 | | |
| Field 5 | | | | |

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4668-3 Entered on FLSD Docket 03/12/2024 Page 1 of 001
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER-ATTORNEYS' EYES ONLY - SSZ-WP - PROD
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Processing field returned parts within the QEC Tool

## Vendor recovery relation

Parts is under warranty when:



- Period from registration to repair date is between 0 and 48 months
- Period from production of the part to repair date is between 0 and 54 months

Part is not under warranty when:

- Period from registration to repair date is ≥ 48 months or
- Period from production of the part to repair date is ≥ 54 months
- Parts declared as additional test parts due to extension of the reference market

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool



Position 1 is completed and can be closed

After can be continued with the next positions in the inspection report.

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

Position 2 ...

QEC Tool Training

# Processing field returned parts within the QEC Tool

... Position 3

After completing analysis of all the parts you go back to „inspection report" so there is a complete summary of the inspection report

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

| File number | Current version | Original version | File name | |
|---|---|---|---|---|
| | | | | Edit |
| | | | Files | |
| | Upload | Assign | | |
| 553044 | 9/10/2013 | 9/10/2013 | NEW_8D-Report_FORMULAR_with_guiding_Questions - Copy.pdf | Delete |
| 201019 | 5/20/2008 | 5/20/2008 | 8D-Warranty 2541 A164 320 1331.doc | Delete |

Under „Files"
there is an
overview about
the attached
files (8Ds)

Mercedes-Benz

Processing field returned parts within the QEC Tool

QEC Tool Training

Mercedes-Benz

# Processing field returned parts within the QEC Tool

QEC Tool Training

NTF and Customer at Fault parts need to be returned and shipping information provided

**Edit** | **Files** | Home | Complete | Export | Import

Edit inspection report - header

Inspection report number  398255  |  Inspection report version  1

Contact person  Andy Newborn  Phone +1 904 2282721. foolbar@dannier.com  |  ✗ Completed on

Text  For tracking go to http://www.fedex.com/us/national/main/

Date of receipt  9/10/2013  |  Due date for report  10/8/2013

Search reference number

**Shipping information**

Date of shipment  9/10/2013  Shipping company  FEDEX  Tracking#  999999999

Save  |  Select all  |  Select none  |  Open  |  Apply

**Reclaimed parts**

| Processed | Ref. no. | Part number | Denotation | Accepted | ntf | Custa.fault | Consent | Delayed | Log. delayed | Root delayed cause | Root cause | Vendor return required | Date of shipment | Shipping company | Tracking# | Apply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✗ | 211300481 | A164202731 | SHOCK ABSORBER ADS | ✓ | | ✓ | ✓ | | | | Root cause | ☐ | | | | |
| ✗ | 211300483 | A164202731 | SHOCK ABSORBER ADS | ✓ | | ✓ | ✓ | | | | Identified Root Cause | ☑ | | | | ↵ |
| ✗ | 211300600 | A164201631 | SHOCK ABSORBER REAR | ✓ | | ✓ | ✓ | | | | Identified Root Cause | ☑ | | | | ↵ |

Mercedes-Benz

# Processing field returned parts within the QEC Tool



SAFE

Mercedes-Benz

QEC Tool Training

# Processing field returned parts within the QEC Tool

Once all the analyzed parts are processed the inspection report can be closed (investigation period is 28 days from receiving of the parts).

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4893-23 Entered on FLSD Docket 03/12/2024 Page 54 of 55
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER – ATTORNEYS EYES ONLY SC-WR-PROD0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

QEC Tool Training

# Processing field returned parts within the QEC Tool

Relevant field returned parts (as „NTF and „customer at fault") have to be sent back to the QEC within 14 days after closing the inspection report.

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4258-3 Entered on FLSD Docket 01/12/2024 Page 56 of 56

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER – ATTORNEYS' EYES ONLY – MBUSA-TK-PROD0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)



Thank you for your Attention!

QEC 2014 Supplier Day

Heiko Saupe, QEC Tool Administrator
Q/EC | April 8, 2014

Mercedes-Benz