# EXHIBIT NO. 122



# Introduction of VDA-Standards

## QEC 2014 Supplier Day

Mairym Samra, VDA Certified Lead Auditor
Q/EC | April 8, 2014

# Content

- Introduction
- VDA 6.3 Audit process and information flow
- VDA 6.3 Allocation of process elements to the product life cycle
- VDA 6.3 Module 7 ( 7.5 Field Failure Analysis )
- Field Failure Analysis Standard
  - Concept
  - Test strategy
  - Part analysis
  - NTF
- Audit scope, result sheet (supplier classification) and action plan
- Warranty process targets & challenges
- Questions

Mercedes-Benz

# Introduction

- Quality Management in the Automobile Industry  Vol 6

  - Process Audit  -  Part 3



Mercedes-Benz

# Audit process and information flow



## 4    The audit process

This section describes the procedure for carrying out internal and external audits, as well as the analysis of potential suppliers.



Fig. 4:    Audit process

# Allocation of process elements to the product life cycle



Fig. 2 shows how individual questions regarding process elements can be aligned with the product life cycle, independent of the position within the supply chain. This illustration may vary, depending on the specific organisation.



P1: Potential analysis (new)
P2: Project management (new)
P3: Planning the product & process development
P4: Carrying out product & process development

P5: Supplier management
P6: Process analysis / production
P7: Customer support, customer satisfaction, service

# New VDA 6.3 : Essential Part for Warranty and Field Analysis



| Minimum requirements / assessment-relevant: | Possible examples of requirements and evidence, depending on product risk | Notes (input-output) and references |
|---|---|---|
| **P7.5 Is there a process which ensures that analysis of defective parts is carried out ?** | | |
| The process for analysing defective parts from the field is implemented and described throughout the organisation. Customer-specific requirements are agreed. Test/inspection planning must be carried out for standard checking and checks involving debit charges. Initiation criteria must be agreed with the customer for the "NTF" (no trouble found) process. The characteristics to be checked and the specification for the checks must be documented and agreed with the customer. Capable checking equipment and the associated resources must be planned. Communication must be maintained with the contact personnel involved in analysing field failure returns. Personnel responsible for the findings, the NTF process, the reporting system and for controlling the failure elimination process must be clearly defined. Metrics for the field failures analysis process must be tracked in order to measure effectiveness. The standard reporting system for reporting on analyses (8D) and quality reports must be agreed with the customer. The effectiveness of the failed parts analysis is ensured by a continuous improvement process. | - Checking specification for analysing field failures, with classifications based on standard checks and checks involving debit charges<br>- NTF guidelines<br>- Test/checking equipment and specialist personnel for analysing failures in defective parts<br>- Metrics for analysing defective parts (e.g., by average detection time)<br>- 8D reports<br>- Quality reports (including Pareto diagrams, Paynter charts) | - VDA vol. "Field failures analysis" |

# VDA vol. Field Failure Analysis Standard

Participants of standard definition



# Field Failure Analysis Standard  & Audit Standard



Mercedes-Benz

# New VDA 6.3 : Essential Part for Warranty and Field Analysis



| Minimum requirements / assessment-relevant: | Possible examples of requirements and evidence, depending on product risk | Notes (input-output) and references |
|---|---|---|
| **P7.5   Is there a process which ensures that analysis of defective parts is carried out ?** | | |
| The process for analysing defective parts from the field is implemented and described throughout the organisation. Customer-specific requirements are agreed. Test/inspection planning must be carried out for standard checking and checks involving debit charges. Initiation criteria must be agreed with the customer for the "NTF" (no trouble found) process. The characteristics to be checked and the specification for the checks must be documented and agreed with the customer. Capable checking equipment and the associated resources must be planned. Communication must be maintained with the contact personnel involved in analysing field failure returns. Personnel responsible for the findings, the NTF process, the reporting system and for controlling the failure elimination process must be clearly defined. Metrics for the field failures analysis process must be tracked in order to measure effectiveness. The standard reporting system for reporting on analyses (8D) and quality reports must be agreed with the customer. The effectiveness of the failed parts analysis is ensured by a continuous improvement process. | - Checking specification for analysing field failures, with classifications based on standard checks and checks involving debit charges<br>- NTF guidelines<br>- Test/checking equipment and specialist personnel for analysing failures in defective parts<br>- Metrics for analysing defective parts (e.g., by average detection time)<br>- 8D reports<br>- Quality reports (including Pareto diagrams, Paynter charts) | - VDA vol. "Field failures analysis" |

