# EXHIBIT NO. 123

Case 1:15-md-02599-FAM Document 4836-25 Entered on FLSD Docket 08/12/2024 Page 2 of 11
CONFIDENTIAL - SUBJECT TO ATTORNEYS' EYES ONLY - SOWMBUSA0001001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)



# Vendor Recovery Overview
## QEC 2014 Supplier Day

Andy Lewandowski, Deputy Department Manager
Q/EC | April 8, 2014

Mercedes-Benz

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

## Vendor Recovery

# Jacksonville's vendor recovery is based on NAFTA produced field parts returned from the US market.



NAFTA sourced field parts

… returned from the US Market

QEC Jacksonville focuses on NAFTA suppliers and the parts they produce independent for the carline the parts are used for.

Case 1:15-md-02599-FAM Document 4836-25 Entered on FLSD Docket 08/12/2020 Page 4 of 11
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)
CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Vendor Recovery

# "Vendor Recovery" is the recovery of warranty costs due to a supplier failure.



## Vendor Recovery

# The warranty terms and conditions applies to all NAFTA suppliers.

**Canadian and US market: 4 years/50,000 miles**

**Emission Warranty: 8 years/80,000 miles (U.S. + Canada)**

**Rest of World (RoW) market: 2 years/unlimited kilometers/miles**

**Service Parts warranty: 2 Years/unlimited kilometers/miles**

It is important to note that the purchasing agreement will take precedence over the supplier warranty process. In cases where the Purchasing Agreement does not address a topic addressed by the warranty process, the warranty process will apply.

# The MBUSI warranty claim consists of five (5) basic cost elements described in the MTDP

Vendor Recovery



- Indirect (mobi)
- Labor
- Parts (retail)
- Dealer Handling (% of retail)
- Sublet

# Warranty parts testing is the process of understanding the failure and responsibilities

Vendor Recovery

### Parts Return
- Random Sampling from U.S. market*

### Analysis
- Supplier analyzes parts

### Analysis Review
- QEC analysis

### Part Families
- Similar parts grouped together
- 50 samples parts per part family

### Acceptance Rates
- Determined by analysis in QEC tool

\* Possible to obtain parts from other markets at supplier expense

Vendor Recovery

# How is an acceptance rate determined?



- AR is calculated from the number of defects accepted by the supplier in relation to the number of defects contained in the random sample.
- Based on an inspection of the damaged parts contained in the random sample.
- All AR's are related to a specific part family and production range and apply to all worldwide claims.
- Parts not analyzed in the given time period or rejected parts not returned to the QEC on time are regarded as accepted for the determination of the acceptance rate.

AR= (defects accepted) + (claims not analyzed in time) + (rejected claims not returned in time) / Damage claims contained in the random sample

Case 1:15-md-02599-FAM Document 4836-25 Entered on FLSD Docket 08/12/2030 Page 9 of 11
CONFIDENTIAL – CONTAINS DATA – ATTORNEYS' EYES ONLY – TKPPD1
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

Vendor Recovery

# The MB QEC Financial Recovery Process

- Financial recovery is based on the information contained in the Supplier Recovery System ("SRS").

- Costs are noted in EUR and in the invoice itself in EUR and US dollars.

- The calculation of the US dollar amount is based on the daily exchange rate when the invoice was created.

- Charge-back notifications / statements will only be sent to Tier 1 suppliers unless contract specifies differently.

- QEC will send a debit note to inform the supplier of impending charge-backs. The supplier will have fourteen (14) calendar days to dispute the charge.

- If a formal dispute is not received within fourteen (14) days, the amount will be debited on the supplier account.

- The debiting of the invoice amount is done in US dollars.

Vendor Recovery

# Questions?

CONFIDENTIAL-SUBJECT TO FBI'S EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Thank you for your Attention!
## QEC 2014 Supplier Day

Andy Lewandowski, Deputy Department Manager
Q/EC | April 8, 2014

Mercedes-Benz

MBUSA25W-PROD-0001