# EXHIBIT NO. 124

CONFIDENTIAL-BGAN DATA-ATTORNEYS' EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Supplier Recovery System (SRS)
## QEC 2014 Supplier Day

Mike Preissler, SRS Administrator
Q/EC | April 8, 2014

Mercedes-Benz



Case 1:15-md-02599-FAM Document 4836-26 Entered on FLSD Docket 08/12/2020 Page 3 of 15
CONFIDENTIAL - SUBJECT TO ATTORNEYS' EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

## Introduction to SRS (Supplier Recovery System), designed for first-time users

Supplier Recovery System

This section is an intro to SRS (Supplier Recovery System), designed for first-time users.

The intent is to help you navigate through some of the screens in SRS.

Please refer to the "SRS Supplier Training Doc.pdf" for the detailed information.



Case 1:15-md-02599-FAM CONFIDENTIAL-BGAN DATA - ATTORNEYS EYES ONLY 2020 PKPG4D001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Introduction to SRS (Supplier Recovery System), designed for first-time users



Select "Quality"

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4836-26 Entered on FLSD Docket 08/12/2020 Page 5 of 15
CONFIDENTIAL — SUBJECT TO ATTORNEYS' EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

Supplier Recovery System

# Introduction to SRS (Supplier Recovery System), designed for first-time users



Select "Parts"

# Introduction to SRS (Supplier Recovery System), designed for first-time users

Supplier Recovery System



Complaints gross will show all worldwide replacement information

# Introduction to SRS (Supplier Recovery System), designed for first-time users



CONFIDENTIAL – SUBJECT TO ATTORNEYS' EYES ONLY PROTECTIVE ORDER
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

Supplier Recovery System

- Complaints download – will show details of 19 replacements
- Replacements by production time – will chart 19 replacements (have production range adjusted accordingly)
- Excel report and .pdf version

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

## Supplier Recovery System

## Introduction to SRS (Supplier Recovery System), designed for first-time users



**Complaints download**
- will show details of 19 replacements
- All costs displayed in Euro (at the time of repair)
- Mileage shown in km

Case 1:15-md-02599-FAM Document 4388-26 Entered on FLSD Docket 08/12/2020 Page 9 of 15
CONFIDENTIAL - SUBJECT TO "ATTORNEYS' EYES ONLY" PROTECTIVE ORDER
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Introduction to SRS (Supplier Recovery System), designed for first-time users

## Supplier Recovery System



Warranty replacements by production month
Production range modified accordingly

Mercedes-Benz

Case 1:15-md-02599-FAM Document 4836-26 Entered on FLSD Docket 08/12/2024 Page 10 of 15
CONFIDENTIAL–DAIMLER–ATTORNEYS' EYES ONLY–KR_PROD_0001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Introduction to SRS (Supplier Recovery System), designed for first-time users



GC total
Material + Dealer Handling + Labor + Sublet

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Introduction to SRS (Supplier Recovery System), designed for first-time users



## Introduction to SRS (Supplier Recovery System), designed for first-time users



Case 1:15-md-02599-FAM Document 4830-26 Entered on FLSD Docket 03/12/2024 Page 13 of 15
CONFIDENTIAL-SUBJECT TO FINAL PROTECTIVE ORDER - DESIGNATED FOR ATTORNEYS' EYES ONLY  MBUSA-TK-PROD 0001

Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Introduction to SRS (Supplier Recovery System), designed for first-time users



Case 1:15-md-02599-FAM Document 4836-26 Entered on FLSD Docket 08/12/2024 Page 14 of 15
CONFIDENTIAL-SOURCE DATA-ATTORNEYS' EYES ONLY -MDL2599WP00010001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

# Introduction to SRS (Supplier Recovery System), designed for first-time users



W net (MBUSI) will show net warranty costs (AR applied)

CONFIDENTIAL-DATA ATTORNEYS' EYES ONLY MBUSA-KP015001
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)



# Thank you for your Attention!
## QEC 2014 Supplier Day

Mike Preissler, SRS Administrator
Q/EC | April 8, 2014

Mercedes-Benz