# EXHIBIT NO. 125



# Welcome to the QEC Jacksonville

## QEC 2014 Supplier Day

Andy Lewandowski, Deputy Department Manager
Q/EC | April 8, 2014



# Agenda
# Supplier Day 2014

| TOP | Time | Topics Supplier Day | Moderated by |
|---|---|---|---|
| 1 | 8:30 – 9:30 | **General Introduction & QEC Tour** | Claus Falcke / Andrew Lewandowski (Department Manager / Deputy) |
|  | 9:30 – 9:45 | **Break** |  |
| 2 | 9:45 – 10:45 | **VDA- Standards** | Mairym Samra (VDA Certified Lead Auditor QEC Jacksonville) |
| 3 | 10.45 – 11:15 | **Vendor Recovery Process** | Andrew Lewandowski (Vendor recovery coordinator) |
| 4 | 11:15 – 11:45 | **QEC-Tool Overview** | Heiko Saupe (QEC-Tool Administrator) |
|  | 11:45 – 13:00 | **Lunch at QEC Facility** |  |
| 5 | 13:00 - 13:20 | **Launch Corrective Action Process 205** | Hannes Witte (Launch Coordinator) |
| 6 | 13:20 – 14:00 | **SRS Overview** | Mike Preissler (SRS Administrator) |
| 7 | 14:00 – 15:15 | **Meet and Greet with QEC-Engineers** | QEC-Engineers |
| 8 | 15:15 – 15:30 | **Group Picture and Goodbye** | All |

# Jacksonville is part of the worldwide QEC network. Each site manages the specific local suppliers.



**QEC Sindelfingen / Untertürkheim**
Established: 2003
Host Organization: Quality (Q)
Location: Sindelfingen and Untertürkheim Plant

**QEC Jacksonville**
Established: 2006
Host Organization: Mercedes-Benz USA (MBUSA)
Location: Mercedes-Benz Jacksonville

**QEC Beijing**
Established: 2011
Host Organization: Beijing Benz Automotive (BBAC)
Location: Beijing Plant

# Originally founded to support US market controlling, QEC JAX today focuses on Quality Analysis.



**Purpose**
- Quality assurance through initiation of failure correction process
- Field part analysis of NAFTA sourced parts (36,000 field parts per year)
- Vendor recovery for NAFTA suppliers
- Support Market Controlling USA

# Jacksonville's focus is analyzing NAFTA produced field parts returned from the US market.







NAFTA sourced field parts …                      … returned from the US Market

QEC Jacksonville focuses on NAFTA suppliers and the parts they produce independent for the carline the parts are used for.

In addition we analyze:

- US specific parts
- US specific failures
- 100% engines & transmission

And support:

- US Market Controlling
- Parts requests from Germany

# Mercedes-Benz Regional Offices of Jacksonville provides home for five MBUSA departments.



### Southern Region Office

Is serving 102 Mercedes dealerships with Sales and After-Sales Operations across 12 states. MBUSA has three other regional offices in the U.S.

### Parts Distribution Center (PDC)

Supports 70 Mercedes dealers in the Southeast with parts supply. The PDC houses about 15 percent of MBUSA overall parts inventory, shipping over 1.3 million lines annually. The company has four other Parts Distribution Centers in U.S.

### Learning & Performance Center (LNP)

Is a training facility for dealerships and MBUSA personnel. MBUSA facilitates over 120 classes per year in this Center, with a total of about a thousand participants from across the southeastern USA. MBUSA operates four additional Training Centers in the U.S.

### Quality Evaluation Center QEC-C (MBUSA/CE)

Is responsible for Warranty Controlling and, in part, Repair Quality for all 457 dealers throughout the USA. Operations manages the parts return process & logistics plus dealer relations in the network.

### Quality Engineering Center QEC-Q (Q/EC)

Is responsible for Quality Controlling in the US-Market with a strong focus on NAFTA sourced parts and US-specific issues. QEC-Q is also responsible for vendor recovery with all NAFTA suppliers.

# QEC provides a State-of-the-art environment for quality analysis and testing on 90,000 Sq. ft.



Electric / Electronic Lab

Engine / Transmission Analysis

Powertrain Electric Lab

QEC Main Shop Floor

Fuel Systems Lab

# A wide variety of approaches is used in order to resolve quality topics together with QEC's partners.



# QEC staff consists of 17+1 team members to cover all commodities and the team's operations.



# QEC changed focus and location along with 43% staff reduction in 2010/2011.



QEC old facility 2009

# The JAX facility was opened officially in July 2010 after 8 months of construction.



QEC during construction April 2010

$ 20 Mio invest,  415,000 Sq ft

# In 2011 QEC JAX started a KPI monitoring system in order to provide full transparency to it's costumers.



QEC JAX Key Performance Indicators
Weekly Performance Meeting
Monthly Performance Report

# Past Challenges. Besides ongoing restructuring QEC JAX mastered 2 US Launches and Awaiting W205.



Launch W166 9/2011

Launch X166 9/2012

Launch W205 9/2014



# Thank you for your Attention!
## QEC 2014 Supplier Day

Andy Lewandowski, Deputy Department Manager
Q/EC | April 8, 2014

