# EXHIBIT NO. 130

CONFIDENTIAL-BGAN DATA-ATTORNEYS' EYES ONLY
Case No.: In re Takata Product Liability Litigation, No. 15-md-2599 (S.D. Fla.)

