# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates to All Economic Loss Class Actions and:<br><br><br>STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | MDL No. 2599<br><br>Master File No. 15-MD-2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sheldon A. Philp of the law firm of White & Case LLP appears in this case as counsel for defendant Mercedes-Benz USA, LLC and requests that all papers served in this case also be delivered and served to his attention at the address listed below and the following e-mail address: sphilp@whitecase.com.

Dated: August 13, 2024

Respectfully submitted,

*/s/ Sheldon A. Philp*
Sheldon A. Philp (Florida Bar No. 020123)
sphilp@whitecase.com
**WHITE & CASE LLP**
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*