**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION** | MDL No. 2599 |
| This Document Relates to All Economic Loss Class Actions and: | Master File No. 15-MD 2599-FAM |
| | S.D. Fla. Case No. 1:14-cv-24009-FAM |
| STEPHANIE PUHALLA, *et al.*, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| VOLKSWAGEN GROUP OF AMERICA, INC., *et al.*, | |
| Defendants. | |

**MOTION TO WITHDRAW TASHA N. THOMPSON AS COUNSEL**

Pursuant to Southern District of Florida Local Rule 7.1, Tasha N. Thompson respectfully requests leave to withdraw as counsel for Defendants Volkswagen Group of America, Inc. and Audi of America, LLC ("Volkswagen Defendants") in the above-captioned matters and directing the Clerk of the Court to remove Ms. Thompson from receiving CM/ECF filings in these cases. In support thereof, Ms. Thompson states:

1.      After August 23, 2024, Ms. Thompson will no longer be associated with Sullivan & Cromwell LLP.

2.      Following Ms. Thompson's withdrawal, Volkswagen Defendants will continue to be represented by remaining counsel of record from Sullivan & Cromwell LLP and Gelber Schachter & Greenberg, P.A.

WHEREFORE, Ms. Thompson respectfully requests that the Court enter an Order withdrawing her appearance as counsel for Volkswagen Defendants, and directing the Clerk of the Court to remove her from receiving CM/ECF filings in this matter.  A proposed order is attached.


Dated:  August 22, 2024                 Respectfully submitted,

                                        /s/ Gerald E. Greenberg
                                        GERALD E. GREENBERG
                                        Florida Bar No. 440094
                                        ggreenberg@gsgpa.com
                                        ADAM M. SCHACHTER
                                        Florida Bar No. 647101
                                        aschachter@gsgpa.com
                                        GELBER SCHACHTER &
                                        GREENBERG, P.A.
                                        One Southeast Third Avenue, Suite 2600
                                        Miami, Florida 33131
                                        Telephone: (305) 728-0950
                                        E-service: efilings@gsgpa.com


                                        ROBERT J. GIUFFRA JR.
                                        giuffrar@sullcrom.com
                                        SUHANA S. HAN
                                        hans@sullcrom.com
                                        CHRISTOPHER J. DUNNE
                                        dunnec@sullcrom.com
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, NY  10004
                                        Telephone: (212) 558-4000

                                        *Counsel for Volkswagen AG, Audi AG,
                                        Volkswagen Group of America, Inc., and
                                        Audi of America, LLC*