UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to All Economic Loss Class Actions and:<br><br>STEPHANIE PUHALLA, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., *et al.*,<br><br>Defendants. | MDL No. 2599<br><br>Master File No. 15-MD 2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the Motion to Withdraw Tasha N. Thompson as Counsel for Volkswagen Group of America, Inc. and Audi of America, LLC, filed on August 22, 2024 (the "Motion").

The Court has considered the Motion, the pertinent portions of the record, and being otherwise duly advised in the premises, it is

ADJUDGED that the Motion is GRANTED.  The Clerk is directed to remove the email of Tasha N. Thompson from receiving any further notices in these cases.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of _____, 2024.

 

                                              FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record