**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates to All Economic Loss Class Actions and:<br><br><br><br>STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | MDL No. 2599<br><br>Master File No. 15-MD-2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**DECLARATION OF RAOUL G. CANTERO IN SUPPORT OF**
**DEFENDANT MERCEDES-BENZ USA, LLC'S REPLY IN SUPPORT OF**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

I, RAOUL G. CANTERO, declare as follows:

1.      I am an attorney admitted to practice in this Court.  I am a partner at the law firm of White & Case LLP, counsel of record for Defendant Mercedes-Benz USA, LLC in the above-entitled action.  Based on personal knowledge of the matters stated herein, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 41 | July 31, 2024, E-mail Exchange Between Counsel for Plaintiffs and MBUSA |
| Exhibit 42 | Deposition of Susan Terry Knapp dated September 18, 2020 (additional excerpts) |
| Exhibit 43 | Deposition of William Goldberg dated September 23, 2020 (additional excerpts) |

1

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 23rd day of August 2024 at Miami, Florida.

/s/ Raoul G. Cantero
Raoul G. Cantero

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:  */s/ Raoul G. Cantero*
        Raoul G. Cantero