# Exhibit 41

| | |
|---|---|
| **From:** | Yoshino, Troy M. |
| **To:** | MATT P. WEINSHALL; Knapp, Eric Jonathan; Cantero, Raoul; Wilkerson, Jeff |
| **Cc:** | PETER PRIETO |
| **Subject:** | RE: Takata MDL--MBUSA Meet and Confer |
| **Date:** | Wednesday, July 31, 2024 4:56:00 PM |
| **Attachments:** | image001.png |

Matt:

Our belief is that Rule 25 and the case law discussing it impose a number of requirements before substitution is allowed, each of which presents issues. You seem to say that only the death of Theresa Radican needs to be proven. If that is the only issue plaintiffs intend to raise, it's correct that we will dispute the motion and the relief – but, of course, in accordance with Local Rule 7.1(a)(3), we do not believe other issues could be fairly raised by plaintiffs.

Separately, we do not understand whether you are proposing to move to substitute Kelli Radican's individual claims or as a class representative and, if the latter, we don't understand what the basis of your position will be. We also do not understand how you are proposing to address impacts of the motion for substitution on other aspects of the case, e.g., what you are proposing will happen as to the currently pending motion for class certification, where you sought appointment of Ms. Radican—not her estate—as class representative.

Troy.

---

**From:** MATT P. WEINSHALL <MWeinshall@PODHURST.com>
**Sent:** Wednesday, July 31, 2024 12:48 PM
**To:** Yoshino, Troy M. <TYoshino@winston.com>; Knapp, Eric Jonathan <EKnapp@winston.com>; Cantero, Raoul <raoul.cantero@whitecase.com>; Wilkerson, Jeff <JWilkerson@winston.com>
**Cc:** PETER PRIETO <PPrieto@podhurst.com>
**Subject:** RE: Takata MDL--MBUSA Meet and Confer

Troy,

I'm not sure what you are confused by. Can you please explain? The relief we are seeking is straightforward and specifically authorized by FRCP 25(a)—when a party dies during litigation, the rule authorizes a representative or successor to file a motion to substitute for the decedent. That is what we are doing here: Theresa Radican, the plaintiff, passed away, as you reported in your motion, and her representative, Kelli Radican, seeks to be substituted as the party in her place. Unless we hear otherwise, we'll note MBUSA's opposition.

--Matt

---

**From:** Yoshino, Troy M. <TYoshino@winston.com>
**Sent:** Wednesday, July 31, 2024 3:24 PM
**To:** MATT P. WEINSHALL <MWeinshall@PODHURST.com>; Knapp, Eric Jonathan

<EKnapp@winston.com>; Cantero, Raoul <raoul.cantero@whitecase.com>; Wilkerson, Jeff <JWilkerson@winston.com>
**Cc:** PETER PRIETO <PPrieto@podhurst.com>
**Subject:** RE: Takata MDL--MBUSA Meet and Confer

Matt:

We do not understand from your email "the issues to be raised in the motion," which is what Local Rule 7.1(a)(3) contemplates the parties must attempt to resolve by agreement. So we would oppose the relief of substituting Kellie Radican for Theresa Radican under FRCP 25.

Troy.

**From:** MATT P. WEINSHALL <MWeinshall@PODHURST.com>
**Sent:** Wednesday, July 31, 2024 12:12 AM
**To:** Knapp, Eric Jonathan <EKnapp@winston.com>; Cantero, Raoul <raoul.cantero@whitecase.com>; Yoshino, Troy M. <TYoshino@winston.com>
**Cc:** PETER PRIETO <PPrieto@podhurst.com>
**Subject:** Takata MDL--MBUSA Meet and Confer

Counsel,

We will be filing a motion under FRCP 25 to substitute Kelli Radican for Theresa Radican. Kelli is Theresa's daughter and the executor of her estate. Per the local rules, please let us know if MBUSA opposes this relief. Thanks.

--Matt

**Matthew P. Weinshall**
**Podhurst** Orseck **P.A**.
One S.E. 3rd Ave., Suite 2300
Miami, FL 33131
Office: (305) 358-2800
Fax: (305) 358-2382
Email: mweinshall@podhurst.com

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without

reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.