# Exhibit 42

Susan Terry-Knapp
September 18, 2020

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
                    MDL No. 2599
             Master File No. 15-MD-02599-FAM
          S.D. Fla. Case No. 14-CV-24009-FAM
```

IN RE TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
ECONOMIC LOSS TRACK CASES

and

STEPHANIE PUHALLA, et al.,
individually and on behalf of
all others similarly situated,

        Plaintiffs,
vs.

VOLKSWAGEN AKTIENGESELLSCHAFT,
VOLKSWAGEN GROUP OF AMERICA,
AUDI AKTIENGESELLSCHAFT, AUDI OF
AMERICA, LLC MERCEDES-BENZ USA,
LLC, and DAIMLER AG,

        Defendants.
_____/


      REMOTE VIDEOTAPED DEPOSITION OF

          SUSAN TERRY-KNAPP

  APPEARING REMOTELY FROM DALLAS COUNTY, IOWA
        Pages 1 through 279

     Friday, September 18, 2020
      10:09 a.m. - 6:09 p.m.

     Stenographically Reported By:
    Denise Sankary, RPR, RMR, CRR

APPEARING REMOTELY FROM PINELLAS COUNTY, FLORIDA

Page 106

1 feature. Were there any other specific features
2 that you were looking for in the vehicle?
3    A.   No.
4    Q.   I think you mentioned maybe the size. You
5 wanted to make sure that it was not real small?
6    A.   Right. The size and that -- that's
7 correct.
8    Q.   Okay.
9         Do you know, did you look at any other
10 dealerships?
11   A.   I can't tell you.
12   Q.   I'm assuming there's --
13   A.   There's one Mercedes dealer in Iowa. So
14 that's the only Mercedes dealer I went to.
15   Q.   Okay.
16   A.   As to did I check some other cars out?
17 Did I look at a Jaguar or this or that or something
18 that I might have had an interest in or seen on the
19 street? Maybe.
20   Q.   Okay. Were you the primary driver of the
21 2011 Mercedes?
22   A.   Yes.
23   Q.   Did your husband ever drive it?
24   A.   I don't think so.
25   Q.   Did anybody else ever drive it?

Page 107

1    A.   Did somebody who works for me to go get
2 gas in it, yeah.
3    Q.   How often did you drive the vehicle?
4    A.   Well, until I had to park it, I probably
5 drove it -- it depends on the weather. It's Iowa.
6 I drove it when the weather was nice.
7    Q.   Would you normally not drive it at all
8 during the winter?
9    A.   There might have been a winter I didn't
10 drive it.
11   Q.   Were there winters where you did drive it?
12   A.   Yeah, I'm sure, if it's a nice day.
13   Q.   In other words, obviously you had quite a
14 few vehicles to drive anytime you wanted to, and
15 this particular vehicle was a convertible. Did you
16 only drive it when the weather was nice?
17   A.   Let's just say I didn't get to drive it
18 when I wanted to drive it for -- for a full year at
19 least. And, yeah, I -- I drove it whenever -- if
20 the weather was nice, if I didn't have a, you know,
21 a dog with me or a couple kids, then, yeah, I'd
22 drive it. So maybe a couple times a week.
23   Q.   Okay. How many miles would you estimate
24 you would put on it a couple times a week?
25   A.   I -- I can't even speculate that. Other

Page 108

1 than Van Meter, it's 15 miles into town and 15 miles
2 back. So it wasn't -- it was not heavily driven.
3    Q.   So you said you would drive it
4 approximately a couple times a week. You couldn't
5 really quantify or estimate the number of miles per
6 week. How many miles would you put on either a
7 month or a year on average?
8    A.   I can't tell you that. I can't tell you
9 that.
10   Q.   When you owned the 2011 Mercedes, though,
11 you did have other vehicles that you could drive
12 if -- if you chose to; fair?
13   A.   I couldn't drive the car that I wanted to
14 drive.
15   Q.   Right. My question is a little bit
16 different. When you owned your 2011 Mercedes, you
17 had other cars to drive if you -- if you wanted to
18 drive those; fair?
19   A.   Yes, I did. I was a -- I was a lucky one
20 who had other vehicles.
21   Q.   Do you remember who your salesperson was
22 that -- that sold you the 2011 Mercedes?
23   A.   I do not.
24   Q.   When you purchased the vehicle, I think
25 you said there was no discussion about the airbags;

Page 109

1 is that correct?
2    A.   None that I remember. I might have asked
3 about it. I mean, I assumed at this point in time
4 they were mandatory on cars in the United States.
5    Q.   Did you ask at all how they worked?
6    A.   No.
7    Q.   Did you ask anything about what different
8 types of airbags were located in the car?
