# Exhibit 43

William Goldberg
September 23, 2020

```
 1                    UNITED STATES DISTRICT COURT
 2                    SOUTHERN DISTRICT OF FLORIDA
                            Miami Division
 3

 4    IN RE:  TAKATA AIRBAG PRODUCTS      MDL No. 2599
      LIABILITY LITIGATION                Master File No.
 5                                        15-MD-02599-FAM
      THIS DOCUMENT RELATES TO:           S.D. Fla. Case No.
 6    ECONOMIC LOSS TRACK CASES           14-CV-24009-FAM

 7    and

 8    STEPHANIE PUHALLA, et al.,
      individually and on behalf of
 9    all others similarly situated,

10                       Plaintiffs,

11    vs.

12    VOLKSWAGEN AKTIENGESELLSCHAFT,
      VOLKSWAGEN GROUP OF AMERICA,
13    AUDI AKTIENGESELLSCHAFT, AUDI
      OF AMERICA, LLC, MERCEDES-BENZ
14    USA, LLC, and DAIMLER AG,

15                       Defendants.

16   _____

17

18   REMOTE VIDEOTAPED            WILLIAM H. GOLDBERG
     DEPOSITION OF:
19
     DATE TAKEN:                   September 23, 2020
20
     TIME:                         12:00 p.m. to 3:45 p.m.
21
     PLACE:                        Witness appeared remotely from
22                                 King County, Washington

23   BEHALF OF:                    The Defendant(s)

24   REPORTER:                     Michelle R. Hordinski, RMR,
                                   CRR, appearing remotely from
25                                 Lee County, Florida
```

| | |
|---|---|
| 1 | A. I liked the color. |
| 2 | Q. It often comes down to that. |
| 3 | The document in Exhibit No. 4 bearing the |
| 4 | production number Goldberg 000001 -- actually, it's only |
| 5 | five zeros. I think I said six -- is that the sales |
| 6 | brochure that you received from Mr. Scott? |
| 7 | A. I believe so. |
| 8 | Q. Do you recall anything in the sales brochure |
| 9 | standing out to you before you purchased the vehicle? |
| 10 | A. I certainly looked through it all and read it |
| 11 | and was thrilled with the car after reading it. |
| 12 | Q. So I'm going to -- most of this is just |
| 13 | pictures. |
| 14 | A. Yeah. |
| 15 | Q. Did you rely on any of the statements made in |
| 16 | this sales brochure when you decided to purchase the |
| 17 | vehicle? |
| 18 | A. I took for truth that which was in there, yes. |
| 19 | I relied on having looked at the brochure as one of the |
| 20 | components of making the decision to purchase the car. |
| 21 | Q. I will -- I think we'll put aside the sales |
| 22 | brochure for a minute. |
| 23 | A. Okay. |
| 24 | Q. By the time the Takata recall had issued, |
| 25 | your -- the four-year, 50,000-mile warranty on the |