UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

**MDL No. 2599**
**Master File No.: 15-MD-02599-MORENO**
**S.D. Fla. Case No. 1:14-cv-24009-MORENO**

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION | |
| BRIDGET BOYD, et al, individually and on Behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>FCA US LLC,<br><br>    Defendants | |

## NOTICE OF FILING MEDIATOR'S REPORT

Plaintiffs hereby file the Mediator's Report issued in this matter.

Dated: September 6, 2024

Respectfully submitted,
**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
One S.E. Third Ave., Suite 2300
Miami, Florida 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: pprieto@podhurst.com

*Chair Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Peter Prieto*
Peter Prieto