UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**MDL No. 2599**
**Master File No. 15-02599-MD-MORENO**
**Economic Loss No. 14-24009-CV-MORENO**

IN RE: **TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**
_____/
BRIDGET BOYD, *et. al.*, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

FCA US LLC,

    Defendant.
_____/

## MEDIATOR's REPORT

COMES NOW the undersigned Mediator/Neutral who reports to the Court that the Parties have mediated the above-captioned case. The Mediator/Neutral reports that the Parties were **unable** to reach an agreement, and the case is at **an *impasse***.

**THE UNDERSIGNED HEREBY CERTIFIES** that a true and correct copy of the foregoing was electronically sent on this 4th day of September 2024 to: Peter Prieto, Esq. at PPrieto@podhurst.com and Daniel Graham, Esq. at dgraham@clarkhill.com.

_____
Jacqueline Hogan Scola