BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

IN RE:  TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION

MDL No. 2599 FAM

This Document Relates To:

**JOINT STIPULATION OF DISMISSAL**

*Jewell* v. *Volkswagen Group of America, Inc., et al.*,
N.D. Cal. Case No. 3:18-cv-00238-EDL, and S.D. Fla.
Case No. 1:18-cv-20334-FAM

1    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

2  counsel on behalf of Plaintiff Gwen Jewell, and, on the other hand, Defendant Volkswagen Group

3  of America, Inc. that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the action be and

4  hereby is dismissed with prejudice, with each party to bear its own costs.

5  DATED:  October 3, 2024

6

7                                                                    /s/ Gerald E. Greenberg

8  Kevin Faulk                                          Suhana S. Han
   LAW OFFICES OF KEVIN FAULK          Christopher J. Dunne
9  530 Lawrence Expy., #361                   SULLIVAN & CROMWELL LLP
   Sunnyvale, CA 94085                          125 Broad Street
10 Tel: (408) 599-3277                            New York, New York 10004
   Fax: (408) 800-4046                            Tel: (212) 558-4000
11 Email: kfaulk@gmail.com                  Fax: (212) 558-3588
                                                          Email: hans@sullcrom.com
12
   *Attorney for Plaintiff Gwen Jewell*
13                                                         Gerald E. Greenberg
                                                          Florida Bar No. 440094
14                                                       ggreenberg@gsgpa.com
                                                          Adam M. Schachter
15                                                       Florida Bar No. 647101
                                                          aschachter@gsgpa.com
16                                                       GELBER SCHACHTER & GREENBERG, P.A.
                                                          One Southeast Third Avenue, Suite 2600
17                                                       Miami, Florida 33131
                                                          E-service: efilings@gsgpa.com
18
                                                          *Attorneys for Defendant Volkswagen Group of*
19                                                       *America, Inc.*

20

21

22

23

24

25

26

27

28