BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Jewell* v. *Volkswagen Group of America, Inc., et al.*, N.D. Cal. Case No. 3:18-cv-00238-EDL, and S.D. Fla. Case No. 1:18-cv-20334-FAM | MDL No. 2599 FAM<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL** |

On October [], 2024, the parties jointly filed a Joint Stipulation of Dismissal. Based on the request of the parties, it is hereby

ORDERED AND ADJUDGED that this case is dismissed on its merits with prejudice, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED: _____, 2024

BY THE COURT:

_____

Judge Federico A. Moreno