UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Master File No.: 15-MD-02599-MORENO

| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION |
|---|
| THIS DOCUMENT RELATES TO: |
| *Jewell v. Volkswagen Group of America, Inc., et al.*, N.D. Cal. Case No. 3:18-cv-00238-EDL, and S.D. Fla. Case No. 1:18-cv-20334-FAM |

### FINAL ORDER OF DISMISSAL AS TO PLAINTIFF GWEN JEWELL'S CLAIMS AGAINST DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.

THIS CAUSE came before the Court upon Joint Stipulation of Dismissal **(D.E.4839)**, filed on **October 4, 2024.**

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that the Causes related to Plaintiff Gwen Jewell's claims against Volkswagen Group of America, Inc. are **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court reserves jurisdiction for six months to enforce the terms of the settlement.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th of October 2024.

*Federico A. Moreno*

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record