**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| IN RE:<br><br>**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>ALL ECONOMIC DAMAGES AGAINST THE FORD DEFENDANTS | MDL No. 2599<br><br>Master File No. 15-MD-2599-MORENO<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**MOTION FOR WITHDRAWAL OF REPRESENTATION**
**AND SUBSTITUTION OF COUNSEL**

Defendant Ford Motor Company's counsel, Scott Hammack, Esq. of O'MELVENY & MYERS LLP, pursuant to Local Rule 11.1(d)(3), respectfully moves this Court for an Order permitting him to withdraw from representation of Defendant Ford Motor Company and in support states the following:

1. Scott M. Hammack is no longer with O'MELVENY & MYERS LLP and will no longer be representing Ford Motor Company.

2. Defendant Ford Motor Company will continue to be represented by Brian C. Anderson of O'MELVENY & MYERS LLP and Henry Salas of COLE, SCOTT AND KISSANE, P.A.

3. The Defendant has been given notification of the proposed withdrawal and consents.

4. Plaintiff has also been given notification of the proposed withdrawal and does not object to the requested relief.

WHEREFORE, for the foregoing reasons, the undersigned counsel respectfully requests this Court to enter an Order permitting Scott M. Hammack to withdraw from representation of the Defendant Ford Motor Company.

### Local Rule 7.1(a)(3) Certification

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiffs and Defendant have conferred in good faith and counsel for Plaintiffs do not object to the relief requested in this motion.

Date:

Respectfully submitted,

By: */s/ Henry Salas*
**Henry Salas**
Florida Bar No. 815268
henry.salas@csklegal.com
**COLE, SCOTT & KISSANE, P.A.**
9150 So. Dadeland Blvd., Suite 1400
Miami, Florida 33156
T: 786-268-6419
F: 305-373-2294

**Brian C. Anderson** (*admitted pro hac vice*)
**Scott M. Hammack**  (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
banderson@omm.com
shammack@omm.com

**Counsel for Defendant Ford Motor Company**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2024, I electronically filed the foregoing document with the Court via CM/ECF, which will automatically send notice and a copy of the same to counsel of record via electronic mail.

/s/ Henry Salas
Henry Salas