UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to All Economic Loss Class Actions and:<br><br><br>STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | MDL No. 2599<br><br>Master File No. 15-MD-2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION TO DISMISS PLAINTIFF THERESA RADICAN'S CLAIMS FOR FAILURE TO SUBSTITUTE AND INCORPORATED MEMORANDUM OF LAW**

Raoul G. Cantero
Jaime A. Bianchi
WHITE & CASE LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino
Eric J. Knapp
WINSTON & STRAWN LLP
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

Pursuant to Federal Rule of Civil Procedure 25(a), Mercedes-Benz USA, LLC ("MBUSA") respectfully moves to dismiss with prejudice all claims brought by Plaintiff Theresa Radican. *See* D.E. 4800 at 4 (listing Radican's remaining personal claims and claims asserted on behalf of absent putative class members in other states ("*Zantac* claims")); D.E. 4779 at 2 (proposing Radican as sole class representative for certain *Zantac* claims). After learning that Ms. Radican had died in July 2023, MBUSA served a suggestion of death on August 9, 2024. D.E. 4824; *see also* Ex. 1 (showing that Ms. Radican's estate remains closed). As no party or representative has moved for substitution in the 90 days since (and putting aside that Ms. Radican's claims did not survive death and fail on the merits in any event), Ms. Radican's claims "must be dismissed" under Rule 25(a)(1).

Dated: November 8, 2024

Respectfully submitted,

/s/ Raoul G. Cantero
Raoul G. Cantero (Florida Bar No. 552356)
raoul.cantero@whitecase.com
Jaime A. Bianchi (Florida Bar No. 908533)
jbianchi@whitecase.com
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino (*admitted pro hac vice*)
TYoshino@winston.com
Eric J. Knapp (*admitted pro hac vice*)
EKnapp@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant
Mercedes-Benz USA, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Raoul G. Cantero*
Raoul G. Cantero

# EXHIBIT 1

## 2023CP001178 - IN REGARDS TO: RADICAN, THERESA F

### SUMMARY

| | | |
|---|---|---|
| **Judge:** WARONICKI, BRETT M | **Court Type:** Probate/Guardianship | **Case Type:** SUMMARY ADM LESS THAN 1,000.00 |
| **Case Number:** 2023CP001178 | **Uniform Case Number:** 562023CP001178AXXXHC | **Status:** CLOSED |
| **Clerk File Date:** 8/16/2023 | **Status Date:** 8/23/2023 | **Waive Speedy Trial:** ☐ |
| **Total Fees Due:** 0.00 | **Custody Location:** | **Agency:** |
| **Agency Report Number:** | | |

### PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PETITIONER | RADICAN, KELLI ANNE | |
| DECEDENT | RADICAN, THERESA F | |
| CLAIMANT | ASCENSIONPOINT RECOVERY SERVICES LLC, ON BEHALF OF SYNCHRONY BANK | |
| CLAIMANT | BANK OF AMERICA NA | |
| CLAIMANT | WELLS FARGO BANK NA | |
| CLAIMANT | CLEVELAND CLINIC | |
| CLAIMANT | TD BANK USA NA | |
| CLAIMANT | CLEVELAND CLINIC | |

### EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | |
|---|---|---|---|---|---|
| | | No Events on Case | | | |

### CASE DOCKETS

| DIN | DATE | ENTRY |
|---|---|---|
| 34 | 1/22/2024 | STATEMENT OF CLAIM |
| 33 | 12/27/2023 | STATEMENT OF CLAIM |
| 32 | 12/27/2023 | STATEMENT OF CLAIM |
| 31 | 12/13/2023 | STATEMENT OF CLAIM |
| 30 | 12/4/2023 | STATEMENT OF CLAIM |
| 29 | 9/23/2023 | Attorney KEVIN HUGH HENDRICKSON - Deactivated by Automated Process |
| 28 | 9/13/2023 | "RECIPIENTS: HENDRICKSON, KEVIN HUGH - SUBJECT: SERVICE OF COURT DOCUMENT – 2023CP001178, IN REGARDS TO: RADICAN, THERESA F - ATTACHMENT COUNT: 1 - EMAIL DOCKET DESCRIPTIONS: STCM-9/12/2023" |
| 27 | 9/12/2023 | STATEMENT OF CLAIM |
| 26 | 8/24/2023 | ORDER DETERMINING HOMESTEAD - RECORDED (OTHER.5035.433. / 5234482) |
| 25 | 8/24/2023 | ORDER OF SUMMARY ADMINISTRATION - RECORDED (OTHER.5035.397. / 5234473) |
| 24 | 8/24/2023 | ORDER ADMITTING WILL TO PROBATE - RECORDED (OTHER.5035.395. / 5234471) |
| 23 | 8/23/2023 | CASE CLOSED |
| 22 | 8/23/2023 | ORDER ADMITTING WILL TO PROBATE |
| 21 | 8/23/2023 | ORDER DETERMINING HOMESTEAD |
| 20 | 8/23/2023 | ORDER OF SUMMARY ADMINISTRATION |
| 19 | 8/19/2023 | WILL ON PROBATE - RECORDED (OTHER.5032.595. / 5231555) |
| 18 | 8/18/2023 | CORRESPONDENCE |
| 17 | 8/18/2023 | DEATH CERTIFICATE (ORIGINAL) |
| 16 | 8/18/2023 | AFFIDAVIT NO FLORIDA TAX DUE - RECORDED (OTHER.5032.603. / 5231556) |

| DIN | DATE | ENTRY |
|---|---|---|
| 15 | 8/18/2023 | PETITION FOR SUMMARY ADMINISTRATION - RECORDED (OTHER.5032.609. / 5231558) |
| 14 | 8/18/2023 | PETITION TO DETER HOMESTEAD STATUS - RECORDED (OTHER.5032.604. / 5231557) |
| 12 | 8/16/2023 | WILL ON PROBATE |
| 11 | 8/16/2023 | DEFENDANT ATTORNEY: HENDRICKSON, KEVIN HUGH ASSIGNED |
| 10 | 8/16/2023 | CIRCUIT JUDGE WARONICKI, BRETT M: ASSIGNED |
| 9 | 8/16/2023 | LAST WILL & TESTAMENT-COPY |
| 8 | 8/16/2023 | DEATH CERTIFICATE (COPY) |
| 7 | 8/16/2023 | PAID FUNERAL BILL |
| 6 | 8/16/2023 | AFFIDAVIT NO FLORIDA TAX DUE |
| 5 | 8/16/2023 | PETITION TO DETER HOMESTEAD STATUS |
| 4 | 8/16/2023 | PETITION FOR SUMMARY ADMINISTRATION |
| 3 | 8/16/2023 | NOTICE OF CONFIDENTIALITY LIST OF 23 |
| 2 | 8/16/2023 | PLAINTIFF ATTORNEY: HENDRICKSON, KEVIN HUGH ASSIGNED |
| 1 | 8/16/2023 | CASE FILED 08/16/2023 CASE NUMBER 2023CP001178 |
| 13 | 8/16/2023 | PAYMENT $235.00 RECEIPT #2023000067989 RECEIVED FOR FILING NUMBER 179764119 VIA FILINGPAYMENTS20230816235959.TXT. |