UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: TAKATA AIRBAG<br>PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to All Economic Loss<br>Class Actions and:<br><br><br>STEPHANIE PUHALLA, et al., individually<br>and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | MDL No. 2599<br><br>Master File No. 15-MD-2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION TO DISMISS
PLAINTIFF JOHN PHILLIPS'S CLAIMS FOR FAILURE TO SUBSTITUTE
AND INCORPORATED MEMORANDUM OF LAW**

Raoul G. Cantero
Jaime A. Bianchi
WHITE & CASE LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino
Eric J. Knapp
WINSTON & STRAWN LLP
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant
Mercedes-Benz USA, LLC*

Pursuant to Federal Rule of Civil Procedure 25(a), Mercedes-Benz USA, LLC ("MBUSA") respectfully moves to dismiss with prejudice all claims brought by Plaintiff John Phillips. *See* D.E. 4800 at 4 (listing Phillips's remaining claims). After learning that Mr. Phillips had died in February 2023, MBUSA served a suggestion of death on August 9, 2024. D.E. 4823. As no party or representative has moved for substitution in the 90 days since, Mr. Phillips's claims "must be dismissed" under Rule 25(a)(1).

Dated: November 8, 2024          Respectfully submitted,

*/s/ Raoul G. Cantero*
Raoul G. Cantero (Florida Bar No. 552356)
raoul.cantero@whitecase.com
Jaime A. Bianchi (Florida Bar No. 908533)
jbianchi@whitecase.com
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino (*admitted pro hac vice*)
TYoshino@winston.com
Eric J. Knapp (*admitted pro hac vice*)
EKnapp@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3500
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Raoul G. Cantero*
Raoul G. Cantero