UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No.: 15-MD-02599-MORENO

**IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO**:

**ALL ECONOMIC LOSS TRACK CASES**

### COUNSEL'S NOTICE OF CHANGE OF FIRM'S ADDRESS

Peter Prieto, Aaron Podhurst, Stephen F. Rosenthal, Matthew Weinshall, and Dayron Silverio, counsel for Plaintiffs in the above-cited matter, file this Notice of Change of Firm's Address. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

PODHURST ORSECK, P.A.
2525 Ponce de Leon, Suite 500
Coral Gables, Florida 33134

The email addresses, telephone, and facsimile numbers will remain the same.

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
***Chair Lead Counsel for Plaintiffs***
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
Matthew P. Weinshall (FBN 84783)
Dayron Silverio, Esq. (FBN 112174)
2525 Ponce de Leon, Suite 500
Coral Gables, Florida 33131
Phone: (305) 358-2800/Fax: (305) 358-2382
Email: pprieto@podhurst.com
         apodhurst@podhurst.com
         srosenthal@podhurst.com
         mweinshall@podhurst.com
         dsilverio@podhurst.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Peter Prieto*
Peter Prieto