UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL No. 2599
Master File No. 15-MD-2599-FAM

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ALL ECONOMIC LOSS TRACK CASES
AGAINST <u>MERCEDES-BENZ USA, LLC</u>
_____/

## NOTICE REGARDING DISMSSAL OF CLAIMS OF PLAINTIFFS PHILLIPS AND RADICAN

Plaintiffs, by and through undersigned counsel, hereby notify the Court that Plaintiffs will be dismissing the claims of Theresa Radican and John and Nancy Phillips, pursuant to a stipulation of dismissal with Defendant MBUSA. This dismissal will moot the aspects of MBUSA's motion for summary judgment (ECF No. 4800) and motions to dismiss (ECF No. 4843; 4844) pertaining to the Oregon claims of the Phillips Plaintiffs and the Rhode Island claims of Ms. Radican, as well as the *Zantac* claims tied to Ms. Radican's claims (consumer-protection claims for Connecticut, Hawaii, Maine, Nebraska, Oklahoma, Vermont, and West Virginia). This dismissal also will moot the aspects of Plaintiffs' motion for class certification (ECF No. 4610) seeking certification of Oregon, Rhode Island, and all *Zantac* claims tied to Ms. Radican's claims. For the avoidance of doubt, this dismissal will not affect the claims of any other Named Plaintiff in the above-referenced action.

Dated: November 22, 2024

Respectfully submitted,

**PODHURST ORSECK, P.A.**
*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
Matthew P. Weinshall (FBN 84783)
2525 Ponce de Leon, Suite 500
Coral Gables, Florida 33134
Phone: (305) 358-2800/Fax: (305) 358-2382
Email: pprieto@podhurst.com
apodhurst@podhurst.com
srosenthal@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com

*Chair Lead Counsel for Plaintiffs*

| **COLSON HICKS EIDSON** | **SMITH LACIEN LLP** |
|---|---|
| Lewis S. "Mike" Eidson | Todd A. Smith |
| mike@colson.com | tsmith@smithlacien.com |
| Curtis Bradley Miner | 70 W Madison St Suite 5770, |
| curt@colson.com | Chicago, IL 60602 |
| 255 Alhambra Circle, PH | (312) 509-8900 |
| Coral Gables, FL 33134 | |
| T: 305-476-7400 | |
| | *Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| *Plaintiffs' Personal Injury Track Lead Counsel* | |

| | |
|---|---|
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel:  (914) 749-8200<br>Fax:  (914) 749-8300<br>Email: dboies@bsfllp.com<br>         mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel:  (305) 539-8400<br>Fax:  (305) 539-1307<br>Email: szack@bsfllp.com<br>         mheise@bsfllp.com<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T:  415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br><br>*Plaintiffs' Steering Committee* |
| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC**<br>James E. Cecchi<br>jcecchi@carellabyrne.com<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>T: 973 994-1700<br>f: 973 994-1744<br><br>*Plaintiffs' Steering Committee* | **BARON & BUDD, PC**<br>Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@bardonbudd.com<br>Mark Pifko<br>mpifko@baronbudd.com<br>15910 Ventura Blvd.,<br>Suite 1600<br>Encino, CA 91436<br>T: 818-839-2333<br><br>J. Burton LeBlanc<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>T: 225-761-6463<br><br>*Plaintiffs' Steering Committee* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on November 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Peter Prieto*  
Peter Prieto