**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MDL No. 2599
Master File No. 15-MD-2599-FAM

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ALL ECONOMIC LOSS TRACK CASES
AGAINST <u>MERCEDES-BENZ USA, LLC</u>
_____/

**JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS OF PLAINTIFFS PHILLIPS AND RADICAN**

IT IS HEREBY STIPULATED AND AGREED that all claims of Plaintiffs THERESA RADICAN and JOHN AND NANCY PHILLIPS are hereby voluntarily dismissed with prejudice, effective immediately, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party will bear its own attorneys' fees and costs.  For the avoidance of doubt, this stipulation does not affect the claims of any other Plaintiff in the above-referenced action.

| | |
|---|---|
| Dated: November 22, 2024 | Respectfully submitted,<br><br>**PODHURST ORSECK, P.A.**<br>*/s/ Peter Prieto*<br>Peter Prieto (FBN 501492)<br>Aaron S. Podhurst (FBN 63606)<br>Stephen F. Rosenthal (FBN 131458)<br>Matthew P. Weinshall (FBN 84783)<br>2525 Ponce de Leon, Suite 500<br>Coral Gables, Florida 33134<br>Phone: (305) 358-2800/Fax: (305) 358-2382<br>Email: pprieto@podhurst.com<br>　　　apodhurst@podhurst.com<br>　　　srosenthal@podhurst.com<br>　　　mweinshall@podhurst.com<br>　　　adelriego@podhurst.com<br><br>***Chair Lead Counsel for Plaintiffs*** |

| | |
|---|---|
| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **SMITH LACIEN LLP**<br>Todd A. Smith<br>tsmith@smithlacien.com<br>70 W Madison St Suite 5770,<br>Chicago, IL 60602<br>(312) 509-8900<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |

| | |
|---|---|
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel:   (914) 749-8200<br>Fax:   (914) 749-8300<br>Email: dboies@bsfllp.com<br>        mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel:   (305) 539-8400<br>Fax:   (305) 539-1307<br>Email: szack@bsfllp.com<br>        mheise@bsfllp.com<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T:    415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br><br>*Plaintiffs' Steering Committee* |
| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC**<br>James E. Cecchi<br>jcecchi@carellabyrne.com<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>T: 973 994-1700<br>f: 973 994-1744<br><br>*Plaintiffs' Steering Committee* | **BARON & BUDD, PC**<br>Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@bardonbudd.com<br>Mark Pifko<br>mpifko@baronbudd.com<br>15910 Ventura Blvd.,<br>Suite 1600<br>Encino, CA 91436<br>T: 818-839-2333<br><br>J. Burton LeBlanc<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>T: 225-761-6463<br><br>*Plaintiffs' Steering Committee* |

| | |
|---|---|
| By: /s/ Eric Knapp<br>Troy M. Yoshino (admitted pro hac vice)<br>troy.yoshino@winston.com<br>Eric Knapp (admitted pro hac vice)<br>eric.knapp@winston.com<br>**WINSTON & STRAWN LLP**<br>101 California Street, Suite 3500<br>San Francisco, CA 94111-5840<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 | By: /s/ Raoul G. Cantero<br>Raoul G. Cantero (Florida Bar No. 552356)<br>rcantero@whitecase.com<br>Jaime A. Bianchi (Florida Bar No. 908533)<br>jbianchi@whitecase.com<br>**WHITE & CASE LLP**<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br><br>*Attorneys for Defendant Mercedes-Benz USA, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Peter Prieto*
     Peter Prieto