UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Master File No. 15-MD-02599-FAM

| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION |
|---|
| THIS DOCUMENT RELATES TO: <br><br> ALL ECONOMIC LOSS TRACK CASES AGAINST MERCEDES-BENZ USA, LLC |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS OF PLAINTIFFS PHILLIPS AND RADICAN

THIS CAUSE came before the Court upon the Joint Stipulation of Dismissal with Prejudice of Claims of Plaintiffs Phillips and Radican (**D.E. 4850**), filed on **November 22, 2024**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that all claims of Plaintiffs THERESA RADICAN and JOHN AND NANCY PHILLIPS are **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this 4th of December 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record