IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA



| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ECONOMIC LOSS TRACK CASES AGAINST FORD AND VOLKSWAGEN DEFENDANTS | Case No. 1:15-md-02599-FAM |

## MOTION BY THE SETTLEMENT SPECIAL ADMINISTRATOR TO APPOINT PATRICK J. HRON AS CO-SETTLEMENT SPECIAL ADMINISTRATOR FOR THE FORD AND VOLKSWAGEN/AUDI SETTLEMENT AGREEMENTS

**NOW INTO COURT**, comes Patrick A. Juneau, and respectfully moves this Court for an order appointing Patrick J. Hron as Co-Settlement Special Administrator for the Ford Takata Products Liability Settlement Agreement and the Volkswagen/Audi Takata Product Liability Settlement Agreement (collectively, the "Settlement Agreements"). In support of this Motion, the Movant states as follows:

1.  I have served as the Settlement Special Administrator of the Ford Settlement Agreement since December 20, 2018, and of the Volkswagen/Audi Settlement Agreement since April 4, 2022, following appointment by this Court.

2.  During this period, I have successfully overseen the administration of the Settlement Agreements. As the Court is aware, these Settlement Agreements are not only

1

uniquely complex but also structured to be funded and implemented over several years from their Final Effective Dates.[1]

3. I am nearly 87 years old, and I wish to ensure the uninterrupted and effective administration of the Settlement Agreements, even if I become unable to fulfill my duties for whatever reason.

4. Patrick J. Hron is an attorney who has served under me throughout the ongoing duration of the Ford and Volkswagen/Audi Settlement Agreements and throughout the implementation of the BMW, Honda, Mazda, Nissan, Subaru, and Toyota settlement agreements, which have been completed and closed. In view of this, Mr. Hron has exceptional competence and familiarity with the administrative framework of the Settlement Agreements and each of its parts including most especially the Outreach Programs, the most novel components of these Agreements.

5. Notably, Mr. Hron has been appointed to serve as Co-Administrator with me in several other automotive products liability settlement agreements[2], and has worked for me throughout the entire ten-plus year duration of the BP Settlement Program in which he was involved in virtually all aspects of its administration, including vendor financial and operational oversight, settlement interpretation and policy drafting, and appeal coordination.

6. For these reasons, Mr. Hron is uniquely qualified to ensure the seamless continuation of the administration of these Settlement Agreements, preserving the integrity of the process and compliance with this Court's directives.

---

[1] The Final Effective Date for the Ford Settlement Agreement was March 9, 2020. The Final Effective Date for the Volkswagen/Audi Settlement Agreement was July 8, 2022.

[2] *See*, for example, *In Re: ZF-TRW Airbag Control Units Products Liability Litigation*, U.S. District Court for the Central District of California, Case No. 2:19-ml-02905; *Murphy v. Toyota Motor Corp.*, U.S. District Court for the Eastern District of Texas, Case No. 4:21-cv-00178. Mr. Hron's full resume is attached to this motion as Exhibit A.

7. The appointment of Mr. Hron as Co-Settlement Special Administrator is necessary to ensure a smooth transition of responsibilities and maintain continuity and consistency in the administration of the Settlement Agreements.

8. This request is made proactively to protect the interests of all parties to the Settlement Agreements and to avoid disruption or delay in the administration process.

9. I have conferred with the Parties, through their respective counsel, who agree that the appointment of Mr. Hron as Co-Settlement Special Administrator is appropriate and in the best interests of all involved.

