IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

DEC 06 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ECONOMIC LOSS TRACK CASES AGAINST FORD AND VOLKSWAGEN DEFENDANTS | Case No. 1:15-md-02599-FAM |

### [PROPOSED] ORDER REGARDING THE MOTION BY THE SETTLEMENT SPECIAL ADMINISTRATOR TO APPOINT PATRICK J. HRON AS CO-SETTLEMENT SPECIAL ADMINISTRATOR FOR THE FORD AND VOLKSWAGEN/AUDI SETTLEMENT AGREEMENTS

**CONSIDERING** the request by Patrick A. Juneau, Settlement Special Administrator of the Ford Takata Products Liability Settlement Agreement and the Volkswagen/Audi Takata Products Liability Settlement Agreement, and being fully apprised, **IT IS HEREBY ORDERED** as follows:

1. Patrick J. Hron is appointed as Co-Settlement Special Administrator for the Ford and Volkswagen/Audi Takata Product Liability Settlement Agreements, effective immediately; and

2. Mr. Hron is authorized to assume full responsibilities as Settlement Special Administrator should Mr. Juneau become unable to continue in his role.

DONE AND ORDERED in Miami, Florida, this _____ of _____, 2024.

_____
FEDERICO A. MORENO
United States District Judge

ORIGIN ID:LFTA (337) 269-0052
PATRICK A. JUNEAU
JUNEAU DAVID
1200 CAMELLIA BLVD.
SUITE 202
LAFAYETTE, LA 70508
UNITED STATES US

SHIP DATE: 05DEC24
ACTWGT: 0.50 LB
CAD: 4589268/INET4760

BILL SENDER

TO ANGELA E. NOBLE, CLERK OF COURT
WILKIE FERGUSON, JR. US COURTHOUSE
400 NORTH MIAMI AVENUE

MIAMI FL 33128
(305) 523-5100
INV:
PO: REF: DEPT:

58CJ4/EB78/C6C4

FedEx Express

E

FedEx Ship Manager - Print Your Label(s)

TRK# 0201 7705 1963 6943

FRI - 06 DEC 12:00P
PRIORITY OVERNIGHT

X6 MPBA

33128
FL-US MIA

12/5/24, 10:54 AM

1 E 12:00 6943 12.06

This envelope is only for FedEx Express® shipments.

