UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Master File No.: 15-MD-02599-MORENO

IN RE: TAKATA AIRBAG PRODUCTS

LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
ECONOMIC LOSS TRACK CASES AGAINST
FORD AND VOLKSWAGEN DEFENDANTS

## ORDER GRANTING THE MOTION BY THE SETTLEMENT SPECIAL ADMINISTRATOR TO APPOINT PATRICK J. HRON AS CO-SETTLEMENT SPECIAL ADMINISTRATOR FOR THE FORD AND VOLKSWAGEN/AUDI SETTLEMENT AGREEMENTS

**CONSIDERING** the request by Patrick A. Juneau, Settlement Special Administrator of the Ford Takata Products Liability Settlement Agreement and the Volkswagen/Audi Takata Products Liability Settlement Agreement, and being fully apprised, **IT IS HEREBY ORDERED** as follows:

1. Patrick J. Hron is appointed as Co-Settlement Special Administrator for the Ford and Volkswagen/Audi Takata Product Liability Settlement Agreements, effective immediately; and

2. Mr. Hron is authorized to assume full responsibilities as Settlement Special Administrator should Mr. Juneau become unable to continue in his role.

DONE AND ORDERED in Miami, Florida, this 5th of December 2024.

FEDERICO A. MORENO  
UNITED STATES DISTRICT JUDGE

Copies furnished to:  
Counsel of Record