# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

MDL No. 2599
Master File No. 15-02599-CIV-Moreno
S.D. Fla. Case No. 1:15-md-02599-FAM

IN RE:

**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**,

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Michael Andrew Zee of the U.S. Department of Justice, Civil Division, respectfully moves the Court under Local Rule 11.1(d)(3) to withdraw his appearance on behalf of the United States.

Nearly ten years ago, on September 11, 2015 and pursuant to 28 U.S.C. § 517, the United States filed a Statement of Interest to inform the Court that a request by Defendants for a stay of proceedings was not necessary to protect a pending safety defect investigation by the National Highway Traffic Safety Administration (NHTSA).[1]  *See* ECF No. 692 at 1-2.  The Court on September 23, 2015 denied the stay request, and noted that it "largely agrees with the Government's perspective with regard to the lack of interference of the pending claims with NHTSA's investigatory and regulatory activities." ECF No. 737 at 5 n.4.  The arguments set

---

[1] Section 517 authorizes the Department of Justice to file a Statement of Interest, which, as this Court has explained, is "a formal—and appropriate—means of communication from the executive branch to the judicial branch." *Ungaro-Benages v. Dresdner Bank AG*, 2003 WL 25729923, at *2 (S.D. Fla. Feb. 20, 2003). Section 517 provides: "The Solicitor General, or any officer of the Department of Justice, may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States."

forth in the Statement of Interest have accordingly been resolved, and the United States, which is not and has never been a party in the case, no longer maintains an active interest in the litigation.

Prior to filing this motion, and consistent with Local Rule 11.1(d)(3)(A), counsel notified NHTSA of his intent to withdraw as counsel, and NHTSA concurred with the withdrawal. For all of these reasons, the United States respectfully requests that the Court grant this motion, that Michael Andrew Zee be withdrawn as counsel for the United States, and that the Clerk of Court remove his name from the service list in this case.

A proposed order is arrached.

Dated: February 14, 2025.                     Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Acting Assistant Attorney General

                                              JULIE STRAUS HARRIS
                                              Assistant Director
                                              Federal Programs Branch

                                              _/s/ M. Andrew Zee_____
                                              M. ANDREW ZEE (CA Bar #272510)
                                              Attorney
                                              U.S. Department of Justice, Civil Division
                                              Federal Programs Branch
                                              415 Golden Gate Avenue, Room 7-5395
                                              San Francisco, CA 94102
                                              Telephone: (415) 436-6646
                                              Email: m.andrew.zee@usdoj.gov

                                              *Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2025, a copy of the foregoing Motion was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to all counsel of record.

                                                 */s/ M. Andrew Zee*
                                                 M. ANDREW ZEE