IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MDL No. 2599
Master File No. 15-02599-CIV-Moreno
S.D. Fla. Case No. 1:15-md-02599-FAM

IN RE:

**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**,

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

     Having considered the Motion to Withdraw as Counsel, and good cause appearing, it is hereby ORDERED that the Motion to Withdraw as Counsel is GRANTED, and that Michael Andrew Zee is terminated as counsel for the United States in this matter. The Clerk shall remove Michael Andrew Zee from the service list.

DATED: February _____, 2025

                                                                        Federico A. Moreno
                                                                        United States District Judge