IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MDL No. 2599
Master File No. 15-02599-CIV-Moreno
S.D. Fla. Case No. 1:15-md-02599-FAM

IN RE:

TAKATA AIRBAG PRODUCTS LIABILITY
LITIGATION,

_____

THIS DOCUMENT RELATES TO ALL CASES
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon Michael Andrew Zee's Motion to Withdraw as Counsel (**D.E. 4854**), filed on **February 14, 2025**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that the Motion to Withdraw as Counsel is **GRANTED**. Michael Andrew Zee is terminated as counsel for the United States in this matter. The Clerk shall remove Michael Andrew Zee from the service list.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of February 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record