## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## Miami Division

| | |
|---|---|
| IN RE:<br><br>**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION** | MDL No. 2599 |
| THIS DOCUMENT RELATES TO ALL ECONOMIC LOSS TRACK CASES and:<br><br>*Bridget Boyd, et al., individually and on behalf of all others similarly situated, v. FCA US LLC*, | Master File No. 15-MD-2599-MORENO<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM (Economic Loss Track) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that undersigned counsel respectfully moves for the withdraw of the appearance *pro hac vice* of Michael P. Croghan of the law firm of Clark Hill PLC, 130 East Randolph St., Suite 3900, Chicago, Illinois 60601 in the above-captioned litigation on behalf of Defendant, FCA US LLC. Such withdrawal shall not affect the status of undersigned counsel or the other attorneys of record for FCA US LLC: Daniel T. Graham, Jay M. Berger, Jeffrey M. Sniadanko and Paul C. Do, of Clark Hill PLC, 130 East Randolph Street, Suite 3900, Chicago, Illinois 60601.

Movant respectfully requests that the Court direct the Clerk's office to terminate the appearance *pro hac vice* of Michael P. Croghan in this litigation and to remove him from the CM/ECF service list.

A proposed order is attached hereto as Exhibit "A."

Dated: March 11, 2025

Respectfully submitted,

By: */s/ Scott M. Sarason*
Scott M. Sarason
Florida Bar No. 0394718
ssarason@rumberger.com
RUMBERGER KIRK & CALDWELL
Brickell City Tower, Suite 3000
80 Southwest 8th Street

Miami, Florida 33130
Tel: (305) 995-5422
Fax: (786) 536-3446

By: */s/ Michael P. Croghan*
Daniel T. Graham (*pro hac vice*)
dgraham@clarkhill.com
Michael P. Croghan (*pro hac vice*)
mcroghan@clarkhill.com
Jeffrey M. Sniadanko (*pro hac vice*)
jsniadanko@clarkhill.com
Paul C. Do (*pro hac vice*)
pdo@clarkhill.com
CLARK HILL PLC
130 E. Randolph Street, Suite 3900
Chicago, Illinois 60601
Tel: (312) 985-5945 (Graham)
Fax: (312) 985-5954 (Graham)

*Attorneys for FCA US LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, a true and correct copy of the foregoing was filed via CM/ECF and served on all counsel of record via electronic notices generated by CM/ECF.

By: */s/ Scott M. Sarason*