UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| IN RE:<br><br>**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION** | MDL No. 2599 |
| THIS DOCUMENT RELATES TO ALL ECONOMIC LOSS TRACK CASES and:<br><br>*Bridget Boyd, et al., individually and on behalf of all others similarly situated, v. FCA US LLC*, | Master File No. 15-MD-2599-MORENO<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM (Economic Loss Track) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter comes before the Court upon the Motion to Withdraw as Counsel of Record filed on March 4, 2025 by Scott M. Sarason, Esq. with respect to the appearance *pro hac vice* of Michael P. Croghan this Court granted on August 24, 2021 (Dkt. #4101).

THE COURT, having considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record is GRANTED. Attorney Michael P. Croghan of Clark Hill PLC is terminated as counsel for Defendant, FCA US LLC.

The Clerk shall remove Attorney Michael P. Croghan from the electronic notification service list for this matter.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____, 2025.

_____
FEDERICO A. MORENO
United States District Judge

Copies furnished to: All Counsel of Record