UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Master File No.: 15-MD-02599-MORENO

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO ALL ECONOMIC LOSS TRACK CASES and: *Bridget Boyd, et al., individually and on behalf of all others similarly situated, v. FCA US LLC* | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter comes before the Court upon the Motion to Withdraw as Counsel of Record **(D.E. 4857)**, filed on **March 11, 2025**.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record is GRANTED. Attorney Michael P. Croghan of Clark Hill PLC is terminated as counsel for Defendant, FCA US LLC.

The Clerk shall remove Attorney Michael P. Croghan from the electronic notification service list for this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this _12th_ of March 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record