UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Master File No.: 15-MD-02599-MORENO

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: ECONOMIC LOSS TRACK CASES AGAINST MERCEDES-BENZ, USA LLC | |

### ORDER GRANTING IN PART DEFENDANT'S MOTION TO ALTER OR AMEND ORDER AS TO THE WASHINGTON STATUTORY CLASS

THIS CAUSE came before the Court upon Defendant Mercedes-Benz, USA LLC's Motion to Alter or Amend Order (**D.E. 4858**), filed on March 11, 2025.

The Court notes that the Order Granting in Part Plaintiffs' Motion for Class Certification (**D.E. 4856**), filed on February 26, 2025, provided incorrect classification for Plaintiff Goldberg's claims under the Washington Consumer Protection Act. The Court inadvertently labeled the class as a multistate class as opposed to a single-state class. Accordingly, Mercedes-Benz's Motion is **GRANTED IN PART**. The Court amends the language of paragraph 6 on pages 38 and 39 of the Order (D.E. 4856) as follows:

> Plaintiffs' request to certify a single-state class for Plaintiff William Goldbergs statutory claim under the Washington Consumer Protection Act pursuant to Federal Rule of Civil Procedure 23(b)(3) is **GRANTED**.

The Court's analysis on pages 31 and 32 of the Order remains the same, save for the language categorizing this class as a multistate class that includes Iowa, Mississippi, North Carolina, and Oregon. In other words, the Court clarifies that predominance is met for the reasons it stated in its Order, but only as to this single-state class under Washington law.

The Court defers ruling on the remainder of Mercedes-Benz's Motion until it has been fully briefed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___12___ of March 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record