UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION | MDL No. 2599 |
| | Master File No. 15-MD-02599-MORENO |
| This Document Relates to All Economic Loss Cases | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE
FOR RESPONSE TO MBUSA'S MOTION FOR RECONSIDERATION**

Plaintiffs respectfully move to extend the March 25, 2025 deadline to file their response to the motion of Mercedes-Benz USA, Inc. ("MBUSA") for reconsideration of this Court's decision on class certification by one week to April 1, 2025.

In support of their unopposed motion, Plaintiffs assert as follows:

1. MBUSA filed its motion for reconsideration (ECF No. 4858) on March 11, 2025. Under the Local Rules, Plaintiffs' response to MBUSA's motion is currently due on March 25, 2025.

2. Given the number of issues presented in MBUSA's motion, as well as intervening deadlines in other matters, to which Plaintiffs' counsel must devote resources, Plaintiffs require a short, one-week extension of time to prepare their response to MBUSA's motion.

3. Plaintiffs' Counsel has conferred with Counsel for MBUSA, which does not oppose the requested extension of time.

4. This motion is being submitted in good faith, is supported by good cause, and no party will be prejudiced by the requested deadline extension, which will not affect any other deadlines in the case.

1

**WHEREFORE**, Plaintiffs respectfully request that the Court extend the deadline for Plaintiffs to file their response to MBUSA's motion for reconsideration of the Court's ruling on class certification from March 25, 2025 until April 1, 2025.

Dated: March 24, 2025

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
Stephen F. Rosenthal (FBN 131458)
Matthew P. Weinshall (FBN 84783)
SunTrust International Center
2525 Ponce de Leon
Suite 500
Coral Gables, FL  33134
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: pprieto@podhurst.com
srosenthal@podhurst.com
mweinshall@podhurst.com

***Chair Lead Counsel for Plaintiffs***

| | |
|---|---|
| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **SMITH LACIEN LLP**<br>Todd A. Smith<br>tsmith@smithlacien.com<br>70 W Madison St Suite 5770,<br>Chicago, IL 60602<br>(312) 509-8900<br><br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel:  (914) 749-8200<br>Fax: (914) 749-8300<br>Email: dboies@bsfllp.com<br>         mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel:  (305) 539-8400<br>Fax: (305) 539-1307<br>Email: szack@bsfllp.com<br>         mheise@bsfllp.com<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T:    415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br><br>*Plaintiffs' Steering Committee* |

| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC** <br> James E. Cecchi <br> jcecchi@carellabyrne.com <br> 5 Becker Farm Road <br> Roseland, NJ 07068-1739 <br> T: 973 994-1700 <br> f: 973 994-1744 <br><br> *Plaintiffs' Steering Committee* | **BARON & BUDD, PC** <br> Roland Tellis <br> rtellis@baronbudd.com <br> David Fernandes <br> dfernandes@bardonbudd.com <br> Mark Pifko <br> mpifko@baronbudd.com <br> 15910 Ventura Blvd., <br> Suite 1600 <br> Encino, CA 91436 <br> T: 818-839-2333 <br><br> J. Burton LeBlanc <br> 9015 Bluebonnet Blvd. <br> Baton Rouge, LA 70810 <br> T: 225-761-6463 <br><br> *Plaintiffs' Steering Committee* |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Peter Prieto*
       Peter Prieto