# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Miami Division

| | |
|---|---|
| IN RE:<br><br>**TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION** | MDL No. 2599 |
| THIS DOCUMENT RELATES TO ALL ECONOMIC LOSS TRACK CASES and:<br><br>*Bridget Boyd, et al., individually and on behalf of all others similarly situated, v. FCA US LLC,* | Master File No. 15-MD-2599-MORENO<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM<br>(Economic Loss Track) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that attorney Paige S. Comparato respectfully moves for the withdrawal of her appearance as counsel for Toyota Motor Engineering & Manufacturing North America, Inc. in the above-captioned litigation. All other attorneys involved in this case from King & Spalding LLP continue to represent Toyota Motor Engineering & Manufacturing North America, Inc. and have consented to this withdrawal.

Movant respectfully requests that the Court direct the Clerk's office to terminate the appearance of Paige S. Comparato in this litigation and to remove her from the CM/ECF service list.

A proposed order is attached hereto as Exhibit 1.

Dated: April 28, 2025

                                              Respectfully submitted,

By: */s/ Paige S. Comparato*
Paige S. Comparato
Fla. Bar No. 1002942
**KIRKLAND & ELLIS LLP**
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Tel.: (305) 432-5600
Fax: (305) 432-5601

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2025, a true and correct copy of the foregoing was filed via CM/ECF and served on all counsel of record via electronic notices generated by CM/ECF.

By: */s/ Paige S. Comparato*
Paige S. Comparato, Esq.
