UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

| | |
|---|---|
| IN RE: <br><br> **TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION** | MDL No. 2599 |
| THIS DOCUMENT RELATES TO ALL ECONOMIC LOSS TRACK CASES and: <br><br> *Bridget Boyd, et al., individually and on behalf of all others similarly situated, v. FCA US LLC,* | Master File No. 15-MD-2599-MORENO <br><br> S.D. Fla. Case No. 1:14-cv-24009-FAM (Economic Loss Track) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter comes before the Court upon the Motion to Withdraw as Counsel of Record filed on April 28, 2025 by Paige S. Comparato, Esq.

THE COURT has considered the Motion, pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that the Motion to Withdraw as Counsel of Record is **GRANTED**. Attorney Paige S. Comparato is terminated as counsel for Toyota Motor Engineering & Manufacturing North America, Inc.

The Clerk shall remove Attorney Paige S. Comparato from the electronic notification service list for this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of May 2025.

FEDERICO A. MORENO
United States District Judge

Copies furnished to: All Counsel of Record