**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION | Case No. 1:15-md-02599-FAM |

THIS DOCUMENT RELATES TO:
ECONOMIC LOSS TRACK CASES AGAINST
FORD AND VOLKSWAGEN DEFENDANTS



FILED BY____ D.C.

JUN 1 6 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## REPORT BY THE SETTLEMENT SPECIAL ADMINISTRATOR ON THE IMPLEMENTATION OF THE OUTREACH PROGRAMS PURSUANT TO THE FORD AND VOLKSWAGEN SETTLEMENT AGREEMENTS[1]

### STATUS REPORT NO. 29 FILED JUNE 9, 2025

The Settlement Special Administrator of the Volkswagen Settlement Agreement (the "Settlement Agreement") submits this Report to the Court to provide updates and insights into the ongoing efforts of the Outreach Program under the Settlement Agreement[2].

As explained in further detail below, the Outreach Program has been designed through discussion with the Parties, the National Highway Traffic Safety Administration, and the Independent Monitor of the Takata recalls to utilize techniques and approaches not previously applied in the recall industry, with a focus on personalized, targeted direct campaigns aimed at increasing the volume of outreach attempts per consumer via traditional and non-traditional channels with the goal of maximizing the recall remedy completion rate to the greatest extent practicable given the applicable provisions of the Settlement Agreement. To this end, the

---

[1] In light of the fact that the Outreach Program under the Ford settlement agreement has now been concluded, future Status Reports and the data and activities contained therein will now pertain to only the Volkswagen Outreach Program.
[2] The data and information contained in this report is generally as of mid-Q2 2025.

Settlement Special Administrator and Outreach Program vendors regularly confer and communicate with the automobile manufacturers to coordinate concerted efforts to ensure that outreach to affected vehicle owners is conducted as efficiently and effectively as possible and to continually improve the overall process.

1. **Direct Outreach**

    a.  Current and Future Campaigns in Direct Outreach to Affected Consumers

The Settlement Special Administrator and Outreach Program vendors continue to deploy various direct outreach activities previously discussed in prior Status Reports, including specific thematic materials by mail and email (including but not limited to "new owner" creative, "personal agent" creative, "missed appointment" creative, "mobile repair" creative) that have traditionally performed best in terms of response, appointment, and remedy rates, all of which have been described extensively in prior Reports.

In addition to those Outreach types that are continually used and rotated on a periodic basis, the Settlement Special Administrator and Outreach Program vendors have found that the inclusion of personalized video messages which was recently deployed in email format has a significant correlation with increased Recall Remedy rates when the recipients view those videos. As noted in the prior Report, these videos include the recipient's name and reference their specific year, make, and model of vehicle, which confirms for the recipient that this message was tailored and intended for them, reducing the likelihood that the recipient dismisses it as spam or marketing material.

In view of this, upcoming outreach mailers will also attempt to leverage this technology by including QR-codes that recipients can scan on their phones to view their personalized video regarding their open Takata recall. To improve visibility and engagement, attention-grabbing

envelopes indicating their sensitive and urgent nature will be utilized for these pieces. Similarly, these personalized videos will be re-deployed in email format with updated subject lines aimed at maximizing open rates and avoiding email provider spam filters.

Additionally, the Settlement Special Administrator and Outreach Program vendors have developed a series of new mail materials to emphasize the severe nature of the Takata recall. First, there will be a June mailing with a perforated tear-off reminder card that includes an illustration demonstrating the nature of a Takata inflator rupture within a diagram of a vehicle, emphasizing that sharp metal fragments can be shot through the vehicle at up to 200 miles per hour, potentially injuring or killing the driver or passengers. Also on this reminder card is information, including a QR-code, on how to schedule a Recall Remedy appointment. Another recently developed piece in the same vein notes some of the potential injuries that can be sustained due to a Takata inflator rupture, including cuts and lacerations, bone fractures, nerve damage, vision loss, and death. The piece emphasizes that the potential for these harms is preventable simply by having the Recall Remedy performed. Again, given the importance of packaging in cutting through mailbox clutter, these pieces will be mailed in large-format envelopes, including, for example, UPS Mail Innovations envelopes, larger "airmail" type envelopes, and large 6x9 brown terra envelopes.

b. <u>Continued Efforts with State Departments and Other Entities</u>

As reported, the Settlement Special Administrator and the automobile manufacturers have engaged various state departments to endorse the deployment of letters on behalf of their respective states to inform affected citizens of the Takata inflator recall and its severity, as well as to provide information on how to have the Recall Remedy completed. These efforts have resulted in some of the highest response rates and remedy rates of any communications in the Outreach Program. In

addition to the states in which these letters have previously been mailed[3], similar letters have been mailed or are anticipated to be mailed in the coming months in Puerto Rico (its third mailing) and Texas (its third mailing). The fact that several states have now re-engaged on this type of effort for second, third, fourth, and even fifth mailings is encouraging considering the significant success of these letters in generating repairs. The Settlement Special Administrator and the automobile manufacturers continue to contact state departments to seek their cooperation in this valuable and effective effort.

