**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION** | MDL No. 2599 |
| This Document Relates to All Economic Loss Class Actions and: | Master File No. 15-MD-2599-FAM |
| | S.D. Fla. Case No. 1:14-cv-24009-FAM |
| STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |

**MOTION TO WITHDRAW COUNSEL**

> Raoul G. Cantero
> Jaimie A. Bianchi
> WHITE & CASE LLP
> 200 South Biscayne Blvd., Suite 4900
> Miami, FL 33131-2352
> Telephone: (305) 371-2700
> Facsimile:  (305) 358-5744
>
> Troy M. Yoshino
> WINSTON & STRAWN LLP
> 101 California Street, Suite 2100
> San Francisco, CA 94111-5891
> Telephone: (415) 591-1000
> Facsimile:  (415) 591-1400
>
> *Attorneys for Defendant*
> *Mercedes-Benz USA, LLC*

Pursuant to Local Rules 7.1(a) and 11.1(d)(3)(A), Mercedes-Benz USA, LLC ("MBUSA") hereby moves to withdraw Eric J. Knapp as counsel of record in the above-captioned matter, and in support, states as follows:

1. Mr. Knapp recently left the law firm of Winston & Strawn LLP.

2. Mr. Knapp served notice of his proposed withdrawal on MBUSA, and Winston & Strawn LLP served notice on opposing counsel.

3. MBUSA will continue to be represented by Troy M. Yoshino of Winston & Strawn LLP and Raoul G. Cantero and James A. Bianchi of White & Case LLP.

MBUSA respectfully requests that the Court enter an order withdrawing Mr. Knapp as counsel and removing Mr. Knapp from the CM/ECF service list.

Dated: July 28, 2025

Respectfully submitted,

*/s/ Raoul G. Cantero*
Raoul G. Cantero (Florida Bar No. 552356)
raoul.cantero@whitecase.com
Jaime A. Bianchi (Florida Bar No. 908533)
jbianchi@whitecase.com
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino (*admitted pro hac vice*)
TYoshino@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 2100
San Francisco, CA 94111-5891
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I electronically filed this motion with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Raoul G. Cantero*
Raoul G. Cantero

3