UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: TAKATA AIRBAG<br>PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to All Economic Loss<br>Class Actions and: | MDL No. 2599<br><br>Master File No. 15-MD-2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |
| STEPHANIE PUHALLA, et al., individually<br>and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | |

### ORDER GRANTING MOTION TO WITHDRAW COUNSEL

THIS MATTER comes before the Court upon the Motion to Withdraw Counsel (**D.E. 4872**), filed on **July 28, 2025**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**. Eric J. Knapp is withdrawn as counsel for Mercedes-Benz USA, LLC and shall be removed from the service list in this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of August 2025.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record