UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-md-02599-FAM

IN RE: Takata Airbag Products Liability Litigation

**STEPHANIE PUHALLA, et al.**

    Plaintiff

vs.

**MERCEDES-BENZ USA, LLC,**

    Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

Attorney **D. Todd Mathews** _____ files this Notice of Change of Address in the above captioned case.   All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Law Firm: **Bailey & Glasser, LLP**
    Address:   **P.O. Box 993**
                   **Maryville, IL 62062**

### Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

**All counsel of record**

Dated: 09/08/2025

Respectfully submitted,

**/s/ D. Todd Mathews**　　　　　**163104**
*Attorney Name*　　　　　　　　　*Bar Number*

**tmathews@baileyglasser.com**
*Attorney E-mail Address*

**Bailey & Glasser, LLP**
*Firm Name*

**P.O. Box 993**
*Street Address*

**Maryville, IL 62062**
*City, State, Zip Code*

**(618) 418-5180**
*Telephone: (xxx)xxx–xxxx*　　　*Facsimile: (xxx)xxx–xxxx*

**Attorney for Plaintiff Lee Gori**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*