UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Master File No.: 15-MD-02599-MORENO

IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ECONOMIC LOSS TRACK CASES AGAINST MERCEDES-BENZ, USA LLC

## ORDER SETTING HEARING ON MERCEDEZ-BENZ USA, LLC'S MOTION TO ALTER OR AMEND ORDER ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

THIS CAUSE came before the Court upon Mercedes-Benz USA, LLC's Motion to Alter or Amend Order on Plaintiffs' Motion for Class Certification (**D.E. 4858**). It is

**ADJUDGED** that oral argument shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **October 30, 2025 at 10:30 A.M.**

Counsel shall be prepared to address whether reliance is an individual issue under North Carolina law, whether North Carolina's duty to disclose exists only in arm's length negotiations and is not substantially similar to that of other states, and how a ruling in favor of Mercedes-Benz may impact classes wherein Plaintiff Bridges has been designated the class representative.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of October 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record