UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
MDL No. 2599
Master File No.: 15-MD-02599-MORENO

IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ECONOMIC LOSS TRACK CASES AGAINST <u>GENERAL MOTORS, LLC</u>

**PLAINTIFFS' RESPONSE TO
GENERAL MOTORS, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY**

GM's notice of supplemental authority (ECF No. 4879) does not support summary judgment on Mr. Sibley's Louisiana redhibition claim (ECF Nos. 4799, 4818-2). The bankruptcy decision cited by GM has ***nothing*** to do with Louisiana redhibition claims at all. It concerns a lawsuit filed by the State of Texas seeking civil penalties against GM for conduct stretching back decades, well before Old GM's bankruptcy. *In re Motors Liquidation Co.*, 2025 WL 2911767, at *1 n.1, (Bankr. S.D.N.Y. Oct. 14, 2025. The decision says nothing about the claims of consumers, like Mr. Sibley, who purchased Old GM vehicles post-bankruptcy from GM dealerships.

As this Court recognized in rejecting GM's argument over two years ago (ECF No. 4683 at 9–10), the Second Circuit unequivocally held that the bankruptcy Sale Order "does not cover [such] Used Car Purchasers' claims." *In Matter of Motors Liquidation Co.*, 829 F.3d 135, 157 (2d Cir. 2016). Nor can GM refute this Court's accurate conclusion that "under Louisiana law, the buyer of a defective vehicle may bring an action against all sellers in the chain of sales for breach of implied warranty." (ECF No. 4689 at 10.) GM's motion should be denied.

Dated: October 28, 2025                                    Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
Matthew P. Weinshall (FBN 84783)
2525 Ponce de Leon
Suite 700
Coral Gables, 33134
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: pprieto@podhurst.com
apodhurst@podhurst.com
srosenthal@podhurst.com
mweinshall@podhurst.com

*Chair Lead Counsel for Plaintiffs*

| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **SMITH LACIEN LLP**<br>Todd A. Smith<br>tsmith@smithlacien.com<br>70 W Madison St Suite 5770,<br>Chicago, IL 60602<br>(312) 509-8900<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
|---|---|
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>Fax: (914) 749-8300<br>Email: dboies@bsfllp.com<br>          mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: (305) 539-8400<br>Fax: (305) 539-1307<br>Email: szack@bsfllp.com<br>          mheise@bsfllp.com<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T:    415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br><br>*Plaintiffs' Steering Committee* |

3

| | |
|---|---|
| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC**<br>James E. Cecchi<br>jcecchi@carellabyrne.com<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>T: 973 994-1700<br>f: 973 994-1744<br><br>*Plaintiffs' Steering Committee* | **BARON & BUDD, PC**<br>Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@bardonbudd.com<br>Mark Pifko<br>mpifko@baronbudd.com<br>15910 Ventura Blvd.,<br>Suite 1600<br>Encino, CA 91436<br>T: 818-839-2333<br><br>J. Burton LeBlanc<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>T: 225-761-6463<br><br>*Plaintiffs' Steering Committee* |