UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL NO. 2599
Master File No. 15-MD-02599-MORENO

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO:

ALL ECONOMIC LOSS TRACK CASES

_____

**NOTICE OF CHANGE OF ADDRESS**

  Attorney John Gravante files this Notice of Change of Address in the above-captioned case.

All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

   John Gravante
   Jayaram Law
   3800 NE 1st Ave
   Suite 500
   Miami, Florida 33137
   Tel: (516) 441-0961
   Email: john@jayaramlaw.com

Dated: January 9, 2026

Respectfully submitted,
By Counsel:
*/s/ John Gravante*
John Gravante
Fla. Bar No. 617113

JAYARAM LAW
3800 NE 1st Ave
Suite 500
Miami, Florida 33137
Tel: (516) 441-0961
Email: john@jayaramlaw.com
*Counsel For Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, a copy of the foregoing was filed electronically via the CM/ECF system and notice of the foregoing was provided to all counsel of record.

*/s/ John Gravante*

John Gravante