IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ECONOMIC LOSS TRACK CASES AGAINST THE FORD DEFENDANTS | Case No. 1:15-md-02599-FAM<br><br> |

## MOTION AND STATUS REPORT BY THE SETTLEMENT SPECIAL ADMINISTRATOR ON THE IMPLEMENTATION AND WIND DOWN OF THE FORD SETTLEMENT AGREEMENT[1]

The Settlement Special Administrator of the Ford Settlement Agreement submits this Report to the Court to provide an update on the ongoing implementation of the Ford Settlement Agreement, including future plans related to the wind down of the Ford Settlement Program and the eventual termination of the Qualified Settlement Fund.

As the Court is aware, the Ford Settlement Agreement was preliminarily approved on or around September 5, 2018, with an Effective Date of March 9, 2020. Additionally, the settlement agreement for defendant Volkswagen/Audi was preliminarily approved on or around November 9, 2021, with its Effective Date on July 8, 2022. The Volkswagen/Audi settlement agreement is noted as there are shared services and resources between the Ford Settlement Agreement and Volkswagen/Audi settlement agreement that affect winding down the Ford Settlement Agreement.

In addition to the Outreach Program for which the Settlement Special Administrator has provided periodic status reports to the Court pursuant to the Ford Settlement Agreement, the

---

[1] This Motion and Status Report mirrors that filed by the Settlement Special Administrator on January 13, 2023, in relation to the BMW, Honda, Mazda, Nissan, Subaru, and Toyota Settlement Agreements (Rec. Doc. 4523).

Settlement Special Administrator has been administering the Qualified Settlement Fund for the following purposes: (a) the Out-of-Pocket Claims Process; (b) the Rental Car/Loaner Program; (c) notice and related costs; (d) claims administration, including expenses associated with the Settlement Special Administrator and his consultants, Taxes, fees, and related costs; (e) residual cash payments to Class Members; (f) Settlement Class Counsel's fees and expenses; and (g) incentive awards to individual Plaintiffs.

Considering that the Final Registration/Claim Deadline of the Ford Settlement Agreement has passed, the Settlement Special Administrator provides this Status Report to the Court to inform as to the remaining tasks to be completed for purposes of winding down the Ford Settlement Program to conclusion over the next year.

## TELEPHONE HOTLINE

Epiq[2] has continued to maintain a toll-free telephone number, 1-888-735-5596, with an Interactive Voice Response ("IVR") system to accommodate potential claimants who have questions about the Ford Settlement Agreement and the Volkswagen/Audi settlement agreement. Call agents are available to take calls Monday through Friday, 8:00 am – 8:00 pm Central Time, excluding days when Epiq is closed for federal holidays, etc.

## WEBSITE

Epiq continues to maintain the case website, https://www.autoairbagsettlement.com/, which is dedicated to the Ford Settlement Agreement and the Volkswagen/Audi settlement agreement in order to assist claimants and to periodically update the site pursuant to the directions of the Settlement Special Administrator. The main case website also provides individualized

---

[2] Epiq was engaged by the Court-appointed Settlement Special Administrator to assist in implementing the Ford Settlement Agreement. Notably, Epiq was also Count-appointed as the Notice Administrator for the Ford Settlement Agreement.

subpages for each of the specific settlement agreements (including the Ford Settlement Agreement and the Volkswagen/Audi settlement agreement), to address particular questions that claimants may have relevant to a specific settlement.

## WRITTEN CORRESPONDENCE

Epiq established the dedicated email address, info@autoairbagsettlement.com, and continues to respond to inquiries sent by individuals and attorneys, in the direction of and/or in conjunction with the Settlement Special Administrator. Other written correspondence sent to the Ford Settlement Agreement's dedicated PO Box or received via a courier service are also responded to by Epiq pursuant to the direction of and/or in conjunction with the Settlement Special Administrator.

## OUT-OF-POCKET CLAIMS AND RESIDUAL DISTRIBUTION

All Out-of-Pocket Claims have been reviewed, and, where eligible, payments have been issued in accordance with the Ford Settlement Agreement. Additionally, the Residual Distributions for Years One through Four of the Ford Settlement Agreement have been completed. Any funds remaining in the Qualified Settlement Funds will be distributed in accordance with Section III.E of the Ford Settlement Agreement. The Settlement Special Administrator does not anticipate the necessity of any *cy pres* distribution at this time.

## DISTRIBUTION TAX REPORTING

In order to facilitate accurate tax reporting for some claimants, an IRS Form W-9 that matched the name and Social Security Number or name and Employer Identification Number issued by the IRS was required to be on file with the Settlement Special Administrator prior to payment being issued. IRS Forms 1099-MISC were issued for Class Representatives and eligible

claimants, where applicable, as per the IRS deadline of January 31 of the year following the distribution(s).

