**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**MDL No. 2599**
**Master File No.: 15-MD-02599-MORENO**
**S.D. Fla. Case No. 1:14-cv-24009-MORENO**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION** | |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

### NOTICE OF CHANGE OF FIRM AFFILIATION, ADDRESS, AND EMAIL OF JANINE L. POLLACK, ADMITTED *PRO HAC VICE*

Local counsel, Peter Prieto, files this Notice of Change of Address in the above captioned case for Janine L. Pollack, attorney admitted *pro hac vice*. All future pleadings, memoranda, correspondence, orders, etc., for Janine L. Pollack shall be sent to:

| | |
|---|---|
| **Law Firm:** | **Hecht Partners LLP** |
| **Address:** | **125 Park Avenue** |
| | **25th Floor** |
| | **New York, NY 10017** |
| **Phone:** | **(212) 851-6821** |
| **Facsimile:** | **(888) 421-4173** |
| **Email:** | **JPollack@hechtpartners.com** |
| **Secondary Email:** | **e-servicecapg@hectpartners.com** |

Dated: March 19, 2026

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
2525 Ponce de Leon Boulevard
Suite 700
Miami, Florida 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: pprieto@podhurst.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: /s/Peter Prieto____
Peter Prieto