**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION** | MDL No. 2599 |
| | Master File No. 15-MD-02599-MORENO |
| This Document Relates to All Economic Loss Cases | |

## NOTICE OF APPEARANCE

JACOB H. KOFFSKY of the law firm Podhurst Orseck, P.A., hereby enters his appearance as attorney of record for Plaintiffs, and requests that copies of all pleadings, notices, and orders relating to this case be served on the undersigned by means of the Court's CM/ECF electronic filing system or by delivery to the undersigned at the address indicated below.

Dated April 17, 2026

Respectfully submitted,

PODHURST ORSECK, P.A.

By:/s/ *Jacob H. Koffsky*
    Jacob H. Koffsky (FBNo.1018115)
    JKoffsky@podhurst.com
    2525 Ponce de Leon, Suite 700
    Coral Gables, Florida 33134
    Telephone: (305) 358-2800

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Jacob H. Koffsky*
Jacob H. Koffsky