**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MDL No. 2599**
**Master File No. 15-2599-**
**MD-MORENO**

**S.D. Fla. Case No. 15-20664-CV-MORENO (Personal Injury Track)**
**S.D. Fla. Case No. 14-24009-CV-MORENO (Economic Loss Track)**

IN RE:

**TAKATA AIRBAG PRODUCTS**
**LIABILITY LITIGATION**

THIS DOCUMENT  RELATED TO
ALL CASES

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 11.1(d)(3), Dayron Silverio seeks leave of Court for an Order withdrawing him as counsel for Plaintiffs in the above-captioned matter and directing the Clerk of the Court to remove Dayron Silverio from receiving CM/ECF filings in this case.  Plaintiffs will not be prejudiced as a result of Mr. Silverio's withdrawal. Plaintiffs will continue to be represented in this matter by Peter Prieto and Matthew P. Weinshall of Podhurst Orseck, P.A., at the mailing address set forth below.

WHEREFORE, Dayron Silverio requests that the Court enter an Order that withdraws him as counsel for Plaintiffs in this matter and directs the Clerk of the Court to remove him from receiving CM/ECF filings in this case.

April 17, 2026

*/s/ Dayron Silverio*
**PODHURST ORSECK, P.A.**
Dayron Silverio (FBN 112174)
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, FL 33146
Telephone: 305-358-2800
dsilverio@podhurst.com