**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MDL No. 2599**
**Master File No. 15-2599-MD-MORENO**

**S.D. Fla. Case No. 15-20664-CV-MORENO (Personal Injury Track)**
**S.D. Fla. Case No. 14-24009-CV-MORENO (Economic Loss Track)**

IN RE:

**TAKATA AIRBAG PRODUCTS**
**LIABILITY LITIGATION**

THIS DOCUMENT RELATES TO
ALL CASES

### ORDER GRANTING MOTION TO WITHDRAW

**THIS CAUSE** having come before the Court upon Dayron Silverio's Motion to Withdraw as Attorney of Record for Plaintiffs  and the Court having reviewed the file, and being otherwise fully advised in the premises, it is thereupon:

**ORDERED AND ADJUDGED** as follows:

That the Motion to Withdraw as Attorney of Record is granted and Dayron Silverio is hereby permitted to withdraw as attorney of record for Plaintiffs.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 23rd day of April, 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All counsel of record