**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| IN RE: | |
| **TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION** | MDL No. 2599 |
| | Master File No. 15-MD-2599-MORENO |
| This Document Relates to *Whitaker et al. v. General Motors Co. et al.* | |

**DEFENDANT GENERAL MOTORS LLC'S NOTICE OF SUPPLEMENTAL**
**AUTHORITY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Dated: May 21, 2026

R. Allan Pixton (pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 North Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Email: allanpixton@quinnemanuel.com

Renee D. Smith (pro hac vice)
Sam Ikard (pro hac vice)
Nadia Abramson (FL Bar No. 121763)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: renee.smith@kirkland.com
sam.ikard@kirkland.com
nadia.abramson@kirkland.com

Patrick Malone (FL Bar No. 1051725)
KIRKLAND & ELLIS LLP
830 Brickell Plaza
Miami, FL 33131
Telephone: (305) 432-5600
Facsimile: 305-432-5601
Email: patrick.malone@kirkland.com

*Attorneys for Defendant General Motors Company,*
*General Motors Holdings LLC, and General Motors LLC*

GM submits this notice to advise the Court its counsel recently learned of a rupture of a Takata airbag inflator in a 2010 GMC Sierra in Baton Rouge on October 25, 2025. Notably, the vehicle owner had not obtained the free-and-effective recall repair, which has been available since February 2021. To GM's knowledge, this is the first reported rupture in the millions of GMT900 vehicles that have now been in the field for upwards of 20 years. On May 13, 2026, GM counsel notified Plaintiffs' counsel of this report, and GM is supplementing discovery responses accordingly.

In its July 2024 summary judgment motion, GM correctly stated that there had not been any reported field ruptures in any GMT 900 vehicles. (D.E. 4799 at 1, 3, 24 n.31). A single field rupture since then should not impact GM's arguments. Each of the remaining plaintiffs have had the recall repair performed, which prudentially moots their claims or otherwise eliminates any damages under state law. *Id.* at 9-14. GM does not believe this development affects any of its other arguments either, *id.* at 15-29, but submits this notice to continue its candor with the Court.

2

Dated: May 21, 2026

R. Allan Pixton (pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 North Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Email: allanpixton@quinnemanuel.com

*/s/Patrick Malone*
Patrick Malone (FL Bar No. 1051725)
KIRKLAND & ELLIS LLP
830 Brickell Plaza
Miami, FL 33131
Telephone: (305) 432-5600
Facsimile: 305-432-5601
Email: patrick.malone@kirkland.com


Renee D. Smith (pro hac vice)
Sam Ikard (pro hac vice)
Nadia Abramson (FL Bar No. 121763)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: renee.smith@kirkland.com
sam.ikard@kirkland.com
nadia.abramson@kirkland.com


*Attorneys for Defendant General Motors Company,*
*General Motors Holdings LLC, and General Motors LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2026, I electronically filed the foregoing Notice using the CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action.

By: /s/ *Patrick Malone*