**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates to All Economic Loss Class Actions and:<br><br><br><br>STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | MDL No. 2599<br><br>Master File No. 15-MD-2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

## NOTICE OF CHANGE OF LAW FIRM NAME

Pursuant to S.D. Fla. Local Rule 11.1(g), PLEASE TAKE NOTICE that effective **June 1, 2026**, the law firm Winston & Strawn LLP has changed its name to **Winston Taylor LLP**.  Please update Troy Yoshino's (admitted *pro hac vice*) information on this matter and direct all future pleadings and correspondence as follows:

Troy M. Yoshino
WINSTON TAYLOR LLP
101 California Street, Suite 2100
San Francisco, CA 94111-5891
Telephone (415) 591-1000
E-Mail: Troy.Yoshino@winstontaylor.com

2

Please update all records and services lists.

Dated: June 1, 2026

Respectfully submitted,

*/s/ Raoul G. Cantero*
Raoul G. Cantero (Florida Bar No. 552356)
raoul.cantero@whitecase.com
Jaime A. Bianchi (Florida Bar No. 908533)
jbianchi@whitecase.com
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino (admitted *pro hac vice*)
Troy.Yoshino@winstontaylor.com
**WINSTON TAYLOR LLP**
101 California Street, Suite 2100
San Francisco, CA 94111-5891
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I electronically filed this motion with the Clerk of

Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel

of record.

By: */s/ Raoul G. Cantero*
Raoul G. Cantero

3