**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 15-MD-02599-MORENO**

IN RE:

TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO
ALL CASES

_____/

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Thomas A. Tucker Ronzetti of Tucker Ronzetti, P.A., hereby gives notice of change of firm, address and email. Counsel respectfully requests that all orders, pleadings, and correspondence be served at the address in the signature block below.

Respectfully submitted on June 1, 2026.

By: _s/ Thomas A. Tucker Ronzetti_
THOMAS A. TUCKER RONZETTI
Florida Bar No. 965723
TUCKER RONZETTI, P.A.
5760 S.W. 46th Terrace
Miami, FL 33155-6015
Tel. (305) 546-4638
tr@tuckrlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on June 1, 2026 via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: _s/ Thomas A. Tucker Ronzetti_
THOMAS A. TUCKER RONZETTI