**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION** | MDL No. 2599 |
| This Document Relates to All Economic Loss Class Actions and: | Master File No. 15-MD-2599-FAM |
| | S.D. Fla. Case No. 1:14-cv-24009-FAM |
| STEPHANIE PUHALLA, et al., individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |

**DEFENDANT MERCEDES-BENZ USA, LLC'S**
**AMENDED CORPORATE DISCLOSURE STATEMENT**

According to Federal Rule of Civil Procedure 7.1, Defendant Mercedes-Benz USA, LLC informs the Court that Mercedes-Benz USA, LLC is a Delaware limited liability company whose sole member is Mercedes-Benz North America Corp. ("MBNAC"). MBNAC's parent company is Mercedes-Benz Capital Investment B.V. a Dutch Company, whose parent company is Mercedes-Benz AG ("MBAG"). MBAG's parent company is Mercedes-Benz Group AG ("MBG"), formerly known as Daimler AG. MBG is a publicly held German Aktiengesellschaft, it does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock. MBG is traded on the Frankfurt Stock Exchange with stock symbol "MBG" or "MBG.DE."

Dated: June 2, 2026

Respectfully submitted,

*/s/ Raoul G. Cantero*
Raoul G. Cantero (Florida Bar No. 552356)
raoul.cantero@whitecase.com
Jaime A. Bianchi (Florida Bar No. 908533)
jbianchi@whitecase.com
**WHITE & CASE LLP**
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Troy M. Yoshino (admitted *pro hac vice*)
Troy.Yoshino@winstontaylor.com
**WINSTON TAYLOR LLP**
101 California Street, Suite 2100
San Francisco, CA 94111-5891
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Jeff Wilkerson (admitted *pro hac vice*)
Jeff.Wilkerson@winstontaylor.com
**WINSTON TAYLOR LLP**
300 South Tryon St., 16th Floor
Charlotte, N.C. 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I electronically filed the foregoing document with the

Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to

all counsel of record.

By: */s/ Raoul G. Cantero*
Raoul G. Cantero

2