UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 15-02599-CIV-MORENO

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION: ECONOMIC LOSS
TRACK CASES

THIS ORDER RELATES TO
FCA US, LLC

_____/

### ORDER REQUIRING PARTIES TO BRIEF THE COURT
### ON NORTH CAROLINA PURCHASERS IN FCA CASE

THIS CAUSE came before the Court upon a *sua sponte* review of the case.

THE COURT recently filed an Order excluding North Carolina purchasers in Mercedez-Benz's case. To ensure the Court maintains consistent rulings, it is

**ADJUDGED** that both sides must brief the Court on whether the Court's recent ruling regarding North Carolina purchasers affects any of the certified classes in the FCA case. Both sides shall file no later than **June 19, 2026**, and any responses shall be filed by **June 26, 2026**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___3⁷___ of June 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record