UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 15-02599-CIV-MORENO

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION: ECONOMIC
LOSS TRACK CASES,

THIS ORDER RELATES TO
FCA US, LLC; GENERAL MOTORS LLC; &
MERCEDEZ BENZ USA, LLC

_____/

### ORDER SETTING ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon FCA's Motion for Summary Judgment **(D.E. 4797)**, General Motors' Motion for Summary Judgment **(D.E. 4799)**, and Mercedez-Benz's Motion for Summary Judgment **(D.E. 4800)**, filed on **July 12, 2024**. It is

**ADJUDGED** that oral argument on the pending Motions for Summary Judgment shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **Wednesday, July 1, 2026** at **2:00 PM** (General Motors), **2:30 PM** (FCA), and **3:00 PM** (Mercedes-Benz).  Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___37___ of June 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record