**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG PRODUCT LIABILITY LITIGATION** | MDL No. 2599 |
| | Master File No. 15-MD-02599-MORENO |
| This Document Relates to All Economic Loss Cases | |

## PLAINTIFFS' UNOPPOSED MOTION TO MODIFY HEARING DATE

Plaintiffs most respectfully move to modify the date for oral argument, currently scheduled for July 1, 2026, to address the motions for summary judgment filed by Defendants FCA, General Motors, and Mercedes-Benz, and in support assert:

1.      On June 5, 2026, the Court entered an Order directing the parties to appear for oral argument on July 1, 2026, to address the pending motions for summary judgment filed by Defendants FCA, General Motors, and Mercedes-Benz. (ECF No. 4910.)

2.      Plaintiffs are looking forward to the opportunity to present oral argument on the pending motions, but because of the pre-existing scheduling conflict described herein, must respectfully ask the Court to modify the date of the hearing.

3.      Plaintiffs' counsel primarily responsible for briefing the pending motions is scheduled to be out of the country on a pre-planned, pre-paid, and nonrefundable family trip from June 25, 2026 through July 3, 2026, and thus will be unable to participate in the oral argument if it is not rescheduled.

4.      To ensure that Plaintiffs' counsel most familiar with the issues and evidence raised in this complex matter spanning multiple years is available to present argument and respond to the

Court's questions, Plaintiffs most respectfully request that the Court reschedule the oral argument for a later date, at the Court's convenience.

5.      Plaintiffs' Counsel has conferred with Counsel for Defendants FCA, General Motors, and Mercedes-Benz, all of whom indicated that they do not oppose Plaintiffs' request, and confirmed their availability on the following dates for a rescheduled hearing, subject to the Court's convenience: July 15, 21, 30 and 31.

6.      This motion is being submitted in good faith, is supported by good cause, and no party will be prejudiced by the requested modification of the hearing date, which will not affect any other deadlines in the case.

**WHEREFORE**, Plaintiffs most respectfully request that the Court reschedule oral argument on Defendants' motions for summary judgment to a later date, at the Court's convenience, so that counsel for all Parties are available to attend.

Dated: June 8, 2026

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Peter Prieto*
Peter Prieto (FBN 501492)
Matthew P. Weinshall (FBN 84783)
2525 Ponce de Leon
Suite 700
Coral Gables, FL  33134
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: pprieto@podhurst.com
         mweinshall@podhurst.com

***Chair Lead Counsel for Plaintiffs***

2

| | |
|---|---|
| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **SMITH LACIEN LLP**<br>Todd A. Smith<br>tsmith@smithlacien.com<br>70 W Madison St Suite 5770,<br>Chicago, IL 60602<br>(312) 509-8900<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel:  (914) 749-8200<br>Fax: (914) 749-8300<br>Email: dboies@bsfllp.com<br>         mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel:  (305) 539-8400<br>Fax:  (305) 539-1307<br>Email: szack@bsfllp.com<br>         mheise@bsfllp.com<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T:    415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br><br>*Plaintiffs' Steering Committee* |

| | |
|---|---|
| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC**<br>James E. Cecchi<br>jcecchi@carellabyrne.com<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>T: 973 994-1700<br>f: 973 994-1744<br><br><br>*Plaintiffs' Steering Committee* | **BARON & BUDD, PC**<br>Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@bardonbudd.com<br>Mark Pifko<br>mpifko@baronbudd.com<br>15910 Ventura Blvd.,<br>Suite 1600<br>Encino, CA 91436<br>T: 818-839-2333<br><br>J. Burton LeBlanc<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>T: 225-761-6463<br><br><br>*Plaintiffs' Steering Committee* |