UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 15-02599-CIV-MORENO

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

DEFENDANT MERCEDES-BENZ

### NOTICE OF HEARING AND REQUIRING ARGUMENT ON DEFENDANT MERCEDES-BENZ'S MOTION TO DISMISS PLAINTIFFS' SUPPLEMENT TO THE SECOND AMENDED COMPLAINT

THIS CAUSE came before the Court upon Defendant Mercedes-Benz's Motion to Dismiss Plaintiffs' Supplement to the Second Amended Complaint **(D.E. 4545)**, filed on **January 31, 2023**.

THE COURT has considered the motion, the response in opposition, the reply, pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that both parties shall provide the Court with arguments for why the Defendant's Motion to Dismiss should not be denied as moot now that the Court has certified three single-state classes under Federal Rule of Civil Procedure 23, and no multistate class remains. Both parties shall be prepared to discuss this matter at the Motion Hearing on **July 15, 2026**, and may provide arguments in writing if they see fit to do so.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of June 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record