# EXHIBIT B

# 2012 Dodge Charger SE

## CarMax No-Haggle Price

**$17,998**

This price excludes tax, title, tags, and $199 CarMax processing fee (not required by law).

**4D Sedan**

| | |
|---|---|
| Mileage: | 44K |
| Drive: | 2WD |
| Engine: | 6 Cylinders |
| Transmission: | Automatic |

MPG Hwy **27**   MPG City **18**

*Based on EPA estimates*

## FEATURES YOU'LL LOVE

**Safety**
ABS Brakes
**Overhead Airbags**
Side Airbags
Traction Control

**Comfort & Convenience**
A/C
Cloth Seats
Cruise Control
Power Locks
Power Mirrors
Power Seat(s)
Power Windows
Rear Defrost

**Entertainment**
AM/FM Stereo
Auxiliary Audio Input
CD Audio

**Exterior**
Alloy Wheels

**Transmission**
Automatic Transmission

**Performance**
3.6 Engine
6 Cylinders
260 torque@4800rpm
292 horsepower@6350rpm

Scan to see vehicle history, recalls, ratings, reviews, and more!

 Download the CarMax app to scan this code and do lots more!

Stock #: 11629211
VIN: 2C3CDXBG6CH297767
Color: White
Type: Full Size

iB44

Prior Use: FLEET, RENTAL

Manufacturer Warranty may apply:
Balance of: 3 years or 36,000 miles

Ask about an optional comprehensive coverage plan for this vehicle.

**EXHIBIT     6**
LAQUINTHA S. O'NEAL
Date: September 3, 2020
By: Renee Harris, CSR 14168, RPR

**O'NEAL_000016**