**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**MDL No. 2599**
**Master File No.: 15-MD-02599-MORENO**

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ECONOMIC LOSS TRACK CASES
AGAINST <u>MERCEDES-BENZ USA, LLC</u>

<u>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING**</u>
<u>**MBUSA'S 23(f) PETITION**</u>

Plaintiffs respectfully notify the Court that the Eleventh Circuit, on July 7, 2026, denied Mercedes-Benz USA, LLC's petition for permission to appeal under Rule 23(f). MBUSA's petition, Plaintiffs' response, and the Eleventh Circuit's order are attached as exhibits to this notice.

In its petition challenging this Court's certification decision, MBUSA argued that this Court "disregarded" Rule 23 arguments that overlap with the merits on damages, typicality, and MBUSA's knowledge of the Inflator Defect. Ex. A at 1. Mischaracterizing this Court's comments at a hearing more than two years ago, MBUSA also claimed that the stated "goal" of this Court's certification decision was "to put settlement pressure on MBUSA." *Id.* at 1–2, 12, 27.

Plaintiffs opposed the petition, explaining that MBUSA did not satisfy the applicable factors for interlocutory review; the certification decision correctly applied settled law to three narrow, state-law classes; and MBUSA mischaracterized the Court's comments to advance groundless accusations. Ex. B. The Eleventh Circuit panel unanimously denied the petition. Ex. C.

Dated:  July 9, 2026

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Matthew P. Weinshall*
Peter Prieto (FBN 501492)
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
Matthew P. Weinshall (FBN 84783)
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, Florida 33134
Phone: (305) 358-2800
Fax: (305) 358-2382
Email:  pprieto@podhurst.com
        apodhurst@podhurst.com
        srosenthal@podhurst.com
        mweinshall@podhurst.com

***Chair Lead Counsel for Plaintiffs***

| | |
|---|---|
| **COLSON HICKS EIDSON**<br>Lewis S. "Mike" Eidson<br>mike@colson.com<br>Curtis Bradley Miner<br>curt@colson.com<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>T: 305-476-7400<br><br>*Plaintiffs' Personal Injury Track Lead Counsel* | **SMITH LACIEN LLP**<br>Todd A. Smith<br>tsmith@smithlacien.com<br>70 W Madison St Suite 5770,<br>Chicago, IL 60602<br>(312) 509-8900<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* |
| **BOIES, SCHILLER & FLEXNER LLP**<br>David Boies, Esq.<br>Motty Shulman (Fla Bar. No. 175056)<br>333 Main Street<br>Armonk, NY 10504<br>Tel:  (914) 749-8200<br>Fax:  (914) 749-8300<br>Email: dboies@bsfllp.com<br>        mshulman@bsfllp.com<br><br>Stephen N. Zack (Fla. Bar No. 145215)<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel:  (305) 539-8400<br>Fax:  (305) 539-1307<br>Email: szack@bsfllp.com<br>        mheise@bsfllp.com<br><br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Elizabeth Cabraser<br>ecabraser@lchb.com<br>275 Battery St., Suite 3000<br>San Francisco, CA 94111-3339<br>T:    415-956-1000<br><br>David Stellings<br>250 Hudson Street, 8th Floor<br>New York, NY 10012<br>212-355-9500<br>dstellings@lchb.com<br><br>*Plaintiffs' Steering Committee* |

3

| **CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC**<br>James E. Cecchi<br>jcecchi@carellabyrne.com<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>T: 973 994-1700<br>f: 973 994-1744<br><br><br>*Plaintiffs' Steering Committee* | **BARON & BUDD, PC**<br>Roland Tellis<br>rtellis@baronbudd.com<br>David Fernandes<br>dfernandes@bardonbudd.com<br>Mark Pifko<br>mpifko@baronbudd.com<br>15910 Ventura Blvd.,<br>Suite 1600<br>Encino, CA 91436<br>T: 818-839-2333<br><br>J. Burton LeBlanc<br>9015 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>T: 225-761-6463<br><br><br>*Plaintiffs' Steering Committee* |
| --- | --- |