# EXHIBIT C

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 07, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  26-90015-D
Case Style:  Mercedes Benz USA, LLC v. Daniel Silva, et al
District Court Docket No:  1:15-md-02599-FAM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-90015
_____

MERCEDES BENZ USA, LLC,

*Petitioner,*

*versus*

DANIEL S. SILVA,

MARY HASLEY,

PAMELA WILSEY,

HOLLY RUTH,

M&K USED AUTO PARTS, INC., et al.,

*Respondents.*

_____

Petition for Permission to Appeal from the
United States District Court for the
Southern District of Florida
D.C. Docket No. 1:15-md-02599-FAM
_____

Before WILLIAM PRYOR, Chief Judge, ABUDU, and KIDD, Circuit
Judges.

BY THE COURT:

2                          Order of the Court                    26-90015

The Petition for Permission to Appeal pursuant to Fed. R. Civ. P. 23(f) is DENIED.