# Exhibit A

## Yoshino, Troy M.

| | |
|---|---|
| **From:** | MATT P. WEINSHALL <MWeinshall@PODHURST.com> |
| **Sent:** | Monday, July 13, 2026 8:39 AM |
| **To:** | Wilkerson, Jeff; PETER PRIETO |
| **Cc:** | Yoshino, Troy M. |
| **Subject:** | RE: [251867.00019] IN RE: Takata Airbag Products Liability Litigation (Doc# 4913, S.D. Fla. 1:15-md-02599-FAM) |

Jeff,

We don't think the claims arising under the laws of other states that were not certified and don't have named plaintiffs asserting them are currently live. But we reserve the right to pursue them in the event that the certification decision gets revisited on appeal or subsequently.  So we do not agree to voluntarily dismiss them.

--Matt

**From:** Wilkerson, Jeff <jeff.wilkerson@winstontaylor.com>
**Sent:** Wednesday, July 1, 2026 11:55 AM
**To:** MATT P. WEINSHALL <MWeinshall@PODHURST.com>; PETER PRIETO <PPrieto@podhurst.com>
**Cc:** Yoshino, Troy M. <troy.yoshino@winstontaylor.com>
**Subject:** RE: [251867.00019] IN RE: Takata Airbag Products Liability Litigation (Doc# 4913, S.D. Fla. 1:15-md-02599-FAM)

Matt, Peter –

I am following up yet again on my email below.  Can you please let us know your position?



**Jeff Wilkerson**
Partner

■  T +1 (704) 350-7714
■  jeff.wilkerson@winstontaylor.com

*Admitted to practice in California, North Carolina*

**From:** Wilkerson, Jeff
**Sent:** Monday, June 22, 2026 12:59 PM
**To:** MATT P. WEINSHALL <mweinshall@podhurst.com>; PETER PRIETO <pprieto@podhurst.com>
**Cc:** Yoshino, Troy M. <TYoshino@winston.com>
**Subject:** RE: [251867.00019] IN RE: Takata Airbag Products Liability Litigation (Doc# 4913, S.D. Fla. 1:15-md-02599-FAM)

Matt, Peter –

I am following up on the below.  Can you please let us know your thoughts so that we can be prepared to address, if necessary, with the Court?

1

**Jeff Wilkerson**
Partner

- T  +1 (704) 350-7714
- jeff.wilkerson@winstontaylor.com

*Admitted to practice in California, North Carolina*



**From:** Wilkerson, Jeff <JWilkerson@winston.com>
**Sent:** Tuesday, June 16, 2026 1:33 PM
**To:** MATT P. WEINSHALL <mweinshall@podhurst.com>; PETER PRIETO <pprieto@podhurst.com>
**Cc:** Yoshino, Troy M. <TYoshino@winston.com>
**Subject:** FW: [251867.00019] IN RE: Takata Airbag Products Liability Litigation (Doc# 4913, S.D. Fla. 1:15-md-02599-FAM)

Matt and Peter –

We assume you saw yesterday's order requiring the parties to be prepared to address MBUSA's motion dismiss the Supplement to the Second Amended Complaint at the hearing on July 15.  Our belief is that plaintiffs are no longer pursuing any claims for states where no remaining named plaintiff purchased their vehicle.  Is that right?  If so, it would seem to us that plaintiffs could file a voluntary dismissal of any other claims and then the motion to dismiss would plainly be moot.  Are you agreeable to that?  Happy to discuss.

**Jeff Wilkerson**
Partner

- T  +1 (704) 350-7714
- jeff.wilkerson@winstontaylor.com

*Admitted to practice in California, North Carolina*



**From:** ECFdocuments@pacerpro.com <ECFdocuments@pacerpro.com>
**Sent:** Monday, June 15, 2026 12:17 PM
**To:** Takahata, Carrie Yoshiko <CTakahata@winston.com>; Bokura, Amanda <ABokura@winston.com>; Shelby, Sarah <SShelby@winston.com>; Laney, Cliff <CLaney@winston.com>; Coppage, Courtney M. <CCoppage@winston.com>; Fowler, Lucy <LFowler@winston.com>; ECF_Houston <ECF_Houston@winston.com>; Woodrum, Mike <mwoodrum@winston.com>; Yoshino, Troy M. <TYoshino@winston.com>; Hodgson, Alissa <AHodgson@winston.com>; Cook-Milligan, Dana <DLCook@winston.com>; Wilkerson, Jeff <JWilkerson@winston.com>; Shelton, Amanda Naes <AShelton@winston.com>
**Subject:** [251867.00019] IN RE: Takata Airbag Products Liability Litigation (Doc# 4913, S.D. Fla. 1:15-md-02599-FAM)

2

# IN RE: Takata Airbag Products Liability Litigation

**Docket entry number: 4913**

NOTICE OF HEARING AND REQUIRING ARGUMENT ON DEFENDANT MERCEDES-BENZ'S MOTION TO DISMISS PLAINTIFFS' SUPPLEMENT TO THE SECOND AMENDED COMPLAINT. Signed by Judge Federico A. Moreno on 6/11/2026. See attached document for full details. (jas) (Entered: 06/15/2026)

*Date entered: 2026-06-11*



**VIEW CASE**

https://app.pacerpro.com/cases/475125

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? support@pacerpro.com

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.