**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

IN RE:

**TAKATA AIRBAG PRODUCTS**
**LIABILITY LITIGATION**

MDL No. 2599

Master File No. 15-MD-2599-MORENO

This Document Relates to *Whitaker et al. v.*
*General Motors Co. et al.*

---

**DEFENDANT GENERAL MOTORS LLC'S RESPONSE TO**
**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY (DKT. 4921)**

Dated: July 14, 2026

R. Allan Pixton (pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 North Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Email: allanpixton@quinnemanuel.com

Renee D. Smith (pro hac vice)
Sam Ikard (pro hac vice)
Nadia Abramson (FL Bar No. 121763)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: renee.smith@kirkland.com
sam.ikard@kirkland.com
nadia.abramson@kirkland.com

Patrick Malone (FL Bar No. 1051725)
KIRKLAND & ELLIS LLP
830 Brickell Plaza
Miami, FL 33131
Telephone: (305) 432-5600
Facsimile: 305-432-5601
Email: patrick.malone@kirkland.com

*Attorneys for Defendant General Motors Company,*
*General Motors Holdings LLC, and General Motors LLC*

On May 22, 2026, GM notified the Court about the first reported airbag inflator rupture in a GMT 900 vehicle in the field. D.E. 4889. It did so out of transparency—even though GM's counsel had already separately notified Plaintiffs of the report when counsel first learned about it. *See id.* The rupture report, which occurred in a 15-year-old vehicle that had not received the free and effective recall repair, did not affect GM's summary judgment arguments. *See id.*

Plaintiffs' July 13 filing (D.E. 4921) is not a response to GM's Notice (D.E. 4899), which would have been due 45 days ago (S.D. Fla. L.R. 7.8). Instead, it is a new notice about GM's supplemental discovery responses regarding a reported rupture in a parked 17-year-old 2009 GMT 900 vehicle in Biloxi, MS. D.E. 4921 at 1. Plaintiffs are wrong to argue this report, which is still being investigated, "establishes that the Takata inflators in GM's vehicles are defective." *Id*. Regardless, the report (from another vehicle that had not received the free recall repair which had been available since February 2021) is irrelevant and immaterial to GM's summary judgment arguments on the remaining named plaintiffs' claims. *See* D.E. 4799 at 9-29.

2

Dated: July 14, 2026

R. Allan Pixton (pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 North Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Email: allanpixton@quinnemanuel.com

*/s/Patrick Malone*
Patrick Malone (FL Bar No. 1051725)
KIRKLAND & ELLIS LLP
830 Brickell Plaza
Miami, FL 33131
Telephone: (305) 432-5600
Facsimile: 305-432-5601
Email: patrick.malone@kirkland.com

Renee D. Smith (pro hac vice)
Sam Ikard (pro hac vice)
Nadia Abramson (FL Bar No. 121763)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: renee.smith@kirkland.com
sam.ikard@kirkland.com
nadia.abramson@kirkland.com

*Attorneys for Defendant General Motors Company,*
*General Motors Holdings LLC, and General Motors LLC*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, I electronically filed the foregoing Notice using the CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action.

By: /s/ *Patrick Malone*