UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-02599-CIV-MORENO**

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION: ECONOMIC
LOSS TRACK CASES,

vs.

FCA US, LLC; GENERAL MOTORS LLC;
MERCEDEZ BENZ USA, LLC,

_____/

## OMNIBUS ORDER

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the motions, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that for the reasons stated in open court the following motions are Denied as Moot.

1. Motion to Approve the Report of Guardian Ad Litem and the Settlement **(D.E. 851)**, filed on **November 13, 2015**.
2. Plaintiffs' Unopposed Motion to Temporarily File Under Seal Unredacted Motions for Class Certification and *Daubert* Motions with Exhibits **(D.E. 4171)**, filed on **March 16, 2022**.
3. FCA's Unopposed Motion to Seal Certain Documents **(D.E. 4177)**, filed on **March 16, 2022**.
4. General Motors' Unopposed Motion to Seal Certain Documents **(D.E. 4194)**, filed on **March 16, 2022**.
5. Plaintiffs' Unopposed Motion for Leave to File Excess Pages for Plaintiffs Class Certification Replies **(D.E. 4308)**, filed on **May 16, 2022**.
6. FCA's Motion in Limine to Exclude Monroney Labels as they Relate to Used Car Purchasers and Vehicles Not Purchased by a Named Plaintiff **(D.E. 4399)**, filed on **October 4, 2022**.

7. Joint Motion for Extension of Time to File Responses to Motion in Limine **(D.E. 4416)**, filed on **October 13, 2022**. It is also

**ADJUDGED** that the for the reasons stated in open court Courtney M. King's Motion to Withdraw as Attorney **(D.E. 4273)**, filed on **May 16, 2022**, is Granted.

DONE AND ORDERED in Open Court at Miami, Florida, this ___/5ᵗʰ of July 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

2