UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-02599-CIV-MORENO**

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION: ECONOMIC
LOSS TRACK CASES,

vs.

MERCEDEZ BENZ USA, LLC,

### ORDER GRANTING MERCEDEZ-BENZ'S
### MOTIONS TO DISMISS RADICAN AND PHILLIPS

THIS CAUSE came before the Court upon Defendant Mercedez-Benz's Motion to Dismiss Plaintiff Theresa Radican's Claims for Failure to Substitute **(D.E. 4843)**, filed on **November 8, 2024**, and Defendant Mercedez-Benz's Motion to Dismiss Plaintiff John Phillips's Claims for Failure to Substitute **(D.E. 4844)**, filed on **November 8, 2024**.

THE COURT has considered the motions, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that for the reasons stated in open court, and considering Plaintiff's Stipulation of Dismissal as to Plaintiffs Theresa Radican, John Phillips, and Nancy Phillips **(D.E. 4850)**, filed on **November 22, 2024**, and the Court's Dismissal with Prejudice as to those Plaintiffs' claims **(D.E. 4851)**, filed on **December 5, 2024**, the motions are Granted.

DONE AND ORDERED in Open Court at Miami, Florida, this _____ of July 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to: