UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-02599-CIV-MORENO**

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION: ECONOMIC
LOSS TRACK CASES,

vs.

MERCEDEZ BENZ USA, LLC,

### ORDER DISMISSING CLAIMS WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Defendant Mercedes-Benz USA, LLC's Motion to Dismiss Plaintiffs' Supplement to the Second Amended Complaint **(D.E. 4545)**, filed on **January 31, 2023**. At the hearing on **July 15, 2026**, counsel for both parties notified the Court that they agreed the Court should dismiss the Plaintiffs' "*Zantac* claims" without prejudice.

THE COURT has considered the motion, the response in opposition, the reply and supplemental briefing, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that for the reasons stated in open court, and especially considering the agreement of the parties, the motion is Granted and Plaintiffs' "*Zantac* claims" arising under Colorado, Utah, Virginia, West Virginia, and Wisconsin law are dismissed without prejudice.

DONE AND ORDERED in Open Court at Miami, Florida, this ___/15__ of July 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record