## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division
### MDL No. 2599
### Master File No.: 15-MD-02599-MORENO

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ECONOMIC LOSS TRACK CASES
AGAINST <u>MERCEDES-BENZ USA, LLC</u>

### <u>PLAINTIFFS' NOTICE OF FILING CHARTS</u>

Plaintiffs, pursuant to the Court's Order Permitting Plaintiffs to Respond to Defendant

Mercedes-Benz's Charts Presented at Hearing (ECF No. 4927), provide the two attached charts

for the Court's consideration.

Dated: July 29, 2026

Respectfully submitted,

**PODHURST ORSECK, P.A.**
Peter Prieto (FBN 501492)
Aaron S. Podhurst (FBN 63606)
Stephen F. Rosenthal (FBN 131458)
Matthew P. Weinshall (FBN 84783)
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, Florida 33134
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: pprieto@podhurst.com
apodhurst@podhurst.com
srosenthal@podhurst.com
mweinshall@podhurst.com

*Chair Lead Counsel for Plaintiffs*

2

/s/ *Curtis Miner*
Curtis B. Miner
E-mail: curt@colson.com
**COLSON HICKS EIDSON, P.A.**
806 S. Douglas Road, Suite 1200
Coral Gables, FL 33134
T: 305-476-7400

***Personal Injury Track Lead Counsel***

2