# CHART # 1
## (IN RESPONSE TO MBUSA's REFERENCE CHART)

**PLAINTIFFS' REFERENCE CHART – JULY 15, 2026 MSJ HEARING**

| Plaintiff (State) | Claims | Basis for MSJ | OMSJ Cite | Key Authority[*] |
|---|---|---|---|---|
| All Plaintiffs | • All Claims | Prudential mootness | 14-15 | *Ingaseosas Int'l Co. v. Aconcagua Investing Ltd.*, 479 F. App'x 955, 962 (11th Cir. 2012); *Leon y. Cont'l AG*, 301 F. Supp. 3d 1203, 1219 (S.D. Fla. 2017) |
| | | Standing | 10-12 | *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2204 (2021); *Debernardis v. IQ Formulations*, 942 F.3d 1076, 1084 (11th Cir. 2019) (D.E. 4519 at p. 19) |
| Daphne Bridges (**N.C.**) | • Fraud<br>• NCUDTPA | Knowledge | 7-10 | The "knowledge" element is a disputed issue of fact. *See* D.E. 4808 pp. 3-10. *See also Forbes v. Par Ten Group, Inc.*, 394 S.E. 2d 643, 647 (N.C. 1990) |
| | | Damages | 29 | *First Atl. Mgmt. Corp. v. Dunlea Realty Co.*, 507 S.E.2d 56, 65 (N.C. Ct. App. 1998); *Hardy v. Toler*, 218 S.E.2d 342, 343 (N.C. 1975) |
| | | Reliance | 30 | *In re TD Bank, N.A. Debit Card Overdraft Fee Litig.*, 325 F.R.D. 136, 161 (D.S.C. 2018) |
| | | Duty to disclose | 30 | *Allen v. Roberts Constr. Co., Inc.*, 532 S.E.2d 534, 567-68 (N.C. Ct. App. 2000). |
| Susan Knapp (**Iowa**) | • Fraud<br>• Iowa CFA | Knowledge | 3-10 | The "knowledge" element is a disputed issue of fact. *See* D.E. 4808 pp. 3-10. |
| | | Damages | 36 | *Holcomb v. Hoffschneider*, 297 N.W.2d 210, 213 (Iowa 1980); Iowa Code Ann. § 714H, 5(1) |
| | | Reliance | 36 | Iowa Code § 714H. 3 |
| William Goldberg (**Wash.**) | • Fraud<br>• Wash. CPA | Knowledge | 7-10 | The "knowledge" element is a disputed issue of fact. *See* D.E. 4808 pp. 3-10. *See also Holland Furnace Co. v. Korth*, 262 P.2d 772, 776 (Wash. 1953) |
| | | Damages | 36-37 | *Burbo v. Harley C. Douglass, Inc.*, 106 P.3d 258, 265 (Wash. Ct. App. 2005) |
| | | Reliance | 37 | *Vernon v. Qwest Comme'ns Int'l, Inc.*, 643 F. Supp. 2d 1256, 1268 (W.D. Wash. 2009); *Young v. Toyota Motor Sales, U.S.A.*, 472 P.3d 990, 994 (Wash. 2020) |
| | | Statute of limitations | 37 | *Manning v. Mortg. Elec. Registration Sys., Inc.*, 196 Wash. App. 1043, *5 (Wash. App. Ct. 2016) |
| Bettie Jean Taylor (**Miss.**) | • Fraud | Knowledge | 7-10 | The "knowledge" element is a disputed issue of fact. *See* D.E. 4808 pp. 3-10. *See also Watson Laboratories, Inc. v. State*, 241 So, 3d 573, 584 (Miss. 2018) |
| | | Damages | 39 | *Garris Smith's G & G, LLC*, 941 So. 2d 228, 233 (Miss. Ct. App. 2006) |
| | | Reliance | 38-39 | The "reliance" element is a disputed issue of fact. *See* PSOF ¶ 65 |

---

[*] *See* Plaintiffs' Response in Opposition to MBUSA's Motion for Summary Judgment ("OMSJ") at D.E. 4808 for further authority.

| Plaintiff (State) | Claims | Basis for MSJ | OMSJ Cite | Key Authority[*] |
|---|---|---|---|---|
| | | Duty to disclose | 39 | *Poe v. Summers,11 So. 3d 129, 134 (Miss. Ct. App. 2009)* |
| | | Statute of limitations | 39 | Miss. Code § 15-1-49(2) ("In actions for which no other period of limitation is prescribed and which involve latent injury or disease, the cause of action does not accrue until the plaintiff has discovered, or by reasonable diligence should have discovered, the injury.") |
| | • Implied Warranty | Damages | 39 | *Gast Y. Roger 's-Dingus Chevrolet, 585 So. 2d 725, 730 (Miss. 1991)* (quoting Miss. Code § 75-2-714(2)) |
| | | Opportunity to cure | 37 | *Fitzner Pontiac-Buick-Cadillac, Inc. v. Smith, 523 So. 2d 324, 328 (Miss. 1988)* |
| | | Manifestation/use | 37-38 | *In re Takata Airbag Prod. Liab. Litig., 462 F. Supp. 3d 1304, 1336 (S.D. Fla. 2020)* |
| | | Statute of limitations | 38 | *Richardson v. Clayton & Lambert Mfg. Co., 634 F. Supp. 1480, 1487 (N.D. Miss. 1986)* |
| Paulette Calhoun (**Ga.**) | • Fraud • Ga. FBPA | Knowledge | 7-10 | The "knowledge" element is a disputed issue of fact. *See* D.E. 4808 pp. 3-10. |
| | | Damages | 40 | *Brooks v. Dime Sav. Bank of New York, FSB, 457 S.E.2d 706, 708 (Ga. Ct. App. 1995); Colonial Lincoln-Mercury Sales, Inc. v. Molina, 262 S.E.2d 820, 822 (Ga. Ct. App. 1979)* |
| | | Reliance | 40 | The "reliance" element is a disputed issue of fact. *See* PSOF ¶¶ 74, 215. |
| | | Duty to disclose | 40 | *Monopli v. Mercedes-Benz USA, LLC, 2022 WL 409484, at \*11-12 (N.D. Ga. Feb. 10, 2022)* |