**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **IN RE: TAKATA AIRBAG**<br>**PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates to All Economic Loss<br>Class Actions and:<br><br><br>STEPHANIE PUHALLA, et al., individually<br>and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | MDL No. 2599<br><br>Master File No. 15-MD-2599-FAM<br><br>S.D. Fla. Case No. 1:14-cv-24009-FAM |

**DEFENDANT MERCEDES-BENZ USA, LLC'S**
**NOTICE OF FILING OF REPLY CHARTS**

Pursuant to the Court's July 16, 2026 Order (D.E. 4927), Mercedes-Benz USA, LLC

provides the two reply charts, attached as Exhibits A and B, for the Court's consideration.

Dated: August 11, 2026                    Respectfully submitted,

                                          /s/ Jaime A. Bianchi
                                          Raoul G. Cantero (Florida Bar No. 552356)
                                          raoul.cantero@whitecase.com
                                          Jaime A. Bianchi (Florida Bar No. 908533)
                                          jbianchi@whitecase.com
                                          **WHITE & CASE LLP**
                                          200 South Biscayne Boulevard, Suite 4900
                                          Miami, FL 33131-2352
                                          Telephone: (305) 371-2700
                                          Facsimile: (305) 358-5744

                                          Troy M. Yoshino (admitted *pro hac vice*)
                                          Troy.Yoshino@winstontaylor.com
                                          **WINSTON TAYLOR LLP**
                                          101 California Street, Suite 2100
                                          San Francisco, CA 94111-5891
                                          Telephone: (415) 591-1000
                                          Facsimile: (415) 591-1400

                                          Jeff Wilkerson (admitted *pro hac vice*)
                                          Jeff.Wilkerson@winstontaylor.com
                                          **WINSTON TAYLOR LLP**
                                          300 South Tryon St., 16th Floor
                                          Charlotte, N.C. 28202
                                          Telephone: (704) 350-7700
                                          Facsimile: (704) 350-7800

                                          *Attorneys for Defendant*
                                          *Mercedes-Benz USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                              By: /s/ Jaime A. Bianchi
                                  Jaime A. Bianchi

2