IN THE DISTRICT COURT OF APPEAL OF FLORIDA
THIRD DISTRICT

CASE NO. 3D2026-1286
L.T. CASE NO.: 19-37062-CA-01

Caroline Rollins,

Appellant,

vs.

Michael Rollins,

Appellee.
_______________________________________/

**APPELLANT'S UNOPPOSED MOTION TO CORRECT THE RECORD AND TO SUPPLEMENT THE RECORD WITH RULE-COMPLIANT TRANSCRIPTS**

Appellant, Caroline Rollins, through undersigned counsel and pursuant to Florida Rule of Appellate Procedure 9.200(f), moves this Court to direct the Clerk of Court in the lower tribunal to correct the record on appeal and in support states:

1. This is an appeal of a Final Judgment entered following a jury and bench trial, as well as a Final Order denying Plaintiff's Renewed Motion for Directed Judgment, and in the alternative, for New Trial.

2. This Court acknowledged the transmission of the record on appeal by the clerk of the lower tribunal to the Third District on August 5, 2026.

3. Upon close review of the record on appeal, undersigned counsel noted that the record is incomplete, as it does not contain a complete set of the exhibits admitted at the jury trial. As a result, Appellant filed Notices of Filing in the trial court with the complete set of exhibits admitted at the jury trial.

4. Supplementing the record on appeal would provide a complete record of the pertinent proceedings and would aid the Court's and the parties' ease of reference to trial exhibits.

5. Additionally, pursuant to this Court's order of August 6, 2026, Appellant has filed a Notice of Filing full-page copies of the trial transcript, as well as a master trial index, to replace any previously filed, condensed transcripts, in accordance with Florida Rules of Appellate Procedure 9.200(b)(4) and 9.220(c)(4).

7. The undersigned has conferred with opposing counsel for Appellee, Michael Rollins, who have graciously stated that they do not oppose this motion.

8. Appellant respectfully requests this Court to direct the clerk of the lower tribunal to correct and supplement the record accordingly.

DATED this 2nd day of September, 2026.

Respectfully submitted,

*/s/ Matthew P. Weinshall*

Matthew P. Weinshall
Florida Bar No. 84783
PODHURST ORSECK, P.A.
2525 Ponce de Leon, Ste. 700
Coral Gables, Florida 33134
Tel.: 305-358-2800
Fax: 305-358-2382
mweinshall@podhurst.com

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Notice has been filed with the Court through the Florida e-filing Portal and by E-Service to all counsel of record generated by the e-filing Portal and on the attached service list on this 2nd day of September, 2026.

*/s/ Matthew P. Weinshall*

Matthew P. Weinshall

**SERVICE LIST**

Kamal Sleiman, Esq.
Michael G. Austin, Esq.
**McDermott Will & Schulte**
333 SE 2nd Ave Ste 4500
Miami, FL 33131
ksleiman@mwe.com
maustin@mwe.com

Marianne Curtis, Esq.
Ana E. Kauffmann, Esq.
**Berger Singerman LLP**
1450 Brickell Avenue
Suite 1900
Miami, FL 33131
Mcurtis@bergersingerman.com
Akauffmann@bergersingerman.com