UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-02599-CIV-MORENO**

IN RE: TAKATA AIRBAG PRODUCT
LIABILITY LITIGATION: ECONOMIC
LOSS TRACK CASES,

vs.

FCA US, LLC; GENERAL MOTORS LLC;
MERCEDEZ BENZ USA, LLC,

_______________________________________/

**ORDER DENYING MOTION TO ALTER OR AMEND ORDER DECERTIFYING THE MULTISTATE FRAUD CLASS**

THIS CAUSE came before the Court upon Plaintiffs' Motion to Alter or Amend Order Decertifying the Multistate Fraud Class **(D.E. 4935)**, filed on **September 4, 2026**.

THE COURT has considered the motion, the response in opposition, the reply, pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED**. The Plaintiffs' counsel has been aware since oral argument of the need to find substitute class representative. The court finds that sufficient time has passed for counsel to have found adequate representation.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of September 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record