**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:2015-md-02599**

**IN RE: Takata Airbag Products**
**Liability Litigation**

Plaintiff

vs.

Defendant.
______________________________/

## NOTICE OF CHANGE OF ADDRESS

Attorney **Curtis B. Miner** ______________________________ files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm: **Colson Hicks Eidson, P.A.**

Address: **806 S. Douglas Drive, Suite 1200**
**Coral Gables, FL 33134**

## Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

**all CM/ECF participants in this case.**

Dated: **10/20/2026**

Respectfully submitted,

**Curtis B. Miner** **885681**
*Attorney Name* *Bar Number*

**curt@colson.com**
*Attorney E-mail Address*

**Colson Hicks Eidson**
*Firm Name*

**806 S. Douglas Road, Suite 1200**
*Street Address*

**Coral Gables, FL 33134**
*City, State, Zip Code*

**(305) 476-7400** **(305) 476-7444**
*Telephone: (xxx)xxx–xxxx* *Facsimile: (xxx)xxx–xxxx*

**Plaintiff**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*



Print Reset