UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 15-MD-02599-MORENO

IN RE:

TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO
ALL CASES
_______________________________________/

**NOTICE OF CHANGE OF ADDRESS**

Attorney Loren William Fender, Esq., Florida Bar No. 553921, files this Notice of Change of Address and Contact Information in the above-captioned case.

All notices of electronic filing, pleadings, motions, memoranda, orders, correspondence, and other papers filed shall be sent to:

SIEGFRIED RIVERA
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
T: 305.442.3334
F: 305.443.3292
E: lfender@siegfriedrivera.com

Dated: November 4, 2026

Respectfully Submitted,

SIEGFRIED RIVERA
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
T: 305.442.3334
F: 305.443.3292

By: */s/Loren W. Fender*

Loren William Fender, Esq.
Florida Bar No. 553921
Primary Email: lfender@siegfriedrivera.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on November 4, 2026 via the Court’s CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/Loren W. Fender*
Loren William Fender, Esq.


**Siegfried Rivera**
**201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292**