Mercedes-Benz

# Field Failure Analysis Standard
## CONCEPT





Field Failure Analysis Process

© VDA-QMC Alle Rechte vorbehalten
Ver. 04 english

13

# Concept of Field Failure Analysis Standard
## TEST STRATEGY





Mercedes-Benz

# Concept of Field Failure Analysis Standard
## PART ANALYSIS – Basic elements







The basic elements of part analysis

The analysis tests the relevant functions in two steps:

- **Standard tests**
- **Tests under load**

© VDA-QMC Alle Rechte vorbehalten Ver. 04 english

**Field Failure Analysis Process**

17

Mercedes-Benz

# Failure identification and variable effort





Mercedes-Benz

# NTF - Process



 **VDA QMC**
Qualitäts Management Center im Verband der Automobilindustrie

## The NTF-Process





**Vision/Motivation**

In the NTF process, system and process short comings which are not visible within the part analysis will be detected.

The detection of these shortcomings means that returned parts can be assigned to a particular failure field in order to remedy the problem.

**Key message**

In the NTF process general system und process failures shall be identified.

**Benefit**

→ Fewer incorrect component exchanges
→ Less analysis effort
→ Increased failure finding
→ Reduced warranty expenditure

Mercedes-Benz

# Reasons for NTF



Mercedes-Benz

# NTF as a Process







## The NTF process as a project

- The NTF process is mostly shaped very individually.

- The execution brings forth new knowledge, which necessitates different reactions. Therefore, the NTF process has the nature of a project.

- Appropriate project management functions shall be used to assist traceability, communication and documentation of the NTF process.

- The relevant process stages are to be presented in regular management bulletins.

- Accordingly to the final outcome the NTF process, a problem solution process will be started or the project is concluded with a closing report.

Mercedes-Benz

# NTF process driven by OEM and Supplier







## Responsibilities in the NTF process

- **Execution by the supplier on his own responsibility**

- **Execution by the OEM on his own responsibility**

- **Joint execution with an agreed division of responsibilities**



If an NTF process is initiated, so has it to be in the first step taken on one's own responsibility ⟶ In further developments this can lead to a joint NTF Process with an agreed division of responsibilities

© VDA-QMC Alle Rechte vorbehalten
Ver. 04 english

**Field Failure Analysis Process**

43

# Audit scope

**General process description for defective parts**

Process flow incl. flowchart
Gauge capability
Measurement standard (reference part, adjustment part) to ensure gauge
Comprehensive failure database
Test plan / work- and test instructions
Documentation of the analysis results
Component specific tolerance limits for analysis results
Inspection status
NTF-Process

**Process description for standard test**

Component specific, quality relevant features
Scope of standard test
Visual test
Completion of the tests
Exclusion of complaint related analysis
Testing of the HW-/SW-levels for compatibility
Handling failures without test instruction

**Process description for failure reproduction**

Test to reproduce complaint related failure
Use of additional information

**Process description for environmental test**

General environmental test

**Process description for vehicle simulation test**

General vehicle simulation test
In car testing of defective part

**Process description for longterm test**

General longterm test
Long term vehicle simulation testing with environmental influences

**Process description for root cause analysis**

Failure analysis
Methodic approach to the root cause analysis

---

**Procedure for Quality Analysis general**

Work instruction for faulty part analysis
Gauge capability
Measurement standard (reference piece, single piece ) to ensure gauge

Documentation of individual tests and results

NTF-Process

**Procedure for standard test**

Component specific, quality relevant features
Scope of standard test
Visual test
Completion of the tests
Exclusion of complaint related analysis
Testing of the HW-/SW-levels for compatibility
Handling failures without test instruction