9    A.   Of course not.
10   Q.   Did you ask anything --
11   A.   No.
12   Q.   Did you ask anything about the warranty
13 that covered the airbags?
14   A.   No.
15   Q.   Do you remember how much you paid for the
16 vehicle?
17   A.   It's on the sheet of paper. I think it
18 was 77,000. Page 2 of Exhibit 4.
19   Q.   Yeah, in your interrogatory answer, I
20 believe you said that you paid 77,420.
21   A.   Yeah, that's what's on here.
22   Q.   Right. If you actually go down to 3, it
23 looks like -- did you negotiate the price down to
24 73,900 according to the paper --
25   A.   Yep. They usually give us a little

Page 210
1  So let me just -- let me make sure I get a clear
2  answer to my question.
3      A.   Okay.  You -- okay.  What is your question
4  again?
5      Q.   When Mr. Boyd offered you the $26,000 to
6  purchase your vehicle as a trade-in --
7      A.   Right.
8      Q.   -- was there any discussion about the
9  existence of the recall or the airbag system?
10     A.   I'm sure that there was.
11     Q.   Okay.  You say that you're sure that there
12 was.
13     A.   I had --
14     Q.   Hold on one second.  You said that you're
15 sure that there was.
16     A.   I'm pretty sure that we talked about that.
17 This is, you know, just -- when you look at it, just
18 look at it.  I have a car I paid $77,000 for.  I can
19 no longer drive it.  I parked it.  Okay?
20          He was willing to give me $26,000 for that
21 car, which I really wasn't -- at the time, I wasn't
22 going to sell it to him for that.  I think we would
23 have gotten more had we not had problems with the
24 airbags.
25     Q.   Okay.  But my question is a little bit

Page 211
1  different.  As you sit here today in 2020, September
2  of 2020, do you have a specific personal
3  recollection of Mr. Boyd saying something to you
4  about either the existence of a recall on your
5  vehicle or the airbag system?
6      A.   I believe that our conversation would have
7  included, "I have a car that I can't drive.  What
8  are you willing to give me for it?"
9      Q.   Okay.
10     A.   I liked the car.  I didn't want to get rid
11 of the car.  I really, really liked the car.
12     Q.   I understand.  You said that.
13     A.   Yeah.  I liked it.
14     Q.   But my question is, when you answered my
15 question, you said you believed that there would
16 have been a discussion.
17     A.   Yes.
18     Q.   Again, I'm asking not, you know, whether
19 or not you think that that may have occurred, but do
20 you have a specific recollection of Mr. Boyd, when
21 he offered you $26,000 to purchase your six-year-old
22 2011 Mercedes-Benz, whether he mentioned either the
23 existence of a recall or the airbag system?
24     A.   The dealership knew I was not happy about
25 the airbags not having been replaced.  I'm sure that

Page 212
1  was part of the conversation.
2      Q.   Okay.  But you said "the dealership."
3  And, frankly, that's -- a dealership is not a -- is
4  not a person.  So --
5      A.   He was the general manager.  I'm sorry.
6      Q.   Right.
7      A.   Go ahead.
8      Q.   When Mr. Boyd offered you the $26,000, did
9  he -- do you have a specific recollection of him
10 mentioning either the recall or the airbag?
11     A.   Okay.  He wouldn't have been looking at it
12 if the recall was not in place, and that I couldn't
13 get the airbags.  I couldn't get them to change
14 them; otherwise, he would have never been looking at
15 it.  So I'm sure it was subject of conversation.
16     Q.   Okay.  And I understand maybe you wouldn't
17 have taken the vehicle in if you didn't believe it
18 was under recall.  But, again, did he mention that
19 to you and you have a specific recollection of that?
20 That's the question.
21     A.   Did he mention what exactly?
22     Q.   Either the existence of the recall or an
23 issue with the airbags.
24     A.   Okay.  I didn't tape-record this
25 conversation --

Page 213
1      Q.   Okay.
2      A.   -- that took place over three years ago.
3      Q.   Okay.  So -- and --
4      A.   So I'm giving you the best of my
5  recollection.  I wouldn't have taken it in if this
6  wasn't a problem for us.
7      Q.   I understand, but my question is not about
8  your --
9           MS. BAEZA:  Objection.  Asked and
10      answered.
11          MR. ZAGER:  It has been asked; it has not
12      been answered.
13 BY MR. ZAGER:
14     Q.   My question, though, is not about your
15 motivation, with all due respect.
16          My question is what specifically Mr. Boyd
17 said.  And do you have a personal recollection of
18 him mentioning --
19     A.   See --
20     Q.   -- the airbag -- hold on one second.
21          Do you have a recollection of Mr. Boyd
22 mentioning either the existence of the recall or
23 the -- an issue with the airbag system?
24     A.   If he didn't, I did.
25          MS. BAEZA:  Form.