## **CONCLUSION**

**WHEREFORE**, Patrick A. Juneau respectfully requests that this Court:

1. Appoint Patrick J. Hron as Co-Settlement Special Administrator for the Ford and Volkswagen/Audi Takata Products Liability Settlement Agreements, effective immediately;

2. Authorize Mr. Hron to assume full responsibilities as Settlement Special Administrator should Mr. Juneau become unable to continue in his role; and

3. Grant such other and further relief as the Court deems just and proper.

**[SIGNATURE PAGE TO FOLLOW]**

Respectfully submitted,

*[signature]*

PATRICK A. JUNEAU, #07594
Settlement Special Administrator
Post Office Drawer 51268
Lafayette, LA 70505-1268
Telephone: (337) 269-0052
Facsimile: (337) 269-0061

# EXHIBIT A

## Patrick Hron, Settlement Administrator/Mediator

Juneau David, APLC
1200 Camellia Boulevard, Suite 202
Lafayette, LA 70508
Phone: (337) 269-0052
Email: pjh@juneaudavid.com

---

**EXPERIENCE**

**IN RE: HURRICANE LAURA AND HURRICANE DELTA,**
**U.S. DISTRICT COURT, WESTERN DISTRICT OF LOUISIANA**
- Appointed by The Honorable Judge James D. Cain, Jr. to serve as one of sixteen Court-approved neutrals for Hurricane Laura and Delta litigation, mediating several hundred first-party homeowner and business interruption insurance lawsuits throughout Louisiana.
- Assisted Patrick A. Juneau, Special Master, in implementation of the Court's Case Management Order mandating the streamlined mediation of nearly 7,500 insurance lawsuits, with 98% of cases moved through the Court's process within two years of the prescriptive deadline.

**IN RE: ZF-TRW AIRBAG CONTROL UNITS PRODUCT LIABILITY LITIGATION,**
**U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA – MDL 2905**
- Appointed as Settlement Claims Administrator in class action settlement valued at $148 million to implement three-year, multi-faceted program including assessment of several hundred thousand claims for out of pocket expense reimbursement in relation to allegedly defective airbag control units, as well as oversight of customer outreach program aimed at remedying open recalls in affected vehicles.

**SHARON CHENG, ET AL. V. TOYOTA MOTOR CORPORATION, ET AL.,**
**U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**
- Appointed as Settlement Claims Administrator in class action settlement valued at $287 million, instituting efficient processes to cost-effectively assess thousands of claims for out of pocket expense reimbursement in relation to allegedly defective vehicle fuel pump repairs.

**IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION,**
**U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA – MDL 2599**
- Assisted Patrick A. Juneau, Settlement Special Administrator, in the implementation of eight separate settlement agreements, with funds totaling nearly $2.0 billion, including development of processes to efficiently handle several million claims, and execution of a cost-effective and impactful national outreach program for the largest automotive safety recall in United States history, designed to encourage affected owners to replace their defective airbag inflators.

**MURPHY V. TOYOTA MOTOR CORPORATION ET AL. (PENDING FINAL APPROVAL),**
**U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**
- Appointed as Settlement Claims Administrator charged with implementing and administering program reimbursing out of pocket expenses incurred by class members in relation to repair of allegedly defective battery terminals.

**SALAS ET AL. V. TOYOTA MOTOR SALES, U.S.A., INC. (PENDING FINAL APPROVAL),**
**U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
- Appointed as Settlement Claims Administrator charged with implementing and administering program reimbursing out of pocket expenses incurred by class members in relation to repair of allegedly defective vehicle HVAC systems.

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON," BP SETTLEMENT,**
**U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA – MDL 2179**
- Operations, Finance, and Project Management
  - Forecasted monthly financial budgets and claim review throughput for nearly a dozen different settlement program vendors across varying settlement administration scopes, with total monthly expenses of over $30 million dollars.
  - Monitored actual claim review throughput and labor invoices by month compared to forecasted administrative expenses and expected productivity to ensure expectations were consistent with actual output achieved, and to then forecast future months' budget and expected activity.
  - Provided insight on legal implications of business process decisions to ensure that efforts to increase claim review efficiency and effectiveness were compliant with the settlement agreement, applicable policies, and Court Order.
- Internal Counsel - Assisted Patrick A. Juneau as Claims Administrator in implementation and interpretation of the 1,000+ page settlement agreement containing 12 compensation models, with over 380,000 individual claims and over $12 billion issued in payments.
- Appeals Coordinator - Managed the coordination of over 16,000 appeals filed regarding disputes of claim determinations, which included District Court and Fifth Circuit Court of Appeals levels of review.
- Internal Audit - Audited several hundred claims per quarter with an aggregate payment amount over $50 million, to ensure vendor claim review was accurate and consistent with the settlement agreement.