c.   Overall Deployment and Response

A total of 21,119,007 outbound deployments across all available channels have been made by the Settlement Special Administrator and Outreach Program vendors to affected consumers. These deployments are broken out by primary channels below:

| Channel | Volume | Total Appointments |
|---|---|---|
| Direct Mail Pieces | 6,250,232 | 34,889 |
| Emails | 3,483,980 | 1,474 |
| Outbound Calls | 2,746,010 | 40,624 |
| Digital/Facebook Impressions | 8,628,733 | 1[4] |
| Tagging[5] | 10,052 | 410 |

---

[3] Louisiana, Michigan, New York, Mississippi, Alabama, Kentucky, Wisconsin, Minnesota, North Carolina, Virginia, Arkansas, Florida, Georgia, Pennsylvania, South Carolina, Ohio, Nebraska, Tennessee, Florida, Texas, Idaho, California, Puerto Rico, Colorado, New Mexico, Massachusetts, Nevada, Arizona.

[4] Social media deployment on Facebook and other platforms is an extremely low-cost channel used primarily to keep consumer awareness and a social presence to support other outreach activities which more regularly result in appointments and repairs, such as direct mail and outbound phone calls.

[5] "Tagging" refers to the process referenced in this and prior reports, whereby the Settlement Special Administrator's Outreach Program vendors actively search for affected vehicles on the road and, when found, place recall notifications on those vehicles. As of January 1, 2025, these efforts were ceased as the specific sub-vendor used to implement tagging dropped this service. However, the Settlement Special Administrator and Outreach Program vendors continue to seek out other sub-vendors that may be able to provide the same or similar services in the future.

d.  Overall Results

The Settlement Special Administrator and Outreach Program vendors have performed outreach resulting in a total of 78,389[6] appointments and "warm transfers" to facilitate consumers to schedule appointments directly with dealers, and 83,168 Recall Remedies have been completed since the transition of outreach to the Settlement Special Administrator and Outreach Program vendors.[7]

## 2.  Additional Activities and Efforts

At the end of 2021, the Settlement Special Administrator discontinued the use of earned media efforts as part of its Takata Outreach Program. Given the significant media coverage over the last several years, these earned media strategies aided in raising affected vehicle owners' awareness and understanding of the legitimacy and gravity of the Takata recalls. In ongoing consultation with the Parties and the National Highway Traffic Safety Administration, the Settlement Special Administrator and Outreach Program vendors continue to evaluate other activities to be performed in addition to and in conjunction with direct outreach to consumers.

---

[6] This figure slightly exceeds the aggregate sum of the Total Appointments by Channel in the chart above because some appointments are set through other means more difficult to directly quantify, such as the Outreach Program Landing Page.

[7] Considering the significant efforts put forth towards indirect outreach methods such as mass media and public relations-type activities, Status Reports provide the total number of Recall Remedies performed, irrespective of whether direct outreach had been performed on a vehicle. As previously mentioned, consumers often schedule repair appointments directly with the automobile manufacturer or their local dealership rather than by calling the Outreach Program's call center to do so. As such, the total Recall Remedy completion count presented here cannot be attributed solely to those direct activities conducted by the Settlement Special Administrator and Outreach Program vendors and exceeds the number of appointments and "warm transfers" set by Outreach Program vendors. This is also consistent with the fact that each automobile manufacturer continues significant and extensive outreach efforts beyond those activities performed by the Settlement Special Administrator in the Outreach Program under the Settlement Agreement.

### 3.  Conclusion

The Settlement Special Administrator offers this Report to ensure that the Court is informed of the status of the Outreach Program to date. If the Court finds more information helpful, the Settlement Special Administrator stands ready to provide it at the Court's convenience.

   /s/ Patrick J. Hron
PATRICK J. HRON
Settlement Special Administrator

**UNITED STATES POSTAL SERVICE.**   Retail

**P**   US POSTAGE PAID
**$10.10**
Origin: 70503
06/09/25
2149850805-02

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**PRIORITY MAIL®**

0 Lb 2.50 Oz
**RDC 03**

EXPECTED DELIVERY DAY:  06/12/25

C075

SHIP
TO:
400 N MIAMI AVE
MIAMI FL 33128-1801

USPS TRACKING® #

9505 5148 0983 5160 9808 13

FROM:
PATRICK HRON
104 Amaryllis Drive
Lafayette LA 70503


USPS INSPECTED

TO:
Wilkie D. Ferguson Jr.
United States Courthouse
c/o Angela Noble, Clerk
400 North Miami Ave.
Miami FL 33128

REC'D BY _____ D.C.
JUN 16 2025
ANGELA E. NOBLE

EP14F October 2023
OD: 12 1/2 x 9 1/2


USPS.COM/PICKUP

how2recycle.info
PAPER
POUCH





This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023. All rights reserved.