## **PROPOSED CASE CLOSURE ORDER**

The Settlement Special Administrator respectfully requests that the Court issue an Order approving the following to allow the Settlement Special Administrator and/or Epiq, where applicable, to take the actions specified below to further the close down of the Ford Settlement Agreement:

a) Continue to file state and federal tax returns and make payments as necessary from the Qualified Settlement Fund, or associated accounts, of the Ford Settlement Agreement as applicable;

b) Continue to issue IRS Forms 1099-MISC to claimants with reportable distributions and file the same information with the IRS along with annual tax filings, as necessary through the end of the Ford Settlement Program;

c) Retain the Court's jurisdiction over the Qualified Settlement Fund of the Ford Settlement Agreement until such time as the account is closed and fully distributed pursuant to this Court's Case Closing Order;

d) Maintain the existing toll-free number and IVR in its current state until June 29, 2026, at which time the toll-free number and IVR will be modified to remove all information related to the Ford Settlement Program. The toll-free number and live agents will remain operating to service the Volkswagen/Audi settlement program;

e) Maintain the website through June 29, 2026, in its current form, after which a single subpage for the Ford Settlement Program will be maintained, with all other subpages removed. That single subpage will indicate that the case is closed and that the email

4

and live call operators are no longer available to assist claimants with inquiries, but will include information on the escheated distributions and how to request copies of IRS Forms 1099 previously issued. The single subpage related to the Ford Settlement Program will be decommissioned on or around September 11, 2026. The https://www.autoairbagsettlement.com/ website will remain operating to service the Volkswagen/Audi settlement program;

f) Maintain the case PO Box servicing the Ford Settlement Program and physical mailing address through June 29, 2026, after which any mail relating to the Ford Settlement Program will be returned to sender;

g) Maintain the existing info@autoairbagsettlement.com through June 29, 2026, to service the Ford Settlement Program. Any question received on or after June 29, 2026, related to the Ford Settlement Program will receive a response indicating that the Ford Settlement Program is completed. The email address will remain functional after June 29, 2026, to service the Volkswagen/Audi settlement program;

h) Destroy all paper copies of documentation, correspondence, filings, data files, CD/DVD/drives provided by Claimants, or other physical media relating to the Ford Settlement Program as soon as practicable on or after June 29, 2026;

i) Archive all electronic copies of claims, documentation, correspondence, filings, data files, or other media relating to the Ford Settlement Program as soon as practicable after June 29, 2026, with a final purge of the same occurring as soon as practicable after June 29, 2028;

j) Terminate vendor contracts and other outstanding contracts relating to the Ford Settlement Program as and when determined to be appropriate by the Settlement Special Administrator in his sole discretion;

k) Finalize and close any Funds established by Section III.A or otherwise, including for example any associated operating accounts, of the Ford Settlement Agreement as and when determined to be appropriate by the Settlement Special Administrator in his sole discretion;

l) Accelerate escheatment of any unclaimed funds or uncashed checks associated with claims in the Ford Settlement Agreement to the states' unclaimed property divisions as soon as practicable at the time of the closure of the Qualified Settlement Fund and associated accounts, in order to timely wind down the Ford Settlement Program; and

m) Finalize and complete any other issues requiring resolution that may arise in the winddown of the Ford Settlement Program.

## **CONCLUSION**

The Settlement Special Administrator offers this Report to ensure that the Court is informed of the status of the Ford Settlement Program to date. If the Court would find additional information helpful, the Settlement Special Administrator stands ready to provide it at the Court's convenience.

/s/ Patrick J. Hron
PATRICK J. HRON
Settlement Special Administrator

**FedEx**

ORIGIN ID:LFTA (337) 269-0052
PATRICK HRON
104 AMARYLLIS DRIVE

LAFAYETTE, LA 70503
UNITED STATES US

SHIP DATE: 07JAN26
ACTWGT: 0.50 LB
CAD: 263434400/INET4535

BILL SENDER

TO ANGIE E. NOBLE, CLERK OF COURT
WILKIE FERGUSON, JR. US COURTHOUSE
400 NORTH MIAMI AVENUE

MIAMI FL 33128
(305) 523-5100
INV:
PO:

JAN 09 2026
ANGELA E. NOBLE
CLERK U.S. DIST.
S.D. OF FL

FedEx Express

FRI - 09 JAN 5:00P
** 2DAY **

TRK# 8877 0648 4987      33128
0201                     FL-US MIA

S6 MPBA

458-1093