**Procedure of reproducibility**

Test to reproduce complaint related failure
Use of additional information

**Procedure for the envirnmental test**

General evironmental test

**Procedure for vehicle simulation test**

General vehicle simulation test

**Procedure for longterm test**

General longterm test
Long term vehicle simulation testing with environmental influences

**Procedure for root cause analysis**

Failure analysis
Methodic approach to the root cause analysis

**Verification of the faulty part analysis with selected parts**

Verification of the faulty part analysis with selected parts

---

**Personnel**

Qualification profile for every work and/or test station
Qualification criteria
Definition of personnel capacities
Definition of responsibilities and back-up plans

**Technical equipment**

Measuring area, - equipment and - fixtures
Analysis tools
Personnel capacities
Possibility of automated testing
Use of monitored and approved (calibrated) test equipment

**Logistics (description and procedure)**

Process description
Processing instructions for faulty part treatment
Forwarding of faulty parts with test work order to department/analyst
Return of faulty parts (NTF or damaged parts) to the QEC

**Corrective Action Process**

Process description
Process instructions
Series countermeasures
Standard guidelines for analysis reports and 8D-Reports
Proof of the effectiveness of the counter measure
Closed control loop (Lessons learned)
Risk analysis
Procedure with faults of sub-suppliers

**Controlling and documentation**

Adherence of deadlines and timelines for open analysis results
Documentation and archiving
Fault and countermeasure tracking via Paynter charts
Pareto evaluations according to damage codes and root causes
Key Performance Indicator (KPI) for field analysis

Mercedes-Benz

# Audit Result Sheet



Mercedes-Benz

# Audit Result Sheet  (Supplier classification)



Mercedes-Benz

# Audit Action Plan

Prozessaudit

## Action plan

Supplier: Company
Location: 0

Order-no.: ***
Date: DD.MM.JJJJ

| | | to be completed by the auditor | | | to be completed by the auditee | | | |
|---|---|---|---|---|---|---|---|---|
| Pos. | Questi on no. | Weaknesses / recommended actions, observation | | Points | root cause analysis | Actions | Date | Responsibility |
| | **P1** | **Planning** | | | | | | |
| | 1.1 | not assessed | | n.a. | | | | |
| | 1.2 | not assessed | | n.a. | | | | |
| | **P2** | **Part analysis** | | | | | | |
| | 2.1 | not assessed | | n.a. | | | | |
| | 2.2 | not assessed | | n.a. | | | | |
| | 2.3 | not assessed | | n.a. | | | | |
| | 2.4 | not assessed | | n.a. | | | | |
| | 2.5 | not assessed | | n.a. | | | | |
| | 2.6 | not assessed | | n.a. | | | | |
| | 2.7 | not assessed | | n.a. | | | | |
| | **P3** | **NTF-process** | | | | | | |
| | 3.1 | not assessed | | n.a. | | | | |
| | 3.2 | not assessed | | n.a. | | | | |
| | 3.3 | not assessed | | n.a. | | | | |
| | 3.4 | not assessed | | n.a. | | | | |
| | 3.5 | not assessed | | n.a. | | | | |
| | **P4** | **Problem analysis** | | | | | | |
| | 4.1 | not assessed | | n.a. | | | | |
| | 4.2 | not assessed | | n.a. | | | | |
| | 4.3 | not assessed | | n.a. | | | | |

| Score | Assessment of the fulfillment of individual requirements |
|---|---|
| 10 | Requirements fully met |
| 8 | Requirements mainly met*; slight deviations |
| 6 | Requirements partly met; larger deviations |
| 4 | Requirements insufficiently met, serious deviations |
| 0 | Requirements not met |

Mercedes-Benz

# Warranty Process Targets



Targets set for Warranty Process

- Robust the warranty system
- Reduce of failure cost / Higher efficiency
- Create mutual trust between customer and supplier
- VDA standard use for a joint targeted usage of know-how
- Promote continuous improvement

Mercedes-Benz

# Warranty Process Challenges



Mercedes-Benz



# Thank you for your Attention!

## QEC 2014 Supplier Day

Mairym Samra, VDA Certified Lead Auditor
Q/EC | April 8, 2014