**OPELOUSAS GENERAL HOSPITAL AUTHORITY V. BLUE CROSS/BLUE SHIELD OF LOUISIANA,**
**27TH JUDICIAL DISTRICT COURT, FOR THE PARISH OF ST. LANDRY, LOUISIANA**
- Developed and applied allocation model leveraging medical provider records available from defendant to proficiently and equitably distribute claimant fund in $115 million settlement regarding alleged below-market reimbursement of medical bills submitted by Louisiana healthcare providers to Blue Cross and Blue Shield of Louisiana.

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON," HALLIBURTON ENERGY SERVICES INC. ("HESI")/TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS SETTLEMENT PROGRAMS,**
**U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA – MDL 2179**
- Assisted Patrick A. Juneau, Claims Administrator, in the implementation of the $2.3 billion HESI and Transocean settlement programs, leveraging massive amounts of claimant data and results from the BP settlement program to assess eligibility and compensation for HESI and Transocean claims, thereby avoiding the need to reproduce claim review work for tens of thousands of overlapping claimants and saving the settlement class tens of millions of dollars in otherwise unnecessary administrative expenses.

**REMY MCCARTHY, ET AL., V. TOYOTA MOTOR CORP., ET AL.,**
**U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
- Assisted Patrick A. Juneau, Settlement Claims Administrator, in allocating $20 million in settlement class funds to eligible class members for reimbursable out of pocket expenses incurred in relation to alleged automotive defect repairs, and distribution of residual funds to eligible class members at program end.

**SIMERLEIN ET AL., V. TOYOTA MOTOR CORPORATION ET AL.,**
**U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**
- Assisted Patrick A. Juneau, Special Master, in allocating settlement class funds for several thousand claimants to determine eligibility and out of pocket reimbursement payment amounts.

**MONSANTO "ROUNDUP" SETTLEMENT ALLOCATIONS**
- Developed and implemented settlement fund allocation matrix with algorithmic solutions to efficiently evaluate medical data for hundreds of claimants to calculate payment award amounts for eight-figure settlement.

**MINE SAFETY APPLIANCE DUST MASK ALLOCATIONS**
- Developed and implemented settlement fund allocation matrix to efficiently evaluate available, relevant data for hundreds of claimants to calculate payment award amounts.

# EDUCATION

- **LOUISIANA STATE UNIVERSITY** – Baton Rouge, LA
    - **JURIS DOCTORATE/GRADUATE DIPLOMA IN CIVIL LAW** – May 2012
    - **MASTER OF BUSINESS ADMINISTRATION** – May 2012
    - **BACHELOR OF SCIENCE** – May 2008

# ADMISSIONS AND AFFILIATIONS
- Louisiana State Bar Association Member (Bar Roll #34598)
- Admitted to all State and Federal Courts in Louisiana, including the United States Fifth Circuit Court of Appeals
- Fellow, Academy of Court-Appointed Neutrals

3

ORIGIN ID:LFTA (337) 269-0052
PATRICK A. JUNEAU
JUNEAU DAVID
1200 CAMELLIA BLVD.
SUITE 202
LAFAYETTE, LA 70508
UNITED STATES US

SHIP DATE: 05DEC24
ACTWGT: 0.50 LB
CAD: 4589268/INET4760

BILL SENDER

TO ANGELA E. NOBLE, CLERK OF COURT
WILKIE FERGUSON, JR. US COURTHOUSE
400 NORTH MIAMI AVENUE

MIAMI FL 33128
(305) 523-5100
INV:
PO: REF:
DEPT:

58CJ4/EB78/C6C4

FedEx Express

E

TRK# 0201 7705 1963 6943

FRI - 06 DEC 12:00P
PRIORITY OVERNIGHT

X6 MPBA

33128
FL-US MIA

FedEx Ship Manager - Print Your Label(s)

12/5/24, 10:54 AM

1 12:00 E 6943 12.06

This envelope is only for FedEx Express® shipments.

